HONORABLE STEPHEN WM. SMITH, PRESIDING　　　　　CLERK, U.S. DISTRICT COURT
DEPUTY CLERK: Jason Marchand　　ERO: Sibvavary　　SOUTHERN DISTRICT OF TEXAS
INTERPRETER  No　　USPO: F. Trojant　　　　　　　　　FILED

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7-3-18
　　　　　　　　　　　　　　　　　　　　　　　　DAVID J. BRADLEY, Clerk

OPEN: 10:12　　ADJOURN: 10:15

CR. No. 18-368　　DEFT No. 1　　USDJ: Bennett

UNITED STATES OF AMERICA　　§　Alexa Remis　　AUSA
vs.　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
Brian Suiencinski　　　　　§　Brandon McCarthy

## ARRAIGNMENT

[✓] Arraignment held.　　____ Superseding Indictment　　____ Information
[ ] Defts first appearance with counsel.
[✓] Deft enters a plea of not guilty on  all  counts.
[ ] Waiver of Speedy Trial executed.
[ ] Waiver of Indictment.
[✓] Docket Control Order issued w/cc to parties　____ to be mailed　____ not issued
[✓] Bond continued.
[ ] Deft failed to appear, bench warrant to issue.
[ ] Deft REMANDED to the custody of the U.S. Marshal
[ ] Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS:

_____
_____
_____