United States District Court
Southern District of Texas
**ENTERED**
October 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN SWIENCINSKI,<br>SCOTT BREIMEISTER, AND<br>VLADIMIR REDKO, M.D. | Cr. No. 4:18-CR-368 |

## ORDER

The Court has considered Pharms, LLC's unopposed motion to permit response by October 11, 2022. That motion is GRANTED.

Pharms, LLC shall file any response to the Government's subpoena and to the Government's motion for advance inspection no later than October 11, 2022.

Signed on ____OCT 1 2 2022____.

_____
United States District Judge