# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:18−cr−00368

Brian Swiencinski
Scott Breimeister
Vladimir Redko
Christopher Ince, MD
Ronnie Mcada, Jr

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/27/2022

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   October 19, 2022

Nathan Ochsner, Clerk