| | |
|---|---|
| From: | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| To: | 'Kathleen L. DeBruhl' <kdebruhl@md-law.com> |
| CC: | David Haynes (dhaynes@md-law.com) <dhaynes@md-law.com>;Leonard Carr <leonard.carr@omnipluspharmacy.com>;Brian Swiencinski <brianski9966@gmail.com> |
| Sent: | 5/29/2015 3:36:00 PM |
| Subject: | Medicare Seminar – May 28th |

Kathy:

We appreciate you, Beau and Johnathan taking the time to meet with Leonard, Brian and myself yesterday.

We felt it was an extremely productive meeting and helped clarify the policies, procedures and legal structure we need to follow moving forward with our strategy of dispensing prescriptions to Medicare Advantage patients. We plan to follow your instructions to the letter to ensure that we avoid potential problems and can address any claims or accusations of impropriety should they arise. As you know, our intent is, and always has been to operate a fully compliant pharmacy business.

Would it be possible to Beau or Johnathan to look into the Mississippi laws governing physician ownership of a pharmacy and send us a brief memo on the topic. I think Brian is planning to meeting with a physician next week who is interested in the investment opportunity provided it doesn't violate any state regulations. I also recall Gil sending us a similar memo on Florida law. However, I wasn't able to locate the email. Is there any way you may be able to search for this as well? We're talking to several additional physicians in Florida and we'd like to be able to show them how our attorney's interpret the statutes. We'll obviously encourage them to seek their own council before investing.

Thank you again for your time and the wonderful lunch. Have a great weekend.

Best Regards
Scott



Scott Breimeister | President | scott.breimeister@omnipluspharmacy.com | (713) 874-0300 pharmacy | (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

*"Please consider the environment before printing this e-mail"*

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (713) 874-0300 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

Defendant (2) Exhibit 449 No. 4:18-CR-368

DOJ-SMUBSSB-0000211931_0001

DX BREIM 449-1