UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4:18−cr−00368

Brian Swiencinski
Scott Breimeister
Vladimir Redko
Christopher Ince, MD
Ronnie Mcada, Jr

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Brian Swiencinski, Scott Breimeister, Vladimir Redko, Christopher Ince, MD, Ronnie Mcada, Jr as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/3/2022

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Pretrial Conference

Date: October 21, 2022                           Nathan Ochsner, Clerk