# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **V.** | § § | **CRIMINAL No. 4:18-cr-368** |
| **BRIAN SWIENCINSKI, et al.** | § § | |

## ORDER

The defendants' unopposed motion in limine is granted. The Court will have a discussion with counsel for the parties before the trial begins concerning the use of the term "expert" in the presence of the jury.

It is so ordered on this ___ day of October 2022.

_____
Alfred H. Bennett
United States District Judge