IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| UNITED STATES OF AMERICA, | |
|---|---|
| – v. – | No. 4:18-cr-00368 |
| BRIAN SWIENCINSKI, *et al.*, | |
| *Defendants*. | |

**DEFENDANT (1), BRIAN SWIENCINSKI'S, SECOND AMENDED TRIAL EXHIBIT LIST**

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 001 | 1/14/2012 | Applied Pain Associates Check | | | | |
| DX SWIEN 002 | 4/29/2013 | Email from B Milosevic to S Breimeister and B Swiencinski re OmniPlus Cash Flow Projections - 66 Units | DOJ-SMUBSSB-212655 | | | |
| DX SWIEN 003 | 2/20/2013 | Email from B Swiencinski to C Ince re Wire | DOJ-SMUBSSB-78058 | | | |
| DX SWIEN 004 | 7/1/2013 | Email from V Redko to S Breimeister re AMP Due Diligence Update | DOJ-SMUBSSB213113 | | | |
| DX SWIEN 005 | 8/1/2013 | Email from B Swiencinski to D Milosevic | | | | |
| DX SWIEN 006 | 12/4/2013 | script for T Brickman | | | | |
| DX SWIEN 007 | 12/4/2013 | script for T Brickman for Multi Purpose Topical Scar Gel | | | | |
| DX SWIEN 008 | | Intentionally left blank | | | | |
| DX SWIEN 009 | | Intentionally left blank | | | | |
| DX SWIEN 010 | | Intentionally left blank | | | | |
| DX SWIEN 011 | 1/28/2014 | Email from S Breimeister to M Moran re The Hawkins Group, signed document | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 012 | 4/7/2014 | Email from J Buckingham to B Swiencinski re "Info from Buck" - attaching "Susan_Dunkle_9.docx" | | | | |
| DX SWIEN 013 | 4/7/2014 | Susan_Dunkle_900001.docx | | | | |
| DX SWIEN 014 | 4/15/2014 | Email from J Buckingham to B Swiencinski re "Buck's list" | | | | |
| DX SWIEN 015 | 4/17/2014 | Email from J Buckingham to D Milosevic and B Swiencinski re "Jim Buckingham" | | | | |
| DX SWIEN 016 | 4/17/2014 | cot00001.png | | | | |
| DX SWIEN 017 | 4/17/2014 | cot00002.png | | | | |
| DX SWIEN 018 | 7/14/2014 | Email from acecard123@aol.com re Jim Buckingham (new RX) | | | | |
| DX SWIEN 019 | 10/13/2014 | Intentionally left blank | | | | |
| DX SWIEN 020 | 11/18/2014 | Email from G Ganucheau to T Pham re CVS/Caremark Suspension | | | | |
| DX SWIEN 021 | 2/25/2015 | Email from P Bailey to B Swiencinski re VIP List | | | | |
| DX SWIEN 022 | 2/25/2015 | Email from B Swiencinski to D Milosevic re Fwd: VIP List | | | | |
| DX SWIEN 023 | | Intentionally left blank | | | | |
| DX SWIEN 024 | | Intentionally left blank | | | | |
| DX SWIEN 025 | | Intentionally left blank | | | | |
| DX SWIEN 026 | 8/27/2015 | Email from Breimeister to P Bailey re FW VIP List | Swiencinski-29 | | | |
| DX SWIEN 027 | | Intentionally left blank | | | | |
| DX SWIEN 028 | 9/30/2016 | Underwood Termination Paperwork signed by Leo | Swiencinski-787 | | | |
| DX SWIEN 029 | | Intentionally left blank | | | | |
| DX SWIEN 030 | | Intentionally left blank | | | | |
| DX SWIEN 031 | 4/28/2014 | Email from S Breimeister to B Swiencinski re FW David Slater MD - 2 Scar RX's not on Spreadsheet | | | | |
| DX SWIEN 032 | 5/12/2014 | Email from L Hemmerling to B Swiencinski, et al, RE OmniPlus Pharmacy Metabolic Supplement- Marketing Material, etc… | | | | |
| DX SWIEN 033 | 7/29/2014 | Email from M Thorson to C Ince, et al, re Fwd InSitu Biologics | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 034 | 7/22/2014 | 7222014 Confidential00001 - InSitu Biologics Investor Presentation | | | | |
| DX SWIEN 035 | 8/6/2014 | Email from L Luttrell to S Breimeister, et al, RE Dermatology Society opportunity for OmniPlus in DFW | | | | |
| DX SWIEN 036 | 11/21/2014 | Email from S Breimeister to B Swiencinski, and Herbst and Madrid FW Acne Cream flyer v.2 | | | | |
| DX SWIEN 037 | 11/21/2014 | OmniPlus_Acne_Cream_v200002 | | | | |
| DX SWIEN 038 | 12/13/2013 | Email from B Milosevic to S Breimeister re FW FDA Comments on New Compounding Law (Update) | | | | |
| DX SWIEN 039 | 9/12/2014 | Email from B Swiencinski to Spinecjb2 re Medical Opinion Letter | DOJ-SMUBSSB-218732 | | | |
| DX SWIEN 040 | 2/24/2014 | sharp@md-law.com_20140224_161902 Medical Opinion Letter | DOJ-SMUBSSB-218732 | | | |
| DX SWIEN 041 | 9/22/2014 | Email from E Duke to K Debruhl, et al, re from Evangelina Duke in LV re OMNI Pharmacy Commission Structure Clarification | DOJ-SMUBSSB-212656 | | | |
| DX SWIEN 042 | 9/12/2013 | Email from B Milosevic to D Milosevic and B Swiencinski re Dr. Arredondo | DOJ-SMUBSSB-216337 | | | |
| DX SWIEN 043 | 8/19/2013 | Email from S Breimeister to D Milosevic, et al re Pharms Cash Flow Projections and Corresponding Assumptions | DOJ-SMUBSSB-219597 | | | |
| DX SWIEN 044 | 9/8/2014 | Email from E Duke to S Breimeister, et al, RE PPM to Grant Cook | DOJ-SMUBSSB-221170 | | | |
| DX SWIEN 045 | 9/9/2016 | Email from A Sadler to S Breimeister, et al, RE New Licenses | | | | |
