UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| V. § | |
| § | CRIMINAL No. 4:18-cr-368 |
| BRIAN SWIENCINSKI, § | |
| SCOTT BREMEISTER, § | JUDGE ALFRED BENNETT |
| VLADIMIR REDKO, MD § | |
| CHRISTOPHER INCE, M.D., and § | |
| RONNIE MCADA, JR. § | |
| Defendants § | |

## DEFENDANT REDKO'S OBJECTIONS TO GOVERNMENT'S EXHIBITS

| EXHIBIT NUMBER | DEFENDANT OBJECTIONS |
|---|---|
| 400-429 | Objection as to authenticity, hearsay, relevance and proper foundation, cumulative, compilation of multiple documents from multiple providers; incomplete due to inclusion of selected screen shots and exclusion of others |
| 657 | Objection as to authenticity, hearsay, relevance and proper foundation |
| 664 | Objection as to authenticity, hearsay, relevance and proper foundation |
| 1005 | Objection as to authenticity, hearsay, relevance and proper foundation, Crawford violation |
| 1012 | Objection as to authenticity, hearsay, relevance and proper foundation, Crawford violation |
| 1035 | Objection as to authenticity, hearsay, relevance and proper foundation, Crawford violation |
| 1052 | Objection as to authenticity, hearsay, relevance and proper foundation, Crawford violation |
| _____ | In addition, Defendant Redko adopts all authenticity objections lodged by co-defendants and reserves other objections until time of trial. |

Respectfully submitted,

_____
JIM E LAVINE
Texas State Bar No. 12000300
Attorney in Charge
ZIMMERMANN LAVINE &ZIMMERMANN, P.C.
770 South Post Oak Lane, Suite 620
Houston, Texas 77056
(713) 552-0300
Email: jim.lavine@zlzslaw.com

/s/
_____
BRENT NEWTON
Texas State Bar No. 00788155
GERGER HENNESSY & MARTIN, LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 224-4400
(713) 224-5153 (Fax)
Email: bnewton@ghmfirm.com

Attorneys for the Defendant,
DR. VLADIMIR REDKO

**CERTIFICATE OF SERVICE**

    A copy of this pleading was served the day of filing on counsel of record by electronic mail from the Clerk of Court.

_____
JIM E. LAVINE