## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **Criminal No. 18-CR-368** |
| **v.** | § | **JUDGE ALFRED H. BENNETT** |
| | § | |
| **BRIAN SWIENCINSKI,** | § | Lisa Edwards, Case Manager |
| **SCOTT BREIMEISTER,** | § | |
| **VLADIMIR REDKO, M.D.,** | § | |
| **CHRISTOPHER INCE, M.D., and** | § | |
| **RONNIE MCADA, JR.,** | § | |
| | § | |
| **Defendants.** | § | |

## UNITED STATES' SECOND AMENDED EXHIBIT LIST

The United States, by and through the undersigned, respectfully submits its second amended exhibit list in the above-captioned case. The United States respectfully reserves the right to supplement its exhibit list before trial.

| No. | Description | Off. | Obj | Date Adm | Date Not Adm |
|---|---|---|---|---|---|
| | **Summary Exhibits** | | | | |
| 1 | Combined Claims Data from Express Scripts, CVS/Caremark, OptumRx, Prime Therapeutics, and Argus | | | | |
| 2 | Count Two | | | | |
| 3 | Count Three | | | | |
| 4 | Count Four | | | | |
| 5 | Count Five | | | | |
| 6 | Count Six | | | | |

1

*November 1, 2022*

| 7 | Count Seven | | | | |
|---|---|---|---|---|---|
| 8 | Count Eight | | | | |
| 9 | Count Nine | | | | |
| 10 | Count Ten | | | | |
| 11 | *Intentionally Left Blank*[#] | | | | |
| 12 | Count Twelve | | | | |
| 13 | Count Thirteen | | | | |
| 14 | Count Fourteen | | | | |
| 15 | Count Fifteen | | | | |
| 16 | Claims by Pharmacy | | | | |
| 17 | Provider Payments by Pharmacy Over Time | | | | |
| 18 | Payments to Pharmacy by PBM | | | | |
| 19 | Payments to Pharmacies by Express Scripts | | | | |
| 20 | Compound vs. Non-Compound Over Time | | | | |
| 21 | Claims for Individuals on "Brian's List" | | | | |
| 22 | Top Families | | | | |
| 23 | Top Prescribers | | | | |
| 25 | Investor Claims | | | | |
| 25 | Claims for Medallion Health Group LLC 1099 Recipients | | | | |
| 26 | Claims for Sunnyvale, Texas Individuals | | | | |
| 27 | Insurance Carrier Claims | | | | |
| 28 | Claims for Individuals Referenced in Emails | | | | |
| 29 | Claims for Feygin, Redko, Kholodovsky, and Dimant | | | | |
| 30 | *Intentionally Left Blank*[#] | | | | |
| 31 | *Intentionally Left Blank*[#] | | | | |
| 32 | *Intentionally Left Blank*[#] | | | | |
| 33 | *Intentionally Left Blank*[#] | | | | |
| 34 | *Intentionally Left Blank*[#] | | | | |

2

*November 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 35 | Payments to Brian Swiencinski and Worth Medical Company LLC | | | | |
| 36 | Payments from Brian Swiencinski and Worth Medical Company LLC | | | | |
| 37 | Scott Breimeister Payments | | | | |
| 38 | Vladimir Redko Payments | | | | |
| 39 | Payments to Christopher Ince | | | | |
| 40 | Payments from Pharms LLC to Ronnie McAda's Entities | | | | |
| 41 | Payments from Ronnie McAda and McAda's Entities | | | | |
| 42 | The Share Program | | | | |
| 43 | Jerry Silverman Payments | | | | |
| 44 | Summary of Phone Contacts | | | | |
| 45 | Rejected, Reversed, and Paid Claims, April 15 – 17, 2014 | | | | |
| | **Records from Pharmacy Benefit Managers ("PBMs")** | | | | |
| 200 | Caremark Provider Agreement - Alternative Medicine and Pharmacy | | | | |
| 201 | Caremark Provider Agreement - Kremco Pharmacy | | | | |
| 202 | Caremark Provider Agreement - Accu-Care Pharmacy | | | | |
| 203 | Caremark Provider Agreement - Healthy Pharmacy Solutions | | | | |
| 204 | Caremark Provider Agreement - Omni-One-Med Pharmacy Services LLC ("Omni-One-Med") | | | | |
| 205 | 9/4/14 CVS/Caremark Letter to OmniPlus Pharmacy and Portions of OmniPlus Response | | | | |
| 206 | *Intentionally Left Blank*# | | | | |
| 207 | 10/16/14 Fax from Colleen Kennedy, M.D. to CVS/Caremark, Subject: "Please Review: Prescription Verification Letter" | | | | |
| 208 | 11/17/14 Transcript of Voicemail from Colleen Kennedy, M.D. to CVS/Caremark | | | | |
| 209 | Portion of CVS/Caremark Investigative File~ | | | | |
| 210 | *Intentionally Left Blank*# | | | | |
| 211 | 12/10/15 CVS/Caremark Notice of Termination OmniPlus Pharmacy | | | | |

