# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 4:18-cr-00368** |
| | ) | |
| v. | ) | |
| | ) | |
| **BRIAN SWIENCINSKI, et al.** | ) | |

## NOTICE OF DEFENDANT BRIAN SWIENCINSKI'S WAIVER OF APPEARANCE AT PRETRIAL CONFERENCE

Defendant Brian Swiencinski hereby waives his personal appearance at the pretrial conference scheduled in this case for November 3, 2022 at 1:00 p.m. Defendant was present at the pretrial conference held on September 7, 2022.

Respectfully submitted,

Michael A. Villa, Jr.
State Bar No. 24051475
S.D. Federal ID No. 3256126
MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, LLP
901 Main Street, Suite 370
Dallas, TX 75202
(214) 744-2700
(214) 747-3732 (facsimile)
mvilla@meadowscollier.com

*/s/ Brandon McCarthy*
Brandon McCarthy (admitted *pro hac vice*)
Attorney-in-Charge
State Bar No. 24027486
Rachel M. Riley
State Bar No. 24093044
S.D. Bar No. 2810706
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
(214) 765-3600
(214) 765-3602 (facsimile)
brandon.mccarthy@katten.com
rachel.riley@katten.com

Mary C. Fleming (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW, North Tower - Suite 200
Washington, DC 20007
(202) 625-3754
(202) 298-7570 (facsimile)
mary.fleming@katten.com

**Attorneys for Brian Swiencinski**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused service of the foregoing instrument on all counsel of record via the Court's CM/ECF system in accordance with federal and local rules on this the 3rd day of November, 2022.

                                            */s/ Brandon McCarthy*
                                            Brandon McCarthy