UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Criminal No. 18-CR-368 |
| § | |
| BRIAN SWIENCINSKI, § | |
| SCOTT BREIMEISTER, § | |
| VLADIMIR REDKO, M.D., § | |
| CHRISTOPHER INCE, M.D., and § | |
| RONNIE MCADA, JR., § § | |
| Defendants. § | |

## ORDER

Upon due consideration, the Government's Motion in Limine to Exclude Irrelevant Evidence Regarding Pharmacy Benefit Managers is GRANTED.

It is so ORDERED.

_____        _____
Date                                                                   The Honorable Alfred H. Bennett
                                                                             United States District Judge

1