# Exhibit B

1   physician?
2   A.   Yes, and a financial relationship as well.
3   Q.   Would a spouse count as somebody with a financial
4   relationship to a physician?
5   A.   Yes.
6   Q.   Did Pharms ever claw back the money from ALS?
7   A.   No.
8   Q.   Did it make any adjustments like it did for
9   MAAD Marketing?
10  A.   No.
11  Q.   Why was there different treatment for MAAD Marketing and
12  for ALS?
13  A.   We clawed back the money from MAAD Marketing specifically
14  because it was the subject of a Nevada board of pharmacy
15  investigation.
16  Q.   I want to go back to -- I want to go to Exhibit 647,
17  please.
18       What is the date of the meeting notes that we're looking
19  at here?
20  A.   September 2nd.
21  Q.   How long after the compliance meeting is that?
22  A.   A couple of days.
23  Q.   To orient us, had the Express Scripts termination gone
24  into effect at this point by September 2nd?
25  A.   Yes.

**ROUGH DRAFT ROUGH DRAFT ROUGH DRAFT**