# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | |
| § | |
| § | |
| BRIAN SWIENCINSKI (01) § | Case No. 4:18-CR-00368 |
| SCOTT BREIMEISTER (02) § | |
| VLADIMIR REDKO, M.D. (03) § | |
| CHRISTOPHER INCE, M.D. (04) § | |
| RONNIE MCADA, JR. (05) § | |

## ORDER GRANTING DEFENDANTS BRIAN SWIENCIENSKI, SCOTT BREIMEISTER AND RONNIE MCADA JR.'S OPPOSED MOTION TO STRIKE TESTIMONY AND MOTION *IN LIMINE*

After considering Defendants Brian Swiencinski, Scott Breimeister, and Ronnie McAda Jr.'s Opposed Motion to Strike Testimony and Motion in *Limine*, the Court is of the opinion that the motion should be GRANTED.

It is so ORDERED.

_____       _____
Date                                                                      The Honorable Alfred H. Bennett
                                                                                United States District Judge

**ORDER – SOLO PAGE**