# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, *et al.*,<br><br>*Defendants*. | No. 4:18-cr-00368 |

## DEFENDANT (1), BRIAN SWIENCINSKI'S, FIFTH AMENDED TRIAL EXHIBIT LIST

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 001 | 1/14/2012 | Applied Pain Associates Check | | | | |
| DX SWIEN 002 | 4/29/2013 | Email from B Milosevic to S Breimeister and B Swiencinski re OmniPlus Cash Flow Projections - 66 Units | DOJ-SMUBSSB-212655 | | | |
| DX SWIEN 003 | 2/20/2013 | Email from B Swiencinski to C Ince re Wire | DOJ-SMUBSSB-78058 | | | |
| DX SWIEN 004 | 7/1/2013 | Email from V Redko to S Breimeister re AMP Due Diligence Update | DOJ-SMUBSSB213113 | | | |
| DX SWIEN 005 | 8/1/2013 | Email from B Swiencinski to D Milosevic | | | | |
| DX SWIEN 006 | 12/4/2013 | script for T Brickman | | | | |
| DX SWIEN 007 | 12/4/2013 | script for T Brickman for Multi Purpose Topical Scar Gel | | | | |
| DX SWIEN 008 | | Intentionally left blank | | | | |
| DX SWIEN 009 | | Intentionally left blank | | | | |
| DX SWIEN 010 | | Intentionally left blank | | | | |
| DX SWIEN 011 | 1/28/2014 | Email from S Breimeister to M Moran re The Hawkins Group, signed document | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 012 | 4/7/2014 | Email from J Buckingham to B Swiencinski re "Info from Buck" - attaching "Susan_Dunkle_9.docx" | | | | |
| DX SWIEN 013 | 4/7/2014 | Susan_Dunkle_900001.docx | | | | |
| DX SWIEN 014 | 4/15/2014 | Email from J Buckingham to B Swiencinski re "Buck's list" | | | | |
| DX SWIEN 015 | 4/17/2014 | Email from J Buckingham to D Milosevic and B Swiencinski re "Jim Buckingham" | | | | |
| DX SWIEN 016 | 4/17/2014 | cot00001.png | | | | |
| DX SWIEN 017 | 4/17/2014 | cot00002.png | | | | |
| DX SWIEN 018 | 7/14/2014 | Email from acecard123@aol.com re Jim Buckingham (new RX) | | | | |
| DX SWIEN 019 | 10/13/2014 | Intentionally left blank | | | | |
| DX SWIEN 020 | 11/18/2014 | Email from G Ganucheau to T Pham re CVS/Caremark Suspension | | | | |
| DX SWIEN 021 | 2/25/2015 | Email from P Bailey to B Swiencinski re VIP List | | | | |
| DX SWIEN 022 | 2/25/2015 | Email from B Swiencinski to D Milosevic re Fwd: VIP List | | | | |
| DX SWIEN 023 | | Intentionally left blank | | | | |
| DX SWIEN 024 | | Intentionally left blank | | | | |
| DX SWIEN 025 | | Intentionally left blank | | | | |
| DX SWIEN 026 | 8/27/2015 | Email from Breimeister to P Bailey re FW VIP List | Swiencinski-29 | | | |
| DX SWIEN 027 | | Intentionally left blank | | | | |
| DX SWIEN 028 | 9/30/2016 | Underwood Termination Paperwork signed by Leo | Swiencinski-787 | | | |
| DX SWIEN 029 | | Intentionally left blank | | | | |
| DX SWIEN 030 | | Intentionally left blank | | | | |
| DX SWIEN 031 | 4/28/2014 | Email from S Breimeister to B Swiencinski re FW David Slater MD - 2 Scar RX's not on Spreadsheet | | | | |
| DX SWIEN 032 | 5/12/2014 | Email from L Hemmerling to B Swiencinski, et al, RE OmniPlus Pharmacy Metabolic Supplement-Marketing Material, etc… | | | | |
| DX SWIEN 033 | 7/29/2014 | Email from M Thorson to C Ince, et al, re Fwd InSitu Biologics | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 034 | 7/22/2014 | 7222014 Confidential00001 - InSitu Biologics Investor Presentation | | | | |
| DX SWIEN 035 | 8/6/2014 | Email from L Luttrell to S Breimeister, et al, RE Dermatology Society opportunity for OmniPlus in DFW | | | | |
| DX SWIEN 036 | 11/21/2014 | Email from S Breimeister to B Swiencinski, and Herbst and Madrid FW Acne Cream flyer v.2 | | | | |
| DX SWIEN 037 | 11/21/2014 | OmniPlus_Acne_Cream_v200002 | | | | |
| DX SWIEN 038 | 12/13/2013 | Email from B Milosevic to S Breimeister re FW FDA Comments on New Compounding Law (Update) | | | | |
| DX SWIEN 039 | 9/12/2014 | Email from B Swiencinski to Spinecjb2 re Medical Opinion Letter | DOJ-SMUBSSB-218732 | | | |
| DX SWIEN 040 | 2/24/2014 | sharp@md-law.com_20140224_161902 Medical Opinion Letter | DOJ-SMUBSSB-218732 | | | |
| DX SWIEN 041 | 9/22/2014 | Email from E Duke to K Debruhl, et al, re from Evangelina Duke in LV re OMNI Pharmacy Commission Structure Clarification | DOJ-SMUBSSB-212656 | | | |
| DX SWIEN 042 | 9/12/2013 | Email from B Milosevic to D Milosevic and B Swiencinski re Dr. Arredondo | DOJ-SMUBSSB-216337 | | | |
| DX SWIEN 043 | 8/19/2013 | Email from S Breimeister to D Milosevic, et al re Pharms Cash Flow Projections and Corresponding Assumptions | DOJ-SMUBSSB-219597 | | | |
| DX SWIEN 044 | 9/8/2014 | Email from E Duke to S Breimeister, et al, RE PPM to Grant Cook | DOJ-SMUBSSB-221170 | | | |
| DX SWIEN 045 | 9/9/2016 | Email from A Sadler to S Breimeister, et al, RE New Licenses | | | | |
| DX SWIEN 046 | 9/9/2016 | Licensing Table V1100002 | | | | |
| DX SWIEN 047 | 9/9/2016 | Email from A Sadler to N Buzzetta, et al, RE Single Licensing Map | | | | |
| DX SWIEN 048 | 9/9/2016 | Single_Licensing_Map_As_of_09_09_2016 | | | | |
| DX SWIEN 049 | 9/14/2016 | Email from A Sadler to S Breimeister, Leonard Carr et al, RE Licenses | | | | |
| DX SWIEN 050 | 9/14/2016 | Licensing Table V1200002 | | | | |
| DX SWIEN 051 | 9/19/2016 | Email thread between S Breimeister and J Whalen et al RE Drennan script pads | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 052 | 10/3/2016 | Email from A Sadler to S Breimeister, et al RE New Licenses | | | | |
| DX SWIEN 053 | 10/3/2016 | Licensing Table V1400002 | | | | |
| DX SWIEN 054 | | Intentionally left blank | | | | |
| DX SWIEN 055 | 6/1/2015 | Email from B Swiencinski to Ince, Thorson, Babus Fwd: The Stark Law-Medicare Advantage Patients | | | | |
| DX SWIEN 056 | | Intentionally left blank | | | | |
| DX SWIEN 057 | 1/12/2017 | Email from A Sadler to S Breimeister, et al, RE Kremco Arkansas | | | | |
| DX SWIEN 058 | 1/12/2017 | Licensing Table V1800002 | | | | |
| DX SWIEN 059 | 1/4/2016 | Email thread between S Breimeister and M Dieter, et al, RE 12.31.15 Tech Metrics Final Dec 2015 Revenue Prior Comparison | | | | |
| DX SWIEN 060 | 1/4/2016 | December '15 Technician Metrics (Final)00003.xlsx | | | | |
| DX SWIEN 061 | 2/23/2016 | Email from S Breimeister to L Carr, et al, RE Compliance Memo to Field Reps | | | | |
| DX SWIEN 062 | 2/23/2016 | Compliance Memo - Sales Reps (2-16-16)00003.docx | | | | |
