# EXHIBIT 1

```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
 2                           HOUSTON DIVISION

 3    ******************************************************************

 4    UNITED STATES OF AMERICA        4:18-CR-00368

 5
      VS.
 6
      BRIAN SWIENCINSKI,              HOUSTON, TEXAS
 7    SCOTT BREIMEISTER,
      VLADIMIR REDKO, M.D.,
 8    CHRISTOPHER INCE, M.D., and
      RONNIE MCADA, JR.,
 9
            Defendants.              NOVEMBER 16, 2022
10

11
      ******************************************************************
12
          EXCERPT TRANSCRIPT OF JURY TRIAL PROCEEDINGS - DAY 6
13          HEARD BEFORE THE HONORABLE ALFRED H. BENNETT
                    UNITED STATES DISTRICT JUDGE
14          TRIAL TESTIMONY OF LEONARD CARR - VOLUME 1

15    ******************************************************************

16    APPEARANCES:

17    FOR THE GOVERNMENT:             MS. ALEZA SIMONE REMIS
                                      MS. KATHERINE RAUT
18                                    Department of Justice
                                      1400 New York Ave NW
19                                    Washington, DC 20005

20
                                      MR. DEVON MOREL HELFMEYER
21                                    U.S. Department of Justice
                                      1000 Louisiana Street
22                                    Suite 2300
                                      Houston, Texas 77002
23

24

25        Proceedings recorded by mechanical stenography,
      transcript produced via computer.
```

2

```
 1    FOR THE DEFENDANT              MR. BRANDON NELSON MCCARTHY
      BRIAN SWIENCINSKI:             MS. RACHEL MALONE RILEY
 2                                   Katten Muchin Rosenman
                                     2121 N. Pearl Street
 3                                   Suite 1100
                                     Dallas, Texas 75201
 4
                                     MS. MARY C. FLEMING
 5                                   Katten Muchin Rosenman, LLP
                                     2900 K Street NW
 6                                   North Tower - Suite 200
                                     Washington, DC 20007
 7
                                     MR. MICHAEL A. VILLA, JR.
 8                                   Meadows, Collier,
                                     Reed Cousins, Crouch &
 9                                   Ungerman, L.L.P.
                                     901 Main Street, Suite 370
10                                   Dallas, Texas 75202

11                                   MR. SCOTTIE D. ALLEN
                                     The Allen Law Firm
12                                   4144 N. Central Expressway
                                     Suite 650
13                                   Dallas, Texas 75204

14

15    FOR THE DEFENDANT              MR. DAN LAMAR COGDELL
      SCOTT BREIMEISTER:             Nicholas Hamilton Norris
16                                   Jones Walker LLP
                                     811 Main Street
17                                   Suite 2900
                                     Houston, Texas 77002
18
                                     MR. JOSH BARRETT SCHAFFER
19                                   Schaffer Law Offices
                                     1021 Main Street
20                                   Suite 1440
                                     Houston, Texas 77002
21

22
      FOR THE DEFENDANT              MR. JIM E. LAVINE
23    VLADIMIR REDKO, M.D.:          Zimmermann Lavine &
                                       Zimmermann P.C.
24                                   770 South Post Oak Lane
                                     Suite 620
25                                   Houston, Texas 77056
```

3

```
1                                    MR. BRENT EVAN NEWTON
                                     Gerger Hennessy & Martin LLP
2                                    700 Louisiana
                                     Suite 2300
3                                    Houston, Texas 77002

4

5     FOR THE DEFENDANT              MR. SAMUEL LOUIS
      CHRISTOPHER INCE, MD:         MR. JUSTO A. MENDEZ
6                                    MS. AGNES O. DOYLE
                                     MR. SPENCER F. RYERSON
7                                    Holland & Knight
                                     811 Main Street
8                                    Suite 2500
                                     Houston, Texas 77002
9

10    FOR THE DEFENDANT              MS. ARIANNA G. GOODMAN
      RONNIE MCADA, JR.:            MR. JEFFREY J. ANSLEY
11                                   MR. SAMUEL MARQUIS DEAU
                                     Vedder Price P.C.
12                                   100 Crescent Court
                                     Suite 350
13                                   Dallas, Texas 75201

14

15    Official Court Reporter:      David S. Smith, CSR, RPR, CRR
                                     Official Court Reporter
16                                   United States District Court
                                     Southern District of Texas
17                                   515 Rusk Street, Room 8004
                                     Houston, Texas 77002
18

19

20

21

22

23

24

25
```

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXAMINATION INDEX**

**PAGE NO.**

**Leonard Carr**

    Direct Examination by Ms. Remis.............     6

1    of physician is Dr. Redko?

