IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

*Defendants*.

No. 4:18-cr-00368

**ORDER ON DEFENDANT BRIAN SWIENCINSKI'S MOTION IN LIMINE**

On this day came before this Court to be considered, Defendant Brian Swiencinski's Motion in Limine to Exclude the Testimony of Homer Zulaica, References to White Enveloping, and Related Evidence. After reviewing the Motion, any responses thereto, the Court finds good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that Defendant Brian Swiencinski's Motion in Limine is hereby GRANTED.

IT IS SO ORDERED.

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge