**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, *et al.*,<br><br>*Defendants.* | No. 4:18-cr-00368 |

**FIRST ADDENDUM TO DEFENDANT (1), BRIAN SWIENCINSKI'S, FIFTH AMENDED TRIAL EXHIBIT LIST**

| EX. NO. | Date | Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| DX SWIEN 605 | | Tackett Prescriptions | | | |
| DX SWIEN 606 | 2015.7.13 | Email from Herbst to Swien re Peter's Commission - JUNE | | | |
| DX SWIEN 607 | 2016.4.15 | Email from Madrid to Swien re Report (Mar16 Palmer Koslosky) | | | |
| DX SWIEN 700 | | Demonstrative: Intuitive Org Chart | | | |
| DX SWIEN 701 | | GOVT 1 excerpt: member Southard | | | |
| DX SWIEN 702 | | GOVT 1 excerpt: prescriber Parul Patel | | | |
| DX SWIEN 703 | | GOVT 1 excerpt: prescriber Anthony Tran | | | |
| DX SWIEN 704 | | GOVT 1 excerpt: prescriber Adolfo Gonzalez | | | |
| DX SWIEN 705 | | | | | |
| DX SWIEN 706 | | | | | |
| DX SWIEN 707 | | | | | |

| EX. NO. | Date | Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| DX SWIEN 708 | | Attachment to 11/21/2019 interview of Southard: Intuitive Healthcare-Jan 2015 Commissions | | | |
| DX SWIEN 709 | | Attachment to 11/21/2019 interview of Southard: Pharms Code of compliance | | | |
| DX SWIEN 710 | | Attachment to 11/21/2019 interview of Southard: ESI Policy Change Memo to Reps | | | |
| DX SWIEN 711 | | | | | |
| DX SWIEN 712 | | | | | |
| DX SWIEN 713 | | Attachment to 6/23/2022 interview of Southard: Intuitive Prescribers Aug 2015 | | | |
| DX SWIEN 714 | | Attachment to 6/23/2022 interview of Southard: Email-HIS Provider/OmniiPlus Shares offered in Dec 2014 | | | |
| DX SWIEN 715 | | Attachment to 6/23/2022 interview of Southard: Investment questions for Dr. Maxey | | | |
| DX SWIEN 716 | | | | | |
| DX SWIEN 717 | | | | | |
| DX SWIEN 718 | 6/19/2015 | Wolin-Southard email | | | |
| DX SWIEN 719 | 7/13/2015 | Wolin-Southard email string | | | |
| DX SWIEN 720 | 3/23/2015 | Wollin-Southard letter | | | |
| DX SWIEN 721 | 6/10/2015 | Email from Breimeister to DeBruhl, Subject: Intuitive Healthcare Solutions | | | |
| DX SWIEN 722 | 6/10/2015 | Email from Southard to Herbst, Subject: re: Meeting with Counsel re: Medicare/W2 | | | |
| DX SWIEN 723 | | | | | |
| DX SWIEN 724 | 6/19/2015 | Email from Breimeister to DeBruhl, Subject: Fwd: Medicare (forwarding Southard email) | | | |
| DX SWIEN 725 | 6/19/2015 | Email from Southard to Black, Re: Omni/Pharms – Kathleen DeBruhl | | | |

Respectfully submitted,

Michael A. Villa, Jr.
State Bar No. 24051475
S.D. Federal ID No. 3256126
MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, LLP
901 Main Street, Suite 370
Dallas, TX 75202
(214) 744-2700
(214) 747-3732 (facsimile)
mvilla@meadowscollier.com

*/s/ Brandon McCarthy*
Brandon McCarthy (admitted *pro hac vice*)
Attorney-in-Charge
State Bar No. 24027486
Rachel M. Riley
State Bar No. 24093044
S.D. Bar No. 2810706
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
(214) 765-3600
(214) 765-3602 (facsimile)
brandon.mccarthy@katten.com
rachel.riley@katten.com

Mary C. Fleming (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW, North Tower - Suite 200
Washington, DC 20007
(202) 625-3754
(202) 298-7570 (facsimile)
mary.fleming@katten.com

**Attorneys for Brian Swiencinski**