UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Criminal No. 18-CR-368 |
| v. § | JUDGE ALFRED H. BENNETT |
| § | |
| BRIAN SWIENCINSKI, § | Lisa Edwards, Case Manager |
| SCOTT BREIMEISTER, § | |
| VLADIMIR REDKO, M.D., § | |
| CHRISTOPHER INCE, M.D., and § | |
| RONNIE MCADA, JR., § | Court Reporter: David S. Smith |
| § | |
| Defendants. § | |

## UNITED STATES' ADDENDUM TO THIRD AMENDED EXHIBIT LIST

The United States, by and through the undersigned, respectfully submits this addendum to its Third Amended Exhibit List for exhibits added after the November 7, 2022, Third Amended Exhibit List.

| No. | Description | Off. | Obj | Date Adm | Date Not Adm |
|---|---|---|---|---|---|
| 46 | Ownership Distributions | | | | |
| 47 | Account Activity of Sherfield Medical Advisors | | | | |
| 48 | Payments to and from Gregory Duvall and Michael Kroese | | | | |
| 50 | Total Paid by Drug Type | | | | |
| 51 | Redko Claims by Member State | | | | |
| 52 | Claim Information Associated with GEX 207 | | | | |
| 246 | 6/29/16 Express Scripts Letter to Omni One Med Pharmacy Services regarding Investigative Review | | | | |

*December 1, 2022*

1

| | | | | | |
|---|---|---|---|---|---|
| 247 | 7/12/16 Email, Subject: "RE: Omni One Med Services – 5907449" | | | | |
| 248 | 10/27/14 CVS/Caremark Letter to Dr. Kennedy | | | | |
| 249 | Pages from OmniPlus Response to 9/4/14 CVS/Caremark Audit | | | 11/29 | |
| 250 | 3/5/15 Express Scripts Patient Response – Pinar Family | | | | |
| 430 | Prescriptions for Alexis Madrid and Ashley Neal | | | | |
| 431 | Prescriptions for Khirsh Dimant, Raisa Feygin, Steven Kholodovsky, and Michael Redko | | | | |
| 706 | Patient File for Michael Redko | | | | |
| 944 | Buckingham Copay Check | | | 11/15 | |
| 945 | Compilation of Distributions and Bonuses | | | | |
| 1143 | 7/6/16 Email, Subject: "Fwd: Buck" and Attachment | | | a – 11/15 | |
| 1144 | 7/6/16 Email, Subject: "RE: Buck" | | | | |
| 1145 | 11/11/14 Email, Subject: "reports" and Attachments | | | | |
| 1146 | 10/13/14 Email, Subject: "RE: Standing Order Form – Cover Letter" | | | | |
| 1147 | 7/3/14 Email, Subject: "Re: Reps Commission" | | | | |
| 1148 | 11/24/14 Email, Subject: "Fwd: Adjudication Metrics" | | | | |
| 1149 | 12/4/14 Email, Subject: "Fwd: script pad" and Attachment | | | | |
| 1150 | 12/4/14 Email, Subject: "Re: script pad" | | | | |
| 1151 | 12/9/14 Email, Subject: "FW: Dr. Ince's Patients List" and Attachment | | | | |
| 1152 | 12/11/14 Email, Subject: "Fwd: Dr. Ince's Patients List" | | | | |
| 1152 | 12/11/14 Email, Subject: "Fwd: Dr. Ince's Patients List" | | | | |
| 1153 | 1/6/15 Email, Subject: "Fwd: Dr Ince patches summary for December" and Attachment | | | | |
| 1153 | 1/6/15 Email, Subject: "Fwd: Dr Ince patches summary for December" and Attachment | | | | |
| 1154 | 5/11/15 Email, Subject: "Re: OmniPlus_Script_Pad_May_2015_v5 (2).pdf" | | | | |
| 1154 | 5/11/15 Email, Subject: "Re: OmniPlus_Script_Pad_May_2015_v5 (2).pdf" | | | | |
| 1155 | 5/16/15 Email, Subject: "OmniPlus_Script_Pad_May_2015_v5 (2).pdf" and Attachment | | | | |

*December 1, 2022*

| | | | | | |
|---|---|---|---|---|---|
| 1155 | 5/16/15 Email, Subject: "OmniPlus_Script_Pad_May_2015_v5 (2).pdf" and Attachment | | | | |
| 1156 | 7/22/15 Email, Subject: "Fwd: Ince Report" and Attachment | | | | |
| 1156 | 7/22/15 Email, Subject: "Fwd: Ince Report" and Attachment | | | | |
| 1157 | 7/22/15 Email, Subject: "Re: Ince Report" | | | | |
| 1157 | 7/22/15 Email, Subject: "Re: Ince Report" | | | | |
| 1158 | 8/15/15 Email, Subject: "Omni_New_Product_Aug_14.xlsx" and Attachment | | | | |
| 1158 | 8/15/15 Email, Subject: "Omni_New_Product_Aug_14.xlsx" and Attachment | | | | |
| 1159 | 8/24/15 Email, Subject: "SILA PRICES.xlsx" and Attachment | | | | |
| 1159 | 8/24/15 Email, Subject: "SILA PRICES.xlsx" and Attachment | | | | |
| 1160 | 11/9/15 Email, Subject: "Medicare Adjudication Spreadsheet [11-5-15].xlsx" and Attachment | | | | |
| 1160 | 11/9/15 Email, Subject: "Medicare Adjudication Spreadsheet [11-5-15].xlsx" and Attachment | | | | |
| 1161 | 7/27/16 Email, Subject: "Fwd: Prescription Received with Missing Information" | | | | |
| 1161 | 7/27/16 Email, Subject: "Fwd: Prescription Received with Missing Information" | | | | |
| 1162 | 5/4/15 2:22 PM Email, Subject: "RE: Alverson" | | | | |
| 1162 | 5/4/15 2:22 PM Email, Subject: "RE: Alverson" | | | | |
| 1163 | 5/4/15 3:12 PM Email, Subject: "RE: Alverson" | | | | |
| 1163 | 5/4/15 3:12 PM Email, Subject: "RE: Alverson" | | | | |
| 1164 | 5/11/15 Email, Subject: "Re: Alverson" | | | | |
| 1164 | 5/11/15 Email, Subject: "Re: Alverson" | | | | |

3

*December 1, 2022*

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

                                            Respectfully submitted,
                                            JENNIFER B. LOWERY
                                            United States Attorney

                                    By:   */s/ Aleza Remis*
                                            Aleza Remis
                                            Assistant Deputy Chief
                                            Devon Helfmeyer
                                            Katherine Raut
                                            Trial Attorneys
                                            Fraud Section, Criminal Division
                                            United States Department of Justice
                                            1000 Louisiana Street, Suite 2300
                                            Houston, TX 77002
                                            713-567-9406
                                            Aleza.Remis@usdoj.gov

4

*December 1, 2022*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 1, 2022 I electronically filed and served this document on defense counsel of record using CM/ECF.

                                                                /s/ *Aleza Remis*
                                                               Aleza Remis

*December 1, 2022*