IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>BRIAN SWIENCINSKI,<br>SCOTT BREIMEISTER,<br>VLADIMIR REDKO, M.D.,<br>CHRISTOPHER INCE, M.D.,<br>RONNIE MCADA, JR.,<br><br>        *Defendants*. | No. 4:18-cr-00368 |

**DEFENDANT BRIAN SWIENCINSKI'S MOTION TO SEAL**

Defendant Brian Swiencinski respectfully moves this Court for an order directing the Clerk of Court to seal Mr. Swiencinski's motion in limine filed at Dkt. 360. Mr. Swiencinski also moves to maintain under seal Mr. Swiencinski's supplement to the motion in limine, which Mr. Swiencinski is filing under seal contemporaneously with the filing of this motion. Mr. Swiencinski's motion in limine (Dkt. 360), and supplement to the motion in limine, discuss interview reports and the identity of potential Government witnesses, which are subject to a protective order entered by this Court. *See* Dkt. 66.

As such, Mr. Swiencinski requests that the motion in limine filed at Dkt. 360 be sealed, and that the supplement to that motion that is being filed contemporaneously with this motion be maintained under seal.

| | |
|---|---|
| December 2, 2022 | Respectfully submitted, |
| Michael A. Villa, Jr.<br>State Bar No. 24051475<br>S.D. Federal ID No. 3256126<br>MEADOWS, COLLIER, REED,<br>COUSINS, CROUCH & UNGERMAN, LLP<br>901 Main Street, Suite 370<br>Dallas, TX 75202 | */s/ Brandon McCarthy*<br>Brandon McCarthy (admitted *pro hac vice*)<br>Attorney-in-Charge<br>State Bar No. 24027486<br>Rachel M. Riley<br>State Bar No. 24093044<br>S.D. Bar No. 2810706 |

1

| | |
|---|---|
| (214) 744-2700<br>(214) 747-3732 (facsimile)<br>mvilla@meadowscollier.com | KATTEN MUCHIN ROSENMAN LLP<br>2121 N. Pearl Street, Suite 1100<br>Dallas, TX 75201<br>(214) 765-3600<br>(214) 765-3602 (facsimile)<br>brandon.mccarthy@katten.com<br>rachel.riley@katten.com |
| Scottie D Allen (admitted *pro hac vice*)<br>THE ALLEN LAW FIRM<br>4144 N. Central Expressway<br>Suite 650<br>Dallas, TX 75204<br>(214) 824-7711<br>scottiedallen@scottiedallenlaw.com | Mary C. Fleming (admitted *pro hac vice*)<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street NW, North Tower - Suite 200<br>Washington, DC 20007-5118<br>(202) 625-3754<br>mary.fleming@katten.com |

***Attorneys for Brian Swiencinski***

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion to Seal to be served on all counsel of record by filing it with the Clerk on December 2, 2022, using the Court's CM/ECF System.

*/s/ Brandon McCarthy*
Brandon McCarthy
(admitted *pro hac vice*)

2