IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,<br><br>    *Defendants*. | No. 4:18-cr-00368 |

### ORDER

Before this Court is Defendant Brian Swiencinski's Motion to Seal. Upon due consideration, the motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Mr. Swiencinski's motion in limine filed at Dkt. 360 will be sealed pending further order of this Court. In addition, Mr. Swiencinski's supplement to that motion in limine, which was filed under seal, will be maintained under seal pending further order of this Court.

IT IS SO ORDERED.

_____                         _____
Date                                                                              The Honorable Alfred H. Bennett
                                                                                         United States District Judge