# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
20221123-6

Jorge A Solis
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3750
Dallas, TX 75201-7301

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, November 23, 2022
Case Number: 4:18-cr-00368
Document Number: 362 (1 page)
Notice Number: 20221123-6
Notice: The attached order has been entered.



POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
F I L E D

DEC 0 8 2022

Nathan Ochsner, Clerk of Court

77208>1010

NIXIE        750        DE 1           0012/05/22

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 77208101010        *2182-02223-05-27

US POSTAGE
$ 000.57°
ZIP 77002
02 1W
0001374615 NOV. 23. 2022