UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>BRIAN SWIENCINSKI; SCOTT  §<br>BREIMEISTER; VLADIMIR REDKO,  §<br>M.D.; CHRISTOPHER INCE, M.D.;  §<br>and RONNIE MCADA, JR.,  §<br>Defendants.  § | Criminal No. 18-CR-368 |

## ORDER

On this the 12th day of December, 2022 came on to be considered Defendant Ince's Motion in Limine to Preclude the Government from Introducing Summary Exhibits Related to Medical Claims Data, and said Motion in Limine is hereby GRANTED / DENIED.

Signed at Houston, Texas on _____.

_____
UNITED STATES DISTRICT JUDGE