| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| Swiencinski, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Allan Jonathan Medina<br>U.S. Department of Justice<br>1400 New York Ave. NW<br>Washington, DC 20005<br>Allan.Medina@usdoj.gov<br>202-257-6537<br>NY, 4572442<br>SDFL, A5501748 |
|---|---|

| Name of party applicant seeks to appear for: | USA |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/13/2022 | Signed: | /s/ Allan Medina |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge