| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| Swiencinski, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alexander Jason Kramer<br>U.S. Department of Justice<br>1400 New York Ave. NW<br>Washington, DC 20005<br>Alexander.Kramer@usdoj.gov<br>202-768-1919<br>VA, 76938<br>SDFL, A5502240 |

| Name of party applicant seeks to appear for: | USA |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/23/2022 | Signed: | /s/ Alexander Kramer |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____              _____
                                                                    United States District Judge