United States District Court
Southern District of Texas
**ENTERED**
December 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|
| | United States | | |
| | *versus* | | |
| | Swiencinski, et al. | | |

| | |
|---|---|
| Lawyer's Name | Alexander Jason Kramer |
| Firm | U.S. Department of Justice |
| Street | 1400 New York Ave. NW |
| City & Zip Code | Washington, DC 20005 |
| Telephone & Email | Alexander.Kramer@usdoj.gov |
| | 202-768-1919 |
| Licensed: State & Number | VA, 76938 |
| Federal Bar & Number | SDFL, A5502240 |

| Name of party applicant seeks to appear for: | USA |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/23/2022 | Signed: | /s/ Alexander Kramer |
|---|---|---|

| The state bar reports that the applicant's status is: | ACTIVE |
|---|---|
| Dated: | Clerk's signature   Lisa Edwards |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: DEC 27 2022

United States District Judge