UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SWIENCINSKI; SCOTT BREIMEISTER; CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR.,<br><br>Defendants. | §§§§§§§§§§§§§<br><br>Criminal No. 18-CR-368 |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Defendant CHRISTOPHER INCE, M.D. ("Dr. Ince") by and through his attorney seeks permission to travel and would respectfully show:

**I.**

Dr. Ince seeks permission to travel from Dallas, Texas to Las Vegas, Nevada, on Thursday January 12, 2023 and return to Dallas on Sunday January 15, 2023 to attend the North American Neuromodulation Conference. Dr. Ince has complied with all conditions of his release pending the resolution of his case. Counsel has conferred with Department of Justice Trial Attorney Aleza Remis regarding this motion and she is unopposed. Counsel has also conferred with United States Probation officer Katie Christie and she is unopposed to this motion.

WHEREFORE PREMISES CONSIDERED, Defendant Christopher Ince respectfully request the Court grant this motion for permission to travel.

Respectfully submitted,

HOLLAND & KNIGHT

/s/ Samuel J. Louis
Samuel J. Louis
Holland & Knight
1100 Louisiana, Suite 4300
Houston, TX 77010
Email:samuel.louis@hklaw.com
Telephone (713) 244-6860

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 6, 2023, I conferred with Department of Justice Trial Attorney Aleza Remis regarding this motion and the government is unopposed. I have conferred with supervising probation officer Katie Christie and she is unopposed.

/s/ Samuel J. Louis
**Samuel J. Louis**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023 the foregoing has been served on counsel of record for the Government by Notice of Electronic Filing via CM/ECF, in accordance with the Federal Rules of Criminal Procedure.

/s/ Samuel J. Louis
**Samuel J. Louis**