# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **Plaintiff,** § § | **Criminal No. 18-CR-368** |
| v. § § | |
| **BRIAN SWIENCINSKI; SCOTT BREIMEISTER; CHRISTOPHER INCE, M.D.; and RONNIE MCADA, JR.,** § § § § § | |
| **Defendants.** § § | |

## ORDER GRANTING PERMISSION TO TRAVEL

On this the _____ day of January, 2023 came on to be considered Defendant's Unopposed Motion for permission to travel from Dallas, Texas to Las Vegas, Nevada on Thursday, January 12, 2023 and return to Dallas on Sunday January 15, 2023 and said Motion is hereby GRANTED.

Signed at Houston, Texas on _____.

UNITED STATES DISTRICT JUDGE