UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.   § | CAUSE NO. 4:18-CR-368 |
| § | |
| BRIAN SWIENCINSKI (01) § | |
| SCOTT BREIMEISTER (02) § | |
| CHRISTOPHER INCE, M.D. (04) § | |
| RONNIE MCADA, JR. (05) § | |

## ORDER

Defendant's Opposed Joint Motion For An Evidentiary Hearing is **GRANTED**. The Court will conduct an evidentiary hearing on _____, 2023, at _____ a.m./p.m.

SIGNED ON _____, 2023.

_____
Honorable Alfred H. Bennett
United States District Judge