**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,<br><br>    *Defendants*. | **No. 4:18-cr-00368** |

## <u>ORDER</u>

Before this Court is Defendants' Opposed Joint Motion to Unseal. Upon due consideration, the motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the following documents shall be unsealed on the docket in this case, and made publicly available:

- Defendants' Joint Motion for Provisional Relief (Dkt. 378);

- Defendant Christopher Ince's Motion in Support of Defendants' Joint Motion for Provisional Relief (Dkt. 379);

- United States' Response to Defendants' Joint Motion for Provisional Relief, and Exhibits A through E thereto (Dkt. 381);

- Defendant Christopher Ince's Supplemental Response to Court's Request for Government Production Deficiencies, and Attachments A through D thereto (Dkt. 383);

- Defendants Brian Swiencinski, Scott Breimeister, and Ronnie McAda, Jr.'s Omnibus Motion for Relief, and Exhibits A and B thereto (Dkt. 385);

- United States' Supplemental Response to Defendants' Joint Motion for Provisional Relief (Dkt. 386);

- Defendants' Opposed Joint Motion to Depose Witnesses (Dkt. 391);

- United States' Motion to Seal (Dkt. 396);

1

- United States' Response in Opposition to Defendants' Motion to Depose Witnesses (Dkt. 397);

- Letter regarding Department of Justice policy, and Attachment thereto (Dkt. 408);

- Defendants' Reply to the Government's Response to the Joint Motion to Depose Witnesses (Dkt. 409);

- United States' Motion to Seal (Dkt. 410);

- United States' Bench Memorandum in Advance of January 17, 2023 Hearing (Dkt. 411), and Exhibit 1 thereto; and

- Brian Swiencinski's Ex Parte Supplemental Notice of Government Misconduct, and accompanying Appendix (Dkt. 412).

IT IS SO ORDERED.


_____                          _____
Date                                                              The Honorable Alfred H. Bennett
                                                                 United States District Judge