UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> § <br> v.  § <br> § <br> BRIAN SWIENCINSKI, § <br> SCOTT BREIMEISTER, § <br> CHRISTOPHER INCE, M.D., and § <br> RONNIE MCADA, JR., § <br> § <br> § <br> **Defendants.** § | **Criminal No. 18-CR-368** |

## ORDER

The Court has considered the United States' Renewed Opposed Motion to Exclude Time Under the Speedy Trial Act, filed March 9, 2023, (Doc. # __). The Court finds that pursuant to 18 U.S.C. § 3161(h)(7), and the reasons stated in the United States' Motion, failure to exclude time under the Speedy Trial Act would result in a miscarriage of justice, that the ends of justice are served by excluding such time, and that such action outweighs the best interest of the public and the defendants in a speedy trial. The Motion is GRANTED.

It is ORDERED that a period of excusable delay shall consist of the period starting on December 20, 2022, and shall end 30 days after the March 24, 2023, hearing, or on April 23, 2023.

It is so ORDERED.

_____        _____
Date                                                              The Honorable Alfred H. Bennett
                                                                          United States