IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,<br><br>　　*Defendants*. | No. 4:18-cr-00368 |

### ORDER

Before this Court is Defendants' Opposed Motion for *In Camera* Review and to Inspect Grand Jury Material. Upon due consideration, the Motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that within seven days of entry of this Order, the government shall submit to the Court a list of all witnesses appearing before the grand juries that returned the indictment or superseding indictment in this case.

If the Court determines that any of the nine individuals listed in Defendants' Motion testified before the grand jury, the Court will order that those transcripts—along with any other materials that might uncover irregularities occurring before the grand jury—be produced to Defendants.

　　IT IS SO ORDERED.

_____　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　The Honorable Alfred H. Bennett
　　　　　　　　　　　　　　　　　　　　United States District Judge