UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | Criminal No. 18-CR-368 |
| **BRIAN SWIENCINSKI,** § **SCOTT BREIMEISTER,** § **CHRISTOPHER INCE, M.D., and** § **RONNIE MCADA, JR.,** § § | |
| **Defendants.** § | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE

The United States respectfully files this Unopposed Motion to Continue the March 24, 2023 Status Conference in this case. Mr. Medina, Lead Counsel for the United States, recently learned of a family medical emergency that requires his immediate attention outside of Houston. Due to the situation, the United States respectfully requests that this Court continue the March 24, 2023 Status Conference to a date after April 5, 2023.

Prior to filing this Motion, the United States conferred with counsel for the Defendants, who do not oppose this motion. Counsel notified the United States of the following:

- Counsel for McAda will be unavailable from April 10-21, 2023;

- Counsel for Breimeister has various trials and evidentiary hearings in April 2023, and requested the hearing be reset as soon as possible.

(continued)

Should the Court be available, the United States knows of no conflicts on April 6 or 7, 2023.  Of course, the United States will make itself available any other date the Court is available after April 5, 2023.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:     /s/ Alexander Kramer
       Alexander J. Kramer
       Assistant Chief
       Allan J. Medina
       Senior Deputy Chief
       Fraud Section, Criminal Division
       U.S. Department of Justice
       1400 New York Ave. NW
       Washington, D.C. 20005
       (202) 768-1919
       Alexander.Kramer@usdoj.gov

## CERTIFICATE OF CONFERENCE AND SERVICE

I certify that I conferred with Counsel for Defendants who do not oppose this Motion.  I certify that on March 22, 2023, I served a copy of this Motion by email on Counsel for Defendants by ECF.

/s/ Alexander Kramer
Alexander Kramer