UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § **Criminal No. 18-CR-368** § BRIAN SWIENCINSKI, § SCOTT BREIMEISTER, § CHRISTOPHER INCE, M.D., and § RONNIE MCADA, JR., § § **Defendants.** § | |

## ORDER

The United States' Unopposed Motion to Continue the March 24, 2023 Status Conference is GRANTED.

The Court sets the Status Conference for _____, 2023.

It is so ORDERED.

_____  
Date

_____  
The Honorable Alfred H. Bennett  
United States