United States District Court
Southern District of Texas
**ENTERED**
March 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | **Criminal No. 18-CR-368** |
| **BRIAN SWIENCINSKI,** § **SCOTT BREIMEISTER,** § **CHRISTOPHER INCE, M.D., and** § **RONNIE MCADA, JR.,** § § | |
| **Defendants.** § | |

# ORDER

The United States' Unopposed Motion to Continue the March 24, 2023 Status Conference is GRANTED.

The Court sets the Status Conference for **April 6, 2023 at 2:30 p.m.**

It is so ORDERED.

March 22, 2023
Date

_____
The Honorable Alfred H. Bennett
United States