UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § |
| v. | § <br> § NO. 4:18-CR-368 |
| BRIAN SWIENCINSKI, <br> SCOTT BREIMEISTER, <br> VLADIMIR REDKO, M.D., <br> CHRISTOPHER INCE, M.D., and <br> RONNIE McADA, JR. | § <br> § <br> § <br> § <br> § |

**MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

Nicholas H. Norris, counsel for Defendant Scott Breimeister, moves this Court to allow him to withdraw from this matter.

1. Defendant Breimeister is unopposed to this request. He will still be quite capably represented by Dan Cogdell of Cogdell LLC and Josh Schaffer of The Schaffer Firm, both of whom are similarly unopposed.

2. The other defendants' counsel are unopposed to this request.

3. The government is unopposed to this request.

Respectfully submitted,

JONES WALKER LLP

*/s/ Nicholas H. Norris*
Nicholas H. Norris
Texas Bar No. 24090810
811 Main Street
Suite 2900
Houston, TX 77002
Office: 713-437-1836
nnorris@joneswalker.com

1

2

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the government, remaining counsel for defendant Scott Breimeister, and the other defendants' counsel regarding this motion. They are unopposed.

*/s/ Nicholas Norris*
Nicholas Norris

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed via the Court's CM/ECF system, which provided notice to all parties, on March 23, 2023.

*/s/ Nicholas Norris*
Nicholas Norris