UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:18-CR-368 |
| BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE McADA, JR. | § § § § § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

Having considered the unopposed motion to withdraw as counsel, it is hereby GRANTED.

Nicholas Norris is terminated as counsel of record for defendant Scott Breimeister.

SIGNED THIS _____ day of _____ 2023.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE