UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | CASE NO. 4:18-CR-368 |
| BRIAN SWIENCINSKI, § SCOTT BREIMEISTER, § CHRISTOPHER INCE, M.D., and § RONNIE MCADA, JR., § § Defendant. § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Monica Cooper, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as an attorney for the United States in this matter.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: /s/ Monica Cooper
 Monica Cooper
 Trial Attorney
 United States Department of Justice
 Criminal Division, Fraud Section
 1000 Louisiana Street, Suite 2300
 Houston, Texas 77002
 (202) 262-1916
 Monica.Cooper@usdoj.gov

Date: March 27, 2023

1