United States District Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | |
| § | NO. 4:18-CR-368 |
| BRIAN SWIENCINSKI, § | |
| SCOTT BREIMEISTER, § | |
| VLADIMIR REDKO, M.D., § | |
| CHRISTOPHER INCE, M.D., and § | |
| RONNIE McADA, JR. § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Having considered the unopposed motion to withdraw as counsel, it is hereby GRANTED.

Nicholas Norris is terminated as counsel of record for defendant Scott Breimeister.

SIGNED THIS 28th day of March, 2023.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

3