IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

   *Defendants*.

No. 4:18-cr-00368

## ORDER

Before this Court is Brian Swiencinski's Opposed Motion to Dismiss the Superseding Indictment Based on Double Jeopardy and Outrageous Governmental Conduct, and for Other Relief. Upon due consideration, the Motion is **GRANTED**. A more detailed order will follow.

IT IS SO ORDERED.

_____          _____
Date                                                             The Honorable Alfred H. Bennett
United States District Judge