UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | Criminal No. 18-CR-368 |
| BRIAN SWIENCINSKI, § SCOTT BREIMEISTER, § CHRISTOPHER INCE, M.D., and § RONNIE MCADA, JR., § § | |
| Defendants. § | |

## UNITED STATES' MOTION REQUESTING LEAVE OF COURT FOR EXTENDED BRIEFING

Defendants Breimeister, Swiencinski, and McAda filed Motions to Dismiss the Superseding Indictment. Dkt. Nos. 428, 439, 444. The Government hereby files this motion requesting leave of the Court for extended briefing pursuant to the Court's Procedures and Practices, Part B.5.e. The Government will file its Response to Defendants' Motions today, April 12, 2023, and is filing for leave of the Court for extended briefing as it expects its response to exceed twenty pages. To thoroughly respond to all arguments Defendants have raised in their three motions in one omnibus response, the Government respectfully requests leave of the Court to file a Response that is over twenty pages in length.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

1

By:   /s/ Alexander Kramer
Alex Kramer
Assistant Chief
Allan J. Medina
Senior Deputy Chief
Fraud Section, Criminal Division
U.S. Department of Justice
1000 Louisiana, Suite 2300
Houston, Texas 77002
(202) 768-1919
Alexander.Kramer@usdoj.gov

## CERTIFICATE OF CONFERENCE

On April 12, 2023, the United States conferred with counsel for the Defendants. Counsel for McAda and Ince responded that they are unopposed, and at the time of filing counsel for Swiencinski and Breimeister had not responded to this Motion Requesting Leave of Court for Extended Briefing.

   /s/ Alexander Kramer
Alex Kramer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed through ECF on April 12, 2023.

   /s/ Alexander Kramer
Alex Kramer