UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. 18-CR-368 |
| | § |
| BRIAN SWIENCINSKI, | § |
| SCOTT BREIMEISTER, | § |
| CHRISTOPHER INCE, M.D., and | § |
| RONNIE MCADA, JR., | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is the Government's Motion Requesting Leave of Court for Extended Briefing. Upon due consideration, the Government's motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the Government may file a response to Defendants Breimeister, Swiencinski, and McAda's Motions to Dismiss the Superseding Indictment that is over twenty pages in length.

It is so ORDERED.

_____                             _____
Date                                             The Honorable Alfred H. Bennett
                                                 United States District Judge