# Exhibit A

# Payments from Brian Swiencinski and Worth Medical Company LLC to Individuals and Entities on the Commission Sheets
## January 2013 - December 2016

| # | Individual (Associated Entity) | Time Range | No. of Payments | Amount |
|---|---|---|---|---|
| 1 | Christopher Ince | 01/2013 - 11/2016 | 75 | $1,147,413.00 |
| 2 | James Buckingham (Innovations in Medicine) | 03/2014 - 01/2015 | 11 | $414,050.00 |
| 3 | Peter Herbst[1] | 02/2014 - 12/2016 | 21 | $349,023.91 |
| 4 | Jose/Kristine Maruri (NOLA-SURG LLC)[2] | 01/2013 - 12/2016 | 27 | $250,854.00 |
| 5 | Stacy Jacoby (POF LLC)[3] | 02/2013 - 01/2016 | 29 | $247,867.39 |
| 6 | Matthew Thorson | 02/2013 - 01/2016 | 36 | $239,679.00 |
| 7 | Thomas J Palmer (Pacifion Inc)[4] | 01/2014 - 12/2016 | 17 | $182,523.85 |
| 8 | Jennifer Mushtaler (Cobblestone Consulting Inc) | 12/2013 - 01/2015 | 15 | $139,440.20 |
| 9 | Terry Brickman[5] | 04/2013 - 10/2016 | 24 | $135,866.00 |
| 10 | Quintan Cockerell (QSpine LLC) | 05/2014 - 07/2015 | 15 | $115,012.00 |
| 11 | Debra DePugh | 11/2013 - 07/2015 | 19 | $82,743.00 |
| 12 | Michelle/Todd Hewgley (Targeted Pain Therapeutics LLC) | 01/2013 - 03/2016 | 15 | $82,597.00 |
| 13 | Ashley Tinley (ALS Marketing) | 12/2014 - 06/2015 | 7 | $75,800.00 |
| 14 | Dave Koslosky (Avalon Medical) | 11/2015 - 08/2016 | 10 | $65,534.00 |
| 15 | Rebecca Walle (RWG3 Holdings LLC) | 02/2013 - 11/2015 | 16 | $64,710.00 |
| 16 | Kevin T Alverson (GCT Medical LLC) | 05/2015 - 11/2015 | 6 | $52,500.00 |
| 17 | Yardlie Pinar | 01/2014 - 03/2015 | 14 | $47,500.00 |
| 18 | Brad Madrid | 03/2015 - 04/2016 | 12 | $39,000.00 |
| 19 | (Essen Pharmaceuticals LLC) | 08/2016 - 12/2016 | 5 | $37,500.00 |
| 20 | Michael McLaughlin | 05/2014 - 10/2014 | 6 | $24,381.00 |
| 21 | Gregory Duvall | 10/2014 - 08/2015 | 3 | $22,500.00 |
| 22 | Michael Kroese | 10/2014 - 08/2015 | 3 | $22,500.00 |
| 23 | Pamela Bailey | 10/2014 - 05/2015 | 2 | $20,000.00 |
| 24 | Joshua Brown (Mac Brown Partners LLC) | 12/2015 - 12/2015 | 1 | $10,000.00 |
| 25 | Cassandra Joy White | 10/2014 - 11/2016 | 12 | $8,700.00 |
| 26 | James Regester | 06/2016 - 06/2016 | 1 | $3,000.00 |
| 27 | Dan Hersch | 12/2015 - 12/2015 | 1 | $2,700.00 |
| 28 | Manjit Randhawa[6] | 01/2013 - 07/2016 | 17 | -$108,350.00 |
| Total | | | | $3,775,044.35 |

[1] $349,023.91 is a net amount that includes $50,000 Peter Herbst paid to Swiencinski on 01/23/2015.
[2] $250,854.00 is a net amount that includes $60,000 Jose/Kristine Maruri (NOLA-SURG LLC) paid to Worth on 10/17/2014.
[3] Included in the $247,867.39 are six payments, totaling $65,186.39, to Stacy Jacoby and POF LLC that reference "Sirianni" in the payment details; a "SIRIANNI,PETER" is present on the commission sheets.
[4] $182,523.85 is a net amount that includes $29,826.15 Pacifion paid to Worth once a month from 1/8/2014 through 8/12/2014.
[5] $135,866.00 is a net amount that includes $155,000 Terry Brickman paid to Swiencinski on 7/11/2013, 9/29/2014, 5/29/2015 and 10/11/2016.
[6] -$108,350 is a net amount that combines the $141,650 Worth/Swiencinski paid to Randhawa and the -$250,000 Randhawa paid to Swiencinski on 7/11/2016 for a "Condo."

Sources:
Worth Medical Company LLC JPMC x9708; Brian Swiencinski Nidia Martinez JPMC x6280; Exhibits 331, 332, 654 & 1121