# Exhibit B

WC Exhibits - Names of Individuals/entities in the Share Program and the Commission Sheets

| No. | Summary Exhibit | Name on Summary Exhibit | "Name on the Commission Sheets" - Header of Commission Sheet | Entity & Individual Confirmation |
|---|---|---|---|---|
| 1 | 1 Share Program | Adolfo Gonzalez | Exhibit 335 - Investor List (as is) | n/a |
| 2 | 1 Share Program | Alan Hurschman | Exhibit 335 - Investor List (as is) | n/a |
| 3 | 1 Share Program | Anthony Tran | Exhibit 335 - Investor List (as is) | n/a |
| 4 | 1 Share Program | Bruce Hermann (North Texas Breast & Plastic Surgery Center PA) | Exhibit 335 - Investor List (as is) | |
| 5 | 1 Share Program | Carlos O. Viesca | Exhibit 335 - Investor List (as is) | n/a |
| 6 | 1 Share Program | Chirag Patel | Exhibit 335 - Investor List (as is) | n/a |
| 7 | 1 Share Program | David Hensley (Metroplex Dermatology) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 - investor list |
| 8 | 1 Share Program | Edward M. Pina (Texas Endosurgical Associates) | Exhibit 335 - Investor List (as is) | "Check Request Form" from Omni One Med (OOMPS_001060) |
| 9 | 1 Share Program | Edward Nash (Nash Health Enterprises) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 - investor list; Exhibit 312 |
| 10 | 1 Share Program | Felicia Tillman Toe | Exhibit 335 - Investor List (as is) | n/a |
| 11 | 1 Share Program | George Fisher | Exhibit 335 - Investor List (as is) | n/a |
| 12 | 1 Share Program | Gerald Burford | Exhibit 335 - Investor List (as is) | n/a |
| 13 | 1 Share Program | Glenn Babus (Gen-Med) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 |
| 14 | 1 Share Program | Gregory Duvall | Exhibit 335 - Investor List (as is) | n/a |
| 15 | 1 Share Program | Jane Rowley | Exhibit 335 - Investor List (as is) | n/a |
| 16 | 1 Share Program | Jared York | Exhibit 335 - Investor List (as is) | n/a |
| 17 | 1 Share Program | Jay Staub | Exhibit 335 - Investor List (as is) | n/a |
| 18 | 1 Share Program | Jeffrey Owen (Big O Inc) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 |
| 19 | 1 Share Program | Jeremy Sanderson (Flower Mound Center Plastic Surgery) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269) |
| 20 | 1 Share Program | Jerry Silverman | Exhibit 335 - Investor List (as is) | n/a |
| 21 | 1 Share Program | John Field Scovell III | Exhibit 335 - Investor List (as is) | n/a |
| 22 | 1 Share Program | Kelly Lawler (KRL Foot and Ankle) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); exhibit 335 |
| 23 | 1 Share Program | Kevin Lam (Nuvomed LLC) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 - investor list |
| 24 | 1 Share Program | Manjit Randhawa | Exhibit 335 - Investor List (as is) | n/a |
