IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>– v. –<br>BRIAN SWIENCINSKI,<br>SCOTT BREIMEISTER,<br>CHRISTOPHER INCE, M.D.,<br>RONNIE MCADA, JR.,<br><br>  *Defendants*. | No. 4:18-cr-00368 |

### DEFENDANT BRIAN SWIENCINSKI'S MOTION
### FOR LEAVE TO FILE EXTENDED BRIEFING

Defendant Brian Swiencinski filed a motion to dismiss the superseding indictment and for other relief. *See* Dkt. 439. The government filed a response in opposition totaling 35 pages—in excess of the maximum of twenty pages ordinarily permitted. *See* Dkts. 460, 461 (government's motion for leave to file extended briefing, and response to motion to dismiss). The motion to dismiss, and the government's response, involve important and factually detailed issues. Defendant Swiencinski intends to file his Reply today. To thoroughly address the important issues involved, and adequately respond to the government's (lengthy) opposition brief, Mr. Swiencinski respectfully requests leave of the Court to file a reply that is over five pages in length. *See* Court Procedures and Practices, Part B.5.f. Mr. Swiencinski anticipates that his reply will total no more than 14 pages.

| | |
|---|---|
| Dated: April 19, 2023 | Respectfully submitted, |
| | /s/ *Brandon McCarthy* |
| Michael A. Villa, Jr. (Bar No. 24051475) | Brandon McCarthy (Bar No. 24027486) |
| MEADOWS, COLLIER, REED, | Rachel M. Riley ( Bar No. 24093044) |
| COUSINS, CROUCH & UNGERMAN, LLP | KATTEN MUCHIN ROSENMAN LLP |
| 901 Main Street, Suite 370 | 2121 N. Pearl Street, Suite 1100 |
| Dallas, TX 75202 | Dallas, TX 75201 |
| (214) 744-2700 | (214) 765-3600 |
| mvilla@meadowscollier.com | brandon.mccarthy@katten.com |
| | rachel.riley@katten.com |
| Scottie D. Allen (admitted *pro hac vice*) | Mary C. Fleming (admitted *pro hac vice*) |
| THE ALLEN LAW FIRM | KATTEN MUCHIN ROSENMAN LLP |
| 4144 N. Central Expressway | 2900 K Street NW, North Tower - Suite 200 |
| Suite 650 | Washington, DC 20007 |
| Dallas, TX 75204 | (202) 625-3754 |
| (214) 824-7711 | mary.fleming@katten.com |
| scottiedallen@scottiedallenlaw.com | |

*Attorneys for Brian Swiencinski*

### CERTIFICATE OF CONFERENCE

On April 19, 2023, counsel for Mr. Swiencinski conferred with counsel for the United States. Counsel for the United States has stated they do not object to the instant motion.

*/s/ Brandon McCarthy*
Brandon McCarthy

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Leave to File Extended Briefing, to be served on all counsel of record by filing it with the Clerk on April 19, 2023, using the Court's CM/ECF System.

*/s/ Brandon McCarthy*
Brandon McCarthy