IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI,<br>SCOTT BREIMEISTER,<br>CHRISTOPHER INCE, M.D.,<br>RONNIE MCADA, JR.,<br><br>    *Defendants*. | No. 4:18-cr-00368 |

**ORDER**

Defendant Brian Swiencinski has moved for leave to file a reply in excess of five pages in support of his motion to dismiss the superseding indictment and for other relief. Upon due consideration, motion is GRANTED.

Accordingly, it is hereby ORDERED that the Defendant may file his *Reply in Support of Opposed Motion to Dismiss the Superseding Indictment Based on Outrageous Governmental Conduct, and for Other Relief* that is over five pages in length.

It is so ORDERED.

SIGNED ON _____

_____
The Honorable Alfred H. Bennett
United States District Judge

[solo]
Order on Defendant Swiencinski's Motion for Leave to File Extended Briefing