UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|

United States

*versus*

Swiencinski, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel J. Griffin<br>U.S. Department of Justice<br>219 S. Dearborn, Room 500<br>Chicago, Illinois 60604-1702<br>202-774-7985, Daniel.Griffin3@usdoj.gov<br>IL, 6289624<br>CDCA, EDCA, EDOK, NDIL |

| Name of party applicant seeks to appear for: | USA |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/20/2023 | Signed: | /s/ Daniel J. Griffin |
|---|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                United States District Judge