UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|

United States

*versus*

Swiencinski, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Kelly Martin Warner<br>U.S. Department of Justice<br>219 S. Dearborn, Room 500<br>Chicago, Illinois 60604-1702<br>202-603-3180, Kelly.Warner@usdoj.gov<br>IL, 6272667<br>NDIL, CDIL, SDIN, EDMI |
|---|---|

| Name of party applicant seeks to appear for: | USA |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/20/2023 | Signed: /s/ Kelly M. Warner |
|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                          United States District Judge