| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|

United States

*versus*

Swiencinski, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas Kane Peone<br>U.S. Department of Justice<br>1400 New York Ave., NW<br>Washington, DC 20005-2107<br>202-923-7818, Nicholas.Peone@usdoj.gov<br>NY, 5712609<br>C.D. Cal., D.N.J, D. Mass. |

| Name of party applicant seeks to appear for: | USA |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/20/2023 | Signed: | /s/ Nicholas K. Peone |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                                    **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                          United States District Judge