Case 4:18-cr-00368 Document 475 Filed on 04/20/23 in TXSD Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
April 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| Swiencinski, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kelly Martin Warner<br>U.S. Department of Justice<br>219 S. Dearborn, Room 500<br>Chicago, Illinois 60604-1702<br>202-603-3180, Kelly.Warner@usdoj.gov<br>IL, 6272667<br>NDIL, CDIL, SDIN, EDMI |
|---|---|

| Name of party applicant seeks to appear for: | USA |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/20/2023 | Signed: | /s/ Kelly M. Warner |
|---|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 4/24/23　　Clerk's signature: _____

**Order**

This lawyer is admitted *pro hac vice*.

Dated: APR 2 4 2023

_____
United States District Judge