United States District Court
Southern District of Texas
**ENTERED**
April 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CR-368 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| Swiencinski, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas Kane Peone<br>U.S. Department of Justice<br>1400 New York Ave., NW<br>Washington, DC 20005-2107<br>202-923-7818, Nicholas.Peone@usdoj.gov<br>NY, 5712609<br>C.D. Cal., D.N.J, D. Mass. |
|---|---|

| Name of party applicant seeks to appear for: | USA |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/20/2023 | Signed: | /s/ Nicholas K. Peone |
|---|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 4/24/23   Clerk's signature

**Order**

Dated: APR 2 4 2023

This lawyer is admitted *pro hac vice.*

United States District Judge