United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CRIMINAL ACTION NO. 4:18-CR-00368 |
| BRIAN SWIENCINSKI, *et al.*, § § | |
| Defendants. § | |

## ORDER REGARDING TRIAL EXHIBITS

This case began trial November 8, 2022. A mistrial was declared December 13, 2023, and counsel retrieved all admitted exhibits from the courtroom. For the purposes of appeal, parties will electronically file the exhibits on the record for transmission to the 5th Circuit Court of Appeal.

Signed on May 1, 2023.

_____
Alfred H. Bennett
United States District Judge