# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case Number: 4:18−cr−00368

Brian Swiencinski
Scott Breimeister
Vladimir Redko
Christopher Ince, MD
Ronnie Mcada, Jr

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Brian Swiencinski, Scott Breimeister, Vladimir Redko, Christopher Ince, MD, Ronnie Mcada, Jr as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/26/2023

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date: May 3, 2023                                                   Nathan Ochsner, Clerk