**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States of America

*versus*                                                                Case Number: 4:18−cr−00368

Brian Swiencinski

# NOTICE OF NON−COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: May 3, 2023.

Nathan Ochsner, Clerk