IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> – v. – <br><br> BRIAN SWIENCINSKI, ET AL. <br><br> *Defendants*. | No. 4:18-cr-00368 |

**BRIAN SWIENCINSKI'S WAIVER OF ATTENDANCE AT MAY 26, 2023 HEARING**

Defendant, Brian Swiencinski, by and through his attorney, waives his right to personally appear at the hearing scheduled on May 26, 2023, and would show:

A hearing is currently scheduled in this case on May 26, 2023 at 2:30  P.  M.

Mr. Swiencinski has been informed about this hearing, including his right to attend the hearing. Mr. Swiencinski understands the matters that will be addressed at the hearing.

Mr. Swiencinski knowingly and voluntarily waives any right he may have to be physically present for the hearing.

Mr. Swiencinski will be represented during the hearing by the undersigned counsel.

1

| | |
|---|---|
| Dated: May 4, 2023 | Respectfully submitted, |
| | /s/ Mary C. Fleming |
| Michael A. Villa, Jr. | Brandon McCarthy (admitted *pro hac vice*) |
| State Bar No. 24051475 | Attorney-in-Charge |
| S.D. Federal ID No. 3256126 | State Bar No. 24027486 |
| MEADOWS, COLLIER, REED, | Rachel M. Riley |
| COUSINS, CROUCH & UNGERMAN, LLP | State Bar No. 24093044 |
| 901 Main Street, Suite 370 | S.D. Bar No. 2810706 |
| Dallas, TX 75202 | KATTEN MUCHIN ROSENMAN LLP |
| Telephone: 214-744-2700 | 2121 N. Pearl Street, Suite 1100 |
| mvilla@meadowscollier.com | Dallas, TX 75201 |
| | Telephone: 214-765-3600 |
| | Facsimile: 214-765-3602 |
| Scottie D Allen (admitted *pro hac vice*) | brandon.mccarthy@katten.com |
| THE ALLEN LAW FIRM | rachel.riley@katten.com |
| 4144 N. Central Expressway | |
| Suite 650 | Mary C. Fleming (admitted *pro hac vice*) |
| Dallas, TX 75204 | KATTEN MUCHIN ROSENMAN LLP |
| (214) 824-7711 | 2900 K Street NW, North Tower - Suite 200 |
| scottiedallen@scottiedallenlaw.com | Washington, DC 20007-5118 |
| | Telephone: 202-625-3754 |
| | mary.fleming@katten.com |

**Attorneys for Brian Swiencinski**

### CERTIFICATE OF SERVICE

I certify that on May 4, 2023 I electronically filed the foregoing with the Clerk of Court via the Court's CM/ECF system, and same was furnished to all counsel and parties of record.

/s/ Mary C. Fleming
Mary C. Fleming

2