IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, ET AL.,<br><br><br>*Defendants*. | No. 4:18-cr-00368 |

## ORDER

On this day came before this Court to be considered, Defendant Brian Swiencinski's Unopposed Motion for Relief from and to Toll Deadlines Related to His Fifth Circuit Appeal in Light of His Pending Motion for Reconsideration.

IT IS ORDERED that the Motion is hereby GRANTED. The Clerk is instructed that all deadlines in this matter related to perfecting the appeal designated by Mr. Swiencinski's Notice of Appeal (Dkt. 466)—including any deadline for the parties to order transcripts or file trial exhibits on the record—are tolled until the Court finally disposes of Mr. Swiencinski's motion for reconsideration (Dkt. 463) and underlying motion for dismissal based on double-jeopardy grounds (Dkt. 439).

IT IS SO ORDERED.

_____    _____
Date                                                             The Honorable Alfred H. Bennett
                                                                       United States District Judge