# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

    *Defendants*.

No. 4:18-cr-00368

## DEFENDANT BRIAN SWIENCINSKI'S UNOPPOSED
## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Contemporaneously with this motion, Defendant Brian Swiencinski is filing a number of exhibits under seal, accompanied by an authenticating declaration, in connection with his reply in support of his motion for reconsideration of the Court's order denying his motion to dismiss on double jeopardy grounds. Mr. Swiencinski respectfully moves this Court to permit him to file and maintain the exhibits and supporting declaration under seal. The exhibits primarily consists of interview reports (302s) of government witnesses, the rough notes of witness interviews made by government agents, and other documents related to the government's investigation of this matter. In addition, it is replete with personal identifiers and protected health information. Given the confidential and sensitive nature of the information contained in the exhibits, Mr. Swiencinski respectfully requests leave to file and maintain the exhibits under seal.

1

## CONCLUSION

For the foregoing reasons, Mr. Swiencinski respectfully requests that this Court grant this Motion and maintain under seal the exhibits and accompanying declaration, to be filed on May 5, 2023.

Dated: May 5, 2023

Michael A. Villa, Jr.
Texas Bar No. 24051475
MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, LLP
901 Main Street, Suite 370
Dallas, TX 75202
(214) 744-2700
mvilla@meadowscollier.com

Scottie D. Allen (admitted *pro hac vice*)
THE ALLEN LAW FIRM
4144 N. Central Expressway
Suite 650
Dallas, TX 75204
(214) 824-7711
scottiedallen@scottiedallenlaw.com

Respectfully submitted,

*/s/ Mary C. Fleming*
Brandon McCarthy (admitted *pro hac vice*)
Texas Bar No. 24027486
Rachel M. Riley
Texas Bar No. 24093044
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
(214) 765-3600
brandon.mccarthy@katten.com
rachel.riley@katten.com

Mary C. Fleming (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW, North Tower - Suite 200
Washington, DC 20007
(202) 625-3754
mary.fleming@katten.com

*Attorneys for Brian Swiencinski*

### CERTIFICATE OF CONFERENCE

I certify that on May 5, 2023, counsel for Defendant Brian Swiencinski conferred with counsel for the Government regarding the contents of this Motion by email and telephone. The government has represented that it does not object to the relief requested herein.

*/s/ Mary C. Fleming*
Mary C. Fleming (admitted *pro hac vice*)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing Motion for Leave of Defendant Brian Swiencinski to be filed with the Clerk on May 5, 2023, using the Court's CM/ECF System, which will cause a copy of this Motion to be served on all parties.

                                      */s/ Mary C. Fleming*
                                      Mary C. Fleming (admitted *pro hac vice*)