**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA,

   – v. –

BRIAN SWIENCINSKI, ET AL.,

    *Defendants*.

**No. 4:18-cr-00368**

**ORDER**

On this day came before this Court to be considered, Defendants Brian Swiencinski's Unopposed Motion for Leave to File Exhibits Under Seal. After reviewing the Motion, any responses thereto, and related motions and briefing filed in this matter, the Court finds good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that Defendant Brian Swiencinski's Motion is hereby GRANTED. The Clerk is directed to maintain the exhibits and accompanying declaration, filed on May 5, 2023 by Brian Swiencinski, under seal until further order of the Court.

IT IS SO ORDERED.

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge