United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> BRIAN SWIENCINSKI, *et al.*, § <br> § <br> Defendants. § | CRIMINAL ACTION NO. 4:18-CR-00368 |

## **ORDER**

As the Court stated at the hearing on May 26, it has yet to make a final determination on the Government's level of culpability in its lack of Brady disclosures that ultimately lead the Court to declare a mistrial on December 13, 2022, the nineteenth day of trial. Nor has the Court determined the validity of the Government's investigation of the same. To aid the Court in making these determinations, the Government is ordered to produce the following items for *in camera* review within ten (10) days of the entry of this Order:

- A list of all prior cases, if any, within the last three (3) years that Allan Medina and Alexander Kramer worked on with the former team of prosecutors (Aleza Remis, Devon Helfmeyer, and Katherine Raut) either together or individually; and
- a list of all witnesses interviewed by the Government during its investigation and any written summaries of the interviews, if any.

It is so ORDERED.

MAY 3 1 2023
Date

The Honorable Alfred H. Bennett
United States District Judge