IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, ET AL.<br><br>*Defendants*. | No. 4:18-cr-00368 |

### ORDER ON DEFENDANT BRIAN SWIENCINSKI'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Brian Swiencinski's Unopposed Motion to Modify Conditions of Release is GRANTED. Mr. Swiencinski's Conditions of Release are modified to allow him to travel throughout the United States without restriction.

IT IS SO ORDERED.

_____        _____
Date                                                                  The Honorable Alfred H. Bennett
                                                                             United States District Judge