| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

USA
v.
Swiencinski, et al.

§
§
§
§
§
§

CASE NUMBER 4:18-cr-368

United States Courts
Southern District of Texas
FILED

JUL 1 1 2023

Nathan Ochsner, Clerk of Court

1 USB Drive with trial exhibits

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☑ IN ~~BROWN EXPANDABLE~~ Green FOLDER

INSTRUMENT #_____

# Katten

2121 North Pearl Street
Suite 1100
Dallas, TX 75201-2591
+1.214.765.3600 tel
katten.com

JOSHUA R. UPTHEGROVE
joshua.upthegrove@katten.com
+1.469.627.7016 direct
+1.214.765.3602 fax

July 7, 2023

Nathan Ochsner
Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

JUL 11 2023

Nathan Ochsner, Clerk of Court

**Re: USA v. Swiencinski, et al. | Cause No. 4:18-cr-368**

Dear Clerk:

The parties in this matter are to file the admitted trial exhibits on the record for transmission to the 5th Circuit Court of Appeals, pursuant to Judge Bennett's Order [Dkt. 481].

Defendant Swiencinski has filed all admitted exhibits in .pdf, with the exceptions of the following native .xlsx and .mp4 files. Pdf placeholders have been filed electronically.

- DX SWIEN 069
- DX SWIEN 095
- DX SWIEN 153
- DX SWIEN 154
- DX SWIEN 155
- DX SWIEN 156
- DX SWIEN 157
- DX SWIEN 158
- DX SWIEN 173
- DX SWEIN 185
- DX SWIEN 186
- DX SWIEN 188
- DX SWIEN 189
- DX SWIEN 190
- DX SWIEN 399
- DX SWIEN 434
- DX SWIEN 449
- DX SWIEN 541

Please add these admitted trial exhibits to the record in this case.

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

# Katten

July 7, 2023
Page 2


Respectfully submitted,

Joshua R. Upthegrove
Sr. Paralegal

JRU:
Enclosure: USB Drive with the exhibits listed above