**TRANSCRIPT ORDER FORM (DKT-13)** <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court: Southern District of Texas (Houston Division)   District Court Docket No. 4:18-cr-368-1

Short Case Title: USA v. Swiencinski

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: David Smith

Date Notice of Appeal Filed in the District Court: 7/7/23 (Amended Notice of Appeal)   Court of Appeals No. 23-20163

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
■ Opening Statement of Plaintiff: USA - 11/10/22   ■ Opening Statement of Defendant: All Defendants - 11/10/22
☐ Closing Argument of Plaintiff _____   ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____   ☐ Jury Instructions _____   ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 11/8/22 - 12/13/22 | Jury Trial, excluding Voir Dire (but including non-voir-dire discussions held intermittently during voir dire) | Hon. Alfred H. Bennett |
| 11/3/22 | Pretrial Conference | Hon. Alfred H. Bennett |
| | | |
| | | |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature: /s/Mary C. Fleming   Date Transcript Ordered: 7/21/23
Print Name: Mary C. Fleming   Phone: (407) 267-3086
Counsel for: Defendant Brian Swiencinski
Address: 1919 Pennsylvania Ave NW – Suite 800, Washington, D.C. 20006
Email of Attorney: mary.fleming@katten.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____