# Worth Medical Company LLC, JPMC #9708

**11/14/14**
Beginning Balance
**$154,968.61**

**11/14/14**
Deposit from Pharms LLC for "Sales Commissions payable for Oct 2014"
**$514,816.63**

**11/14/14**
Wire from Pharms LLC for "Sales Commissions"
**$258,523.81**

**11/14/14**
Ending Balance
**$928,309.05**

**12/9/14**
Online Transfer to JP Morgan Chase #6280 (Brian Swiencinski)
**$100,000.00**

**11/17/14 – 12/8/14**
Various Withdrawals
**$666,292.50**

GX15.001

GOVERNMENT EXHIBIT 15
4:18-CR-368