# Summary of Claims: Vorisek Family

| Last Name | First Name | DOB | Carrier | Prescriber Last Name | Claim Lines | Earliest Fill Date | Latest Fill Date | Total Copay | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| Vorisek | Paul | 10/25/1958 | Dominion Energy Services | ■ | 41 | 3/31/2014 | 12/18/2014 | $822.74 | $262,305.26 |
| | Sharon | 9/15/1961 | Dominion Energy Services | ■ | 42 | 3/31/2014 | 12/18/2014 | $726.00 | $253,386.43 |
| | Matthew | 8/24/1995 | Dominion Energy Services | ■ | 41 | 3/31/2014 | 12/18/2014 | $828.00 | $249,977.50 |
| | Amy | 2/26/1998 | Dominion Energy Services | ■ | 38 | 3/31/2014 | 12/18/2014 | $828.00 | $220,392.90 |
| | | | Grand Total | | 162 | 3/31/2014 | 12/18/2014 | $3,204.74 | $986,062.09 |

GX22A.001

GOVERNMENT
EXHIBIT
**22A**
4:18-CR-368