# Summary of Claims: Dunkle & Tackett Family

| Last Name | First Name | DOB | Carrier | Prescriber Last Name | Claim Lines | Earliest Fill Date | Latest Fill Date | Total Copay | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| Dunkle | Ryan | 12/15/1988 | Dominion Energy Services | | 39 | 4/23/2014 | 12/19/2014 | $715.60 | $216,544.42 |
| | Susan Jayne | 9/22/1961 | Dominion Energy Services | | 39 | 4/23/2014 | 12/19/2014 | $808.50 | $205,910.41 |
| | Todd | 3/7/1963 | Dominion Energy Services | | 39 | 4/23/2014 | 12/19/2014 | $650.33 | $210,167.23 |
| Tackett | Austin | 8/10/1993 | Dominion Energy Services | | 39 | 4/24/2014 | 12/19/2014 | $828.00 | $235,601.70 |
| | Jared | 10/14/1990 | Dominion Energy Services | | 30 | 4/24/2014 | 12/19/2014 | $813.83 | $94,541.96 |
| | | | **Grand Total** | | 186 | 4/23/2014 | 12/19/2014 | **$3,816.26** | **$962,765.72** |



GOVERNMENT EXHIBIT
**22B**
4:18-CR-368

GX22B.001