# Summary of Claims: Vinzant & Saylor Family

| Last Name | First Name | DOB | Carrier | Prescriber Last Name | Claim Lines | Earliest Fill Date | Latest Fill Date | Total Copay | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| Vinzant | Easton | 1/29/2010 | Raytheon | Kennedy | 31 | 11/5/2013 | 10/28/2014 | $3,475.00 | $316,258.92 |
| | Helen | 10/4/1979 | Raytheon | Kennedy | 41 | 11/5/2013 | 10/28/2014 | $4,725.00 | $276,196.58 |
| | Jonathan | 4/23/1979 | Raytheon | Kennedy | 41 | 11/5/2013 | 10/28/2014 | $4,725.00 | $276,109.64 |
| | Landen | 9/22/2008 | Raytheon | Kennedy | 30 | 11/5/2013 | 10/28/2014 | $3,350.00 | $305,718.98 |
| Saylor | Jayden | 9/21/2000 | Raytheon | Kennedy | 39 | 11/5/2013 | 10/28/2014 | $4,475.00 | $249,475.25 |
| **Grand Total** | | | | | **182** | **11/5/2013** | **10/28/2014** | **$20,750.00** | **$1,423,759.37** |

GOVERNMENT EXHIBIT
22C
4:18-CR-368