## Summary of Claims: Clark Family

| Last Name | First Name | DOB | Prescriber Last Name | Claim Lines | Earliest Fill Date | Latest Fill Date | Total Copay | Total Paid |
|---|---|---|---|---|---|---|---|---|
| Clark | Tony | 2/1/1957 | Kennedy | 17 | 11/26/2013 | 12/31/2013 | $1,020.00 | $15,922.23 |
|  | Michelle | 8/13/1961 | Kennedy | 17 | 11/26/2013 | 12/31/2013 | $1,020.00 | $15,922.23 |
|  | Carson | 5/2/2001 | Kennedy | 14 | 11/26/2013 | 12/31/2013 | $840.00 | $13,160.00 |
|  | Meghan | 3/5/1997 | Kennedy | 14 | 11/26/2013 | 12/31/2013 | $840.00 | $13,160.00 |
| **Grand Total** | | | | **62** | **11/26/2013** | **12/31/2013** | **$3,720.00** | **$58,164.46** |