# Payments to Brian Swiencinski and Worth Medical Company LLC
## January 2013 - December 2017

| Paid from Account | Date Range | Paid to | Amount |
|---|---|---|---|
| OmniPlus Pharmacy (AMP) x9550 | 09/2013 - 01/2016 | Brian Swiencinski | $12,082,939.76 |
| Pharms LLC x1228[1] | 07/2013 - 12/2016 | Brian Swiencinski | $4,952,655.70 |
| OmniPlus Health Care LP x5235 | 08/2013 - 10/2015 | Brian Swiencinski | $3,304,638.59 |
| Pharms LLC x1228 (ADP W2s) | 01/2015 - 12/2017 | Brian Swiencinski | $2,402,932.39 |
| Optiplus Healthcare LLC x1170 | 11/2014 - 11/2016 | Brian Swiencinski | $950,000.00 |
| OmniPlus Pharmacy (AMP) x9550 (ADP W2s) | 01/2014 - 12/2014 | Brian Swiencinski | $702,373.28 |
| S&HT Acquisitions LLC x1758 | 02/2015 - 05/2015 | Brian Swiencinski | $235,000.00 |
| Pharms LLC x1228 | 03/2014 - 12/2016 | Worth Medical Company LLC | $10,403,365.20 |
| Pharms LLC x1228 (ADP) | 01/2017 - 12/2017 | Worth Medical Company LLC | $46,976.89 |
| Optiplus Healthcare LLC x1170 | 01/2013 - 03/2013 | Worth Medical Company LLC | $82,462.16 |
| **Total** | | | **$35,163,343.97** |

[1] $4,952,655.70 is a net amount paid to Swiencinski, which includes a $120,000 payment Swiencinski wired to Pharms LLC on July 5, 2013.

Sources:
Alternative Medicine and Pharmacy Inc. DBA Omni Plus Pharmacy JPMC x9550; Pharms LLC JPMC x1228; Omniplus Health Care LP JPMC x5235; Optiplus Healthcare LLC JPMC x1170; S&HT Acquisitions LLC JPMC x1758; Worth Medical Company LLC JPMC x9708; Brian Swiencinski and Nidia Martinez JTWROS JPMC x6280; ADP (Alternative Medicine and Pharm) RN XAH Payroll Register (2014); ADP (Pharms LLC) RN 6PR Payroll Registers (2014-2017); ADP (Pharms LLC) RN 6PR W2 (2015-2017); RN 6PR (Pharms LLC) 2017 Q4 Employee Summary;

