# Scott Breimeister Payments
## July 2013 - December 2017

| Account | Date Range | Paid to Breimeister | Paid by Breimeister | Net Amount |
|---|---|---|---|---|
| Pharms LLC x1228 | 02/2014 - 12/2016 | $6,643,696.51 | -$5,000.00 | $6,638,696.51 |
| Pharms LLC x1228 (ADP W2s) | 01/2014 - 12/2017 | $3,276,839.47 | | $3,276,839.47 |
| OmniPlus Health Care LP x5235 | 07/2013 - 10/2015 | $1,207,725.97 | | $1,207,725.97 |
| Optiplus Healthcare LLC x1170 | 11/2014 - 12/2016 | $650,000.00 | -$173,758.00 | $476,242.00 |
| S&HT Acquisitions LLC x1758 | 02/2015 - 05/2015 | $87,500.00 | | $87,500.00 |
| OmniPlus Pharmacy (AMP) x9550 | 04/2014 - 03/2016 | $1,126,675.80 | -$1,200,245.67 | -$73,569.87 |
| **Total** | | **$12,992,437.75** | **-$1,379,003.67** | **$11,613,434.08** |

Scott Breimeister payments include payments to and from Sherfield Medical Advisors LLC, his individual accounts, and gross wages paid through ADP.

**GOVERNMENT EXHIBIT 37**
4:18-CR-368

Sources:
Pharms LLC JPMC x1228; ADP (Pharms LLC) RN 6PR W2s (2014-2017); Omniplus Health Care LP JPMC x5235; S&HT Acquisitions LLC JPMC x1758; Alternative Medicine and Pharmacy Inc. DBA Omni Plus Pharmacy JPMC x9550; Optiplus Healthcare LLC JPMC x1170; Sherfield Medical Advisors LLC Frost NB x7697; Scott Alan Breimeister Frost NB x0977 & AllegianceBank x9761

