# Vladimir Redko Payments
## January 2013 - September 2016

| Account | Date Range | Paid to Redko | Paid by Redko | Net Amount |
|---|---|---|---|---|
| OmniPlus Pharmacy (AMP) x9550 | 09/2013 - 11/2015 | $10,678,566.43 | -$1,592,282.12 | $9,086,284.31 |
| Omniplus Health Care LP x5235[1] | 01/2013 - 10/2015 | $2,626,863.53 | -$352,385.45 | $2,274,478.08 |
| Pharms LLC x1228 | 07/2013 - 09/2016 | $646,800.00 | -$120,000.00 | $526,800.00 |
| S&HT Acquisitions LLC x1758 | 05/2015 - 05/2015 | $150,000.00 | | $150,000.00 |
| Optiplus Healthcare LLC x1170 | 01/2013 - 06/2014 | $500.00 | -$300.00 | $200.00 |
| Omni One Med Pharmacy Services LLC x5945 | 05/2014 - 05/2014 | | -$500.00 | -$500.00 |
| **Total** | | **$14,102,729.96** | **-$2,065,467.57** | **$12,037,262.39** |

[1] Thirteen payments totaling $17,040.08 that were paid from Pain & Health Management Center PA to Omniplus Health Care LP, between January 2013 and September 2013, are not included in the table above.

**GOVERNMENT EXHIBIT 38** 4:18-CR-368

**Sources:**
Alternative Medicine and Pharmacy Inc. DBA OmniPlus Pharmacy JPMC x9550; OmniPlus Health Care LP JPMC x5235; Pharms LLC JPMC x1228; S&HT Acquisitions LLC JPMC x1758; Optiplus Healthcare LLC JPMC x1170; Omni One Med Pharmacy Services LLC IBC x5945; Vladimir Redko JPMC x7388; Vladimir Redko, MD PA JPMC x9108; Pain & Health Management Center PA JPMC x8842

