# Payments to Christopher Ince from Worth Medical Company LLC and Brian Swiencinski

January 2013 - November 2016

| Account | Amount |
| --- | --- |
| Worth Medical Company LLC x9708 | $721,601 |
| Brian Swiencinski x6280 | $425,812 |
| **Total** | **$1,147,413** |

GOVERNMENT
EXHIBIT
**39**
4:18-CR-368

Sources:
Worth Medical Company LLC JPMC x9708; Brian Swiencinski Nidia Martinez JTWROS JPMC x6280
GX39.001

# Payments to Christopher Ince from
# Worth Medical Company LLC and Brian Swiencinski Detail
January 2013 - November 2016

| No. | Account | Posted Date | Description | Ref | Amount Paid to Ince |
|---|---|---|---|---|---|
| 1 | Worth Medical Company LLC x9708 | 01/23/2013 | 01/23 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To Dr. Ince Trn: 3663700023Es | Dec | $28,080.00 |
| 2 | Worth Medical Company LLC x9708 | 02/05/2013 | 02/05 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To Dr. Ince Trn: 3493300036Es | Dec | $12,500.00 |
| 3 | Worth Medical Company LLC x9708 | 02/13/2013 | 02/13 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To Dr. Ince Trn: 3539100044Es | Dec | $12,500.00 |
| 4 | Worth Medical Company LLC x9708 | 02/20/2013 | 02/20 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 3380000051Es | Dec | $8,500.00 |
| 5 | Worth Medical Company LLC x9708 | 03/12/2013 | 03/12 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 3560300071Es | Dec | $12,500.00 |
| 6 | Worth Medical Company LLC x9708 | 03/21/2013 | 03/21 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Loan-/Bnf/Transfer To Dr. Ince Trn: 3094200080Es | Loan- | $23,500.00 |
| 7 | Worth Medical Company LLC x9708 | 04/03/2013 | 04/03 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3439900093Es | Dec | $12,500.00 |
| 8 | Worth Medical Company LLC x9708 | 04/15/2013 | 04/15 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 4973500105Es | Dec | $18,500.00 |
| 9 | Worth Medical Company LLC x9708 | 05/01/2013 | 05/01 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3850500121Es | Dec | $12,500.00 |
| 10 | Worth Medical Company LLC x9708 | 05/08/2013 | 05/08 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: April/Bnf/Transfer To DR. Ince Trn: 3411900128Es | April | $12,500.00 |
| 11 | Worth Medical Company LLC x9708 | 05/20/2013 | 05/20 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3250900140Es | Dec | $12,500.00 |
| 12 | Worth Medical Company LLC x9708 | 06/07/2013 | 06/07 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 4195300158Es | Dec | $12,500.00 |
| 13 | Worth Medical Company LLC x9708 | 06/13/2013 | 06/13 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: May/Bnf/Transfer To DR. Ince Trn: 3458700164Es | May | $12,500.00 |
| 14 | Worth Medical Company LLC x9708 | 06/20/2013 | 06/20 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3393500171Es | Dec | $13,500.00 |
| 15 | Worth Medical Company LLC x9708 | 07/16/2013 | 07/16 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3223000197Es | Dec | $15,000.00 |
| 16 | Worth Medical Company LLC x9708 | 07/19/2013 | 07/19 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3723600200Es | Dec | $12,500.00 |

# Payments to Christopher Ince from
# Worth Medical Company LLC and Brian Swiencinski Detail
January 2013 - November 2016

