# Payments to Ronnie McAda's Entities
## October 2013 - February 2017

| Paid from | Date Range | Paid to | Amount | McAda Ownership |
|---|---|---|---|---|
| Omniplus Health Care LP x5325 | 10/2013 - 01/2014 | Elite Health Providers LLC | $378,896.53 | 50-59% |
| Pharms LLC x1228 | 02/2014 - 04/2014 | Elite Health Providers LLC | $1,565,608.82 | 50-59% |
| Pharms LLC x1228 [1] | 05/2014 - 03/2015 | All Pro Health Partners LLC | $309,689.00 | 50-55% |
| Pharms LLC x1228 (ADP) | 07/2014 - 03/2015 | All Pro Health Partners LLC | $1,415,129.05 | 50-55% |
| Pharms LLC x1228 | 01/2015 - 02/2017 | Medallion Health Group LLC | $1,257,249.07 | 100% |
| **Total** | | | **$4,926,572.47** | |

[1] $309,689 is a net amount that consists of two payments to All Pro Health Partners LLC, and one payment from All Pro Health Partners.
1. $212,015.87 payment Pharms LLC paid to All Pro Health Partners on 5/15/2014; the payment detail states, "Sales Commission For April 2014."
2. $119,089.97 payment Pharms LLC paid to All Pro Health Partners on 6/16/2014; the payment detail states, "Sales Commission For May 2014."
3. ($21,416.84) payment All Pro Health Partners LLC paid to Pharms LLC on 1/20/2015; the payment detail states, "Attn: Brad Madrid."

**GOVERNMENT EXHIBIT 40**
4:18-CR-368

Sources:
Omniplus Health Care LP JPMC x5235; Medallion Health Group LLC BOA x9972; Pharms LLC JPMC x1228; Elite Health Providers WF x3185; ADP (Pharms LLC) RN 6PR Payroll Detail (2014-2017);  McAda Exhibit 121 Elite Health Providers, LLC 2014 K-1; McAda Exhibit 122 All Pro Health Partners, LLC 2014 K-1; McAda Exhibit 151 Ronnie McAda's 2014 Form 1040, Schedule C of Medallion Health Group LLC
GX40.001

# Payments to Ronnie McAda's Entities Detail (Bank Records)
## October 2013 - February 2017

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by McAda's Entities | Paid to McAda's Entities |
|---|---|---|---|---|---|---|---|
| 1 | OmniPlus Health Care LP x5235 | 10/22/2013 | 8463 | Elite Health Providers | Elite Health Providers | | $19,622.85 |
| 2 | OmniPlus Health Care LP x5235 | 01/15/2014 | | 01/15 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/111900659 Fort Worth TX 76101 Ben: **Elite Health Providers, LLC** Sunnyvale TX 75182 US Ref: *December 2013 Sales Commission* imad: 0115B1Qgc08C010559 Trn: 4676700015Es | December 2013 Sales Commission | | $359,273.68 |
| 3 | Pharms LLC x1228 | 02/14/2014 | | 02/14 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C Aba/111900659 Fort Worth TX 76101 Ben: **Elite Health Providers. LLC** Sunnyvale TX 75182 US Ref: *January 2014 Sales Commission* Imad: 0214B1Qgc06CO12100 Trn: 4817300045Es | January 2014 Sales Commission | | $500,000.00 |
| 4 | Pharms LLC x1228 | 02/20/2014 | 1027 | Elite Health Providers, LLC; JPMC x1228 | January 2014 Sales Commission | | $7,515.86 |
| 5 | Pharms LLC x1228 | 03/14/2014 | | 03/14 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/111900659 Fort Worth TX 76101 Ben: **Elite Health Providers, LLC** Sunnyvale TX 75182 US Ref: *Sales Commission For Feb '14* Imad: O314B1QgcO7C002949 Trn: 3679200073Es | Sales Commission For Feb '14 | | $500,000.00 |
| 6 | Pharms LLC x1228 | 03/14/2014 | | 03/14 Online ACH Payment 4959691709 To Mcada (_######3185) | | | $83,965.90 |
| 7 | Pharms LLC x1228 | 04/15/2014 | | 04/15 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/111900659 Fort Worth TX 76101 Ben: **Elite Health Providers, LLC** Sunnyvale TX 75182 US Rel: *Sales Commission For March 2014* Imad: 0415B1Qgc01C001219 Trn: 3153900105Es | Sales Commission For March 2014 | | $474,127.06 |
| 8 | Pharms LLC x1228 | 05/15/2014 | | 05/15 Book Transfer Debit A/C: **All Pro Health Partners, LLC** Forney, Tx 751268199 Ref: *Sales Commission For April 2014* Trn: 4504900135Es | Sales Commission For April 2014 | | $212,015.87 |
| 9 | Pharms LLC x1228 | 06/16/2014 | | 06/16 Book Transfer Debit A/C: **All Pro Health Partners, LLC** Forney, TX 751268199 Ref: *Sales Commission For May 2014* Trn: 3297100167Es | Sales Commission For May 2014 | | $119,089.97 |
| 10 | Medallion Health Group LLC x9972 | 01/15/2015 | | Pharms Llc Des:Direct Dep Id:7470326884276pr Indn:Group Llc,Medallion Co Id:9111111101 Ppd | | | $426,267.74 |
| 11 | Pharms LLC x1228 | 01/20/2015 | | 01/20 Book Transfer Credit B/O: **All Pro Health Partners, LLC** Forney, TX 751268199 Ref: *Attn: Brad Madrid* Trn: 3175800020Es | Attn: Brad Madrid | -$21,416.84 | |
| 12 | Medallion Health Group LLC x9972 | 02/17/2015 | | PHARMS LLC DES:DIRECT DEP ID:7460330772126PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $129,102.89 |
| 13 | Medallion Health Group LLC x9972 | 03/16/2015 | | PHARMS LLC DES:DIRECT DEP ID:6830284263426PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $55,208.71 |
| 14 | Medallion Health Group LLC x9972 | 04/15/2015 | | 04/15/15 PHARMS LLC DES:DIRECT DEP ID:6050522262706PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $82,161.13 |

