# Gold Business Services Package

Account number:  ▮▮▮▮3185   ■   February 1, 2014 - February 28, 2014   ■   Page 1 of 4



ELITE HEALTH PROVIDERS LLC
2014 SAGE BRUSH DR
FORNEY TX 75126-8199

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
 Post Office Box 266000
 Dallas, TX  75326

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

Account number:  ▮▮▮▮3185
**ELITE HEALTH PROVIDERS LLC**
*Texas/Arkansas account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  111900659
For Wire Transfers use
Routing Number (RTN):  121000248

### Activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $162,684.04 |
| Deposits/Credits | 517,480.89 |
| Withdrawals/Debits | - 680,060.40 |
| **Ending balance on 2/28** | **$104.53** |
| Average ledger balance this period | $85,829.75 |

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(808)
Sheet Seq = 0142203
Sheet 00001 of 00002

**GOVERNMENT EXHIBIT 40A**
**4:18-CR-368**

GX40A.001

DOJ_18CR368-0138781

Account number: ▮▮▮▮3185   ■ February 1, 2014 - February 28, 2014   ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/3 | | Deposit Made In A Branch/Store | 4,000.00 | | |
| 2/3 | | Online Transfer to McAda R Ref #Ibec9Q27Bh Preferred Checking Headwater Commission | | 155,538.44 | |
| 2/3 | | WF Direct Pay-Payment- December Commissions-Tran ID Dp043831400 | | 7,010.59 | |
| 2/3 | | Withdrawal Made In A Branch/Store | | 4,000.00 | 135.01 |
| 2/10 | | Direct Pay Monthly Base | | 10.00 | |
| 2/10 | | Direct Pay Individual Pymt Trans | | 5.50 | 119.51 |
| 2/11 | | Deposit Made In A Branch/Store | 5,965.03 | | 6,084.54 |
| 2/12 | | Online Transfer to McAda R Ref #Ibe2Ln7Zgz Preferred Checking Via Mobile | | 5,965.03 | 119.51 |
| 2/14 | | WT Fed#02100 Jpmorgan Chase Ban /Org=Pharms LLC Srf# 4817300045Es Trn#140214129390 Rfb# Bpl of 14/02/14 | 500,000.00 | | |
| 2/14 | | Wire Trans Svc Charge - Sequence: 140214129390 Srf# 4817300045Es Trn#140214129390 Rfb# Bpl of 14/02/14 | | 15.00 | 500,104.51 |
| 2/18 | | Online Transfer to McAda R Preferred Checking xxxxxx4709 Ref #Ibek3Xzt3V on 02/16/14 | | 263,059.62 | |
| 2/18 | | Online Transfer to Sigmon B Ref #Ibek3Yd47L Way2Save Checking January Commissions | | 8,326.14 | |
| 2/18 | | Online Transfer to Sigmon B Ref #Ibemyzsxdb Way2Save Savings January Commissions | | 150,000.00 | |
| 2/18 | | WF Direct Pay-Payment- January Commissions-Tran ID Dp044338148 | | 2,531.11 | |
| 2/18 | | WF Direct Pay-Payment- January Commissions-Tran ID Dp044340972 | | 65,637.84 | 10,547.80 |
| 2/19 | | Deposit Made In A Branch/Store | 7,515.86 | | 18,063.66 |
| 2/21 | 1001 | Check | | 5,240.89 | |
| 2/21 | 1003 | Check | | 4,914.93 | |
| 2/21 | 1002 | Check | | 287.45 | 7,620.39 |
| 2/24 | | Online Transfer to McAda R Preferred Checking xxxxxx4709 Ref #Ibek3Zji6M on 02/23/14 | | 7,515.86 | 104.53 |
| **Ending balance on 2/28** | | | | | **104.53** |
| **Totals** | | | **$517,480.89** | **$680,060.40** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 2/21 | 5,240.89 | 1002 | 2/21 | 287.45 | 1003 | 2/21 | 4,914.93 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2014 - 02/28/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $85,830.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |

# Gold Business Services Package

Account number: ███████3185   ■ March 1, 2014 - March 31, 2014   ■ Page 1 of 4



ELITE HEALTH PROVIDERS LLC
2014 SAGE BRUSH DR
FORNEY TX 75126-8199

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (808)
       Post Office Box 266000
       Dallas, TX  75326

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $104.53 |
| Deposits/Credits | 588,457.58 |
| Withdrawals/Debits | - 588,486.58 |
| **Ending balance on 3/31** | **$75.53** |
| Average ledger balance this period | $50,653.39 |

Account number: ███████3185
**ELITE HEALTH PROVIDERS LLC**
Texas/Arkansas account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▮▮▮▮3185 ■ March 1, 2014 - March 31, 2014 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/7 | | Deposit Made In A Branch/Store | 4,491.68 | | 4,596.21 |
| 3/10 | | Direct Pay Monthly Base | | 10.00 | |
| 3/10 | | Direct Pay Individual Pymt Trans | | 4.00 | |
| 3/10 | | Online Transfer to McAda R Ref #Ibe5Hxkhsq Preferred Checking Bariatric Advantage Check | | 4,491.68 | 90.53 |
| 3/14 | | WT Fed#02949 Jpmorgan Chase Ban /Org=Pharms LLC Srf# 3679200073Es Trn#140314039295 Rfb# Bmg of 14/03/14 | 500,000.00 | | |
| 3/14 | | Wire Trans Svc Charge - Sequence: 140314039295 Srf# 3679200073Es Trn#140314039295 Rfb# Bmg of 14/03/14 | | 15.00 | 500,075.53 |
| 3/17 | | Pharms, LLC ACH Pmt Mar 17 4959691709 February 2014 Sales Commission | 83,965.90 | | |
| 3/17 | | Online Transfer to Sigmon B Ref #Ibecb4Ftq7 Way2Save Savings February Commissions | | 162,779.24 | |
| 3/17 | | Online Transfer to McAda R Preferred Checking xxxxxx4709 Ref #Ibe2Lyd2Sy on 03/17/14 | | 260,672.68 | |
| 3/17 | | WF Direct Pay-Payment- February Commission-Tran ID Dp045362862 | | 8,402.38 | |
| 3/17 | | WF Direct Pay-Payment- February Commissions-Tran ID Dp045363806 | | 92,849.96 | |
| 3/17 | 1005 | Check | | 5,144.00 | 54,193.17 |
| 3/18 | | WF Direct Pay-Payment- February Commissions-Tran ID Dp045405634 | | 37,181.69 | |
| 3/18 | 1004 | Check | | 16,935.95 | 75.53 |
| Ending balance on 3/31 | | | | | 75.53 |
| Totals | | | $588,457.58 | $588,486.58 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1004 | 3/18 | 16,935.95 | 1005 | 3/17 | 5,144.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2014 - 03/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $50,653.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 1 ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
|    - Average daily balances from previous month in business PrimeLine® line of credit and Business PrimeLoan℠ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |