15-Feb-17                                                                    10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number 009590219968  Posting date 06-Apr-16 Amount 6030.00

**CHASE**      **DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date: 4/6/16
Customer Name: Omni Plus Pharmacy

Account number: 232839550
TOTAL $ 6030.00

2903  :500001020:

GOVERNMENT
EXHIBIT
**40B**
4:18-CR-368

GX40B.001                                                    DOJ_18CR368-0018572

15-Feb-17                                                                  10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 009590219969 Posting date 06-Apr-16 Amount 6030.00

---

**RONNIE E McADA JR**
**LAURA A McADA**
400 CHATHAM ST
SUNNYVALE, TX 75182-4002

5797
32-7930/3110

Date: 3/22/16

Pay to the Order of: Omni Plus Pharmacy     $ 6030.—

Six thousand thirty [and no/100]     Dollars

CREDIT UNION OF TEXAS
P.O. BOX 517029
DALLAS, TEXAS 75251

For: Copays

⑆311079306⑆ [REDACTED] 6617⑊ 05797