# OmniPlus Pharmacy Claims
## Prescription Number 0125956/Claim Number 151054287540072
## April 15, 2015

| Patient | Insurance | Time (CT) | Claim Status | Compound Drug Label Name | Ingredient Quantity | Drug Cost | U&C | Reimbursement | Member Total |
|---|---|---|---|---|---|---|---|---|---|
| C.M. | Texas Health Resources | 11:54:36 AM | Paid | AMANTADINE TAB 100MG | 48 | $109.44 | $537.56 | $204.36 | $10.00 |
| | | | | GABAPENTIN TAB 800MG | 12 | $36.37 | | | |
| | | | | LIDO/PRILOCN CRE 2.5-2.5% | 72 | $110.88 | | | |
| | | | | MELOXICAM TAB 15MG | 30 | $145.20 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 13.336 | $37.87 | | | |
| | | | | (Blank) | 12 | $97.80 | | | |
| | | 11:55:02 AM | Reversed | AMANTADINE TAB 100MG | 48 | $109.44 | -$537.56 | -$204.36 | -$10.00 |
| | | | | GABAPENTIN TAB 800MG | 12 | $36.37 | | | |
| | | | | LIDO/PRILOCN CRE 2.5-2.5% | 72 | $110.88 | | | |
| | | | | MELOXICAM TAB 15MG | 30 | $145.20 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 13.336 | $37.87 | | | |
| | | | | (Blank) | 12 | $97.80 | | | |
| M.L. | Aetna-PPO | 12:09:05 PM | Paid | AMANTADINE TAB 100MG | 120 | $273.60 | $1,348.42 | $9.08 | $458.96 |
| | | | | GABAPENTIN TAB 800MG | 30 | $90.93 | | | |
| | | | | LIDO/PRILOCN CRE 2.5-2.5% | 180 | $277.20 | | | |
| | | | | MELOXICAM TAB 15MG | 75 | $363.00 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 33.34 | $94.69 | | | |
| | | | | (Blank) | 30 | $244.50 | | | |
| | | 12:09:41 PM | Reversed | AMANTADINE TAB 100MG | 120 | $273.60 | -$1,348.42 | -$9.08 | -$458.96 |
| | | | | GABAPENTIN TAB 800MG | 30 | $90.93 | | | |
| | | | | LIDO/PRILOCN CRE 2.5-2.5% | 180 | $277.20 | | | |
| | | | | MELOXICAM TAB 15MG | 75 | $363.00 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 33.34 | $94.69 | | | |

GOVERNMENT EXHIBIT 45 4:18-CR-368

## OmniPlus Pharmacy Claims
### Prescription Number 0125956/Claim Number 151054287540072
### April 15, 2015

| Patient | Insurance | Time (CT) | Claim Status | Compound Drug Label Name | Ingredient Quantity | Drug Cost | U&C | Reimbursement | Member Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (Blank) | 30 | $244.50 | | | |
| J.R. | Aetna-PPO | 12:26:25 PM | Rejected | BACLOFEN POW | 6 | $231.96 | $2,492.73 | $0.00 | $0.00 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $302.88 | | | |
| | | | | GABAPENTIN POW | 18 | $1,063.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 255 | $724.20 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $144.99 | | | |
| | | 12:29:37 PM | Rejected | BACLOFEN POW | 6 | $231.96 | $2,492.73 | $0.00 | $0.00 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $302.88 | | | |
| | | | | GABAPENTIN POW | 18 | $1,063.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 255 | $724.20 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $144.99 | | | |
| | | 12:30:56 PM | Rejected | BACLOFEN POW | 6 | $224.10 | $2,408.25 | $0.00 | $0.00 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $292.62 | | | |
| | | | | GABAPENTIN POW | 18 | $1,027.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 255 | $698.70 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $140.13 | | | |
| | | 12:31:32 PM | Rejected | BACLOFEN POW | 6 | $224.10 | $2,408.25 | $0.00 | $0.00 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $292.62 | | | |
| | | | | GABAPENTIN POW | 18 | $1,027.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |

GX45.002

# OmniPlus Pharmacy Claims
## Prescription Number 0125956/Claim Number 151054287540072
## April 15, 2015

| Patient | Insurance | Time (CT) | Claim Status | Compound Drug Label Name | Ingredient Quantity | Drug Cost | U&C | Reimbursement | Member Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PCCA CUSTOM CRE LIPO-MAX | 255 | $698.70 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $140.13 | | | |
| | | | | | | | | | |
| | | 12:36:06 PM | Rejected | BACLOFEN POW | 6 | $224.10 | $2,408.25 | $0.00 | $0.00 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $292.62 | | | |
| | | | | GABAPENTIN POW | 18 | $1,027.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 255 | $698.70 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $140.13 | | | |
| | | | | | | | | | |
| W.M. | Aetna-PPO | 12:36:06 PM | Rejected | BACLOFEN POW | 6 | $231.96 | $2,497.23 | $1,362.17 | $10.00 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $302.88 | | | |
| | | | | GABAPENTIN POW | 18 | $1,063.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | PCCA CUSTOM CRE LIPO-MAX | 255 | $724.20 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $144.99 | | | |
| | | | | | | | | | |
| | | 12:42:53 PM | Rejected | BACLOFEN POW | 6 | $231.96 | $1,773.03 | $1,362.17 | $10.00 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $302.88 | | | |
| | | | | GABAPENTIN POW | 18 | $1,063.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $144.99 | | | |
| | | | | | | | | | |
| | | 12:55:18 PM | Paid | BACLOFEN POW | 6 | $231.96 | $1,773.03 | $89.27 | $1,282.90 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $302.88 | | | |
| | | | | GABAPENTIN POW | 18 | $1,063.08 | | | |

