# Payments from Worth Medical Company to Duvall & Kroese, and payments from Duvall & Kroese to Omni-One-Med
## October 2014

| Source of Information | Check Date | Posted Date | Check Number | Name | Memo | Paid by Worth to Duvall & Kroese | Paid by Duvall & Kroese to Omni-One-Med |
|---|---|---|---|---|---|---|---|
| Worth Medical Company LLC x9708 | 10/19/2014 | 10/23/2014 | 1549 | Gregory Duvall | | $10,000 | |
| Worth Medical Company LLC x9708 | 10/19/2014 | 10/23/2014 | 1550 | Michael Kroese | | $10,000 | |
| Omni-One-Med Pharmacy Services LLC x0165 | 10/03/2014 | 10/29/2014 | 162 | Gregory Duvall | Investment | | $10,000 |
| Omni-One-Med Pharmacy Services LLC x0165 | 10/03/2014 | 10/29/2014 | 1568 | Michael Kroese | Investment | | $10,000 |

**Share Program Transaction**

GOVERNMENT
EXHIBIT
**48**
4:18-CR-368

**Sources:**
Worth Medical Company LLC JPMC x9708; Omni One Med Pharmacy Services LLC JPMC x0165
GX48.001

15-Feb-17　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10Feb17-2393
**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2393**
Sequence number 008490147352  Posting date 29-Oct-14  Amount 10000.00

---

**GREGORY H. DUVALL**
8629 SHAGROCK LN.
DALLAS, TX 75238-4921

$\frac{32-61}{1110}$ 203　　　　162

DATE 10.3.14

PAY TO THE ORDER OF  Omni - One - Med Pharmacy Services L.L.C    $ 10,000.00

ten thousand dollars　　　　　　　　　　　00/100   DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Investment　　　　　　　　Greg Duvall

⑈111000614⑈　　　　874⑆0162

For Deposit Only - JPMC

15-Feb-17                                                                                       10Feb17-2393

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2393
Sequence number 008490147351  Posting date 29-Oct-14  Amount 10000.00

MICHAEL L KROESE  
MARGARET K KROESE  
4589 LAKE SHORE DR.  
MCKINNEY TX 75071  

1568  
88-8778/3119  

Date: 10/3/2014

Pay to the order of: Omni-One Med Services LLC    $ 10,000.00

Ten Thousand dollars                                                          Dollars

TEXANS CREDIT UNION  
P.O. BOX 853912  
RICHARDSON, TX 75085-3912  
972-348-2000  
TEXANS CREDIT UNION, RICHARDSON, TX

For: Investment

⑆311987786⑆    4927″ 1568

For Deposit Only - JPMC

15-Feb-17                                                                                                    10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 006090830782  Posting date 23-Oct-14  Amount 10000.00

```
                                                                                    1549
WORTH MEDICAL COMPANY LLC
       209 W 2ND ST., STE. 334
       FORT WORTH, TX 76102-3021
                                                DATE OCT 19 2014    32-01/1110 345

PAY
TO THE
ORDER OF  Gregory Duvall                              $ 10,000.00

Ten Thousands And  00/100                              DOLLARS

                                                Bryan Swiencinski

⑈001549⑈ ⑉111000614⑉              9708⑈
```

DOJ_18CR368-0030909

GX48.004

15-Feb-17                                                                                          10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 003580593361   Posting date 23-Oct-14   Amount 10000.00

```
                                                                            1550
WORTH MEDICAL COMPANY LLC
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021
                                                    DATE  OCT 19 2014      32-61/1110 345

PAY TO THE ORDER OF  Michael Kroese              $ 10,000.00

Ten Thousand and 00/100                           DOLLARS

                                                  Brian Swimenski
```

CAMPBELL-LOBOY TELLERS #224
OCT 23 2014
TEXANS CREDIT UNION
FOR DEPOSIT ONLY

TexansCreditUnion >311987786<
Date 10232014  Time 1642
Ref 200031~0106~ Branch 00031

DOJ_18CR368-0030908

GX48.005