CONTAINS CAREMARK CONFIDENTIAL AND PROPRIETARY INFORMATION - DO NOT DISCLOSE - FOIA EXEMPT

**CVS CAREMARK** | 9501 E Shea Blvd, MC-020 | Scottsdale, AZ 85260-6719| T: 480-391-4359

## PHARMACY AUDIT ACKNOWLEDGEMENT

Time In/Out: 10:44 / 11:15 am
Date: 11/21/2014
Location of Rxs: Desktop   Profile # 17481

Pharmacy Phone:
Pharmacy Fax:

Pharmacy ID/NPI: 5900952 GEN: N  NPI: 1518274281
Pharmacy Name: OMNIPLUS PHARMACY
Pharmacy Address: 4916 MAIN ST #100
HOUSTON, TX 77002 –
PHONE# / EXT: 713 - 874 - 0300
FAX #: 713 - 874 - 0314

(pharmacy label, business card, or stamp here)

Pharmacy Representative: Leonard Carr        Title: VP of Operations
Pharmacy Owner: Brian Swiencinski, Vladmir Redko, Dejan Milosevic, Scott Breimeister

### Audit Results (indication # of discrepancies for each type and confirmation of explanation provided)

**254** Total Claims Reviewed

*No documentation allowed Post-Audit*
- CQ  Cut Quantity
- OBQ  Over-Billed Quantity
- DAW  Incorrect DAW Code
- RTS  Refill Too Soon
- ETL  Exceeds Time Limit
- **1** MIF  Misfill ✓
- **1** INV  Invalid Prescription ✓
- **1** OBC  Billed wrong NDC ingredient

*Documentation allowed Post-Audit*
- MP  Missing Prescription (no telephone rxs accepted post-audit)
- UAR  Undocumented Authorization of Refill
- **11** NSL  No Signature Log
- SIG  Use-As-Directed (usual or maximum dose already applied)
- **129** OTH  Other (describe)
- **1** CMP  Compound

WM

List any pharmacy employees with prescription coverage through Caremark: N/o

List any other pharmacies owned, operated or affiliated with the pharmacy owner: Will email response.

### Acknowledgement

A CVS Caremark Pharmacy Management Analyst performed an audit in this pharmacy, I consented to the day and time the audit was conducted, and we reviewed the results. I understand that CVS Caremark will send written audit results. I understand that all post-audit questions and documentation must be directed to the address listed above and that documentation will not be accepted until after the audit results and Documentation Guidelines have been received by the pharmacy. I will have the ability to provide documentation as stated in the Documentation Guidelines for some discrepancy types, unless other additional documentation/appeal is permissible under state laws. Documentation Guidelines will be sent with the initial discrepancy report. The documentation due date will clearly be marked on the cover page.

By signing below, pharmacy representative acknowledges an audit has been conducted, understands that written notification of the audit findings will be provided, and CVS Caremark will withhold any amounts determined to be overpayments.

Via Telephone
Leonard Carr                 11/24/2014
**Authorized Pharmacy Representative   Date**

[signature] Janet Paha      11/24/2014
**Pharmacy Management Analyst   Date**