CONTAINS CAREMARK CONFIDENTIAL AND PROPRIETARY INFORMATION - DO NOT DISCLOSE - FOIA EXEMPT

  9501 E. Shea Boulevard, Scottsdale, AZ 85260-6719

Date: 12/10/2015

**VIA UPS**

David D. Haynes
The Health Law Group
614 Tchouputoulas St
New Orleans, LA 70130

Re:   Notice of PMRC Termination
      **Omniplus Pharmacy**
      **5900952**
      **1518274281**

Dear Mr. Hayes,

Over the last few months, representatives of CVS/caremark have been in contact with your client regarding our audit. While you state in your September 29, 2015 letter that your client has a copayment collection process, utilizing "reasonable collection efforts", your client failed to produce any documents that demonstrated that any collection efforts were made. Essentially, your client failed to produce any records during the audit that demonstrated its compliance with the requirements of the Provider Agreement with Caremark concerning copay collections.

As a result of the audit discrepancies, the CVS/caremark Pharmacy Membership Review Committee (PMRC) has examined Omniplus Pharmacy's audit history and other aspects of the pharmacy's performance. After careful review, the PMRC has concluded that Omniplus Pharmacy is not in compliance with the CVS/caremark Provider Agreement. **The PMRC has decided to terminate Omniplus Pharmacy's Provider Agreement for a minimum of 2 years, effective ninety (90) days from the date of this letter** due to the audit findings. Upon the effective date of the provider agreement termination, Omniplus Pharmacy may not re-enroll into the CVS/caremark networks for at least 2 years. Any claims submitted prior to the termination date will be reviewed before reimbursement for compliance.

If after the 2 years have elapsed your client is interested in re-enrollment, they will be required to contact us **in writing**. The pharmacy will be charged an administrative fee to cover our costs for a credentialing review which may include an unannounced audit.

Sincerely,


Mark K. Ziegler, PharmD., M.B.A
Manager, Pharmacy Performance

cc:   Omniplus Pharmacy: 4916 Main St #100, Houston, TX 77002
      Brian J. Correia, VP, Network Business Services
      Steven McCall, Director, Pharmacy Performance
      A540 - TrueCare Pharmacy

GOVERNMENT EXHIBIT
**211**
4:18-CR-368

DOJ_18CR368-0085293
GX211.001
DOJ-0000001110-1