

OmniPlus Pharmacy
[illegible] Main Street
Suite [illegible]
Houston, Texas [illegible]
[illegible] phone
[illegible] toll free
[illegible] fax

May 8, 2014

VIA FAX

Matt Bruno
Investigator, FWA Services
Express Scripts, Inc.
One Express Way
St. Louis, MO 63121
Fax No.: (800) 570-1638

RE: Audit Request For:

| Rx | DOF | Rx | DOF |
|---|---|---|---|
| 105661 | 4/25/14 | 104335 | 3/31/14 |
| 105653 | 4/25/14 | 103159 | 2/28/14 |
| 105167 | 4/15/14 | 102164 | 2/18/14 |
| 104183 | 3/28/14 | 102687 | 2/11/14 |
| 105454 | 4/21/14 | 100967 | 2/21/14 |
| 104653 | 4/7/14 | 102492 | 2/18/14 |
| 105347 | 4/17/14 | 102490 | 3/19/14 |
| 103284 | 3/5/14 | 105464 | 4/21/14 |
| 105699 | 4/25/14 | 100690 | 2/14/14 |
| 103779 | 3/18/14 | 101312 | 2/20/14 |

Dear Mr. Bruno,

In connection with your audit request, dated May 1, 2014 and received on May 3, 2014, concerning the above-referenced prescriptions, please find enclosed the following documents:

1. Front and back of the audited prescriptions.

2. Signature/shipping log entries for the dispensed fills.

3. Copies of the receipts for collected co-pays for the following prescriptions:

    - Rx 104335, fill date 3/31/14 (paid by check)
    - Rx 102492, fill date 2/18/14 (paid by check)
    - Rx 102490, fill date 3/19/14 (paid by check)
    - Rx 101312, fill date 2/20/14 (paid by cash)

GOVERNMENT EXHIBIT
213
4:18-CR-368

Note that we have reversed two of the audited prescriptions' claims:

- Rx 105661 was not filled and was reversed on 4/29/14 due to the fact that the patient couldn't afford the payment of a co-pay; and

- Rx 105699 was reversed on 5/7/14 due to the fact that the patient has not picked up the shipped medication after the third delivery attempt (a FedEx tracking sheet is enclosed for your information).

It is our policy that we charge our patients their respective co-pays. Each dispensed medication is accompanied with an invoice for the respective co-payment not collected at the time of service (for your information, copies are enclosed with the audited prescriptions). Patients who cannot afford to make a payment of their co-payment in full are offered an installment payment arrangement. In view of that, for each of those patients, we have created respective accounts receivable account in our file. As of today, the audited prescriptions' accounts are current.

Finally, as we had previously advised Express Scripts, Inc., during the month of March 2014, our pharmacy changed its business name and location. The new name is OmniPlus Pharmacy and the address is 4916 Main Street, Suite 100, Houston, Texas 77002.

Should you have any questions, please do not hesitate to contact us at (713) 874-0300.

Yours truly,

Branko Milosevic
Vice President of Operations

Enclosures

| Patient | | DOB | | Insurance Info | |
|---|---|---|---|---|---|
| _Buckingham_ | | ███ | | Carrier | |
| Home Phone | Cell Phone | | | Bin# | PCN# |
| _713-220-1401_ | | | | | |
| Address _6520 Fannin Ste 2520_ | | | | Group # | |
| City _Houston_ | | State _TX_ | Zip _77030_ | Workers Comp | Yes | No |
| Allergies | | Diag _forehead scars_ | | DOI | Claim # |

### General Pain/Inflammation

◯ GPI-2
- Tramacet 5%
- Flurbiprofen 25%
- Cyclobenzaprine 2%
- Baclofen 2%

### Back & Radicular Pain

◯ BRP-3
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

◯ BRP-4
- Gabapentin
- Clonidine
- Diclofenac
- Lidocaine
- Pentoxifylline

### Neuropathic & Chronic Pain

◯ NCP-5
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Mefedine 3%
- Lidocaine 3.5%

◯ NCP-6
- Baclofen 1%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

◯ NCP-7
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

◯ NCP-9
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

### Specialty

◯ SCAR
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 0.1%
- Pentoxifylline 0.5%
- Pure petroleum based scar
- Tranilast 3%
- Gabapentin 10%

◯ DERM-2: TOPICAL ANTI FUNGAL CREAM
- Fluticasone 1%
- Piroxicam 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

