

**EXPRESS SCRIPTS®**

February 25, 2015

Matthew Vorisek
3414 STONEY RIDGE RD
AVON, OH 44011-2210
(440)934-1555

Dear Mr. Vorisek,

Express Scripts is your pharmacy benefit manager (PBM). We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on your behalf for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received. Please respond as accurately as you can, and it is alright to let us know if you do not remember.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345360 or e-mail at TJEich@express-scripts.com.

Your prompt response is greatly appreciated. On behalf of Express Scripts Inc., thank you for your assistance.

Sincerely,

Thomas Eich
Investigator
Express Scripts, Inc
Enclosure

GX220.001

**GOVERNMENT EXHIBIT**
**220**
**4:18-CR-368**

DOJ_18CR368-0078173
DOJ_18CR368-0078173-1

1. Have you ever had a prescription filled at OMNI ONE MED PHARMACY?  **Yes**

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 301778 | 10/29/2014 | COMPOUND | $14,998.98 | yes | co-pay max met | |
| 301778 | 11/21/2014 | COMPOUND | $14,998.98 | yes | `` | `` |
| 301778 | 12/18/2014 | COMPOUND | $14,998.98 | yes | `` | `` |

2. How did you obtain the prescription(s)?  DALLAS

3. How did you find the pharmacy?
   (For example: doctor's office, friend, co-worker, family member, advertisement, etc.)  Circle One: (Mail)  Hand-delivered  Picked up
   DOC

4. Are you still receiving prescriptions/packages?  NO

5. Did you ever talk to the pharmacy?  Yes - ALLERGY QUESTIONS

6. This(ese) claims were authorized by REDKO, VLADIMIR, MD. Have you ever received treatment from this prescriber?  Yes

(Please use the below area to provide any additional information about O<u>M</u>NI ONE MED PHARMACY)
CO<u>MM</u>ENTS:

_[signature]_ 2/2/15
MEMBER SIGNATURE   DATE
(POLICY HOLDER)



**EXPRESS SCRIPTS®**

February 25, 2015

Sharon Vorisek
3414 STONEY RIDGE RD
AVON, OH 44011-2210
(440)934-1555

Dear Ms. Vorisek,

Express Scripts is your pharmacy benefit manager (PBM). We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on your behalf for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received. Please respond as accurately as you can, and it is alright to let us know if you do not remember.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345360 or e-mail at TJEich@express-scripts.com.

Your prompt response is greatly appreciated. On behalf of Express Scripts Inc., thank you for your assistance.

Sincerely,

Thomas Eich
Investigator
Express Scripts, Inc
Enclosure

GX220.004

1. Have you ever had a prescription filled at OMNI ONE MED PHARMACY? **Yes**

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 301791 | 10/29/2014 | COMPOUND | $14,998.98 | Yes | CO-PAY MET | |
| 301791 | 11/21/2014 | COMPOUND | $14,998.98 | Yes | | |
| 301791 | 12/18/2014 | COMPOUND | $14,998.98 | Yes | | |

2. How did you obtain the prescription(s)?   Circle One:   *Drugs*  ~~Mail~~  Hand-delivered  Picked up

3. How did you find the pharmacy? (For example: doctor's office, friend, co-worker, family member, advertisement, etc.)   **Doc**

4. Are you still receiving prescriptions/packages?   **No**

5. Did you ever talk to the pharmacy?   **Yes - Allergy Questions**

6. This(ese) claims were authorized by REDKO, VLADIMIR, MD. Have you ever received treatment from this prescriber?   **Yes**

(Please use the below area to provide any additional information about OMNI ONE MED PHARMACY).
COMMENTS:

_____  2/2/16
MEMBER SIGNATURE        DATE
(POLICY HOLDER)



**EXPRESS SCRIPTS®**

February 25, 2015

Paul Vorisek & c/o Amy Vorisek
3414 STONEY RIDGE RD
AVON, OH 44011-2210
(440)934-1555

Dear Mr. Vorisek,

Express Scripts is your pharmacy benefit manager (PBM). We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on behalf of Amy Vorisek and yourself for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received. Please respond as accurately as you can, and it is alright to let us know if you do not remember.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345360 or e-mail at TJEich@express-scripts.com.

Your prompt response is greatly appreciated. On behalf of Express Scripts Inc., thank you for your assistance.

Sincerely,

Thomas Eich
Investigator
Express Scripts, Inc
Enclosure

GX220.007

DOJ_18CR368-0078182
DOJ_18CR368-0078182-1

Page **2** of **3**

1. Have you ever had a prescription filled at OMNI ONE MED PHARMACY?  Yes

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 301784 | 10/29/2014 | COMPOUND | $14,998.98 | Yes | co-pay maximum met | |
| 301784 | 11/21/2014 | COMPOUND | $14,998.98 | Yes | | |
| 301784 | 12/18/2014 | COMPOUND | $14,998.98 | Yes | | |
| 301786 | 10/29/2014 | COMPOUND | $14,998.98 | Yes | | |
| 301786 | 11/21/2014 | COMPOUND | $14,998.98 | Yes | | |
| 301786 | 12/18/2014 | COMPOUND | $14,998.98 | Yes | | |

2. How did you obtain the prescription(s)?   Circle One:  Dallas   (Mail)   Hand-delivered   Picked up

3. How did you find the pharmacy?
   (For example: doctor's office, friend, co-worker, family member, advertisement, etc.)   Doc

4. Are you still receiving prescriptions/packages?   No

GX220.008

DOJ_18CR368-0078183
DOJ_18CR368-0078183-2

| | |
|---|---|
| 5. Did you ever talk to the pharmacy? | Yes - Allergy Questions |
| 6. This(ese) claims were authorized by REDKO, VLADIMIR, MD. Have you ever received treatment from this prescriber? | Yes |

(Please use the below area to provide any additional information about OMNI ONE MED PHARMACY)
COMMENTS:

_____  2/2/15
MEMBER SIGNATURE            DATE
(POLICY HOLDER)