

**Express Scripts Provider Certification**
Application Type: PSAO Credential

**GENERAL INFORMATION:**                                                    Date Completed: 04/16/2015

| | |
|---|---|
| Check one: ☐ New Pharmacy Application | Date Pharmacy opened: |
| ☐ Change of Ownership Application | Date ownership effective: |
| ☒ Existing Pharmacy Application | |

Are you affiliated with a PSAO? ☒ Yes ☐ No       Name of PSAO: LeaderNet; 603

Are you affiliated with a GPO? ☐ Yes ☒ No        Name of GPO:

NCPDP: 5906372                                      NPI: 1023363165

CHAIN CODE:                                         FEDERAL TAX ID: 451551391
                                                   (If applicable)

---

**Pharmacy Name:** Accu-Care Pharmacy

Legal Name: Safety and Health Technology, LLC

| | | | |
|---|---|---|---|
| Address: 4645 Hwy 6, Ste. J | City: Sugar Land | State: TX | Zip: 77478 |
| County: FORT BEND | How long has pharmacy been at this address? 2 Years, 10 Months | | |
| Phone Number: 8329399052 | Fax Number 2813026317 | | |

**Mailing Address** *(If different from Physical Address above)*

Address:                    City:                   State:          Zip:

**Remittance Address**

*(If different from Mailing Address above)*   Name to be printed on check: Accu-Care Pharmacy

Address:                    City:                   State:          Zip:

Contact Person: Lynh Phan

Pharmacy Permit Number: 28027

---

**OWNERSHIP / AUTHORIZED INDIVIDUALS:**
Total # of Owners: 1

| Owner First Name | Middle Initial | Owner Last Name | Percent of Ownership | Owner Email Address |
|---|---|---|---|---|
| Petrus | | Herbst | 100.00 | licensing@accucarepharmacy.com |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1

GOVERNMENT
EXHIBIT
**221**
4:18-CR-368

DOJ_18CR368-0071155
DOJ_18CR368-0071155-1



**Other individuals authorized to sign on owner's behalf:**

| First Name | Last Name | Email Address |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**List names and license #s of all Pharmacy Applicant's Pharmacists and Pharmacy Techs**

| | | |
|---|---|---|
| Pharmacist/Prescriber in Charge: | Lynh Phan | License # 33090 |
| Pharmacist Name: | Tharun Philip | License # 53043 |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |
| Pharmacist Name: | | License # |

**TYPE OF PRACTICE:** Indicate the anticipated percentage of Rx volume in each setting

| | | | |
|---|---|---|---|
| [X] | Open Door Retail/Community | 65.00 % | |
| [ ] | Closed Door/ Clinic Facility | % | |
| [X] | Mail Order | 10.00 % | [X] Local 97.00% [X] Out of State 3.00% |
| [ ] | Nursing Home/LTC | % | |
| [ ] | Internet Pharmacy | % | [ ] New  [ ] Refills _____ % |
| [ ] | Home Infusion | % | |
| [X] | Self Administered Injectable/Specialty | 22.00 % | |
| [X] | Other | 3.00 % | |
| | List Other: | Compounding | |

| | | |
|---|---|---|
| [ ] | Medicaid | % |
| [ ] | Medicare | % |
| [ ] | Workers Comp | % |
| [ ] | 340B | % |
| [X] | Compounds | 3.00 % |
| | Ship to other states? | |
| [ ] | Dispensing Physician | % |

2

DOJ_18CR368-0071156
DOJ_18CR368-0071156-2



## BUSINESS INFORMATION:

Federal DEA #: FA3312585    State Tax ID: 32043959124    State: TX

Medicaid #: _____    State: _____    Insurance Carrier: Pharmacists Mutual Insurance Company

If more than one state attach list:

Software Vendor: PK _____    Switch Company: RSI _____

Pharmacy Website URL: N/A

---

Hours of Operation:

M-F  9:00  AM  5:30  PM   Sat: _____ AM _____ PM   Sun: _____ AM _____ PM

☐   Open 24 hrs

---

| | E-Prescribing / Vendor: _____ | ☐ Braille Labeling | ☐ Emergency Services | ☒ Handicap Access |
| ☐ Drive-Through | ☐ TTY (Hearing Impaired) | ☒ Delivery Service/Mileage 25 ☒ Out of State |

---

| | QUESTIONNAIRE SECTION | YES | NO |
|---|---|---|---|
| 1 | Are three (3) or more pharmacies covered by this application assigned the same NCPDP chain code? *If yes, please list the NCPDP numbers and the applicable chain code:* | ☐ | ☒ |
| 2 | Is this pharmacy an open-door pharmacy that fills prescriptions for all walk-in customers without restrictions? *If no, please provide detailed explanation of pharmacy restrictions:* | ☒ | ☐ |
| 3 | Do you maintain electronic patient profiles? | ☒ | ☐ |
| 4 | Do you review prescriptions dispensed for drug interactions? | ☒ | ☐ |
| 5 | Is the pharmacy equipped to submit claims electronically in the most current NCPDP format? | ☒ | ☐ |
| 6 | Are you currently affiliated with a buying group or co-op other than a PSAO ( e.g., GPO)? *If yes, please list the name of affiliated buying group:* | ☐ | ☒ |
| 7 | Has the pharmacy previously participated in an Express Scripts or Medco pharmacy network? *If yes, when and under what name(s) and NCPDP number(s)?* | ☐ | ☒ |
| 8 | Do you provide any special services or have distribution rights to any specialty medications? *If yes, please provide a detailed description of services or specialty medications supplied:* | ☐ | ☒ |

