**Logged Formula Worksheet** (standard)
8/20/2015 9:21:59 AM
Page 1

Omni-One-Med Pharmacy Services, LLC
17310 W Grand Pkwy S, Ste E
Sugar Land, TX 77479 Ph. (888) 350-4393

LG2596

### SCOTT SCAR GEL

Call Man:
Flavor:
Description:
Quantity made: 900 ML
Batch yield: 900.000
Qty remaining: 900.000
Schedule: L
PCCA ID:
Route of admin: TRANSDERMAL
Active ☑
Formula ID: 73552
Log ID: 2596

Date made: 8/19/2015
Lot number: 08192015@1
Beyond use date: February 15, 2016     9:32 AM
180 days after compounding date
Pharmacist: HEMLATA KATARIA /HK
Technician: SHLOKA MEHTA /NASIR N
NDC1:
Packaging:
Equipment:

**Pricing calculations from the log**
Estimated price     $7,681.85 as of 8/18/2015

Time to make:  0

Labeling:
Stability information:

| # | Chemicals | Sch. | Quantity used | QS (Balance) | | |
|---|---|---|---|---|---|---|
| 1 | LEVOCETIRIZINE DIHYDROCHLORIDE | L | 18 GMS | ☐ | | |
| | Lot #: C164730   Mfg: PCCA | | Exp. date: 4/30/2019 | Whlsr: PCCA | | |
| | Chemical Code:   Volume:   Potency:   Purity: | | QS amount | | AWP | $1,474.20 |
| | Balance: | | Bar code checked ☑  Each ML contains 0.02 GMS or 2% | | | |
| | | | NDC: 51927-4854-00 | ChemInvID: 576 | | |
| 2 | PENTOXIFYLLINE, USP | L | 4.5 GMS | ☐ | | |
| | Lot #: 108223/B   Mfg: MEDISCA | | Exp. date: 12/31/2018 | Whlsr: MEDISCA | | |
| | Chemical Code:   Volume:   Potency:   Purity: | | QS amount | | AWP | $37.26 |
| | Balance: | | Bar code checked ☑  Each ML contains 0.005 GMS or 0.5% | | | |
| | | | NDC: 38779-2560-09 | ChemInvID: 131 | | |
| 3 | BASE, PCCA PRACASIL PLUS GEL | L | 319.5 GMS | ☐ | | |
| | Lot #: 6883744   Mfg: PCCA | | Exp. date: 10/13/2016 | Whlsr: PCCA | | |
| | Chemical Code:   Volume:   Potency:   Purity: | | QS amount | | AWP | $4,064.04 |
| | Balance: | | Bar code checked ☑  Each ML contains 0.355 GMS or 35.5% | | | |
| | | | NDC: 51927-4855-00 | ChemInvID: 881 | | |
| 4 | LIDOCAINE USP POWDER | L | 9 GMS | ☐ | | |
| | Lot #: 118526/B   Mfg: MEDISCA | | Exp. date: 5/31/2019 | Whlsr: MEDISCA | | |
| | Chemical Code:   Volume:   Potency:   Purity: | | QS amount | | AWP | $38.52 |
| | Balance: | | Bar code checked ☑  Each ML contains 0.01 GMS or 1% | | | |
| | | | NDC: 38779-0081-09 | ChemInvID: 889 | | |
| 5 | TRANILAST | L | 9 GMS | ☐ | | |
| | Lot #: 107279/B   Mfg: MEDISCA | | Exp. date: 1/31/2017 | Whlsr: MEDISCA | | |
| | Chemical Code:   Volume:   Potency:   Purity: | | QS amount | | AWP | $90.27 |
| | Balance: | | Bar code checked ☑  Each ML contains 0.01 GMS or 1% | | | |
| | | | NDC: 38779-2570-05 | ChemInvID: 7 | | |
| 6 | DIFLORASONE DIACETATE 0.05% OINTMENT OINTME | | 540 GMS | ☐ | | |
| | Lot #: B506418523   Mfg: TARO | | Exp. date: 1/31/2017 | Whlsr: MCKESSON | | |
| | Chemical Code:   Volume:   Potency:   Purity: | | QS amount | | AWP | $7,543.80 |
| | Balance: | | Bar code checked ☑  Each ML contains 0.6 GMS or 60% | | | |
| | | | NDC: 51672-1295-03 | ChemInvID: 947 | | |

(Added all GM & GMS: 900.00    All ML: 0.00)

**Log Instructions & Notes**

New Log  Originally made as: 150 SCOTT SCAR GEL
   Calculated lot number: 08192015@1   Beyond use date: 2/15/2016
FORMULA INSTRUCTIONS:

Changed qty made: Old: 150 New: 900 by SHLOKA MEHTA on 8/19/2015 4:52:24 PM

ST, +000540.0 g — DIFLORASONE
ST, +000018.0 g — Levocetrizine
ST, +000004.5 g — Pentoxyfyllin
ST, +000319.5 g — Pracasil Base
ST, +000009.0 g — Lidocaine USP
ST, +000009.0 g — TRANILAST
Nas 08/20/15

Date entered: 8/19/2015 9:32:37 AM    Last modified: 8/20/2015 9:21:56 AM    by: SHLOKA MEHTA /NASIR
Checked by: _____    Date: 08/20/2015

Packed By NASIR

GX222.001

**GOVERNMENT EXHIBIT 222**
4:18-CR-368

DOJ_18CR368-0078113
DOJ_18CR368-0078113-1