

**Express Scripts Provider Certification**

**GENERAL INFORMATION:**

NCPDP: 5903542  
NPI: 1164719936  
CHAIN CODE: (If applicable)  
FEDERAL TAX ID: 273646964 (If applicable)

Pharmacy Name: KREMCO PHARMACY  
Legal Name: KREMCO PHARMACY LLC  
Address: 10815 BEECHNUT STREET, SUITE 255    City: HOUSTON    State: TX    Zip: 77072  
Phone Number: 281-564-7500    Is this a landline? [X] Yes [ ] No  
Fax Number: 281-564-7501  
County: HARRIS    How long has pharmacy been at this address? 5 Years  
Name of Current Owner: NNATUANYA ONEJEME    Contact Person: NNATUANYA ONEJEME  
Name of Other Individual Authorized to Sign on Owner's Behalf: NNATUANYA ONEJEME

**Mailing Address** (If different from Physical Address above)  
Address:    City:    State:    Zip:

**Remittance Address** (If different from Mailing Address above)  
Name to be printed on check: KREMCO PHARMACY LLC  
Address:    City:    State:    Zip:

List names and license #s of all Pharmacists employed (attach separate sheet if necessary):

| | | |
|---|---|---|
| Pharmacist/Prescriber in Charge: | NNATUANYA ONEJEME | License # 46079 |
| Pharmacist Name: | NNATUANYA ONEJEME | License # 46079 |
| Pharmacist Name: | | License # |

GX223.001

GOVERNMENT EXHIBIT  
**223**  
4:18-CR-368

DOJ_18CR368-0076793



**TYPE OF PRACTICE:** Indicate the anticipated percentage of Rx volume in each setting

| | | | |
|---|---|---|---|
| [X] Open Door Retail/Community 100.00 % | | [X] Medicaid | 60.00 % |
| [ ] Closed Door/ Clinic Facility ____ % | | [X] Medicare | 40.00 % |
| [ ] Mail Order ____ % [ ] Local [ ] Out of State | | [ ] Workers Comp | ____ % |
| [ ] Nursing Home/LTC ____ % | | [ ] 340B | ____ % |
| [ ] Internet Pharmacy ____ % [ ] New [ ] Refills ____ % | | [ ] Compounds | ____ % |
| [ ] Home Infusion ____ % | | [ ] Dispensing Physician | ____ % |
| [ ] Self Administered Injectable/Specialty ____ % | | | |
| [ ] Other ____ % List Other: ____ | | | |

**BUSINESS INFORMATION:**

Federal DEA #: FK2844543   State Tax ID: 273646964   State: TX
Medicaid #: 146443   State: TX   Insurance Carrier: STATE FARM INSURANCE
(If more than one state attach list)

Software Vendor: BEST COMPUTER SYSTEMS INC   Switch Company: BESTRx PHARMACY MANAGEMENT SYSTEMS
Email address: ____   Pharmacy Website URL: ____

Hours of Operation:
M-F  10:00 AM  6:00 PM   Sat: 10:00 AM 2:00 PM   Sun: ____ AM ____ PM
[ ] Open 24 hrs   Holidays: ____ AM ____ PM

[X] E-Prescribing/Vendor: BESTRx PHARMACY MANAGEMENT SYSTEMS  [ ] Emergency Services   [X] Handicap Access
[ ] Drive-Through  [ ] TTY (Hearing Impaired)  [ ] Delivery Service/Mileage ____  [ ] Out of State

3



## Express Scripts Provider Certification

| | QUESTIONNAIRE SECTION | YES | NO |
|---|---|---|---|
| 1 | Is this pharmacy an open-door pharmacy that fills prescriptions for all walk-in customers without restrictions? *If no, please provide detailed explanation of pharmacy restrictions.* | ☒ | ☐ |
| 2 | Do you maintain electronic patient profiles? | ☒ | ☐ |
| 3 | Do you review prescriptions dispensed for drug interactions? | ☒ | ☐ |
| 4 | Are you currently affiliated with a buying group or co-op other than a PSAO (e.g., GPO)? *If yes, please provide the name(s) of affiliated buying group(s).* API | ☒ | ☐ |
| 5 | Has the pharmacy (or another pharmacy you have owned) been disciplined by a State Board of Pharmacy, government entity or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department)? *If yes, please attach explanation of action taken, board order letter, and any other supporting documents from the State Board of Pharmacy, government entity, or other regulatory authority.* | ☐ | ☒ |
| 6 | Have any of the pharmacists, pharmacy technicians, owner or employee(s) of the pharmacy been disciplined by the State Board of Pharmacy, a government entity, or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department) in the last 10 years? *If yes, please attach details and letter(s) of disciplinary action.* | ☐ | ☒ |
| 7 | Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s) or any of its pharmacists been the subject of a civil lawsuit or criminal prosecution involving fraud, deceit, deception or a similar offense involving moral turpitude? *If yes, please attach detailed explanation.* | ☐ | ☒ |
| 8 | In the last 10 years, has the pharmacy or any of its owners/principals filed for bankruptcy, reorganization, or made a general assignment in favor of creditors? *If yes, please attach detailed explanation.* | ☐ | ☒ |
| 9 | Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s), its pharmacists, or any of its employees been suspended or excluded by the Office of Inspector General (OIG) from participating in any federal or state health care program (e.g., Medicare, Medicaid, TRICARE) or by the General Services Administration (GSA) from participating in any government contract/services? *If yes, please attach detailed explanation including applicable dates.* | ☐ | ☒ |
| 10 | Have any of the owner(s), member(s)/principals(s), officers, or directors of the Pharmacy owned any other Pharmacy(ies)? *If yes, please attach a list of the pharmacies, their NCPDP number(s), and the names of the owners, entity member(s)/principal(s), officers and directors.* | ☐ | ☒ |
| 11 | Has the pharmacy ever changed names? *If yes, please attach a list of the previous name(s), NCPDP number(s) if different, and the date(s) the name changed.* | ☐ | ☒ |

