**EXPRESS SCRIPTS®**

---

**PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST.**

---

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies.  This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients.  **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT**:  Providing information in response to this request does not violate HIPAA.  The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients.   As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

**<u>Your prompt response is greatly appreciated</u>**.  If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure

 **Confidential Information**

GOVERNMENT
EXHIBIT
**225**
4:18-CR-368

DOJ_18CR368-0078902-1

DOJ_18CR368-0078902

Please Fax Back to: **1-800-606-5569**          For Internal use Only: Log # 5907449

| **PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST.** |

Patient Name: **VILA MILOSEVIC**                    **Patient Date of Birth:** ▮▮▮▮

**Dr. VLADIMIR REDKO,**
**Please complete <u>all</u> steps below and then sign below the chart.**
  *(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?        (circle one)        **YES        NO**
- If question #1 is YES, when was the last time the patient was seen?        ____/____/_____
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you?  (circle one)    **YES        NO**
- If question #4 is YES, when was the agreement signed?        ____/____/_____
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)        **YES        NO**

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the appropriate column <i>and</i> indicate number of refills authorized.</u>

<u>N</u>OTE: The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
|---|---|---|---|---|---|
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
| 9/10/2014 | COMPOUND | 300 | | | |

Comm ⓒ  **Confidential Information**

To the best of my knowledge, all information provided above is true and correct.

_____        _____        _____        _____
**Signature**                              **Date**                **Print Name**              **Office Phone**

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.002

DOJ_18CR368-0078903-2                                                                                 DOJ_18CR368-0078903

 **EXPRESS SCRIPTS**®

---

## PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.

---

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies. This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients. **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT:** Providing information in response to this request does not violate HIPAA. The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients. As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

**<u>Your prompt response is greatly appreciated</u>.** If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure

 Confidential Information

GX225.003

Please Fax Back to: **1-800-606-5569**                    For Internal use Only: Log # 5907449

## PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.

Patient Name: SHEILA BUCKINGHAM                    Patient Date of Birth: ▮▮▮▮

**Dr. VLADIMIR REDKO,**
**Please complete <u>all</u> steps below and then sign below the chart.**
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)      **YES      NO**
- If question #1 is YES, when was the last time the patient was seen?      ___/___/_____
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you?  (circle one)   **YES      NO**
- If question #4 is YES, when was the agreement signed?      ___/___/_____
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
   (circle one)      **YES      NO**

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.</u>

NOTE: The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
|---|---|---|---|---|---|
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
| 10/23/2014 | COMPOUND | 300 | | | |

Comm ⓒ  Confidential Information

To the best of my knowledge, all information provided above is true and correct.

_____     _____     _____     _____
**Signature**                              **Date**             **Print Name**                **Office Phone**

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.004

 **EXPRESS SCRIPTS®**

---

| **PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.** |
|---|

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies. This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients. **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT**: Providing information in response to this request does not violate HIPAA. The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients. As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

<u>**Your prompt response is greatly appreciated.**</u> If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure

 **Confidential Information**

Please Fax Back to: **1-800-606-5569**          For Internal use Only: Log # 5907449

---

## PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST.

---

Patient Name: **RHONDA SHARON**          Patient Date of Birth: ▮▮▮▮▮

**Dr. VLADIMIR REDKO,**
**Please complete <u>all</u> steps below and then sign below the chart.**
  *(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)          **YES          NO**
- If question #1 is YES, when was the last time the patient was seen?          _____/_____/_____
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you?  (circle one)          **YES          NO**
- If question #4 is YES, when was the agreement signed?          _____/_____/_____
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
          (circle one)          **YES          NO**

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the appropriate column</u> *and* <u>indicate number of refills authorized.</u>

<small>N</small>OTE: The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
|---|---|---|---|---|---|
| 10/29/2015 | COMPOUND | 300 | | | |

Comm ▮ **Confidential Information**

To the best of my knowledge, all information provided above is true and correct.

