

June 29, 2016

Alexa Buckingham
5325 Waterbridge Dr.
North Royalton, OH 44133

Dear Sir or Madam,

Express Scripts is your pharmacy benefit manager (PBM).  We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on your behalf for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the

GX237.001

GOVERNMENT
EXHIBIT
**237**
4:18-CR-368

Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received. Please respond as accurately as you can, and it is alright to let us know if you do not remember. The information we are requesting will assist us in reviewing claims. If you decide to respond to this request, you may choose to skip questions that you do not wish to answer.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345326 or e-mail at BStockwell@express-scripts.com.

Your prompt response is greatly appreciated. On behalf of Express Scripts, thank you for your assistance.

Sincerely,

Blake Stockwell
Investigator
Express Scripts
Enclosure

CRP15_724

1. Have you ever had a prescription filled at Omni One Med Pharmacy Services?

   Circle One:          YES     NO

2. If Yes, Please provide the following information:

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 301436 | 10/23/2014 | COMPOUND | $16,620.87 | | | |
| 301436 | 10/29/2014 | COMPOUND | $16,833.87 | | | |

3. How were these prescriptions dropped off to the pharmacy?

      Circle One:    Hand-delivered         Sent by Doctor          Other

   Additional Comments:
   _____
   _____

GX237.002

**Confidential Information**

4. How did you hear about this pharmacy?

    Circle One:    Doctor    Friend    Co-Worker    Seminar    Advertisement    Other

    Additional Comments: _____
    _____
    _____

5. How did you receive these prescriptions?

    Circle One:    US Mail    Fedex/UPS    Hand Delivered    Other

    Additional Comments: _____
    _____
    _____

6. Are you still receiving prescriptions from this pharmacy?

    Circle One:    Yes    No

    Additional Comments: _____
    _____
    _____

7. These prescriptions were authorized by Dr. Vladimir Redko. Have you ever met or had any consultation with Dr. Vladimir Redko?

    Circle One:    Yes    No

    Additional Comments: _____
    _____
    _____

**Confidential Information**

8. Where have you seen Dr. Vladimir Redko?

    Circle ALL that apply:    In Office   In Hospital   Via Telephone   Other

    Additional Comments: _____
_____
_____

9. What was the intended use of the prescriptions you received?

    Circle ALL that apply:    Wound Care   Scar Care   Pain   Skin Therapy   Other

    Additional Comments: _____
_____
_____

10. Please use the below area to provide any additional comments

    Additional Comments: _____
_____
_____
_____
_____
_____
_____
_____

Confidential Information

Signature: _____   Date:_____



June 29, 2016

Evan Buckingham
5325 Waterbridge Dr.
North Royalton, OH 44133

Dear Sir or Madam,

Express Scripts is your pharmacy benefit manager (PBM).  We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on your behalf for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the

Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received.  Please respond as accurately as you can, and it is alright to let us know if you do not remember.  The information we are requesting will assist us in reviewing claims.  If you decide to respond to this request, you may choose to skip questions that you do not wish to answer.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345326 or e-mail at BStockwell@express-scripts.com.

Your prompt response is greatly appreciated.  On behalf of Express Scripts, thank you for your assistance.

Sincerely,


Blake Stockwell
Investigator
Express Scripts
Enclosure

CRP15_724

1. Have you ever had a prescription filled at Omni One Med Pharmacy Services?

   Circle One:        YES    NO

2. If Yes, Please provide the following information:

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 301435 | 10/23/2014 | COMPOUND | $16,620.87 | | | |
| 301435 | 10/29/2014 | COMPOUND | $16,833.87 | | | |

3. How were these prescriptions dropped off to the pharmacy?

       Circle One:    Hand-delivered        Sent by Doctor         Other

   Additional Comments:

   _____

   _____

GX237.007

**Confidential Information**

4.  How did you hear about this pharmacy?

    Circle One:    Doctor    Friend    Co-Worker    Seminar    Advertisement    Other

    Additional Comments: _____

    _____

    _____

5.  How did you receive these prescriptions?

    Circle One:    US Mail    Fedex/UPS    Hand Delivered    Other

    Additional Comments: _____

    _____

    _____

6.  Are you still receiving prescriptions from this pharmacy?

    Circle One:    Yes    No

    Additional Comments: _____

    _____

    _____

7.  These prescriptions were authorized by Dr. Vladimir Redko. Have you ever met or had any consultation with Dr. Vladimir Redko?

    Circle One:    Yes    No

    Additional Comments: _____

    _____

    _____

Confidential Information

8. Where have you seen Dr. Vladimir Redko?

    Circle ALL that apply:      In Office   In Hospital   Via Telephone   Other

    Additional Comments:

    _____
    _____
    _____

9. What was the intended use of the prescriptions you received?

    Circle ALL that apply:      Wound Care   Scar Care   Pain   Skin Therapy   Other

    Additional Comments:

    _____
    _____
    _____

10. Please use the below area to provide any additional comments

    Additional Comments:

    _____
    _____
    _____
    _____
    _____
    _____
    _____

Confidential Information

Signature: _____   Date:_____



June 29, 2016

Sheila Buckingham
5325 Waterbridge Dr.
North Royalton, OH 44133

Dear Sir or Madam,

Express Scripts is your pharmacy benefit manager (PBM).  We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on your behalf for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the

Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received.  Please respond as accurately as you can, and it is alright to let us know if you do not remember.  The information we are requesting will assist us in reviewing claims.  If you decide to respond to this request, you may choose to skip questions that you do not wish to answer.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345326 or e-mail at BStockwell@express-scripts.com.

Your prompt response is greatly appreciated.  On behalf of Express Scripts, thank you for your assistance.

Sincerely,


Blake Stockwell
Investigator
Express Scripts
Enclosure

CRP15_724

1. Have you ever had a prescription filled at Omni One Med Pharmacy Services?

   Circle One:         YES     NO

2. If Yes, Please provide the following information:

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 301432 | 10/23/2014 | COMPOUND | $16,620.87 | | | |
| 301432 | 10/29/2014 | COMPOUND | $16,833.87 | | | |

3. How were these prescriptions dropped off to the pharmacy?

      Circle One:    Hand-delivered         Sent by Doctor          Other

   Additional Comments: 
   _____
   _____

GX237.012

**Confidential Information**

4. How did you hear about this pharmacy?

    Circle One:    Doctor    Friend    Co-Worker    Seminar    Advertisement    Other

    Additional Comments: _____
    _____
    _____

5. How did you receive these prescriptions?

    Circle One:    US Mail    Fedex/UPS    Hand Delivered    Other

    Additional Comments: _____
    _____
    _____

6. Are you still receiving prescriptions from this pharmacy?

    Circle One:    Yes    No

    Additional Comments: _____
    _____
    _____

7. These prescriptions were authorized by Dr. Vladimir Redko. Have you ever met or had any consultation with Dr. Vladimir Redko?

    Circle One:    Yes    No

    Additional Comments: _____
    _____
    _____

GX237.013

Confidential Information

8. Where have you seen Dr. Vladimir Redko?

    Circle ALL that apply:    In Office   In Hospital   Via Telephone   Other

Additional Comments: _____
_____
_____

9. What was the intended use of the prescriptions you received?

    Circle ALL that apply:    Wound Care   Scar Care   Pain   Skin Therapy   Other

Additional Comments: _____
_____
_____

10. Please use the below area to provide any additional comments

Additional Comments: _____
_____
_____
_____
_____
_____
_____
_____

Signature: _____   Date:_____