| | |
|---|---|
| **From:** | Stacey Mayeur OOMP <stacey@omnionemed.com> |
| **Sent:** | Wednesday, October 19, 2016 7:04 PM |
| **To:** | Stockwell, Blake A. (EHQ) |
| **Subject:** | [EXTERNAL] RE: OOM investigation documentation |

09-01-2015 is correct.

**Stacey Mayeur| Audit Coordinator | Stacey@omnionemed.com |
(713) 325-2314 Direct | (832) 554-5009 fax
17310 W. Grand Pkwy S, Ste. E Sugar Land, TX 77479 |**

 Omni One Med Pharmacy

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Stockwell, Blake A. (EHQ) [mailto:BStockwell@express-scripts.com]
**Sent:** Wednesday, October 19, 2016 12:13 PM
**To:** Stacey Mayeur OOMP
**Subject:** RE: OOM investigation documentation

Good afternoon,

Thanks again for the quick response.

According the online listing the initial date of licensure is 9/1/2015, is that accurate?

Thank you,

**Blake Stockwell
Staff Investigator
Special Investigations | Fraud, Waste and Abuse Services
Express Scripts | 314-684-5326 or 800-332-5455 x.345326**

Notice: This email, its electronic document attachments, and the contents of its website linkages may contain personal health information. This information is intended solely for use by the individual or entity to whom it is addressed. If you have received this information in error, please notify the sender immediately and arrange for the prompt destruction of the material and any accompanying attachments.

GOVERNMENT
EXHIBIT
**238**
4:18-CR-368

DOJ_18CR368-0078257
DOJ_18CR368-0078257

**From:** Stacey Mayeur OOMP [mailto:stacey@omnionemed.com]
**Sent:** Tuesday, October 18, 2016 11:37 AM
**To:** Stockwell, Blake A. (EHQ)
**Subject:** [EXTERNAL] RE: OOM investigation documentation

Mr. Stockwell,
Attached are copies of our Ohio state licenses from 2015 and 2016. If you need anything further please let me know.

**Stacey Mayeur| Audit Coordinator | Stacey@omnionemed.com |
(713) 325-2314 Direct | (832) 554-5009 fax
17310 W. Grand Pkwy S, Ste. E Sugar Land, TX 77479 |**



Omni One Med Pharmacy

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Stockwell, Blake A. (EHQ) [mailto:BStockwell@express-scripts.com]
**Sent:** Friday, October 14, 2016 11:06 AM
**To:** Stacey Mayeur OOMP
**Subject:** RE: OOM investigation documentation

Good morning,

Thank you for sending these over.

Can you please provide some documentation related to the pharmacy's Ohio licensure timeline? Using the board of pharmacy's website it looks like there are some inconsistencies regarding some of the billed claims and the licensure dates.

I just want to make sure I have the most accurate information.

Thank you,

Blake Stockwell
Staff Investigator
Special Investigations | Fraud, Waste and Abuse Services
Express Scripts | 314-684-5326 or 800-332-5455 x.345326

Notice: This email, its electronic document attachments, and the contents of its website linkages may contain personal health information. This information is intended solely for use by the individual or entity to whom it is addressed. If you have received this information in error, please notify the sender immediately and arrange for the prompt destruction of the material and any accompanying attachments.

**From:** Stacey Mayeur OOMP [mailto:stacey@omnionemed.com]
**Sent:** Tuesday, October 04, 2016 9:12 AM
**To:** Stockwell, Blake A. (EHQ)
**Subject:** RE: OOM investigation documentation

My apologies once again. This is for the investigation not an audit. Thanks

**Stacey Mayeur| Audit Coordinator | Stacey@omnionemed.com |
(713) 325-2314 Direct | (832) 554-5009 fax
17310 W. Grand Pkwy S, Ste. E Sugar Land, TX 77479 |**

 Omni One Med Pharmacy

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Stacey Mayeur
**Sent:** Tuesday, October 04, 2016 9:09 AM
**To:** 'Stockwell, Blake A. (EHQ)'
**Subject:** OOM audit documentation

Good morning Blake,

I was on vacation when these items were sent to you so I would like to apologize for the quality of the copies. I have attached a clearer copy for your review. I hope that this helps. If you need anything further please let me know.

Thank you for your time.

**Stacey Mayeur| Audit Coordinator | Stacey@omnionemed.com |
(713) 325-2314 Direct | (832) 554-5009 fax
17310 W. Grand Pkwy S, Ste. E Sugar Land, TX 77479 |**

 Omni One Med Pharmacy

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.