



kwiktag®   158 504 547

OMNIPLUS HEALTH CARE
2626 South Loop West, Suite 555
Houston, Texas 77054
(713) 796-1010
Fax (713) 637-4576

March 27, 2013

VIA FAX

CVS Caremark
Contracts Department
Appeals Division
Fax No. : (480) 661-3054

RE:    Letter of Appeal - OmniPlus Health Care, L.P. (NCPDP# 4597994)

Dear Sir/Madam,

We are in receipt of your letter, dated March 13, 2013, notifying us of your determination that our pharmacy is a mail order pharmacy and that, as a result, we are ineligible to participate in the CVS Caremark network.  In connection therewith, we are submitting this letter of appeal and kindly ask that you re-examine and reverse your determination of ineligibility.  We dispute your determination as we believe it was made based on an incorrect information we inadvertently provided in our application.

Since 1996, we have specialized in providing high-risk compounded sterile intrathecal medications.  At this juncture, we are looking to become a full-service retail/community pharmacy, offering pharmacy services and dispensing products to the general public through in-person hand delivery.  A photo showing our storefront is attached herewith.  As a result of becoming a full-service retail/community pharmacy, we expect that only a small percentage of our products will be delivered using mail service.  Although at this time it is difficult to determine the exact percentage, we are confident that the number of prescriptions delivered via mail will not exceed 8%.  Therefore, our answer to a question in the application "Is 25% or more of your business Mail Order?" should have been checked as "No."

We trust that you will take into consideration the above facts and reverse your determination thereby enrolling us into the CVS Caremark network.

For your records, please note that our contact information is as follows:

    OmniPlus Health Care, L.P.
    2626 South Loop West, Suite 555
    Houston, TX 77054
    Phone: (713) 796-1010 or (855) 325-1931 toll-free
    Fax: (713) 637-4576

**RECEIVED**

MAR 2 8 2013

03/28/2013   1:16PM

GOVERNMENT
EXHIBIT
**240**
4:18-CR-368

Should you require any further information or have any additional questions concerning this letter, please do not hesitate to contact us at (713) 796-1010 or via email to info@omniplushealthcare.com.

Thank you for your time and a positive response to our application. We look forward to becoming a part of the CVS/Caremark Network!

Kind regards,

Vladimir Redko, M.D.
Managing Member of OmniPlus GP, L.L.C., General Partner

Enclosure

**RECEIVED**

MAR 2 8 2013

03/28/2013   1:16PM

GX240.002



RECEIVED

MAR 2 8 2013

03/28/2013  1:16PM



03/28/2013  1:16PM

MAR 2 8 2013

RECEIVED

MAR 2 8 2013

INFORMACION PARA EL CLIENTE

03/28/2013  1:16PM