

9501 E Shea Boulevard | Scottsdale, AZ 85260-6719

May 07, 2013
Vladimir Redko
OmniPlus Healthcare L.P.    **VIA UPS – Signature Required**
2626 South Loop West Ste 555
Houston, TX, 77054-2654

Pharmacy Reference ID:
NCPDP   4597994
NPI   1316066731

Dear Mr. Redko:

Thank you for your interest in enrolling as a participating provider in our retail pharmacy network. The CVS Caremark provider agreement states that the provider agreement is for the provision of pharmacy services by a retail pharmacy. You initially provided information in the enrollment packet indicating that your pharmacy is a mail order pharmacy performing mail order pharmacy fulfillment. However, you have subsequently changed your position, and are now indicating that no more than 25% of your business is mail order. In order to verify your compliance with the terms of the CVS Caremark provider agreement prior to enrollment, we request that you provide us with the following:

> An audit report conducted by an independent third party auditor (which auditor shall be approved by CVS Caremark in advance) evaluating, for the period of six (6) months immediately preceding the date of this letter, the extent in aggregate to which your pharmacy dispenses prescriptions as a "retail pharmacy" versus a "mail order" pharmacy where a "retail pharmacy" is defined as a duly licensed and established community pharmacy that dispenses and sells prescriptions drugs to patients through in-person hand delivery at the point of sale. Any costs for the independent third party audit are at your expense.*

Please be advised that CVS Caremark monitors participating pharmacies' compliance with the terms of the provider agreement upon enrollment by monitoring claims activity.

You may provide the name and credentials of your selected independent third party auditor to the address below for our approval:

> Caremark
> 9501 E. Shea Boulevard
> Scottsdale, AZ 85260-6719
> ATTN: Pharmacy Performance – MC 020

If you have any questions regarding the information requested or this process, please call Pharmacy Services at 480-391-4623.

Respectfully yours,


Mark Ziegler, PharmD., M.B.A.
Manager, Pharmacy Performance

cc:     Brian Correia, Senior Director Pharmacy Performance
        Thao Pham, Senior Legal Counsel
        Steven McCall, Director Pharmacy Performance
        Danny Pagnillo, Director Network Enrollment
        Kelly Lyscio, Manger Network Quality

---

\*   Such audit report shall omit all reference to your pharmacy's proprietary or competitive information or information protected by HIPAA. Also, we do not request that the audit report identify the payor, claims details, claims volume or any other claims information.

**GOVERNMENT EXHIBIT 241** 4:18-CR-368