# ♥CVSHealth. 455 - Pre Credentialing

| | | | |
|---|---|---|---|
| Submitted On | 3/28/2014 | Notes: | |
| Finished | ✔ | | |
| Pharmacy: | OmniPlus Pharmacy | | |
| Legal Name: | Alternative Medicine and Pharmacy, Inc. | | |
| NCPDP: | 5900952 | | |
| NPI: | 1518274281 | | |
| Email: | branko@omniplushealthcare.com | | |
| Enroll Type: | Change of Ownership | Business Type | Corporation |
| 25% Mail Order: | ✔ | Multi Provider Owner | ✔ |
| First Name: | Branko | State License #: | 27016 |
| Last Name: | Milosevic | Licensing State: | TX |
| Job Title: | Vice President | Medicaid ID: | 146241 |
| Location Name: | OmniPlus Pharmacy | DEA #: | FA2175708 |
| Address | 4916 Main St., Suite 100 | Mailing Address Is Different: | ✔ |
| City: | Houston | Mailing Address Location Name: | |
| State: | TX | Mailing Address: | |
| Zip: | 77002 | Mailing City: | |
| Phone: | (713) 874-0300 | Mailing State; | |
| Fax: | (713) 874-0314 | Mailing Zip: | |

GOVERNMENT
EXHIBIT
242
4:18-CR-368

Owners Person:

| First Name | Last Name | % Own | Address | City | State | Zip | Fed Tax ID | NPI | Social Security | Birth Date |
|---|---|---|---|---|---|---|---|---|---|---|
| BRIAN | SWIENCINSKI | 40 | 2215 CEDAR SPRINGS RD. #1217 | DALLAS | TEXAS | 75201 | | | Redacted | Redacted |
| VLADIMIR | REDKO | 40 | 41 STILLFOREST STREET | HOUSTON | TEXAS | 77024 | | | Redacted | Redacted |
| DEJAN | MILOSEVIC | 20 | 3007 FALLSCREEK CT. | PEARLAND | TEXAS | 77584 | | | Redacted | Redacted |
| BRANKO | MILOSEVIC | 0 | 4310 DUNLAVY ST | HOUSTON | TEXAS | 77006 | | | Redacted | Redacted |

Owners Corp:

| Company | Address | City | State | Zip | Fed Tax ID | % Own | NPI |
|---|---|---|---|---|---|---|---|
| ALTERNATIVE MEDICINE AN | 4916 MAIN ST., SUIT | HOUSTON | TEXAS | 77002 | Redacted | 100 | |

Related Owners:

| First Name | Last Name | Relationship | First Name | Last Name | NPI |
|---|---|---|---|---|---|
| None | | | | | |

Managing Employees:

| First Name | Last Name | Address | City | State | Zip | Fed Tax ID | NPI | Social Security | Birth Date |
|---|---|---|---|---|---|---|---|---|---|
| RAGHUVEER | CHINTALAPALL | 1806 RUSTIC HILLS CT. | SUGAR LAND | TEXAS | 77479 | | | Redacted | Redacted |
| LYNH | PHAN | 5912 SARATOGA SPRI | HOUSTON | TEXAS | 77041 | | | Redacted | Redacted |
| JAIMSON | ABRAHAM | 1800 FM 1092, #407 | MISSOURI CIT | TEXAS | 77459 | | | Redacted | Redacted |

Have controlling interest in these pharmacies:

| OwnerFirstName | OwnerLastName | PharmacyName | Address | City | State | Zip | NPI |
|---|---|---|---|---|---|---|---|
| Brian | Swiencinski | Omniplus Health Care, LP | 2626 S Loop W, Suite 555 | Houston | Texas | 77054 | |
| Vladimir | Redko | Omniplus Health Care, LP | 2626 S Loop W, Suite 555 | Houston | Texas | 77054 | |
| Dejan | Milosevic | Omniplus Health Care, LP | 2626 S Loop W, Suite 555 | Houston | Texas | 77054 | |

Transactions w/ Person:     Significant Transaction: Person ☐

| First Name | Last Name | Fed Tax ID | Address | City | State | Zip | Social Security |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Transactions w/ Corporations:     Significant Transactions: Company ☐

| Corp/Company | Fed Tax ID | Address | City | State | Zip |
|---|---|---|---|---|---|
| PBA Health | Redacted | 6300 Enterprise Road | Kansas City | Missouri | 64120 |
| Bellco Drug Corporation | Redacted | 7771 West Oakland P | Sunrise | Florida | 33351 |
| AmerisourceBergen Cor | Redacted | 1300 Morris Drive | Chesterbrook | Pennsylva | 19087 |

Transactions - 5 Year History:

| Corp/Company | Transaction Description |
|---|---|
| None | |

Convictions:

| First Name | Last Name | Relationship | NPI |
|---|---|---|---|
| None | | | |