04/03/2014 THU 14:45  FAX 7138740314 OmniPlus Pharmacy                                     ☒005/040

# Caremark Credentialing/Service Level Worksheet
Please complete this form and return to Caremark with your signed Provider Agreement

NPI #: 1518274281   NCPDP #: 5900952

Pharmacy/Corp Name: ALTERNATIVE MEDICINE AND PHARMACY INC.   Pharmacy Name (DBA): OMNIPLUS PHARMACY
Physical Address: 4916 MAIN ST., #100   Mailing Address: 4916 MAIN ST., #100
City: HOUSTON  ST: TX  ZIP: 77002   City: HOUSTON  ST: TX  ZIP: 77002
Email Address: BRAMCO@OMNIPLUSHEALTHCARE.COM   Website: _____

Phone: 713.874.0300   TTY/TDD: ___.___.____
Fax: 713.874.0314   Toll Free: 855.346.2394

**In order to participate in Caremark programs, you are required to submit claims using approved and certified software.**

Software Vendor Name: Pioneer Rx   Phone: 800.850.5111
Software ID# (10 digits): D01 2000113   Website: WWW.PIONEERX.COM

**Drug Enforcement Administration (DEA) #**
FA2175708 - Copy Required

State Board of Pharmacy License #: 27016 **Copy Required**

State Medicaid #: 14624 (Required for some plans)

**Federal Tax Identification (FEIN) #:**
80-0588406

Insurer Name: SENTINEL INS. CO. LTD

Insurance Policy #: 61 SBA PI6338
** Policy Copy Required including levels of Coverage**
$ 1 million per occurrence & $ 3 million general aggregate

**Provider has a current valid permit and is conducted as a:**
☐ Dispensing Physician
☒ Corporation
☐ Partnership (** Attach member list)
☐ Limited Liability Company (** Attach member list)
☐ Sole Proprietorship
If Sole Proprietorship:
Name of Owner: _____
Is the owner a licensed Pharmacist? ☐ Yes ☐ No

Has the Pharmacy undergone a change of ownership? ☐ Yes ☒ No

Does this pharmacy fill prescription claims under multiple NCPDP#/NPI#'s? ☐ Yes ☒ No
If yes, please list:
NCPDP #: _____
NCPDP #: _____

**Service Questions (REQUIRED):**
Service Information may be used to create patient member directories. Please notify Caremark of any changes to the services provided.

Does your pharmacy participate with the Institute for Safe Medication Practices self assessment process (www.ISMP.org)?
☒ Yes ☐ No

Are you interested in receiving an Electronic 835 remittance advice?
☒ Yes ☐ No

Is 25% or more of your business Mail Order?
☐ Yes ☒ No

RECEIVED
APR - 3 2014

**Disciplinary History:**
If "YES" to any of the following questions, please explain in a separate document and supply to Caremark.

Has this pharmacy or any of its present owners, officers, or employees ever been denied a pharmacy license or permit or any other type of license or permit applicable to your operations in any state, or had its license or permit revoked or suspended?
☐ Yes ☒ No

Has this pharmacy or any of its present owners, officers, or employees ever been convicted of violating State or Federal drug or healthcare regulations or any other laws or regulations applicable to your operations?
☐ Yes ☒ No

Has the pharmacy ever been the subject of disciplinary action or debarred in front of a state pharmacy board or any other governmental board or agency applicable to your operations?
☐ Yes ☒ No

Is Your Pharmacy License, or that of your employees, not currently active and not in good standing?
☐ Yes ☒ No

_BV_ Initial
02-16-2012

1

04/03/2014  1:02PM

GX243.001

**GOVERNMENT EXHIBIT 243**
4:18-CR-368

04/03/2014 THU 14:46  FAX 7138740314 OmniPlus Pharmacy                                      ☒006/040

## Caremark Credentialing/Service Level Worksheet – Continued

**Access**
☐ Open 24 hours/day  ☐ Open 7 days/week  ☐ Drive-thru window  ☐ After hours/emergency RX service
☐ Closed door/Not open to the public

**Hours of Operation:**
If your Pharmacy is NOT open 24 hours/seven days a week, please list your store hours below.

| Day | Closed | Opening Hours | AM/PM | Closing Hours | AM/PM |
|---|---|---|---|---|---|
| Monday | ☐ | 08:00 | ☑AM ☐PM | 07:00 | ☐AM ☑PM |
| Tuesday | ☐ | 08:00 | ☑AM ☐PM | 07:00 | ☐AM ☑PM |
| Wednesday | ☐ | 08:00 | ☑AM ☐PM | 07:00 | ☐AM ☑PM |
| Thursday | ☐ | 08:00 | ☑AM ☐PM | 07:00 | ☐AM ☑PM |
| Friday | ☐ | 08:00 | ☑AM ☐PM | 07:00 | ☐AM ☑PM |
| Saturday | ☐ | 09:00 | ☑AM ☐PM | 03:00 | ☐AM ☑PM |
| Sunday | ☑ Closed | | ☐AM ☐PM | | ☐AM ☐PM |

**Delivery**
☑ Free Delivery   ☐ Free Delivery w/ Limitations   ☐ Delivery – Charges Apply

**Durable Medical Equipment**
☑ Limited   ☐ Full-line

**Patient Consultation**
☑ Written material available for each Rx   ☑ Counseling of all meds patient is taking   ☑ Compliance monitoring

**340B Status (REQUIRED)**
Does your pharmacy dispense 340B acquired drugs? ☐ Yes ☑ No
Is your pharmacy owned by or part of a 340B covered entity? ☐ Yes ☑ No
Is your pharmacy a contract pharmacy for a 340B covered entity or covered entities? ☐ Yes ☑ No

**Service**
☐ Specialty Pharmacy       ☐ Blood Pressure Screening    ☐ Health Screening   ☑ Disease State Management
☐ Infusion Therapy         ☐ Vision Services              ☑ Compounding        ☑ Auto Refill Reminder
☐ Long Term Care Pharmacy  ☐ On-Site Clinics

**Pharmacy Ownership (Choose ALL that apply):**
☑ Male  ☐ Female
☐ African American       ☐ Asian / Pacific Island American    ☑ Caucasian         ☐ Hispanic American
☐ Native American/Alaskan ☐ Veteran                            ☐ Disabled Veteran  ☐ Disabled Business Enterprise
☐ Disadvantaged Business Enterprise  ☐ HUBZone Business Enterprise  ☐ Other: _____

**Languages – (Choose ALL that apply):**

| | Spoken | Printed On Label | | Spoken | Printed On Label |
|---|---|---|---|---|---|
| English | ☑ | ☑ | Japanese | ☐ | ☐ |
| Arabic | ☐ | ☐ | Korean | ☐ | ☐ |
| Chinese | ☐ | ☐ | Russian | ☐ | ☐ |
| French | ☐ | ☐ | Spanish | ☑ | ☐ |
| German | ☐ | ☐ | Vietnamese | ☑ | ☐ |
| Hindi | ☑ | ☐ | Braille | N/A | ☐ |
| Italian | ☐ | ☐ | American Sign Language | ☐ | N/A |

Other: SERBO-CROATIAN

RECEIVED
APR - 3 2014

By: X _____
Signature of Owner, Corporate Officer or Letter of Authorization Must Accompany
BRANKO MILOSEVIC, VP
Printed Name & Title

Date Signed: 4, 2, 2014

2                                                                                          02-16-2012

04/03/2014  1:02PM

GX243.002