

# EXPRESS SCRIPTS®

June 29, 2016

Attention: Pharmacy Owner
Omni One Med Pharmacy Services
17310 W Grand Pkwy S Ste E
Sugarland, TX 77479

Dear Pharmacy Owner,

Express Scripts, Inc. and Medco Health Solutions, Inc. (collectively "Express Scripts") has identified your pharmacy for an investigative review based on one or more of the criteria set forth in Section 5.8 of the Provider Manual.

In accordance with Section 5.8 of the Provider Manual, Express Scripts is requesting that Omni One Med Pharmacy Services provide a photocopy of the prescription(s) listed below, both front and back, along with the physician's name, address, and telephone number, a photocopy for the receipt of co-pay and the appropriate signature/shipping log entries.

| Rx Number | Date |
|---|---|
| 300567 | 9/10/2014 |
| 301436 | 10/23/2014 |
| 301435 | 10/23/2014 |
| 301432 | 10/23/2014 |
| 301859 | 10/31/2014 |
| 301848 | 10/31/2014 |
| 302151 | 11/12/2014 |
| 302149 | 11/12/2014 |
| 302152 | 11/12/2014 |
| 302150 | 11/12/2014 |
| 310760 | 10/29/2015 |
| 312848 | 1/21/2016 |
| 313385 | 2/2/2016 |
| 313422 | 2/3/2016 |
| 313421 | 2/3/2016 |
| 313702 | 2/12/2016 |
| 314441 | 2/28/2016 |
| 314771 | 3/5/2016 |
| 315183 | 3/16/2016 |
| 315167 | 3/16/2016 |

**HIPAA STATEMENT**: *Providing information in response to this request does not violate HIPAA. The HIPAA regulations state that "[a] covered entity may disclose protected health information to another covered entity…[f]or the purpose of health care fraud and abuse detection or compliance." 45 C.F.R. §164.506(c). Acting in its role as a pharmacy benefits manager, Express Scripts is a business associate of covered entity health plan clients. As a result, you are permitted to disclose protected health information to Express Scripts for the purposes of audits and investigations.*

This documentation is due in full to Express Scripts no later than the close of business on **July 7, 2016.**

GX246.001

GOVERNMENT
EXHIBIT
246
4:18-CR-368

DOJ_18CR368-0078770



If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345326 or e-mail at bstockwell@express-scripts.com.

Sincerely,


Blake Stockwell
Investigator, FWA Services
One Express Way
St. Louis, MO 63121
Phone: 314-684-5326
Fax: 800-606-5569

*Confidentiality Notice: This letter, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply mail/phone/e-mail and destroy all copies of the original message.*