CONSENT OF SOLE MEMBER
OF ONE STOP ACQUISITIONS, LLC
IN LIEU OF SPECIAL MEETING

The undersigned, being the Sole Member of One Stop Acquisitions, LLC, a Texas limited liability company (the "Company"), hereby consents to and adopts in all respects the following resolutions and such consent shall have the same force and effect as a vote by the undersigned at a regular meeting of the Members called by the undersigned.

RESOLVED, that the Company is authorized and empowered and consents to the purchase of all the membership interest in JSW Prosperity, LLC, a Texas limited liability company, from Jermain David Wiggins, in two stages, being an initial acquisition of 49.0% of such membership interests, and a secondary acquisition of 51.0% of such membership interests (collectively, the "Transaction"); and further

RESOLVED, that Scott A. Breimeister, the elected Manager of the Company, is authorized on behalf of the Company, to execute and deliver such certificates, contracts, agreements, assignments, closing statements, affidavits, notes, deeds, consents, and such other instruments or documents as such Manager acting on behalf of the Company may deem necessary or desirable in connection with the Transaction; and further

RESOLVED, that said Manager of the Company be, and is hereby authorized, empowered, and directed to certify and attest to any documents which he may deem necessary or appropriate to consummate the transactions contemplated hereby, provided that such attestation shall not be required for the validity of the particular documents; and further

RESOLVED, that the affixing of the corporate seal or the attestation of the Secretary of the Company shall not be required to make any instruments, documents or assurances utilized in consummating the transactions contemplated hereby valid, binding and enforceable upon the Company.

IN WITNESS WHEREOF, the undersigned Sole Member hereby executes this Consent as of the 1st day of June, 2016.

SOLE MEMBER:

*[signature]*

Scott A. Breimeister

GOVERNMENT
EXHIBIT
317
4:18-CR-368

GX317.001

OSTA_000005

OSTA_000005-1