8/19/2016   https://www.esiprovider.com/index.jsp?CFID=1148703&CFTOKEN=c6c99a05fbcba41a-6A2601EE-BF07-9EC2-D51727429AE38EBD&action=DataEntr...


**EXPRESS SCRIPTS®**

HOME | DEFINITIONS | CONTACT US | PRIVACY POLICY | LOGOUT

### Account History

Please do not press the BACK button in your browser toolbar.
Questions or fields denoted with ➪ are Required. (Requirements may change depending on other values entered or omitted)

Return To Task List

**Express Scripts Final Re-Credentialing**

This document has already been e-signed and is read-only.

#### General Information

| | |
|---|---|
| ➪ NCPDP: | 5907449 (National Council Prescription Drug Program number) |
| ➪ NPI: | 1912251885 (National Provider Identifier) |
| ➪ Federal Tax ID | 455238832 (no dashes) |
| ➪ Pharmacy Name: | Omni-One-Med Pharmacy |
| ➪ Legal Name: | Omni-One-Med Pharmacy Services, LLC (if different than call name) |
| ➪ Address | 17310 W. Grand Parkway S, Ste. E |
| ➪ City | Sugar Land |
| ➪ State/Province | TX |
| ➪ Zip/Postal Code | 77479 |
| ➪ Country | United States |
| ➪ Phone Number: | 8325545008 |
| ➪ Is this a landline? | ● Yes   ○ No |
| ➪ Fax Number: | 8325545009 |
| ➪ County | FORT BEND |
| ➪ How long has pharmacy been at this address? | 4 (# of Years) |
| # of Months | 0 |
| ➪ Contact Person: | PIC |

**Current Owner**

| | |
|---|---|
| ➪ First Name: | Hemlata |
| Middle Initial: | |
| ➪ Last Name: | Kataria |
| ➪ Email Address: | licensing@omnionemed.com |
| ➪ Are you authorized to sign on the owner's behalf? | ● Yes   ○ No |

**Other Individual Authorized to Sign On Owner's Behalf**

| | |
|---|---|
| First Name: | |
| Middle Initial: | |
| Last Name: | |
| Email Address: | |

https://www.esiprovider.com/index.jsp?CFID=1148703&CFTOKEN=c6c99a05fbcba41a-6A2601EE-BF07-9EC2-D51727429AE38EBD&action=DataEntry&cmd...   1/8

**GOVERNMENT EXHIBIT 318**
**4:18-CR-368**

| | |
|---|---|
| Is mailing address different from physical address? | ◯ Yes   ● No |
| Mailing Address | (if different than physical address) |
| City | |
| State/Province | |
| Zip/Postal Code | |
| Country | United States |
| Name to be printed on check: | Omni-One-Med pharmacy |
| Is remittance address different from physical and mailing address? | ◯ Yes   ● No |
| Remittance Address | (if different than mailing and/or physical address) |
| City | |
| State/Province | |
| Zip/Postal Code | |
| Country | United States |

List names and license #s of all Pharmacists employed

| | | |
|---|---|---|
| Pharmacist/Prescriber in Charge: | First: | Hemlata |
| | Middle: | |
| | Last: | Kataria |
| | License #: | 52562 |
| | License Expiration Date: | 03/31/2017 |
| Pharmacist | First Name: | Tharun |
| | Middle Name: | |
| | Last Name: | Philip |
| | License #: | 53043 |

Add Pharmacist

Type of Practice:
Indicate the anticipated percentage of Rx volume in each setting

**Practice Types**
*Total of below categories MUST equal 100%*

☒ Open Door Retail/Community
   Percentage: 92.00

☐ Closed Door/ Clinic Facility
   Percentage: 0.00

☐ Mail Order
   Percentage: 0.00

☐ Nursing Home/LTC

Percentage: 0.00

☐ Internet Pharmacy

Percentage: 0.00

☐ Home Infusion

Percentage: 0.00

☑ Self Administered Injectable/Specialty

◆ Percentage: 4.00

☑ Other

◆ Percentage: 4.00

◆ List other: Non sterile compounding

**If Mail Order, does the Pharmacy conduct mail order locally, out of state, or both?**

☐ Local

☐ Out of State

**If Internet Pharmacy, does the Pharmacy fill new prescriptions; refill prescriptions or both?**

☐ New

☐ Refills

Refill % 0.00

### Dispensing Percentages
*Total of the below categories does NOT have to equal 100%*

☐ Medicaid

Percentage: 0.00

☑ Medicare

◆ Percentage: 30.00

☐ Workers Comp

Percentage: 0.00

☐ 340B

Percentage: 0.00

☑ Compounds

◆ Percentage: 4.00

If the Compounding Percentage >= 5%, does Pharmacy ship to other states?  ● Yes  ● No  ● N/A

