## PATIENT SIGNATURE LOG

1/21/14

| COMPUTER TAG | COMPUTER TAG |
|---|---|
| Signature Log<br>LISA BRICKMAN<br>2215 CEDAR SPRINGS RD. # 1217 DALLAS, TX — EXPRESS SCRIPTS 003858<br>Rx 101314<br>1/21/2014   Signature | |
| Signature Log<br>TERRY BRICKMAN<br>2215 CEDAR SPRING RD. DALLAS, TX 75201 — EXPRESS SCRIPTS 003858<br>Rx 101312<br>1/21/2014   Signature | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

GOVERNMENT EXHIBIT 325 — 4:18-CR-368

# PATIENT SIGNATURE LOG

2/3/14

| COMPUTER TAG | COMPUTER TAG |
|---|---|
| **Signature Log**<br>TRISTAN BUCKINGHAM<br>6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014<br>Rx 102495<br>2/3/2014   Signature _____ | |
| **Signature Log**<br>EVAN BUCKINGHAM<br>6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014<br>Rx 102490<br>2/3/2014   Signature _____ | |
| **Signature Log**<br>ALEXA BUCKINGHAM<br>6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014<br>Rx 102492<br>2/3/2014   Signature _____ | |
| **Signature Log**<br>GEORDON BUCKINGHAM<br>6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014<br>Rx 102493<br>2/3/2014   Signature _____ | |
| **Signature Log**<br>SHELIA BUCKINGHAM<br>6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014<br>Rx 102496<br>2/3/2014   Signature _____ | |
| **Signature Log**<br>JAMES BUCKINGHAM<br>6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014<br>Rx 102486<br>2/3/2014   Signature _____ | |
| **Signature Log**<br>WENDY WEBER-FRANCIS   HIPAA check ☑<br>23 HARMONY ARBOR CT SPRING, TX 77382   BCBS-005947<br>Rx 101420<br>2/3/2014   AM   Signature _____ | |
| **Signature Log**<br>KAHLAS STAMBAUGH   HIPAA check ☑<br>2214 NEWBURY ARLINGTON, TX 76014   OPTUMRX 610279<br>Rx 101432<br>2/3/2014   AM   Signature _____ | |
| **Signature Log**<br>JOHN JONES   HIPAA check ☑<br>105 THOMAS CROSSING DR BURLESON, TX 7602 MEDCO 610014<br>RxC 101254<br>2/3/2014   AM   Signature _____ | |
| | |
| | |

# PATIENT SIGNATURE LOG

2/6/14

| COMPUTER TAG | COMPUTER TAG |
|---|---|
| **Signature Log**<br>SUZANNE BLACK<br>1408 S FRIENDSWOOD FRIENDSWOOD, TX 77546 ADVANCE/CRK 004336<br>Rx 102600<br>2/6/2014   Signature _Suzanne Black_ | |
| **Signature Log**<br>TERRY BRICKMAN<br>2215 CEDAR SPRING RD. DALLAS, TX 75201   EXPRESS SCRIPTS 003858<br>Rx 101312<br>2/6/2014   Signature _TB_ | |
| **Signature Log**<br>LISA BRICKMAN<br>2215 CEDAR SPRINGS RD. # 1217 DALLAS, TX 75   EXPRESS SCRIPTS 003858<br>Rx 101314<br>2/6/2014   Signature _TB_ | |
| **Signature Log**<br>LISA BRICKMAN<br>2215 CEDAR SPRINGS RD. # 1217 DALLAS, TX 75   EXPRESS SCRIPTS 003858<br>Rx 101315<br>2/6/2014   Signature _TB_ | |
| **Signature Log**<br>PAMELA BAILEY   HIPAA check ☑<br>2514 PRAIRIE AVE PASADENA, TX 77506   BCBS 011552<br>RxC101466<br>2/6/2014 AM   Signature _(sig)_ | |
| **Signature Log**<br>MELINDA OWEN   HIPAA check ☑<br>10732 HIGHLAND RIDGE RD FORT WORTH, TX 76   MEDCO 610014<br>RxC101415<br>2/6/2014 AM   Signature _Melinda Owen_ | |
| **Signature Log**<br>JUNE NIX   HIPAA check ☑<br>723 OAKMONT AVE #3415 LAS VEGAS, NV 89109   MEDCO 610014<br>Rx 101392<br>2/6/2014 AM   Signature _June C. Nix_ | |
| **Signature Log**<br>JENTRY NIX III   HIPAA check ☑<br>723 OAKMONT AVE #3415 LAS VEGAS, NV 89109   MEDCO 610014<br>Rx 101424<br>2/6/2014 AM   Signature _(sig)_ | |

GX325.003

# PATIENT SIGNATURE LOG

2/20/14

| COMPUTER TAG | COMPUTER TAG |
|---|---|
| **Signature Log**<br>LISA BRICKMAN<br>2215 CEDAR SPRINGS RD. # 1217 DALLAS, TX 75... EXPRESS SCRIPTS 003858<br>Rx 101314<br>2/20/2014  Signature _(signed)_ | |
| **Signature Log**<br>TERRY BRICKMAN<br>2215 CEDAR SPRING RD. DALLAS, TX 75201  10 EXPRESS SCRIPTS 003858<br>Rx 101312<br>2/20/2014  Signature _(signed)_ | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# PATIENT SIGNATURE LOG

12/31/13

| COMPUTER TAG | COMPUTER TAG |
|---|---|
| **Signature Log**<br>LISA BRICKMAN<br>2215 CEDAR SPRINGS RD. # 1217, DALLAS, TX 75201  CATALYST 005947<br>Rx 101314<br>12/31/2013   *Signature* | |
| **Signature Log**<br>TERRY BRICKMAN<br>2215 CEDAR SPRING RD. DALLAS, TX 75201   10 CATALYST 005947<br>Rx 101312<br>12/31/2013   *Signature* | |
| **Signature Log**<br>HUSNU PINAR             HIPAA check ☑<br>8425 GERRING LANE LAS VEGAS, NV 89117   EXPRESS SCRIPTS 003858<br>Rx 101403<br>12/31/2013  AM  *Signature* | |
| **Signature Log**<br>HUSNU PINAR             HIPAA check ☑<br>8425 GERRING LANE LAS VEGAS, NV 89117   EXPRESS SCRIPTS 003858<br>Rx 101404<br>12/31/2013  AM  *Signature* | |
| **Signature Log**<br>YARDLIE PINAR           HIPAA check ☑<br>8425 GERING LANE LAS VEGAS, NV 89117   EXPRESS SCRIPTS 003858<br>Rx 101406<br>12/31/2013  AM  *Signature* | |
| **Signature Log**<br>YARDLIE PINAR           HIPAA check ☑<br>8425 GERING LANE LAS VEGAS, NV 89117   EXPRESS SCRIPTS 003858<br>Rx 101405<br>12/31/2013  AM  *Signature* | |
| | |
| | |
| | |
| | |