**ALS Marketing- August 2014 Commissions**

| Prescriber | Rep Name | Total Rx | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission |
|---|---|---|---|---|---|---|---|---|
| SHAH,NEIL | Tinley,Ashley | 21 | 9 | 11 | 1 | $51,889.83 | $9,250.00 | $12,791.95 |
| SHAH,VARSHA | Tinley,Ashley | 8 | 2 | 4 | 2 | $17,570.17 | $3,200.00 | $4,311.05 |
| TINLEY,ASHLEY | Tinley,Ashley | 3 | 3 | 0 | 0 | $8,457.49 | $2,000.00 | $1,895.25 |
| TINLEY,JASON | Tinley,Ashley | 22 | 5 | 15 | 2 | $57,799.26 | $8,600.00 | $14,759.78 |
| WHITE,LAURA PA-C | Tinley,Ashley | 2 | 1 | 0 | 1 | $0.00 | $0.00 | $0.00 |
| Totals | --- | 56 | 20 | 30 | 6 | $135,716.75 | $23,050.00 | $33,758.03 |
| Adjustments to July 2014 Commissions: | | | | | | | | |
| Insurance Adjustment: | | | | | | | | |
| Original Insurance Paid | Tinley,Ashley | | 18 | 46 | 7 | $122,260.92 | $21,450.00 | $30,241.93 |
| After Insurance Adjustment | Tinley,Ashley | | 18 | 45 | 6 | $119,412.17 | $21,000.00 | $29,522.30 |
| Sub-Total Insurance Adjustment | | | | | | ($2,848.75) | ($450.00) | ($719.63) |
| Grand Totals | | | | | | $132,868.00 | $22,600.00 | $33,038.40 |

GOVERNMENT
EXHIBIT
**327**
4:18-CR-368

PHRMS_000162

**ALS Marketing - September 2014 Commissions**

| Prescriber | Rep Name | Total Rx | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission |
|---|---|---|---|---|---|---|---|---|
| SHAH,NEIL | Tinley,Ashley | 21 | 7 | 9 | 5 | $33,993.58 | $6,000.00 | $8,398.07 |
| SHAH,VARSHA | Tinley,Ashley | 8 | 4 | 2 | 2 | $436.58 | $150.00 | $30.00 |
| TINLEY,ASHLEY | Tinley,Ashley | 1 | 1 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| TINLEY,JASON | Tinley,Ashley | 19 | 9 | 8 | 2 | $47,552.82 | $7,300.00 | $12,075.85 |
| WHITE,LAURA PA-C | Tinley,Ashley | 6 | 5 | 0 | 1 | $0.00 | $0.00 | $0.00 |
| Totals | --- | 55 | 26 | 19 | 10 | $81,982.98 | $13,450.00 | $20,503.92 |
| Adjustments to September 2014 Commissions: | | | | | | | | |
| Adjust to 30% of gross collections | | | | | | | | $4,090.97 |
| Adjustments to August 2014 Commissions: | | | | | | | | |
| Insurance Adjustment: | | | | | | | | |
| Original Insurance Paid | Tinley,Ashley | | 20 | 30 | 6 | $135,716.75 | $23,050.00 | $33,758.03 |
| After Insurance Adjustment | Tinley,Ashley | | 20 | 30 | 10 | $135,109.49 | $22,850.00 | $33,635.85 |
| Sub-Total Insurance Adjustment | | | | | | ($607.26) | ($200.00) | ($122.18) |
| Grand Totals | | | | | | $81,375.72 | $13,250.00 | $24,472.71 |

GX327.002

PHRMS_000214

**ALS Marketing-October 2014 Commissions**

| Prescriber | Rep Name | Pharmacy | Total Rx | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission |
|---|---|---|---|---|---|---|---|---|---|
| SHAH,NEIL | Tinley,Ashley | All | 44 | 27 | 7 | 10 | $15,955.03 | $4,200.00 | $4,786.51 |
| SHAH,VARSHA | Tinley,Ashley | All | 2 | 1 | 0 | 1 | $0.00 | $0.00 | $0.00 |
| TINLEY,ASHLEY | Tinley,Ashley | All | 2 | 1 | 0 | 1 | $0.00 | $0.00 | $0.00 |
| TINLEY,JASON | Tinley,Ashley | All | 29 | 21 | 5 | 3 | $43,765.00 | $6,600.00 | $13,129.50 |
| Totals | --- | --- | 77 | 50 | 12 | 15 | $59,720.03 | $10,800.00 | $17,916.01 |
| Adjustment to September 2014 Commissions: | | | | | | | | | |
| Insurance Adjustments: | | | | | | | | | |
| ORIGINAL | Tinley,Ashley | All | | 26 | 19 | 10 | $81,982.98 | $13,450.00 | $20,503.92 |
| ADJUSTED | Tinley,Ashley | All | | 25 | 18 | 0 | $67,283.72 | $11,450.00 | $16,694.14 |
| Sub-Total Adjus | --- | | | | | | ($14,699.26) | ($2,000.00) | ($3,809.78) |
| Totals | Tinley,Ashley | | | | | | $45,020.77 | $8,800.00 | $14,106.23 |