**MAAD Marketing Inc. - July 2014 Commissions**

| Prescriber | Rep Name | Total Rx | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission |
|---|---|---|---|---|---|---|---|---|
| BECKETT,TIMOTHY | MAAD Marketing | 7 | 0 | 7 | 0 | $21,845.39 | $3,700.00 | $9,072.70 |
| CASH,ANDREW | MAAD Marketing | 93 | 16 | 11 | 66 | $52,443.26 | $8,700.00 | $21,807.16 |
| DALESSANDRO,NICOLE | MAAD Marketing | 4 | 1 | 1 | 2 | $7,337.93 | $900.00 | $3,218.97 |
| GALLAGHER,ANNEMARIE | MAAD Marketing | 5 | 2 | 0 | 3 | $4.50 | $0.00 | $0.00 |
| GERMIN,LEO | MAAD Marketing | 2 | 1 | 0 | 1 | $4,431.55 | $450.00 | $1,990.78 |
| JOHNSON,ELIJAH | MAAD Marketing | 54 | 22 | 4 | 28 | $29,467.75 | $5,150.00 | $12,158.88 |
| KHAVKIN, YEVGENIY | MAAD Marketing | 24 | 20 | 1 | 3 | $46,510.84 | $7,200.00 | $19,653.17 |
| MCPHAIL-PRUITT,MONICA | MAAD Marketing | 34 | 11 | 4 | 19 | $14,638.15 | $2,650.00 | $5,987.33 |
| ROBERSON,CONRAD | MAAD Marketing | 38 | 16 | 8 | 14 | $9,562.51 | $2,450.00 | $3,556.26 |
| SINGH,NAVJOT | MAAD Marketing | 53 | 19 | 3 | 31 | $26,224.06 | $5,000.00 | $10,612.03 |
| WELLS,ORLANDIS | MAAD Marketing | 170 | 36 | 30 | 104 | $86,722.52 | $14,300.00 | $35,740.61 |
| WOLFSON,ERIC | MAAD Marketing | 79 | 36 | 0 | 43 | $36,636.80 | $5,600.00 | $15,518.40 |
| Totals | ---- | 563 | 180 | 69 | 314 | $335,825.26 | $56,100.00 | $139,316.26 |

GOVERNMENT
EXHIBIT
**334**
4:18-CR-368

PHRMS_000128

**MAAD Marketing - August 2014 Commissions**

| Prescriber | Rep Name | Total Rx | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission |
|---|---|---|---|---|---|---|---|---|
| BECKETT,TIMOTHY | Beckett,Madelaine | 4 | 0 | 4 | 0 | $10,641.58 | $0.00 | $0.00 |
| CASH,ANDREW | Beckett,Madelaine | 136 | 45 | 15 | 76 | $68,277.91 | $11,250.00 | $28,286.71 |
| DALESSANDRO,NICOLE | Beckett,Madelaine | 3 | 1 | 0 | 2 | $10,528.52 | $2,000.00 | $4,264.26 |
| EVENSEN DO,ERIK | Beckett,Madelaine | 70 | 27 | 0 | 43 | $300.00 | $0.00 | $0.00 |
| GALLAGHER,ANNEMARIE | Beckett,Madelaine | 7 | 4 | 0 | 3 | $0.00 | $0.00 | $0.00 |
| GERMIN,LEO | Beckett,Madelaine | 1 | 1 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| JOHNSON,ELIJAH | Beckett,Madelaine | 68 | 12 | 7 | 49 | $43,311.09 | $7,050.00 | $18,130.55 |
| MCPHAIL-PRUITT,MONICA | Beckett,Madelaine | 53 | 21 | 7 | 25 | $16,533.33 | $2,850.00 | $6,693.59 |
| PECKHAM, APRN,SAMANTHA | Beckett,Madelaine | 80 | 38 | 0 | 42 | $944.50 | $0.00 | $0.00 |
| PUA,ROLAND | Beckett,Madelaine | 7 | 4 | 2 | 1 | $900.00 | $600.00 | $150.00 |
| ROBERSON,CONRAD | Beckett,Madelaine | 55 | 5 | 30 | 20 | $29,049.51 | $7,650.00 | $10,699.76 |
| SINGH,NAVJOT | Beckett,Madelaine | 38 | 10 | 7 | 21 | $19,604.71 | $3,250.00 | $8,177.36 |
| TRIPPI DO,DANA | Beckett,Madelaine | 63 | 41 | 6 | 16 | $27,039.18 | $5,400.00 | $10,659.59 |
| WELLS,ORLANDIS | Beckett,Madelaine | 176 | 33 | 46 | 97 | $78,067.16 | $15,450.00 | $30,499.51 |
| WOLFSON,ERIC | Beckett,Madelaine | 99 | 31 | 9 | 59 | $38,387.41 | $6,050.00 | $16,168.71 |
| Totals | --- | 860 | 273 | 133 | 454 | $343,584.90 | $61,550.00 | $133,730.02 |

Adjustments to July 2014 Commissions:
Reverse Commissions paid in error:

| Prescriber | Rep Name | Total Rx | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission |
|---|---|---|---|---|---|---|---|---|
| BECKETT,TIMOTHY | Beckett,Madelaine | (7) | 0 | (7) | 0 | ($21,845.39) | ($3,700.00) | ($9,072.70) |
| Sub-Total July 2014 Commissions Adjustment | | | | | | ($21,845.39) | ($3,700.00) | ($9,072.70) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Grand Totals | | | | | | $321,739.51 | $57,850.00 | $124,657.32 |

GX334.002