| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RN / 6PR 21563289 | 017 | 949621 | 1 of 1 |

Pharms LLC
4916 MAIN STREET ST 110
ATTN PAYROLL
HOUSTON, TX 77002

## Earnings Statement



Period Starting: 01/15/2015
Period Ending: 01/15/2015
Pay Date: 01/16/2015

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 2               Federal:
  State: 0                 State:
  Local: 0                 Local:
Social Security Number: XXX-XX-XXXX

Erik A Underwood


| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 5923.08 |
| Supplemental bonus | | 0.00 | 150000.00 | 175000.00 |
| **Gross Pay** | | | **$150,000.00** | **$180,923.08** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -35625.00 | 42250.41 |
| Social Security | -5429.77 | 7347.00 |
| Medicare | -2175.00 | 2623.38 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -7500.00 | 9046.15 |
| **Net Pay** | **$99,270.23** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 3.21 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 3.21 |
| Vacation | | |
| - Carry Over | | 18.33 |
| - Accrued Hours | 0.00 | 21.54 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 21.54 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4446 | XXXXXXXXX | 99270.23 |

Your federal taxable wages this period are $142,500.00
* Excluded from Federal taxable wages

Pharms LLC
4916 MAIN STREET ST 110
ATTN PAYROLL
HOUSTON, TX 77002

Pay Date: 01/16/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4446 | XXXXXXXXX | 99270.23 |

THIS IS NOT A CHECK

Erik A Underwood

**GOVERNMENT EXHIBIT**
**602**
**4:18-CR-368**