OmniMD - Physician Empowered   »   Patient Dashboard                    Page 1 of 1

Omni **MV**
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Clark, Tony R**

| | | Principal Provider: | **Dr. Colleen Kennedy** Health Record |
|---|---|---|---|
| | | Referring Provider: | |
| SSN # | Ext. Rec#: | Pri. Care Provider: | |
| Phone | (H) | Unread Messages: | |
| DOB | | Message Alert | |

Chart # CLAT0001

Age  60 yrs   Sex: Male
Pat. Due  $0.0 Print Last STMT.

History

Electronic Notes

Enter Keyword

Edit

#### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary InsuranceRecord Exist | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information ▼ | | | | |
| Billing Note | | | | |

#### Cases and Visits                                    New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress ❶ | Action |
|---|---|---|---|---|
| 11/25/2013  0:00 AM-0:15 AM  MON | | AUTO | | |

#### Patient's Recent and Upcoming Health Alerts          Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

#### Patient's Future Appointments                          Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP     Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify                2018-01-12

**GOVERNMENT EXHIBIT**
**607**
**4:18-CR-368**

**CONFIDENTIAL**                                 **KEN000221**

GX607.001                                        DOJ•_18CR368-0116384

OmniMD - Physician Empowered   »   Patient Personal Record                          Page 1 of 1



CONFIDENTIAL

KEN000222

GX607.002                                                                  DOJ•_18CR368-0116385

| Patient Name | DOB | Rep # |
|---|---|---|
| TONY R. CLARK | ▮ | |

| Home Phone | Cell Phone |
|---|---|
| ▮ | |

**Insurance Information**

| | |
|---|---|
| Address  9837 MERCER DR | Provider  MEDCO |
| | Member ID # ▮ |
| City  DALLAS   State  TX   Zip  75228 | SS # |
| Allergies  NONE   Diagnosis | Bin #  610014   Group #  UHEALTH |

## Colleen Kennedy, MD
1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _____   Date 11/25/13

---

☒ **Scar Reduction Cream**

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction. (*PracaSil™-Plus*)

__60GMS __120GMS ☒240GMS   Refills 1 2 3 4 5 (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

☐ **Psoriasis Cream**

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS __12GMS   Refills 1 2 3 4 5 prn

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%, Vitamin D3 0.03%, Tretinoin 0.012%

---

☒ **Eczema Cream**

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS ☒12GMS   Refills 1 2 3 4 5 (prn)

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%

---

☒ **Pain Cream**

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS __120GMS ☒240GMS   Refills 1 2 3 4 5 (prn)

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

**CONFIDENTIAL**   KEN000223

Visit Report - Clark, Tony R - 11/25/2013 0:00 AM(CST)     (OmniMD)                Page 1 of 1

Patient : **Clark, Tony R**          Sex    : Male

Chart# : CLATO0001          DOB    : ▉

Phone  : ▉(H),          Address : , , ,

Ref By  :

DOS : **11/25/2013 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

<u>**DIAGNOSES**</u>

**Procedures**

<u>**PROCEDURES**</u>

**Disposition**

**CONFIDENTIAL**                **KEN000224**

GX607.004                              DOJ•_18CR368-0116387

OmniMD - Physician Empowered   »   Patient Dashboard                                    Page 1 of 1

Omni MV
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | | Open Items | Messages [ 4 : 0 ] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Patient Dashboard**

**Meghan, Clark**

| | | | Principal Provider:   **Dr. Colleen Kennedy** Health Record |
| SSN #         Ext. Rec#: | | | Referring Provider: |
| Phone | | (H) | Pri. Care Provider: |
| DOB | | | Unread Messages: |
| Age        20 yrs    Sex: Female | | | **Message Alert** |

Chart # MEGCL0001
Pat. Due   $0.0 Print Last STMT.

