# OmniMD - Physician Empowered » Patient Dashboard

Page 1 of 1

**Dr. Colleen Kennedy, M.D.,** Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4:0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

## Patient Dashboard

**Cross, Chris**

| | |
|---|---|
| SSN # | Ext. Rec#: |
| Phone | (H) |
| DOB | |
| Chart # CROCH0001   Age | 45 yrs   Sex: Male |
| Pat. Due | $0.0 Print Last STMT. |

Principal Provider: Dr. Colleen Kennedy Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:
— Message Alert —

History  Edit

— Electronic Notes —
Enter Keyword

### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

### Cases and Visits

New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| 02/10/2014  0:00 AM-0:15 AM  MON | | AUTO | | |

### Patient's Recent and Upcoming Health Alerts

Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

### Patient's Future Appointments

Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte click to verify   2018-01-12

**GOVERNMENT EXHIBIT**
**608**
**4:18-CR-368**



Visit Report - Cross, Chris - 02/10/2014 0:00 AM(CST)     (OmniMD)                                  Page 1 of 1

| | | | |
|---|---|---|---|
| Patient | : **Cross, Chris** | Sex | : Male |
| Chart# | : CROCH0001 | DOB | : |
| Phone | : (H), | Address | : , , , |
| Ref By | : | | |

DOS : **02/10/2014 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

**<u>DIAGNOSES</u>**

**Procedures**

**<u>PROCEDURES</u>**

**Disposition**

## Patient Information

- **Patient:** Chris Cross
- **DOB:** [redacted]
- **Home Phone:** 
- **Cell Phone:** [redacted]
- **Address:** [redacted]
- **City:** Forney
- **State:** TX
- **Zip:** 75126
- **Allergies:** Penicillin
- **Diag.:**

## Insurance Info

- **Carrier:** Aetna
- **Bin#:** 610502
- **PCN#:**
- **Group #:** 806649-011-00001
- **Workers Comp:** No ✗
- **DOI:**
- **Claim #:**

## General Pain / Inflammation

☐ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: _____)

## Back & Radicular Pain

☐ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

☐ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: _____)

## Neuropathic & Chronic Pain

☐ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

☐ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: _____)

☑ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

☐ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity: 240 mLs)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: 1)

## Specialty

☑ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%

☑ **For painful scars add:**
- Prilocaine 3%
- Gabapentin 15%

☐ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

☐ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%

☐ **Contact Dermatitis with pain add:**
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity: 240 mLs)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs  Refills: PRN)

## Metabolic Supplements

☐ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

☑ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG: _____
Refills: PRN)

---

**Alternative SIG:** _____

**Prescriber Name:** Colleen Kennedy, MD   **NPI #:** 1508897810
**Lic. #:** M7325   **DEA #:** BK8400068
**Address:** 1309 Ridge Rd. Ste 107   Rockwall TX 75087
**Phone #:** 214-775-1356   **Fax #:** 214-613-8231
**Signature** (Note: Manual Signature Required for CS) _____   **Date:** 2/10/19

Note: Ketamine is Schedule III controlled substance.

OmniMD - Physician Empowered  »  Patient Dashboard                                                     Page 1 of 1

**Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, Colleen I Kennedy, MD, PA**

Omni Version 14.0

| Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [4:0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Cross, Janette**

Principal Provider: **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:

SSN #            Ext. Rec#:
Phone                      (H)
DOB
Chart # CROJA0002   Age   40 yrs   Sex: Female
Pat. Due   $0.0 Print Last STMT.

Message Alert                                                   History
                                                                Edit

Electronic Notes
Enter Keyword

### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
|---|---|---|---|---|
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

### Cases and Visits                                                                                      New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | | Action |
|---|---|---|---|---|---|
| 01/27/2014 0:00 AM-0:15 AM MON | | AUTO | | | |

### Patient's Recent and Upcoming Health Alerts                                                           Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

### Patient's Future Appointments                                                                                      Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte click to verify   2019-01-16

**Patient:** Janette Cross
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:**
**Address:** 302 S. Chestnut
**City:** Forney
**State:** TX
**Zip:** 75126
**Allergies:**
**Diag.:**

**Insurance Info**
**Carrier:** Medco
**Bin#:** 610014
**PCN#:**
**Group #:** TRSACTIVECARE 2
**Workers Comp:** Yes / No
**DOI:**
**Claim #:**

### General Pain/Inflammation

☑ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity: 120 mLs)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: PRN)

### Back & Radicular Pain

☐ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

☐ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: _____)

### Neuropathic & Chronic Pain

☐ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

☐ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: _____)

☐ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

☐ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: _____)

### Specialty

☑ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

☐ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity: 120 mLs)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs Refills: PRN)

☑ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

### Metabolic Supplements

☐ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

☐ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG: _____ Refills: _____)

**Alternative SIG:** _____

**Prescriber Name:** Colleen Kennedy M.D.   **NPI #:** 1508897810
**Lic. #:** M7325   **DEA #:** BK8400068
**Address:** 1309 Ridge Rd. Ste #107 Rockwall, TX. 75087
**Phone #:** 2147751356   **Fax #:** 2146132231
**Signature** (Note: Manual Signature Required for CS) _____   **Date:** 1/27/14

Note: Ketamine is Schedule III controlled substance.

CONFIDENTIAL   KEN000461
GX608.006   DOJ•_18CR368-0116624