OmniMD - Physician Empowered   »   Patient Personal Record                                          Page 1 of 1

**Patient Personal Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Hobbs, Billie** | | Sex | Male | DOB | ■■■ | Age  38 yrs |
| Chart # HOBBI0001 | | SSN # | | Phone | ■■■ (H) | |

| | | | |
|---|---|---|---|
| First Name | **Billie** | Address1 | |
| Last Name | **Hobbs** | Address2 | |
| Middle Initial | | City | |
| SSN | | State | |
| Suffix | | Zip Code | |
| Father Name | | Country | |
| Mother Name | | Preferred Phone | |
| Mother's Maiden Name | | Call Preference Order | |
| Alias Name | | Home Phone | ■■■ |
| Date of Birth | ■■■ | Work Phone | |
| Birth State | | Fax | |
| Sex | Male | Cell Phone | |
| Guardian | | E-mail Address | |
| Work Status | | Driving License | |
| Industry | | Significant Others | |
| Occupation | | Emergency Contact 1 | Phone # |
| Employer | | Emergency Contact 2 | Phone # |
| Attorney | | Signature on File | |
| Adjuster | | Release of Info Signed | |
| Student Status | | Preferred Language | |
| Blood Group | | Pharmacy | |
| Race | | Consent | |
| Ethnicity | | Disable Health Alerts | No |
| Smoker | | External Rec# | NPI |
| Marital Status | | Treatment Status | |
| Patient Type | | Custom Field1 | |
| Referring Provider | | Custom Field2 | |
| Other Ref. Provider | | Generate Statement | Yes |
| Pri. Care Provider | | Exemption from Reporting | No |
| Principal Provider | Dr. Colleen Kennedy | Communication Preference | By Phone |
| Visit Location | Business Office Dallas | Comments | |
| Patient Category | | No Known Problems | No |
| | | MU Demographic Exclusion | |
| | | Patient Portal Module | Opt Out |
| | | Send Direct Message | Disabled |
| | | Last Payment Date | |
| | | Last Payment Amount | |
| | | Last Modified Date | 11/04/2014 |
| | | Last Modified By | |

**GOVERNMENT EXHIBIT**
**609**
4:18-CR-368

Visit Report - Hobbs, Billie - 02/04/2014 0:00 AM(CST)    (OmniMD)                                Page 1 of 1

Patient : **Hobbs, Billie**         Sex       : Male

Chart# : HOBBI0001              DOB       :
Phone  :                 (H),    Address : , , ,
Ref By :

DOS : **02/04/2014 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**


**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

## Patient Info

- **Patient:** Billie Hobbs
- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Address:** [redacted]
- **City:** Mesquite
- **State:** TX
- **Zip:** 75149
- **Allergies:**
- **Diag.:**

## Insurance Info

- **Carrier:**
- **Bin#:**
- **PCN#:**
- **Group #:**
- **Workers Comp:** Yes / No
- **DOI:**
- **Claim #:**

## Back & Radicular Pain

**○ BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCL 5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

**○ BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

## Neuropathic & Chronic Pain

**○ NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Bupivacaine HCL 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

**○ NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

**☒ NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**○ NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCL 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity: 240)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: 1)

## General Pain / Inflammation

**○ GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

**○ OTHER FORMULATION**

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: PRN)

## Specialty

**☒ SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- For painful scars add:
  - Prilocaine 3%
  - Gabapentin 15%

**○ DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

**○ DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

**○ DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Contact Dermatitis with pain add:
  - Lidocaine 2%
  - Hydroxyzine 2%

**○ DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

**○ DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity: 240)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: PRN)

## Metabolic Supplements

**☒ MS-2: GENERAL WELLNESS**
- MS-21: Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
  (SIG: Take 1 capsule by mouth twice daily; Dispense: 60 OR Alternative SIG: PRN)
- MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcysteine 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: PRN)

**○ MS-3: GENERAL WELLNESS**
- MS-31: Resveratrol Powder 100mg, Piperine 20mg
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: ____)
- MS-32: Hydrocobalamine 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: ____)

---

**Alternative SIG:** ____

**Prescriber Name:** Colleen Kennedy, MD       **NPI #** 1508897810
**Lic. #:** M7325       **DEA #:** BK8400068
**Address:** 1309 Ridge Rd. Ste107, Rockwall, TX 75087
**Phone #:** 214-775-1356       **Fax #:** 214-613-2231
**Signature** (Note: Manual Signature Required for CS): [signed]       **Date:** 2/4/14

Note: Ketamine is Schedule III controlled substance.

