OmniMD - Physician Empowered  »  Patient Personal Record                                    Page 1 of 1

**Patient Personal Record**

| Howerton, Kelly | Sex | Female | DOB | ▮ | Age 38 yrs |
|---|---|---|---|---|---|
| Chart # HOWKE0001 | SSN # | | Phone | ▮ | (H) |

| Field | Value | Field | Value |
|---|---|---|---|
| First Name | Kelly | Address1 | ▮ |
| Last Name | Howerton | Address2 | |
| Middle Initial | | City | Rockwall |
| SSN | | State | Texas |
| Suffix | | Zip Code | 75087 |
| Father Name | | Country | USA |
| Mother Name | | Preferred Phone | |
| Mother's Maiden Name | | Call Preference Order | |
| Alias Name | | Home Phone | ▮ |
| Date of Birth | ▮ | Work Phone | |
| Birth State | | Fax | |
| Sex | Female | Cell Phone | |
| Guardian | | E-mail Address | |
| Work Status | Full Time | Driving License | |
| Industry | | Significant Others | |
| Occupation | | Emergency Contact 1 | Phone # |
| Employer | | Emergency Contact 2 | Phone # |
| Attorney | | Signature on File | |
| Adjuster | | Release of Info Signed | |
| Student Status | Not a Student | Preferred Language | English |
| Blood Group | | Pharmacy | |
| Race | White | Consent | Consent given |
| Ethnicity | Not Hispanic or Latino | Disable Health Alerts | No |
| Smoker | Unknown if ever smoked | External Rec# | NPI |
| Marital Status | | Treatment Status | |
| Patient Type | | Custom Field1 | |
| Referring Provider | | Custom Field2 | |
| Other Ref. Provider | | Generate Statement | Yes |
| Pri. Care Provider | | Exemption from Reporting | No |
| Principal Provider | Dr. Colleen Kennedy | Communication Preference | By Phone |
| Visit Location | Business Office Dallas | Comments | |
| Patient Category | | No Known Problems | No |
| | | MU Demographic Exclusion | |
| | | Patient Portal Module | Opt Out |
| | | Send Direct Message | Disabled |
| | | Last Payment Date | |
| | | Last Payment Amount | |
| | | Last Modified Date | 10/31/2014 |
| | | Last Modified By | Ms. Robie Hansen |

**GOVERNMENT EXHIBIT**
**610**
**4:18-CR-368**

Visit Report - Howerton, Kelly - 01/10/2014 10:15 AM(CST)    (OmniMD)                               Page 1 of 1

Patient : **Howerton, Kelly**           Sex        : Female
Chart# : HOWKE0001                DOB        :
Phone  :              (H),        Address    :
Ref By :

DOS : **01/10/2014 10:15 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
<u>Chief Complaint:</u> **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**VITAL SIGNS**
**Height**  66 inch  167 cm
**Weight**  140 lbs  63.5 Kg
**BMI**     22.6 Kg/m$^2$

### FOLLOW UP NOTE

**Patient Name:** Howerton, Kelly
**Chart Number:** HOWKE0001
**Date of Service:** 01/10/2014 10:15 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp:   BP: /   Pulse Rate:   O2 Sat:
Starting Weight: 140 lbs   Current Weight:     Change:

**Current Medications:**


**Note:**    hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction cream

**Impression:**    eczema

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
 **Prescriptions and Lab Orders**

  Diagnoses

 **DIAGNOSES**

  Procedures

 **PROCEDURES**

  Disposition

CONFIDENTIAL                 KEN001679
GX610.002                         DOJ•_18CR368-0117842

# OmniMD - Physician Empowered » Patient Dashboard

Page 1 of 1

**Dr. Colleen Kennedy, M.D.,** Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4:0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Howerton, Kelly**
Rockwall, Texas - 7508?
SSN # Ext. Rec#:
Phone (H)
DOB
Age 38 yrs  Sex: Female
Pat. Due $0.0 Print Last STMT.
Chart # HOWKE0001

Principal Provider: Dr. Colleen Kennedy Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:

**Message Alert**
sent script for compounding cream to Omni plus pharmacy

History | Edit

**Electronic Notes**
Enter Keyword

### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics ✓ | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

