OmniMD - Physician Empowered » Patient Dashboard          Page 1 of 1

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

M____, A____

SSN #:
Ext. Rec#:
Phone: ____ (H)
DOB:
Age: 10 yrs 7 mths   Sex: Female
Pat. Due $0.0   Print Last STMT.

Chart # MCAAL0001

Principal Provider: Dr. Colleen Kennedy   Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:

Message Alert

History
Edit

Electronic Notes
Enter Keyword

#### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

#### Cases and Visits                                                New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | | Action |
|---|---|---|---|---|---|
| 10/29/2013 0:00 AM-0:15 AM TUE | | AUTO | | | |

#### Patient's Recent and Upcoming Health Alerts                     Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

#### Patient's Future Appointments                                           Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports: Growth Charts

Delete Patient

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify   2018-01-16

GOVERNMENT
EXHIBIT
**611**
4:18-CR-368

| Patient Name | DOB | Rep # |
|---|---|---|
| A▮ M▮ | ▮ | |

| Home Phone | Cell Phone | Insurance Information |
|---|---|---|
| | ▮ | Provider: BCBS |

| Address | | Bin # |
|---|---|---|
| ▮ | | |

| City | State | Zip | Group # |
|---|---|---|---|
| Sunnyvale | TX | 75182 | |

| Allergies | Diagnosis | Member ID # | SS # |
|---|---|---|---|
| | | | ▮ |

**Colleen Kennedy, MD**
1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature: CMK
Date: 10/29/13

☐ **GENERAL PAIN/INFLAMMATION**   60GMS  120GMS  150GMS  180GMS  240GMS   Refills  1  2  3  4  5  prn
DICLOFENAC 3%, KETOPROPHEN 10%, BACLOFEN 2%, LIDOCAINE 2%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NEUROPATHIC & CHRONIC PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS   Refills  1  2  3  4  5  prn
DICLOFENAC 3%, FLURBIPROFEN 10%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, GABAPENTIN 6%, PIROXICAM 2%,
LIDOCAINE 5%, Lipoderm™        Apply 1-2 grams to affected area 3-4 times per day.

☐ **BACK & RADICULAR PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS   Refills  1  2  3  4  5  prn
GABAPENTIN 6%, CLONIDINE 0.1% DICLOFENAC 2%, LIDOCAINE 2%, PENTOXIFYLINE 2%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **SCAR REDUCTION CREAM**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5  (prn)
Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%
Apply up to 4 grams (Each pump equals one gram) twice daily for 10-14 weeks for scar reduction. (PracaSil™-Plus)

☐ **INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS   Refills  1  2  3  4  5  prn
PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, LEVOFLOXACIN 2%,
METRONIDAZOLE 2%, VANCOMYCIN 5%, Sprirawash™        Apply 1-2 grams to affected area 3-4 times per day.

☐ **NON-INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS   Refills  1  2  3  4  5  prn
2.PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **GOUT**   60GMS  120GMS  150GMS  180GMS  240GMS   Refills  1  2  3  4  5  prn
3.KETOPROFEN 10%, INDOMETHACIN 10%, TRIAMCINOLONE 0.2%, LIDOCAINE 5%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **PSORIASIS/ECZEMA**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5 (prn)
TRIAMCINOLONE 0.2%, ZINC OXIDE 2%, LIDOCAINE 5%, GABAPENTIN 15%, KETOPROFEN 10%,
CYANOCOBALAMINE 0.07%, Lipoderm™        Apply 1-2 grams to affected area 3-4 times per day.

OmniMD - Physician Empowered  »  Patient Dashboard                                  Page 1 of 1

**Dr. Colleen Kennedy, M.D.,** Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**                                  Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Mcada, Laura**

| | |
|---|---|
| SSN # | Ext. Rec#: |
| Phone | (H) |
| DOB | |
| Age | 41 yrs   Sex: Female |
| Chart # MCALA0001 | |
| Pat. Due | $0.0 Print Last STMT. |

Principal Provider:   **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:

**Message Alert**                                                                 **Electronic Notes**

History                                                                 Enter Keyword

Edit

### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

### Cases and Visits                                                                 New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | | Action |
|---|---|---|---|---|---|
| 05/18/2016 0:00 AM-0:15 AM WED | | AUTO | | | |
| 05/17/2016 0:00 AM-0:15 AM TUE | | AUTO | | | |

### Patient's Recent and Upcoming Health Alerts                                                                 Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

### Patient's Future Appointments                                                                 Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte   click to verify   2013-01-15

https://www8.omnimd.com/servlet/AppointmentController?action=DashBoard&patientId=...   1/16/2018

