OmniMD - Physician Empowered   »   Patient Dashboard                    Page 1 of 1

Omni MD
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | RC Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Saylor, Jayden**

SSN #           Ext. Rec#:
Phone                    (H)
DOB
Chart # SAYJA0001   Age      17 yrs 3 mths   Sex: Male
Pat. Due  $0.0  Print Last STMT.

Principal Provider:   **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:
— Message Alert

sent script for compounding cream to Omni plus pharmacy

History
Edit

Electronic Notes

Enter Keyword      🔍 ℹ️ 🔒

#### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics✓ | Allergies✓ | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications✓ | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History  ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education  ▼ | | |
| Patient Portal Information  ℹ️ | | | | |
| Billing Note | | | | |

#### Cases and Visits                                                New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress ℹ️ | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 10/29/2013  11:30 AM-11:45 AM  TUE | np | Ms. Maries Laurel | | |

#### Patient's Recent and Upcoming Health Alerts                     Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

#### Patient's Future Appointments                                          Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:  Growth Charts

Delete Patient

HELP     Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by  click to verify   2018-01-16

GOVERNMENT
EXHIBIT
**612**
4:18-CR-368

CONFIDENTIAL                                                KEN002576

GX612.001                                    DOJ•_18CR368-0118739

Visit Report - Saylor, Jayden - 10/29/2013 11:30 AM(CST)     (OmniMD)                    Page 1 of 2

Patient : **Saylor, Jayden**          Sex    : Male

Chart# : SAYJA0001            DOB    : ▮▮▮▮▮▮▮
Phone  : ▮▮▮▮▮▮▮(H),         Address : ▮▮▮▮▮▮▮   Garland, Texas 75044
Ref By :

DOS : **10/29/2013 11:30 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

Chief Complaint: **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**
Current Medication            Dosage      Frequency   Duration    Reason
No Current Medication Recorded.

**VITAL SIGNS**
**Height**  67 inch  170 cm
**Weight**  120 lbs  54.4 Kg
**BMI**     18.8 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** Saylor, Jayden
**Chart Number:** SAYJA0001
**Date of Service:** 10/29/2013 11:30 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight: ___   Change:

**Current Medications:**

**Note:**  hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction cream

**Impression:**  eczema

**Plan:**  apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

CONFIDENTIAL                                    KEN002577

GX612.002                             DOJ•_18CR368-0118740

Visit Report - Saylor, Jayden - 10/29/2013 11:30 AM(CST)     (OmniMD)                    Page 2 of 2

**Disposition**

CONFIDENTIAL                                                      **KEN002578**

GX612.003                                                      DOJ•_18CR368-0118741

| Patient | | DOB | Insurance Info | | |
|---|---|---|---|---|---|
| Jayden Saylor | | | Carrier: UHC / 826737871 | | |
| Home Phone | | Cell Phone | Bin# | PCN# | |
| Address | | | Group # 201057 | | |
| City Garland | | State TX  Zip 75044 | Workers Comp | Yes | No |
| Allergies Penicillin | | Diag. | DOI | Claim # | |

## General Pain / Inflammation

**GPI-1**
- Flurbiprofen 10%
- Cyclobenzaprine 2%
- Baclofen 2%
- Lidocaine 2%

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

## Neuropathic & Chronic Pain

**NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

**NCP-6**
- Ketamine 10%
- Lidocaine 5%
- Acyclovir 10%
- Amitriptyline 2%

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

**NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

**NCP-10**
- Acyclovir 5%
- Deoxy-D-Glucose 2%
- Ketoprofen 10%
- Amitriptyline 2%
- Lidocaine 5%

**NCP-11**
- Lidocaine 2%
- Prilocaine 2%
- Lamotrigine 2.5%
- Meloxicam 0.09%

## Back & Radicular Pain

**BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 2%
- Lidocaine 2%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Specialty

**11. KITL**
*gout*
- Ketoprofen 10%
- Indomethacin 10%
- Triamcinolone 0.2%
- Lidocaine 5%

**12. Multi Purpose Topical Scar Gel**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- Prilocaine 3%
- Gabapentin 15%

**13. Non-Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- in SpiraWash Gel Base

**14. Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- Levofloxacin 2%
- Metronidazole 2%
- Vancomycin 5%

**15. Other**
*custom formulation*

---

Quantity: 300mLs (Three Hundred) = 4 week supply   Other Qty: 120 mls x 2 wks
SIG: Apply 1-2 pumps to affected area 3-4 times daily  1 pump = 1.5 mLs   Refills: PRN.
Alternate SIG: _____

Prescriber Name: Colleen Kennedy, MD   NPI # 1508897810
Lic. #: M7325   DEA#: _____
Address: 1309 Ridge Rd. Ste 109 Rockwall, TX 75089
Phone #: 214. 775. 1356   Fax #: 214. 613. 2231
Signature (Note: Manual Signature Required for CS) _____   Date: 10/29/13

**Note: Tramadol and Ketamine are controlled substances.**

CONFIDENTIAL

KEN002579

GX612.004

DOJ•_18CR368-0118742

JAYDEN SAYLOR

| | |
|---|---|
| Home Phone | Cell Phone ▓▓▓ |
| Address ▓▓▓ | |
| City GALLANO | State TX | Zip 75044 |
| Allergies NKDA | Diag. |

**Insurance Info**

| | |
|---|---|
| Carrier: | |
| Bin# | PCN# |
| Group # | |
| Workers Comp | Yes | No |
| DOI | Claim # |