| DX SWIEN 046 | 9/9/2016 | Licensing Table V1100002 | | | | |
| DX SWIEN 047 | 9/9/2016 | Email from A Sadler to N Buzzetta, et al, RE Single Licensing Map | | | | |
| DX SWIEN 048 | 9/9/2016 | Single_Licensing_Map_As_of_09_09_2016 | | | | |
| DX SWIEN 049 | 9/14/2016 | Email from A Sadler to S Breimeister, Leonard Carr et al, RE Licenses | | | | |
| DX SWIEN 050 | 9/14/2016 | Licensing Table V1200002 | | | | |
| DX SWIEN 051 | 9/19/2016 | Email thread between S Breimeister and J Whalen et al RE Drennan script pads | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 052 | 10/3/2016 | Email from A Sadler to S Breimeister, et al RE New Licenses | | | | |
| DX SWIEN 053 | 10/3/2016 | Licensing Table V1400002 | | | | |
| DX SWIEN 054 | | Intentionally left blank | | | | |
| DX SWIEN 055 | 6/1/2015 | Email from B Swiencinski to Ince, Thorson, Babus Fwd: The Stark Law-Medicare Advantage Patients | | | | |
| DX SWIEN 056 | | Intentionally left blank | | | | |
| DX SWIEN 057 | 1/12/2017 | Email from A Sadler to S Breimeister, et al, RE Kremco Arkansas | | | | |
| DX SWIEN 058 | 1/12/2017 | Licensing Table V1800002 | | | | |
| DX SWIEN 059 | 1/4/2016 | Email thread between S Breimeister and M Dieter, et al, RE 12.31.15 Tech Metrics Final Dec 2015 Revenue Prior Comparison | | | | |
| DX SWIEN 060 | 1/4/2016 | December '15 Technician Metrics (Final)00003.xlsx | | | | |
| DX SWIEN 061 | 2/23/2016 | Email from S Breimeister to L Carr, et al, RE Compliance Memo to Field Reps | | | | |
| DX SWIEN 062 | 2/23/2016 | Compliance Memo - Sales Reps (2-16-16)00003.docx | | | | |
| DX SWIEN 063 | 3/3/2016 | Email thread between L Carr and B Swiencinski RE Field Compliance | | | | |
| DX SWIEN 064 | 3/7/2016 | Email thread between A Taylor and E Brady, Madrid, et al, RE Email for reps | | | | |
| DX SWIEN 065 | 3/7/2016 | Fortis-Advance Life Sciences(2)00002.xlsx | | | | |
| DX SWIEN 066 | 1/29/2015 | Email from W Black to B Madrid, et al, re Intuitive agenda (V.1) for training class at OmniPlus | | | | |
| DX SWIEN 067 | 1/29/2015 | Intuitive Health Training Agenda Houston00001 | | | | |
| DX SWIEN 068 | 2/23/2015 | Email from W Black to B Madrid, et al, re Intuitive | Refills for February - patients need their RX's | | | | |
| DX SWIEN 069 | 2/23/2015 | Tricare Refills for Feb00001.xlsx | | | | |
| DX SWIEN 070 | 6/15/2015 | Email from C Southard to W Black, et al, RE Medicare commissions for Intuitive Healthcare Solutions | | | | |
| DX SWIEN 071 | 6/19/2015 | Email from W Black to C Southard and S Breimeister re Fwd Dr. Fisher Louisiana - Investment questions | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 072 | 10/31/2014 | Email from S Breimeister to R McAda, forwarding email from Gil, RE FW OmniPlus Pharmacy - CVSCaremark Audit | DOJ-SMUBSSB-218813 | | | |
| DX SWIEN 073 | 3/1/2014 | Email from B Swiencinski to D Kearney @md-law.com re DEBRUHL Billing Statement 2-2014 | DOJ-SMUBSSB-213970 | | | |
| DX SWIEN 074 | 6/10/2014 | Email from L Carr to B Milosevic, et al, re Minutes of Management Committee Meeting | Swiencinski-454 | | | |
| DX SWIEN 075 | 6/10/2014 | OmniPlus - management meeting minutes 2014-06-10.docx | Swiencinski-455 | | | |
| DX SWIEN 076 | 6/16/2014 | Email from L Carr to S Breimeister RE Express Scripts MEDCO Change in Compound Reimbursement Policy | Swiencinski-457 | | | |
| DX SWIEN 077 | 6/16/2014 | ESI email to reps (clean) | Swiencinski-459 | | | |
| DX SWIEN 078 | 6/16/2014 | ESI email to reps (marked) | Swiencinski-460 | | | |
| DX SWIEN 079 | 6/27/2014 | Email from L Carr to Leonard.carr@gmail.com RE OOMPS Licenses | Swiencinski-461 | | | |
| DX SWIEN 080 | 6/27/2017 | OOM Licenses.pdf | Swiencinski-462 | | | |
| DX SWIEN 081 | 6/27/2014 | Email from L Carr to Leonard.carr@gmail.com RE Minutes and Agendas | Swiencinski-467 | | | |
| DX SWIEN 082 | 6/5/2014 | OmniOneMed - meeting minutes 2014-06-05.docx | Swiencinski-468 | | | |
| DX SWIEN 083 | 6/17/2014 | OmniPlus - management meeting agenda 2014-06-17.docx | Swiencinski-469 | | | |
| DX SWIEN 084 | 6/24/2014 | OmniPlus - management meeting agenda 2014-06-24.docx | Swiencinski-470 | | | |
| DX SWIEN 085 | 6/3/2014 | OmniPlus - management meeting minutes 2014-06-03.docx | Swiencinski-471 | | | |
| DX SWIEN 086 | 6/10/2014 | OmniPlus - management meeting minutes 2014-06-10.docx | Swiencinski-473 | | | |
| DX SWIEN 087 | 6/17/2014 | OmniPlus - management meeting minutes 2014-06-17.docx | Swiencinski-475 | | | |
| DX SWIEN 088 | 6/30/2014 | Email from L Carr to Leonard.carr@gmail.com RE 6-24 minutes draft | Swiencinski-478 | | | |
| DX SWIEN 089 | 6/24/2017 | OmniPlus - management meeting minutes 2014-06-24 DRAFT.docx | Swiencinski-479 | | | |