3

*November 1, 2022*

| | | | | |
|---|---|---|---|---|
| 212 | Express Scripts Provider Certification - Alternative Medicine and Pharm (OmniPlus Pharmacy)˜ | | | |
| 213 | 5/8/14 Excerpt of OmniPlus Response to Express Scripts Audit | | | |
| 214 | Express Scripts Pharmacy Provider Agreement - Accu-Care Pharmacy | | | |
| 215 | Express Scripts Pharmacy Provider Agreement - Alternative Medicine and Pharmacy (OmniPlus Pharmacy) | | | |
| 216 | 7/31/14 Express Scripts Termination of OmniPlus Pharmacy | | | |
| 217 | Express Scripts Pharmacy Provider Agreement - Omni-One-Med | | | |
| 218 | Express Scripts Provider Certification - Healthy Pharmacy Solutions˜ | | | |
| 219 | 3/2/15 Express Scripts Patient Response - Alexa and Evan Buckingham | | | |
| 220 | 3/2/15 Express Scripts Patient Response - Vorisek Family | | | |
| 221 | Express Scripts Provider Certification - Accu-Care Pharmacy˜ | | | |
| 222 | Logged Formula Worksheets˜ | | | |
| 223 | Express Scripts Provider Certification - Kremco Pharmacy˜ | | | |
| 224 | Express Scripts Pharmacy Provider Agreement - JSW Prosperity, LLC (1 Stop Pharmacy) | | | |
| 225 | 6/29/16 Letter from Express Scripts to Vladimir Redko and 7/5/16 Fax from V. Redko, M.D. to Blake Stockwell | | | |
| 226 | 7/27/16 Email, Subject: "OOM - Investigation (1 of 3)" and Attachment | | | |
| 227 | 8/15/16 Email, Subject: "RE: OOM - investigation (3 of 3)" | | | |
| 228 | 8/19/16 Email, Subject: "RE: OOM - investigation (3 of 3)" and Attachment | | | |
| 229 | 10/18/16 Email, Subject: "[EXTERNAL] RE: OOM investigation documentation" | | | |
| 230 | OptumRx, Inc. Pharmacy Network Agreement - Kremco Pharmacy | | | |
| 231 | OptumRx, Inc. Pharmacy Network Agreement - Alternative Medicine and Pharmacy | | | |
| 232 | OptumRx, Inc. Pharmacy Network Agreement - Healthy Pharmacy Solutions | | | |

4

*November 1, 2022*

| 233 | OptumRx, Inc. Pharmacy Network Agreement - OmniPlus Health Care, L.P. | | | |
| 234 | OptumRx, Inc. Pharmacy Network Agreement - Omni-One-Med Pharmacy Services | | | |
| 235 | OptumRx, Inc. Pharmacy Network Agreement - 1 Stop Pharmacy | | | |
| 236 | 6/29/16 Express Scripts Letters to Ryan and Todd Dunkle* | | | |
| 237 | 6/29/16 Express Scripts Letters to Alexa, Evan, and Sheila Buckingham* | | | |
| 238 | 10/19/16 Email, Subject: "[EXTERNAL] RE: OOM investigation documentation"* | | | |
| 239 | 3/13/13 CVS/Caremark Letter – Retail Network Ineligibility – OmniPlus Health Care, L.P. # | | | |
| 240 | 3/27/13 CVS/Caremark Letter of Appeal from Vladimir Redko – OmniPlus Health Care, L.P.# | | | |
| 241 | 5/7/13 CVS/Caremark Letter to Vladimir Redko – OmniPlus Health Care, L.P.# | | | |
| 242 | 3/28/14 CVS Pre-Credentialing – OmniPlus Pharmacy# | | | |
| 243 | 4/2/14 CVS/Caremark Credentialing – OmniPlus Pharmacy# | | | |
| 244 | 10/13/14 CVS/Caremark Notice of Suspension – OmniPlus Pharmacy# | | | |
| 245 | Screenshot of Medallion Health Group, LLC# | | | |
| **Records Received from Pharms and Related Pharmacies** | | | | |
| 300 | First Amendment to Operating Agreement of OptiPlus Healthcare, LLC | | | |
| 301 | *Intentionally Left Blank*# | | | |
| 302 | Second Amendment to Operating Agreement of OptiPlus Healthcare, LLC | | | |
| 303 | Fourth Amendment to Operating Agreement of OptiPlus Healthcare, LLC, and Checks from Bailey to Underwood | | | |
| 304 | OptiPlus Healthcare, LLC Purchase and Sale Agreement - Erik Underwood to Pamela Bailey | | | |
| 305 | Promissory Notes - Erik Underwood and Scott Breimeister and Brian Swiencinski˜ | | | |
| 306 | Third Amendment to Operating Agreement of OptiPlus Healthcare, LLC | | | |

*November 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 307 | *Intentionally Left Blank*# | | | | |
| 308 | 2014 Omni-One-Med Revenue by State | | | | |
| 309 | Express Scripts Provider Certification - 1 Stop Pharmacy | | | | |
| 310 | Caremark Provider Agreement - 1 Stop Pharmacy | | | | |
| 311 | Omni-One-Med Pharmacy Services, LLC - Notice to Re-purchase all Class B Units - Edward Nash | | | | |
| 312 | Investment Packet - Edward Nash | | | | |
| 313 | *Intentionally Left Blank*# | | | | |
| 314 | *Intentionally Left Blank*# | | | | |
| 315 | Purchase and Sale Agreement One Stop Acquisitions - Jermain Wiggins and One Stop Acquisitions (Scott Breimeister) | | | | |
| 316 | *Intentionally Left Blank*# | | | | |
| 317 | Consent of Sole Member of One Stop Acquisitions, LLC In Lieu of Special Meeting | | | | |
| 318 | Express Scripts Final Re-Credentialing - Omni-One-Med Pharmacy Services, LLC | | | | |
| 319 | *Intentionally Left Blank*# | | | | |
| 320 | Purchase and Sale Agreement OptiPlus Healthcare, LLC - Erik Underwood and Scott Breimeister | | | | |
| 321 | Omni-One-Med Foptum Payments 2016 and 1099 | | | | |
| 322 | Sixth Amendment to Operating Agreement of OptiPlus Healthcare, LLC | | | | |
| 323 | *Intentionally Left Blank*# | | | | |
| 324 | CVS/Caremark Pharmacy Provider Pre-Credentialing Questionnaire - 1 Stop Pharmacy | | | | |
| 325 | Compilation of Patient Signature Logs | | | | |
| 326 | Fedex Signature Logs - Terry and Lisa Brickman | | | | |
| 327 | ALS Marketing August 2014 Commissions˜ | | | | |
| 328 | *Intentionally Left Blank*# | | | | |
| 329 | Compilation of Medallion Sales Commissions˜ | | | | |
| 330 | Compilation of Intuitive Sales Commissions | | | | |
| 331 | Compilation of Swiencinski VIP Commission List | | | | |
| 332 | Compilation of Worth Medical Company Sales Commissions | | | | |
| 333 | Compilation of Logged Formula Worksheets | | | | |
| 334 | MAAD Marketing Inc. July and August 2014 Commissions | | | | |