| DX SWIEN 063 | 3/3/2016 | Email thread between L Carr and B Swiencinski RE Field Compliance | | | | |
| DX SWIEN 064 | 3/7/2016 | Email thread between A Taylor and E Brady, Madrid, et al, RE Email for reps | | | | |
| DX SWIEN 065 | 3/7/2016 | Fortis-Advance Life Sciences(2)00002.xlsx | | | | |
| DX SWIEN 066 | 1/29/2015 | Email from W Black to B Madrid, et al, re Intuitive agenda (V.1) for training class at OmniPlus | | | | |
| DX SWIEN 067 | 1/29/2015 | Intuitive Health Training Agenda Houston00001 | | | | |
| DX SWIEN 068 | 2/23/2015 | Email from W Black to B Madrid, et al, re Intuitive \| Refills for February - patients need their RX's | | | | |
| DX SWIEN 069 | 2/23/2015 | Tricare Refills for Feb00001.xlsx | | | | |
| DX SWIEN 070 | 6/15/2015 | Email from C Southard to W Black, et al, RE Medicare commissions for Intuitive Healthcare Solutions | | | | |
| DX SWIEN 071 | 6/19/2015 | Email from W Black to C Southard and S Breimeister re Fwd Dr. Fisher Louisiana - Investment questions | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 072 | 10/31/2014 | Email from S Breimeister to R McAda, forwarding email from Gil, RE FW OmniPlus Pharmacy - CVSCaremark Audit | DOJ-SMUBSSB-218813 | | | |
| DX SWIEN 073 | 3/1/2014 | Email from B Swiencinski to D Kearney @md-law.com re DEBRUHL Billing Statement 2-2014 | DOJ-SMUBSSB-213970 | | | |
| DX SWIEN 074 | 6/10/2014 | Email from L Carr to B Milosevic, et al, re Minutes of Management Committee Meeting | Swiencinski-454 | | | |
| DX SWIEN 075 | 6/10/2014 | OmniPlus - management meeting minutes 2014-06-10.docx | Swiencinski-455 | | | |
| DX SWIEN 076 | 6/16/2014 | Email from L Carr to S Breimeister RE Express Scripts MEDCO Change in Compound Reimbursement Policy | Swiencinski-457 | | | |
| DX SWIEN 077 | 6/16/2014 | ESI email to reps (clean) | Swiencinski-459 | | | |
| DX SWIEN 078 | 6/16/2014 | ESI email to reps (marked) | Swiencinski-460 | | | |
| DX SWIEN 079 | 6/27/2014 | Email from L Carr to Leonard.carr@gmail.com RE OOMPS Licenses | Swiencinski-461 | | | |
| DX SWIEN 080 | 6/27/2017 | OOM Licenses.pdf | Swiencinski-462 | | | |
| DX SWIEN 081 | 6/27/2014 | Email from L Carr to Leonard.carr@gmail.com RE Minutes and Agendas | Swiencinski-467 | | | |
| DX SWIEN 082 | 6/5/2014 | OmniOneMed - meeting minutes 2014-06-05.docx | Swiencinski-468 | | | |
| DX SWIEN 083 | 6/17/2014 | OmniPlus - management meeting agenda 2014-06-17.docx | Swiencinski-469 | | | |
| DX SWIEN 084 | 6/24/2014 | OmniPlus - management meeting agenda 2014-06-24.docx | Swiencinski-470 | | | |
| DX SWIEN 085 | 6/3/2014 | OmniPlus - management meeting minutes 2014-06-03.docx | Swiencinski-471 | | | |
| DX SWIEN 086 | 6/10/2014 | OmniPlus - management meeting minutes 2014-06-10.docx | Swiencinski-473 | | | |
| DX SWIEN 087 | 6/17/2014 | OmniPlus - management meeting minutes 2014-06-17.docx | Swiencinski-475 | | | |
| DX SWIEN 088 | 6/30/2014 | Email from L Carr to Leonard.carr@gmail.com RE 6-24 minutes draft | Swiencinski-478 | | | |
| DX SWIEN 089 | 6/24/2017 | OmniPlus - management meeting minutes 2014-06-24 DRAFT.docx | Swiencinski-479 | | | |
| DX SWIEN 090 | 7/1/2014 | Email from L Carr to B Milosevic, et al, re Agenda for Today's Meeting | Swiencinski-482 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 091 | 7/1/2014 | OmniPlus - management meeting agenda 2014-07-01.docx | Swiencinski-483 | | | |
| DX SWIEN 092 | 7/1/2014 | Email from L Carr to C Miller RE New Membership Application | Swiencinski-485 | | | |
| DX SWIEN 093 | 7/1/2014 | OOMPS PCCA Application 07-01-14.pdf | Swiencinski-486 | | | |
| DX SWIEN 094 | 7/10/2014 | Email from L Carr to J Vaughn re Contact info for Pharms LLC | Swiencinski-498 | | | |
| DX SWIEN 095 | 7/8/2014 | Reps Spreadsheet for ADP 7-8-14 (sent to ADP).xlsx | Swiencinski-499 | | | |
| DX SWIEN 096 | 8/26/2014 | Email from L Carr to B Milosevic, et al, RE Questions on Tricare | Swiencinski-501 | | | |
| DX SWIEN 097 | | 01-OmniPlus-cover | | | | |
| DX SWIEN 098 | | 02-OmniPlus Metabolic Supplements | | | | |
| DX SWIEN 099 | | 03-OmniPlus-Pracasil Plus Studies PCCA | Swiencinski-788 | | | |
| DX SWIEN 100 | | 04-OmniPlus-The power of PracaSil Plus | Swiencinski-802 | | | |
| DX SWIEN 101 | | 05-OmniPlus-Practitioners Guide to Pracasil Plus | Swiencinski-805 | | | |
| DX SWIEN 102 | | 06-OmniPlus Release 3 New Compounds | Swiencinski-810 | | | |
| DX SWIEN 103 | | 07-OmniPlus Acne Cream | Swiencinski-811 | | | |
| DX SWIEN 104 | | 08-OmniPlus-Scalp 3 for Hair Regrowth | Swiencinski-812 | | | |
| DX SWIEN 105 | | 09-OmniPlus-Topical Transhermal Emulsion Therapies | Swiencinski-814 | | | |
| DX SWIEN 106 | | 10-OmniPlus-Nutrient Correlation Matrices | Swiencinski-815 | | | |
| DX SWIEN 107 | | 11-OmniPlus-Lipoderm Studies | Swiencinski-827 | | | |
| DX SWIEN 108 | | Intentionally Left Blank | | | | |
| DX SWIEN 109 | | Intentionally Left Blank | | | | |
| DX SWIEN 110 | | Kathleen L. DeBruhl & Associates, LLC, Bills | | | | |
| DX SWIEN 111 | 12/1/2014 | James Buckingham Check to Omni One Med "Co-Pay" | IIM-025 | | | |
| DX SWIEN 112 | 12/20/2016 | Surveillance of OmniPlus - Attachment 1 | | | | |
| DX SWIEN 113 | 8/1/2017 | Surveillance of OmniPlus - Attachment 4 | | | | |
| DX SWIEN 114 | 8/1/2017 | Surveillance of OmniPlus - Attachment 6 | | | | |
| DX SWIEN 115 | | Intentionally left blank | | | | |
| DX SWIEN 116 | | Side x Side Photo of Brickman and Buckingham | | | | |
| DX SWIEN 117 | 1/24/2016 | Email from S Breimeister to B Swiencinski re Marco Moran - Termination Notices | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 118 | 1/24/2016 | 3325_00100001 (Termination Notices) signed by Kathy and Scott | | | | |
| DX SWIEN 119 | 2/10/2017 | Box2-1228 Signature Card (Pharms Business Account) (redacted) Leo and Scott | | | | |
| DX SWIEN 120 | 4/8/2014 | Email between Marty and Brian re Terry's Gambling Debt | | | | |
| DX SWIEN 121 | 9/4/2014 | Email from L Carr to D Milosevic, et al, re Compliance Review Update - All Sales Rep Agreements | | | | |
| DX SWIEN 122 | 1/29/2015 | Email from S Breimeister re Prime Therapeutic Audit Points | Swiencinski-25 | | | |
| DX SWIEN 123 | | (Intentionally Blank) | | | | |
| DX SWIEN 124 | 4/3/2016 | Email from L Carr to S Breimeister RE Demonstratives | Swiencinski-510 | | | |