2    A.    To my knowledge, a pain management physician.

3    Q.    Do you know how Dr. Redko and Mr. Swiencinski came to

4    found these pharmacies together?

5    A.    To my understanding, Mr. Swiencinski was --

6         MS. RILEY:  Objection.  I'm sorry.  He said to his

7    understanding.  Lacks personal knowledge.

8         THE COURT:  Overruled.

9         MS. RILEY:  Calls for hearsay.

10   A.    I was --

11        THE COURT:  Just a moment.

12             Overruled.

13        MS. REMIS:  You may proceed.

14   A.    Mr. Swiencinski was a medical device sales rep for many

15   years, maybe a couple of decades and lastly for a company

16   called Medtronic.

17        Dr. Redko was a client of Mr. Swiencinski and he

18   visited -- he, Brian -- visited Dr. Redko regularly and that's

19   how they know each other to my knowledge.

20   **BY MS. REMIS:**

21   Q.    And that's how they know each other.

22        How did you understand that they started the pharmacy

23   together?

24   A.    Well, Mr. Swiencinski, Brian, was a sales rep at

25   Medtronic, but was also a sales rep for a compound pharmacy in

1    Florida called QMed and he had been doing very well, meaning

2    making a lot of money with QMed.

3              MS. RILEY:  Objection to this testimony.  It's 404(b).

4    We have a motion in limine on file regarding this topic.

5              THE COURT:  Approach.

6                   (Conference at the bench, as follows:)

7              MS. RILEY:  We specifically asked that QMed not be a

8    topic that the witnesses go into.  It's a completely separate,

9    unrelated pharmacy; so it's also irrelevant.

10                   But anyway, we objected because at this point it

11   sounds like the witness is going into Mr. Swiencinski's role

12   with that pharmacy, which, again, is completely and utterly

13   separate from this.

14             MR. LOUIS:  In addition, Your Honor, it's hearsay.

15   It's beyond the scope of his knowledge.  He didn't even know

16   this individual at that time.

17             THE COURT:  Okay.  This witness worked with them and I

18   assume has a general working knowledge of their backgrounds,

19   people that you work with and so that's why I was allowing the

20   testimony in regards to just the general background.

21                   In regards to your point regarding the

22   separatment, that objection is sustained.

23                   So you can move to another area regarding what we

24   have before this court.  Understood?

25             MS. REMIS:  Understood, Your Honor.

1        MS. RILEY:  Thank you.

2        MS. REMIS:  Your Honor?

3        THE COURT:  Counsel?

4        MS. REMIS:  I don't usually talk to the witness during

5   the break, but may I notify him that he should not talk about

6   QMed before the break.

7        THE COURT:  You can tell him right here in open court

8   that -- I'll say that the objection has been sustained.  You

9   can instruct him, and we can move on.

10       MS. REMIS:  Okay.  Understood.

11            (Conference at the bench concluded.)

12       THE COURT:  Counsel, your objection is sustained.

13  **BY MS. REMIS:**

14  Q.   Mr. Carr, without speaking about Mr. Swiencinski's prior

15  role at other pharmacies, could you explain how you understand

16  he and -- he approached Dr. Redko to start this pharmacy

17  focusing on this pharmacy?

18  A.   Mr. Breimeister told me that Mr. Swiencinski met with

19  Dr. Redko, and they discussed the compound pharmacy business.

20  And Mr. Swiencinski told him that he was a sales rep for a

21  pharmacy and the way it was told to me, they decided why don't

22  we do this ourselves and Dr. Redko said, "I have a pharmacy."

23       So that's how they started, as 50/50 partners.

24  Q.   Around when was that?

25  A.   I think the discussions were in late 2012, and the