| 25 | 1 Share Program | Matthew Hammit | Exhibit 335 - Investor List (as is) | n/a |
| 26 | 1 Share Program | Michael Kroese* | Exhibit 335 - Investor List (as is) | n/a |
| 27 | 1 Share Program | Nakul Gupta | Exhibit 335 - Investor List (as is) | n/a |
| 28 | 1 Share Program | Parul Patel (PKP Holding, LLC) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 |
| 29 | 1 Share Program | Patricia Salvato | Exhibit 335 - Investor List (as is) | n/a |
| 30 | 1 Share Program | Raymond Westbrook | Exhibit 335 - Investor List (as is) | n/a |
| 31 | 1 Share Program | Scott Yarish (MSY LTD)** | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 - investor list |
| 32 | 1 Share Program | Thomas K. Bond (Geo-Environmental) | Exhibit 335 - Investor List (as is) | Capital/Pay out comparison (OOMPS_001269); Exhibit 335 |
| 33 | 9 Pmts from Brian/Worth | (Essen Pharmaceuticals LLC) | "Essen pharma." - Worth Medical Company - July 2016 Commissions; "Essen Pharma" - Worth Medical Company - August 2016 Commissions | n/a |
| 34 | 9 Pmts from Brian/Worth | Ashley Tinley (ALS Marketing) | "TINLEY,ASHLEY" - January 2015 | GX 327 |
| 35 | 9 Pmts from Brian/Worth | Brad Madrid | "B.Madrid" - Worth Medical Company - February 2016 Commissions; "Madrid" - BRIAN'S REPORT_OCTOBER 2015 | n/a |
| 36 | 9 Pmts from Brian/Worth | Cassandra Joy White | "J WHITE OVERRIDE" - Worth Medical Company - March 2016 Commissions | n/a |
| 37 | 9 Pmts from Brian/Worth | Dan Hersch | "D. Hersch" - BRIAN'S REPORT_NOVEMBER 2015 | n/a |
| 38 | 9 Pmts from Brian/Worth | Dave Koslosky (Avalon Medical) | "David Koslosky" - Worth Medical Company - March 2016 Commissions; "KOSLOSKY 5%" - Worth Medical Company - June 2016 Sales Commissions; "Koslosky" - Worth Medical Company - July 2016 Commissions | "Reps by state.xlsx" workbook sent from Breimeister to Swiencinski |
| 39 | 9 Pmts from Brian/Worth | Debra DePugh | "DEPUGH" - May-15; "DEPUGH" - Jul-15; "DEPUGH" - BRIAN'S REPORT_AUGUST 2015; "DEPUGH" - BRIAN'S REPORT_SEPTEMBER 2015; "Depugh, Debra" - BRIAN'S REPORT_SEPTEMBER 2014 | n/a |
| 40 | 9 Pmts from Brian/Worth | Gregory Duvall | "Duvall" - BRIAN'S REPORT_NOVEMBER 2015; "Greg Duvall" - BRIAN'S REPORT_AUGUST 2015; "Greg Duvall" - Jul-15 | n/a |
| 41 | 9 Pmts from Brian/Worth | James Buckingham (Innovations in Medicine) | "BUCKINGHAM" - BRIAN'S REPORT_SEPTEMBER 2014 | Exhibit 928 |
| 42 | 9 Pmts from Brian/Worth | James Regester | "James Regester" - Worth Medical Company - May 2016 Sales Commissions | n/a |
| 43 | 9 Pmts from Brian/Worth | Jennifer Mushtaler (Cobblestone Consulting Inc) | "MUSHTALER,JENNIFER" - [email on 07/14/2014]; "MUSHTALER,JENNIFER" - [email on 10/13/2014]; "MUSHTALER,JENNIFER" - 11/01/2014-11/30/2014 | 0.7.7824.105433; 0.7.7824.23128; Exhibit 929 /Cobblestone Consulting (07.7824.23121) |