GOVERNMENT EXHIBIT
35
4:18-CR-368

# Payments to Brian Swiencinski and Worth Medical Company LLC Detail (Bank Records)
## January 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Swiencinski/Worth | Paid to Swiencinski/Worth |
|---|---|---|---|---|---|---|---|
| 1 | Optiplus Healthcare LLC x1170 | 01/28/2013 | 1021 | Worth Medical Company, LLC | #101 marketing services | | $54,021.54 |
| 2 | Optiplus Healthcare LLC x1170 | 03/04/2013 | 1039 | Worth Medical Company, LLC | Jan'13 marketing commission | | $28,440.62 |
| 3 | Pharms LLC x1228 | 07/05/2013 | | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Brian J Swiencinski Dallas TX 752011860 Ref: Chase Nyc/Ctr/Bnf=Pharms LLC Pearland, TX 775847040/Ac-000000002295 Rfb=10040711 Imad: 0705l1B7031R033133 Trn: 4781509186Ff | | -$120,000.00 | |
| 4 | OmniPlus Health Care LP x5235 | 08/12/2013 | 8327 | Brian Swiencinski | Dividend Distribution | | $200,000.00 |
| 5 | OmniPlus Health Care LP x5235 | 08/30/2013 | 8358 | Brian Swiencinski | Marketing Fees | | $3,469.91 |
| 6 | OmniPlus Pharmacy (AMP) x9550 | 09/19/2013 | | Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Ref: Dividend Distribution Trn: 4180900262Es | Dividend Distribution | | $50,000.00 |
| 7 | OmniPlus Health Care LP x5235 | 09/19/2013 | 8402 | Brian Swiencinski | Dividend Distribution | | $350,000.00 |
| 8 | OmniPlus Pharmacy (AMP) x9550 | 10/21/2013 | 1064 | Brian Swiencinski | Dividend Distribution | | $200,000.00 |
| 9 | OmniPlus Health Care LP x5235 | 10/21/2013 | 8481 | Brian Swiencinski | Dividend Distribution | | $300,000.00 |
| 10 | OmniPlus Pharmacy (AMP) x9550 | 11/26/2013 | 1110 | Brian Swiencinski | Dividend Distribution | | $500,000.00 |
| 11 | OmniPlus Health Care LP x5235 | 11/26/2013 | 8562 | Brian Swiencinski | Dividend Distribution | | $100,000.00 |
| 12 | OmniPlus Health Care LP x5235 | 11/26/2013 | 8567 | Brian Swiencinski | Owner's Draw | | $2,000.00 |
| 13 | OmniPlus Health Care LP x5235 | 12/30/2013 | 8640 | Brian Swiencinski | Dividend Distribution | | $600,000.00 |
| 14 | OmniPlus Pharmacy (AMP) x9550 | 01/08/2014 | | Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Ref: For Amp Meds Trn: 4112400008Es | For Amp Meds | | $43,500.00 |
| 15 | OmniPlus Health Care LP x5235 | 01/21/2014 | 8693 | Brian Swiencinski | | | $108,410.60 |
| 16 | OmniPlus Pharmacy (AMP) x9550 | 01/27/2014 | 1192 | Brian Swiencinski | Dividend Distribution | | $500,000.00 |
| 17 | OmniPlus Health Care LP x5235 | 01/27/2014 | 8710 | Brian Swiencinski | Dividend Distribution | | $100,000.00 |
| 18 | OmniPlus Pharmacy (AMP) x9550 | 02/05/2014 | 1209 | Brian Swiencinski | Guaranteed Payment | | $197,893.94 |
| 19 | OmniPlus Pharmacy (AMP) x9550 | 02/27/2014 | 1253 | Brian Swiencinski | Dividend Distribution | | $500,000.00 |
| 20 | OmniPlus Health Care LP x5235 | 02/27/2014 | 8765 | Brian Swiencinski | Dividend Distribution | | $100,000.00 |
| 21 | OmniPlus Pharmacy (AMP) x9550 | 03/06/2014 | | 03/06 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Ref: February 14 Guaranteed Payment Trn: 4336500065Es | February 14 Guaranteed Payment | | $125,000.00 |
| 22 | Pharms LLC x1228 | 03/20/2014 | | 03/20 Book Transfer Debit A/C: Worth Medical Company LLC Fort Worth, TX 761023021 Ref: February 2014 Sales Commission Trn: 4056800079Es | February 2014 Sales Commission | | $207,518.71 |
| 23 | OmniPlus Pharmacy (AMP) x9550 | 03/31/2014 | 1309 | Brian Swiencinski | Dividend Distribution | | $500,000.00 |
| 24 | OmniPlus Health Care LP x5235 | 03/31/2014 | 8796 | Brian Swiencinski | Dividend Distributions | | $100,000.00 |
| 25 | OmniPlus Health Care LP x5235 | 04/04/2014 | 8808 | Brian Swiencinski | Guaranteed Payment | | $225,000.00 |
| 26 | Pharms LLC x1228 | 04/16/2014 | | 04/16 Book Transfer Debit A/C: Worth Medical Company LLC Fort Worth, TX 761023021 Ref: Sales Commission For March 2014 Trn: 3504000106Es | Sales Commission For March 2014 | | $292,495.38 |
| 27 | OmniPlus Pharmacy (AMP) x9550 | 04/30/2014 | 1409 | Brian Swiencinski | Dividend Distributions | | $500,000.00 |
| 28 | OmniPlus Health Care LP x5235 | 04/30/2014 | 8835 | Brian Swiencinski | Dividend Distribution | | $100,000.00 |