GX37.001

# Scott Breimeister Payments Detail (Bank Records)
## July 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo | Paid by Breimeister | Paid to Breimeister |
|---|---|---|---|---|---|---|---|
| 1 | OmniPlus Health Care LP x5235 | 07/02/2013 | 8248 | Scott Breimeister | Consulting Fees for Feb - Jun 2013 | | $25,000.00 |
| 2 | OmniPlus Health Care LP x5235 | 08/12/2013 | 8315 | Scott Breimeister | Consulting Fees | | $5,000.00 |
| 3 | OmniPlus Health Care LP x5235 | 09/13/2013 | 8383 | Scott A. Breimeister | Consulting Fees | | $5,000.00 |
| 4 | OmniPlus Health Care LP x5235 | 09/13/2013 | 8384 | Sherfield Medical Advisors, LLC | Sales Commission for August 2013 | | $87,549.77 |
| 5 | OmniPlus Health Care LP x5235 | 10/15/2013 | 8464 | Sherfield Medical Advisors, LLC | September 2013 Sales Commission | | $91,747.18 |
| 6 | OmniPlus Health Care LP x5235 | 10/16/2013 | 8472 | Scott Breimeister | Real Estate Consulting | | $5,000.00 |
| 7 | OmniPlus Health Care LP x5235 | 11/15/2013 | 8540 | Sherfield Medical Advisors, LLC | October 2013 Sales Commission | | $141,931.84 |
| 8 | OmniPlus Health Care LP x5235 | 11/15/2013 | 8539 | Scott A. Breimeister | Real Estate Consulting Fee | | $5,000.00 |
| 9 | OmniPlus Health Care LP x5235 | 12/16/2013 | 8600 | Scott A. Breimeister | Real Estate Consulting Fees | | $5,000.00 |
| 10 | OmniPlus Health Care LP x5235 | 12/16/2013 | 8601 | Sherfield Medical Advisors, LLC | Sales Commission for November 2013 | | $126,441.11 |
| 11 | OmniPlus Health Care LP x5235 | 01/13/2014 | 8666 | Scott A. Breimeister | Consulting Fees | | $5,000.00 |
| 12 | OmniPlus Health Care LP x5235 | 01/13/2014 | 8665 | Sherfield Medical Advisors, LLC | December 2013 Sales Commission | | $268,956.88 |
| 13 | Pharms LLC x1228 | 02/14/2014 | 1026 | Sherfield Medical Advisors, LLC | Sales Commission For January 2014 | | $273,796.27 |
| 14 | OmniPlus Health Care LP x5235 | 02/18/2014 | 8735 | Scott A. Breimeister | Consulting Fees | | $5,000.00 |
| 15 | Pharms LLC x1228 | 03/14/2014 | 1062 | Sherfield Medical Advisors, LLC | February 2014 Sales Commission | | $282,135.57 |
| 16 | OmniPlus Pharmacy (AMP) x9550 | 04/01/2014 | 1312 | Scott Breimeister | Consulting Bonus | | $100,000.00 |
| 17 | Pharms LLC x1228 | 04/15/2014 | 1099 | Sherfield Medical Advisors, LLC | Sales Commission for March 2014 | | $388,606.77 |
| 18 | OmniPlus Pharmacy (AMP) x9550 | 05/05/2014 | 1430 | Scott Breimeister | Consulting Fees | | $100,000.00 |
| 19 | Pharms LLC x1228 | 05/15/2014 | 1137 | Sherfield Medical Advisors, LLC | Sales Commission for April 2014 | | $445,409.96 |
| 20 | OmniPlus Pharmacy (AMP) x9550 | 06/04/2014 | 1515 | Scott Breimeister | Consulting Fees | | $100,000.00 |
| 21 | Pharms LLC x1228 | 06/16/2014 | 1183 | Sherfield Medical Advisors, LLC | Sales Commission for May 2014 | | $575,549.25 |
| 22 | OmniPlus Pharmacy (AMP) x9550 | 07/03/2014 | 1616 | Scott Breimeister | Dividend Distribution | | $100,000.00 |
| 23 | OmniPlus Pharmacy (AMP) x9550 | 07/09/2014 | | 07/09 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Imad 0709B1Q9c02C007830 Trn: 4395300190Es | | | $50,000.00 |
| 24 | Pharms LLC x1228 | 08/04/2014 | | 08/04 Online ACH Payment 4965464139 To Bres (_######9761) | | | $4,124.93 |
| 25 | OmniPlus Pharmacy (AMP) x9550 | 08/05/2014 | 1675 | Scott Breimeister | Dividend Distribution | | $100,000.00 |
| 26 | OmniPlus Pharmacy (AMP) x9550 | 08/05/2014 | | 08/05 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Ref: July 14 Bonus Imad: 0805B1Qgc01C002321 Trn: 3646000217Es | July 14 Bonus | | $75,000.00 |
| 27 | Pharms LLC x1228 | 08/18/2014 | 1231 | Scott Breimeister | July 2014 Bonus | | $50,273.36 |
| 28 | OmniPlus Pharmacy (AMP) x9550 | 09/02/2014 | 1743 | Scott Breimeister | Dividend Distribution for August 2014 | | $100,000.00 |
| 29 | OmniPlus Pharmacy (AMP) x9550 | 09/09/2014 | | 09/09 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Ref: August Bonus Imad: 0909B1Qgc08C015621 Trn: 4611000252Es | August Bonus | | $150,000.00 |
| 30 | Pharms LLC x1228 | 09/24/2014 | 1252 | Scott Breimeister | August 2014 | | $87,852.15 |
| 31 | OmniPlus Pharmacy (AMP) x9550 | 10/06/2014 | 1798 | Scott Breimeister | Dividend Distributions | | $100,000.00 |