GX38.001

# Vladimir Redko Payments Detail
## January 2013 - September 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Redko | Paid to Redko |
|---|---|---|---|---|---|---|---|
| 1 | Omniplus Health Care LP x5235 | 01/04/2013 | | Transfer from CHK XXXXXXX9108 | | -$5,000.00 | |
| 2 | Omniplus Health Care LP x5235 | 01/07/2013 | | Online Transfer from CHK ...9108 transaction#: 3051829416 | | -$4,000.00 | |
| 3 | Omniplus Health Care LP x5235 | 01/09/2013 | | Online Transfer from CHK ...9108 transaction#: 3055059201 | | -$17,500.00 | |
| 4 | Omniplus Health Care LP x5235 | 01/17/2013 | | Online Transfer from CHK ...9108 transaction#: 3068685493 | | -$1,600.00 | |
| 5 | Omniplus Health Care LP x5235 | 01/17/2013 | | Online Transfer From Chk ...9108 Transaction#: 3068758961 | | -$500.00 | |
| 6 | Omniplus Health Care LP x5235 | 01/22/2013 | | Online Transfer from CHK ...9108 transaction#: 3074632364 | | -$3,800.00 | |
| 7 | Omniplus Health Care LP x5235 | 01/23/2013 | | Online Transfer from CHK ...9108 transaction#: 3077400162 | | -$4,000.00 | |
| 8 | Omniplus Health Care LP x5235 | 01/28/2013 | | Online Transfer from CHK ...9108 transaction#: 3085144614 | | -$1,500.00 | |
| 9 | Optiplus Healthcare LLC x1170 | 01/28/2013 | | Online Transfer From Chk ...9108 Transaction#: 3085273145 | | -$300.00 | |
| 10 | Omniplus Health Care LP x5235 | 02/04/2013 | | Online Transfer from CHK ...9108 transaction#: 3098721577 | | -$10,700.00 | |
| 11 | Omniplus Health Care LP x5235 | 02/06/2013 | | Online Transfer to CHK ...9108 transaction#: 3102235325 | | | $419.00 |
| 12 | Omniplus Health Care LP x5235 | 02/19/2013 | | Online Transfer from CHK ...9108 transaction#: 3122352121 | | -$9,300.00 | |
| 13 | Omniplus Health Care LP x5235 | 02/20/2013 | | Online Transfer to CHK ...9108 transaction#: 3125567715 | | | $510.29 |
| 14 | Omniplus Health Care LP x5235 | 02/28/2013 | | Online Transfer from CHK ...9108 transaction#: 3139712242 | | -$30,000.00 | |
| 15 | Omniplus Health Care LP x5235 | 03/04/2013 | | Online Transfer from CHK ...9108 transaction#: 3148363335 | | -$9,560.00 | |
| 16 | Omniplus Health Care LP x5235 | 03/06/2013 | | Online Transfer from CHK ...9108 transaction#: 3151360285 | | -$2,000.00 | |
| 17 | Omniplus Health Care LP x5235 | 03/11/2013 | | Online Transfer from CHK ...9108 transaction#: 3160304815 | | -$5,000.00 | |
| 18 | Omniplus Health Care LP x5235 | 03/14/2013 | | Online Transfer from CHK ...9108 transaction#: 3165377458 | | -$1,100.00 | |
| 19 | Omniplus Health Care LP x5235 | 03/20/2013 | | Online Transfer from CHK ...9108 transaction#: 3175480187 | | -$13,500.00 | |
| 20 | Omniplus Health Care LP x5235 | 03/28/2013 | 1326 | Vladimir Redko, M.D., P.A.; JPMC x9108 | | -$2,321.92 | |