| No. | Account | Posted Date | Description | Ref | Amount Paid to Ince |
|---|---|---|---|---|---|
| 17 | Worth Medical Company LLC x9708 | 07/25/2013 | 07/25 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: June/Bnf/Transfer To DR. Ince Trn: 3414900206Es | June | $12,500.00 |
| 18 | Worth Medical Company LLC x9708 | 08/14/2013 | 08/14 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3199700226Es | Dec | $15,000.00 |
| 19 | Worth Medical Company LLC x9708 | 08/21/2013 | 08/21 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3361000233Es | Dec | $12,500.00 |
| 20 | Worth Medical Company LLC x9708 | 08/30/2013 | 08/30 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: July/Bnf/Transfer To DR. Ince Trn: 4005200242Es | July | $3,100.00 |
| 21 | Worth Medical Company LLC x9708 | 09/16/2013 | 09/16 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Aug/Bnf/Transfer To DR. Ince Trn: 3364200259Es | Aug | $15,000.00 |
| 22 | Worth Medical Company LLC x9708 | 09/24/2013 | 09/24 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Aug/Bnf/Transfer To DR. Ince Trn: 3847800267Es | Aug | $15,000.00 |
| 23 | Worth Medical Company LLC x9708 | 10/02/2013 | 10/02 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Oct/Bnf/Transfer To DR. Ince Trn: 3721200275Es | Oct | $12,500.00 |
| 24 | Worth Medical Company LLC x9708 | 10/15/2013 | 10/15 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3649900288Es | Dec | $15,000.00 |
| 25 | Worth Medical Company LLC x9708 | 10/28/2013 | 10/28 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3961600301Es | Dec | $12,500.00 |
| 26 | Worth Medical Company LLC x9708 | 11/13/2013 | 11/13 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 3137400317Es | Dec | $20,000.00 |
| 27 | Worth Medical Company LLC x9708 | 11/13/2013 | 11/13 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3456800317Es | Dec | $15,000.00 |
| 28 | Worth Medical Company LLC x9708 | 11/27/2013 | 11/27 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3860400331Es | Dec | $5,000.00 |
| 29 | Worth Medical Company LLC x9708 | 12/12/2013 | 12/12 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3381100346Es | Dec | $15,000.00 |
| 30 | Worth Medical Company LLC x9708 | 12/26/2013 | 12/26 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3455600360Es | Dec | $15,000.00 |
| 31 | Worth Medical Company LLC x9708 | 01/02/2014 | 01/02 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3539700002Es | Dec | $15,000.00 |
| 32 | Worth Medical Company LLC x9708 | 01/16/2014 | 01/16 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3218900016Es | Dec | $15,000.00 |

# Payments to Christopher Ince from
# Worth Medical Company LLC and Brian Swiencinski Detail
## January 2013 - November 2016

| No. | Account | Posted Date | Description | Ref | Amount Paid to Ince |
|---|---|---|---|---|---|
| 33 | Worth Medical Company LLC x9708 | 01/22/2014 | 01/22 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3391500022Es | Dec | $10,000.00 |
| 34 | Brian Swiencinski x6280 | 02/06/2014 | Book Transfer Debit A/C Christopher Ince Dallas, TX 752011852 Ref: Jan/Bnf/Transfer To DR. Ince Trn: 3373500037Es | Jan | $10,000.00 |
| 35 | Worth Medical Company LLC x9708 | 03/10/2014 | 03/10 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3921200069Es | Dec | $15,000.00 |
| 36 | Worth Medical Company LLC x9708 | 03/20/2014 | 03/20 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: February/Bnf/Transfer To DR. Ince Trn: 4059400079Es | February | $15,000.00 |
| 37 | Brian Swiencinski x6280 | 03/26/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Feb/Bnf/Transfer To DR. Ince Trn: 3907000085Es | Feb | $4,000.00 |
| 38 | Brian Swiencinski x6280 | 04/03/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: March/Bnf/Transter To DR. Ince Trn: 3266300093Es | March | $15,000.00 |
| 39 | Brian Swiencinski x6280 | 04/11/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3405100101Es | Dec | $15,000.00 |
| 40 | Worth Medical Company LLC x9708 | 04/23/2014 | 04/23 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 4392300113Es | Dec | $9,800.00 |
| 41 | Worth Medical Company LLC x9708 | 05/05/2014 | 05/05 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3570500125Es | Dec | $20,000.00 |
| 42 | Worth Medical Company LLC x9708 | 05/12/2014 | 05/12 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: April/Bnf/Transfer To DR. Ince Trn: 3387600132Es | April | $22,100.00 |
| 43 | Brian Swiencinski x6280 | 06/02/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 4158700153Es | Dec | $20,000.00 |
| 44 | Brian Swiencinski x6280 | 06/12/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 4338400163Es | Dec | $21,780.00 |
| 45 | Brian Swiencinski x6280 | 07/03/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3673800184Es | Dec | $20,000.00 |
| 46 | Brian Swiencinski x6280 | 07/17/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3614580198Es | Dec | $21,000.00 |
| 47 | Brian Swiencinski x6280 | 08/04/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Loan/Bnf/Transfer To DR. Ince Trn: 4019700216Es | Loan | $20,000.00 |
| 48 | Brian Swiencinski x6280 | 08/18/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3776800230Es | Dec | $20,125.00 |