# Payments to Ronnie McAda's Entities Detail (Bank Records)
## October 2013 - February 2017

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by McAda's Entities | Paid to McAda's Entities |
|---|---|---|---|---|---|---|---|
| 15 | Medallion Health Group LLC x9972 | 05/15/2015 | | PHARMS LLC DES:DIRECT DEP ID:5100359013436PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $92,624.00 |
| 16 | Pharms LLC x1228 | 06/12/2015 | | 06/12 Online ACH Payment 4979356657 To Medallion Health Group (_########9972) | | | $288.37 |
| 17 | Medallion Health Group LLC x9972 | 06/15/2015 | | PHARMS LLC DES:DIRECT DEP ID:5970342168486PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $51,545.20 |
| 18 | Medallion Health Group LLC x9972 | 07/15/2015 | | PHARMS LLC DES:DIRECT DEP ID:2850596476156PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $39,830.72 |
| 19 | Medallion Health Group LLC x9972 | 07/16/2015 | | PHARMS, LLC DES:ACH Pmt ID:4980888593 INDN:Medallion Health Group CO ID:9200502235 CCD PMT INFO:*July 2015 Audit Adjustment* | July 2015 Audit Adjustment | | $1,002.25 |
| 20 | Medallion Health Group LLC x9972 | 08/17/2015 | | PHARMS LLC DES:DIRECT DEP ID:6350562989396PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $30,760.94 |
| 21 | Medallion Health Group LLC x9972 | 09/15/2015 | | PHARMS LLC DES:DIRECT DEP ID:5400369426166PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $34,523.21 |
| 22 | Medallion Health Group LLC x9972 | 10/15/2015 | | PHARMS LLC DES:DIRECT DEP ID:5380582612146PR I ND N:GROUP LLC,M EDALLIO N CO ID:9111111101 PPD | | | $33,607.42 |
| 23 | Medallion Health Group LLC x9972 | 11/16/2015 | | PHARMS LLC DES:DIRECT DEP ID:7340349743246PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $23,325.62 |
| 24 | Medallion Health Group LLC x9972 | 12/15/2015 | | PHARMS DES:DIRECT DEP ID:6990644507166PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $28,791.96 |
| 25 | Medallion Health Group LLC x9972 | 01/15/2016 | | PHARMS DES:DIRECT DEP ID:3750374666416PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $28,985.10 |
| 26 | Medallion Health Group LLC x9972 | 02/16/2016 | | PHARMS DES:DIRECT DEP ID:5990366515886PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $22,061.15 |
| 27 | Medallion Health Group LLC x9972 | 03/15/2016 | | PHARMS DES:DIRECT DEP ID:3825381543576PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $24,277.28 |
| 28 | Medallion Health Group LLC x9972 | 04/15/2016 | | PHARMS DES:DIRECT DEP ID:6370600790816PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $26,027.07 |
| 29 | Medallion Health Group LLC x9972 | 05/16/2016 | | PHARMS DES:DIRECT DEP ID:4500264392436PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $14,774.76 |
| 30 | Medallion Health Group LLC x9972 | 05/17/2016 | | PHARMS DES:DIRECT DEP ID:5690375304986PR INDN:GROUP LLC,MEDALLION CO  ID:9111111101 PPD | | | $136.36 |
| 31 | Medallion Health Group LLC x9972 | 06/15/2016 | | PHARMS DES:DIRECT DEP ID:7120424062916PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $18,910.51 |
| 32 | Medallion Health Group LLC x9972 | 06/15/2016 | | PHARMS, LLC DES:ACH Pmt ID:4997596519 INDN:Medallion Health Group CO ID:9200502235 CCD PMT INFO:*May 2016 Sales Commission Adjustment* | May 2016 Sales Commission Adjustment | | $681.37 |
| 33 | Medallion Health Group LLC x9972 | 07/15/2016 | | PHARMS DES:DIRECT DEP ID:7740620505396PR INDN:GROUP LLC,MEDALLION CO  ID:9111111101 PPD | | | $16,405.06 |