GX45.003

## OmniPlus Pharmacy Claims
### Prescription Number 0125956/Claim Number 151054287540072
### April 15, 2015

| Patient | Insurance | Time (CT) | Claim Status | Compound Drug Label Name | Ingredient Quantity | Drug Cost | U&C | Reimbursement | Member Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $144.99 | | | |
| | | | | | | | | | |
| | | 12:55:52 PM | Reversed | BACLOFEN POW | 6 | $231.96 | -$1,773.03 | -$89.27 | -$1,282.90 |
| | | | | CYCLOBENZAPR POW HCL | 6 | $302.88 | | | |
| | | | | GABAPENTIN POW | 18 | $1,063.08 | | | |
| | | | | LIDOCAINE POW | 6 | $25.62 | | | |
| | | | | DICLOFENAC POW SODIUM | 9 | $144.99 | | | |

## OmniPlus Pharmacy Claims for Rhonda Head
### Genenetech, Inc.
### April 15, 2015

| Time (CT) | Claim Status | Compound Drug Label Name | Ingredient Quantity | Drug Cost | U&C | Reimbursement | Member Total |
|---|---|---|---|---|---|---|---|
| 3:42:08 PM | Rejected | RESVERATROL POW 98% | 6 | $5,083.98 | $5,089.95 | $3,961.98 | $15.00 |
|  |  | VITAMIN D3 POW | 0.6 | $1.47 | $5,089.95 | $3,961.98 | $15.00 |
| 3:42:35 PM | Paid | RESVERATROL POW 98% | 6 | $5,083.98 | $5,088.48 | $3,961.98 | $15.00 |
| 3:42:44 PM | Reversed | RESVERATROL POW 98% | 6 | $5,083.98 | -$5,088.48 | -$3,961.98 | -$15.00 |

# Accu-Care Pharmacy Claims for Brenda Jackson
## Employees Retirement System (FEP), April 15, 2015

| Time (PT) | Claim Status | Compound Drug Label Name | Ingredient Quantity | Drug Cost | U&C | Reimbursement | Member Total |
|---|---|---|---|---|---|---|---|
| 12:02:55 PM | Rejected | BACLOFEN POW | 6 | $213.78 | $5,983.77 | $0.00 | $0.00 |
| | | CYCLOBENZAPR POW HCL | 6 | $259.98 | | | |
| | | GABAPENTIN POW | 18 | $1,077.30 | | | |
| | | LIDOCAINE POW | 7.5 | $32.06 | | | |
| | | STERA BASE CRE | 162.5 | $2,193.75 | | | |
| | | FLURBIPROFEN POW | 60 | $2,194.80 | | | |
| | | PROPYLENE LIQ GLYCOL | 40 | $7.60 | | | |
| 12:06:04 PM | Rejected | GABAPENTIN TAB 800MG | 30 | $90.90 | $1,252.66 | $496.16 | $45.00 |
| | | TOPIRAMATE TAB 200MG | 30 | $244.50 | | | |
| | | LIDO/PRILOCN CRE 2.5-2.5% | 180 | $275.40 | | | |
| | | AMANTADINE TAB 100MG | 120.001 | $273.98 | | | |
| | | MELOXICAM TAB 15MG | 75 | $363.38 | | | |
| 12:06:16 PM | Rejected | GABAPENTIN TAB 800MG | 30 | $90.90 | $1,702.75 | $496.16 | $45.00 |
| | | TOPIRAMATE TAB 200MG | 30 | $244.50 | | | |
| | | LIDO/PRILOCN CRE 2.5-2.5% | 180 | $275.40 | | | |
| | | AMANTADINE TAB 100MG | 120.001 | $273.98 | | | |
| | | STERA BASE CRE | 33.341 | $450.09 | | | |
| | | MELOXICAM TAB 15MG | 75 | $363.38 | | | |
| 12:11:48 PM | Paid | GABAPENTIN TAB 800MG | 30 | $5.00 | $500.00 | $53.44 | $45.00 |
| | | TOPIRAMATE TAB 200MG | 30 | $10.00 | | | |
| | | LIDO/PRILOCN CRE 2.5-2.5% | 180 | $20.00 | | | |
| | | AMANTADINE TAB 100MG | 120.001 | $15.00 | | | |
| | | MELOXICAM TAB 15MG | 75 | $450.00 | | | |
| 12:12:14 PM | Reversed | GABAPENTIN TAB 800MG | 30 | $5.00 | -$500.00 | -$53.44 | -$45.00 |
| | | TOPIRAMATE TAB 200MG | 30 | $10.00 | | | |
| | | LIDO/PRILOCN CRE 2.5-2.5% | 180 | $20.00 | | | |
| | | AMANTADINE TAB 100MG | 120.001 | $15.00 | | | |
| | | MELOXICAM TAB 15MG | 75 | $450.00 | | | |

GX45.006