◯ DERM-3: ANTI FUNGAL NAIL LOTION
- Fluticasone 1%
- Piroxicam 2%
- Urea 15%

◯ DERM-6: CONTACT DERMATITIS
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

◯ DERM-6: PSORIASIS
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

◯ DERM-7: PLANTAR FASCIITIS
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

### Metabolic Supplements

◯ MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS
- Co-Q10 30mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 25mg
- Vit D3 1000 IU

◯ MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS
- Methylcobalamin 4mg
- Pyridoxal-5-Phosphate 10mg
- 5-HTP 5mg

Alternative SIG: _Apply 1-2 pumps to affected area 3-4 times a day_

Prescriber Name: _V. Redko, M.D._    NPI #: _1326114659_
Lic. #: _J1366_    DEA #: _BR0522224_
Address: _6520 Fannin, Houston, TX 77030_
Phone #: _713-790-HELP_    Fax #: _____
Signature (Note: Manual Signature Required for CS) _[signature]_    Date: _11/30/11_

ALTERNATIVE MEDICINE AND PHARMACY
4401 DOWLING ST., HOUSTON, TX 77004 713-874-0300

Rx 102490 VLADIMIR REDKO DR.
EVAN BUCKINGHAM
SCAR GEL GEL
150 ML

Apply 1 to 2 pumps to scar 3 to 4 times daily. ***1 pump = 1.5mls***

RC 1 ID 3 refills before 1/30/2015 2/3/2014

FLUTICASONE Mfg.PCCA LEVOCETIRIZINE Mfg.PCCA PENTOXIFYLLINE Mfg.MEDISCA PRILOCAINE HYDROCHLORIDE USP Mfg.MEDISCA GABAPENTIN Mfg.MEDISCA PRACASIL PLUS Mfg.PCCA

102490 2/3/2014 CHINTALAPALLY, R MEDCO 610014
EVAN BUCKINGHAM
SCAR GEL GEL
$8,397.06
VLADIMIR REDKO DR
Refills: 1

GX213.004

03-19-2014

# Alternative Medicine & Pharmacy

4401 Dowling St Houston TX 77004 Ph: 713-874-0300 Fx: 713-874-0314

## Prescription Delivery/Pick Up Log

| Pick Up Sticker | Pt Signature | Counseling Accepted RPH Initial | |
|---|---|---|---|
| | | Yes | No |
| Signature Log<br>EVAN BUCKINGHAM<br>[illegible]<br>Rx. 102490<br>3/19/2014 | Signature | | |

Redacted due to HIPAA

GX213.005

SHEILA A BUCKINGHAM
JAMES BUCKINGHAM
5305 WATERBRIDGE DR
N ROYALTON, OH 44133-6468

7558

March 19, 2011

Emory Plus Pharmacy $ 75.00

seventy five and 00/100

usbank. All of US serving you

Rx

James Buckingham

⑆04120258⑆ [redacted] 38 28⑈ 7558

Remit payment to:
**OMNIPLUS PHARMACY**
**4916 MAIN ST, STE 100**
**HOUSTON, TX 77002**
**713-874-0300**

*PAYMENT MEMO*

Page 1
Date printed: March 19, 2014

EVAN BUCKINGHAM
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030

PICK UP

**Account No.** 101940
**Phone** (713)790-1400
**Fax**

| Date | Inv./Ref. No. | Description | PO Number | Charges | Credits |
|---|---|---|---|---|---|
| 3/19/2014 | 108009 PAY. | Payment chk #7558 | | | |
| | | Payment on account | | | $75.00 |

**Invoice Total** **$75.00**

If you need to discuss your payment options, please contact us at (713) 874-0300.

| Patient | DOB |
|---|---|
| [handwritten name] Buckingham | [redacted] |
| Home Phone 713-790-1400 | Cell Phone |
| Address 6560 Fannin St 2020 | |
| City Houston | State TX / Zip 77030 |
| Allergies | Diag. hand scars |

| Insurance Info | | |
|---|---|---|
| Carrier | | |
| Bin# | PCN# | |
| Group # | | |
| Workers Comp | Yes | No |
| DOI | Claim # | |

## General Pain / Inflammation

GPI-2
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 30mLs OR Other Quantity ______)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 mLs Refills ______)