3

DOJ_18CR368-0071157
DOJ_18CR368-0071157-3



| | | | |
|---|---|---|---|
| 9 | Has the pharmacy (or another pharmacy you have owned) been disciplined by a State Board of Pharmacy, government entity or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department)? *If yes, please provide explanation of action taken, board order letter, and any other supporting documents from the State Board of Pharmacy, government entity, or other regulatory authority.* | ☐ | ☒ |
| 10 | Have any of the pharmacists, pharmacy technicians, owner or employee(s) of the pharmacy been disciplined by the State Board of Pharmacy, a government entity, or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department) in the last 10 years? *If yes, please provide details and attach letter(s) of disciplinary action.* | ☐ | ☒ |
| 11 | Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s) or any of its pharmacists been the subject of a civil lawsuit or criminal prosecution involving fraud, deceit, deception or a similar offense involving moral turpitude? *If yes, please provide detailed explanation:* | ☐ | ☒ |
| 12 | In the last 10 years, has the pharmacy or any of its owners/principals filed for bankruptcy, reorganization, or made a general assignment in favor of creditors? *If yes, please provide detailed explanation.* | ☐ | ☒ |
| 13 | Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s), its pharmacists, or any of its employees been suspended or excluded by the Office of Inspector General (OIG) from participating in any federal or state health care program (e.g., Medicare, Medicaid, TRICARE) or by the General Services Administration (GSA) from participating in any government contract/services? *If yes, please provide detailed explanation including applicable dates:* | ☐ | ☒ |
| 14 | Have any of the owner(s), member(s)/principals(s), officers, or directors of the Pharmacy owned any other Pharmacy(ies)? *If yes, please provide a list of the pharmacies, their NCPDP number(s), and the names of the owners, entity member(s)/principal(s), officers and directors:* | ☐ | ☒ |
| 15 | Has the pharmacy ever changed names? *If yes, please provide a list of the previous name(s), NCPDP number(s) if different, and the date(s) the name changed:* | ☐ | ☒ |

GX221.004

DOJ_18CR368-0071158
DOJ_18CR368-0071158-4



| | | | |
|---|---|---|---|
| 16 | Has the pharmacy ever undergone a change in ownership?  *If yes, please provide a list of the previous owner's name(s), ownership dates, and NCPDP number(s) if different:* | ☐ | ☒ |
| 17 | Is the pharmacy a Medicare Part B Provider?  *If yes, please provide the Pharmacy's Part B Provider Number:* | ☐ | ☒ |
| 18 | In the past three (3) years, has any vendor providing services, supplies or medications to this Pharmacy, been excluded from participation in Federal or state health care program or government contract, or been otherwise subject to any restriction by the OIG or other state or government agency?  *If yes, please provide detailed explanation including applicable dates.* | ☐ | ☒ |
| 19 | Does the pharmacy have a separate designated area for patient consultation? | ☒ | ☐ |
| 20 | Has the pharmacy obtained any accreditations/certifications (e.g., PCAB, ACHC, The Joint Commission, URAC, VIPPS, etc.)?  *If so, please submit a copy of certification(s).* | ☐ | ☒ |
| 21 | Does the owner/pharmacist-in-charge currently hold any non-resident state licensure(s)?  *If yes, please submit a copy of license(s).* | ☐ | ☒ |
| 22 | Does the pharmacy provide sterile compounding medications?  *If yes please provide most current certification document (e.g., PCAB, air flow hood/HEPA filtration, etc.).* | ☐ | ☒ |
| 23 | Are you HIPAA or Hi-Tech Compliant? | ☒ | ☐ |

GX221.005

DOJ_18CR368-0071159
DOJ_18CR368-0071159-5

 EXPRESS SCRIPTS®

Indicate all languages other than English spoken by staff within this pharmacy and languages in which prescription drug labels can be provided:

| Lang | Label | | Lang | Label | | Lang | Label | | Lang | Label | |
|------|-------|---|------|-------|---|------|-------|---|------|-------|---|
| ☐ | ☐ | Arabic | ☐ | ☐ | Armenian | ☐ | ☐ | Cambodian | ☐ | ☐ | Chinese |
| ☐ | ☐ | Farsi | ☐ | ☐ | French | ☒ | ☐ | Hindi | ☐ | ☐ | Indian |
| ☐ | ☐ | Japanese | ☐ | ☐ | Korean | ☐ | ☐ | Mandarin Chinese | ☐ | ☐ | Russian |
| ☒ | ☐ | Spanish | ☐ | ☐ | Tagalog | ☐ | ☐ | Vietnamese | ☐ | ☐ | |
| ☒ | ☐ | Other | Serbian | | | | | | | | |

- I certify that each answer on this Provider Certification (including attachments) is true and correct.
- I agree to notify Express Scripts immediately in writing in the event of a change in the information provided which would make any part of this Provider Application untrue or inaccurate. I understand that failure to do so will be considered a breach of my Provider Agreement and could result in disciplinary action including, but not limited to, immediate termination of my Provider Agreement.
- I give Express Scripts, and its designee(s), if any, permission to contact any individual, company, organization, etc, including state and federal licensing agencies, as may be necessary to verify the information submitted herein and to ask questions about disciplinary action, the pharmacy's license, or any pharmacist licensed, employed by or dispensing prescriptions at the pharmacy.

Printed Name: Petrus Herbst            Signature: P Herbst

Title: Authorized Signatory            Date: 04/01/2015

6

DOJ_18CR368-0071160
DOJ_18CR368-0071160-6