Case 4:18-cr-00368 Document 533-32 Filed on 07/22/23 in TXSD Page 4 of 9



| | | | |
|---|---|---|---|
| 12 | Has the pharmacy ever undergone a change in ownership? *If yes, please provide a list of the previous owner's name(s), ownership dates, and NCPDP number(s) if different.* | ☐ | ☒ |
| 13 | In the past three (3) years, has any vendor providing services, supplies or medications to this Pharmacy, been excluded from participation in Federal or state health care program or government contract, or been otherwise subject to any restriction by the OIG or other state or government agency? *If yes, please attach detailed explanation including applicable dates.* | ☐ | ☒ |
| 14 | Has the pharmacy obtained any accreditations/certifications (e.g., PCAB, ACHC, The Joint Commission, URAC, VIPPS, etc.)? *If so, please submit a copy of certification(s).* | ☐ | ☒ |
| 15 | Does the owner/pharmacist-in-charge currently hold any non-resident state licensure(s)? *If yes, please submit a copy of license(s).* | ☐ | ☒ |
| 16 | Does the pharmacy provide sterile compounding medications? *If yes please provide most current certification document (e.g., PCAB, air flow hood/HEPA filtration, etc.).* | ☐ | ☒ |

Indicate all languages other than English spoken by staff within this pharmacy and languages in which prescription drug labels can be provided:

| Lang | Label | | Lang | Label | | Lang | Label | | Lang | Label | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Arabic | ☐ | ☐ | Armenian | ☐ | ☐ | Cambodian | ☐ | ☐ | Chinese |
| ☐ | ☐ | Farsi | ☐ | ☐ | French | ☐ | ☐ | Hindi | ☐ | ☐ | Indian |
| ☐ | ☐ | Japanese | ☐ | ☐ | Korean | ☐ | ☐ | Mandarin Chinese | ☐ | ☐ | Russian |
| ☐ | ☐ | Spanish | ☐ | ☐ | Tagalog | ☐ | ☐ | Vietnamese | ☐ | ☐ | |
| ☐ | ☐ | Other | | | | | | | | | |

- I certify that each answer on this Provider Certificaction (including attachments) is true and correct.
- I agree to notify Express Scripts immediately in writing in the event of a change in the information provided which would make any part of this Provider Application untrue or inaccurate. I understand that failure to do so will be considered a breach of my Provider Agreement and could result in disciplinary action including, but not limited to, immediate termination of my Provider Agreement.
- I give Express Scripts, and its designee(s), if any, permission to contact any individual, company, organization, etc, including state and federal licensing agencies, as may be necessary to verify the information submitted herein and to ask questions about disciplinary action, the pharmacy's license, or any pharmacist licensed, employed by or dispensing prescriptions at the pharmacy.

Printed Name: NNATUANYA ONEJEME   Signature: _[signature]_

Title: Authorized Signatory   Date: 02/04/2016

5

GX223.004

DOJ_18CR368-0076796



# PHARMACY DISCLOSURE FORM

The federal regulations set forth in 42 CFR 455.104, 455.105 and 455.106 require you to fill out this form if you are enrolling, re-credentialing, re-contracting your Pharmacy or Pharmacy chain, or if there have been significant changes to the information required on this form (e.g. a change in ownership). [Note: Each pharmacy participating in Group Purchasing Organization (GPO) or Pharmacy Services Administration Organization (PSAO) MUST fill out its own form.] If additional space is needed, please note on the form that the answer is being continued, and attach a sheet referencing the item number that is being continued. Please retain a copy for your files and return the original with the application.