_____          _____          _____          _____
**Signature**                                  **Date**                **Print Name**                      **Office Phone**

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.006

 **EXPRESS SCRIPTS®**

---

| **PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.** |
| --- |

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies. This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients. **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT**: Providing information in response to this request does not violate HIPAA. The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients. As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

**<u>Your prompt response is greatly appreciated</u>.** If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure


 **Confidential Information**

DOJ_18CR368-0078908-7

DOJ_18CR368-0078908

Please Fax Back to: **1-800-606-5569**          For Internal use Only: Log # 5907449

## PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST.

Patient Name: RYAN DUNKLE          Patient Date of Birth: ▉▉▉▉▉▉

Dr. VLADIMIR REDKO,
Please complete <u>all</u> steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)     **YES     NO**
- If question #1 is YES, when was the last time the patient was seen?     \_\_\_\_/\_\_\_\_/\_\_\_\_
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you? (circle one)   **YES     NO**
- If question #4 is YES, when was the agreement signed?     \_\_\_\_/\_\_\_\_/\_\_\_\_
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
          (circle one)     **YES     NO**

Did you prescribe the claims listed below for the above listed patient?   <u>Please indicate by checking 'Yes' or 'No' in the</u>
<u>appropriate column *and* indicate number of refills authorized.</u>

NOTE: The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
|---|---|---|---|---|---|
| 10/31/2014 | COMPOUND | 300 | | | |
| 10/31/2014 | COMPOUND | 60 | | | |
| 10/31/2014 | COMPOUND | 300 | | | |
| 10/31/2014 | COMPOUND | 60 | | | |

Comm ⬡ Confidential Information

To the best of my knowledge, all information provided above is true and correct.

_____     _____     _____     _____
**Signature**                     **Date**          **Print Name**          **Office Phone**

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.008

 **EXPRESS SCRIPTS®**

| **PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.** |
| --- |

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies.  This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients.  **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT**:  Providing information in response to this request does not violate HIPAA.  The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c).  Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients.   As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

<u>**Your prompt response is greatly appreciated.**</u>  If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure


 Confidential Information

Please Fax Back to: **1-800-606-5569**                    For Internal use Only: Log # 5907449

| **PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST.** |

Patient Name: **TODD DUNKLE**                    Patient Date of Birth: ▮▮▮▮

**Dr. VLADIMIR REDKO,**
**Please complete <u>all</u> steps below and then sign below the chart.**
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)          **YES          NO**
- If question #1 is YES, when was the last time the patient was seen?          ____/____/_____
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you? (circle one)     **YES          NO**
- If question #4 is YES, when was the agreement signed?          ____/____/_____
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
          (circle one)          **YES          NO**

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the</u>
<u>appropriate column *and* indicate number of refills authorized.</u>

**NOTE: The date of fill may not be the date the prescription was written.**

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| 10/31/2014 | COMPOUND | 60 | | | |
| 10/31/2014 | COMPOUND | 300 | | | |
| 10/31/2014 | COMPOUND | 60 | | | |
| 10/31/2014 | COMPOUND | 300 | | | |

Comm ⚠C Confidential Information

To the best of my knowledge, all information provided above is true and correct.

_____     _____     _____     _____
**Signature**                              **Date**          **Print Name**          **Office Phone**

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.010

 **EXPRESS SCRIPTS®**

---

**PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.**

---

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies. This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients. **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT**: Providing information in response to this request does not violate HIPAA. The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients. As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

**<u>Your prompt response is greatly appreciated</u>.** If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure

 **Confidential Information**

Please Fax Back to: **1-800-606-5569**          For Internal use Only: Log # 5907449

---

## PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.

---

Patient Name: **MICHAEL REDKO**          Patient Date of Birth: ▉▉▉▉

Dr. **VLADIMIR REDKO,**
Please complete <u>all</u> steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?      (circle one)      **YES      NO**
- If question #1 is YES, when was the last time the patient was seen?   _____/_____/_____
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you? (circle one)   **YES      NO**
- If question #4 is YES, when was the agreement signed?   _____/_____/_____
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)      **YES      NO**

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the</u>
<u>appropriate column *and* indicate number of refills authorized.</u>

NOTE: The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
|---|---|---|---|---|---|
| 11/12/2014 | COMPOUND | 120 | | | |
| 11/12/2014 | COMPOUND | 60 | | | |
| 11/12/2014 | COMPOUND | 300 | | | |
| 11/12/2014 | COMPOUND | 60 | | | |

Comm ⓒ  Confidential Information

To the best of my knowledge, all information provided above is true and correct.