If Yes, list states

☐ Dispensing Physician

Percentage: 0.00

### Business Information

◆ Do you dispense controlled substances?  ● Yes  ● No

8/19/2016   https://www.esiprovider.com/index.jsp?CFID=1148703&CFTOKEN=c6c99a05fbcba41a-6A2601EE-BF07-9EC2-D51727429AE38EBD&action=DataEntr...

|  |  |
|---|---|
| Federal DEA #: | FO3539484 |
| DEA License Expiration Date: | 12/31/2018 |
| State Tax ID: | 32047903235 |
| State of Incorporation: | TX |

**Medicaid Licenses**

- Is this pharmacy a Medicaid provider?  ◉ Yes  ○ No
- Medicaid #:
- State where Medicaid Number was issued

Add Medicaid Number

- Insurance Carrier: Evanston Insurance Company
- Liability Insurance Expiration Date: 11/19/2016
- Software Vendor: PK
- Switch Company: RSI
- Email address:
- Pharmacy Website URL:

☒ This pharmacy does not have a website

**Hours of Operation (hh:mm or h:mm)**

☐ Open 24 Hours

- Monday - Friday From: 9:00   ○ AM   ○ PM
- To: 5:30   ○ AM   ○ PM

☒ Closed Saturday

- Saturday From: 9:00   ○ AM   ○ PM
- To: 1:00   ○ AM   ○ PM

☒ Closed Sunday

- Sunday From::   ○ AM   ○ PM
- To:   ○ AM   ○ PM

☒ Closed Holidays

- Holidays From::   ○ AM   ○ PM
- To:   ○ AM   ○ PM

**Services Offered**

☐ E-Prescribing Vendor

- ☐ Braille Labeling
- ☐ Emergency Services
- ☑ Handicap Access
- ☐ Drive-Through
- ☐ TTY (Hearing Impaired)
- ☑ Delivery Service
  - ⇨ Mileage: 25
- ☑ Out of State

## Questionnaire Section

1. ⇨ Is this pharmacy an open-door pharmacy that fills prescriptions for all walk-in customers without restrictions?  ● Yes   ● No

   *If no, please provide detailed explanation of pharmacy restrictions:*

2. ⇨ Do you maintain electronic patient profiles?  ● Yes   ● No

3. ⇨ Do you review prescriptions dispensed for drug interactions?  ● Yes   ● No

4. ⇨ Are you currently affiliated with a buying group or co-op other than a PSAO (e.g., GPO)?  ● Yes   ● No

   *If yes, please list the name(s) of affiliated buying group(s):*

5. ⇨ Has the pharmacy (or another pharmacy you have owned) been disciplined by a State Board of Pharmacy, government entity or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department)?  ● Yes   ● No

   *If yes, please provide explanation of action taken, and attach board order letter, and any other supporting documents from the State Board of Pharmacy, government entity, or other regulatory authority.*

6. ⇨ Have any of the pharmacists, pharmacy technicians, owner or employee(s) of the pharmacy been disciplined by the State Board of Pharmacy, a government entity, or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department) in the last 10 years?  ● Yes   ● No

   *If yes, please provide details and attach letter(s) of disciplinary action.*

7. ⇨ Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s) or any of its pharmacists been the subject of a civil lawsuit or criminal prosecution involving fraud, deceit, deception or a similar offense involving moral turpitude?  ● Yes   ● No

   *If yes, please provide a detailed explanation:*

8. ⇨ In the last 10 years, has the pharmacy or any of its  ● Yes   ● No

Case 4:18-cr-00368   Document 533-52   Filed on 07/22/23 in TXSD   Page 6 of 8

owners/principals filed for bankruptcy, reorganization, or made a general assignment in favor of creditors?