History

Edit

**Electronic Notes**

Enter Keyword

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
|---|---|---|---|---|
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Patient Flow Sheet | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Active Problem List | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Pending Immunizations | |
| Patient Activity History | HIPAA Disclosure | Progress Report | | Patient Contact |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information 🔍 | | | | |
| Billing Note | | | | |

**Cases and Visits**                                                      New Case/Visit

| Date of Service | | Chief Complaint | Attending Provider | Progress ℹ 🔲 | Action |
|---|---|---|---|---|---|
| 📁 11/25/2013  0:00 AM-0:15 AM  MON | | | AUTO | | |

**Patient's Recent and Upcoming Health Alerts**                          Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                        Print

| Dt.of Service | | Chief Complaint | Provider | Procedures |
|---|---|---|---|---|

Charts & Reports:  Growth Charts

Delete Patient

HELP        Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Secured by thawte
click to verify
2018-01-12

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

**CONFIDENTIAL**                                **KEN000208**

GX607.005                                       DOJ•_18CR368-0116371

OmniMD - Physician Empowered   »   Patient Personal Record                    Page 1 of 1



**CONFIDENTIAL**                                                    **KEN000209**

GX607.006                                                    DOJ•_18CR368-0116372

Visit Report - Meghan, Clark - 11/25/2013 0:00 AM(CST)    (OmniMD)                    Page 1 of 1

| Patient : **Meghan, Clark** | Sex     : Female |
|---|---|
| Chart# : MEGCL0001 | DOB    : ▉ |
| Phone  : ▉(H), | Address : , , , |
| Ref By : | |

DOS : **11/25/2013 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

<u>**DIAGNOSES**</u>

**Procedures**

<u>**PROCEDURES**</u>

**Disposition**

**CONFIDENTIAL**                    **KEN000210**

GX607.007                                    DOJ•_18CR368-0116373

| Patient Name | DOB | Rep # |
|---|---|---|
| *MEGHAN M. CLARK* | ███████ | |

**Insurance Information**

| Home Phone | Cell Phone | Provider |
|---|---|---|
| ███████ | | *MEDCO* |

| Address | | Member ID # |
|---|---|---|
| ███████ | | ███████ |

| City | State | Zip | SS # |
|---|---|---|---|
| *Dallas* | *TX* | *75228* | |

| Allergies | Diagnosis | Bin # | Group # |
|---|---|---|---|
| *NONE* | | *010014* | *UHEALTH* |

## Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _____   Date *11/25/13*

---

[X] **Scar Reduction Cream**

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction.  (*PracaSil™-Plus*)

__60GMS __120GMS [X]240GMS   Refills 1 2 3 4 5 (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

[ ] **Psoriasis Cream**

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS __12GMS   Refills 1 2 3 4 5 prn

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%, Vitamin D3 0.03%, Tretinoin 0.012%

---

[X] **Eczema Cream**

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS [X]12GMS   Refills 1 2 3 4 5 (prn)

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%

---

[ ] **Pain Cream**

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS __120GMS __240GMS   Refills 1 2 3 4 5 prn

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

CONFIDENTIAL

OmniMD - Physician Empowered   »   Patient Dashboard                    Page 1 of 1

**Omni MD**
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Patient Dashboard**

**Clark, Carson**

|  |  |
|---|---|
| SSN # | Ext. Rec# : |
| Phone | (H) |
| DOB | |
| Age | 16 yrs 8 mths   Sex: Male |
| Chart # CLACA0003   Pat. Due $0.0   Print Last STMT. | |

Principal Provider:   **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:

**Message Alert**

History

Edit

**Electronic Notes**

Enter Keyword

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▾ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | Patient Contact |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | |
| Incoming Referral File | Amendment | Patient Education ▾ | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

**Cases and Visits**                                             New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | | Action |
|---|---|---|---|---|---|
| 11/25/2013  0:00 AM-0:15 AM  MON | | AUTO | | | |

**Patient's Recent and Upcoming Health Alerts**                    Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                    Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:  Growth Charts

Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

**Secured by** ⓣthawte
click to verify         2018-01-12

CONFIDENTIAL                                    KEN000204

GX607.009

DOJ•_18CR368-0116367

OmniMD - Physician Empowered   »   Patient Personal Record                    Page 1 of 1



**CONFIDENTIAL**                              **KEN000205**

GX607.010                                     DOJ•_18CR368-0116368

| Patient Name | DOB | Rep # |
|---|---|---|
| CARSEN R. CLARK | ███████ | |

| Home Phone | Cell Phone | **Insurance Information** | |
|---|---|---|---|
| ███████ | | Provider | MEDCO |
| Address ███████ | | Member ID # ███████ | |
| City DALLAS | State TX | Zip 75228 | SS # |
| Allergies NONE | Diagnosis | Bin # 610014 | Group # 767648 UHEALTH |

## Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _[signature]_                     Date 11/25/13