CONFIDENTIAL       KEN001665
GX609.003       DOJ•_18CR368-0117828

OmniMD - Physician Empowered   »   Patient Personal Record                                        Page 1 of 1

**Patient Personal Record**

| **Hobbs, Paul** | Sex | Male | DOB | | Age 39 yrs |
|---|---|---|---|---|---|
| Chart # HOBPA0001 | SSN # | | Phone | | (H) |

| | | | |
|---|---|---|---|
| First Name | **Paul** | Address1 | |
| Last Name | **Hobbs** | Address2 | |
| Middle Initial | | City | |
| SSN | | State | |
| Suffix | | Zip Code | |
| Father Name | | Country | |
| Mother Name | | Preferred Phone | |
| Mother's Maiden Name | | Call Preference Order | |
| Alias Name | | Home Phone | |
| Date of Birth | | Work Phone | |
| Birth State | | Fax | |
| Sex | Male | Cell Phone | |
| Guardian | | E-mail Address | |
| Work Status | | Driving License | |
| Industry | | Significant Others | |
| Occupation | | Emergency Contact 1 | Phone # |
| Employer | | Emergency Contact 2 | Phone # |
| Attorney | | Signature on File | |
| Adjuster | | Release of Info Signed | |
| Student Status | | Preferred Language | |
| Blood Group | | Pharmacy | |
| Race | | Consent | |
| Ethnicity | | Disable Health Alerts | No |
| Smoker | | External Rec# | NPI |
| Marital Status | | Treatment Status | |
| Patient Type | | Custom Field1 | |
| Referring Provider | | Custom Field2 | |
| Other Ref. Provider | | Generate Statement | Yes |
| Pri. Care Provider | | Exemption from Reporting | No |
| Principal Provider | Dr. Colleen Kennedy | | |
| Visit Location | Business Office Dallas | Communication Preference | By Phone |
| Patient Category | | Comments | |
| | | No Known Problems | No |
| | | MU Demographic Exclusion | |
| | | Patient Portal Module | Opt Out |
| | | Send Direct Message | Disabled |
| | | Last Payment Date | |
| | | Last Payment Amount | |
| | | Last Modified Date | 11/04/2014 |
| | | Last Modified By | |

Visit Report - Hobbs, Paul - 02/04/2014 0:00 AM(CST)    (OmniMD)                                Page 1 of 1

| | | | |
|---|---|---|---|
| Patient : **Hobbs, Paul** | Sex | : Male | |
| Chart# : HOBPA0001 | DOB | : ███ | |
| Phone : ███(H), | Address : , , , | | |
| Ref By : | | | |

DOS : **02/04/2014 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

**BlueCross BlueShield**

TRS ACTIVECARE

Subscriber Name:
PAUL G. HOBBS
Identification Number:
ISD837515572

Group Number: 085000
Coverage Date: 01/01/14

Plan: ActiveCare 2

Primary Care $30
Specialist Care $50
Emergency Room $150

TRS
ER copay in addition to
20% after deductible

PPO

**CONFIDENTIAL** **KEN001668**
GX609.006 DOJ•_18CR368-0117831

| Patient | | DOB | | Insurance Info | |
|---|---|---|---|---|---|
| PAUL Hobbs | | | | Carrier: | |
| Home Phone | | Cell Phone | | Bin# | PCN# |
| Address | | | | Group # | |
| City MESQUITE | | State TX | Zip 75149 | Workers Comp | Yes / No |
| Allergies | | Diag. | | DOI | Claim # |

## Back & Radicular Pain

○ **BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCL 5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

○ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

## Neuropathic & Chronic Pain

○ **NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Bupivacaine HCL 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

○ **NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

⊗ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

○ **NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCL 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity: 240)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: 1)

## General Pain / Inflammation

○ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

○ **OTHER FORMULATION**

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

## Specialty

⊗ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%

○ For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

○ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

○ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

○ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%

○ Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

○ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

○ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity: 240)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: PRN)

## Metabolic Supplements

⊗ **MS-2: GENERAL WELLNESS**
- MS-21: Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
  (SIG: Take 1 capsule by mouth twice daily; Dispense: 60 OR Alternative SIG: PRN)
- MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcystine 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily, Dispense: 60 OR Alternative SIG _____)

○ **MS-3: GENERAL WELLNESS**
- MS-31: Resveratrol Powder 100mg, Piperine 20mg
  (SIG: Take 2 capsules by mouth once daily, Dispense: 60 OR Alternative SIG _____)
- MS-32: Hydrocobalamine 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily, Dispense: 60 OR Alternative SIG _____)

Alternative SIG: _____

Prescriber Name: Colleen Kennedy, MD     NPI # 1508897810
Lic. #: M7325     DEA:# BK8400068
Address: 1309 Ridge Rd. Ste107, Rockwall, TX 75087
Phone #: 214-775-1356     Fax #: 214-613-2231
Signature (Note: Manual Signature Required for CS) _____     Date: 2/4/19

Note: Ketamine is Schedule III controlled substance.

CONFIDENTIAL     KEN001669
GX609.007     DOJ•_18CR368-0117832