### Cases and Visits

New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 01/10/2014 10:15 AM-10:30 AM FRI | np | Ms. Maries Laurel | | |

### Patient's Recent and Upcoming Health Alerts

Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

### Patient's Future Appointments

Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte click to verify 2018-01-16

https://www8.omnimd.com/servlet/AppointmentController?action=DashBoard&patientId=...   1/16/2018

**CONFIDENTIAL**   KEN001680

Visit Report - Howerton, Kelly - 01/10/2014 10:15 AM(CST)    (OmniMD)                Page 1 of 1

Patient : **Howerton, Kelly**        Sex        : Female

Chart# : HOWKE0001         DOB     :
Phone  :           (H),    Address :                  , Rockwall, Texas 75087
Ref By :

DOS : **01/10/2014 10:15 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
<u>Chief Complaint:</u> **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**VITAL SIGNS**
**Height**  66 inch  167 cm
**Weight**  140 lbs  63.5 Kg
**BMI**     22.6 Kg/m$^2$

### FOLLOW UP NOTE

**Patient Name:** Howerton, Kelly
**Chart Number:** HOWKE0001
**Date of Service:** 01/10/2014 10:15 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp:  BP: /  Pulse Rate:  O2 Sat:
Starting Weight: 140 lbs   Current Weight:       Change:

**Current Medications:**


**Note:**   hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction cream

**Impression:**   eczema

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
 **Prescriptions and Lab Orders**

  Diagnoses

**DIAGNOSES**

  Procedures

**PROCEDURES**

  Disposition

**Patient Personal Record**

| | | | |
|---|---|---|---|
| H____, F____ | Sex Female | DOB _____ | Age  11 yrs 7 mths |
| Chart # HOWFA0002 | SSN # | Phone _____ (H) | |

| | | | |
|---|---|---|---|
| First Name | F___ | Address1 | |
| Last Name | H___ | Address2 | |
| Middle Initial | | City | Rockwall |
| SSN | | State | Texas |
| Suffix | | Zip Code | 75087 |
| Father Name | | Country | USA |
| Mother Name | | Preferred Phone | |
| Mother's Maiden Name | | Call Preference Order | |
| Alias Name | | Home Phone | _____ |
| Date of Birth | _____ | Work Phone | |
| Birth State | | Fax | |
| Sex | Female | Cell Phone | |
| Guardian | | E-mail Address | |
| Work Status | Full Time | Driving License | |
| Industry | | Significant Others | |
| Occupation | | Emergency Contact 1 | Phone # |
| Employer | | Emergency Contact 2 | Phone # |
| Attorney | | Signature on File | |
| Adjuster | | Release of Info Signed | |
| Student Status | Not a Student | Preferred Language | English |
| Blood Group | | Pharmacy | |
| Race | White | Consent | Consent given |
| Ethnicity | Not Hispanic or Latino | Disable Health Alerts | No |
| Smoker | Never smoker | External Rec# | NPI |
| Marital Status | | Treatment Status | |
| Patient Type | | Custom Field1 | |
| Referring Provider | | Custom Field2 | |
| Other Ref. Provider | | Generate Statement | Yes |
| Pri. Care Provider | | Exemption from Reporting | No |
| Principal Provider | Dr. Colleen Kennedy | | |
| Visit Location | Business Office Dallas | Communication Preference | By Phone |
| Patient Category | | Comments | |
| | | No Known Problems | No |
| | | MU Demographic Exclusion | |
| | | Patient Portal Module | Opt Out |
| | | Send Direct Message | Disabled |
| | | Last Payment Date | |
| | | Last Payment Amount | |
| | | Last Modified Date | 10/31/2014 |
| | | Last Modified By | Ms. Robie Hansen |

| OmniMD - Physician Empowered » Current Medications | Page 1 of 1 |
|---|---|

**Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, Colleen I Kennedy, MD, PA**

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Current Medications**

| | Sex Female | DOB | Age 11 yrs 7 mths |
|---|---|---|---|
| H████, █ | SSN # | Phone ████ (H) | |
| Chart # HOWFA0002 | | | |