**CONFIDENTIAL**                                                                 KEN002208

| Patient | | DOB | Insurance Info | |
|---|---|---|---|---|
| LAURA MCADA | | | Carrier: Express Scripts | |
| Home Phone | Cell Phone | | Bin# 610014 | PCN# |
| Address | | | Group # TRS ACTIVE CARE 2 | |
| City Sunnyvale | State TX | Zip 75182 | Workers Comp   Yes   No X | |
| Allergies SSri | Diag. | | DOI | Claim # |

### General Pain / Inflammation

◯ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

### Back & Radicular Pain

◯ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

◯ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

### Neuropathic & Chronic Pain

◯ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

◯ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

◯ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

◯ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

### Specialty

◯ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

◯ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

◯ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs Refills: ____)

◯ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Contact Dermatitits with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

◯ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

◯ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

### Metabolic Supplements

◯ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

⊗ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG: ____
Refills: PRN)

Alternative SIG: ____

Prescriber Name: Colleen Kennedy M.D. NPI # 1508897810
Lic. #: M7325   DEA:# BK8400068
Address: 1309 Ridge Rd. Ste#107 Rockwall, TX 75087
Phone #: 2147751356   Fax #: 214 6183 2231
Signature (Note: Manual Signature Required for CS) ____   Date: 1/27/14

Note: Ketamine is Schedule III controlled substance.

**EXPRESS SCRIPTS®**



RxBin 610014
RxGrp TRSACTIVECARE2
Issuer (80840) 9151014609      Effective Date: 09/01/2010
ID No. 835648452
Name LAURA A. MCADA

|  | Tier 1 | Tier 2 | Tier 3 |
|---|---|---|---|
| Retail (1st fill) | $20 | $40 | $65 |
| Retail (Starting with 2nd fill) | $25 | $50 | $80 |
| Retail-*Plus* Network* (60 to 90 days) | $45 | $105 | $180 |
| Mail (up to 90 days) | $45 | $105 | $180 |

Specialty medications: $200
Deductible (per plan year): $200 per-individual (for brand-name drugs only)
*Retail pharmacies who choose to participate in this network are able to dispense a 60- to 90-day supply of medication. Contact Express Scripts for program details and participating pharmacies.

**Members**
- This card must be presented at a participating retail pharmacy when ordering prescription drugs.
- To locate a participating retail pharmacy or find out more about your mail-service prescription drug benefit, please call Member Services at 1 866 355-5999 or log in to Express-Scripts.com.
- If you are required to submit a claim for reimbursement, please use a claim form for proper processing of your claim.

Submit claim forms to:
Express Scripts
P.O. Box 14711
Lexington, KY 40512

**Pharmacists**
Submit claims via the *TelePAID®* System only for the person for whom the prescription was written. Dispense preferred brand-name and generic drug products where applicable in accordance with prevailing pharmacy laws and regulations. For more information, contact the Pharmacy Services Help Desk at 1 800 922-1557 or visit the Pharmacist Resource Center at Express-Scripts.com/rph.

 

Subscriber Name:
**LAURA A. MCADA**
Identification Number:
**ISD835648452**

Plan: ActiveCare 2

| Group Number: | 085000 |
| Coverage Date: | 09/01/11 |
| Network Number: | PTROA |

- Primary Care  $30
- Specialist Care  $50
- Emergency Room  $150

ER copay in addition to 20% after deductible



www.bcbstx.com/trs

 BlueCross BlueShield of Texas

Network coverage is available through participating network providers. Non-network services will be covered at a lower level. Some services must be preauthorized, including mental health (MH) and chemical dependency (CD). Refer to your online benefits booklet for additional information.
File claims with your local Blue Cross and/or Blue Shield Plan.

| Customer Service | 1-866-355-5999 |
| Blue Card Access | 1-800-810-2583 |
| Preauth-Medical | 1-800-441-9188 |
| Preauth-MH/CD | 1-800-528-7264 |
| Special Beginnings | 1-888-421-7781 |
| Condition Mgmt. | 1-800-462-3275 |
| 24/7 Nurseline | 1-800-581-0368 |

BlueCross BlueShield of Texas, an independent licensee of the BlueCross BlueShield Association, provides claims processing only and assumes no financial risk for claims.