## General Pain / Inflammation

☐ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

## Back & Radicular Pain

☐ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

☐ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

## Neuropathic & Chronic Pain

☐ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

☐ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

☐ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

☐ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

## Specialty

☒ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- ☒ For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

☐ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 6%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

☐ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- ☐ Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

☒ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Retinolin 0.012%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 2%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs  Refills: ____)

## Metabolic Supplements

☐ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

☐ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG:____
Refills:____)

---

Alternative SIG: ____

Prescriber Name: Colleen Kennedy    NPI # 1058897810

Lic. #: M7325    DEA#: ____

Address: 1309 Ridge Rd Ste 109  Rockwall, Tx 75087

Phone #: 214-775-1356    Fax #: 214-613-2231

Signature (Note: Manual Signature Required for CS) ____    Date: ____

**Note: Ketamine is Schedule III controlled substance.**

OmniMD - Physician Empowered   »   Patient Dashboard

Page 1 of 1

Omni MD
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | | Open Items | Messages [ 4 : 0 ] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Patient Dashboard**

**Vinzant, Helen**
Garland, Texas - 75044
SSN #          Ext. Rec#:
Phone                    (H)
DOB
Age          38 yrs   Sex: Female
Chart # VINHE0001   Pat. Due   $0.0   Print Last STMT.

Principal Provider:   **Dr. Colleen Kennedy Health Record**
Referring Provider:
Pri. Care Provider:
Unread Messages:
─ Message Alert ─

sent script for compounding cream to Omni plus pharmacy

History

Electronic Notes

Enter Keyword

Edit

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| United Healthcare... | Grp: 628055591 | MemId: | to | Co-Pay: | Edit |
| Policy:**826737871** | Plan: | SubId: | | Ann.Deduc: | Eligibility |

| | | | |
|---|---|---|---|
| Demographics✓ | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records✓ | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | Patient Contact |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information ⌕ | | | | |
| Billing Note | | | | |

**Cases and Visits**                                                                 New Case/Visit

| Date of Service | | Chief Complaint | Attending Provider | Progress ℹ | | Action |
|---|---|---|---|---|---|---|
| Case: np | | | | | | |
| **10/29/2013** 11:15 AM-11:30 AM  TUE | | np | Ms. Maries Laurel | | | |

**Patient's Recent and Upcoming Health Alerts**                                    Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                                        Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP      Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by ⊕thawte
click to verify
2018-01-16

**CONFIDENTIAL**                                                           **KEN002920**

GX612.006                                                          DOJ•_18CR368-0119083

Visit Report - Vinzant, Helen - 10/29/2013 11:15 AM(CST)     (OmniMD)                Page 1 of 1

Patient : **Vinzant, Helen**        Sex        : Female

Chart# : VINHE0001              DOB        :  █████████
Phone  : █████████(H),       Address :  █████████
Ref By :

DOS : **10/29/2013 11:15 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**VITAL SIGNS**
**Height**  63 inch  160 cm
**Weight**  125 lbs  56.7 Kg
**BMI**      22.1 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** Vinzant, Helen
**Chart Number:** VINHE0001
**Date of Service:** 10/29/2013 11:15 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___   BP: ___/___   Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight: ___   Change:

**Current Medications:**

**Note:**   c/o of joint pains and has hx cuts/scarring with poor cosmetic healing-called in compound scar reduction
cream and pain/inflammation cream

**Impression:**   scarring with poor healing, joint pain

**Plan:**   apply compound scar reduction cream  and pain/inflammation cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

CONFIDENTIAL
KEN002921
GX612.007                                                      DOJ•_18CR368-0119084

| Patient | | DOB |
|---|---|---|
| *Helen Vinzant* | | ▓▓▓▓ |
| Home Phone ▓▓▓▓ | Cell Phone | |
| Address ▓▓▓▓ | | |
| City *Garland* | State *Tx* | Zip *75044* |
| Allergies *NKDA* | Diag. | |

**Insurance Info**

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Workers Comp | Yes | No |
| DOI | Claim # |

## General Pain / Inflammation

**GPI-1**
- Flurbiprofen 10%
- Cyclobenzaprine 2%
- Baclofen 2%
- Lidocaine 2%

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

## Back & Radicular Pain

**BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Neuropathic & Chronic Pain

**NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

**NCP-6**
- Ketamine 10%
- Lidocaine 5%
- Acyclovir 10%
- Amitriptyline 2%

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

**NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

**NCP-10**
- Acyclovir 5%
- Deoxy-D-Glucose 2%
- Ketoprofen 10%
- Amitriptyline 2%
- Lidocaine 5%

**NCP-11**
- Lidocaine 2%
- Prilocaine 2%
- Lamotrigine 2.5%
- Meloxicam 0.09%

## Specialty

**11. KITL** *gout*
- Ketoprofen 10%
- Indomethacin 10%
- Triamcinolone 0.2%
- Lidocaine 5%

**☒ 12. Multi Purpose Topical Scar Gel**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- Prilocaine 3%
- Gabapentin 15%

**13. Non-Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- in SpiraWash Gel Base

**14. Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- Levofloxacin 2%
- Metronidazole 2%
- Vancomycin 5%

**15. Other** *custom formulation*

---

Quantity: ~~300mLs~~ (Three Hundred) = ~~1 week supply~~   Other Qty: *120 mls for 2 wks*
SIG: Apply 1-2 pumps to affected area 3-4 times daily  1 pump = 1.5 mLs  Refills: *PRN*
Alternate SIG: _____