| DX SWIEN 090 | 7/1/2014 | Email from L Carr to B Milosevic, et al, re Agenda for Today's Meeting | Swiencinski-482 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 091 | 7/1/2014 | OmniPlus - management meeting agenda 2014-07-01.docx | Swiencinski-483 | | | |
| DX SWIEN 092 | 7/1/2014 | Email from L Carr to C Miller RE New Membership Application | Swiencinski-485 | | | |
| DX SWIEN 093 | 7/1/2014 | OOMPS PCCA Application 07-01-14.pdf | Swiencinski-486 | | | |
| DX SWIEN 094 | 7/10/2014 | Email from L Carr to J Vaughn re Contact info for Pharms LLC | Swiencinski-498 | | | |
| DX SWIEN 095 | 7/8/2014 | Reps Spreadsheet for ADP 7-8-14 (sent to ADP).xlsx | Swiencinski-499 | | | |
| DX SWIEN 096 | 8/26/2014 | Email from L Carr to B Milosevic, et al, RE Questions on Tricare | Swiencinski-501 | | | |
| DX SWIEN 097 | | 01-OmniPlus-cover | | | | |
| DX SWIEN 098 | | 02-OmniPlus Metabolic Supplements | | | | |
| DX SWIEN 099 | | 03-OmniPlus-Pracasil Plus Studies PCCA | Swiencinski-788 | | | |
| DX SWIEN 100 | | 04-OmniPlus-The power of PracaSil Plus | Swiencinski-802 | | | |
| DX SWIEN 101 | | 05-OmniPlus-Practitioners Guide to Pracasil Plus | Swiencinski-805 | | | |
| DX SWIEN 102 | | 06-OmniPlus Release 3 New Compounds | Swiencinski-810 | | | |
| DX SWIEN 103 | | 07-OmniPlus Acne Cream | Swiencinski-811 | | | |
| DX SWIEN 104 | | 08-OmniPlus-Scalp 3 for Hair Regrowth | Swiencinski-812 | | | |
| DX SWIEN 105 | | 09-OmniPlus-Topical Transhermal Emulsion Therapies | Swiencinski-814 | | | |
| DX SWIEN 106 | | 10-OmniPlus-Nutrient Correlation Matrices | Swiencinski-815 | | | |
| DX SWIEN 107 | | 11-OmniPlus-Lipoderm Studies | Swiencinski-827 | | | |
| DX SWIEN 108 | 10/12/2015 | Email from B Madrid to B Swiencinski re Patient (Ashley Neal) | | | | |
| DX SWIEN 109 | 10/12/2015 | Ashley Neal Script Form | | | | |
| DX SWIEN 110 | | Kathleen L. DeBruhl & Associates, LLC, Bills | | | | |
| DX SWIEN 111 | 12/1/2014 | James Buckingham Check to Omni One Med "Co-Pay" | IIM-025 | | | |
| DX SWIEN 112 | 12/20/2016 | Surveillance of OmniPlus - Attachment 1 | | | | |
| DX SWIEN 113 | 8/1/2017 | Surveillance of OmniPlus - Attachment 4 | | | | |
| DX SWIEN 114 | 8/1/2017 | Surveillance of OmniPlus - Attachment 6 | | | | |
| DX SWIEN 115 | | Intentionally left blank | | | | |
| DX SWIEN 116 | | Side x Side Photo of Brickman and Buckingham | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 117 | 1/24/2016 | Email from S Breimeister to B Swiencinski re Marco Moran - Termination Notices | | | | |
| DX SWIEN 118 | 1/24/2016 | 3325_00100001 (Termination Notices) signed by Kathy and Scott | | | | |
| DX SWIEN 119 | 2/10/2017 | Box2-1228 Signature Card (Pharms Business Account) (redacted) Leo and Scott | | | | |
| DX SWIEN 120 | 4/8/2014 | Email between Marty and Brian re Terry's Gambling Debt | | | | |
| DX SWIEN 121 | 9/4/2014 | Email from L Carr to D Milosevic, et al, re Compliance Review Update - All Sales Rep Agreements | | | | |
| DX SWIEN 122 | 1/29/2015 | Email from S Breimeister re Prime Therapeutic Audit Points | Swiencinski-25 | | | |
| DX SWIEN 123 | | (Intentionally Blank) | | | | |
| DX SWIEN 124 | 4/3/2016 | Email from L Carr to S Breimeister RE Demonstratives | Swiencinski-510 | | | |
| DX SWIEN 125 | 10/17/2016 | Email from Nadeem re Oct 2016 Summary Report | | | | |
| DX SWIEN 126 | 10/17/2016 | Worth Medical Company - Sep 16 pd Oct 16 | | | | |
| DX SWIEN 127 | | Intentionally left blank | | | | |
| DX SWIEN 128 | 2/25/2016 | RE ACCU Maryland email from Madrid | | | | |
| DX SWIEN 129 | 2/25/2016 | Pharms_Licensing_Map_As_of_2_25_201600002.pdf | | | | |
| DX SWIEN 130 | | Intentionally left blank | | | | |
| DX SWIEN 131 | | Intentionally left blank | | | | |
| DX SWIEN 132 | | Intentionally left blank | | | | |
| DX SWIEN 133 | 3/14/2014 | Re Pharmacy Patient Verification Form | | | | |
| DX SWIEN 134 | 1/1/1900 | Payroll_Summary 2015.xlsx | Swiencinski-448 | | | |
| DX SWIEN 135 | 6/24/2014 | FW lohmiller agreement cc Brad Madrid | Swiencinski-13 | | | |
| DX SWIEN 136 | 6/24/2014 | JOHN LOHMILLER.pdf | Swiencinski-15 | | | |
| DX SWIEN 137 | 6/24/2014 | Pharms - Code of Conduct - 05-30-14.pdf | Swiencinski-21 | | | |
| DX SWIEN 138 | 6/3/2016 | Sales Rep Credentialing Questionnaire email from Leonard Carr | Swiencinski-74 | | | |
| DX SWIEN 139 | 6/3/2016 | Credentialing Questionnaire 06-01-2016.pdf | Swiencinski-76 | | | |
| DX SWIEN 140 | 6/3/2016 | Pharms - Code of Compliiance 02-01-2016.pdf | Swiencinski-82 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 141 | 6/1/2015 | Fwd BM Consulting Group, LLC - Statement for Services Rendered in May 2015 | Swiencinski-506 | | | |
| DX SWIEN 142 | 6/1/2015 | 30011.pdf | Swiencinski-507 | | | |
| DX SWIEN 143 | 6/1/2015 | Billing Log (Pharms) May 2015.pdf | Swiencinski-508 | | | |