6

*November 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 335 | Omni-One-Med Investor Information and Data* | | | | |
| 336 | Pharms Commission Payment Detail (February 2014–December 2015)# | | | | |
| **PK Software Records** | | | | | |
| 400 | Compilation of Prescriptions for Swiencinski's VIPs˜ | | | | |
| 401 | PK File for Alexa Buckingham | | | | |
| 402 | PK File for Matthew Vorisek | | | | |
| 403 | PK File for Callie Cotter | | | | |
| 404 | PK File for Colton Alverson | | | | |
| 405 | PK File for Sofia Koszoru | | | | |
| 406 | PK File for Terry Brickman | | | | |
| 407 | PK File for Todd Dunkle | | | | |
| 408 | PK File for Ryan Dunkle | | | | |
| 409 | Prescriptions for Vinzant Family˜ | | | | |
| 410 | Prescriptions for Alverson Family˜ | | | | |
| 411 | Prescriptions for Bartis Family˜ | | | | |
| 412 | Prescriptions for Bond Family˜ | | | | |
| 413 | Prescriptions for Buckingham Family˜ | | | | |
| 414 | Prescriptions for Clark Family˜ | | | | |
| 415 | Prescriptions for Cotter Family˜ | | | | |
| 416 | Prescriptions for Cross Family˜ | | | | |
| 417 | *Intentionally Left Blank*# | | | | |
| 418 | Prescriptions for Dunkle Family˜ | | | | |
| 419 | Prescriptions for Hobbs Family˜ | | | | |
| 420 | Prescriptions for Hohmann Family˜ | | | | |
| 421 | Prescriptions for Howerton Family˜ | | | | |
| 422 | Prescriptions for Kumazec Family˜ | | | | |
| 423 | Prescriptions for Lisa Brickman˜ | | | | |
| 424 | Prescriptions for McAda Family˜ | | | | |
| 425 | Prescriptions for Southard Family˜ | | | | |
| 426 | Prescriptions for Statham Family˜ | | | | |
| 427 | Prescriptions for Swiencinski Family˜ | | | | |
| 428 | Prescriptions for Vorisek Family˜ | | | | |
| 429 | Prescriptions from Christopher Moore | | | | |
| **Interviews and Recordings** | | | | | |
| 500 | 9/26/17 Swiencinski Initialed Interview Notes˜ | | | | |
| 501 | Interview of Ronnie McAda - Excerpt 1 (00:00:53-00:01:01) | | | | |

7

*November 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 502 | Interview of Ronnie McAda - Excerpt 10 (00:21:01-00:23:52) | | | | |
| 503 | Interview of Ronnie McAda - Excerpt 11 (00:24:15-00:26:08) | | | | |
| 504 | Interview of Ronnie McAda - Excerpt 12 (00:27:32-00:30:28) | | | | |
| 505 | Interview of Ronnie McAda - Excerpt 13 (00:30:45-00:31:45) | | | | |
| 506 | Interview of Ronnie McAda - Excerpt 14 (00:35:07-00:35:23) | | | | |
| 507 | Interview of Ronnie McAda - Excerpt 15 (00:37:06-00:37:32) | | | | |
| 508 | Interview of Ronnie McAda - Excerpt 16 (00:39:39-00:42:59) | | | | |
| 509 | Interview of Ronnie McAda - Excerpt 17 (00:43:02-00:44:13) | | | | |
| 510 | Interview of Ronnie McAda - Excerpt 18 (00:55:25-00:56:15) | | | | |
| 511 | Interview of Ronnie McAda - Excerpt 19 (00:57:06-00:57:43) | | | | |
| 512 | Interview of Ronnie McAda - Excerpt 2 (00:02:34-00:03:23) | | | | |
| 513 | Interview of Ronnie McAda - Excerpt 20 (01:00:17-01:00:51) | | | | |
| 514 | Interview of Ronnie McAda - Excerpt 21 (01:05:06-01:05:38) | | | | |
| 515 | Interview of Ronnie McAda - Excerpt 3 (00:04:00-00:05:06) | | | | |
| 516 | Interview of Ronnie McAda - Excerpt 4 (00:05:47-00:06:18) | | | | |
| 517 | Interview of Ronnie McAda - Excerpt 5 (00:09:12-00:10:48) | | | | |
| 518 | Interview of Ronnie McAda - Excerpt 6 (00:13:41-00:14:22) | | | | |
| 519 | Interview of Ronnie McAda - Excerpt 7 (00:16:16-00:16:52) | | | | |
| 520 | Interview of Ronnie McAda - Excerpt 8 (00:17:13-00:19:00) | | | | |
| 521 | Interview of Ronnie McAda - Excerpt 9 (00:19:13-00:20:06) | | | | |
| 522 | Interview of Christopher Ince - Excerpt 1 (00:02:03-00:03:29) | | | | |
| 523 | Interview of Christopher Ince - Excerpt 2 (00:01:14-00:01:18) | | | | |