| DX SWIEN 125 | 10/17/2016 | Email from Nadeem re Oct 2016 Summary Report | | | | |
| DX SWIEN 126 | 10/17/2016 | Worth Medical Company - Sep 16 pd Oct 16 | | | | |
| DX SWIEN 127 | | Intentionally left blank | | | | |
| DX SWIEN 128 | 2/25/2016 | RE ACCU Maryland email from Madrid | | | | |
| DX SWIEN 129 | 2/25/2016 | Pharms_Licensing_Map_As_of_2_25_201600002.pdf | | | | |
| DX SWIEN 130 | | Intentionally left blank | | | | |
| DX SWIEN 131 | | Intentionally left blank | | | | |
| DX SWIEN 132 | | Intentionally left blank | | | | |
| DX SWIEN 133 | 3/14/2014 | Re Pharmacy Patient Verification Form | | | | |
| DX SWIEN 134 | 1/1/1900 | Payroll_Summary 2015.xlsx | Swiencinski-448 | | | |
| DX SWIEN 135 | 6/24/2014 | FW lohmiller agreement cc Brad Madrid | Swiencinski-13 | | | |
| DX SWIEN 136 | 6/24/2014 | JOHN LOHMILLER.pdf | Swiencinski-15 | | | |
| DX SWIEN 137 | 6/24/2014 | Pharms - Code of Conduct -  05-30-14.pdf | Swiencinski-21 | | | |
| DX SWIEN 138 | 6/3/2016 | Sales Rep Credentialing Questionnaire email from Leonard Carr | Swiencinski-74 | | | |
| DX SWIEN 139 | 6/3/2016 | Credentialing Questionnaire 06-01-2016.pdf | Swiencinski-76 | | | |
| DX SWIEN 140 | 6/3/2016 | Pharms - Code of Compliiance 02-01-2016.pdf | Swiencinski-82 | | | |
| DX SWIEN 141 | 6/1/2015 | Fwd BM Consulting Group, LLC - Statement for Services Rendered in May 2015 | Swiencinski-506 | | | |
| DX SWIEN 142 | 6/1/2015 | 30011.pdf | Swiencinski-507 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 143 | 6/1/2015 | Billing Log (Pharms) May 2015.pdf | Swiencinski-508 | | | |
| DX SWIEN 144 | 6/1/2015 | BMC Group - ACH Info.docx | Swiencinski-509 | | | |
| DX SWIEN 145 | 4/5/2016 | Fwd BM Consulting Group, LLC | Swiencinski-513 | | | |
| DX SWIEN 146 | 4/5/2016 | 30031.pdf | Swiencinski-515 | | | |
| DX SWIEN 147 | 4/5/2016 | Billing Log (Pharms) March 2016.pdf | Swiencinski-517 | | | |
| DX SWIEN 148 | 5/2/2016 | FW BM Consulting Group, LLC - Statement for April 2016 | Swiencinski-520 | | | |
| DX SWIEN 149 | 5/2/2016 | Billing Log (Pharms) April 2016.pdf | Swiencinski-521 | | | |
| DX SWIEN 150 | 5/2/2016 | 30033.pdf | Swiencinski-523 | | | |
| DX SWIEN 151 | 5/21/2016 | RE Pharms & AMP 2015 Tax returns | Swiencinski-566 | | | |
| DX SWIEN 152 | 5/21/2016 | AMP_W2_2015.PDF (redacted) | Swiencinski-570 | | | |
| DX SWIEN 153 | 5/21/2016 | Sales Commissions Analysis.xlsx | Swiencinski-633 | | | |
| DX SWIEN 154 | 5/21/2016 | 2015 payroll Analysis.xlsx | Swiencinski-635 | | | |
| DX SWIEN 155 | 5/21/2016 | Swiencinki Income.xlsx | Swiencinski-636 | | | |
| DX SWIEN 156 | 5/21/2016 | Breimeister Income.xlsx | Swiencinski-637 | | | |
| DX SWIEN 157 | 5/21/2016 | Carr Income.xlsx | Swiencinski-638 | | | |
| DX SWIEN 158 | 5/21/2016 | Herbst Owner Income.xlsx | Swiencinski-639 | | | |
| DX SWIEN 159 | 1/15/2015 | Jan 15 Special Payroll and Pharms' Pay Frequency email from April to Leonard Carr | Swiencinski-640 | | | |
| DX SWIEN 160 | 1/15/2015 | Special Payroll_Jan 15.pdf | Swiencinski-642 | | | |
| DX SWIEN 161 | 3/2/2015 | BMConsulting Group - Statement for Service Rendered in February 2015 | Swiencinski-747 | | | |
| DX SWIEN 162 | 3/2/2015 | 30005.pdf | Swiencinski-748 | | | |
| DX SWIEN 163 | 3/2/2015 | Billing Log (Pharms) February 2015.pdf | Swiencinski-749 | | | |
| DX SWIEN 164 | 3/4/2015 | RE [FWD Change of Ownership] Healthy Pharmacy | Swiencinski-751 | | | |
| DX SWIEN 165 | 3/4/2015 | McKesson - HPS - Feb 2015.pdf | Swiencinski-757 | | | |
| DX SWIEN 166 | 4/2/2015 | BM Consulting Services, LLC - Statement for Services Rendered in March 2015 | Swiencinski-765 | | | |
| DX SWIEN 167 | 4/2/2015 | 30007.pdf | Swiencinski-766 | | | |
| DX SWIEN 168 | 4/2/2015 | Billing Log (Pharms) March 2015.pdf | Swiencinski-767 | | | |
| DX SWIEN 169 | 5/2/2015 | BM Consulting Services, LLC - Statement for Services Rendered During April 2015 | Swiencinski-769 | | | |
| DX SWIEN 170 | 5/2/2015 | 30009.pdf | Swiencinski-770 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 171 | 5/2/2015 | Billing Log (Pharms) April 2015.pdf | Swiencinski-771 | | | |
| DX SWIEN 172 | 1/11/2016 | Email from Milly Martin to Leonard Carr re Peter Herbst Earnings Record 2015.xlsx | Swiencinski-772 | | | |
| DX SWIEN 173 | 1/11/2016 | Peter Herbst Earnings Record 2015.xlsx | Swiencinski-773 | | | |
| DX SWIEN 174 | 3/26/2016 | 2015 - OOMPS - 1096 and 1099 Filing.pdf (redacted) | OOMPS_001572 | | | |
| DX SWIEN 175 | 2/22/2016 | OOMP 2015 1099s.pdf (redacted) | OOMPS_003537 | | | |
| DX SWIEN 176 | 2/14/2017 | 2016_1096_1099 Forms-OOMPS.pdf (redacted) | OOMPS_001579 | | | |
| DX SWIEN 177 | 6/29/2015 | Notice to Re-purchase Class B units - Jay_Staub.pdf from Underwood | OOMPS_000768 | | | |
| DX SWIEN 178 | 6/23/2016 | 2014 OOMP US FED TAX RETURN.pdf (redacted) | OOMPS_004084 | | | |
| DX SWIEN 179 | 7/25/2014 | OOMPS_Investor_Subscription_Agreement_Gen-Med, Inc. (Glenn Babus)_ 07-03-2014.pdf (redacted) | OOMPS_000401 | | | |
| DX SWIEN 180 | 10/3/2017 | Omni One Med PPM 02-14-14 COMPLETE.pdf | OOMPS_000003 | | | |
| DX SWIEN 181 | 10/12/2017 | Omni-One-Med - First Addendum to PPMv2 06-13-2014.pdf | OOMPS_000155 | | | |
| DX SWIEN 182 | 5/29/2015 | OOMPS_Investor_Subscription_Agreement_GERALD BURFORD.pdf (redacted) | OOMPS_000449 | | | |
| DX SWIEN 183 | 5/11/2015 | OOMPS_Investor_Subscription_Agreement_JEREMY SANDERSON 04-13-15.pdf (redacted) | OOMPS_000504 | | | |
| DX SWIEN 184 | 7/25/2014 | OOMPS_Investor_Subscription_Agreement_Manjit Randhawa.pdf (redacted) | OOMPS_000574 | | | |
| DX SWIEN 185 | 10/14/2014 | Check Request Form - Staub.xlsx | OOMPS_001063 | | | |
| DX SWIEN 186 | 2/12/2015 | Check Request Form - Staub.xlsx | OOMPS_001210 | | | |
| DX SWIEN 187 | 2/17/2015 | Jan15 Distributions Support.pdf | OOMPS_001216 | | | |
| DX SWIEN 188 | 10/12/2017 | Class B Investors GL Detail_Oct2014.xlsx | OOMPS_001068 | | | |
| DX SWIEN 189 | 12/12/2014 | Check Request Form - Staub.xlsx | OOMPS_001125 | | | |
| DX SWIEN 190 | 10/12/2017 | Class B Investors Distribution GL_Dec14.xlsx | OOMPS_001130 | | | |
| DX SWIEN 191 | 12/12/2014 | OOMPS Distributions Confirmation 12-12-14.pdf | OOMPS_001137 | | | |
| DX SWIEN 192 | 5/31/2017 | 2016_1096_1099 Forms-1 Stop CORRECTED.pdf (redacted) | 1STPH_000461 | | | |