DOJ_18CR368-0193621

| | | | | |
|---|---|---|---|---|
| 44 | 9 Pmts from Brian/Worth | Jose/Kristine Maruri (NOLA-SURG LLC) | "Jose Maruri" - Worth Medical Company - March 2016 Commissions; "Jose Maruri" - Worth Medical Company - May 2016 Salas Commissions | "Reps by state.xlsx" workbook sent from Breimeister to Swiencinski<br><br>Jose and Kristine were both addressed in wires from Worth |
| 45 | 9 Pmts from Brian/Worth | Joshua Brown (Mac Brown Partners LLC) | "J. Brown" - BRIAN'S REPORT_NOVEMBER 2015 | "Reps by state.xlsx" workbook sent from Breimeister to Swiencinski |
| 46 | 9 Pmts from Brian/Worth | Kevin T Alverson (GCT Medical LLC) | "Alverson, Kevin" - BRIAN'S REPORT_AUGUST 2015; "ALVERSON" - BRIAN'S REPORT_SEPTEMBER 2015; "Alverson, Kevin" - BRIAN'S REPORT_JANUARY 2016 | "Reps by state.xlsx" workbook sent from Breimeister to Swiencinski |
| 47 | 9 Pmts from Brian/Worth | Michael Kroese | "Kroese" - BRIAN'S REPORT_NOVEMBER 2015 | n/a |
| 48 | 9 Pmts from Brian/Worth | Michael McLaughlin | "MICHAEL MCLAUGHLIN" - BRIAN'S SCRIPTS; "Mclaughlin, Michael" - BRIAN'S REPORT_SEPTEMBER 2014 | n/a |
| 49 | 9 Pmts from Brian/Worth | Michelle/Todd Hewgley (Targeted Pain Therapeutics LLC) | "Hewgley" - BRIAN'S REPORT_OCTOBER 2015; "Hewgley" - May-15; "Hewgley" - BRIAN'S REPORT_SEPTEMBER 2015 | "Reps by state.xlsx" workbook sent from Breimeister to Swiencinski;<br><br>then an email sent from michelle with todd hewgley signature block |
| 50 | 9 Pmts from Brian/Worth | Pamela Bailey | "Bonus (Pam)" - Mar-15 | n/a |
| 51 | 9 Pmts from Brian/Worth | Peter Herbst | "Herbst, Peter" - BRIAN'S REPORT_SEPTEMBER 2014 | n/a |
| 52 | 9 Pmts from Brian/Worth | Quintan Cockerell (QSpine LLC) | "Q-Spine" - BRIAN'S REPORT_SEPTEMBER 2014; "Q-Spine" - Worth Medical Company - May 2016 Salas Commissions | 0.7.7824.16590 |
| 53 | 9 Pmts from Brian/Worth | Rebecca Walle (RWG3 Holdings LLC) | "Walle, Becky" - BRIAN'S REPORT_JANUARY 2016; "WALLE" - BRIAN'S REPORT_OCTOBER 2014; "WALLE" - Nov-14; "WALLE" - Dec-14; "WALLE" - Jan-15 | "Reps by state.xlsx" workbook sent from Breimeister to Swiencinski;<br><br>Walle endorsed checks with "Rwalle" or "BW" |
| 54 | 9 Pmts from Brian/Worth | Stacy Jacoby (POF LLC) | "JACOBY, STACEY" - BRIAN'S SCRIPTS; "JACOBY, STACEY" - BRIAN'S REPORT_SEPTEMBER 2014 | "Reps by state.xlsx" workbook sent from Breimeister to Swiencinski |
| 55 | 9 Pmts from Brian/Worth | Terry Brickman | "BRICKMAN, TERRY" - BRIAN'S REPORT_SEPTEMBER 2014; "Terry Brickman" - Worth Medical Company - May 2016 Salas Commissions | n/a |
| 56 | 9 Pmts from Brian/Worth | Thomas J Palmer (Pacifion Inc / Fortis Specialty Pharmacy LLC) | "Palmer, Tommy" - May-15; "Palmer, T." - BRIAN'S REPORT_AUGUST 2015; "Palmer, T." - Jul-15; "T. Palmer" - Worth Medical Company - February 2016 Commissions | Palmer's signature block as founder/president of Pacifion (0.7.7824.101917) |
| 57 | 9 Pmts from Brian/Worth | Yardlie Pinar | "Pinar, Yardlie" - BRIAN'S SCRIPTS; "Pinar, Yardlie" - BRIAN'S REPORT_SEPTEMBER 2014; "PINAR" - Nov-14; "PINAR" - Dec-14; "PINAR" - Jan-15; "PINAR" - Mar-15; "PINAR" - May-15 | n/a |

DOJ_18CR368-0193632