# Payments to Brian Swiencinski and Worth Medical Company LLC Detail (Bank Records)
## January 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Swiencinski/Worth | Paid to Swiencinski/Worth |
|---|---|---|---|---|---|---|---|
| 29 | Pharms LLC x1228 | 05/15/2014 | | 05/15 Book Transfer Debit A/C: Worth Medical Company LLC Fort Worth, TX 761023021 Ref: Sales Commission For April 2014 Trn: 4445700135Es | Sales Commission For April 2014 | | $287,984.13 |
| 30 | Pharms LLC x1228 | 05/16/2014 | | 05/16 Book Transfer Debit A/C: Worth Medical Company LLC Fort Worth, TX 761023021 Ref: Sales Commission For April 2014 Trn: 3099900136Es | Sales Commission For April 2014 | | $275,604.48 |
| 31 | OmniPlus Pharmacy (AMP) x9550 | 05/30/2014 | 1507 | Brian Swiencinski | Dividend Distribution | | $600,000.00 |
| 32 | Pharms LLC x1228 | 06/12/2014 | | 06/12 Book Transfer Debit A/C: Worth Medical Company LLC Fort Worth, TX 761023021 Ref: Sales Commission For May 2014 Trn: 3386000163Es | Sales Commission For May 2014 | | $500,000.00 |
| 33 | Pharms LLC x1228 | 06/13/2014 | | 06/13 Book Transfer Debit A/C: Worth Medical Company LLC Fort Worth, TX 761023021 Ref: Sales Commission For May 2014 Trn: 3372400164Es | Sales Commission For May 2014 | | $172,730.84 |
| 34 | Pharms LLC x1228 | 06/13/2014 | | 06/13 Book Transfer Debit A/C: Worth Medical Company LLC Fort Worth, TX 761023021 Ref: Sales Commission For May 2014 Trn: 3645700164Es | Sales Commission For May 2014 | | $24,500.00 |
| 35 | OmniPlus Pharmacy (AMP) x9550 | 07/03/2014 | 1614 | Brian Swiencinski | Dividend Distribution | | $800,000.00 |
| 36 | OmniPlus Pharmacy (AMP) x9550 | 07/09/2014 | | 07/09 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Rel: Amp June'14 Bonus Trn: 4334800190Es | Amp June'14 Bonus | | $300,000.00 |
| 37 | Pharms LLC x1228 | 07/15/2014 | 1213 | Brian Swiencinski | Owner Bonus | | $555,693.47 |
| 38 | OmniPlus Pharmacy (AMP) x9550 | 07/15/2014 | 1632 | Brian Swiencinski | Owner Bonus | | $193,771.71 |
| 39 | OmniPlus Pharmacy (AMP) x9550 | 08/01/2014 | 1673 | Brian Swiencinski | Dividend Distribution | | $800,000.00 |
| 40 | OmniPlus Pharmacy (AMP) x9550 | 08/05/2014 | | 08/06 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Rel: July 2014 Bonus Trn: 3620100217Es | July 2014 Bonus | | $350,000.00 |
| 41 | Pharms LLC x1228 | 08/18/2014 | 1229 | Brian Swiencinski | July 2014 Bonus | | $592,222.92 |
| 42 | OmniPlus Pharmacy (AMP) x9550 | 08/20/2014 | | 08/20 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Trn: 4553100232Es | | | $271,265.72 |
| 43 | OmniPlus Pharmacy (AMP) x9550 | 09/02/2014 | 1740 | Brian Swiencinski | Dividend Distribution for August 2014 | | $800,000.00 |
| 44 | OmniPlus Pharmacy (AMP) x9550 | 09/08/2014 | | 09/08 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Trn: 5116200251Es | | | $500,000.00 |
| 45 | Pharms LLC x1228 | 09/17/2014 | 1246 | Brian Swiencinski | August 2014 | | $413,836.42 |
| 46 | OmniPlus Pharmacy (AMP) x9550 | 09/17/2014 | 1772 | Brian Swiencinski | August 2014 | | $301,508.39 |
| 47 | OmniPlus Pharmacy (AMP) x9550 | 10/06/2014 | 1800 | Brian Swiencinski | Dividend Distribution | | $500,000.00 |
| 48 | Pharms LLC x1228 | 10/08/2014 | 1263 | Brian Swiencinski | Dividend Distribution | | $250,000.00 |
| 49 | Pharms LLC x1228 | 10/16/2014 | | 10/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Ref: Commissions Expense Trn: 4720600289Es | Commissions Expense | | $346,068.00 |
| 50 | Pharms LLC x1228 | 10/16/2014 | 1267 | Worth Medical Company, LLC | Consulting Fees | | $479,818.00 |
| 51 | Optiplus Healthcare LLC x1170 | 11/10/2014 | 1053 | Brian Swiencinski | Distribution to Shareholder | | $100,000.00 |