GX37.002

# Scott Breimeister Payments Detail (Bank Records)
## July 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo | Paid by Breimeister | Paid to Breimeister |
|---|---|---|---|---|---|---|---|
| 32 | Pharms LLC x1228 | 10/17/2014 | 1265 | Sherfield Medical Advisors | September 2014 Sales Commission | | $60,514.00 |
| 33 | Optiplus Healthcare LLC x1170 | 11/05/2014 | 1052 | Scott Breimeister | Dividend Distributions | | $100,000.00 |
| 34 | Pharms LLC x1228 | 11/17/2014 | 1287 | Sherfield Medical Advisors | Sales Commission Payable | | $86,470.70 |
| 35 | OmniPlus Pharmacy (AMP) x9550 | 12/03/2014 | 6231 | Scott A Breimeister; AllegianceBank x9761 | | -$245.67 | |
| 36 | OmniPlus Pharmacy (AMP) x9550 | 12/05/2014 | 1936 | Scott Breimeister | | | $50,000.00 |
| 37 | Optiplus Healthcare LLC x1170 | 12/05/2014 | 1054 | Scott Breimeister | | | $350,000.00 |
| 38 | Pharms LLC x1228 | 12/16/2014 | 1309 | Sherfield Medical Advisors | Sales Commission for November 2014 | | $58,342.85 |
| 39 | Pharms LLC x1228 | 01/15/2015 | 1333 | Sherfield Medical Advisors, LLC | | | $51,008.24 |
| 40 | OmniPlus Health Care LP x5235 | 01/28/2015 | 9082 | Scott A. Breimeister | | | $118,750.00 |
| 41 | OmniPlus Health Care LP x5235 | 02/11/2015 | 9109 | Scott A. Breimeister | February's distribution | | $118,750.00 |
| 42 | S&HT Acquisitions LLC x1758 | 02/13/2015 | | 02/12 Online ACH Payment 4973834248 To Breimeister (_#####0977) | | | $50,000.00 |
| 43 | Optiplus Healthcare LLC x1170 | 02/17/2015 | | 02/17 Online ACH Payment 4973834673 To Breimeister (_#####0977) | | | $200,000.00 |
| 44 | Pharms LLC x1228 | 02/19/2015 | 1363 | Sherfield Medical Advisors, LLC | | | $19,882.30 |
| 45 | Pharms LLC x1228 | 03/16/2015 | 1376 | Sherfield Medical Advisors | FEB.2015 COMMSNS | | $13,670.87 |
| 46 | Pharms LLC x1228 | 03/26/2015 | | 03/26 Online ACH Payment 4975677737 To Breimeister (_#####0977) | | | $150,000.00 |
| 47 | Pharms LLC x1228 | 04/14/2015 | 1398 | Sherfield Medical Advisors | March Commissions | | $19,388.74 |
| 48 | S&HT Acquisitions LLC x1758 | 05/11/2015 | | 05/11 Online ACH Payment 4977739731 To Breimeister (_#####0977) | | | $37,500.00 |
| 49 | Pharms LLC x1228 | 05/19/2015 | 1431 | Sherfield Medical Advisors | | | $13,343.70 |
| 50 | Pharms LLC x1228 | 06/11/2015 | 1445 | Sherfield Medical Advisors | | | $12,638.76 |
| 51 | Pharms LLC x1228 | 07/13/2015 | 1466 | Sherfield Medical Advisors | | | $15,305.46 |
| 52 | Pharms LLC x1228 | 08/19/2015 | 1502 | Sherfield Medical Advisors | | | $9,462.59 |
| 53 | Pharms LLC x1228 | 09/01/2015 | | 09/01 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/15:22 Imad: 0901B1Qgc04C016083 Trn: 5290900244Es | | | $200,000.00 |
| 54 | Pharms LLC x1228 | 09/16/2015 | 50152 | Sherfield Medical Advisors LLC | | | $5,694.85 |
| 55 | OmniPlus Pharmacy (AMP) x9550 | 10/08/2015 | 2622 | Scott Breimeister | | | $1,675.80 |
| 56 | OmniPlus Health Care LP x5235 | 10/08/2015 | | 10/08 Online ACH Payment 4985025971 To Breimeister-Frost (_#####0977) | | | $12,633.98 |
| 57 | OmniPlus Health Care LP x5235 | 10/08/2015 | | 10/08 Online ACH Payment 4985026809 To Breimeister-Frost (_#####0977) | | | $180,965.21 |
| 58 | Pharms LLC x1228 | 10/16/2015 | 50165 | Sherfield Medical Advisors LLC | | | $12,199.16 |
| 59 | Pharms LLC x1228 | 10/21/2015 | | 10/21 Online ACH Payment 4985581012 To Breimeister-Frost (_#####0977) | | | $200,000.00 |
| 60 | Pharms LLC x1228 | 11/17/2015 | 50178 | Sherfield Medical Advisors LLC | | | $12,688.91 |
| 61 | Pharms LLC x1228 | 11/25/2015 | | 11/25 Online ACH Payment 4987385933 To Breimeister-Frost (_#####0977) | | | $29,025.00 |
| 62 | Pharms LLC x1228 | 12/16/2015 | 50187 | Sherfield Medical Advisors LLC | | | $12,341.17 |
| 63 | OmniPlus Pharmacy (AMP) x9550 | 01/28/2016 | | 01/28 Online ACH Payment 4990445385 To Breimeister-Frost (_#####0977) | | | $100,000.00 |