| 21 | Omniplus Health Care LP x5235 | 04/01/2013 | | Online Transfer from CHK ...9108 transaction#: 3195864549 | | -$8,000.00 | |
| 22 | Omniplus Health Care LP x5235 | 04/08/2013 | | Online Transfer from CHK ...9108 transaction#: 3208638393 | | -$1,700.00 | |
| 23 | Omniplus Health Care LP x5235 | 04/08/2013 | | Online Transfer from CHK ...9108 transaction#: 3207933529 | | -$9,500.00 | |
| 24 | Omniplus Health Care LP x5235 | 04/19/2013 | | Online Transfer from CHK ...9108 transaction#: 3228080646 | | -$600.00 | |
| 25 | Omniplus Health Care LP x5235 | 04/29/2013 | | Online Transfer from CHK ...9108 transaction#: 3243285768 | | -$10,300.00 | |
| 26 | Omniplus Health Care LP x5235 | 05/01/2013 | | Online Transfer to CHK ...9108 transaction#: 3247726543 | | | $946.71 |
| 27 | Omniplus Health Care LP x5235 | 06/03/2013 | | Online Transfer to CHK ...9108 transaction#: 3303746221 | | | $437.69 |
| 28 | Omniplus Health Care LP x5235 | 06/17/2013 | | Online Transfer to CHK ...9108 transaction#: 3328009858 | | | $700.40 |
| 29 | Pharms LLC x1228 | 07/05/2013 | 2767 | Vladimir Redko, M.D.; JPMC x7388 | shares purchase | -$120,000.00 | |
| 30 | Omniplus Health Care LP x5235 | 07/17/2013 | | Online Transfer to CHK ...9108 transaction#: 3379276996 | | | $411.33 |
| 31 | Omniplus Health Care LP x5235 | 08/09/2013 | 8329 | Vladimir Redko, M.D. | Dividend Distribution | | $200,000.00 |
| 32 | Omniplus Health Care LP x5235 | 09/06/2013 | | Online Transfer to CHK ...9108 transaction#: 3468439000 | | | $409.42 |
| 33 | Omniplus Health Care LP x5235 | 09/19/2013 | 8405 | Vladimir Redko, M.D. | Dividend Distribution | | $350,000.00 |
| 34 | OmniPlus Pharmacy (AMP) x9550 | 09/19/2013 | 1027 | Vladimir Redko, MD | Dividend Distribution | | $50,000.00 |
| 35 | Omniplus Health Care LP x5235 | 10/09/2013 | | Online Transfer from CHK ...9108 transaction#: 3525473877 | | -$500.00 | |
| 36 | Omniplus Health Care LP x5235 | 10/16/2013 | 1544 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Medical Supplies Expense | -$17,618.80 | |
| 37 | Omniplus Health Care LP x5235 | 10/21/2013 | 8480 | Vladimir Redko, M.D. | Dividend Distribution | | $300,000.00 |
| 38 | OmniPlus Pharmacy (AMP) x9550 | 10/21/2013 | 1066 | Vladimir Redko, MD | Dividend Distribution | | $200,000.00 |
| 39 | Omniplus Health Care LP x5235 | 11/05/2013 | | Online Transfer from CHK ...9108 transaction#: 3572996100 | | -$250.00 | |
| 40 | Omniplus Health Care LP x5235 | 11/26/2013 | 8565 | Vladimir Redko, M.D. | Dividend Distribution | | $100,000.00 |
| 41 | OmniPlus Pharmacy (AMP) x9550 | 11/26/2013 | 1112 | Vladimir Redko, MD | Dividend Distribution | | $500,000.00 |
| 42 | Omniplus Health Care LP x5235 | 12/30/2013 | 8643 | Vladimir Redko, M.D. | Dividend Distribution | | $600,000.00 |