# Payments to Christopher Ince from
# Worth Medical Company LLC and Brian Swiencinski Detail
January 2013 - November 2016

| No. | Account | Posted Date | Description | Ref | Amount Paid to Ince |
|---|---|---|---|---|---|
| 49 | Brian Swiencinski x6280 | 09/05/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 4472700248Es | Dec | $20,000.00 |
| 50 | Brian Swiencinski x6280 | 09/26/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3516900269Es | Dec | $17,200.00 |
| 51 | Brian Swiencinski x6280 | 10/02/2014 | Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3691200275Es | Dec | $20,000.00 |
| 52 | Worth Medical Company LLC x9708 | 10/17/2014 | 10/17 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3447900290Es | Dec | $14,880.00 |
| 53 | Worth Medical Company LLC x9708 | 11/03/2014 | 11/03 Book Transfer Debit A/C: Christopher Ince Dallas, TX 752011852 Ref: Oct/Bnf/Transfer To DR. Ince Trn: 4089100307Es | Oct | $20,000.00 |
| 54 | Brian Swiencinski x6280 | 11/20/2014 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref Dec/Bnf/Transfer To DR. Ince Trn: 4588500311Es | Dec | $15,800.00 |
| 55 | Brian Swiencinski x6280 | 12/12/2014 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3740000346Es | Dec | $20,000.00 |
| 56 | Brian Swiencinski x6280 | 01/12/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3306700012Es | Dec | $23,500.00 |
| 57 | Brian Swiencinski x6280 | 01/28/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 4321300028Es | Dec | $3,478.00 |
| 58 | Brian Swiencinski x6280 | 02/17/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref Dec/Bnf/Transfer To DR. Ince Trn: 4535800048Es | Dec | $18,790.00 |
| 59 | Brian Swiencinski x6280 | 03/19/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 3773700078Es | Dec | $17,341.00 |
| 60 | Worth Medical Company LLC x9708 | 04/14/2015 | 04/14 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3701500104Es | Dec | $24,133.00 |
| 61 | Worth Medical Company LLC x9708 | 05/18/2015 | 05/18 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3744000138Es | Dec | $22,545.00 |
| 62 | Worth Medical Company LLC x9708 | 06/15/2015 | 06/15 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 4043900166Es | Dec | $23,122.00 |
| 63 | Brian Swiencinski x6280 | 07/15/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Loan/Bnf/Transfer To DR. Ince Trn: 3599000196Es | Loan | $19,788.00 |
| 64 | Brian Swiencinski x6280 | 08/17/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3831900229Es | Dec | $10,211.00 |

# Payments to Christopher Ince from Worth Medical Company LLC and Brian Swiencinski Detail

January 2013 - November 2016

| No. | Account | Posted Date | Description | Ref | Amount Paid to Ince |
|---|---|---|---|---|---|
| 65 | Brian Swiencinski x6280 | 09/16/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref:Dec/Bnf/Transfer To DR. Ince Trn: 3509800259Es | Dec | $19,311.00 |
| 66 | Brian Swiencinski x6280 | 10/14/2015 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Loan Payment/Bnf/Transfer To DR. Ince Trn: 3425700287Es | Loan Payment | $19,733.00 |
| 67 | Worth Medical Company LLC x9708 | 11/16/2015 | 11/16 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Loan Payment/Bnf/Transfer To DR. Ince Trn: 4690900320Es | Loan Payment | $21,708.00 |
| 68 | Worth Medical Company LLC x9708 | 12/22/2015 | 12/22 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 3268600356Es | Dec | $14,413.00 |
| 69 | Brian Swiencinski x6280 | 01/19/2016 | Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Payback Loan For Condo/Bnf/Transfer To DR. Ince Trn: 3818500019Es | Payback Loan For Condo | $15,748.00 |
| 70 | Brian Swiencinski x6280 | 06/17/2016 | 06/17 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3862700169Es | Dec | $9,872.00 |
| 71 | Worth Medical Company LLC x9708 | 08/23/2016 | 08/23 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3802400236Es | Dec | $9,230.00 |
| 72 | Worth Medical Company LLC x9708 | 08/26/2016 | 08/26 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 3773300239Es | Dec | $17,900.00 |
| 73 | Brian Swiencinski x6280 | 09/15/2016 | 09/15 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Colombian House Payment/Bnf/Transfer To DR. Ince Trn: 3707200259Es | Colombian House Payment | $8,135.00 |
| 74 | Worth Medical Company LLC x9708 | 10/11/2016 | 10/11 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec Trn: 5032800285Es | Dec | $12,800.00 |
| 75 | Worth Medical Company LLC x9708 | 11/03/2016 | 11/03 Online Wire Transfer A/C: Christopher Ince Dallas, TX 752011852 Ref: Dec/Bnf/Transfer To DR. Ince Trn: 4828800308Es | Dec | $3,790.00 |
| | | | | **Total Paid to Ince** | **$1,147,413.00** |