# Payments to Ronnie McAda's Entities Detail (Bank Records)
## October 2013 - February 2017

| No. | Account | Posted Date | Check Number | Description | Memo / Ref | Paid by McAda's Entities | Paid to McAda's Entities |
|---|---|---|---|---|---|---|---|
| 34 | Medallion Health Group LLC x9972 | 08/15/2016 | | PHARMS DES:DIRECT DEP ID:7400278029226PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $10,078.24 |
| 35 | Medallion Health Group LLC x9972 | 09/15/2016 | | PHARMS DES:DIRECT DEP ID:9345007184066PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $17,465.92 |
| 36 | Medallion Health Group LLC x9972 | 10/17/2016 | | PHARMS DES:DIRECT DEP ID:9312009723586PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $15,077.59 |
| 37 | Medallion Health Group LLC x9972 | 11/15/2016 | | PHARMS DES:DIRECT DEP ID:9418012702146PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $8,235.53 |
| 38 | Medallion Health Group LLC x9972 | 12/15/2016 | | PHARMS DES:DIRECT DEP ID:4075278582046PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $9,897.71 |
| 39 | Medallion Health Group LLC x9972 | 01/17/2017 | | PHARMS DES:DIRECT DEP ID:9272019161196PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $10,773.29 |
| 40 | Medallion Health Group LLC x9972 | 02/15/2017 | | PHARMS DES:DIRECT DEP ID:9403022065156PR INDN:GROUP LLC,MEDALLION CO ID:9111111101 PPD | | | $4,421.97 |
| | | | | | Totals | -$21,416.84 | $3,532,860.26 |
| | | | | | Net Total Paid to McAda's Entities | | $3,511,443.42 |

# Payments to Ronnie McAda's Entities Detail (ADP Records)
## July 2014 - March 2015

| Paid from | Year | Paid to | Amount |
|---|---|---|---|
| Pharms LLC[1] | 2014 | All Pro Health Partners LLC | $1,113,194.82 |
| Pharms LLC[2] | 2015 | All Pro Health Partners LLC | $301,934.23 |
| | | Total | $1,415,129.05 |

[1] $1,113,194.82 is the net amount Pharms LLC paid to All Pro Health Partners in 2014 through ADP. In 2014, Pharms LLC recorded $1,444,300.66 of payments to All Pro Health Partners on ADP; however, $331,105.85 ($212,015.87 & $119,089.97) of the 1.4M was paid by Pharms outside of ADP to All Pro Health Partners.

[2] $301,934.23 is the total Pharms LLC paid to All Pro Health Partners in 2015 through ADP, which is the sum of $280,517.39 and $21,416.84. The $21,416.84 was later returned in the same year with a payment from All Pro Health Partners to Pharms outside of ADP.