## Back & Radicular Pain

BRP-3
- Clonidine 0.2%
- Gabapentin 8%
- Flurbiprofen 10%
- Lidocaine 2%

BRP-4
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 3%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 30mLs OR Other Quantity ______)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 mLs Refills ______)

## Neuropathic & Chronic Pain

NCP-5
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

NCP-8
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 30mLs OR Other Quantity ______)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 mLs Refills ______)

NCP-7
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

NCP-9
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 30mLs OR Other Quantity ______)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 mLs Refills 4)

## Specialty

☒ SCAR
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- ☒ For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

DERM-5: CONTACT DERMATITIS
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

DERM-2: TOPICAL ANTI FUNGAL CREAM
- Fluticasone 1%
- Fluconazole 6%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

DERM-6: PSORIASIS
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

DERM-3: ANTI FUNGAL NAIL LOTION
- Fluticasone 1%
- Fluconazole 3%
- Urea 15%

DERM-7: PLANTAR FASCIITIS
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 30mLs OR Other Quantity ______)
(SIG: Apply 1-2 pumps to affected area ______ 1 pump = 1.5 mLs Refills ______)

## Metabolic Supplements

MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cysteine 250mg
- Vit D3 1000 IU

MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS
- Methylcobalamin 4mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily. Dispense # 60 OR Alternative SIG: ______ Refills ______)

Alternative SIG: Apply 1-2 pumps to affected area 3-4 times a day UD.

Prescriber Name: V. REDDO, M.D. NPI # 1306844659

Lic. #: J1366 DEA #: BR0522384

Address: 6560 Fannin Houston, TX 77030

Phone #: 713-790-1400 Fax #:

Signature (Note: Manual Signature Required for CS) [signature] Date: 1/30/16

ALTERNATIVE MEDICINE AND PHARMACY
6401 DOWLING ST., HOUSTON, TX 77004 713-874-0300
Do not flush unused medication unless otherwise instructed
[illegible]

Rx 102492 VLADMIR REDKO DR.
ALEXA BUCKINGHAM
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030

SCAR GEL GEL
150 ML
Lot [illegible] Discard after: 7/28/2014

Apply 1 to 2 pumps to scar 3 to 4 times daily. ***1 pump = 1.5ml's***

RC HD 8 refills before 1/30/2015 2/3/2014

FLUTICASONE Mfg:PCCA LEVOCETIRIZINE Mfg:PCCA PENTOXIFYLLINE Mfg:MEDISCA PRILOCAINE HYDROCHLORIDE USP Mfg:MEDISCA GABAPENTIN Mfg:MEDISCA PRACASIL PLUS Mfg:PCCA

102492 2/3/2014 CHINTALAPALLY, R MEDCO 610014
ALEXA BUCKINGHAM [illegible]
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030 (713)798-1460
150 ML
SCAR GEL GEL $8,397.00
Apply 1 to 2 pumps to scar 3 to 4 times daily. ***1 pump = 1.5ml's***
VLADMIR REDKO DR. [illegible] (713)798-1460
6560 FANNIN
Refills: 11

GX213.009

DOJ_18CR368-0074502

# Alternative Medicine & Pharmacy

4401 Dowling St Houston TX 77004 Ph: 713-874-0300 Fx: 713-874-0314

## Prescription Delivery/Pick Up Log

| Pick Up Sticker | Pt Signature | Counseling Accepted RPH Initi[als] | |
|---|---|---|---|
| | | Yes | No |

Redacted due to HIPAA

Signature Log

ALEXA BUCKINGHAM

Rx 102492

GX213.010

SHEILA A BUCKINGHAM
JAMES BUCKINGHAM

7542

Omni Plus Pharmacy

$ 75.00

seventy five and 00/100

usbank.

Rx

GX213.011

Remit payment to:

**ALTERNATIVE MEDICINE AND PHARMACY**
**4401 DOWLING ST HOUSTON, TX 77004**
**713-874-0300**

***PAYMENT MEMO***

Page 1
Date printed: February 18, 2014

ALEXA BUCKINGHAM
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030

PICK UP

**Account No.** 101942
**Phone** (713)790-1400
**Fax**

| Date | Inv./Ref. No. | Description | PO Number | Charges | Credits |
|---|---|---|---|---|---|
| 2/18/2014 | 107957 PAY. | Payment chk #7542 | | | |
| | | Payment on account | | | $75.00 |

**Invoice Total** **$75.00**

If you need to discuss your payment options, please contact us at (713) 874-0300.