Please answer all questions as of the current date. If a question is not applicable please respond N/A for that question.

### *NO QUESTIONS SHOULD BE LEFT BLANK.*

## I. Identifying Information

| Name of person completing form | Phone number of person completing form |
|---|---|
| NNATUANYA ONEJEME | 2815647500 |

| Name of Pharmacy or Pharmacy Chain: |
|---|
| KREMCO PHARMACY LLC |

| DBA Name: |
|---|
| KREMCO PHARMACY |

Address(es): If you are a small chain (10 or fewer stores) list each location. If you are a large chain, provide your corporate address.

| Street Address | City | State | Zip |
|---|---|---|---|
| 10815 BEECHNUT STREET, SUITE 125 | HOUSTON | TX | 77072 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Federal Tax Identification Number: | Pharmacy NCPDP # (If you are a small chain (10 or fewer stores) list each NCPDP. If a large chain, provide your chain code) | Pharmacy NPI # (If you are a small chain (10 or fewer stores) list each NPI. If a large chain, provide your chain code) |
|---|---|---|
| 273646964 | 5903542 | 1164719936 |
| | | |
| | | |
| | | |
| | | |
| | | |



# PHARMACY DISCLOSURE FORM

## II. Information Regarding Ownership, Control, and Management

**(a) Ownership/Control:** Provide the information requested below individual or entity having an **ownership** interest of 5% or greater or **control** interest in this Pharmacy or Pharmacy Chain. Ownership and control may be "direct" (an individual who owns the pharmacy) or "indirect" (an individual who owns 5% of the company that owns the actual pharmacy or pharmacy chain). For corporate entities, please include, as applicable, any primary business address, every business location and any P.O. Box on a separate sheet.

| Name of individual or entity | DOB | Address | SSN/TIN | % Ownership | Title |
|---|---|---|---|---|---|
| NNATUANYA ONEJEME | ███ | ███ | ███ | 100.00 | P.I.C./OWNER |
| | | | | | |
| | | | | | |
| | | | | | |

**(b) Management/Agency Relationship:** List the name, title, address, date of birth (DOB) and Social Security Number (SSN) for the Pharmacy or Pharmacy chains **Managing Employees, Pharmacists in Charge** and **Agents**.

| Name | DOB | Address | SSN | Title |
|---|---|---|---|---|
| NNATUANYA ONEJEME | ███ | ███ | ███ | P.C.I./OWNER |
| | | | | |
| | | | | |

**(c) Ownership of Subcontractors:** Provide the name, address and TIN for any subcontractor that the Pharmacy or Pharmacy chain has an ownership interest of 5% or greater.

| Name of Subcontractor | Address | TIN |
|---|---|---|
| | | |
| | | |
| | | |

## III. Relationship of the Parties

Are any of the individuals listed in **Section II (a) and/or (b)** related to each other? [X] Yes [ ] No

If yes, list the individuals named above who are related to each other (spouse, sibling, parent, child). (42 CFR 455.104)

| Names | Type of relation |
|---|---|
| NNATUANYA ONEJEME | SELF |
| | |

Are any of the individuals listed in **Section II (a)** related to someone with a controlling or ownership interested of 5% or more in any subcontractor(s) providing services to the Pharmacy or Pharmacy Chain? A subcontractor is company that performs business functions related to the provision of pharmacy services, i.e. billing agent. [ ] Yes [X] No

If yes, provide detail below:

| Name | Name of Subcontractor | TIN | Name of Related Individual | Relationship |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |



# PHARMACY DISCLOSURE FORM

## IV. Related Healthcare Entities and Subcontractors

Does the Pharmacy, Pharmacy Chain, or any of the individuals or entities listed in **Section II (a)** have a controlling or ownership interested of 5% or more in any other health care providers or subcontractors? ☐ Yes ☒ No

If yes, provide the following information about the subcontractor:

| Name | TIN | Address | % Owner-ship | Name of person/entity with control/ownership |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## V. Convictions, Debarment, Exclusions, and Terminations[1]

Have any of the individuals or entities listed in **Section II (a) or (b)** ever been **"convicted"**[2] of a crime related to fraud or to any program under Medicaid, Medicare, CHIP, TRICARE, or Title XX program? ☐ Yes ☒ No
If yes, provide detail below:

| Name | Date | Type of Conviction |
|---|---|---|
| | | |
| | | |

Have any of the individuals or entities listed in **Section II (a) or (b)** ever been **"debarred"**[3] or otherwise excluded from participation in Federal Government Contracts including under the provisions of Executive Order 12549? ☐ Yes ☒ No
If yes, provide detail below:

| Name | Length of Debarment | Reason for Debarment |
|---|---|---|
| | | |

Have any of the individuals or entities listed in **Section II (a) or (b)** ever been **"Suspended,"**[4] **"Excluded,"**[5] or **"Terminated"**[6] from participation in Federal Programs, including Medicare, Medicaid, CHIP or TRICARE or under the provisions of Executive Order 12549? ☐ Yes ☒ No
If yes, provide detail below:

| Name | Date | Reason for Exclusion of Termination |
|---|---|---|
| | | |

Has any person or entity on the listed in **Section II (a) or (b)** ever had **Civil Monetary Penalties** (CMPs) assessed against them? A CMP is a fine assessed against by a governmental agency that manages a federal pharmacy program.
Yes ☐ No ☒
If yes, provide detail below:

| Name | Reason for CMP | Amount | Date |
|---|---|---|---|
| | | | |

Has any person or entity on the listed in **Section II (a) or (b)** ever been subject any other disciplinary or legal action relating to his/her participation in a state or federal health-care program? Yes ☐ No ☒
If yes, provide detail below:

| Name | Type of Action | Date |
|---|---|---|

---

[1] In answering these questions, please refer to state licensing board information as well as the Federal Debarment List located at: www.sam.gov or for a listing of federally debarred and suspended individuals/entities and the Federal List of Excluded Individuals/ Entities (LEIE) database, available at: http://www.oig.hhs.gov/fraud/exclusions/exclusions_list.asp.

[2] "Convicted" means a judgment, conviction, finding of guilt, or entry of a guilty or nolo contendere plea in any Federal, State or local court regardless of pending post-trial motions, pending appeals or whether the conviction was expunged. "Convicted" also includes individuals or entities participating in a first offender or deferred adjudication program where conviction has been withheld. 42 CFR 1001.2

[3] "Debarred" means an individual is not allowed to participate in contracts paid for by the Federal Government, whether or not those contracts are in the pharmacy or healthcare area.

[4] "Suspended" means that items or services furnished by a specified provider who has been convicted of a program-related offense in a Federal, State, or local court were not reimbursed under Medicaid.

[5] "Excluded" means that a person or entity has been told by the Department of Health and Human Services, Office of the Inspector General (HHS, OIG) that they may no longer work with any federally funded health care program.

[6] "Terminated" means the person or entity lost the right to bill a State's Medicaid or CHIP program for a cause related to fraud or abuse.


## PHARMACY DISCLOSURE FORM

|  |  |  |
|---|---|---|
|  |  |  |

### VI. Significant Business Transactions

In the past 12 months, has the Pharmacy or Pharmacy Chain had any financial transaction with any subcontractors totaling more than $25,000? (42 CFR 455.105).  ☐ Yes  ☒ No

If yes, list the ownership of the subcontractor with whom this provider **has had business transactions totaling more than $25,000** during the previous twelve month period.

| Name Subcontractor | Address | Owner(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Has the Pharmacy or Pharmacy Chain had any significant business transactions with any subcontractor or wholly owned suppliers over the previous five years? (42 CFR 455.105).  ☐ Yes  ☒ No

If yes, please provide details below:

| Name Supplier/Subcontractor | Address | Transaction Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I certify that the information provided herein, is true and accurate. Additions or other changes to the information must be submitted immediately upon revision. I understand that misleading, inaccurate, or incomplete data may result in a denial of participation. I further understand that this Disclosure Form constitutes part of the Provider Agreement with Express Scripts and that failing to provide full and accurate information, including providing immediate notice of any change relating to this information, will constitute a breach of the Provider Agreement. I certify that the Pharmacy or Pharmacy Chain will comply with legal requirements, including but not limited to, the requirements of 45 CFR Part 76.

_[signature]_
Signature

Authorized Signatory
Title (or indicate if authorized Agent)

NNATUANYA ONEJEME
Name (please print)

02/04/2016
Date



# EXPRESS SCRIPTS®

Technical Support
866-725-5294

**Client Code:** EV0655

To: **Express Scripts** (Received by CARCO)  Date: 2/4/2016

Fax: **631-730-1261**

# of Pages (Including this Sheet) **8**

From: **NNATUANYA ONEJEME**

RE: Requested Current Liability Insurance certificate Documents for KREMCO PHARMACY

### Send to FAX number 631-730-1261

Dear Express Scripts,

Attached are the documents you requested.

### Additional Comments

---

**napbs**
National Association of
Professional Background Screeners

*Better Decisions Through Accurate Information*
www.carcogroup.com

**SAFEHARBOR**
U.S. DEPARTMENT OF COMMERCE

TRN ID    1321391



15558



PAGE 5/17 * RCVD AT 2/4/2016 9:26:53 PM [Eastern Standard Time] * SVR:CARNYFXDATA18 * DNIS:354 * CSID: * DURATION (mm-ss):06-21

DOJ_18CR368-0076801