_____        _____        _____        _____
**Signature**                                **Date**                        **Print Name**                        **Office Phone**

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.012

 **EXPRESS SCRIPTS®**

---

**PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST.**

---

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies.  This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients.  **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT:**  Providing information in response to this request does not violate HIPAA.  The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients.  As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

**<u>Your prompt response is greatly appreciated</u>.**  If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure

 **Confidential Information**

Please Fax Back to: **1-800-606-5569**          For Internal use Only: Log # 5907449

| PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST. |
|---|

Patient Name: EVAN BUCKINGHAM                    Patient Date of Birth: ▮▮▮▮▮

**Dr. VLADIMIR REDKO,**
**Please complete <u>all</u> steps below and then sign below the chart.**
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)     **YES     NO**
- If question #1 is YES, when was the last time the patient was seen?     ____/____/____
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you?  (circle one)   **YES     NO**
- If question #4 is YES, when was the agreement signed?     ____/____/____
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
     (circle one)     **YES     NO**

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the</u>
<u>appropriate column</u> *and* <u>indicate number of refills authorized.</u>

NOTE: The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S) | |
|---|---|---|---|---|---|
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
| 10/23/2014 | COMPOUND | 300 | | | |

Comm ◢C◣  Confidential Information

To the best of my knowledge, all information provided above is true and correct.

_____     _____     _____     _____
**Signature**                    **Date**        **Print Name**       **Office Phone**

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.014

 **EXPRESS SCRIPTS®**

---

**PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST.**

---

June 29, 2016

VLADIMIR REDKO
6560 FANNIN ST STE 2020
HOUSTON TX 770302736

Dear Provider,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively, 'Express Scripts'), a pharmacy benefit Management Company, periodically requests and reviews claims submitted by our network pharmacies.  This is done to help identify and investigate potential fraud, waste and abuse.

Enclosed is a listing of prescriptions for one or several of your patients.  **We would greatly appreciate it if someone from your staff could review the listings enclosed and verify the authenticity of the prescription claims.**

Please fax your response to me at 800-606-5569.

**HIPAA STATEMENT**:  Providing information in response to this request does not violate HIPAA.  The HIPAA regulations state that '[a] covered entity may disclose protected health information to another covered entity...[f]or the purpose of health care fraud and abuse detection or compliance.' 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients.   As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.

**<u>Your prompt response is greatly appreciated</u>.**  If you have any questions regarding this request or should you need assistance, please feel free to contact me at the number below.

Sincerely,


Blake Stockwell
Investigator, FWA Services
Express Scripts
One Express Way: Mail Stop HQ2 W03
Saint Louis, MO 63121
Phone: (314) 684-5326 | Fax: (800) 606-5569
bstockwell@express-scripts.com


Enclosure


 **Confidential Information**

Please Fax Back to: **1-800-606-5569**     For Internal use Only: Log # 5907449

## PLEASE READ CAREFULLY. THIS IS NOT A REFILL REQUEST.

Patient Name: **ALEXA BUCKINGHAM**     Patient Date of Birth: ▊▊▊▊

**Dr. VLADIMIR REDKO,**
**Please complete all steps below and then sign below the chart.**
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?     (circle one)     **YES     NO**
- If question #1 is YES, when was the last time the patient was seen?     ___/___/___
- Patient diagnoses : _____
- Does this patient have a medication/treatment agreement with you? (circle one)   **YES     NO**
- If question #4 is YES, when was the agreement signed?     ___/___/___
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)     **YES     NO**

Did you prescribe the claims listed below for the above listed patient?  Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

NOTE: The date of fill may not be the date the prescription was written.

|  |  |  |  | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
| --- | --- | --- | --- | --- | --- |
| 10/23/2014 | COMPOUND | 300 |  |  |  |

Comm◬ **C** Confidential Information

To the best of my knowledge, all information provided above is true and correct.