*If yes, please provide a detailed explanation:*

9. ⇨ Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s), its pharmacists, or any of its employees been suspended or excluded by the Office of Inspector General (OIG) from participating in any federal or state health care program (e.g., Medicare, Medicaid, TRICARE) or by the General Services Administration (GSA) from participating in any government contract/services?   ◉ Yes   ◉ No

*If yes, please provide detailed explanation including applicable dates:*

10. ⇨ Have any of the owner(s), member(s)/principals(s), officers, or directors of the Pharmacy owned any other Pharmacy(ies)?   ◉ Yes   ◉ No

*If yes, please provide a list of the pharmacies, their NCPDP number(s), and the names of the owners, entity member(s)/principal(s), officers and directors:*

Pharmacy Name:
NCPDP:
Owners, entity member(s)/principal(s), officers and directors:

Add Pharmacy

11. ⇨ Has the pharmacy ever changed names?   ◉ Yes   ◉ No

*If yes, please provide a list of the previous name(s), NCPDP number(s) if different, and the date(s) the name changed:*

Previous Name:
NCPDP:
Date:
(MM/DD/YYYY)

Add Previous Name

12. ⇨ Has the pharmacy ever undergone a change in ownership?   ◉ Yes   ◉ No

*If yes, please provide a list of the previous owner's name(s), ownership dates, and NCPDP number(s) if different:*

⇨ Previous Owner Name: **Oliver Anosike**
NCPDP:
⇨ Date: **01/15/2014**
(MM/DD/YYYY)

Add Previous Owner

13. ⇨ In the past three (3) years, has any vendor providing services, supplies or medications to this Pharmacy, been excluded from participation in Federal or state health care program or government contract, or been otherwise subject to any   ◉ Yes   ◉ No

GX318.006

OOMPS_001465

| | | | |
|---|---|---|---|
| | restriction by the OIG or other state or government agency? *If yes, please attach detailed explanation including applicable dates.* | | |
| 14 | ⇨ Has the pharmacy obtained any accreditations/certifications (e.g., PCAB, ACHC, The Joint Commission, URAC, VIPPS, etc.)? *If so, please submit a copy of certification(s).* | ⦿ Yes | ⦿ No |
| 15 | ⇨ Does the owner/pharmacist-in-charge currently hold any non-resident state licensure(s)? *If yes, please submit a copy of license(s).* | ⦿ Yes | ⦿ No |
| 16 | ⇨ Does the pharmacy provide sterile compounding medications? *If yes please provide most current certification document (e.g., PCAB, air flow hood/HEPA filtration, etc.).* | ⦿ Yes | ⦿ No |

Indicate all languages other than English spoken by staff within this pharmacy and languages in which prescription drug labels can be provided

| | |
|---|---|
| | ☐ All Languages listed below |
| Arabic | ☐ Language |
| | ☐ Label |
| Armenian | ☐ Language |
| | ☐ Label |
| Cambodian | ☐ Language |
| | ☐ Label |
| Chinese | ☐ Language |
| | ☐ Label |
| Farsi | ☐ Language |
| | ☐ Label |
| French | ☐ Language |
| | ☐ Label |
| Hindi | ☑ Language |
| | ☐ Label |
| Indian | ☐ Language |
| | ☐ Label |
| Japanese | ☐ Language |
| | ☐ Label |
| Korean | ☐ Language |
| | ☐ Label |
| Mandarin Chinese | ☐ Language |
| | ☐ Label |
| Russian | ☐ Language |

8/19/2016   https://www.esiprovider.com/index.jsp?CFID=1148703&CFTOKEN=c6c99a05fbcba41a-6A2601EE-BF07-9EC2-D51727429AE38EBD&action=DataEntr...

|  |  |
|---|---|
|  | ▣ Label |
| Spanish | ▣ Language |
|  | ▣ Label |
| Tagalog | ▣ Language |
|  | ▣ Label |
| Vietnamese | ▣ Language |
|  | ▣ Label |
| Other | ▣ Language |
|  | ▣ Label |
| ⇨ | Other Languages  Serbian |

Return To Task List