---

### ☒ Scar Reduction Cream

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction. (*PracaSil™-Plus*)

__60GMS __120GMS ☒240GMS    Refills 1 2 3 4 5 prn

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

### ☐ Psoriasis Cream

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS __12GMS    Refills 1 2 3 4 5 prn

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%, Vitamin D3 0.03%, Tretinoin 0.012%

---

### ☒ Eczema Cream

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS ☒12GMS    Refills 1 2 3 4 5 prn

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%

---

### ☐ Pain Cream

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS __120GMS __240GMS    Refills 1 2 3 4 5 prn

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

CONFIDENTIAL

Visit Report - Clark, Carson - 11/25/2013 0:00 AM(CST)     (OmniMD)          Page 1 of 1

Patient : **Clark, Carson**       Sex    : Male

Chart# : CLACA0003       DOB    : ▮▮▮▮▮
Phone  : ▮▮▮▮▮▮(H),     Address : , , ,
Ref By :

DOS : **11/25/2013 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

Chief Complaint:

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

CONFIDENTIAL                                    KEN000207
GX607.012                                              DOJ•_18CR368-0116370

OmniMD - Physician Empowered   »   Patient Dashboard

Page 1 of 1

**Omni MD**
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, *Colleen I Kennedy, MD, PA*

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Clark, Michelle**

| | |
|---|---|
| SSN # | Ext. Rec#: |
| Phone | (H) |
| DOB | |
| Age | 56 yrs   Sex: Female |
| Chart # CLAMI0001 | |
| Pat. Due | $0.0 Print Last STMT. |

Principal Provider:   **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:
Message Alert

History

Edit

**Electronic Notes**

Enter Keyword

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages | |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA | |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users | |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills | |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger | |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact | |
| Incoming Referral File | Amendment | Patient Education ▼ | | | |
| Patient Portal Information 🔍 | | | | | |
| Billing Note | | | | | |

**Cases and Visits**                                                                New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress 🛈 | | Action |
|---|---|---|---|---|---|
| 05/24/2016 0:00 AM-0:15 AM TUE | | AUTO | | | |
| 11/25/2013 0:00 AM-0:15 AM MON | | AUTO | | | |

**Patient's Recent and Upcoming Health Alerts**                                      Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                                    Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify
2019-01-12

**CONFIDENTIAL**                                              **KEN000212**
GX607.013                                        DOJ•_18CR368-0116375

OmniMD - Physician Empowered   »   Patient Personal Record                    Page 1 of 1



**CONFIDENTIAL**                    **KEN000213**

GX607.014                                      DOJ•_18CR368-0116376

| Patient Name | | DOB | Rep # |
|---|---|---|---|
| *MICHELLE M. CLARK* | | ███████ | |

| Home Phone | Cell Phone | **Insurance Information** | |
|---|---|---|---|
| ███████ | | Provider *MEDCO* | |
| Address ███████ | | Member ID # ███████ | |
| City *Dallas* | State *TX* Zip *75228* | SS # | |
| Allergies *None* | Diagnosis | Bin # *610014* | Group # *UHEALTH* |

## Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)    214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _____    Date *1/25/13*

---

### ☒ Scar Reduction Cream

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction. (*PracaSil™-Plus*)

__60GMS  __120GMS  ☒240GMS    Refills  1  2  3  4  5  (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

### ☐ Psoriasis Cream

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS  __8GMS  __12GMS    Refills  1  2  3  4  5  prn

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%, Vitamin D3 0.03%, Tretinoin 0.012%

---

### ☒ Eczema Cream

Apply 1-2 grams to affected area 3-4 times daily.

*100gm 120gm 240gm*
__4GMS  __8GMS  ☒12GMS    Refills  1  2  3  4  5  (prn)

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%

---

### ☒ Pain Cream

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS  __120GMS  ☒240GMS    Refills  1  2  3  4  5  (prn)

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

*ACETAMINOPHEN*
*20%*

CONFIDENTIAL

GX607.015

KEN000214

DOJ•_18CR368-0116377



UnitedHealthcare®

Health Plan (80840)   911-87726-04

Member ID:

Member:
MICHELLE M CLARK
Dependents
TONY R CLARK
MEGHAN M CLARK
CARSON R CLARK

Office: $25      ER: $200
UrgCare: $50    Spec: $50

Group Number:   701648

Insperity Holdings, Inc.