**Print All**
**Print Pre-Existing & Active Medications**
**Print Pre-Existing Medications Only**

☑ Patient denies pre-existing medications

**Add / Edit Pre-Existing Medications**

Drug *(enter first few characters)*   Strength   Dosage   Frequency   From - Duration - To   Reason   Clr / Add

Note : Please select drug from drug list, so, system will provide interaction information.

| **Pre-Existing Medications** | Dosage | Frequency | Duration | Reason | Action |
|---|---|---|---|---|---|

No Drug exist in Pre-Existing Medications

| **Active Medications from Rx** | Dosage | Frequency | Duration | Last Modify by/Reason | Action |
|---|---|---|---|---|---|

No Drug exist in Active Medications from Rx

Show Inactive & Disabled

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte   click to verify   2013-01-15

| OmniMD - Physician Empowered  »  Allergies | Page 1 of 1 |
|---|---|

**Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, *Colleen I Kennedy, MD, PA***

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Allergies

| | | | |
|---|---|---|---|
| H_____, f____ | Sex Female | DOB ____ | Age 11 yrs 7 mths |
| Chart # HOWFA0002 | SSN # | Phone ____ (H) | |

**Show More Details**

☐ No Known Allergies (Food, Environmental, Immunization and others)

| Food & Environmental Allergens | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|
| ----Food & Environmental Allergies---- | | | Low | | Active |

[Add]

☑ NKDA (No Known Drug Allergy)

**Drug Allergens**

| Drug | Drug Classification | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|---|
| | ----Allergies---- | | | Low | | Active |

[Add]

| Immunization Allergens | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|
| ---- Immunization Allergies--- | | | Low | | Active |

[Add]

| Other Allergens | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|
| | | | Low | | Active |

[Add]

**Allergy Review History**
Last Reviewed by, Ms. Robie Hansen
on 10/23/2015 10:12 AM

Notes: Reviewed

[Reviewed And Save]

**Drug Interactions**

| Severity | Drug-Drug Interactions |
|---|---|
| | No Drug-Drug Interactions exists |
| Severity | Drug-Disease Interactions |
| | No Drug-Disease Interactions exists |
| Severity | Drug-Allergy Interactions |

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte   click to verify   2018-01-15

https://www8.omnimd.com/servlet/PatientIntakeController?action=AllergenAddForm&pat...   1/15/2018

**CONFIDENTIAL**   KEN003560

| Patient Name | DOB | Rep # |
|---|---|---|
| F___ H___ | ███ | |

**Insurance Information**

| | |
|---|---|
| Home Phone | ███ |
| Cell Phone | ███ |
| Address | ███ |
| City | Rockwall |
| State | TX |
| Zip | 75087 |
| Allergies | |
| Diagnosis | |

| Provider | CVS CAREMARK |
|---|---|
| Member ID # | 215215 286 76242 |
| SS # | ███ |
| Bin # | 610029 |
| Group # | RAYTH |

Colleen Kennedy, MD
1309 Ridge Rd. Suite 109,
Rockwall, TX. 75087
214-725-1356
LIC # M7325
NPI # 1508897810

Signature: [signed]
Date: 1/13/14

☐ **GENERAL PAIN/INFLAMMATION** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
DICLOFENAC 3%, KETOPROPHEN 10%, BACLOFEN 2%, LIDOCAINE 2%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NEUROPATHIC & CHRONIC PAIN** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
FLURBIPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, GABAPENTIN 6%, LIDOCAINE 2.5%
Apply 1-2 grams (Each pump equals one gram) to affected area 3-4 times per day.

☐ **BACK & RADICULAR PAIN** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
GABAPENTIN 6%, CLONIDINE 0.1% DICLOFENAC 2%, LIDOCAINE 2%, PENTOXIFYLINE 2%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **SCAR REDUCTION CREAM** 60GMS 120GMS 150GMS 180GMS (240GMS) Refills 1 2 3 4 5 (prn)
FLUTICASONE PROPIONATE 1%, LEVOCETIRIZINE DIHYDROCHLORIDE 2%, PENTOXIFYLLINE 0.05%, PRILOCAINE 3%, GABAPENTIN 15%
Apply up to 4 grams (Each pump equals one gram) twice daily for 10-14 weeks for scar reduction. (PracaSil™-Plus)

☐ **INFECTED WOUNDS** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, LEVOFLOXACIN 2%,
METRONIDAZOLE 2%, VANCOMYCIN 5%, Sprirawash™         Apply 1-2 grams to affected area 3-4 times per day.