**CONFIDENTIAL**   **KEN002211**
GX611.006   DOJ•_18CR368-0118374

OmniMD - Physician Empowered  »  Patient Dashboard                                                         Page 1 of 1

**Dr. Colleen Kennedy, M.D.,** Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**                       Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Mcada, Max**

| | |
|---|---|
| SSN # | Ext. Rec#: |
| Phone | (H) |
| DOB | |
| Age | 14 yrs 5 mths   Sex: Male |
| Pat. Due | $0.0   Print Last STMT. |

Chart # MCAMA0001

Principal Provider:  
Referring Provider:  
Pri. Care Provider:  
Unread Messages:  

Dr. Colleen Kennedy  Health Record

Message Alert — History — Edit

Electronic Notes — Enter Keyword

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents ✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

**Cases and Visits**                                                                                       New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| 10/29/2013 0:00 AM-0:15 AM TUE | | AUTO | | |

**Patient's Recent and Upcoming Health Alerts**                                                            Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                                                          Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

**Charts & Reports:** Growth Charts

Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte — click to verify — 2018-01-16

| Patient Name | DOB | Rep # |
|---|---|---|
| MAX MCADA | ▮ | |

| | | Insurance Information |
|---|---|---|
| Home Phone | Cell Phone | Provider: BCBS |
| | ▮ | Bin # |
| Address | ▮ | |
| City: Sunnyvale | State: TX  Zip: 75182 | Group # |
| Allergies | Diagnosis | Member ID #   SS # |

### Colleen Kennedy, MD
1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature: CK
Date: 10/29/13

☐ **GENERAL PAIN/INFLAMMATION**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
DICLOFENAC 3%, KETOPROPHEN 10%, BACLOFEN 2%, LIDOCAINE 2%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NEUROPATHIC & CHRONIC PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
DICLOFENAC 3%, FLURBIPROFEN 10%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, GABAPENTIN 6%, PIROXICAM 2%,
LIDOCAINE 5%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **BACK & RADICULAR PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
GABAPENTIN 6%, CLONIDINE 0.1% DICLOFENAC 2%, LIDOCAINE 2%, PENTOXIFYLINE 2%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **SCAR REDUCTION CREAM**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5  (prn)
Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%
Apply up to 4 grams (Each pump equals one gram) twice daily for 10-14 weeks for scar reduction. (PracaSil™-Plus)

☐ **INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, LEVOFLOXACIN 2%,
METRONIDAZOLE 2%, VANCOMYCIN 5%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NON-INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
2.PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **GOUT**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
3.KETOPROFEN 10%, INDOMETHACIN 10%, TRIAMCINOLONE 0.2%, LIDOCAINE 5%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **PSORIASIS/ECZEMA**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5  (prn)
TRIAMCINOLONE 0.2%, ZINC OXIDE 2%, LIDOCAINE 5%, GABAPENTIN 15%, KETOPROFEN 10%,
CYANOCOBALAMINE 0.07%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

**Patient Personal Record**

| | | | | | |
|---|---|---|---|---|---|
| **Mcada III, Ronnie E** | | Sex | Male | DOB | Age 17 yrs |
| Chart # MCARO0002 | | SSN # | | Phone | (H) |

| | | | |
|---|---|---|---|
| First Name | Ronnie | Address1 | |
| Last Name | Mcada III | Address2 | |
| Middle Initial | E | City | Sunnyvale |
| SSN | | State | Texas |
| Suffix | | Zip Code | 75182 |
| Father Name | | Country | USA |
| Mother Name | | Preferred Phone | |
| Mother's Maiden Name | | Call Preference Order | Do Not Call |
| Alias Name | | Home Phone | |
| Date of Birth | | Work Phone | |
| Birth State | | Fax | |
| Sex | Male | Cell Phone | |
| Guardian | | E-mail Address | |
| Work Status | Full Time | Driving License | |
| Industry | | Significant Others | |
| Occupation | | Emergency Contact 1 | Phone # |
| Employer | | Emergency Contact 2 | Phone # |
| Attorney | | Signature on File | |
| Adjuster | | Release of Info Signed | |
| Student Status | Not a Student | Preferred Language | English |
| Blood Group | | Pharmacy | |
| Race | White | Consent | Consent given |
| Ethnicity | Not Hispanic or Latino | Disable Health Alerts | No |
| Smoker | Never smoker | External Rec# | NPI |
| Marital Status | | Treatment Status | |
| Patient Type | | Custom Field1 | |
| Referring Provider | | Custom Field2 | |
| Other Ref. Provider | | Generate Statement | Yes |
| Pri. Care Provider | | Exemption from Reporting | No |
| Principal Provider | Dr. Colleen Kennedy | | |
| Visit Location | Business Office Dallas | Communication Preference | By Phone |
| Patient Category | | Comments | |
| | | No Known Problems | No |
| | | MU Demographic Exclusion | |
| | | Patient Portal Module | Opt In |
| | | Send Direct Message | Disabled |
| | | Last Payment Date | |
| | | Last Payment Amount | |
| | | Last Modified Date | 10/22/2015 |
| | | Last Modified By | Ms. Robie Hansen |