Prescriber Name: *Kennedy, Colleen MD*   NPI # *1508897810*
Lic. #: *M7J25*         DEA#:
Address: *1309 Ridge Rd. Ste 109, Rockwall Tx 75087*
Phone #: *214·775·1356*    Fax #: *214·613·2231*
Signature (Note: Manual Signature Required for CS) _____   Date: *10/29/1?*

**Note: Tramadol and Ketamine are controlled substances.**

**CONFIDENTIAL**

GX612.008

KEN002922

DOJ•_18CR368-0119085

| Patient | | DOB |
|---|---|---|
| Helen VINZANT | | ▮ |

**Home Phone** ▮    **Cell Phone**

**Address** ▮

| City | State | Zip |
|---|---|---|
| Garland | TX | 75044 |

**Allergies** NKDA    **Diag.**

---

**Insurance Info**

Carrier:

| Bin# | PCN# |
|---|---|

Group #

| Workers Comp | Yes | No |
|---|---|---|

| DOI | Claim # |
|---|---|

---

## General Pain / Inflammation

**GPI-1**
- Flurbiprofen 10%
- Cyclobenzaprine 2%
- Baclofen 2%
- Lidocaine 2%

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

## Back & Radicular Pain

**BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

**BRP-4**
- Gabapentin 5%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Neuropathic & Chronic Pain

**NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

**NCP-6**
- Ketamine 10%
- Lidocaine 2%
- Acyclovir 10%
- Amitriptyline 2%

**NCP-7** (checked)
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

**NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

**NCP-10**
- Acyclovir 5%
- Deoxy-D-Glucose 2%
- Ketoprofen 10%
- Amitriptyline 2%
- Licocaine 5%

**NCP-11**
- Lidocaine 2%
- Prilocaine 2%
- Lamorigine 2.5%
- Meloxicam 0.09%

## Specialty

**11. KITL** *gout*
- Ketoprofen 10%
- Indomethacin 10%
- Triamcinolone 0.2%
- Lidocaine 5%

**12. Multi Purpose Topical Scar Gel**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- Prilocaine 3%
- Gabapentin 15%

**13. Non-Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- in SpiraWash Gel Base

**14. Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- Levofloxacin 2%
- Metronidazole 2%
- Vancomycin 5%

**15. Other** *custom formulation*

---

Quantity: 300mL s (Three Hundred) = 4 week supply    Other Qty: _____
SIG: Apply 1-2 pumps to affected area 3-4 times daily  1 pump = 1.5 mLs    Refills: PRN
Alternate SIG: _____

Prescriber Name: Kennedy Colleen MD    NPI # 1508897810
Lic. #: M7325    DEA#: _____
Address: 1809 Ridge Rd Sto 109, Rockwell TX 75087
Phone #: 214.775.1356    Fax #: 214.613.2231
Signature (Note: Manual Signature Required for CS) _____    Date: 10/22/13

**Note: Tramadol and Ketamine are controlled substances.**

---

CONFIDENTIAL    KEN002923
GX612.009    DOJ•_18CR368-0119086

OmniMD - Physician Empowered   »   Patient Dashboard                                      Page 1 of 1

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, *Colleen I Kennedy, MD, PA*                 Omni MV
                                                                                             Version 14.0

| Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**≪ Patient Dashboard**

**Vinzant, Jonathan**          Principal Provider:       Dr. Colleen Kennedy  Health Record
                               Referring Provider:
                               Pri. Care Provider:
SSN #      Ext. Rec#:          Unread Messages:
Phone                 (H)      **─Message Alert**
DOB
Age       38 yrs   Sex: Male                                    History
Chart # VINJO0001   Pat. Due  $0.0  Print Last                                **─Electronic Notes─**
                             STMT.                               Edit         Enter Keyword    🔍 ℹ️

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| UnitedHealthcare... | Grp: 628055591 | MemId: | to | Co-Pay: | Edit |
| Policy:826737871 | Plan: | SubId: | | Ann.Deduc: | Eligibility |

| | | | | |
|---|---|---|---|---|
| Demographics✓ | Allergies | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records✓ | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History  ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education  ▼ | | |
| Patient Portal Information  🔍 | | | | |
| Billing Note | | | | |

**Cases and Visits**                                                          **New Case/Visit**

| Date of Service | | Chief Complaint | Attending Provider | Progress ℹ️ 📄 | Action |
|---|---|---|---|---|---|
| Case: np | | | | | |
| 10/29/2013 11:00 AM-11:15 AM  TUE | | np | Ms. Maries Laurel | 👤✓ | |

**Patient's Recent and Upcoming Health Alerts**                               **Add Health Alert**

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                             **Print**

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

                                                                              **Delete Patient**

HELP          Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

          Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.              Secured by ⓣthawte
                                                                                                         Click to verify  2018-01-16

                                   CONFIDENTIAL                               KEN002924

                                      GX612.010                        DOJ•_18CR368-0119087

Visit Report - Vinzant, Jonathan - 10/29/2013 11:00 AM(CST)     (OmniMD)                    Page 1 of 1

Patient : **Vinzant, Jonathan**      Sex    : Male

Chart# : VINJO0001          DOB    :  ▮▮▮▮▮
Phone  :  ▮▮▮▮▮(H),     Address : ▮▮▮▮▮ Garland, Texas 75044
Ref By :

DOS : **10/29/2013 11:00 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**

No Allergies Recorded.
**Current Medications**

**VITAL SIGNS**
**Height**   69 inch  175 cm
**Weight**   220 lbs  99.8 Kg
**BMI**      32.5 Kg/m$^2$ Abnormal

**FOLLOW UP NOTE**

**Patient Name:** Vinzant, Jonathan
**Chart Number:** VINJO0001
**Date of Service:** 10/29/2013 11:00 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ____   BP: ___/____   Pulse Rate: ____   O2 Sat:
Starting Weight: ____   Current Weight:      Change:

**Current Medications:**

**Note:**   c/o of joint pains and has hx cuts/scarring with poor cosmetic healing-called in compound scar reduction
cream and pain/inflammation cream

**Impression:**   scarring with poor healing, joint pain

**Plan:**   apply compound scar reduction cream  and pain/inflammation cream to affected area prn

**F/U in:** as needed

 **Prescriptions and Lab Orders**

 **Diagnoses**

 **DIAGNOSES**

 **Procedures**

 **PROCEDURES**

 **Disposition**

**CONFIDENTIAL**                    **KEN002925**
GX612.011                                    DOJ•_18CR368-0119088

| Patient | | DOB | | | Insurance Info | |
|---|---|---|---|---|---|---|
| JONATHAN VINZANT | | ▓▓▓▓ | | **Carrier:** V#4 826730871 | | |
| **Home Phone** ▓▓▓▓ | | **Cell Phone** ▓▓▓▓ | | Bin# | | PCN# |
| **Address** ▓▓▓▓ | | | | Group # | | |
| **City** Garland | | **State** TX | **Zip** 75044 | Workers Comp | Yes | No |
| **Allergies** Erythromycin | | **Diag.** | | DOI | | Claim # |

## General Pain / Inflammation

**GPI-1**
- Flurbiprofen 10%
- Cyclobenzaprine 2%
- Baclofen 2%
- Lidocaine 2%

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

## Back & Radicular Pain

**BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Neuropathic & Chronic Pain

**NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

**NCP-6**
- Ketamine 10%
- Lidocaine 5%
- Acyclovir 10%
- Amitriptyline 2%

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

**NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

**NCP-10**
- Acyclovir 5%
- Deoxy-D-Glucose 2%
- Ketoprofen 10%
- Amitriptyline 2%
- Lidocaine 5%

**NCP-11**
- Lidocaine 2%
- Prilocaine 2%
- Lamotrigine 2.5%
- Meloxicam 0.09%

## Specialty

**11. KITL** *gout*
- Ketoprofen 10%
- Indomethacin 10%
- Triamcinolone 0.2%
- Lidocaine 5%

**12. Multi Purpose Topical Scar Gel** ☒
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- Prilocaine 3%
- Gabapentin 15%

**13. Non-Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- in SpiraWash Gel Base

**14. Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- Levofloxacin 2%
- Metronidazole 2%
- Vancomycin 5%

**15. Other** *custom formulation*

---

Quantity: ~~300mLs (Three Hundred) = 4 week supply~~   Other Qty: 120 mls x 2 WKS
SIG: Apply 1-2 pumps to affected area 3-4 times daily  1 pump = 1.5 mLs   Refills: prn
Alternate SIG: _____

Prescriber Name: Colleen Kennedy-NP   NPI # 1508897810
Lic. #: M7325   DEA#: _____
Address: 1309 Ridge Rd. Ste 109, Rockwall, TX 75087
Phone #: 214.775.1356   Fax #: 214.613.2231
Signature (Note: Manual Signature Required for CS) _____   Date: 10/29/1?

**Note: Tramadol and Ketamine are controlled substances.**

**CONFIDENTIAL**

GX612.012

OmniMD - Physician Empowered   »   Patient Personal Record                    Page 1 of 1



**CONFIDENTIAL**                    **KEN002927**

GX612.013                    DOJ•_18CR368-0119090

OmniMD - Physician Empowered   »   Patient Dashboard                                        Page 1 of 1

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**                    Omni MD
                                                                                                    Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List |  Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Saylor, Jayden**                          Principal Provider:   **Dr. Colleen Kennedy** Health Record
                                            Referring Provider:
SSN #         Ext. Rec#:                    Pri. Care Provider:
Phone                      (H)              Unread Messages:
DOB                                         ─ Message Alert ─────────────────────           Electronic Notes
Age      17 yrs 3 mths  Sex: Male                                            History
Chart # SAYJA0001  Pat. Due $0.0 Print Last STMT.   sent script for compounding cream to Omni plus pharmacy    Enter Keyword
                                                                                  Edit

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary InsuranceRecord Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics✓ | Allergies✓ | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications✓ | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | HIPAA Disclosure | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | Amendment | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | | Patient Education ▼ | | |
| Patient Portal Information ▼ | | | | |
| Billing Note | | | | |

**Cases and Visits**                                                              New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 10/29/2013  11:30 AM-11:45 AM  TUE | np | Ms. Maries Laurel | | |

**Patient's Recent and Upcoming Health Alerts**                              Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                                    Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:  Growth Charts

                                                                                    Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by
click to verify
2018-01-16

CONFIDENTIAL                              KEN003830

GX612.014                                                      DOJ•_18CR368-0124557

Visit Report - Saylor, Jayden - 10/29/2013 11:30 AM(CST)    (OmniMD)                    Page 1 of 2

Patient : **Saylor, Jayden**     Sex    : Male

| | |
|---|---|
| Chart# : SAYJA0001 | DOB    : ▓▓▓▓ |
| Phone  : ▓▓▓▓(H), | Address : ▓▓▓▓  Garland, Texas 75044 |
| Ref By : | |

DOS : **10/29/2013 11:30 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

Chief Complaint: **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**

| Current Medication | Dosage | Frequency | Duration | Reason |
|---|---|---|---|---|
| No Current Medication Recorded. | | | | |