| DX SWIEN 144 | 6/1/2015 | BMC Group - ACH Info.docx | Swiencinski-509 | | | |
| DX SWIEN 145 | 4/5/2016 | Fwd BM Consulting Group, LLC | Swiencinski-513 | | | |
| DX SWIEN 146 | 4/5/2016 | 30031.pdf | Swiencinski-515 | | | |
| DX SWIEN 147 | 4/5/2016 | Billing Log (Pharms) March 2016.pdf | Swiencinski-517 | | | |
| DX SWIEN 148 | 5/2/2016 | FW BM Consulting Group, LLC - Statement for April 2016 | Swiencinski-520 | | | |
| DX SWIEN 149 | 5/2/2016 | Billing Log (Pharms) April 2016.pdf | Swiencinski-521 | | | |
| DX SWIEN 150 | 5/2/2016 | 30033.pdf | Swiencinski-523 | | | |
| DX SWIEN 151 | 5/21/2016 | RE Pharms & AMP 2015 Tax returns | Swiencinski-566 | | | |
| DX SWIEN 152 | 5/21/2016 | AMP_W2_2015.PDF (redacted) | Swiencinski-570 | | | |
| DX SWIEN 153 | 5/21/2016 | Sales Commissions Analysis.xlsx | Swiencinski-633 | | | |
| DX SWIEN 154 | 5/21/2016 | 2015 payroll Analysis.xlsx | Swiencinski-635 | | | |
| DX SWIEN 155 | 5/21/2016 | Swiencinki Income.xlsx | Swiencinski-636 | | | |
| DX SWIEN 156 | 5/21/2016 | Breimeister Income.xlsx | Swiencinski-637 | | | |
| DX SWIEN 157 | 5/21/2016 | Carr Income.xlsx | Swiencinski-638 | | | |
| DX SWIEN 158 | 5/21/2016 | Herbst Owner Income.xlsx | Swiencinski-639 | | | |
| DX SWIEN 159 | 1/15/2015 | Jan 15 Special Payroll and Pharms' Pay Frequency email from April to Leonard Carr | Swiencinski-640 | | | |
| DX SWIEN 160 | 1/15/2015 | Special Payroll_Jan 15.pdf | Swiencinski-642 | | | |
| DX SWIEN 161 | 3/2/2015 | BMConsulting Group - Statement for Service Rendered in February 2015 | Swiencinski-747 | | | |
| DX SWIEN 162 | 3/2/2015 | 30005.pdf | Swiencinski-748 | | | |
| DX SWIEN 163 | 3/2/2015 | Billing Log (Pharms) February 2015.pdf | Swiencinski-749 | | | |
| DX SWIEN 164 | 3/4/2015 | RE [FWD Change of Ownership] Healthy Pharmacy | Swiencinski-751 | | | |
| DX SWIEN 165 | 3/4/2015 | McKesson - HPS - Feb 2015.pdf | Swiencinski-757 | | | |
| DX SWIEN 166 | 4/2/2015 | BM Consulting Services, LLC - Statement for Services Rendered in March 2015 | Swiencinski-765 | | | |
| DX SWIEN 167 | 4/2/2015 | 30007.pdf | Swiencinski-766 | | | |
| DX SWIEN 168 | 4/2/2015 | Billing Log (Pharms) March 2015.pdf | Swiencinski-767 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 169 | 5/2/2015 | BM Consulting Services, LLC - Statement for Services Rendered During April 2015 | Swiencinski-769 | | | |
| DX SWIEN 170 | 5/2/2015 | 30009.pdf | Swiencinski-770 | | | |
| DX SWIEN 171 | 5/2/2015 | Billing Log (Pharms) April 2015.pdf | Swiencinski-771 | | | |
| DX SWIEN 172 | 1/11/2016 | Email from Milly Martin to Leonard Carr re Peter Herbst Earnings Record 2015.xlsx | Swiencinski-772 | | | |
| DX SWIEN 173 | 1/11/2016 | Peter Herbst Earnings Record 2015.xlsx | Swiencinski-773 | | | |
| DX SWIEN 174 | 3/26/2016 | 2015 - OOMPS - 1096 and 1099 Filing.pdf (redacted) | OOMPS_001572 | | | |
| DX SWIEN 175 | 2/22/2016 | OOMP 2015 1099s.pdf (redacted) | OOMPS_003537 | | | |
| DX SWIEN 176 | 2/14/2017 | 2016_1096_1099 Forms-OOMPS.pdf (redacted) | OOMPS_001579 | | | |
| DX SWIEN 177 | 6/29/2015 | Notice to Re-purchase Class B units - Jay_Staub.pdf from Underwood | OOMPS_000768 | | | |
| DX SWIEN 178 | 6/23/2016 | 2014 OOMP US FED TAX RETURN.pdf (redacted) | OOMPS_004084 | | | |
| DX SWIEN 179 | 7/25/2014 | OOMPS_Investor_Subscription_Agreement_Gen-Med, Inc. (Glenn Babus)_ 07-03-2014.pdf (redacted) | OOMPS_000401 | | | |
| DX SWIEN 180 | 10/3/2017 | Omni One Med PPM 02-14-14 COMPLETE.pdf | OOMPS_000003 | | | |
| DX SWIEN 181 | 10/12/2017 | Omni-One-Med - First Addendum to PPMv2 06-13-2014.pdf | OOMPS_000155 | | | |
| DX SWIEN 182 | 5/29/2015 | OOMPS_Investor_Subscription_Agreement_GERALD BURFORD.pdf (redacted) | OOMPS_000449 | | | |
| DX SWIEN 183 | 5/11/2015 | OOMPS_Investor_Subscription_Agreement_JEREMY SANDERSON 04-13-15.pdf (redacted) | OOMPS_000504 | | | |
| DX SWIEN 184 | 7/25/2014 | OOMPS_Investor_Subscription_Agreement_Manjit Randhawa.pdf (redacted) | OOMPS_000574 | | | |
| DX SWIEN 185 | 10/14/2014 | Check Request Form - Staub.xlsx | OOMPS_001063 | | | |
| DX SWIEN 186 | 2/12/2015 | Check Request Form - Staub.xlsx | OOMPS_001210 | | | |
| DX SWIEN 187 | 2/17/2015 | Jan15 Distributions Support.pdf | OOMPS_001216 | | | |
| DX SWIEN 188 | 10/12/2017 | Class B Investors GL Detail_Oct2014.xlsx | OOMPS_001068 | | | |
| DX SWIEN 189 | 12/12/2014 | Check Request Form - Staub.xlsx | OOMPS_001125 | | | |
| DX SWIEN 190 | 10/12/2017 | Class B Investors Distribution GL_Dec14.xlsx | OOMPS_001130 | | | |
| DX SWIEN 191 | 12/12/2014 | OOMPS Distributions Confirmation 12-12-14.pdf | OOMPS_001137 | | | |