8

*November 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 524 | 1/23/17 Zulaica Call with Swiencinski - Excerpt 1 (00:08:18-00:13:14) | | | | |
| 525 | 1/30/17 Zulaica Call with Swiencinski - Excerpt 1 (00:00:08-00:05:33) | | | | |
| 526 | 9/27/17 Zulaica Call with Swiencinski - Excerpt 1 (00:00:04-00:02:38) | | | | |
| 527 | 9/27/17 Zulaica Call with Swiencinski - Excerpt 2 (00:05:26-00:08:37) | | | | |
| 528 | 9/27/17 Zulaica Call with Swiencinski - Excerpt 3 (00:12:45-00:18:28) | | | | |
| 529 | 9/28/17 Zulaica Call with Swiencinski - Excerpt 1 (00:04:44-00:05:51) | | | | |
| 530 | 9/28/17 Zulaica Call with Swiencinski - Excerpt 2 (00:06:07-00:09:31) | | | | |
| 531 | 9/28/17 Zulaica Call with Swiencinski - Excerpt 3 (00:11:51-00:13:59) | | | | |
| 532 | 9/28/17 Zulaica Call with Swiencinski - Excerpt 4 (00:15:09-00:16:10) | | | | |
| 533 | 9/28/17 Zulaica Call with Swiencinski - Excerpt 5 (00:18:39-00:20:09) | | | | |
| 534 | 5/25/18 Brickman Call with Swiencinski | | | | |
| **Records Obtained from Witnesses and Third Parties** | | | | | |
| 600 | 10/30/13 Email, Subject: "Re: Survey" | | | | |
| 601 | Purchase and Sale Agreement OptiPlus Healthcare, LLC - Brian Swiencinski and Erik Underwood and Scott Breimeister and Erik Underwood | | | | |
| 602 | ADP Earnings Statement - 1/16/15 for $99,270.23 to Erik Underwood | | | | |
| 603 | 8/24/16 Email, Subject: "Sale Docs" and Attachments˜ | | | | |
| 604 | 1/30/17 Email, Subject: "Fwd: script pad"˜ | | | | |
| 605 | 1/30/17 Email, Subject: "Fwd: OMEPRAZOLE-SODIUM BICARB NUMBERS"˜ | | | | |
| 606 | Bottles of Cream - Clark Family [PHYSICAL] | | | | |
| 607 | Colleen Kennedy, M.D. Patient Files for Clark Family | | | | |
| 608 | Colleen Kennedy, M.D. Patient Files for Cross Family | | | | |
| 609 | Colleen Kennedy, M.D. Patient Files for Hobbs Family | | | | |
| 610 | Colleen Kennedy, M.D. Patient Files for Howerton Family | | | | |
| 611 | Colleen Kennedy, M.D. Patient Files for McAda Family | | | | |

*November 1, 2022*

| 612 | Colleen Kennedy, M.D. Patient Files for Vinzant/Saylor Family | | | | |
|---|---|---|---|---|---|
| 613 | Colleen Kennedy, M.D. Patient Files for Bartis Family | | | | |
| 614 | Attestation for MDs | | | | |
| 615 | OPP - Copay policy | | | | |
| 616 | Owners 09-20-16 | | | | |
| 617 | Photograph of Pharmacy Compounding Room | | | | |
| 618 | 1/16/14 Email, Subject: "Independent Sales Rep Agreement" and Attachment | | | | |
| 619 | Sales Representation Agreement April 2014 (Intuitive and Pharms) and Email | | | | |
| 620 | Sales Representation Agreement June 2014 (Intuitive and Pharms) | | | | |
| 621 | 7/9/14 Email, Subject: "Dr. Owen Travel to Houston for Visit with Omni" | | | | |
| 622 | 7/25/14 Email, Subject: "Investor Oppty" | | | | |
| 623 | 8/21/14 Email, Subject: "Fisher Therapeutic Interchange" and Attachment | | | | |
| 624 | 9/8/14 Email, Subject: "Dr. Patel and Dr. Lawler reg and tia forms" and Attachment | | | | |
| 625 | 10/1/14 Email, Subject: "Updated TIA--Fisher" and Attachment | | | | |
| 626 | 10/17/14 Email, Subject: "Scan and Attachment" | | | | |
| 627 | 10/21/14 Email, Subject: "3rd Call patients - auto ship Rx" | | | | |
| 628 | 1/11/15 Email, Subject: "Cheat Sheet for Supplements" | | | | |
| 629 | 1/14/15 Email, Subject: "Re:" | | | | |
| 630 | 2/6/15 Email, Subject: "Pharmacy Shares" | | | | |
| 631 | 3/5/15 Email, Subject: Omni Plus Therapeutic Interchange Form | | | | |
| 632 | 4/24/15 Email, Subject: "Fwd: Explanation of Investment for Dr. York" | | | | |
| 633 | 6/3/15 Email, Subject: "IHS Commission Differential" | | | | |
| 634 | Sales Representation Agreement Jul 2015 (Intuitive and Pharms) | | | | |
| 635 | 7/1/15 Email, Subject: "Letter to Accompany New Rep Sales Agreement" | | | | |
| 636 | 7/8/15 Email, Subject: "Fwd: Physician Investment Analysis" and Attachment | | | | |
| 637 | 2/2/16 Email, Subject: "Sila Pak Question" | | | | |