| DX SWIEN 193 | 2/19/2018 | 2015-01 Combined_Presciber_Detail_2_19_2018 2_34_13 PM.xlsx | PHRMS_000459 | | | |
| DX SWIEN 194 | 4/20/2015 | Reps Mar'15 Commissions v4 - KDC Override Corrected.xlsx | PHRMS_000538 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 195 | 7/13/2015 | Reps May '15 Commissions v4 (Final as Adjusted).xlsx | PHRMS_000692 | | | |
| DX SWIEN 196 | 8/15/2017 | 2016_1096_1099 Forms-Kremco CORRECTED Godeaux, Renee.pdf (redacted) | Swiencinski-87 | | | |
| DX SWIEN 197 | 4/21/2015 | FW New Ownership Chart and Pie Charts updated by Leo | | | | |
| DX SWIEN 198 | 4/21/2015 | Omniplus Group Ownership 02-27-2015 v100003.pdf | | | | |
| DX SWIEN 199 | 4/20/2015 | 2014 Analysis Revenue by PBM 4-20-1500004.pdf | | | | |
| DX SWIEN 200 | 4/20/2015 | 2015 YTD Analysis Revenue by PBM 4-20-1500005.pdf | | | | |
| DX SWIEN 201 | 5/1/2014 | Emailing Omni-One - Med Pharmacy - Marketing Brochure (Projected Investment Return-Graph), Omni-One-Med Pharmacy - Marketing Brochure (Objective), Omni-One-Med Pharmacy - Marketing Brochure (Structure), Omni-One-Med Pharmacy- Marketing Brochure (Investme | | | | |
| DX SWIEN 202 | 2/7/2014 | Omni-One - Med Pharmacy - Marketing Brochure (Projected Investment Return-Graph)00001.docx | | | | |
| DX SWIEN 203 | 2/7/2014 | Omni-One-Med Pharmacy - Marketing Brochure (Objective)00002.docx | | | | |
| DX SWIEN 204 | 2/7/2014 | Omni-One-Med Pharmacy - Marketing Brochure (Structure)00003.docx | | | | |
| DX SWIEN 205 | 2/6/2014 | Omni-One-Med Pharmacy- Marketing Brochure (Investment)00004.docx | | | | |
| DX SWIEN 206 | 1/21/2016 | 2. 2015 Pharms_ADP 1099s.pdf (redacted) | Swiencinski-91 | | | |
| DX SWIEN 207 | 2/25/2015 | Omniplus Group Ownership 01-01-2014 to Current.pdf | Swiencinski-139 | | | |
| DX SWIEN 208 | 7/13/2015 | 3. 2016_1099 Pharms-Ryan Tinney CORRECTED.pdf (redacted) | Swiencinski-145 | | | |
| DX SWIEN 209 | 2/25/2015 | Omniplus Group Ownership 01-01-2015 v2.docx | Swiencinski-147 | | | |
| DX SWIEN 210 | 1/19/2017 | 3. 2016_1099 Forms - Pharms Sales Reps.pdf (redacted) | Swiencinski-148 | | | |
| DX SWIEN 211 | 2/25/2015 | Omniplus Group Ownership 01-01-2015 v2.pdf | Swiencinski-431 | | | |
| DX SWIEN 212 | 9/12/2016 | Omniplus Group Ownership 02-07-2016 v3.docx | Swiencinski-432 | | | |
| DX SWIEN 213 | 4/21/2015 | Omniplus Group Ownership 01-01-2015 v3.docx | Swiencinski-433 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 214 | 4/21/2015 | Omniplus Group Ownership 01-01-2015 v3.pdf | Swiencinski-434 | | | |
| DX SWIEN 215 | 2/15/2016 | Omniplus Group Ownership 02-07-2016 v1.docx | Swiencinski-435 | | | |
| DX SWIEN 216 | 2/15/2016 | Omniplus Group Ownership 02-07-2016 v1.docx | Swiencinski-436 | | | |
| DX SWIEN 217 | 9/12/2016 | Omniplus Group Ownership 02-08-2016 v2.docx | Swiencinski-437 | | | |
| DX SWIEN 218 | 3/19/2016 | Omniplus Group Ownership 02-07-2016 v2.docx | Swiencinski-438 | | | |
| DX SWIEN 219 | 3/21/2016 | Omniplus Group Ownership 02-08-2016 v1.docx | Swiencinski-439 | | | |
| DX SWIEN 220 | 12/3/2015 | Omniplus Group Ownership 02-27-2015 v3.docx | Swiencinski-440 | | | |
| DX SWIEN 221 | 9/12/2016 | Omniplus Group Ownership 03-31-2015 v1.docx | Swiencinski-441 | | | |
| DX SWIEN 222 | 12/3/2015 | Omniplus Group Ownership 02-27-2015 v3.pdf | Swiencinski-442 | | | |
| DX SWIEN 223 | 5/19/2015 | Omniplus Group Ownership 04-30-2015 v1.docx | Swiencinski-443 | | | |
| DX SWIEN 224 | 3/21/2016 | Omniplus Group Ownership 03-31-2016 v0.docx | Swiencinski-444 | | | |
| DX SWIEN 225 | 12/3/2015 | Omniplus Group Ownership 05-31-2015 v1 DRAFT.docx | Swiencinski-445 | | | |
| DX SWIEN 226 | 6/21/2016 | Omniplus Group Ownership 06-01-2016 v1.pdf | Swiencinski-446 | | | |
| DX SWIEN 227 | 9/12/2016 | Omniplus Group Ownership 03-31-2016 v2.docx | Swiencinski-447 | | | |
| DX SWIEN 228 | 7/23/2013 | PHARMS Corp Cart (Option 2)(2).pdf | Swiencinski-449 | | | |
| DX SWIEN 229 | 2/15/2016 | Omniplus Group Ownership 08-31-2015 v2.docx | Swiencinski-450 | | | |
| DX SWIEN 230 | 2/15/2016 | Omniplus Group Ownership 08-31-2015 v2.pdf | Swiencinski-451 | | | |
| DX SWIEN 231 | 7/24/2013 | PHARMS Corp Cart (Option 3).pdf | Swiencinski-452 | | | |
| DX SWIEN 232 | 11/1/2019 | 2015 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 233 | 11/1/2019 | 2016 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 234 | 11/1/2019 | 1099s issued TO Worth (redacted) | | | | |
| DX SWIEN 235 | 11/1/2019 | 2015 1099s issued TO Worth (redacted) | | | | |
| DX SWIEN 236 | 11/1/2019 | 2016 1099s issued to Worth and Swiencinski (redacted) | | | | |
| DX SWIEN 237 | 11/1/2019 | 2016 1099s FROM Worth (redacted) | | | | |
| DX SWIEN 238 | 11/1/2019 | 2014 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 239 | 11/1/2019 | Pharms 2014 1099 issued to Worth (redacted) | | | | |
| DX SWIEN 240 | 11/1/2019 | 2014 1099s issued TO Worth (redacted) | | | | |
| DX SWIEN 241 | 11/1/2019 | BRA.pdf | | | | |
| DX SWIEN 242 | 10/9/2014 | 2013 form 1040-Swien-client copy (redacted) | | | | |
| DX SWIEN 243 | 10/9/2014 | 2013 F 1065-Omni Worth Med Billing (redacted) | | | | |
| DX SWIEN 244 | 10/9/2014 | 2013 Form 1120-S.S.N. Inc. (redacted) | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 245 | 11/1/2019 | 2015 & 2016 1099s Intuitive (redacted) | | | | |
| DX SWIEN 246 | 10/10/2014 | 2012 Form 1040 Swien (redacted) | | | | |
| DX SWIEN 247 | 3/6/2015 | 2014 Form 1099 from Worth (redacted) | | | | |
| DX SWIEN 248 | 10/1/2015 | 2014 1099 Georgia Proton-Swiencinski (redacted) | | | | |
| DX SWIEN 249 | 9/30/2015 | 2014 Form 1040 Swien (redacted) | | | | |
| DX SWIEN 250 | 10/7/2015 | 2014 Form 1040 SIGNATURE FORM (redacted) | | | | |
| DX SWIEN 251 | 10/8/2016 | 2015 1099 p36 (redacted) | | | | |
| DX SWIEN 252 | 10/7/2016 | 2015 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 253 | 10/7/2016 | 2015 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 254 | 10/12/2016 | 2015 form 1040 Swiencinski (SIGNATURE PAGE) (redacted) | | | | |
| DX SWIEN 255 | 11/15/2016 | 2013 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 256 | 11/15/2016 | 2013 Form 1040 Swien (Speer) (redacted) | | | | |
| DX SWIEN 257 | 11/1/2019 | 2014 Form 1099 Pharms-Worth (redacted) | | | | |