# Payments to Brian Swiencinski and Worth Medical Company LLC Detail (Bank Records)
## January 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Swiencinski/Worth | Paid to Swiencinski/Worth |
|---|---|---|---|---|---|---|---|
| 52 | Pharms LLC x1228 | 11/14/2014 | 1289 | Worth Medical Company, LLC | Sales Commissions | | $258,523.81 |
| 53 | Pharms LLC x1228 | 11/14/2014 | 1288 | Worth Medical Company, LLC | Sales Commission Payable for October 2014 | | $514,816.63 |
| 54 | Optiplus Healthcare LLC x1170 | 12/05/2014 | 1055 | Brian Swiencinski | | | $350,000.00 |
| 55 | OmniPlus Pharmacy (AMP) x9550 | 12/05/2014 | 1935 | Brian Swiencinski | | | $250,000.00 |
| 56 | Pharms LLC x1228 | 12/15/2014 | 1310 | Worth Medical Company, LLC | Sales Commissions for November 2014 | | $506,510.31 |
| 57 | Pharms LLC x1228 | 12/16/2014 | | 12/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Ref: Sales Commission For Nov 2014 Trn: 3132600350Es | Sales Commission For Nov 2014 | | $272,430.18 |
| 58 | Pharms LLC x1228 | 01/16/2015 | 1334 | Worth Medical Company LLC. | | | $896,142.10 |
| 59 | OmniPlus Health Care LP x5235 | 01/28/2015 | | 01/28 Online ACH Payment 4973092663 To Brain Ski (_#####6280) | | | $237,500.00 |
| 60 | OmniPlus Health Care LP x5235 | 02/11/2015 | | 02/11 Online ACH Payment 4973755369 To Brian Ski (_#####6280) | | | $237,500.00 |
| 61 | Optiplus Healthcare LLC x1170 | 02/17/2015 | | 02/17 Online ACH Payment 4973834674 To Brian Ski (_#####6280) | | | $200,000.00 |
| 62 | S&HT Acquisitions LLC x1758 | 02/17/2015 | | 02/17 Online ACH Payment 4973834710 To Brian Ski (_#####6280) | | | $50,000.00 |
| 63 | Pharms LLC x1228 | 02/18/2015 | | 02/18 Online ACH Payment 4973990520 To Worth Medical Company LLC (_#####9708) | | | $280,698.77 |
| 64 | Pharms LLC x1228 | 02/18/2015 | | 02/18 Online ACH Payment 4973990546 To Worth Medical Company LLC (_#####9708) | | | $131,410.08 |
| 65 | Pharms LLC x1228 | 03/16/2015 | | 03/16 Online ACH Payment 4975227167 To Brian Ski (_#####6280) | | | $347,877.89 |
| 66 | Pharms LLC x1228 | 03/26/2015 | | 03/26 Online ACH Payment 4975677740 To Brian Ski (_#####6280) | | | $150,000.00 |
| 67 | Pharms LLC x1228 | 04/01/2015 | | 04/01 Online ACH Payment 4975939832 To Worth Medical Company LLC (_#####9708) | | | $2,732.07 |
| 68 | OmniPlus Pharmacy (AMP) x9550 | 04/10/2015 | | 04/10 Wire Transfer A/C: Brian Swiencinski Nidia Martinez Dallas, TX 752011860 Trn: 4899300100Es | | | $1,000,000.00 |
| 69 | Pharms LLC x1228 | 04/15/2015 | | 04/15 Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 4752300105Es | | | $472,854.84 |
| 70 | Pharms LLC x1228 | 05/08/2015 | | 05/08 Online ACH Payment 4977757454 To Worth Medical Company LLC (_#####9708) | | | $35,182.00 |
| 71 | S&HT Acquisitions LLC x1758 | 05/11/2015 | | 05/11 Online ACH Payment 4977739733 To Brian Ski (_#####6280) | | | $185,000.00 |
| 72 | Pharms LLC x1228 | 05/15/2015 | | 05/15 Transfer to Chk Xxxxx9708 | | | $468,253.68 |
| 73 | Pharms LLC x1228 | 05/18/2015 | | 05/18 Online ACH Payment 4978122837 To Worth Medical Company LLC (_#####9708) | | | $11,456.13 |
| 74 | Pharms LLC x1228 | 06/11/2015 | | 06/11 Transfer To Chk Xxxxx9708 | | | $415,736.24 |