GX37.003

# Scott Breimeister Payments Detail (Bank Records)
## July 2013 - December 2016

| No. | Account | Posted Date | Check Number | Description | Memo | Paid by Breimeister | Paid to Breimeister |
|---|---|---|---|---|---|---|---|
| 64 | Pharms LLC x1228 | 02/01/2016 | | 02/01 Online ACH Payment 4990613319 To Breimeister-Allegiance (_######9761) | | | $3,970.95 |
| 65 | Pharms LLC x1228 | 02/19/2016 | 1101 | Scott Alan Breimeister; Frost NB x0977 | KREMCO Escrow Deposit Repay | -$5,000.00 | |
| 66 | Pharms LLC x1228 | 02/19/2016 | | 02/19 Online Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Houston Tx 77018 US Ref:/Time/16:38 Imad: 0219B1Qgc06C011705 Trn: 4907200050Es | | | $100,000.00 |
| 67 | Pharms LLC x1228 | 02/23/2016 | | 02/23 Online ACH Payment 4991707988 To Breimeister-Frost (_#####0977) | | | $100,000.00 |
| 68 | Pharms LLC x1228 | 03/08/2016 | 1707 | Sherfield Medical Advisors | Commissions | | $25,000.00 |
| 69 | OmniPlus Pharmacy (AMP) x9550 | 03/11/2016 | | Fedwire Credit Via: Frost Bank/114000093 B/O: Scott Alan Breimeister Houston TX 77018 Ref: Chase Nyc/Ctr/Bnf=Alternative Medicine And Pharmacy Houston, TX 770029 765/Ac-000000002328 Rfb=O/B Frost B Ank Obi=Loan Repayment To Brian Imad: 0311K4QIa01C001851 Trn: 5851509071FI | Loan Repayment to Brian | -$1,200,000.00 | |
| 70 | Pharms LLC x1228 | 03/15/2016 | | 03/15 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/16:05 Imad: 0315B1Qgc07C004469 Trn: 4489200075Es | | | $1,200,000.00 |
| 71 | Pharms LLC x1228 | 03/24/2016 | | 03/24 Online ACH Payment 4993270538 To Breimeister-Frost (_#####0977) | | | $200,000.00 |
| 72 | Pharms LLC x1228 | 04/21/2016 | | 04/21 Online ACH Payment 4994780406 To Breimeister-Frost (_#####0977) | | | $100,000.00 |
| 73 | Pharms LLC x1228 | 05/31/2016 | | 05/31 Online ACH Payment 4996770426 To Breimeister-Frost (_#####0977) | | | $100,000.00 |
| 74 | Pharms LLC x1228 | 05/31/2016 | | 05/31 Online ACH Payment 4996770166 To Breimeister-Frost (_#####0977) | | | $200,000.00 |
| 75 | Pharms LLC x1228 | 06/29/2016 | | 06/29 Online ACH Payment 4998348927 To Breimeister-Frost (_#####0977) | | | $100,000.00 |
| 76 | Pharms LLC x1228 | 07/28/2016 | | 07/28 Online ACH Payment 4999905742 To Breimeister-Frost (_#####0977) | | | $112,500.00 |
| 77 | Pharms LLC x1228 | 08/26/2016 | | 08/26 Online ACH Payment 5001455542 To Breimeister-Frost (_#####0977) | | | $112,500.00 |
| 78 | Pharms LLC x1228 | 10/27/2016 | | 10/27 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/13:02 Imad: 1027B1Qgc01C015338 Trn: 4085000301Es | | | $800,000.00 |
| 79 | Optiplus Healthcare LLC x1170 | 12/05/2016 | 1122 | Scott Alan Breimeister; Frost NB x0977 | Prin. $163,923 Int. $9835 | -$173,758.00 | |
| 80 | Pharms LLC x1228 | 12/16/2016 | | 12/16 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/13:38 Imad: 1216B1Qgc06C013422 Trn: 4733300351Es | | | $400,000.00 |
| | | | | | Totals | -$1,379,003.67 | $9,715,598.28 |
| | | | | | Net Total Paid to Breimeister | | $8,336,594.61 |

GX37.004

# Scott Breimeister Payments Detail (ADP W2 Records)
## January 2014 - December 2017

| Paid from | Year | Paid to | Amount |
|---|---|---|---|
| Pharms LLC | 2014 | Scott Breimeister | $705,168.10 |
| Pharms LLC | 2015 | Scott Breimeister | $1,811,819.06 |
| Pharms LLC | 2016 | Scott Breimeister | $712,590.78 |
| Pharms LLC | 2017 | Scott Breimeister | $47,261.53 |
|  |  | Total | $3,276,839.47 |