# Vladimir Redko Payments Detail
## January 2013 - September 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Redko | Paid to Redko |
|---|---|---|---|---|---|---|---|
| 43 | Omniplus Health Care LP x5235 | 01/15/2014 | 1651 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Medical Supplies Expense | -$29,505.00 | |
| 44 | Omniplus Health Care LP x5235 | 01/27/2014 | 8714 | Vladimir Redko, M.D. | Dividend Distribution | | $100,000.00 |
| 45 | OmniPlus Pharmacy (AMP) x9550 | 01/27/2014 | 1191 | Vladimir Redko, MD | Dividend Distribution | | $500,000.00 |
| 46 | Omniplus Health Care LP x5235 | 02/27/2014 | 8767 | Vladimir Redko, M.D. | Dividend Distribution | | $100,000.00 |
| 47 | OmniPlus Pharmacy (AMP) x9550 | 02/27/2014 | 1256 | Vladimir Redko, MD | Dividend Distribution | | $500,000.00 |
| 48 | OmniPlus Pharmacy (AMP) x9550 | 03/17/2014 | 1717 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Medical Supplies Expense | -$12,282.12 | |
| 49 | Omniplus Health Care LP x5235 | 03/31/2014 | 8798 | Vladimir Redko, M.D. | Dividend Distribution | | $100,000.00 |
| 50 | OmniPlus Pharmacy (AMP) x9550 | 03/31/2014 | 1311 | Vladimir Redko, MD | Dividend Distribution | | $500,000.00 |
| 51 | Omniplus Health Care LP x5235 | 04/08/2014 | 1747 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Medical Supply Expense | -$15,117.12 | |
| 52 | Omniplus Health Care LP x5235 | 04/08/2014 | 1754 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Medical Supplies Expense | -$19,923.72 | |
| 53 | Omniplus Health Care LP x5235 | 04/30/2014 | 8837 | Vladimir Redko, M.D. | Dividend Distribution | | $100,000.00 |
| 54 | OmniPlus Pharmacy (AMP) x9550 | 04/30/2014 | 1411 | Vladimir Redko, MD | Dividend Distribution | | $500,000.00 |
| 55 | OmniPlus Pharmacy (AMP) x9550 | 05/30/2014 | 1509 | Vladimir Redko, MD | Dividend Distribution | | $600,000.00 |
| 56 | Optiplus Healthcare LLC x1170 | 05/30/2014 | | 05/30 Online Transfer To Chk ...9108 Transaction#: 3949989734 | | | $300.00 |
| 57 | Omni One Med Pharmacy Services LLC x5945 | 05/30/2014 | | Incoming Wire 1288 VLADIMIR REDKO MD PA | | -$500.00 | |
| 58 | Omniplus Health Care LP x5235 | 06/02/2014 | | Online Transfer from CHK ...9108 transaction#: 3955566439 | | -$250.00 | |
| 59 | Optiplus Healthcare LLC x1170 | 06/02/2014 | | 06/02 Online Transfer To Chk ...9108 Transaction#: 3955754668 | | | $200.00 |
| 60 | Omniplus Health Care LP x5235 | 06/10/2014 | 8873 | Vladimir Redko, M.D., P.A. | Refund for Duplicate Payments | | $1,085.40 |
| 61 | OmniPlus Pharmacy (AMP) x9550 | 07/03/2014 | 1617 | Vladimir Redko, MD | Dividend Distribution | | $700,000.00 |
| 62 | Omniplus Health Care LP x5235 | 07/07/2014 | 1841 | Vladimir Redko, M.D., P.A.; JPMC x9108 | | -$14,745.59 | |
| 63 | OmniPlus Pharmacy (AMP) x9550 | 07/09/2014 | | 07/09 Book Transfer Debit A/C: Vladimir Redko Houslon, TX 770247518 Ref : Amp June'14 Bonus Trn: 4420600190Es | Amp June'14 Bonus | | $52,000.00 |
| 64 | Omniplus Health Care LP x5235 | 07/29/2014 | 8913 | Vladimir Redko, M.D., P.A. | Duplicate Payments | | $1,235.20 |
| 65 | OmniPlus Pharmacy (AMP) x9550 | 08/01/2014 | 1676 | Vladimir Redko, MD | Dividend Distribution | | $700,000.00 |
| 66 | Omniplus Health Care LP x5235 | 08/11/2014 | 1858 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Medical Supplies Expense | -$26,383.68 | |
| 67 | OmniPlus Pharmacy (AMP) x9550 | 08/21/2014 | 1716 | Vladimir Redko, MD | July 2014 Bonus | | $52,000.00 |
| 68 | OmniPlus Pharmacy (AMP) x9550 | 09/02/2014 | 1741 | Vladimir Redko, MD | Dividend Distribution for August 2014 | | $700,000.00 |
| 69 | OmniPlus Pharmacy (AMP) x9550 | 09/09/2014 | | 09/09 Book Transfer Debit A/C: Vladimir Redko Houston, TX 770247518 Ref: August Bonus Trn: 4621500252Es | August Bonus | | $75,000.00 |
| 70 | Omniplus Health Care LP x5235 | 09/29/2014 | 1895 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Medical Supplies Expense | -$15,592.75 | |
| 71 | OmniPlus Pharmacy (AMP) x9550 | 10/06/2014 | 1799 | Vladimir Redko, MD | Dividend Distributions | | $400,000.00 |
| 72 | Pharms LLC x1228 | 10/16/2014 | 1266 | Vladimir Redko, MD | Consulting Fees | | $48,000.00 |
| 73 | Omniplus Health Care LP x5235 | 11/13/2014 | 1915 | Vladimir Redko, M.D., P.A.; JPMC x9108 | | -$24,458.09 | |
| 74 | Pharms LLC x1228 | 12/03/2014 | 1300 | Vladimir Redko, MD | | | $24,000.00 |
| 75 | OmniPlus Pharmacy (AMP) x9550 | 12/05/2014 | 1934 | Vladimir Redko, MD | | | $200,000.00 |
| 76 | OmniPlus Pharmacy (AMP) x9550 | 12/23/2014 | 3033 | Vladimir Redko, M.D.; JPMC x7388 | | -$1,580,000.00 | |
| 77 | Omniplus Health Care LP x5235 | 01/21/2015 | 1991 | Vladimir Redko, M.D., P.A.; JPMC x9108 | | -$9,039.78 | |