_____     _____     _____     _____
**Signature**          **Date**       **Print Name**        **Office Phone**

***Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX225.016

6560 FANNIN, SUITE 2020
HOUSTON, TX, 77030
Phone: 713-790-1400
Fax: 713-790-1499



**PAIN AND HEALTH
MANAGEMENT
CENTER**

# Fax

To: _Blake Stockwell_    **From:** _V. REDKO, M.D._

**Fax:** _____    **Date:** _7/5/16_

**Phone:** _____    **Pages:** _9_

**Re:** _____

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•**Comments:**

DOJ_18CR368-0078811
DOJ_18CR368-0078811-1

Please Fax Back to: 1-800-606-5569          For Internal use Only: Log # 5907449

## PLEASE READ CAREFULLY. THIS IS <u>NOT A REFILL REQUEST.</u>

Patient Name: ALEXA BUCKINGHAM                    Patient Date of Birth: ▓▓▓▓

Dr. VLADIMIR REDKO,
**Please complete <u>all</u> steps below and then sign below the chart.**
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?     (circle one)     **YES**     NO
- If question #1 is YES, when was the last time the patient was seen?  *9/4/14*
- Patient diagnoses : *painful scar left arm*
- Does this patient have a medication/treatment agreement with you? (circle one)     YES     NO  *N/A*
- If question #4 is YES, when was the agreement signed?  ___/___/___  *N/A*
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)     **YES**     NO  *N/A*

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the</u>
<u>appropriate column *and* indicate number of refills authorized.</u>

**NOTE: The date of fill may not be the date the prescription was written.**

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? YES | NO |
|---|---|---|---|---|---|
| 10/23/2014 | COMPOUND | 300 | *PRN* | ✓ | |

Comments  ⬥ Confidential Information

To the best of my knowledge, all information provided above is true and correct.

Signature _____   Date  *7/5/16*   Print Name  *V. REDKO, M.D.*   Office Phone  *713-790-1400*

*****Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL
Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

DOJ_18CR368-0078812
DOJ_18CR368-0078812-2

Please Fax Back to: **1-800-606-5569**          For Internal use Only: Log # 5907449

---
### PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.
---

**Patient Name:** EVAN BUCKINGHAM          **Patient Date of Birth:** ▮

**Dr. VLADIMIR REDKO,**
**Please complete <u>all</u> steps below and then sign below the chart.**
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)          (YES)          NO
- If question #1 is YES, when was the last time the patient was seen?          9/14/14
- Patient diagnoses : *hypertrophic painful scar forehead*
- Does this patient have a medication/treatment agreement with you? (circle one)     YES     NO     N/A
- If question #4 is YES, when was the agreement signed?          /     /          N/A
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?          N/A
  (circle one)          YES          NO

Did you prescribe the claims listed below for the above listed patient?  <u>Please indicate by checking 'Yes' or 'No' in the</u> <u>appropriate column</u> *and* <u>indicate number of refills authorized.</u>

NOTE: The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S) | |
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
|---|---|---|---|---|---|
| 10/23/2014 | COMPOUND | 300 | PRN | ✓ | |

To the best of my knowledge, all information provided above is true and correct.

| | | | |
|---|---|---|---|
| *U. Redko* | 7/5/16 | U. REDKO, M.D | 713-790-1400 |
| Signature | Date | Print Name | Office Phone |

***Signature is required for authentication purposes.**

| Comm▮ | Confidential Information |

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

DOJ_18CR368-0078813
DOJ_18CR368-0078813-3

Please Fax Back to: **1-800-606-5569**          For Internal use Only: Log # 5907449

| PLEASE READ CAREFULLY.  THIS IS <u>NOT</u> A REFILL REQUEST. |

Patient Name: **VILA MILOSEVIC**          Patient Date of Birth: ███████

**Dr. VLADIMIR REDKO,**
Please complete <u>all</u> steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)    (YES)    NO
- If question #1 is YES, when was the last time the patient was seen?    _1/13/14_
- Patient diagnoses : _hypertrophic painful scar right knee_
- Does this patient have a medication/treatment agreement with you? (circle one)    YES    NO    N/A
- If question #4 is YES, when was the agreement signed?    __/__/__    N/A
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?    N/A
          (circle one)        YES        NO
Did you prescribe the claims listed below for the above listed patient?   Please indicate by checking 'Yes' or 'No' in the
appropriate column <u>and</u> indicate number of refills authorized.