Payer ID 87726   Eff Dt 04/01/2011

medco®

Rx Bin:   610014
Rx Grp:   UHEALTH

Rx Copay: Tier 1 /T-2 /T-3 /T-4
$10 /$35 /$60 /$120

UnitedHealthcare Choice Plus
Underwritten by UnitedHealthcare Insurance Company

DOI-0501



Printed:

This card does not guarantee coverage. To verify benefits, view claims a provider, visit the websites or call.

For Members:   www.myuhc.com   866-873-3702

For Providers:   www.unitedhealthcareonline.com 877-842-3702
Medical Claims:   PO BOX 30555, Salt Lake City, UT 841

MultiPlan

Pharmacy Claims: PO BOX 14711, LEXINGTON KY 4051
For Pharmacists: 800-922-1557   Member: 877-842-6

CONFIDENTIAL                          KEN000216
GX607.017                            DOJ•_18CR368-0116379

Visit Report - Clark, Michelle - 11/25/2013 0:00 AM(CST)     (OmniMD)                    Page 1 of 1

| Patient : **Clark, Michelle** | Sex : Female |
|---|---|

Chart# : CLAMI0001          DOB    : ███████
Phone : ███████(H),     Address : , , ,
Ref By :

DOS : **11/25/2013 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)


Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**


**Prescriptions and Lab Orders**

**Diagnoses**

<u>**DIAGNOSES**</u>

**Procedures**

<u>**PROCEDURES**</u>

**Disposition**

**CONFIDENTIAL**                            **KEN000217**

GX607.018                              DOJ•_18CR368-0116380

| Patient Name | | DOB | | Rep # |
|---|---|---|---|---|
| *MICHELLE M. CLARK* | | ████████ | | |

| Home Phone | Cell Phone | **Insurance Information** | |
|---|---|---|---|
| ████████ | | Provider *MEDCO* | |
| Address ████████ | | Member ID # ████████ | |
| City *Dallas* | State *TX*   Zip *75228* | SS # | |
| Allergies *None* | Diagnosis | Bin # *610014* | Group # *UHEALTH* |

## Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _____   Date *1/25/13*

---

☒ **Scar Reduction Cream**
Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction. (*PracaSil™-Plus*)
__60GMS  __120GMS  ☒240GMS   Refills  1  2  3  4  5  (prn)
Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

☐ **Psoriasis Cream**
Apply 1-2 grams to affected area 3-4 times daily.
__4GMS  __8GMS  __12GMS   Refills  1  2  3  4  5  prn
Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%, Vitamin D3 0.03%, Tretinoin 0.012%

---

☒ **Eczema Cream**
Apply 1-2 grams to affected area 3-4 times daily.
*60gm  120gm  240gm*
__4GMS  __8GMS  ☒12GMS   Refills  1  2  3  4  5  (prn)
Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%

---

☒ **Pain Cream**
Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.
__60GMS  __120GMS  ☒240GMS   Refills  1  2  3  4  5  (prn)
Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

*ACETAMINOPHEN*
*20%*

**CONFIDENTIAL**
KEN000218
GX607.019
DOJ•_18CR368-0116381

Visit Report - Clark, Michelle - 11/25/2013 0:00 AM(CST)   (OmniMD)                    Page 1 of 1

---

Patient : **Clark, Michelle**        Sex    : Female

Chart# : CLAMI0001              DOB    : ██████
Phone  ████████H),       Address : , , ,
Ref By :

DOS : **11/25/2013 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

<u>**DIAGNOSES**</u>

**Procedures**

<u>**PROCEDURES**</u>

**Disposition**

CONFIDENTIAL                **KEN000219**

GX607.020                                          DOJ•_18CR368-0116382

Visit Report - Clark, Michelle - 05/24/2016 0:00 AM(CST)    (OmniMD)                     Page 1 of 1

| | | |
|---|---|---|
| Patient : **Clark, Michelle** | Sex | : Female |

| | | |
|---|---|---|
| Chart# : CLAMI0001 | DOB | : 08/13/1961 |
| Phone  : 214-789-1176(H), | Address : , , , |
| Ref By  : | | |

DOS : **05/24/2016 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

**<u>DIAGNOSES</u>**

**Procedures**

**<u>PROCEDURES</u>**

**Disposition**

CONFIDENTIAL                          **KEN000220**

GX607.021                                    DOJ•_18CR368-0116383