☐ **NON-INFECTED WOUNDS** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
2.PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **GOUT** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
3.KETOPROFEN 10%, INDOMETHACIN 10%, TRIAMCINOLONE 0.2%, LIDOCAINE 5%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **PSORIASIS/ECZEMA** 60GMS 120GMS 150GMS 180GMS (240GMS) Refills 1 2 3 4 5 (prn)
FLUTICASONE 1%, METHYLCOBALAMIN 0.042%, COENZYME Q10 2.4%, VITAMIN D3 0.03%, TRETINOIN 0.012%
Apply 1-2 grams to affected area 3-4 times per day.

Visit Report - H[REDACTED], F[REDACTED] - 01/10/2014 9:30 AM(CST) (OmniMD)     Page 1 of 2

Patient : H[REDACTED] F[REDACTED]     Sex : Female
Chart# : HOWFA0002     DOB :
Phone : [REDACTED] (H),     Address : [REDACTED] Rockwall, Texas 75087
Ref By :

DOS : **01/10/2014 9:30 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
**Chief Complaint: Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
No Known Drug Allergies.

**Intolerance**
No Intolerance Recorded

**Current Medications**

| Current Medication | Dosage | Frequency | Duration | Reason |
|---|---|---|---|---|
| No Current Medication Recorded. | | | | |

**VITAL SIGNS**
**Height**  48 inch  121 cm
**Weight**  60 lbs  27.2 Kg
**BMI**    18.3 Kg/m² Abnormal

**FOLLOW UP NOTE**

**Patient Name:** H[REDACTED], F[REDACTED]
**Chart Number:** HOWFA0002
**Date of Service:** 01/10/2014 9:30 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___   BP: ___/___   Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight:   Change:

**Current Medications:**

Note:   scarring from old cuts/injuries with poor cosmetic healing, called in compound scar reduction cream

Impression:   scarring with poor healing outcome

Plan:   apply compound scar reduction cream to affected area prn

F/U in: as needed

**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

Procedures

**PROCEDURES**

Disposition

*[handwritten signature]*

**Patient Personal Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Howerton, Hope** | | Sex | Female | DOB | | Age 13 yrs 6 mths |
| Chart # HOWHO0001 | | SSN # | | Phone | | (H) |

| | | | |
|---|---|---|---|
| First Name | **Hope** | Address1 | |
| Last Name | **Howerton** | Address2 | |
| Middle Initial | | City | Rockwall |
| SSN | | State | Texas |
| Suffix | | Zip Code | 75087 |
| Father Name | | Country | USA |
| Mother Name | | Preferred Phone | |
| Mother's Maiden Name | | Call Preference Order | |
| Alias Name | | Home Phone | 214-801-0945 |
| Date of Birth | | Work Phone | |
| Birth State | | Fax | |
| Sex | Female | Cell Phone | |
| Guardian | | E-mail Address | |
| Work Status | Full Time | Driving License | |
| Industry | | Significant Others | |
| Occupation | | Emergency Contact 1 | Phone # |
| Employer | | Emergency Contact 2 | Phone # |
| Attorney | | Signature on File | |
| Adjuster | | Release of Info Signed | |
| Student Status | Not a Student | Preferred Language | English |
| Blood Group | | Pharmacy | |
| Race | White | Consent | Consent given |
| Ethnicity | Not Hispanic or Latino | Disable Health Alerts | No |
| Smoker | Never smoker | External Rec# | NPI |
| Marital Status | | Treatment Status | |
| Patient Type | | Custom Field1 | |
| Referring Provider | | Custom Field2 | |
| Other Ref. Provider | | Generate Statement | Yes |
| Pri. Care Provider | | Exemption from Reporting | No |
| Principal Provider | Dr. Colleen Kennedy | | |
| Visit Location | Business Office Dallas | Communication Preference | By Phone |
| Patient Category | | Comments | |
| | | No Known Problems | No |
| | | MU Demographic Exclusion | |
| | | Patient Portal Module | Opt Out |
| | | Send Direct Message | Disabled |
| | | Last Payment Date | |
| | | Last Payment Amount | |
| | | Last Modified Date | 10/31/2014 |
| | | Last Modified By | Ms. Robie Hansen |