OmniMD - Physician Empowered   »   Allergies

Page 1 of 1

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Omni Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Allergies

| | | | | |
|---|---|---|---|---|
| Mcada III, Ronnie E | Sex Male | DOB ■■■ | Age 17 yrs | |
| Chart # MCARO0002 | SSN # | Phone ■■■ (H) | | |

Show More Details

☐ No Known Allergies (Food, Environmental, Immunization and others)

**Food & Environmental Allergens** — Intolerance — Reaction — Severity: Low — Last Occurrence — Current Status: Active
[----Food & Environmental Allergies----]
Add

☑ NKDA (No Known Drug Allergy)
**Drug Allergens**
Drug — Drug Classification [----Allergies----] — Intolerance — Reaction — Severity: Low — Last Occurrence — Current Status: Active
Add

**Immunization Allergens** [---- Immunization Allergies---] — Intolerance — Reaction — Severity: Low — Last Occurrence — Current Status: Active
Add

**Other Allergens** — Intolerance — Reaction — Severity: Low — Last Occurrence — Current Status: Active
Add

Allergy Review History
Last Reviewed by, **Ms. Robie Hansen**
on **10/22/2015 08:27 AM**

Notes: Reviewed

Reviewed And Save

#### Drug Interactions

| Severity | Drug-Drug Interactions |
|---|---|
| | No Drug-Drug Interactions exists |
| Severity | Drug-Disease Interactions |
| | No Drug-Disease Interactions exists |
| Severity | Drug-Allergy Interactions |
| | No Drug-Allergy Interactions exists |

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte   click to verify   2018-01-15

Visit Report - Mcada III, Ronnie E - 10/29/2013 0:00 AM(CST)    (OmniMD)             Page 1 of 1

Patient : **Mcada III, Ronnie E**        Sex      : Male

Chart# : MCARO0002         DOB      :
Phone  :            (H),    Address  :                    , Sunnyvale, Texas 75182
Ref By :

DOS : **10/29/2013 0:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint:</u>

Attended By: Dr. Colleen Kennedy (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

<u>**Intolerance**</u>
No Intolerance Recorded

**Current Medications**

**Prescriptions and Lab Orders**

**Diagnoses**

<u>**DIAGNOSES**</u>

**Procedures**

<u>**PROCEDURES**</u>

**Disposition**

| Patient Name | DOB | Rep # | |
|---|---|---|---|
| Ronnie McAda III | ■ | | |

Insurance Information

| Home Phone | Cell Phone | Provider | BCBS |
|---|---|---|---|
| Address | ■ | Bin # | |
| City Sunnyvale | State TX | Zip 75182 | Group # |
| Allergies | Diagnosis | Member ID # | SS # |

**Colleen Kennedy, MD**
1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature: CK
Date: 10/29/13

☐ **GENERAL PAIN/INFLAMMATION**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
DICLOFENAC 3%, KETOPROPHEN 10%, BACLOFEN 2%, LIDOCAINE 2%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NEUROPATHIC & CHRONIC PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
DICLOFENAC 3%, FLURBIPROFEN 10%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, GABAPENTIN 6%, PIROXICAM 2%,
LIDOCAINE 5%, Lipoderm™   Apply 1-2 grams to affected area 3-4 times per day.

☐ **BACK & RADICULAR PAIN**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
GABAPENTIN 6%, CLONIDINE 0.1% DICLOFENAC 2%, LIDOCAINE 2%, PENTOXIFYLINE 2%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **SCAR REDUCTION CREAM**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5  (prn)
Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%
Apply up to 4 grams (Each pump equals one gram) twice daily for 10-14 weeks for scar reduction. (*PracaSil*™-*Plus*)

☐ **INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, LEVOFLOXACIN 2%,
METRONIDAZOLE 2%, VANCOMYCIN 5%, Sprirawash™   Apply 1-2 grams to affected area 3-4 times per day.

☐ **NON-INFECTED WOUNDS**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
2.PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **GOUT**   60GMS  120GMS  150GMS  180GMS  240GMS  Refills  1  2  3  4  5  prn
3.KETOPROFEN 10%, INDOMETHACIN 10%, TRIAMCINOLONE 0.2%, LIDOCAINE 5%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **PSORIASIS/ECZEMA**   60GMS  120GMS  150GMS  180GMS  (240GMS)  Refills  1  2  3  4  5  (prn)
TRIAMCINOLONE 0.2%, ZINC OXIDE 2%, LIDOCAINE 5%, GABAPENTIN 15%, KETOPROFEN 10%,
CYANOCOBALAMINE 0.07%, Lipoderm™   Apply 1-2 grams to affected area 3-4 times per day.

**CONFIDENTIAL**   KEN002217
GX611.012   DOJ•_18CR368-0118380