**VITAL SIGNS**

**Height**   67 inch  170 cm

**Weight**   120 lbs  54.4 Kg

**BMI**     18.8 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** Saylor, Jayden
**Chart Number:** SAYJA0001
**Date of Service:** 10/29/2013 11:30 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight:     Change:

**Current Medications:**

**Note:**   hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction cream

**Impression:**   eczema

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

   **Diagnoses**

   **DIAGNOSES**

   **Procedures**

   **PROCEDURES**

**CONFIDENTIAL**                    **KEN003831**

GX612.015                    DOJ•_18CR368-0124558

Visit Report - Saylor, Jayden - 10/29/2013 11:30 AM(CST)     (OmniMD)                    Page 2 of 2

**Disposition**

CONFIDENTIAL

KEN003832

GX612.016                                                    DOJ•_18CR368-0124559

| Patient | DOB | Insurance Info | |
|---|---|---|---|
| *Jayden Saylor* | ████ | **Carrier:** UHC / 826737871 | |

| Home Phone ████ | Cell Phone | Bin# | PCN# |
|---|---|---|---|
| **Address** ████ | | **Group #** 201057 | |
| **City** Garland | **State** TX **Zip** 75044 | **Workers Comp** | Yes / No |
| **Allergies** Penicillin | **Diag.** | **DOI** | **Claim #** |

## General Pain / Inflammation

**GPI-1**
- Flurbiprofen 10%
- Cyclobenzaprine 2%
- Baclofen 2%
- Lidocaine 2%

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

## Back & Radicular Pain

**BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 2%
- Lidocaine 2%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Neuropathic & Chronic Pain

**NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

**NCP-6**
- Ketamine 10%
- Lidocaine 5%
- Acyclovir 10%
- Amitriptyline 2%

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

**NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

**NCP-10**
- Acyclovir 2%
- Deoxy-D-Glucose 2%
- Ketoprofen 10%
- Amitriptyline 2%
- Lidocaine 5%

**NCP-11**
- Lidocaine 2%
- Prilocaine 2%
- Lamotrigine 2.5%
- Meloxicam 0.09%

## Specialty

**11. KITL**
*gout*
- Ketoprofen 10%
- Indomethacin 10%
- Triamcinolone 0.2%
- Lidocaine 5%

**14. Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- Levofloxacin 2%
- Metronidazole 2%
- Vancomycin 5%

**12. Multi Purpose Topical Scar Gel** ⊘
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- Prilocaine 3%
- Gabapentin 15%

**15. Other**
*custom formulation*

**13. Non-Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- in SpiraWash Gel Base

---

Quantity: 300mLs (Three Hundred) = 4 week supply   Other Qty: *120 mls x 2 wks*
SIG: Apply 1-2 pumps to affected area 3-4 times daily  1 pump = 1.5 mLs   Refills: *prn.*
Alternate SIG: _____

**Prescriber Name:** *Colleen Kennedy, MD*  **NPI #** *1508897810*
**Lic. #:** *M7325*  **DEA#:** _____
**Address:** *1309 Ridge Rd. Ste 109 Rockwall, TX 75089*
**Phone #:** *214. 775. 1356*  **Fax #:** *214. 613. 2231*
**Signature** (Note: Manual Signature Required for CS) _____  **Date:** *10/29/13*

**Note: Tramadol and Ketamine are controlled substances.**

CONFIDENTIAL
KEN003833

GX612.017

DOJ•_18CR368-0124560

JAYDEN SAYLOR

| | | Insurance Info | |
|---|---|---|---|
| Home Phone | Cell Phone | Carrier: | |
| Address | | Bin# | PCN# |
| City Galano | State Tx   Zip 75044 | Group # | |
| | | Workers Comp | Yes   No |
| Allergies  Neds | Diag. | DOI | Claim # |

## General Pain / Inflammation

○ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:____)

## Back & Radicular Pain

○ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

○ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:____)

## Neuropathic & Chronic Pain

○ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

○ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:____)

○ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

○ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:____)

## Specialty

⊗ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
⊗ For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

○ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
○ Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

○ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

⊗ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2%
- Vitamin D3 0.03%
- Retinols 0.012%

○ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

○ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 2%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs  Refills:____)

## Metabolic Supplements

○ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

○ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG:____)
Refills:____

Alternative SIG: ____

Prescriber Name: Colleen Kennedy    NPI # 1058897810
Lic. #: M7325    DEA#: ____
Address: 1309 Ridge Rd St. 109 Rockwall, Tx 75087
Phone #: 214-775-1356    Fax #: 214-613-2231
Signature (Note: Manual Signature Required for CS) ____    Date: ____

**Note: Ketamine is Schedule III controlled substance.**

CONFIDENTIAL                    KEN003834
GX612.018                       DOJ•_18CR368-0124561

Visit Report - Saylor, Jayden - 10/29/2013 11:30 AM(CST) (OmniMD)                    Page 1 of 1

| Patient : **Saylor, Jayden** | Sex     : Male |
|---|---|

Chart# : SAYJA0001          DOB     : ████████
Phone  : ████████ (H),      Address : ████████  Garland, Texas 75044
Ref By :

DOS : **10/29/2013 11:30 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
<u>Chief Complaint:</u> **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**<u>Intolerance</u>**
No Intolerance Recorded

**Current Medications**
<u>Current Medication</u>          Dosage       Frequency    Duration     Reason
No Current Medication Recorded.