| DX SWIEN 192 | 5/31/2017 | 2016_1096_1099 Forms-1 Stop CORRECTED.pdf (redacted) | 1STPH_000461 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 193 | 2/19/2018 | 2015-01 Combined_Presciber_Detail_2_19_2018 2_34_13 PM.xlsx | PHRMS_000459 | | | |
| DX SWIEN 194 | 4/20/2015 | Reps Mar'15 Commissions v4 - KDC Override Corrected.xlsx | PHRMS_000538 | | | |
| DX SWIEN 195 | 7/13/2015 | Reps May '15 Commissions v4 (Final as Adjusted).xlsx | PHRMS_000692 | | | |
| DX SWIEN 196 | 8/15/2017 | 2016_1096_1099 Forms-Kremco CORRECTED Godeaux, Renee.pdf (redacted) | Swiencinski-87 | | | |
| DX SWIEN 197 | 4/21/2015 | FW New Ownership Chart and Pie Charts updated by Leo | | | | |
| DX SWIEN 198 | 4/21/2015 | Omniplus Group Ownership 02-27-2015 v100003.pdf | | | | |
| DX SWIEN 199 | 4/20/2015 | 2014 Analysis Revenue by PBM 4-20-1500004.pdf | | | | |
| DX SWIEN 200 | 4/20/2015 | 2015 YTD Analysis Revenue by PBM 4-20-1500005.pdf | | | | |
| DX SWIEN 201 | 5/1/2014 | Emailing Omni-One - Med Pharmacy - Marketing Brochure (Projected Investment Return-Graph), Omni-One-Med Pharmacy - Marketing Brochure (Objective), Omni-One-Med Pharmacy - Marketing Brochure (Structure), Omni-One-Med Pharmacy- Marketing Brochure (Investme | | | | |
| DX SWIEN 202 | 2/7/2014 | Omni-One - Med Pharmacy - Marketing Brochure (Projected Investment Return-Graph)00001.docx | | | | |
| DX SWIEN 203 | 2/7/2014 | Omni-One-Med Pharmacy - Marketing Brochure (Objective)00002.docx | | | | |
| DX SWIEN 204 | 2/7/2014 | Omni-One-Med Pharmacy - Marketing Brochure (Structure)00003.docx | | | | |
| DX SWIEN 205 | 2/6/2014 | Omni-One-Med Pharmacy- Marketing Brochure (Investment)00004.docx | | | | |
| DX SWIEN 206 | 1/21/2016 | 2. 2015 Pharms_ADP 1099s.pdf (redacted) | Swiencinski-91 | | | |
| DX SWIEN 207 | 2/25/2015 | Omniplus Group Ownership 01-01-2014 to Current.pdf | Swiencinski-139 | | | |
| DX SWIEN 208 | 7/13/2017 | 3. 2016_1099 Pharms-Ryan Tinney CORRECTED.pdf (redacted) | Swiencinski-145 | | | |
| DX SWIEN 209 | 2/25/2015 | Omniplus Group Ownership 01-01-2015 v2.docx | Swiencinski-147 | | | |
| DX SWIEN 210 | 1/19/2017 | 3. 2016_1099 Forms - Pharms Sales Reps.pdf (redacted) | Swiencinski-148 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 211 | 2/25/2015 | Omniplus Group Ownership 01-01-2015 v2.pdf | Swiencinski-431 | | | |
| DX SWIEN 212 | 9/12/2016 | Omniplus Group Ownership 02-07-2016 v3.docx | Swiencinski-432 | | | |
| DX SWIEN 213 | 4/21/2015 | Omniplus Group Ownership 01-01-2015 v3.docx | Swiencinski-433 | | | |
| DX SWIEN 214 | 4/21/2015 | Omniplus Group Ownership 01-01-2015 v3.pdf | Swiencinski-434 | | | |
| DX SWIEN 215 | 2/15/2016 | Omniplus Group Ownership 02-07-2016 v1.docx | Swiencinski-435 | | | |
| DX SWIEN 216 | 2/15/2016 | Omniplus Group Ownership 02-07-2016 v1.pdf | Swiencinski-436 | | | |
| DX SWIEN 217 | 9/12/2016 | Omniplus Group Ownership 02-08-2016 v2.docx | Swiencinski-437 | | | |
| DX SWIEN 218 | 3/19/2016 | Omniplus Group Ownership 02-07-2016 v2.docx | Swiencinski-438 | | | |
| DX SWIEN 219 | 3/21/2016 | Omniplus Group Ownership 02-08-2016 v1.docx | Swiencinski-439 | | | |
| DX SWIEN 220 | 12/3/2015 | Omniplus Group Ownership 02-27-2015 v3.docx | Swiencinski-440 | | | |
| DX SWIEN 221 | 9/12/2016 | Omniplus Group Ownership 03-31-2015 v1.docx | Swiencinski-441 | | | |
| DX SWIEN 222 | 12/3/2015 | Omniplus Group Ownership 02-27-2015 v3.pdf | Swiencinski-442 | | | |
| DX SWIEN 223 | 5/19/2015 | Omniplus Group Ownership 04-30-2015 v1.docx | Swiencinski-443 | | | |
| DX SWIEN 224 | 3/21/2016 | Omniplus Group Ownership 03-31-2016 v0.docx | Swiencinski-444 | | | |
| DX SWIEN 225 | 12/3/2015 | Omniplus Group Ownership 05-31-2015 v1 DRAFT.docx | Swiencinski-445 | | | |
| DX SWIEN 226 | 6/21/2016 | Omniplus Group Ownership 06-01-2016 v1.pdf | Swiencinski-446 | | | |
| DX SWIEN 227 | 9/12/2016 | Omniplus Group Ownership 03-31-2016 v2.docx | Swiencinski-447 | | | |
| DX SWIEN 228 | 7/23/2013 | PHARMS Corp Cart (Option 2)(2).pdf | Swiencinski-449 | | | |
| DX SWIEN 229 | 2/15/2016 | Omniplus Group Ownership 08-31-2015 v2.docx | Swiencinski-450 | | | |
| DX SWIEN 230 | 2/15/2016 | Omniplus Group Ownership 08-31-2015 v2.pdf | Swiencinski-451 | | | |
| DX SWIEN 231 | 7/24/2013 | PHARMS Corp Cart (Option 3).pdf | Swiencinski-452 | | | |
| DX SWIEN 232 | 11/1/2019 | 2015 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 233 | 11/1/2019 | 2016 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 234 | 11/1/2019 | 1099s issued TO Worth (redacted) | | | | |
| DX SWIEN 235 | 11/1/2019 | 2015 1099s issued TO Worth (redacted) | | | | |
| DX SWIEN 236 | 11/1/2019 | 2016 1099s issued to Worth and Swiencinski (redacted) | | | | |
| DX SWIEN 237 | 11/1/2019 | 2016 1099s FROM Worth (redacted) | | | | |
| DX SWIEN 238 | 11/1/2019 | 2014 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 239 | 11/1/2019 | Pharms 2014 1099 issued to Worth (redacted) | | | | |