10

*November 1, 2022*

| 638 | Patient Files from GOH Medical (Blakely Black, Madison Black, Aaron Kendle, Mindy Kendle, Gunner Luttrell, Edward Smith, Jane Smith, Amber Young, Michael Young) | | | |
|---|---|---|---|---|
| 639 | Photographs of Creams - Buckingham Family | | | |
| 640 | Bottles of Cream – Buckingham Family [PHYSICAL] | | | |
| 641 | Fedex Shipping Label - Brian Swiencinski to James Buckingham | | | |
| 642 | Signature Logs, Prescription Labels, and Return Envelope - Buckingham Family | | | |
| 643 | Check from James Buckingham to Omni One Med, Memo: "Co-Pay" | | | |
| 644 | Handwritten Notes - James Buckingham | | | |
| 645 | 2014 and 2015 1099-MISC from Worth Medical Company, LLC to Innovations in Medicine | | | |
| 646 | 8/5/14 Management Meeting Notes^ | | | |
| 647 | 9/2/14 Management Meeting Notes | | | |
| 648 | 9/4/14 Email, Subject: "Compliance Spreadsheet Completed" and Attachment¯ | | | |
| 649 | *Intentionally Left Blank*# | | | |
| 650 | 10/1/14 Management Meeting Notes | | | |
| 651 | 11/13/14 Commission Spreadsheet | | | |
| 652 | 12/17/14 Management Meeting Notes | | | |
| 653 | 5/6/15 Management Meeting Notes | | | |
| 654 | 5/13/15 Email, Subject: "FW: Brian's reports" and Attachment | | | |
| 655 | 8/17/15 Email, Subject: "RE: Brian's Request" | | | |
| 656 | 7/11/16 Email, Subject: "OOM ESI AUDIT 07-07-16.xlsx" and Attachment | | | |
| 657 | Payments and Distributions to Dr. Redko | | | |
| 658 | Entity and Ownership Structure Charts | | | |
| 659 | Compilation of Carr's Text Messages# | | | |
| 660 | Google Certification Regarding Server Locations 6/30/2020 | | | |
| 661 | *Intentionally Left Blank*^ | | | |
| 662 | *Intentionally Left Blank*^ | | | |
| 663 | Compilation of Text Messages between James Buckingham and Brian Swiencinski* | | | |
| 664 | Notes on Sales Commissions for Dr. Redko's prescriptions* | | | |
| 665 | Notes on House, SC Sales Commissions* | | | |
| 666 | Screenshot of JPMC Outgoing Wire Transfers* | | | |

11

*November 1, 2022*

| 667 | 8/29/14 Management and Compliance Meeting Notes[#] | | | | |
|---|---|---|---|---|---|
| **Records Obtained from Pain & Health Management and Applied Pain** | | | | | |
| 700 | 3/2/15 Email, Subject: "FW: Scrpts" and Attachment | | | | |
| 701 | Attachment B - List of Patient Files from Pain & Health Management Center, PA | | | | |
| 702 | Business Records Affidavit by Custodian of Records - Vladimir Redko and Business Records | | | | |
| 703 | Attachment B - List of Patient Files from Applied Pain (2) | | | | |
| 704 | Business Records Affidavit Applied Pain (Rosemary Arocha) | | | | |
| 705 | Business Records Affidavit by Custodian of Records - Christopher Ince | | | | |
| **Phone Records** | | | | | |
| 800 | Compilation of AT&T Phone Records for Scott Breimeister^ | | | | |
| 801 | Compilation of Verizon Phone Records for Brian Swiencinski | | | | |
| 802 | Compilation of Verizon Phone Records for Ronnie McAda | | | | |
| **Financial Records** | | | | | |
| 900 | JPMC x6280 Brian Swiencinski Signature Card | | | | |
| 901 | Frost Bank x7697 Sherfield Medical Advisors, LLC Signature Card | | | | |
| 902 | Frost Bank x1948 Worth Medical Company Signature Card | | | | |
| 903 | Bank of America x9972 Medallion Health Group LLC Signature Card | | | | |
| 904 | JPMC x0165 Omni-One-Med Pharmacy Services, LLC Signature Card | | | | |
| 905 | JPMC x9550 Alternative Medicine and Pharmacy Inc. Signature Card | | | | |
| 906 | JPMC x1170 OptiPlus Healthcare, LLC Signature Card | | | | |
| 907 | JPMC x1758 S&HT Acquisitions, LLC Signature Card | | | | |
| 908 | JPMC x5235 OmniPlus Health Care, L.P. Signature Card | | | | |
| 909 | JPMC x9708 Worth Medical Bank Statement - Nov. 29, 2014-Dec. 31, 2014 | | | | |
| 910 | JPMC x1228 Pharms LLC - December 2014 Statement | | | | |
| 911 | ADP Payroll Detail 2015 for Peter Herbst | | | | |

*November 1, 2022*

| | | | | | |
|------|--------------------------------------------------------------------|--|--|--|--|
| 912 | ADP Payroll Detail 2015 for Erik Underwood | | | | |
| 913 | *Intentionally Left Blank*[#] | | | | |
| 914 | *Intentionally Left Blank*[#] | | | | |
| 915 | *Intentionally Left Blank*^ | | | | |
| 916 | *Intentionally Left Blank*^ | | | | |
| 917 | JPMC x1228 Pharms LLC Signature Card | | | | |
| 918 | JPMC x9708 Worth Medical Signature Cards | | | | |
| 919 | Wells Fargo x3185 Elite Health Providers LLC Signature Card | | | | |
| 920 | JPMC x6259 Safety & Health Technology LLC Signature Cards | | | | |
| 921 | Compilation of Payments from Ronnie McAda and Related Entities˜ | | | | |
| 922 | Compilation of Payments to Ronnie McAda and Related Entities˜ | | | | |
| 923 | Compilation of Payments to Brian Swiencinski and Worth Medical˜ | | | | |
| 924 | Compilation of Payments to Chad Southard and Intuitive Healthcare | | | | |
| 925 | Compilation of Payments to Christopher Ince | | | | |
| 926 | Compilation of Payments to Debra DePugh | | | | |
| 927 | Compilation of Payments to Forest Statham and Fireball Health | | | | |
| 928 | Compilation of Payments to James Buckingham and Innovations in Medicine | | | | |
| 929 | Compilation of Payments to Kevin Alverson and GTC Medical | | | | |
| 930 | Compilation of Payments to/from Manjit Randhawa | | | | |
| 931 | Compilation of Payments to Matthew Thorsen | | | | |
| 932 | Compilation of Payments to Merrimon Baker | | | | |
| 933 | Compilation of Payments to Michael McLaughlin | | | | |
| 934 | Compilation of Payments to/from Peter Herbst | | | | |
| 935 | Compilation of Payments to Scott Breimeister˜ | | | | |
| 936 | Compilation of Payments to Terry Brickman˜ | | | | |
| 937 | Compilation of Payments to Yardlie Pinar | | | | |
| 938 | Compilation of Payments to Vladimir Redko˜ | | | | |
| 939 | *Intentionally Left Blank*^ | | | | |
| 940 | JPMC x7388 Vladimir Redko Signature Card* | | | | |
| 941 | JPMC x7549 J&D Medical Consulting LLC Signature Card* | | | | |
| **Emails** | | | | | |