| DX SWIEN 258 | 11/1/2019 | 2015 Form 1099 Worth (redacted) | | | | |
| DX SWIEN 259 | 11/1/2019 | Levine and Company Production BRA - 2018.12.18 (113_1A114_01).pdf | | | | |
| DX SWIEN 260 | 11/1/2019 | The Speer Kipp Group Production BRA - 2018.04.12 (112_1A112_01).pdf | | | | |
| DX SWIEN 261 | 11/9/2019 | 2014 S&HT TX Tax Return.pdf (redacted) | | | | |
| DX SWIEN 262 | 11/8/2019 | 2016 Form 1096 & 1099 amended.pdf  - OOMP (redacted) | | | | |
| DX SWIEN 263 | 11/8/2019 | 2013 Tax Work Papers.pdf  - Redko (redacted) | | | | |
| DX SWIEN 264 | 11/8/2019 | 2014 Tax Papers.pdf – Redko (redacted) | | | | |
| DX SWIEN 265 | 11/8/2019 | 2014 TX Tax Return.pdf  - OmniPlus GP (redacted) | | | | |
| DX SWIEN 266 | 11/8/2019 | 2017 Tax Return Work Paper.pdf – Pharms (redacted) | | | | |
| DX SWIEN 267 | 11/8/2019 | 2013 Tax Return Workpaper.pdf -  AMP (redacted) | | | | |
| DX SWIEN 268 | 11/8/2019 | Entity Ownership.pdf | | | | |
| DX SWIEN 269 | 11/8/2019 | 2014 US Tax Return.pdf - OmniPlus GP (redacted) | | | | |
| DX SWIEN 270 | 11/8/2019 | Form 1096 & 1099 1st pack.pdf – AMP (redacted) | | | | |
| DX SWIEN 271 | 11/8/2019 | Forms 1096 & 1099 2nd pack.pdf – AMP (redacted) | | | | |
| DX SWIEN 272 | 1/30/2017 | FW Optiplus-Pam Bailey | Swiencinski-1 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 273 | 8/30/2016 | OPTI 1099_Bailey.pdf – 2015 (redacted) | Swiencinski-3 | | | |
| DX SWIEN 274 | 8/30/2016 | OPTI K1_Bailey.pdf – 2015 (redacted) | Swiencinski-4 | | | |
| DX SWIEN 275 | 7/7/2016 | Email from B Swiencinski to C Early | DOJ-SMUBSSB-54418 | | | |
| DX SWIEN 276 | 1/1/1900 | Pharms-Swiencinski W2 2015.pdf (redacted) | DOJ-SMUBSSB-54420 | | | |
| DX SWIEN 277 | 1/1/1900 | Pharms-Worth 1099 2015.pdf (redacted) | DOJ-SMUBSSB-54421 | | | |
| DX SWIEN 278 | 9/13/2016 | Email from M Martin to B Swiencinski | DOJ-SMUBSSB-54789 | | | |
| DX SWIEN 279 | 1/1/1900 | Pharms-Swiencinski W2 2015.pdf (redacted) | DOJ-SMUBSSB-54790 | | | |
| DX SWIEN 280 | 1/1/1900 | Pharms-Worth 1099 2015.pdf (redacted) | DOJ-SMUBSSB-54791 | | | |
| DX SWIEN 281 | 8/7/2015 | Supplemental 1099 | Swiencinski-27 | | | |
| DX SWIEN 282 | 8/7/2015 | 2269_001.pdf 2014 1099 Pharms-Breimeister (redacted) | Swiencinski-28 | | | |
| DX SWIEN 283 | 7/24/2015 | RE Pharms LLC | Swiencinski-30 | | | |
| DX SWIEN 284 | 7/24/2015 | 2014 Pharms Commission 1099s.pdf (redacted) | Swiencinski-32 | | | |
| DX SWIEN 285 | 10/24/2017 | FW 1099s | Swiencinski-65 | | | |
| DX SWIEN 286 | 10/24/2017 | OPTIPLUS 2013 1099MISC.pdf (redacted) | Swiencinski-71 | | | |
| DX SWIEN 287 | 8/8/2016 | FW Dropbox folders | Swiencinski-524 | | | |
| DX SWIEN 288 | 8/5/2016 | Omniplus Group Ownership 06-01-2016 v1.pdf | Swiencinski-527 | | | |
| DX SWIEN 289 | 8/5/2016 | 2015 Balance Sheets.xlsx | Swiencinski-528 | | | |
| DX SWIEN 290 | 8/5/2016 | 2015 P&L by Entity.xlsx | Swiencinski-529 | | | |
| DX SWIEN 291 | 8/5/2016 | 2015 P&L Combined by Month.xlsx | Swiencinski-530 | | | |
| DX SWIEN 292 | 8/5/2016 | 2016 Balance Sheets.xlsx | Swiencinski-531 | | | |
| DX SWIEN 293 | 8/5/2016 | 2016 Combined P&L by Month.xlsx | Swiencinski-532 | | | |
| DX SWIEN 294 | 8/5/2016 | 2016 P&L by Entity.xlsx | Swiencinski-533 | | | |
| DX SWIEN 295 | 9/12/2016 | Carr email RE Draft Retainer Agreement, OmniPlus Pharmacy (confidential and privileged communication) | Swiencinski-534 | | | |
| DX SWIEN 296 | 9/12/2016 | Omniplus Group Ownership 06-01-2016 v2.pdf | Swiencinski-539 | | | |
| DX SWIEN 297 | 9/27/2016 | Updated Org Chart | Swiencinski-540 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 298 | 9/12/2016 | Omniplus Group Ownership 06-01-2016 v2.pdf | Swiencinski-541 | | | |
| DX SWIEN 299 | 10/26/2016 | RE Legal opinion needed | Swiencinski-543 | | | |
| DX SWIEN 300 | 1/10/2017 | RE Meeting | Swiencinski-549 | | | |
| DX SWIEN 301 | 9/12/2016 | Omniplus Group Ownership 06-01-2016 v2.pdf | Swiencinski-552 | | | |
| DX SWIEN 302 | 1/11/2017 | Current entity structure | Swiencinski-554 | | | |
| DX SWIEN 303 | 1/10/2017 | Omniplus Group Ownership 12-31-2016 v1.pdf | Swiencinski-555 | | | |
| DX SWIEN 304 | 10/24/2017 | FW 1099s | Swiencinski-557 | | | |
| DX SWIEN 305 | 10/24/2017 | OPTIPLUS 2013 1099MISC.pdf (redacted) | Swiencinski-563 | | | |
| DX SWIEN 306 | 8/30/2016 | 2015 K-1s_Carr & 2015 1099 AMP | Swiencinski-643 | | | |
| DX SWIEN 307 | 8/29/2016 | Omniplus healthcare_Carr.pdf<br>2015 Tax Workpapers OPHC-Carr (redacted) | Swiencinski-645 | | | |
| DX SWIEN 308 | 8/29/2016 | Pharms_Carr.pdf<br>2015 Tax Workpapers Pharms-Carr & Herbst (redacted) | Swiencinski-668 | | | |
| DX SWIEN 309 | 8/30/2016 | Alternative_Carr.pdf<br>2015 Tax Workpapers AMP-Carr (redacted) | Swiencinski-682 | | | |
| DX SWIEN 310 | 8/30/2016 | 2015 Alternative 1099_Carr.pdf (redacted) | Swiencinski-691 | | | |
| DX SWIEN 311 | 8/30/2016 | Optiplus-Pam Bailey | Swiencinski-692 | | | |
| DX SWIEN 312 | 8/30/2016 | 2015 OPTI 1099_Bailey.pdf (redacted) | Swiencinski-693 | | | |
| DX SWIEN 313 | 8/30/2016 | 2015 OPTI K1_Bailey.pdf (redacted) | Swiencinski-694 | | | |
| DX SWIEN 314 | 8/30/2016 | Healthy Pharmacy Solutions_Ted Blanchard | Swiencinski-703 | | | |
| DX SWIEN 315 | 8/29/2016 | Healthy_Blanchard.pdf<br>2015 K1 Healthy Pharmacy-Blanchard (redacted) | Swiencinski-704 | | | |
| DX SWIEN 316 | 8/30/2016 | 2015 Healthy_Blanchard 1099.pdf (redacted) | Swiencinski-715 | | | |
| DX SWIEN 317 | 9/2/2016 | 2015 K-1 & 1099 SHT Acquisitions | Swiencinski-717 | | | |
| DX SWIEN 318 | 8/30/2016 | S&HT Acq 1099_Marco.pdf<br>2015 1099 S&HT-Aguillon (redacted) | Swiencinski-718 | | | |
| DX SWIEN 319 | 8/30/2016 | S&HT Acq_Marco.pdf<br>2015 K1 S&HT-Aguillon (redacted) | Swiencinski-719 | | | |
| DX SWIEN 320 | 8/25/2016 | S&HT Marco_8-31.pdf<br>2015 K1 Amended S&HT-Aguillon (redacted) | Swiencinski-727 | | | |
| DX SWIEN 321 | 9/14/2015 | RE 1099s | Swiencinski-736 | | | |
| DX SWIEN 322 | 9/14/2015 | Worth Medical_1099 Pharms 2014.pdf (redacted) | Swiencinski-739 | | | |
| DX SWIEN 323 | 9/14/2015 | Swiencinski 1099 Pharms 2014.pdf (redacted) | Swiencinski-740 | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 324 | 9/28/2015 | Ownership Percentages | Swiencinski-744 | | | |
| DX SWIEN 325 | 5/19/2015 | Omniplus Group Ownership 04-30-2015 v1.pdf | Swiencinski-745 | | | |