# Payments to Brian Swiencinski and Worth Medical Company LLC Detail (Bank Records)
## January 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Swiencinski/Worth | Paid to Swiencinski/Worth |
|---|---|---|---|---|---|---|---|
| 75 | Pharms LLC x1228 | 06/15/2015 | | 06/15 Online ACH Payment 4979450155 To Worth Medical Company LLC (_#####9708) | | | $6,343.70 |
| 76 | Pharms LLC x1228 | 07/14/2015 | | 07/14 Transfer To Chk Xxxxx9708 | | | $465,989.73 |
| 77 | Pharms LLC x1228 | 08/07/2015 | | 08/07 Transfer To Chk Xxxxx6280 | | | $100,000.00 |
| 78 | Pharms LLC x1228 | 08/18/2015 | | 08/18 Transfer To Chk Xxxxx9708 | | | $282,237.30 |
| 79 | Pharms LLC x1228 | 09/01/2015 | | 09/01 Transfer To Chk Xxxxx6280 | | | $300,000.00 |
| 80 | OmniPlus Pharmacy (AMP) x9550 | 09/01/2015 | | 09/01 Transfer To Chk Xxxxx6280 | | | $1,500,000.00 |
| 81 | Pharms LLC x1228 | 09/15/2015 | | 09/15 Transfer To Chk Xxxxx9708 | | | $299,903.82 |
| 82 | Pharms LLC x1228 | 10/06/2015 | | 10/06 Transfer To Chk Xxxxx6280 | | | $100,000.00 |
| 83 | OmniPlus Health Care LP x5235 | 10/06/2015 | | 10/06 Transfer To Chk Xxxxx6280 | | | $400,000.00 |
| 84 | OmniPlus Health Care LP x5235 | 10/08/2015 | | 10/08 Online ACH Payment 4985025972 To Brian Ski (_#####6280) | | | $12,633.98 |
| 85 | OmniPlus Health Care LP x5235 | 10/08/2015 | | 10/08 Online ACH Payment 4985026811 To Brian Ski (_#####6280) | | | $128,124.10 |
| 86 | Pharms LLC x1228 | 10/13/2015 | | 10/13 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5915400286Es | | | $268,187.28 |
| 87 | Pharms LLC x1228 | 10/14/2015 | | 10/14 Online ACH Payment 4985289536 To Worth Medical Company LLC (_#####9708) | | | $40,170.03 |
| 88 | Pharms LLC x1228 | 10/21/2015 | | 10/21 Online ACH Payment 4985581013 To Brian Ski (_#####6280) | | | $200,000.00 |
| 89 | Pharms LLC x1228 | 11/13/2015 | | 11/13 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5352800317Es | | | $326,829.96 |
| 90 | Pharms LLC x1228 | 11/25/2015 | | 11/25 Online ACH Payment 4987385935 To Brian Ski (_#####6280) | | | $29,025.00 |
| 91 | Pharms LLC x1228 | 12/16/2015 | | 12/16 Transfer To Chk Xxxxx9708 | | | $319,342.34 |
| 92 | OmniPlus Pharmacy (AMP) x9550 | 12/31/2015 | | 12/31 Transfer To Chk Xxxxx6280 | | | $700,000.00 |
| 93 | Pharms LLC x1228 | 01/15/2016 | | 01/15 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 4207400015Es | | | $255,328.82 |
| 94 | OmniPlus Pharmacy (AMP) x9550 | 01/28/2016 | | 01/28 Online ACH Payment 4990445387 To Brian Ski (_#####6280) | | | $100,000.00 |
| 95 | Pharms LLC x1228 | 02/16/2016 | | 02/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5371100047Es | | | $203,717.29 |
| 96 | Pharms LLC x1228 | 02/23/2016 | | 02/23 Online ACH Payment 4991707989 To Brian Ski (_#####6280) | | | $100,000.00 |
| 97 | Pharms LLC x1228 | 03/15/2016 | | 03/15 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5203500075Es | | | $171,015.65 |
| 98 | Pharms LLC x1228 | 03/24/2016 | | 03/24 Online ACH Payment 4993270540 To Brian Ski (_#####6280) | | | $200,000.00 |
| 99 | Pharms LLC x1228 | 04/20/2016 | | 04/20 Online ACH Payment 4994716928 To Worth Medical Company LLC (_#####9708) | | | $107,080.15 |
| 100 | Pharms LLC x1228 | 04/21/2016 | | 04/21 Online ACH Payment 4994780407 To Brian Ski (_#####6280) | | | $100,000.00 |