# Vladimir Redko Payments Detail
## January 2013 - September 2016

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by Redko | Paid to Redko |
|---|---|---|---|---|---|---|---|
| 78 | Omniplus Health Care LP x5235 | 01/28/2015 | | 01/28 Online ACH Payment 4973092664 To V Redko (_######7388) | | | $118,750.00 |
| 79 | Omniplus Health Care LP x5235 | 02/11/2015 | | 02/11 Online ACH Payment 4973755370 To V Redko (_######7388) | | | $118,750.00 |
| 80 | Pharms LLC x1228 | 02/13/2015 | | 02/12 Online ACH Payment 4973834249 To V Redko (_######7388) | | | $250,000.00 |
| 81 | Omniplus Health Care LP x5235 | 02/18/2015 | 1998 | Vladimir Redko, M.D., P.A.; JPMC x9108 | | -$26,342.90 | |
| 82 | OmniPlus Pharmacy (AMP) x9550 | 04/13/2015 | | 04/13 Wire Transfer A/C: Vladimir Redko Houston, TX 770247518 Trn: 4900400100Es | | | $1,000,000.00 |
| 83 | Pharms LLC x1228 | 04/27/2015 | | 04/27 Online ACH Payment 4977111747 To Vladimir Redko MD, PA (_#######9108) | | | $125,000.00 |
| 84 | S&HT Acquisitions LLC x1758 | 05/11/2015 | | 05/11 Online ACH Payment 4977739734 To V Redko (_######7388) | | | $150,000.00 |
| 85 | Omniplus Health Care LP x5235 | 06/11/2015 | 2090 | Vladimir Redko, M.D., P.A.; JPMC x9108 | Botox 100 IU | -$1,176.10 | |
| 86 | Pharms LLC x1228 | 07/20/2015 | 1468 | Dr. Vladimir Redko | | | $125,000.00 |
| 87 | OmniPlus Pharmacy (AMP) x9550 | 09/01/2015 | | 09/01 Transfer To Chk Xxxxxx7388 | | | $2,000,000.00 |
| 88 | Pharms LLC x1228 | 09/14/2015 | | 09/14 Online ACH Payment 4983713072 To V Redko (_######7388) | | | $7,000.00 |
| 89 | Omniplus Health Care LP x5235 | 10/08/2015 | | 10/08 Online ACH Payment 4985025973 To V Redko (_######7388) | | | $40,648.98 |
| 90 | Omniplus Health Care LP x5235 | 10/09/2015 | | 10/09 Transfer To Chk Xxxxxx7388 | | | $392,559.11 |
| 91 | Pharms LLC x1228 | 10/19/2015 | | 10/19 Online ACH Payment 4985472224 To Vladimir Redko MD, PA (_#######9108) | | | $8,000.00 |
| 92 | OmniPlus Pharmacy (AMP) x9550 | 11/23/2015 | | 11/23 Transfer To Chk Xxxxxx7388 | | | $1,449,566.43 |
| 93 | Pharms LLC x1228 | 12/31/2015 | 1618 | Vladimir Redko, M.D.,P.A. | | | $10,000.00 |
| 94 | Pharms LLC x1228 | 02/19/2016 | 1668 | Vladimir Redko, M.D.,P.A. | | | $20,000.00 |
| 95 | Pharms LLC x1228 | 04/01/2016 | 1732 | Vladimir Redko, M.D.,P.A. | March Consulting Fees | | $11,300.00 |
| 96 | Pharms LLC x1228 | 06/16/2016 | | 06/16 Online ACH Payment 4997723446 To Vladimir Redko MD, PA (_#######9108) | | | $7,500.00 |
| 97 | Pharms LLC x1228 | 08/19/2016 | | 08/19 Online ACH Payment 5001068765 To Vladimir Redko MD, PA (_#######9108) | | | $7,000.00 |
| 98 | Pharms LLC x1228 | 09/30/2016 | | 09/30 Online ACH Payment 5003191815 To Vladimir Redko MD, PA (_#######9108) | | | $4,000.00 |
| | | | | | Totals | -$2,065,467.57 | $14,102,729.96 |
| | | | | | Net Total Paid to Redko | | $12,037,262.39 |