<u>NOTE</u>: The date of fill may not be the date the prescription was written.

| | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S) | |
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
|---|---|---|---|---|---|
| 9/10/2014 | COMPOUND | 300 | PRN | ✓ | |

<u>NOTE</u>: The date of fill may not be the date the prescription was written.

Comments ⓒ **Confidential Information**

To the best of my knowledge, all information provided above is true and correct.

_V. Redko_            _7/5/16_      _V. REDKO, M.D_      _713-790-1400_
Signature              Date        Print Name            Office Phone

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of those documents.

DOJ_18CR368-0078814
DOJ_18CR368-0078814-4

07/05/2016 TUE 10:11 FAX Pain and Health Mgmt ☐005/009

BLM502-2 Case 4:18-cr-00368 Document 533-34 Filed on 07/22/23 in TXSD Page 21 of 25
6/29/2016 1:05:55 PM PAGE 13/017 Fax Server

Please Fax Back to: **1-800-606-5569**　　　　　　For Internal use Only: Log # 5907449

---

### PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.

---

Patient Name: **MICHAEL REDKO**　　　　　　Patient Date of Birth: ▮▮▮

Dr. **VLADIMIR REDKO,**
Please complete <u>all</u> steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?　(circle one)　(YES)　NO
- If question #1 is YES, when was the last time the patient was seen?　*5/7/16*
- Patient diagnoses: *low back pain (HNP), alopecia, gout*
- Does this patient have a medication/treatment agreement with you? (circle one)　YES　NO *N/A*
- If question #4 is YES, when was the agreement signed?　___/___/___　*N/A*
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)　　YES　　NO　　*N/A*

Did you prescribe the claims listed below for the above listed patient?　<u>Please indicate by checking 'Yes' or 'No' in the</u>
<u>appropriate column *and* indicate number of refills authorized.</u>

NOTE: The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| 11/12/2014 | COMPOUND | 120 | *11* | ✓ | |
| 11/12/2014 | COMPOUND | 60 | *11* | ✓ | |
| 11/12/2014 | COMPOUND | 300 | *11* | ✓ | |
| 11/12/2014 | COMPOUND | 60 | *11* | ✓ | |

Comm▮▮▮ **Confidential Information**

To the best of my knowledge, all information provided above is true and correct.

*U. Redko*　　　*7/5/16*　　　*V. REDKO, M.D*　　　*713-790-1400*
Signature　　　　　　Date　　　　Print Name　　　　　　Office Phone

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL
Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

DOJ_18CR368-0078815
DOJ_18CR368-0078815-5

Please Fax Back to: 1-800-606-5569                           For Internal use Only: Log # 5907449

| PLEASE READ CAREFULLY. THIS IS <u>NOT A REFILL</u> REQUEST. |
|---|

Patient Name: SHEILA BUCKINGHAM                    Patient Date of Birth: ▓▓▓

**Dr. VLADIMIR REDKO,**
Please complete <u>all</u> steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?        (circle one)    (YES)    NO
- If question #1 is YES, when was the last time the patient was seen?    *9/4/14*
- Patient diagnoses : *hypertrophic painful scar of abdomen*
- Does this patient have a medication/treatment agreement with you?   (circle one)   YES   NO   *N/A*
- If question #4 is YES, when was the agreement signed?        /   /        *N/A*
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?   *N/A*
        (circle one)      YES      NO

Did you prescribe the claims listed below for the above listed patient?  Please indicate by checking 'Yes' or 'No' in the
<u>appropriate column and indicate number of refills authorized.</u>

**NOTE:** The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S) | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| 10/23/2014 | COMPOUND | 300 | *PRN* | ✓ | |

Comments  △ Confidential Information

To the best of my knowledge, all information provided above is true and correct.