Patient : **Howerton, Hope**      Sex      : Female

Chart# : HOWHO0001           DOB      :
Phone  :              (H),   Address  :                        Rockwall, Texas 75087
Ref By :

DOS : **01/10/2014 9:45 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
<u>Chief Complaint:</u> **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Food & Environmental Allergies.**

<u>**Intolerance**</u>
No Intolerance Recorded

**Current Medications**
<u>Current Medication</u>          <u>Dosage</u>       <u>Frequency</u>   <u>Duration</u>    <u>Reason</u>
No Current Medication Recorded.

**VITAL SIGNS**
**Height**  53 inch  134 cm
**Weight**  70 lbs  31.7 Kg
**BMI**    17.5 Kg/m$^2$ Abnormal

**FOLLOW UP NOTE**

**Patient Name:** Howerton, Hope
**Chart Number:** HOWHO0001
**Date of Service:** 01/10/2014 9:45 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___   Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight: ___   Change:

**Current Medications:**

**Note:**   hx cuts/scarring with poor cosmetic healing-called in compound scar reduction cream

**Impression:**   scarring with poor healing

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed

**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

Visit Report - Howerton, Hope - 01/10/2014 9:45 AM(CST)     (OmniMD)     Page 2 of 2

**Procedures**

**PROCEDURES**

**Disposition**

OmniMD - Physician Empowered   »   Current Medications                                                                 Page 1 of 1

**Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, Colleen I Kennedy, MD, PA**

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Current Medications**

| Howerton, Hope | Sex Female | DOB | Age 13 yrs 6 mths |
| Chart # HOWHO0001 | SSN # | Phone (H) | |

**Print All**
**Print Pre-Existing & Active Medications**
**Print Pre-Existing Medications Only**

☑ Patient denies pre-existing medications

**Add / Edit Pre-Existing Medications**

Drug *(enter first few characters)*   Strength   Dosage   Frequency                From   - Duration -   To                Reason                       Clr
                                                                                                                                                       Add

Note : Please select drug from drug list, so, system will provide interaction information.

**Pre-Existing Medications**      Dosage      Frequency      Duration      Reason                                         Action
No Drug exist in Pre-Existing Medications

**Active Medications from Rx**    Dosage      Frequency      Duration      Last Modify by/Reason                          Action
No Drug exist in Active Medications from Rx

Show Inactive & Disabled

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte click to verify 2018-01-15

OmniMD - Physician Empowered  »  Allergies                                                                 Page 1 of 1

**Dr. Colleen Kennedy, M.D.,** Baylor Dallas Clinic**, Colleen I Kennedy, MD, PA**

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | | Open Items | Messages [4:0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Allergies

| Howerton, Hope | Sex | Female | DOB | | Age | 13 yrs 6 mths |
| Chart # HOWHO0001 | SSN # | | Phone | (H) | | |

Show More Details

☑ **No Known Allergies (Food, Environmental, Immunization and others)**

**Food & Environmental Allergens** | Intolerance | Reaction | Severity | Last Occurrence | Current Status
----Food & Environmental Allergies---- | | | Low | | Active
Add

☐ **NKDA (No Known Drug Allergy)**
**Drug Allergens**

Drug | Drug Classification | Intolerance | Reaction | Severity | Last Occurrence | Current Status
 | ----Allergies---- | | | Low | | Active
Add

**Immunization Allergens** | Intolerance | Reaction | Severity | Last Occurrence | Current Status
---- Immunization Allergies--- | | | Low | | Active
Add

**Other Allergens** | Intolerance | Reaction | Severity | Last Occurrence | Current Status
 | | | Low | | Active
Add

Notes: Reviewed

Allergy Review History
Last Reviewed by, **Ms. Robie Hansen**
on **10/23/2015 10:13 AM**

Reviewed And Save

#### Drug Interactions

| Severity | Drug-Drug Interactions |
| | No Drug-Drug Interactions exists |
| Severity | Drug-Disease Interactions |
| | No Drug-Disease Interactions exists |
| Severity | Drug-Allergy Interactions |
| | No Drug-Allergy Interactions exists |

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte click to verify  2018-01-15

Visit Report - Howerton, Hope - 01/10/2014 9:45 AM(CST) (OmniMD)    Page 1 of 2

Patient : **Howerton, Hope**    Sex : Female

Chart# : HOWHO0001    DOB :
Phone : ▮▮▮▮▮(H),    Address : ▮▮▮▮▮ Rockwall, Texas 75087
Ref By :

DOS : **01/10/2014 9:45 AM(CST)** (15 mins ),    Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
No Known Food & Environmental Allergies.