**<u>VITAL SIGNS</u>**
**Height**  67 inch  170 cm
**Weight**  120 lbs  54.4 Kg
**BMI**     18.8 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** Saylor, Jayden
**Chart Number:** SAYJA0001
**Date of Service:** 10/29/2013 11:30 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ____  BP: ___/___  Pulse Rate: ____  O2 Sat:
Starting Weight: ____  Current Weight: ___  Change:

**Current Medications:**

**Note:**   hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction cream

**Impression:**  eczema

**Plan:**  apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**<u>DIAGNOSES</u>**

**Procedures**

**<u>PROCEDURES</u>**

**Disposition**

https://www8.omnimd.com/jsp/EMRViewVisitDocument.jsp?forwardFile=/PCEMR/Visi...   10/23/2015

**CONFIDENTIAL**                    **KEN003835**

GX612.019                                           DOJ•_18CR368-0124562

OmniMD - Physician Empowered   »   Patient Dashboard

Page 1 of 1

**Omni** Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, *Colleen I Kennedy, MD, PA*

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

Garlad, Texas - 75044
SSN #                    Ext. Rec#:
Phone
DOB
Chart # VINEA0001   Age   7 yrs 11 mths   Sex: Male
Pat. Due $0.0 Print Last STMT.

Principal Provider:   **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:

**Message Alert**

sent script for compounding cream to Omni plus pharmacy

History

Edit

**Electronic Notes**

Enter Keyword

#### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| United Healthcare... | Grp: 628055591 | MemId: | to | Co-Pay: | Edit |
| Policy:826737871 | Plan: | SubId: | | Ann.Deduc: | Eligibility |

| | | | |
|---|---|---|---|
| Demographics✓ | Allergies✓ | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records✓ | Current Medications✓ | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information | | | | |
| Billing Note | | | | |

#### Cases and Visits

New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 10/29/2013 10:30 AM-10:45 AM  TUE | np | Ms. Maries Laurel | | |

#### Patient's Recent and Upcoming Health Alerts

Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

#### Patient's Future Appointments

Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:   Growth Charts

Delete Patient

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by
click to verify
2018-01-16

CONFIDENTIAL                    KEN003969

GX612.020                       DOJ_18CR368-0124696

Visit Report - V████, E███ - 10/29/2013 10:30 AM(CST)    (OmniMD)                    Page 1 of 2

Patient : V████, E███        Sex   : Male

| | |
|---|---|
| Chart# : VINEA0001 | DOB   : |
| Phone  :████████(H), | Address :████████, Garlad, Texas 75044 |
| Ref By : | |

DOS : **10/29/2013 10:30 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

Chief Complaint: **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**

| Current Medication | Dosage | Frequency | Duration | Reason |
|---|---|---|---|---|
| No Current Medication Recorded. | | | | |

**VITAL SIGNS**
**Height**  40 inch  101 cm
**Weight**  45 lbs  20.4 Kg
**BMI**    19.8 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** V████, E███
**Chart Number:** VINEA0001
**Date of Service:** 10/29/2013 10:30 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight:    Change:

**Current Medications:**

**Note:**   hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction cream

**Impression:**  eczema

**Plan:**  apply compound scar reduction and derm cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

CONFIDENTIAL
KEN003970
GX612.021                                      DOJ•_18CR368-0124697

Visit Report - V███████ E██████ - 10/29/2013 10:30 AM(CST)    (OmniMD)                    Page 2 of 2

**Disposition**

CONFIDENTIAL    **KEN003971**

GX612.022                                                    DOJ•_18CR368-0124698

OmniMD - Physician Empowered    »    Patient Personal Record                                    Page 1 of 1



Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, *Colleen I Kennedy, MD, PA*                      Omni **MD**
                                                                                                  Version 14.0

| Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Patient Personal Record**

|  | Sex Male | DOB | Age 7 yrs 11 mths |
|---|---|---|---|
| Chart # VINEA0001 | SSN # | Phone (H) | |

**Modify Patient Profile**    **Print View**    **Patient Demographics History**   **Add/View Patient Past Address**

| | | | | |
|---|---|---|---|---|
| First Name | | Address1 | | |
| Last Name | | Address2 | | |
| Middle Initial | | City | Garlad | |
| SSN | | State | Texas | |
| Suffix | | Zip Code | 75044 | |
| Father Name | | Country | USA | |
| Mother Name | | Preferred Phone | | |
| Mother's Maiden Name | | Call Preference Order | | |
| Alias Name | | Home Phone | | |
| Date of Birth | | Work Phone | | |
| Birth State | | Fax | | |
| Sex | Male | Cell Phone | | |
| Guardian | | E-mail Address | | |
| Work Status | Full Time | Driving License | | |
| Industry | | Significant Others | | |
| Occupation | | Emergency Contact 1 | | Phone # |
| Employer | | Emergency Contact 2 | | Phone # |
| Attorney | | Signature on File | | |
| Adjuster | | Release of Info Signed | | |
| Student Status | Not a Student | Preferred Language | English | |
| Blood Group | | Pharmacy | | |
| Race | White | Consent | Consent given | |
| Ethnicity | Not Hispanic or Latino | Disable Health Alerts | No | |
| Smoker | Never smoker | External Rec# | NPI | |
| Marital Status | | Treatment Status | | |
| Patient Type | | Custom Field1 | | |
| Referring Provider | | Custom Field2 | | |
| Other Ref. Provider | | Generate Statement | Yes | |
| Pri. Care Provider | | Exemption from Reporting | No | |
| Principal Provider | Dr. Colleen Kennedy | Communication Preference | By Phone | |
| Visit Location | Business Office Dallas | Comments | | |
| Patient Category | | No Known Problems | No | |
| | | MU Demographic Exclusion | | |
| | | Patient Portal Module | Opt Out | |
| | | Send Direct Message | Disabled | |
| | | Last Payment Date | | |
| | | Last Payment Amount | | |
| | | Last Modified Date | 10/31/2014 | |
| | | Last Modified By | Ms. Robie Hansen | |