| DX SWIEN 240 | 11/1/2019 | 2014 1099s issued TO Worth (redacted) | | | | |
| DX SWIEN 241 | 11/1/2019 | BRA.pdf | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 242 | 10/9/2014 | 2013 form 1040-Swien-client copy (redacted) | | | | |
| DX SWIEN 243 | 10/9/2014 | 2013 F 1065-Omni Worth Med Billing (redacted) | | | | |
| DX SWIEN 244 | 10/9/2014 | 2013 Form 1120-S.S.N. Inc. (redacted) | | | | |
| DX SWIEN 245 | 11/1/2019 | 2015 & 2016 1099s Intuitive (redacted) | | | | |
| DX SWIEN 246 | 10/10/2014 | 2012 Form 1040 Swien (redacted) | | | | |
| DX SWIEN 247 | 3/6/2015 | 2014 Form 1099 from Worth (redacted) | | | | |
| DX SWIEN 248 | 10/1/2015 | 2014 1099 Georgia Proton-Swiencinski (redacted) | | | | |
| DX SWIEN 249 | 9/30/2015 | 2014 Form 1040 Swien (redacted) | | | | |
| DX SWIEN 250 | 10/7/2015 | 2014 Form 1040 SIGNATURE FORM (redacted) | | | | |
| DX SWIEN 251 | 10/8/2016 | 2015 1099 p36 (redacted) | | | | |
| DX SWIEN 252 | 10/7/2016 | 2015 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 253 | 10/7/2016 | 2015 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 254 | 10/12/2016 | 2015 form 1040 Swiencinski (SIGNATURE PAGE) (redacted) | | | | |
| DX SWIEN 255 | 11/15/2016 | 2013 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 256 | 11/15/2016 | 2013 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 257 | 11/1/2019 | 2014 Form 1099 Pharms-Worth (redacted) | | | | |
| DX SWIEN 258 | 11/1/2019 | 2015 Form 1099 Worth (redacted) | | | | |
| DX SWIEN 259 | 11/1/2019 | Levine and Company Production BRA - 2018.12.18 (113_1A114_01).pdf | | | | |
| DX SWIEN 260 | 11/1/2019 | The Speer Kipp Group Production BRA - 2018.04.12 (112_1A112_01).pdf | | | | |
| DX SWIEN 261 | 11/9/2019 | 2014 S&HT TX Tax Return.pdf (redacted) | | | | |
| DX SWIEN 262 | 11/8/2019 | 2016 Form 1096 & 1099 amended.pdf - OOMP (redacted) | | | | |
| DX SWIEN 263 | 11/8/2019 | 2013 Tax Work Papers.pdf - Redko (redacted) | | | | |
| DX SWIEN 264 | 11/8/2019 | 2014 Tax Papers.pdf – Redko (redacted) | | | | |
| DX SWIEN 265 | 11/8/2019 | 2014 TX Tax Return.pdf - OmniPlus GP (redacted) | | | | |
| DX SWIEN 266 | 11/8/2019 | 2017 Tax Return Work Paper.pdf – Pharms (redacted) | | | | |
| DX SWIEN 267 | 11/8/2019 | 2013 Tax Return Workpaper.pdf - AMP (redacted) | | | | |
| DX SWIEN 268 | 11/8/2019 | Entity Ownership.pdf | | | | |
| DX SWIEN 269 | 11/8/2019 | 2014 US Tax Return.pdf - OmniPlus GP (redacted) | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 270 | 11/8/2019 | Form 1096 & 1099 1st pack.pdf – AMP (redacted) | | | | |
| DX SWIEN 271 | 11/8/2019 | Forms 1096 & 1099 2nd pack.pdf – AMP (redacted) | | | | |
| DX SWIEN 272 | 1/30/2017 | FW Optiplus-Pam Bailey | Swiencinski-1 | | | |
| DX SWIEN 273 | 8/30/2016 | OPTI 1099_Bailey.pdf – 2015 (redacted) | Swiencinski-3 | | | |
| DX SWIEN 274 | 8/30/2016 | OPTI K1_Bailey.pdf – 2015 (redacted) | Swiencinski-4 | | | |
| DX SWIEN 275 | 7/7/2016 | Email from B Swiencinski to C Early | DOJ-SMUBSSB-54418 | | | |
| DX SWIEN 276 | 1/1/1900 | Pharms-Swiencinski W2 2015.pdf (redacted) | DOJ-SMUBSSB-54420 | | | |
| DX SWIEN 277 | 1/1/1900 | Pharms-Worth 1099 2015.pdf (redacted) | DOJ-SMUBSSB-54421 | | | |
| DX SWIEN 278 | 9/13/2016 | Email from M Martin to B Swiencinski | DOJ-SMUBSSB-54789 | | | |
| DX SWIEN 279 | 1/1/1900 | Pharms-Swiencinski W2 2015.pdf (redacted) | DOJ-SMUBSSB-54790 | | | |
| DX SWIEN 280 | 1/1/1900 | Pharms-Worth 1099 2015.pdf (redacted) | DOJ-SMUBSSB-54791 | | | |
| DX SWIEN 281 | 8/7/2015 | Supplemental 1099 | Swiencinski-27 | | | |
| DX SWIEN 282 | 8/7/2015 | 2269_001.pdf 2014 1099 Pharms-Breimeister (redacted) | Swiencinski-28 | | | |
| DX SWIEN 283 | 7/24/2015 | RE Pharms LLC | Swiencinski-30 | | | |
| DX SWIEN 284 | 7/24/2015 | 2014 Pharms Commission 1099s.pdf (redacted) | Swiencinski-32 | | | |
| DX SWIEN 285 | 10/24/2017 | FW 1099s | Swiencinski-65 | | | |
| DX SWIEN 286 | 10/24/2017 | OPTIPLUS 2013 1099MISC.pdf (redacted) | Swiencinski-71 | | | |
| DX SWIEN 287 | 8/8/2016 | FW Dropbox folders | Swiencinski-524 | | | |
| DX SWIEN 288 | 8/5/2016 | Omniplus Group Ownership 06-01-2016 v1.pdf | Swiencinski-527 | | | |
| DX SWIEN 289 | 8/5/2016 | 2015 Balance Sheets.xlsx | Swiencinski-528 | | | |
| DX SWIEN 290 | 8/5/2016 | 2015 P&L by Entity.xlsx | Swiencinski-529 | | | |
| DX SWIEN 291 | 8/5/2016 | 2015 P&L Combined by Month.xlsx | Swiencinski-530 | | | |
| DX SWIEN 292 | 8/5/2016 | 2016 Balance Sheets.xlsx | Swiencinski-531 | | | |
| DX SWIEN 293 | 8/5/2016 | 2016 Combined P&L by Month.xlsx | Swiencinski-532 | | | |