13

*November 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 1000 | 12/2/13 Email, Subject: "Fwd: Scripts" | | | | |
| 1001 | 12/2/13 Email, Subject: "Scripts" | | | | |
| 1002 | 12/27/13 Email, Subject: "Re: OmniRx_v2.pdf" | | | | |
| 1003 | 1/12/14 Email, Subject: "Re: Elite Health Providers and Iowa Group" | | | | |
| 1004 | 1/14/14 Email, Subject: "Fwd: scripts calculation" and Attachment | | | | |
| 1005 | 1/15/14 Email, Subject: "Fwd: scripts calculation" and Attachment | | | | |
| 1006 | 1/21/14 Email, Subject: "Buckingham Info" | | | | |
| 1007 | *Intentionally Left Blank*# | | | | |
| 1008 | 1/30/14 Email, Subject: "Fwd: Buckingham Info"~ | | | | |
| 1009 | 2/1/14 Email, Subject: "December Qmed" and Attachment | | | | |
| 1010 | 2/18/14 Email, Subject: "Re: Our pain and scar cream" | | | | |
| 1011 | *Intentionally Left Blank*^ | | | | |
| 1012 | 3/20/14 Email, Subject: "RE: Dr. Kennedy" | | | | |
| 1013 | 3/25/2014 Email, Subject: "IMG953116.jpeg" and Attachment | | | | |
| 1014 | 4/7/14 Email, Subject: "Info from Buck" | | | | |
| 1015 | *Intentionally Left Blank*^ | | | | |
| 1016 | 4/17/14 Email, Subject: "Jim Buckingham" and Attachments | | | | |
| 1017 | 5/13/14 Email, Subject: "Jim Buckingham" and Attachment | | | | |
| 1018 | 5/27/14 Email, Subject: "Re: New Doctors that will be prescribing Omni." | | | | |
| 1019 | 6/20/14 Email, Subject: "Crème Patient ID" and Attachment | | | | |
| 1020 | 7/3/2014 Email, Subject: "Re: Emil & Whitney Brerkus" | | | | |
| 1021 | 7/14/14 Email, Subject: "Jim Buckingham (new RX)" and Attachment | | | | |
| 1022 | 9/14/14 Email, Subject: "Fwd: Agreement" | | | | |
| 1023 | 9/16/14 Email, Subject: "Re: Agreement" | | | | |
| 1024 | *Intentionally Left Blank*^ | | | | |
| 1025 | 10/28/14 Email, Subject: "FW: CVS" | | | | |
| 1026 | 10/29/14 Email, Subject: "FW: OmniPlus Pharmacy - CVS/Carmark Audit" and Attachment | | | | |
| 1027 | *Intentionally Left Blank*# | | | | |
| 1028 | 11/18/14 Email, Subject: "Re: FW: CVS/Caremark Suspension" | | | | |

14

| | | | | | |
|---|---|---|---|---|---|
| 1029 | *Intentionally Left Blank^* | | | | |
| 1030 | 11/25/14 Email, Subject: "RE: Medtronic" | | | | |
| 1031 | 12/2/14 Email, Subject: "Fwd: UHC/MIP - OmniPlus - Topicals and Oral Compound Tracking Sheets" | | | | |
| 1032 | 12/2/14 Email, Subject: "Fwd: DR KENNEDY STATUS"˜ | | | | |
| 1033 | 12/4/14 Email, Subject: "Fwd: IHS Providers \| Omni Plus Shares offered in December 2014" | | | | |
| 1034 | 12/4/14 Email, Subject: "Fwd: IHS Providers \| Omni Plus Shares offered in December 2014" | | | | |
| 1035 | 12/17/14 Email, Subject: "Re: Peter's December Commission" | | | | |
| 1036 | 12/30/14 Email, Subject: "VIP Patients" | | | | |
| 1037 | 1/29/15 Email, Subject: "Fwd: Prime Therapeutic Audit Points" | | | | |
| 1038 | *Intentionally Left Blank^* | | | | |
| 1039 | 2/3/15 Email, Subject: "2-3-15 Cash Report" and Attachment | | | | |
| 1040 | 2/6/15 Email, Subject: "Approved for additional share of Omni Plus Pharmacy" | | | | |
| 1041 | 2/18/15 Email, Subject: "Re: Hoelscher / Jacoby" | | | | |
| 1042 | 2/25/15 Email, Subject: "Fwd: VIP list" | | | | |
| 1043 | 3/1/15 Email, Subject: "Re: Fwd: Call me to let me know what to tell my people" | | | | |
| 1044 | 3/2/15 Email, Subject: "Re: Wire Instructions" | | | | |
| 1045 | 3/2/15 Email, Subject: "RE: Scrpts" and Attachment | | | | |
| 1046 | 3/2/15 Email, Subject: "RE: Scrpts" | | | | |
| 1047 | 3/2/2015 Email, Subject: "FW: Call me to let me know what to tell my people" | | | | |
| 1048 | 3/3/15 Email, Subject: "Fwd: ESI - Proposed Responses to Patient Questionnaire" | | | | |
| 1049 | 3/3/15 Email, Subject: "Re: ESI - Proposed Responses to Patient Questionnaire" | | | | |
| 1050 | 3/17/15 Email, Subject, "FW: OOM now licensed in Nevada" and Attachment | | | | |
| 1051 | 4/1/15 Email, Subject: "FW: OmniPlus Group Operating Metrics 120 Day Averages" | | | | |
| 1052 | 4/1/15 Email, Subject: "Re: OmniPlus Group Operating Metrics 120 Day Averages" | | | | |
| 1053 | 4/17/15 Email, Subject: "FW: SB" | | | | |
| 1054 | 4/20/15 Email, Subject: "Viesca SB scripts" and Attachments˜ | | | | |