| DX SWIEN 326 | 10/12/2017 | RE Omni One Med 1099- Foptum | Swiencinski-774 | | | |
| DX SWIEN 327 | 10/12/2017 | OOMP FOPTUM 2016 1099.pdf (redacted) | Swiencinski-778 | | | |
| DX SWIEN 328 | 4/10/2017 | RE Mail | Swiencinski-779 | | | |
| DX SWIEN 329 | 4/10/2017 | 2016 Forms 1096 & 1099.pdf (redacted) | Swiencinski-783 | | | |
| DX SWIEN 330 | 05/02/2018 | Audio Recording of Terry Brickman and Lisa Brickman | | | | |
| DX SWIEN 331-1 | 03/05/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 331-2 | 03/09/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 331-3 | 04/04/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 331-4 | 04/18/2018 | Audio Recording of James Buckingham (voicemail) | | | | |
| DX SWIEN 331-5 | 04/18/2018 | Audio Recording of James Buckingham | | | | |
| DX SWIEN 332 | 08/30/2018 | Audio Recording of Pamela Bailey | | | | |
| DX SWIEN 333 | 03/07/2018 | Audio Recording of Patrick Cotter | | | | |
| DX SWIEN 334-1 | 03/06/2018 | Audio Recording of Todd Dunkle | | | | |
| DX SWIEN 334-2 | 03/07/2018 | Audio Recording of Todd Dunkle and Dean Valore | | | | |
| DX SWIEN 335-1 | 03/06/2018 | Audio Recording of Kimberly Hohmann and Krupla | | | | |
| DX SWIEN 335-2 | 03/08/2018 | Audio Recording of Kimberly Hohmann | | | | |
| DX SWIEN 336 | 09/05/2018 | Audio Recording of Matthew Thorson | | | | |
| DX SWIEN 337-1 | 03/07/2018 | Audio Recording of Paul Vorisek | | | | |
| DX SWIEN 337-2 | 03/06/2018 | Audio Recording of Paul and Sharon Vorisek | | | | |
| DX SWIEN 337-3 | 03/06/2018 | Audio Recording of Sharon Vorisek | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 338-1 | 2012 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 338-2 | 2013 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 338-3 | 2014 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 338-4 | 2015 | Swiencinski Tax Return (redacted) | | | | |
| DX SWIEN 339-1 | 2013 | Flight Maps Demonstratives | | | | |
| DX SWIEN 339-2 | 2014 | Flight Maps Demonstratives | | | | |
| DX SWIEN 339-3 | 2015 | Flight Maps Demonstratives | | | | |
| DX SWIEN 339-4 | 2016 | Flight Maps Demonstratives | | | | |
| DX SWIEN 340 | 05/01/2015 | Email from B Swiencinski to S Kalish re Fwd PPM | | | | |
| DX SWIEN 341 | 05/01/2015 | Email from B Swiencinski to G Stewart re Fwd PPM | | | | |
| DX SWIEN 342 | 05/01/2015 | Attachment to Emails re Fwd PPM – Omni One Med PPM Version 2-26 | | | | |
| DX SWIEN 343 | 03/03/2015 | Email from B Swiencinski to B Auer re Introduction | | | | |
| DX SWIEN 344 | 2013 | 2013 Form 1065 S&HT (redacted) | | | | |
| DX SWIEN 345 | 2014 | 2014 Form 1065 S&HT (redacted) | | | | |
| DX SWIEN 346 | 2015 | 2015 Form 1065 S&HT (amended) (redacted) | | | | |
| DX SWIEN 347 | 2015 | 2015 Form 1065 S&HT (original) (redacted) | | | | |
| DX SWIEN 348 | 2015 | 2015 Form 1065 S&HT (3/23/2018) (redacted) | | | | |
| DX SWIEN 349 | 2016 | 2016 Form 1065 S&HT (redacted) | | | | |
| DX SWIEN 350 | 2013 | 2013 Form 1065 OmniPlus GP (redacted) | | | | |
| DX SWIEN 351 | 2014 | 2014 Form 1065 OmniPlus GP (redacted) | | | | |
| DX SWIEN 352 | 2015 | 2015 Form 1065 OmniPlus GP (redacted) | | | | |
| DX SWIEN 353 | 2016 | 2016 Form 1065 OmniPlus GP (redacted) | | | | |
| DX SWIEN 354 | 2013 | 2013 Form 1120S AMP (redacted) | | | | |
| DX SWIEN 355 | 2014 | 2014 Form 1120S AMP (amended) (redacted) | | | | |
| DX SWIEN 356 | 2014 | 2014 Form 1120S AMP (original) (redacted) | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 357 | 2015 | 2015 Form 1120S AMP (redacted) | | | | |
| DX SWIEN 358 | 2016 | 2016 Form 1120S AMP (redacted) | | | | |
| DX SWIEN 359 | 2014 | 2014 Form 1065 OOMPS (redacted) | | | | |
| DX SWIEN 360 | 2015 | 2015 Form 1065 OOMPS (amended) (redacted) | | | | |
| DX SWIEN 361 | 2015 | 2015 Form 1065 OOMPS (original) (redacted) | | | | |
| DX SWIEN 362 | 2016 | 2016 Form 1065 OOMPS (redacted) | | | | |
| DX SWIEN 363 | 2013 | 2013 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 364 | 2014 | 2014 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 365 | 2015 | 2015 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 366 | 2016 | 2016 Form 1065 Pharms (redacted) | | | | |
| DX SWIEN 367 | 2013 | 2013 Form 1065 Worth (redacted) | | | | |
| DX SWIEN 368 | 2014 | 2014 W2s OOMPS (redacted) | | | | |
| DX SWIEN 369 | 2015 | 2015 W2s OOMPS (redacted) | | | | |
| DX SWIEN 370 | 2016 | 2016 W2s OOMPS (redacted) | | | | |
| DX SWIEN 371 | 2013 | 2013 W2s OPHC (redacted) | | | | |
| DX SWIEN 372 | 2014 | 2014 W2s OPHC (redacted) | | | | |
| DX SWIEN 373 | 2015 | 2015 W2s OPHC (redacted) | | | | |
| DX SWIEN 374 | 2014 | 2014 W2s Pharms (redacted) | | | | |
| DX SWIEN 375 | 2015 | 2015 W2s Pharms (redacted) | | | | |
| DX SWIEN 376 | 2016 | 2016 W2s Pharms (redacted) | | | | |
| DX SWIEN 377 | 2014 | 2014 W2s S&HT (redacted) | | | | |
| DX SWIEN 378 | 2015 | 2015 W2s S&HT (redacted) | | | | |
| DX SWIEN 379 | 1/2/2018 | Audio Recording of Ryan and Aimee Bartis | | | | |
| DX SWIEN 380 | 1/2/2018 | Audio Recording of Ryan and Aimee Bartis #2 | | | | |
| DX SWIEN 381 | 9/5/2018 | Audio Recording of Brandon and Kristi Sigmon | | | | |
| DX SWIEN 382 | 1/4/2018 | Audio Recording of Forest Statham | | | | |
| DX SWIEN 383 | 1/3/2018 | Audio Recording of Helen Vinzant | | | | |
| DX SWIEN 384 | 6/14/2018 | Audio Recording of Helen and Jonathan Vinzant | | | | |
| DX SWIEN 385 | 6/13/2018 | Audio Recording of David and Kelly Howerton | | | | |
| DX SWIEN 386 | 6/14/2018 | Audio Recording of Kelly Howerton | | | | |
| DX SWIEN 387 | 1/4/2018 | Audio Recording of Leslie Bond | | | | |
| DX SWIEN 388 | 1/2/2018 | Audio Recording of Maries Laurel | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 389 | 6/14/2018 | Audio Recording of Paul and Billie Hobbs | | | | |
| DX SWIEN 390 | 6/19/2018 | Audio Recording of Paul Hobbs | | | | |
| DX SWIEN 391 | 7/31/2019 | Audio Recording of Raghuveer Chintalapally | | | | |
| DX SWIEN 392 | 9/26/2018 | Audio Recording of Stacy Mayeur | | | | |
| DX SWIEN 393 | 6/21/2018 | Audio Recording of Tony Clark (1 of 2) | | | | |
| DX SWIEN 394 | 6/21/2018 | Audio Recording of Tony Clark (2 of 2) | | | | |
| DX SWIEN 395 | | Intentionally left blank | | | | |