# Payments to Brian Swiencinski and Worth Medical Company LLC Detail (Bank Records)
## January 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Swiencinski/Worth | Paid to Swiencinski/Worth |
|---|---|---|---|---|---|---|---|
| 101 | Pharms LLC x1228 | 04/27/2016 | | 04/27 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, Tx 752011860 Trn: 4950700118Es | | | $41,577.00 |
| 102 | Pharms LLC x1228 | 05/16/2016 | | 05/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, Tx 752011860 Trn: 5362600137Es | | | $68,170.38 |
| 103 | Pharms LLC x1228 | 05/23/2016 | | 05/23 Online ACH Payment 4996397772 To Worth Medical Company LLC (_#####9708) | | | $27,044.19 |
| 104 | Pharms LLC x1228 | 05/31/2016 | | 05/31 Transfer To Chk Xxxxx6280 | | | $100,000.00 |
| 105 | Pharms LLC x1228 | 06/15/2016 | | 06/15 Transfer To Chk Xxxxx9708 | | | $73,380.34 |
| 106 | Pharms LLC x1228 | 06/24/2016 | | 06/24 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 4949800176Es | | | $32,428.00 |
| 107 | Pharms LLC x1228 | 06/29/2016 | | 06/29 Online ACH Payment 4998348929 To Brian Ski (_#####6280) | | | $100,000.00 |
| 108 | Pharms LLC x1228 | 07/15/2016 | | 07/15 Online ACH Payment 4999312774 To Worth Medical Company LLC (_#####9708) | | | $189,276.70 |
| 109 | Pharms LLC x1228 | 07/28/2016 | | 07/28 Transfer To Chk Xxxxx6280 | | | $117,000.00 |
| 110 | Pharms LLC x1228 | 08/02/2016 | | 08/02 Online ACH Payment 5000201125 To Worth Medical Company LLC (_#####9708) | | | $20,770.00 |
| 111 | Worth Medical Company LLC x9708 | 08/15/2016 | | Pharms        Direct Dep        PPD ID: 9111111101 | | | $75,541.10 |
| 112 | Pharms LLC x1228 | 08/26/2016 | | 08/26 Transfer To Chk Xxxxx6280 | | | $117,000.00 |
| 113 | Pharms LLC x1228 | 09/01/2016 | | 09/01 Online Wire Transfer A/C: Worth Medical Company, LLC Dallas, TX 752011860 Trn: 4899500245Es | | | $41,483.00 |
| 114 | Worth Medical Company LLC x9708 | 09/15/2016 | | Pharms        Direct Dep        PPD ID: 9111111101 | | | $62,296.67 |
| 115 | Pharms LLC x1228 | 10/06/2016 | | 10/06 Online Wire Transfer A/C: Worth Medical Company, LLC Dallas, TX 752011860 Trn: 3964700280Es | | | $15,695.00 |