Signature: *V. Redko*     Date: *7/5/16*     Print Name: *V. REDKO, M.D.*     Office Phone: *713-790-1400*

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

DOJ_18CR368-0078816
DOJ_18CR368-0078816-6

07/05/2016 TUE 10:12 FAX Pain and Health Mgmt ☑007/009

BLM502-2    Case 4:18-cr-00368  Document 533-34  Filed on 07/22/23 in TXSD  Page 23 of 25
6/29/2016 1:05:55 PM PAGE 7/017 Fax Server

Please Fax Back to: **1-800-606-5569**                    For Internal use Only: Log # 5907449

| PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST. |
|---|

**Patient Name: RHONDA SHARON**                    **Patient Date of Birth:** ▉

**Dr. VLADIMIR REDKO,**
**Please complete <u>all</u> steps below and then sign below the chart.**
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?    (circle one)    YES    NO
- If question #1 is YES, when was the last time the patient was seen? *7/1/16*
- Patient diagnoses : *low back pain, failed back surgery syndrome*
- Does this patient have a medication/treatment agreement with you? (circle one)   YES   NO
- If question #4 is YES, when was the agreement signed? *10/28/14*
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
    (circle one)    YES    NO

Did you prescribe the claims listed below for the above listed patient?  Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

**NOTE:** The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? YES | NO |
|---|---|---|---|---|---|
| 10/29/2015 | COMPOUND | 300 | *11* | ✓ | |

Confidential Information

To the best of my knowledge, all information provided above is true and correct.

*V. Redko* ___ *7/5/16* ___ *V. REDKO, M.D.* ___ *713-790-1400*
Signature                Date        Print Name                Office Phone

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL
Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

DOJ_18CR368-0078817
DOJ_18CR368-0078817-7

Please Fax Back to: 1-800-606-5569     For Internal use Only: Log # 5907449

| PLEASE READ CAREFULLY. THIS IS __NOT__ A REFILL REQUEST. |
|---|

Patient Name: TODD DUNKLE       **Patient Date of Birth:** ▮▮▮▮▮

**Dr. VLADIMIR REDKO,**
Please complete __all__ steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?     (circle one)    (YES)   NO
- If question #1 is YES, when was the last time the patient was seen?   4/10/14
- Patient diagnoses : *low back pain, painful legs of knee, hip, neck*
- Does this patient have a medication/treatment agreement with you? (circle one)   YES   NO   *N/A*
- If question #4 is YES, when was the agreement signed?     ___/___/___   *N/A*
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)    YES    NO    *N/A*

Did you prescribe the claims listed below for the above listed patient?   Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

**NOTE:** The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? YES | NO |
|---|---|---|---|---|---|
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |
| 10/31/2014 | COMPOUND | 300 | 11 | ✓ | |
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |
| 10/31/2014 | COMPOUND | 300 | 5 | ✓ | |

| Comments | Confidential Information |
|---|---|

To the best of my knowledge, all information provided above is true and correct.

Signature: *V. Redko*    Date: 7/5/16    Print Name: V. REDKO, M.D.    Office Phone: 713-790-1400

*Signature is required for authentication purposes.

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

DOJ_18CR368-0078818
DOJ_18CR368-0078818-8

Please Fax Back to: 1-800-606-5569          For Internal use Only: Log # 5907449

---

### PLEASE READ CAREFULLY. THIS IS NOT A REFILL REQUEST.

---

**Patient Name:** RYAN DUNKLE          **Patient Date of Birth:** ▆▆▆▆

**Dr. VLADIMIR REDKO,**
**Please complete all steps below and then sign below the chart.**
  *(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?          (circle one)   *YES*   NO
- If question #1 is YES, when was the last time the patient was seen?   *4/10/14*
- Patient diagnoses : *Low- Back pain, hypertrophic scar of knee*   *N/A*
- Does this patient have a medication/treatment agreement with you? (circle one)   YES   NO   *N/A*
- If question #4 is YES, when was the agreement signed?   ___/___/___   *N/A*
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)          YES          NO   *N/A*

Did you prescribe the claims listed below for the above listed patient?  Please indicate by checking 'Yes' or 'No' in the appropriate column *and indicate number of refills authorized.*

**NOTE:** The date of fill may not be the date the prescription was written.

| | | | | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES | NO |
|---|---|---|---|---|---|
| 10/31/2014 | COMPOUND | 300 | 11 | ✓ | |
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |
| 10/31/2014 | COMPOUND | 300 | 5 | ✓ | |
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |

Comm◯ⓒ **Confidential Information**

To the best of my knowledge, all information provided above is true and correct.

*V. Redko*          *7/5/16*   *V. REDKO, M.D.*   *713-790-1400*
Signature          Date   Print Name   Office Phone

**\*Signature is required for authentication purposes.**

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

DOJ_18CR368-0078819
DOJ_18CR368-0078819-9