**Intolerance**
No Intolerance Recorded

**Current Medications**
Current Medication          Dosage       Frequency    Duration    Reason
No Current Medication Recorded.

**VITAL SIGNS**
**Height**   53 inch   134 cm
**Weight**   70 lbs   31.7 Kg
**BMI**    17.5 Kg/m² Abnormal

**FOLLOW UP NOTE**

**Patient Name:** Howerton, Hope
**Chart Number:** HOWHO0001
**Date of Service:** 01/10/2014 9:45 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight: ___  Change:

**Current Medications:**

**Note:**   hx cuts/scarring with poor cosmetic healing-called in compound scar reduction cream

**Impression:**   scarring with poor healing

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed

**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

https://www8.omnimd.com/jsp/EMRViewVisitDocument.jsp?forwardFile=/PCEMR/Visi...   10/23/2015

Visit Report - Howerton, Hope - 01/10/2014 9:45 AM(CST) (OmniMD)   Page 2 of 2

**Procedures**

**PROCEDURES**

**Disposition**

*[handwritten signature]*

| Patient Name | DOB | Rep # |
|---|---|---|
| Hope Howerton | ▮ | |

| Home Phone | Cell Phone |
|---|---|
| ▮ | ▮ |

**Insurance Information**

| Provider |
|---|
| CVS CAREMARK |

Address: ▮

| City | State | Zip |
|---|---|---|
| Rockwall | TX | 75087 |

Member ID #: 215 215 28676242

SS #: ▮

Allergies: 

Diagnosis:

| Bin # | Group # |
|---|---|
| 610029 | RA4T4 |

Colleen Kennedy, MD
1309 Ridge Rd. Suite 109,
Rockwall, TX. 75087
214-725-1356
Lic # M7325
NPI # 1508897810

Signature: (signed)
Date: 1/13/14

☐ **GENERAL PAIN/INFLAMMATION**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
DICLOFENAC 3%, KETOPROPHEN 10%, BACLOFEN 2%, LIDOCAINE 2%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NEUROPATHIC & CHRONIC PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
FLURBIPROFEN 20%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, GABAPENTIN 6%, LIDOCAINE 2.5%
Apply 1-2 grams (Each pump equals one gram) to affected area 3-4 times per day.

☐ **BACK & RADICULAR PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
GABAPENTIN 6%, CLONIDINE 0.1% DICLOFENAC 2%, LIDOCAINE 2%, PENTOXIFYLINE 2%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **SCAR REDUCTION CREAM**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5  (prn)
FLUTICASONE PROPIONATE 1%, LEVOCETIRIZINE DIHYDROCHLORIDE 2%, PENTOXIFYLLINE 0.05%, PRILOCAINE 3%, GABAPENTIN 15%
Apply up to 4 grams (Each pump equals one gram) twice daily for 10-14 weeks for scar reduction. (PracaSil™-Plus)

☐ **INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, LEVOFLOXACIN 2%,
METRONIDAZOLE 2%, VANCOMYCIN 5%, Sprirawash™     Apply 1-2 grams to affected area 3-4 times per day.

☐ **NON-INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
2.PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **GOUT**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
3.KETOPROFEN 10%, INDOMETHACIN 10%, TRIAMCINOLONE 0.2%, LIDOCAINE 5%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **PSORIASIS/ECZEMA**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5  (prn)
FLUTICASONE 1%, METHYLCOBALAMIN 0.042%, COENZYME Q10 2.4%, VITAMIN D3 0.03%, TRETINOIN 0.012%
Apply 1-2 grams to affected area 3-4 times per day.