**Modify Patient Profile**    **Print View**    **Patient Portal Information**  🔍

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by **thawte**
click to verify
2018-01-16

**CONFIDENTIAL**                                                                   **KEN003972**

GX612.023                                                              DOJ•_18CR368-0124699

Visit Report - V███, E██ - 10/29/2013 10:30 AM(CST) (OmniMD)                    Page 1 of 1

Patient : V███, E██          Sex    : Male

Chart# : VINEA0001           DOB    : ████
Phone  : ████ (H),           Address : ████, Garlad, Texas 75044
Ref By :

DOS : **10/29/2013 10:30 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**
Current Medication                Dosage      Frequency    Duration    Reason
No Current Medication Recorded.

**VITAL SIGNS**
**Height**  40 inch  101 cm
**Weight**  45 lbs  20.4 Kg
**BMI**     19.8 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** V███ E███
**Chart Number:** VINEA0001
**Date of Service:** 10/29/2013 10:30 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___   BP: ___/___   Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight: ___   Change:

**Current Medications:**

**Note:**   hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction cream

**Impression:**  eczema

**Plan:**   apply compound scar reduction and derm cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

CONFIDENTIAL                                    KEN003973
GX612.024                              DOJ•_18CR368-0124700

| Patient | | DOB | |
|---|---|---|---|
| E▓▓▓ V▓▓▓ | | ▓▓▓ | |
| **Home Phone** ▓▓▓ | | Cell Phone | |
| **Address** ▓▓▓ | | | |
| City  Garland | | State  TX | Zip  75044 |
| Allergies  Penicillin | | Diag. | |

**Insurance Info**

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Workers Comp | Yes | No |
| DOI | Claim # |

## General Pain / Inflammation

**GPI-1**
- Flurbiprofen 10%
- Cyclobenzaprine 2%
- Baclofen 2%
- Lidocaine 2%

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

## Back & Radicular Pain

**BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Neuropathic & Chronic Pain

**NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

**NCP-6**
- Ketamine 10%
- Lidocaine 5%
- Acyclovir 10%
- Amitriptyline 5%

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 2%

**NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

**NCP-10**
- Acyclovir 5%
- Deoxy-D-Glucose 5%
- Ketoprofen 10%
- Amitriptyline 5%
- Lidocaine 5%

**NCP-11**
- Lidocaine 2%
- Prilocaine 2%
- Lamotrigine 2.5%
- Meloxicam 0.09%

## Specialty

**11. KITL**
*gout*
- Ketoprofen 10%
- Indomethacin 10%
- Triamcinolone 0.2%
- Lidocaine 5%

**12. Multi Purpose Topical Scar Gel** ☒
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxyfylline 0.5%
- Prilocaine 3%
- Gabapentin 15%

**13. Non-Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- in SpiraWash Gel Base

**14. Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- Levofloxacin 2%
- Metronidazole 2%
- Vancomycin 5%

**15. Other**
*custom formulation*

---

Quantity: ~~300~~ mLs  (Three Hundred) = ~~4~~ week supply    Other Qty: 120 mls for 2 mos
SIG: Apply 1-2 pumps to affected area 3-4 times daily  1 pump = 1.5 mLs   Refills: PRN
Alternate SIG: _____

Prescriber Name: Kennedy Colleen MD    NPI #  1508897810
Lic. #:  M7325          DEA#:
Address:  1309 Ridge Rd. Ste 109 Rockwall, TX 75087
Phone #:  214.775.1358       Fax #:  214.613.2231.
Signature (Note: Manual Signature Required for CS) _____    Date: 10/29/13

**Note: Tramadol and Ketamine are controlled substances.**

CONFIDENTIAL    KEN003974
GX612.025    DOJ•_18CR368-0124701

OmniMD - Physician Empowered   »   Patient Dashboard

Page 1 of 1

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Omni **M**
Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

««   **Patient Dashboard**

Garland, Texas - 75044
SSN #          Ext. Rec#:
Phone                    (H)
DOB
Chart # VINLA0001   Age   9 yrs 3 mths   Sex: Male
Pat. Due $0.0 Print Last STMT.

Principal Provider:
Referring Provider:
Pri. Care Provider:
Unread Messages:
—Message Alert—

sent script for compounding cream to Omni plus pharmacy

**Dr. Colleen Kennedy** Health Record

History

Edit

**Electronic Notes**

Enter Keyword

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| United Healthcare... | Grp: 628055591 | MemId: | to | Co-Pay: | Edit |
| Policy:826737871 | Plan: | SubId: | | Ann.Deduc: | Eligibility |

Demographics✓
Insurance Records✓
Eligibility Info
Advance Directives
Patient Confidentiality
Patient Annotations
Patient Activity History
Incoming Referral File
Patient Portal Information
Billing Note

Allergies✓
Current Medications✓
Medical History ▼
Family History
Social History
Immunization
HIPAA Disclosure
Amendment

OmniMD Rx History
All Rx History
Rx Refills
Rx Change Requests
Lab/Radiology Orders
Lab/Radiology Test Results
Progress Report
Patient Education ▼