| DX SWIEN 294 | 8/5/2016 | 2016 P&L by Entity.xlsx | Swiencinski-533 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 295 | 9/12/2016 | Carr email RE Draft Retainer Agreement, OmniPlus Pharmacy (confidential and privileged communication) | Swiencinski-534 | | | |
| DX SWIEN 296 | 9/12/2016 | Omniplus Group Ownership 06-01-2016 v2.pdf | Swiencinski-539 | | | |
| DX SWIEN 297 | 9/27/2016 | Updated Org Chart | Swiencinski-540 | | | |
| DX SWIEN 298 | 9/12/2016 | Omniplus Group Ownership 06-01-2016 v2.pdf | Swiencinski-541 | | | |
| DX SWIEN 299 | 10/26/2016 | RE Legal opinion needed | Swiencinski-543 | | | |
| DX SWIEN 300 | 1/10/2017 | RE Meeting | Swiencinski-549 | | | |
| DX SWIEN 301 | 9/12/2016 | Omniplus Group Ownership 06-01-2016 v2.pdf | Swiencinski-552 | | | |
| DX SWIEN 302 | 1/11/2017 | Current entity structure | Swiencinski-554 | | | |
| DX SWIEN 303 | 1/10/2017 | Omniplus Group Ownership 12-31-2016 v1.pdf | Swiencinski-555 | | | |
| DX SWIEN 304 | 10/24/2017 | FW 1099s | Swiencinski-557 | | | |
| DX SWIEN 305 | 10/24/2017 | OPTIPLUS 2013 1099MISC.pdf (redacted) | Swiencinski-563 | | | |
| DX SWIEN 306 | 8/30/2016 | 2015 K-1s_Carr & 2015 1099 AMP | Swiencinski-643 | | | |
| DX SWIEN 307 | 8/29/2016 | Omniplus healthcare_Carr.pdf<br>2015 Tax Workpapers OPHC-Carr (redacted) | Swiencinski-645 | | | |
| DX SWIEN 308 | 8/29/2016 | Pharms_Carr.pdf<br>2015 Tax Workpapers Pharms-Carr & Herbst (redacted) | Swiencinski-668 | | | |
| DX SWIEN 309 | 8/30/2016 | Alternative_Carr.pdf<br>2015 Tax Workpapers AMP-Carr (redacted) | Swiencinski-682 | | | |
| DX SWIEN 310 | 8/30/2016 | 2015 Alternative 1099_Carr.pdf (redacted) | Swiencinski-691 | | | |
| DX SWIEN 311 | 8/30/2016 | Optiplus-Pam Bailey | Swiencinski-692 | | | |
| DX SWIEN 312 | 8/30/2016 | 2015 OPTI 1099_Bailey.pdf (redacted) | Swiencinski-693 | | | |
| DX SWIEN 313 | 8/30/2016 | 2015 OPTI K1_Bailey.pdf (redacted) | Swiencinski-694 | | | |
| DX SWIEN 314 | 8/30/2016 | Healthy Pharmacy Solutions_Ted Blanchard | Swiencinski-703 | | | |
| DX SWIEN 315 | 8/29/2016 | Healthy_Blanchard.pdf<br>2015 K1 Healthy Pharmacy-Blanchard (redacted) | Swiencinski-704 | | | |
| DX SWIEN 316 | 8/30/2016 | 2015 Healthy_Blanchard 1099.pdf (redacted) | Swiencinski-715 | | | |
| DX SWIEN 317 | 9/2/2016 | 2015 K-1 & 1099 SHT Acquisitions | Swiencinski-717 | | | |
| DX SWIEN 318 | 8/30/2016 | S&HT Acq 1099_Marco.pdf<br>2015 1099 S&HT-Aguillon (redacted) | Swiencinski-718 | | | |
| DX SWIEN 319 | 8/30/2016 | S&HT Acq_Marco.pdf<br>2015 K1 S&HT-Aguillon (redacted) | Swiencinski-719 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 320 | 8/25/2016 | S&HT Marco_8-31.pdf 2015 K1 Amended S&HT-Aguillon (redacted) | Swiencinski-727 | | | |
| DX SWIEN 321 | 9/14/2015 | RE 1099s | Swiencinski-736 | | | |
| DX SWIEN 322 | 9/14/2015 | Worth Medical_1099 Pharms 2014.pdf (redacted) | Swiencinski-739 | | | |
| DX SWIEN 323 | 9/14/2015 | Swiencinski 1099 Pharms 2014.pdf (redacted) | Swiencinski-740 | | | |
| DX SWIEN 324 | 9/28/2015 | Ownership Percentages | Swiencinski-744 | | | |
| DX SWIEN 325 | 5/19/2015 | Omniplus Group Ownership 04-30-2015 v1.pdf | Swiencinski-745 | | | |
| DX SWIEN 326 | 10/12/2017 | RE Omni One Med 1099- Foptum | Swiencinski-774 | | | |
| DX SWIEN 327 | 10/12/2017 | OOMP FOPTUM 2016 1099.pdf (redacted) | Swiencinski-778 | | | |
| DX SWIEN 328 | 4/10/2017 | RE Mail | Swiencinski-779 | | | |
| DX SWIEN 329 | 4/10/2017 | 2016 Forms 1096 & 1099.pdf (redacted) | Swiencinski-783 | | | |
| DX SWIEN 330 | 05/02/2018 | Audio Recording of Terry Brickman and Lisa Brickman | | | | |
| DX SWIEN 331-1 | 03/05/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 331-2 | 03/09/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 331-3 | 04/04/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 331-4 | 04/18/2018 | Audio Recording of James Buckingham (voicemail) | | | | |
| DX SWIEN 331-5 | 04/18/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 332 | 08/30/2018 | Audio Recording of Pamela Bailey | | | | |
| DX SWIEN 333 | 03/07/2018 | Audio Recording of Patrick Cotter | | | | |
| DX SWIEN 334-1 | 03/06/2018 | Audio Recording of Todd Dunkle | | | | |
| DX SWIEN 334-2 | 03/07/2018 | Audio Recording of Todd Dunkle and Dean Valore | | | | |
| DX SWIEN 335-1 | 03/06/2018 | Audio Recording of Kimberly Hohmann and Krupla | | | | |
| DX SWIEN 335-2 | 03/08/2018 | Audio Recording of Kimberly Hohmann | | | | |
| DX SWIEN 336 | 09/05/2018 | Audio Recording of Matthew Thorson | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 337-1 | 03/07/2018 | Audio Recording of Paul Vorisek | | | | |
| DX SWIEN 337-2 | 03/06/2018 | Audio Recording of Paul and Sharon Vorisek | | | | |
| DX SWIEN 337-3 | 03/06/2018 | Audio Recording of Sharon Vorisek | | | | |