*November 1, 2022*

| 1055 | 4/20/2015 Email, Subject: "Dr Ince Scripts" and Attachments~ | | | | |
|------|------|---|---|---|---|
| 1056 | 4/22/15 Email, Subject: "Re: Aetna issues- my personal" | | | | |
| 1057 | 4/22/15 Email, Subject: "Fwd: VIP PATIENTS" and Attachment | | | | |
| 1058 | 4/23/15 Email, Subject: "Mrs Swiencinski" | | | | |
| 1059 | 4/27/15 Email, Subject: "RE: Patient Harvesting 1.0"~ | | | | |
| 1060 | *Intentionally Left Blank*# | | | | |
| 1061 | 4/28/15 Email, Subject: "RE: Thorsen" | | | | |
| 1062 | 5/1/15 Email, Subject: "2015 YTD Revenue Metrics" | | | | |
| 1063 | 5/5/15 Email, Subject: "FW: Alverson" | | | | |
| 1064 | 5/12/15 Email, Subject: "Feds Investigate Compounding Pharmacies" | | | | |
| 1065 | 5/22/15 Email, Subject: "Re: Reimbursement for Medicare" | | | | |
| 1066 | 5/23/15 Email, Subject: "Re: script pad" | | | | |
| 1067 | 6/1/15 Email, Subject: "2 docs 10 days Medicare …" and Attachment | | | | |
| 1068 | 6/26/15 Email, Subject: "FW: Omni-One-Med Investor Revenue less Distributions" | | | | |
| 1069 | 6/27/15 Email, Subject: "Omni-One Letters to Investors" and Attachments | | | | |
| 1070 | 7/4/15 Email, Subject "Re: Physician Investment Analysis" and Attachment | | | | |
| 1071 | *Intentionally Left Blank*^ | | | | |
| 1072 | 7/21/15 Email, Subject: "FW: Dr. Thorson's Office" | | | | |
| 1073 | 7/31/15 Email, Subject: "FW: Intake" and Attachment | | | | |
| 1074 | 8/17/15 Email, Subject, "Fwd: Insurance Info" | | | | |
| 1075 | 8/27/15 Email, Subject: "FW: VIP List" | | | | |
| 1076 | 8/28/15 Email, Subject: "RE: VIP list" | | | | |
| 1077 | 8/28/15 Email, Subject: "RE: VIP List" and Attachment | | | | |
| 1078 | 8/28/15 Email, Subject: "FW: revised report" and Attachment^ | | | | |
| 1079 | 8/29/15 Email, Subject: "RE: VIP list" | | | | |
| 1080 | 8/31/15 Email, Subject: "FW: Dr. Ince Scripts" and Attachments | | | | |
| 1081 | 8/31/15 Email, Subject: "Fwd: Patients" | | | | |
| 1082 | 8/31/15 Email, Subject: "Dr. Ince Scripts" and Attachments^ | | | | |
| 1083 | 8/31/15 Email, Subject: "Scripts. Send to Ince" | | | | |
| 1084 | 9/2/15 Email, Subject: "FW: manifests" | | | | |

*November 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 1085 | 9/14/15 Email, Subject: "Re: Medicare" | | | | |
| 1086 | *Intentionally Left Blank#* | | | | |
| 1087 | 10/5/15 Email, Subject: "Agreements to be executed" and Attachments | | | | |
| 1088 | *Intentionally Left Blank#* | | | | |
| 1089 | 11/10/15 Email, Subject: "Re: Medicare Reimbursements" | | | | |
| 1090 | 11/12/15 Email, Subject: "New Products for your patients" and Attachment | | | | |
| 1091 | 11/16/15 Email, Subject: "Fwd: New Prescription Pad with Latest Products" | | | | |
| 1092 | 11/18/15 Email, Subject: "Fwd: Script Pad" and Attachment¨ | | | | |
| 1093 | 11/18/15 Email, Subject: "Insurance Info" and Attachments | | | | |
| 1094 | 11/18/15 Email, Subject: "run all of these scripts make sure they pay" | | | | |
| 1095 | 11/19/15 Email, Subject: "Fwd: Insurance Info" | | | | |
| 1096 | 11/23/15 Email, Subject: "FW: New Rx from Buck" | | | | |
| 1097 | *Intentionally Left Blank#* | | | | |
| 1098 | 11/24/15 Email, Subject: "Rx info from Buck" | | | | |
| 1099 | 9/9/14 Email, Subject: "Fw:" with attachments | | | | |
| 1100 | *Intentionally Left Blank^* | | | | |
| 1101 | 11/30/15 Email, Subject: "Fwd: Rx from Buck" | | | | |
| 1102 | 12/3/15 Email, Subject: "Re: Reimbursement with new products." | | | | |
| 1103 | 12/4/15 Email, Subject: "Fwd: Medicare Report" and Attachment | | | | |
| 1104 | *Intentionally Left Blank^* | | | | |
| 1105 | *Intentionally Left Blank^* | | | | |
| 1106 | 12/18/15 Email, Subject: "Prime Audit Info Needed" | | | | |
| 1107 | 1/4/16 Email, Subject: "RE: 12/31/15 Tech Metrics & Final December 2015 Revenue Prior Month Comparison" | | | | |
| 1108 | 2/2/16 Email, Subject: "RE: Insurance Info IMPORTANT" | | | | |
| 1109 | 2/14/16 Email, Subject: "Script Reimbursement" | | | | |
| 1110 | 2/15/16 Email, Subject: "Fwd: OmniPlus Sales Rep Credentialing Questionnaire - Draft Questions" | | | | |
| 1111 | 3/15/16 Email, Subject: "FW: Attached Image" and Attachment | | | | |
| 1112 | 3/15/16 Email, Subject: "Fwd: Spreadsheet" | | | | |