| DX SWIEN 396 | 7/6/2015 | Corporate Rep Alternative 7/8/15 EX 13 | DOJ_18cr368-0178678 | | | |
| BLANKS RESERVED FOR ADDITIONAL EXHIBITS | | | | | | |
| DX SWIEN 397 | | | | | | |
| DX SWIEN 398 | | | | | | |
| DX SWIEN 399 | | | | | | |
| DX SWIEN 400 | | | | | | |
| DX SWIEN 401 | | | | | | |
| DX SWIEN 402 | | | | | | |
| DX SWIEN 403 | | | | | | |
| DX SWIEN 404 | | | | | | |
| DX SWIEN 405 | | | | | | |
| DX SWIEN 406 | | | | | | |
| DX SWIEN 407 | | | | | | |
| DX SWIEN 408 | | | | | | |
| DX SWIEN 409 | | | | | | |
| DX SWIEN 410 | | | | | | |
| DX SWIEN 411 | | | | | | |
| DX SWIEN 412 | | | | | | |
| DX SWIEN 413 | | | | | | |
| DX SWIEN 414 | | | | | | |
| DX SWIEN 415 | | | | | | |
| DX SWIEN 416 | | | | | | |
| DX SWIEN 417 | | | | | | |
| DX SWIEN 418 | | | | | | |
| DX SWIEN 419 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 420 | | | | | | |
| DX SWIEN 421 | | | | | | |
| DX SWIEN 422 | | | | | | |
| DX SWIEN 423 | | | | | | |
| DX SWIEN 424 | | | | | | |
| DX SWIEN 425 | | | | | | |
| DX SWIEN 426 | | | | | | |
| DX SWIEN 427 | | | | | | |
| DX SWIEN 428 | | | | | | |
| DX SWIEN 429 | | | | | | |
| DX SWIEN 430 | | | | | | |
| DX SWIEN 431 | | | | | | |
| DX SWIEN 432 | | | | | | |
| DX SWIEN 433 | | | | | | |
| DX SWIEN 434 | | | | | | |
| DX SWIEN 435 | | | | | | |
| DX SWIEN 436 | | | | | | |
| DX SWIEN 437 | | | | | | |
| DX SWIEN 438 | | | | | | |
| DX SWIEN 439 | | | | | | |
| DX SWIEN 440 | | | | | | |
| DX SWIEN 441 | | | | | | |
| DX SWIEN 442 | | | | | | |
| DX SWIEN 443 | | | | | | |
| DX SWIEN 444 | | | | | | |
| DX SWIEN 445 | | | | | | |
| DX SWIEN 446 | | | | | | |
| DX SWIEN 447 | | | | | | |
| DX SWIEN 448 | | | | | | |
| DX SWIEN 449 | | | | | | |
| DX SWIEN 450 | | | | | | |
| DX SWIEN 451 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 452 | | | | | | |
| DX SWIEN 453 | | | | | | |
| DX SWIEN 454 | | | | | | |
| DX SWIEN 455 | | | | | | |
| DX SWIEN 456 | 2014.09.16 | RE Express Scripts Update – Senior Management Changes | | | | |
| DX SWIEN 457 | | | | | | |
| DX SWIEN 458 | | | | | | |
| DX SWIEN 459 | | | | | | |
| DX SWIEN 460 | | | | | | |
| DX SWIEN 461 | | | | | | |
| DX SWIEN 462 | | | | | | |
| DX SWIEN 463 | | | | | | |
| DX SWIEN 464 | 2014.10.19 | Org Char Slide 1 | | | | |
| DX SWIEN 465 | 2014.10.20 | Org Charts | | | | |
| DX SWIEN 466 | 2015.02.24 | Management Committee Meeting | | | | |
| DX SWIEN 467 | 2015.02.25 | Ownership | | | | |
| DX SWIEN 468 | 2015.02.28 | Ownership Charts | | | | |
| DX SWIEN 469 | 2015.03.03 | Agenda for Today's Meeting | | | | |
| DX SWIEN 470 | | | | | | |
| DX SWIEN 471 | | | | | | |
| DX SWIEN 472 | 2015.03.24 | Agenda for today's meeting | | | | |
| DX SWIEN 473 | | | | | | |
| DX SWIEN 474 | | | | | | |
| DX SWIEN 475 | 2015.05.18 | State Map | | | | |
| DX SWIEN 476 | 2015.06.10 | NEW EMPLOYEE PHONE DIRECTORY | | | | |
| DX SWIEN 477 | | | | | | |
| DX SWIEN 478 | | | | | | |
| DX SWIEN 479 | | | | | | |
| DX SWIEN 480 | | | | | | |
| DX SWIEN 481 | | | | | | |
| DX SWIEN 482 | 2016.08.10 | Org Chart | | | | |
| DX SWIEN 483 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 484 | | | | | | |
| DX SWIEN 485 | | | | | | |
| DX SWIEN 486 | | | | | | |
| DX SWIEN 487 | | | | | | |
| DX SWIEN 488 | | | | | | |
| DX SWIEN 489 | | | | | | |
| DX SWIEN 490 | | | | | | |
| DX SWIEN 491 | | | | | | |
| DX SWIEN 492 | | | | | | |
| DX SWIEN 493 | | | | | | |
| DX SWIEN 494 | | | | | | |
| DX SWIEN 495 | | | | | | |
| DX SWIEN 496 | | | | | | |
| DX SWIEN 497 | | | | | | |
| DX SWIEN 498 | | | | | | |
| DX SWIEN 499 | | | | | | |
| DX SWIEN 500 | | | | | | |
| DX SWIEN 501 | | | | | | |
| DX SWIEN 502 | | | | | | |
| DX SWIEN 503 | | | | | | |
| DX SWIEN 504 | | | | | | |
| DX SWIEN 505 | | | | | | |
| DX SWIEN 506 | | | | | | |
| DX SWIEN 507 | | | | | | |
| DX SWIEN 508 | | | | | | |
| DX SWIEN 509 | | | | | | |
| DX SWIEN 510 | | | | | | |
| DX SWIEN 511 | 2014.10.22 | Email from Carr to Brian Redko cc Breim re OmniPlus Organizational Chart | | | | |
| DX SWIEN 512 | | | | | | |
| DX SWIEN 513 | | | | | | |
| DX SWIEN 514 | | | | | | |
| DX SWIEN 515 | | Plaintiffs ex 43 to Carr's ESI trial testimony | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 516 | | | | | | |
| DX SWIEN 517 | | | | | | |
| DX SWIEN 518 | | | | | | |
| DX SWIEN 519 | | | | | | |
| DX SWIEN 520 | 2022.11.05 | Business Records Affidavit Applied Pain Associates Rosemary Arocha | | | | |
| DX SWIEN 521 | | Summary PK Data – By Doctor Anaylsis 20221104 (Prescriptions by Doctor) | | | | |
| DX SWIEN 522 | | Summary PK Data – By Doctor Anaylsis 20221104 (Prescriptions) | | | | |
| DX SWIEN 523 | | Summary PK Data – Omni-One Med Analysis 20221104 (Summary) | | | | |
| DX SWIEN 524 | | Summary PK Data – Omni-One Med Analysis 20221104 (Shareholder Rx) | | | | |
| DX SWIEN 525 | | | | | | |
| DX SWIEN 526 | | | | | | |
| DX SWIEN 527 | | | | | | |
| DX SWIEN 528 | | | | | | |
| DX SWIEN 529 | | | | | | |
| DX SWIEN 530 | | | | | | |
| DX SWIEN 531 | | | | | | |
| DX SWIEN 532 | | | | | | |
| DX SWIEN 533 | | | | | | |
| DX SWIEN 534 | | | | | | |
| DX SWIEN 535 | | | | | | |
| DX SWIEN 536 | | | | | | |
| DX SWIEN 537 | | | | | | |
| DX SWIEN 538 | | | | | | |
| DX SWIEN 539 | | | | | | |
| DX SWIEN 540 | | | | | | |
| DX SWIEN 541 | | | | | | |
| DX SWIEN 542 | | | | | | |
| DX SWIEN 543 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 544 | | | | | | |
| DX SWIEN 545 | | | | | | |
| DX SWIEN 546 | | | | | | |
| DX SWIEN 547 | | | | | | |
| DX SWIEN 548 | | | | | | |
| DX SWIEN 549 | | | | | | |
| DX SWIEN 550 | | | | | | |
| DX SWIEN 551 | | | | | | |
| DX SWIEN 552 | | | | | | |
| DX SWIEN 553 | | | | | | |
| DX SWIEN 554 | | | | | | |
| DX SWIEN 555 | | | | | | |
| DX SWIEN 556 | | | | | | |
| DX SWIEN 557 | | | | | | |
| DX SWIEN 558 | | | | | | |
| DX SWIEN 559 | | | | | | |
| DX SWIEN 560 | | | | | | |
| DX SWIEN 561 | | | | | | |
| DX SWIEN 562 | | | | | | |
| DX SWIEN 563 | | | | | | |
| DX SWIEN 564 | | | | | | |
| DX SWIEN 565 | | | | | | |
| DX SWIEN 566 | | | | | | |
| DX SWIEN 567 | | | | | | |
| DX SWIEN 568 | | | | | | |
| DX SWIEN 569 | | | | | | |
| DX SWIEN 570 | | | | | | |
| DX SWIEN 571 | | | | | | |
| DX SWIEN 572 | | | | | | |
| DX SWIEN 573 | | | | | | |
| DX SWIEN 574 | | | | | | |