| 116 | Optiplus Healthcare LLC x1170 | 10/14/2016 | | 10/14 Online Wire Transfer A/C: Brian Swiencinski Swiencinskidallas, TX 752011860 Trn: 4471800288Es | | | $100,000.00 |
| 117 | Worth Medical Company LLC x9708 | 10/17/2016 | | Pharms        Direct Dep        PPD ID: 9111111101 | | | $49,505.43 |
| 118 | Pharms LLC x1228 | 10/27/2016 | | 10/27 Wire Transfer A/C: Brian Swiencinski Nidia Swiencinskidallas, TX 752011860 Trn: 4093440301Es | | | $800,000.00 |
| 119 | Pharms LLC x1228 | 11/03/2016 | | 11/03 Online Wire Transfer A/C: Worth Medical Company, LLC Dallas, TX 752011860 Trn: 4099700308Es | | | $20,575.00 |
| 120 | Optiplus Healthcare LLC x1170 | 11/09/2016 | | 11/09 Online Wire Transfer A/C: Brian Swiencinski Nidia Swiencinskidallas, TX 752011860 Trn: 4425400314Es | | | $200,000.00 |
| 121 | Worth Medical Company LLC x9708 | 11/15/2016 | | Pharms        Direct Dep        PPD ID: 9111111101 | | | $39,479.97 |
| 122 | Worth Medical Company LLC x9708 | 12/15/2016 | | Pharms        Direct Dep        PPD ID: 9111111101 | | | $34,644.86 |
| 123 | Pharms LLC x1228 | 12/16/2016 | | 12/16 Wire Transfer A/C: Brian Swiencinski Nidia Swiencinskidallas, TX 752011860 Trn: 4723100351Es | | | $400,000.00 |
| 124 | Pharms LLC x1228 | 12/16/2016 | | 12/16 Online Wire Transfer A/C: Worth Medical Company, LLC Dallas, TX 752011860 Trn: 4230700351Es | | | $11,885.11 |
| | | | | | Totals | -$120,000.00 | $32,131,061.41 |

Total Net Paid to Swiencinski and Worth   **$32,011,061.41**

# Payments to Brian Swiencinski and
# Worth Medical Company LLC Detail (ADP Records)
## January 2014 - December 2017

| Paid from | Year | Paid to | Amount |
|---|---|---|---|
| OmniPlus Pharmacy (AMP) | 2014 | Brian Swiencinski | $702,373.28 |
| Pharms LLC | 2015 | Brian Swiencinski | $1,557,701.75 |
| Pharms LLC | 2016 | Brian Swiencinski | $786,153.75 |
| Pharms LLC | 2017 | Brian Swiencinski | $59,076.89 |
| Pharms LLC | 2017 | Worth Medical Company | $46,976.89 |
| | | **Total** | **$3,152,282.56** |

GX35.007