Transcriptions
Referrals
Form Records
Scanned Documents
Patient Flow Sheet
Active Problem List
Pending Immunizations

Messages
CDA
Lock Users
Super Bills
Patient Ledger

Patient Contact

**Cases and Visits**                                        New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 10/29/2013 10:45 AM-11:00 AM TUE | np | Ms. Maries Laurel | | |

**Patient's Recent and Upcoming Health Alerts**       Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**       Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:  Growth Charts

Delete Patient

HELP   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify   2018-01-16

**CONFIDENTIAL**   KEN003975

GX612.026   DOJ•_18CR368-0124702

Patient : **Vinzant, Landen**    Sex    : Male

Chart# : VINLA0001          DOB    : █████████
Phone  : █████████(H),      Address : █████████  Garland, Texas 75044
Ref By :

DOS : **10/29/2013 10:45 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

Chief Complaint: **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**

| Current Medication | Dosage | Frequency | Duration | Reason |
|---|---|---|---|---|

No Current Medication Recorded.

**VITAL SIGNS**
**Height**  42 inch  106 cm
**Weight**  54 lbs  24.5 Kg
**BMI**      21.5 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** V█████, L█████
**Chart Number:** VINLA0001
**Date of Service:** 10/29/2013 10:45 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight:    Change:

**Current Medications:**

**Note:**   hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction and derm cream

**Impression:**   eczema

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
   **Prescriptions and Lab Orders**

   Diagnoses

**DIAGNOSES**

   Procedures

CONFIDENTIAL                    KEN003976

GX612.027                      DOJ•_18CR368-0124703

Visit Report - V████, L████ - 10/29/2013 10:45 AM(CST)    (OmniMD)                    Page 2 of 2

**PROCEDURES**

**Disposition**

CONFIDENTIAL    **KEN003977**

GX612.028                    DOJ•_18CR368-0124704

Visit Report - V█████, L█████ - 10/29/2013 10:45 AM(CST) (OmniMD)          Page 1 of 1

| | |
|---|---|
| Patient : V█████, L█████ | Sex : Male |

Chart# : VINLA0001       DOB    :
Phone  : ████████ (H),   Address : ██████████ Garland, Texas 75044
Ref By :

DOS : **10/29/2013 10:45 AM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**
Current Medication               Dosage      Frequency   Duration    Reason
No Current Medication Recorded.

**VITAL SIGNS**
**Height**  42 inch  106 cm
**Weight**  54 lbs  24.5 Kg
**BMI**     21.5 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** V█████ █████
**Chart Number:** VINLA0001
**Date of Service:** 10/29/2013 10:45 AM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ____   BP: ___/____   Pulse Rate: ___  O2 Sat:
Starting Weight: ____   Current Weight: ___   Change:

**Current Medications:**

**Note:**   hx of eczema scarring, itching and scratching causing scarring-called in compound scar reduction and derm cream

**Impression:**  eczema

**Plan:**  apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

CONFIDENTIAL                    KEN003978
GX612.029                  DOJ•_18CR368-0124705

| Patient Name | | DOB | | Rep # | |
|---|---|---|---|---|---|
| L_____ V_____ | | | | | |

**Insurance Information**

| Home Phone | | Cell Phone | Provider | United Healthcare |
|---|---|---|---|---|
| Address | | | Bin # | |
| City GARlɑɴᴅ | State TC | Zip 75044 | Group # 201057 | |
| Allergies | | Diagnosis | Member ID # 826737891 | SS # |

## Colleen Kennedy, MD
1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _CW_
Date _10/28/13_

☐ **GENERAL PAIN/INFLAMMATION** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
DICLOFENAC 3%, KETOPROPHEN 10%, BACLOFEN 2%, LIDOCAINE 2%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NEUROPATHIC & CHRONIC PAIN** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
DICLOFENAC 3%, FLURBIPROFEN 10%, BACLOFEN 2%, CYCLOBENZAPRINE 2%, GABAPENTIN 6%, PIROXICAM 2%,
LIDOCAINE 5%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **BACK & RADICULAR PAIN** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
GABAPENTIN 6%, CLONIDINE 0.1% DICLOFENAC 2%, LIDOCAINE 2%, PENTOXIFYLINE 2%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **SCAR REDUCTION CREAM** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%
Apply up to 4 grams (Each pump equals one gram) twice daily for 10-14 weeks for scar reduction. *(PracaSil™-Plus)*

☐ **INFECTED WOUNDS** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, LEVOFLOXACIN 2%,
METRONIDAZOLE 2%, VANCOMYCIN 5%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **NON-INFECTED WOUNDS** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
2.PHENYTOIN 5%, MISOPROSTOL 0.0024%, ALOE VERA 200:1, PRILOCAINE 2%, Sprirawash™
Apply 1-2 grams to affected area 3-4 times per day.

☐ **GOUT** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
3.KETOPROFEN 10%, INDOMETHACIN 10%, TRIAMCINOLONE 0.2%, LIDOCAINE 5%
Apply 1-2 grams to affected area 3-4 times per day.

☒ **PSORIASIS/ECZEMA** 60GMS 120GMS 150GMS 180GMS 240GMS Refills 1 2 3 4 5 prn
TRIAMCINOLONE 0.2%, ZINC OXIDE 2%, LIDOCAINE 5%, GABAPENTIN 15%, KETOPROFEN 10%,
CYANOCOBALAMINE 0.07%, Lipoderm™
Apply 1-2 grams to affected area 3-4 times per day.

CONFIDENTIAL