| DX SWIEN 338-1 | 2012 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 338-2 | 2013 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 338-3 | 2014 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 338-4 | 2015 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 339-1 | 2013 | Flight Maps Demonstratives | | | | |
| DX SWIEN 339-2 | 2014 | Flight Maps Demonstratives | | | | |
| DX SWIEN 339-3 | 2015 | Flight Maps Demonstratives | | | | |
| DX SWIEN 339-4 | 2016 | Flight Maps Demonstratives | | | | |
| DX SWIEN 340 | 05/01/2015 | Email from B Swiencinski to S Kalish re Fwd PPM | | | | |
| DX SWIEN 341 | 05/01/2015 | Email from B Swiencinski to G Stewart re Fwd PPM | | | | |
| DX SWIEN 342 | 05/01/2015 | Attachment to Emails re Fwd PPM – Omni One Med PPM Version 2-26 | | | | |
| DX SWIEN 343 | 03/03/2015 | Email from B Swiencinski to B Auer re Introduction | | | | |
| DX SWIEN 344 | 2013 | 2013 Form 1065 S&HT (redacted) | | | | |
| DX SWIEN 345 | 2014 | 2014 Form 1065 S&HT (redacted) | | | | |
| DX SWIEN 346 | 2015 | 2015 Form 1065 S&HT (amended) (redacted) | | | | |
| DX SWIEN 347 | 2015 | 2015 Form 1065 S&HT (original) (redacted) | | | | |
| DX SWIEN 348 | 2015 | 2015 Form 1065 S&HT (3/23/2018) (redacted) | | | | |
| DX SWIEN 349 | 2016 | 2016 Form 1065 S&HT (redacted) | | | | |
| DX SWIEN 350 | 2013 | 2013 Form 1065 OmniPlus GP (redacted) | | | | |
| DX SWIEN 351 | 2014 | 2014 Form 1065 OmniPlus GP (redacted) | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 352 | 2015 | 2015 Form 1065 OmniPlus GP (redacted) | | | | |
| DX SWIEN 353 | 2016 | 2016 Form 1065 OmniPlus GP (redacted) | | | | |
| DX SWIEN 354 | 2013 | 2013 Form 1120S AMP (redacted) | | | | |
| DX SWIEN 355 | 2014 | 2014 Form 1120S AMP (amended) (redacted) | | | | |
| DX SWIEN 356 | 2014 | 2014 Form 1120S AMP (original) (redacted) | | | | |
| DX SWIEN 357 | 2015 | 2015 Form 1120S AMP (redacted) | | | | |
| DX SWIEN 358 | 2016 | 2016 Form 1120S AMP (redacted) | | | | |
| DX SWIEN 359 | 2014 | 2014 Form 1065 OOMPS (redacted) | | | | |
| DX SWIEN 360 | 2015 | 2015 Form 1065 OOMPS (amended) (redacted) | | | | |
| DX SWIEN 361 | 2015 | 2015 Form 1065 OOMPS (original) (redacted) | | | | |
| DX SWIEN 362 | 2016 | 2016 Form 1065 OOMPS (redacted) | | | | |
| DX SWIEN 363 | 2013 | 2013 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 364 | 2014 | 2014 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 365 | 2015 | 2015 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 366 | 2016 | 2016 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 367 | 2013 | 2013 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 368 | 2014 | 2014 W2s OOMPS (redacted) | | | | |
| DX SWIEN 369 | 2015 | 2015 W2s OOMPS (redacted) | | | | |
| DX SWIEN 370 | 2016 | 2016 W2s OOMPS (redacted) | | | | |
| DX SWIEN 371 | 2013 | 2013 W2s OPHC (redacted) | | | | |
| DX SWIEN 372 | 2014 | 2014 W2s OPHC (redacted) | | | | |
| DX SWIEN 373 | 2015 | 2015 W2s OPHC (redacted) | | | | |
| DX SWIEN 374 | 2014 | 2014 W2s Pharms (redacted) | | | | |
| DX SWIEN 375 | 2015 | 2015 W2s Pharms (redacted) | | | | |
| DX SWIEN 376 | 2016 | 2016 W2s Pharms (redacted) | | | | |
| DX SWIEN 377 | 2014 | 2014 W2s S&HT (redacted) | | | | |
| DX SWIEN 378 | 2015 | 2015 W2s S&HT (redacted) | | | | |
| DX SWIEN 379 | 1/2/2018 | Audio Recording of Ryan and Aimee Bartis | | | | |
| DX SWIEN 380 | 1/2/2018 | Audio Recording of Ryan and Aimee Bartis #2 | | | | |
| DX SWIEN 381 | 9/5/2018 | Audio Recording of Brandon and Kristi Sigmon | | | | |
| DX SWIEN 382 | 1/4/2018 | Audio Recording of Forest Statham | | | | |
| DX SWIEN 383 | 1/3/2018 | Audio Recording of Helen Vinzant | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 384 | 6/14/2018 | Audio Recording of Helen and Jonathan Vinzant | | | | |
| DX SWIEN 385 | 6/13/2018 | Audio Recording of David and Kelly Howerton | | | | |
| DX SWIEN 386 | 6/14/2018 | Audio Recording of Kelly Howerton | | | | |
| DX SWIEN 387 | 1/4/2018 | Audio Recording of Leslie Bond | | | | |
| DX SWIEN 388 | 1/2/2018 | Audio Recording of Maries Laurel | | | | |
| DX SWIEN 389 | 6/14/2018 | Audio Recording of Paul and Billie Hobbs | | | | |
| DX SWIEN 390 | 6/19/2018 | Audio Recording of Paul Hobbs | | | | |
| DX SWIEN 391 | 7/31/2019 | Audio Recording of Raghuveer Chintalapally | | | | |
| DX SWIEN 392 | 9/26/2018 | Audio Recording of Stacy Mayeur | | | | |
| DX SWIEN 393 | 6/21/2018 | Audio Recording of Tony Clark (1 of 2) | | | | |
| DX SWIEN 394 | 6/21/2018 | Audio Recording of Tony Clark (2 of 2) | | | | |
| DX SWIEN 395 | | Summary PK Data | | | | |
| DX SWIEN 396 | 7/6/2015 | Corporate Rep Alternative 7/8/15 EX 13 | DOJ_18cr368-0178678 | | | |
| DX SWIEN 397 | | | | | | |
| DX SWIEN 398 | | | | | | |
| DX SWIEN 399 | | | | | | |
| DX SWIEN 400 | | | | | | |