17

| 1113 | 4/6/16 Email, Subject: "Payment Co-Pay" and Attachment | | | | |
| 1114 | 4/6/16 Email, Subject: "Fwd: Medallion scan" and Attachment | | | | |
| 1115 | 4/6/16 Email, Subject: (None) and Attachment | | | | |
| 1116 | 4/26/16 Email, Subject: "Re: Rx info" | | | | |
| 1117 | 7/12/16 Email, Subject: "RE: Check for the Buckingham family" | | | | |
| 1118 | 9/14/16 Email, Subject: "Co Pay Checks" and Attachment | | | | |
| 1119 | 11/28/16 Email, Subject: "FW: Attached Image" | | | | |
| 1120 | 11/28/16 Email, Subject: "Fwd: Attached Image" | | | | |
| 1121 | Compilation of Swiencinski VIP E-mails and Commission Lists | | | | |
| 1122 | 10/31/14 Email, Subject: "Fwd: OmniPlus Pharmacy - CVS/Caremark Audit"* | | | | |
| 1123 | 10/12/2015 Email, Subject: "Patient" and Attachment* | | | | |
| 1124 | *Intentionally Left Blank*# | | | | |
| 1125 | 4/15/15 Email, Subject: "FW: SB"* | | | | |
| 1126 | 4/16/15 Email, Subject: "SUPER SB" and Attachment * | | | | |
| 1127 | 4/21/15 Email, Subject: "FW: Babus" and Attachments*~ | | | | |
| 1128 | 12/8/15 Email, Subject: "RE: Medicare Adjudication rates" and Attachment* | | | | |
| 1129 | *Intentionally Left Blank*# | | | | |
| 1130 | 12/28/15 Email, Subject: "Pharmacies for Sale in the Houston Area"* | | | | |
| 1131 | *Intentionally Left Blank*# | | | | |
| 1132 | *Intentionally Left Blank*# | | | | |
| 1133 | 10/27/14 Email, Subject: "CVS Audit"* | | | | |
| 1134 | 7/19/14 Email, Subject: "Fwd: IMG-20140719-00028.jpg" and Attachment# | | | | |
| 1135 | Compilation of Prescription Pads# | | | | |
| 1136 | "Reps by State" Attachment# | | | | |
| 1137 | 8/21/13 Email, Subject: "Re: PharmaetricsSpecialtyGroupHouston,LLCPPM.pdf"# | | | | |
| 1138 | 12/23/13 Email, Subject: "Re: Inquiry RE Physician Ownership in Out-of-State Pharmacy"# | | | | |
| 1139 | 3/11/14 Email, Subject: "Re: Stacy Jacoby scripts" # | | | | |
| 1140 | 5/22/15 Email, Subject: "RE: Dr. Kennedy patient-Jimmy Walker Copay bill from Accucare rx" | | | | |
| 1141 | 12/28/15 Email, Subject: "Invoice" and Attachment# | | | | |

*November 1, 2022*

| 1142 | 4/3/16 Email, Subject: "FW: Demonstratives" and Attachment | | | | |
|------|------|---|---|---|---|
| **Records Obtained from Defendants** | | | | | |
| 1200 | 9/15/14 Consent of Sole Member of Safety & Health Technology, LLC (DX BREIM 67)* | | | | |
| 1201 | 9/15/14 Pharms LLC – Management Agreement (Safety & Health Technology, LLC) (DX BREIM 81)* | | | | |
| 1202 | 12/1/14 Pharms LLC – Management Agreement (Safety & Health Technology, LLC) (DX BREIM 82)* | | | | |
| 1203 | 2015 Accu-Care Pharmacy ESI Provider Application (DX BREIM 64)* | | | | |
| 1204 | 2016 Accu-Care Pharmacy CVS Caremark Pre-Credentialing Questionnaire (DX BREIM 85)* | | | | |
| 1205 | 2/5/16 Assignment and Assumption of Membership Interest – Kremco Acquisitions, LLC – Breimeister to Godeaux (DX BREIM 120)* | | | | |
| 1206 | 2/5/16 Assignment and Assumption of Membership Interest – Kremco Acquisitions, LLC – Breimeister to Martin (DX BREIM 121)* | | | | |
| 1207 | 2/8/16 Assignment of Kremco Acquisitions, LLC Membership Interest – Nnatuanya Onejeme (DX BREIM 123)* | | | | |
| 1208 | 10/6/16 Assignment and Assumption Agreement – Kremco Acquisitions, LLC – Martin and Sadler (DX BREIM 122)* | | | | |
| 1209 | 10/6/16 Consent of the Members of Kremco Acquisitions, LLC – Millicent Martin and Adrianne Sadler (DX BREIM 126)* | | | | |
| 1210 | 1/1/15 Third Amendment to Operating Agreement of Pharms, LLC (DX BREIM 174)* | | | | |
| 1211 | 8/31/15 Fourth Amendment to Operating Agreement of Pharms, LLC (DX BREIM 169)* | | | | |
| 1212 | 1/15/15 Email, Subject: "Jan 15 Special Payroll and Pharms' Pay Frequency" and Attachment (DX SWIEN 159, 160)* | | | | |

^: Exhibit modified
*: Exhibit added to August 26, 2022 Exhibit List
#: Exhibit added to or removed from September 5, 2022 Exhibit List
~: Exhibit updated (pages added/removed) from September 5, 2022 Exhibit List

Respectfully submitted,
JENNIFER B. LOWERY
United States Attorney

*November 1, 2022*

By:   */s/ Aleza Remis*
Aleza Remis
Assistant Deputy Chief
Devon Helfmeyer
Katherine Raut
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1000 Louisiana Street, Suite 2300
Houston, TX 77002
713-567-9406
Aleza.Remis@usdoj.gov

*November 1, 2022*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 1, 2022, I electronically filed and served this document on defense counsel of record using CM/ECF.

<u>/s/ *Aleza Remis*</u>
Aleza Remis

21

*November 1, 2022*