| DX SWIEN 575 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 576 | | | | | | |
| DX SWIEN 577 | | | | | | |
| DX SWIEN 578 | | | | | | |
| DX SWIEN 579 | | Brickman Buckingham Information | | | | |
| DX SWIEN 580 | 11.14.22 | Brandon McCarthy's Drawing in court | | | | |
| DX SWIEN 581 | | | | | | |
| DX SWIEN 582 | | | | | | |
| DX SWIEN 583 | | | | | | |
| DX SWIEN 584 | 2019.10.10 | Statement of Acceptance of Responsibility (Buckingham Sentencing Letter) | | | | |
| DX SWIEN 585 | | | | | | |
| DX SWIEN 586 | | | | | | |
| DX SWIEN 587 | | | | | | |
| DX SWIEN 588 | | | | | | |
| DX SWIEN 589 | 2014.04.17 | Buckingham to Dan et al re Jim Buckingham (Cotter) | | | | |
| DX SWIEN 590 | | | | | | |
| DX SWIEN 591 | 2014.05.02 | Buckingham to Dan et al re Jim Buckingham new Rx Card (Maleski) | | | | |
| DX SWIEN 592 | 2014.05.02 | Buckingham to Dan et al re Jim Buckingham new Rx Card (names went thru in April) | | | | |
| DX SWIEN 593 | 2014.05.05 | Buckingham to Dan et al re Jim Buckingham new Rx Card (Burnham and Singer) | | | | |
| DX SWIEN 594 | | | | | | |
| DX SWIEN 595 | 2014.01.21 | Swiencinski to Buckingham Fwd Rx Pad | | | | |
| DX SWIEN 596 | | | | | | |
| DX SWIEN 597 | 2015.02.28 | Breimeister to Buck re Scrpts | | | | |
| DX SWIEN 598 | 2018.07.11 | Buckingham Re-arraignment Transcript | | | | |
| DX SWIEN 599 | 2018.07.11 | Buckingham Sealed Plea Agreement | | | | |
| DX SWIEN 600 | | | | | | |
| DX SWIEN 601 | | 8 LEVELS OF SCRUTINY - GRAPHIC | | | | |
| DX SWIEN 602 | | | | | | |
| DX SWIEN 603 | | | | | | |
| DX SWIEN 604 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 605 | | | | | | |
| DX SWIEN 606 | | | | | | |
| DX SWIEN 607 | | | | | | |
| DX SWIEN 608 | | | | | | |
| DX SWIEN 609 | | | | | | |
| DX SWIEN 610 | | | | | | |
| DX SWIEN 611 | | | | | | |
| DX SWIEN 612 | | | | | | |
| DX SWIEN 613 | | | | | | |
| DX SWIEN 614 | | | | | | |
| DX SWIEN 615 | | | | | | |
| DX SWIEN 616 | | | | | | |
| DX SWIEN 617 | | | | | | |
| DX SWIEN 618 | | | | | | |
| DX SWIEN 619 | | | | | | |
| DX SWIEN 620 | | | | | | |
| DX SWIEN 621 | | | | | | |
| DX SWIEN 622 | | | | | | |
| DX SWIEN 623 | | | | | | |
| DX SWIEN 624 | | | | | | |
| DX SWIEN 625 | | | | | | |
| DX SWIEN 626 | | | | | | |
| DX SWIEN 627 | | | | | | |
| DX SWIEN 628 | | | | | | |
| DX SWIEN 629 | | | | | | |
| DX SWIEN 630 | | | | | | |
| DX SWIEN 631 | | | | | | |
| DX SWIEN 632 | | | | | | |
| DX SWIEN 633 | | | | | | |
| DX SWIEN 634 | | | | | | |
| DX SWIEN 635 | | | | | | |
| DX SWIEN 636 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| DX SWIEN 637 | | | | | | |
| DX SWIEN 638 | | | | | | |
| DX SWIEN 639 | | | | | | |
| DX SWIEN 640 | | | | | | |
| DX SWIEN 641 | | | | | | |
| DX SWIEN 642 | | | | | | |
| DX SWIEN 643 | | | | | | |
| DX SWIEN 644 | | | | | | |
| DX SWIEN 645 | | | | | | |
| DX SWIEN 646 | | | | | | |
| DX SWIEN 647 | | | | | | |
| DX SWIEN 648 | | | | | | |
| DX SWIEN 649 | | | | | | |
| DX SWIEN 650 | | | | | | |
| DX SWIEN 651 | | | | | | |
| DX SWIEN 652 | | | | | | |
| DX SWIEN 653 | | | | | | |
| DX SWIEN 654 | | | | | | |
| DX SWIEN 655 | | | | | | |
| DX SWIEN 656 | | | | | | |
| DX SWIEN 657 | | | | | | |
| DX SWIEN 658 | | | | | | |
| DX SWIEN 659 | | | | | | |
| DX SWIEN 660 | | | | | | |
| DX SWIEN 661 | | | | | | |
| DX SWIEN 662 | | | | | | |
| DX SWIEN 663 | | | | | | |
| DX SWIEN 664 | | | | | | |
| DX SWIEN 665 | | | | | | |
| DX SWIEN 666 | | | | | | |
| DX SWIEN 667 | | | | | | |
| DX SWIEN 668 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 669 | | | | | | |
| DX SWIEN 670 | | | | | | |
| DX SWIEN 671 | | | | | | |
| DX SWIEN 672 | | | | | | |
| DX SWIEN 673 | | | | | | |
| DX SWIEN 674 | | | | | | |
| DX SWIEN 675 | | | | | | |
| DX SWIEN 676 | | | | | | |
| DX SWIEN 677 | | | | | | |
| DX SWIEN 678 | | | | | | |
| DX SWIEN 679 | | | | | | |
| DX SWIEN 680 | | | | | | |
| DX SWIEN 681 | | | | | | |
| DX SWIEN 682 | | | | | | |
| DX SWIEN 683 | | | | | | |
| DX SWIEN 684 | | | | | | |
| DX SWIEN 685 | | | | | | |
| DX SWIEN 686 | | | | | | |
| DX SWIEN 687 | | | | | | |
| DX SWIEN 688 | | | | | | |
| DX SWIEN 689 | | | | | | |
| DX SWIEN 690 | | | | | | |
| DX SWIEN 691 | | | | | | |
| DX SWIEN 692 | | | | | | |
| DX SWIEN 693 | | | | | | |
| DX SWIEN 694 | | | | | | |
| DX SWIEN 695 | | | | | | |
| DX SWIEN 696 | | | | | | |
| DX SWIEN 697 | | | | | | |
| DX SWIEN 698 | | | | | | |
| DX SWIEN 699 | | | | | | |
| DX SWIEN 700 | | | | | | |

| EX. NO. | Date | Description | Beg. Bates | Offered | Objection | Admitted |
|---------|------|-------------|------------|---------|-----------|----------|
| DX SWIEN 701 | | | | | | |
| DX SWIEN 702 | | | | | | |
| DX SWIEN 703 | | | | | | |
| DX SWIEN 704 | | | | | | |
| DX SWIEN 705 | | | | | | |
| DX SWIEN 706 | | | | | | |
| DX SWIEN 707 | | | | | | |
| DX SWIEN 708 | | | | | | |
| DX SWIEN 709 | | | | | | |
| DX SWIEN 710 | | | | | | |
| DX SWIEN 711 | | | | | | |
| DX SWIEN 712 | | | | | | |
| DX SWIEN 713 | | | | | | |
| DX SWIEN 714 | | | | | | |
| DX SWIEN 715 | | | | | | |
| DX SWIEN 716 | | | | | | |
| DX SWIEN 717 | | | | | | |
| DX SWIEN 718 | | | | | | |
| DX SWIEN 719 | | | | | | |
| DX SWIEN 720 | | | | | | |
| DX SWIEN 721 | | | | | | |
| DX SWIEN 722 | | | | | | |
| DX SWIEN 723 | | | | | | |
| DX SWIEN 724 | | | | | | |
| DX SWIEN 725 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| DX SWIEN 900 | | | | | | |
| DX SWIEN 901 | | | | | | |

Respectfully submitted,

Michael A. Villa, Jr.
State Bar No. 24051475
S.D. Federal ID No. 3256126
MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, LLP
901 Main Street, Suite 370
Dallas, TX 75202
(214) 744-2700
(214) 747-3732 (facsimile)
mvilla@meadowscollier.com

*/s/ Brandon McCarthy*
Brandon McCarthy (admitted *pro hac vice*)
Attorney-in-Charge
State Bar No. 24027486
Rachel M. Riley
State Bar No. 24093044
S.D. Bar No. 2810706
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
(214) 765-3600
(214) 765-3602 (facsimile)
brandon.mccarthy@katten.com
rachel.riley@katten.com

Mary C. Fleming (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW, North Tower - Suite 200
Washington, DC 20007
(202) 625-3754
(202) 298-7570 (facsimile)
mary.fleming@katten.com

**Attorneys for Brian Swiencinski**