OmniMD - Physician Empowered   »   Patient Dashboard                    Page 1 of 1

**Omni** [M]
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

| Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Patient Dashboard**

**Bartis, Aimee**
Forney, Texas - 75126
SSN #          Ext. Rec#:
Phone                    (H)
DOB
Age     41 yrs   Sex: Female
Chart # BARAI0001
Pat. Due   $0.0 Print Last STMT.

Principal Provider:   **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:
Message Alert

History

Edit

Electronic Notes

Enter Keyword

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary InsuranceRecord Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics ✔ | Allergies ✔ | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications ✔ | All Rx History | Referrals | CDA ✔ |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Patient Flow Sheet | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Active Problem List | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Pending Immunizations | |
| Patient Activity History | HIPAA Disclosure | Progress Report | | Patient Contact |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information ⊙ | | | | |
| Billing Note | | | | |

**Cases and Visits**                                              New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 12/10/2013  2:15 PM-2:30 PM  TUE | np | Ms. Maries Laurel | | |

**Patient's Recent and Upcoming Health Alerts**                    Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                        Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify
2018-01-12

**GOVERNMENT EXHIBIT**
**613**
**4:18-CR-368**

**CONFIDENTIAL**                                                KEN003504

GX613.001                                          DOJ•_18CR368-0124231

OmniMD - Physician Empowered   »   Patient Personal Record                    Page 1 of 1



CONFIDENTIAL

KEN003505

GX613.002                                                        DOJ•_18CR368-0124232

Visit Report - Bartis, Aimee - 12/10/2013 2:15 PM(CST)    (OmniMD)                    Page 1 of 2

Patient : **Bartis, Aimee**         Sex    : Female

| | |
|---|---|
| Chart# : BARAI0001 | DOB    : ████ |
| Phone : ████(H), | Address : ████, Forney, Texas 75126 |
| Ref By : | |

DOS : **12/10/2013 2:15 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

<u>Chief Complaint: **Np**</u>

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**<u>Intolerance</u>**
No Intolerance Recorded

**Current Medications**

| <u>Current Medication</u> | <u>Dosage</u> | <u>Frequency</u> | <u>Duration</u> | <u>Reason</u> |
|---|---|---|---|---|
| celexa | | | | |
| Larodopa | | | | |

**<u>VITAL SIGNS</u>**

**Height**  66 inch  167 cm

**Weight**  140 lbs  63.5 Kg

**BMI**     22.6 Kg/m$^2$

**<u>FOLLOW UP NOTE</u>**

**Patient Name:** Bartis, Aimee
**Chart Number:** BARAI0001
**Date of Service:** 12/10/2013 2:15 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight:    Change:

**Current Medications:**

**Note:**   c/o of joint pain, has hx cuts/scarring with poor cosmetic healing-called in compound scar reduction cream and pain/inflammation cream

**Impression:**   scarring with poor healing, joint pain

**Plan:**   apply compound scar reduction cream  and pain/inflammation cream to affected area prn

**F/U in:** as needed

**Prescriptions and Lab Orders**

  **Diagnoses**

  **<u>DIAGNOSES</u>**

  **Procedures**

**CONFIDENTIAL**

KEN003506

GX613.003                                        DOJ•_18CR368-0124233

Visit Report - Bartis, Aimee - 12/10/2013 2:15 PM(CST)     (OmniMD)                Page 2 of 2

**PROCEDURES**

**Disposition**

**CONFIDENTIAL**                          **KEN003507**

GX613.004                              DOJ•_18CR368-0124234

OmniMD - Physician Empowered   »   Allergies                    Page 1 of 1

Omni **M**
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

| Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [ 4 : 0 ] | Health Alerts | My Profile | Clinic | Guidelines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Allergies

| **Bartis, Aimee** | Sex Female | DOB | Age 41 yrs |
| Chart # BARAI0001 | SSN # | Phone ■■■■(H) | |

**Show More Details**

☐ No Known Allergies (Food, Environmental, Immunization and others)

**Food & Environmental Allergens**         Intolerance   Reaction   Severity   Last Occurrence   Current Status
----Food & Environmental Allergies----                                Low                                Active
                                                                                                        Add

☑ NKDA (No Known Drug Allergy)
**Drug Allergens**
Drug          Drug Classification          Intolerance   Reaction   Severity   Last Occurrence   Current Status
              ----Allergies----                                      Low                          Active
                                                                                                  Add

Immunization Allergens          Intolerance   Reaction   Severity   Last Occurrence   Current Status
---- Immunization Allergies---                           Low                          Active
                                                                                      Add

Other Allergens          Intolerance   Reaction   Severity   Last Occurrence   Current Status
                                                  Low                          Active
                                                                               Add

**Allergy Review History**          Notes: | Reviewed |
Last Reviewed by, Ms. Robie Hansen
on 10/22/2015 10:35 AM                      Reviewed And Save

**Drug Interactions**

| Severity | **Drug-Drug Interactions** |
| | No Drug-Drug Interactions exists |
| Severity | **Drug-Disease Interactions** |
| | No Drug-Disease Interactions exists |
| Severity | **Drug-Allergy Interactions** |
| | No Drug-Allergy Interactions exists |

HELP      Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Secured by thawte
click to verify
2018-01-12

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

CONFIDENTIAL          KEN003508

GX613.005                    DOJ•_18CR368-0124235

OmniMD - Physician Empowered   »   CDA Document List

Page 1 of 1

Omni MD
Version 14.0

**Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | 📋 | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### CDA Document List

| Bartis, Aimee | Sex | Female | DOB | ▆▆▆▆ | Age 41 yrs |
| Chart # BARAI0001 | SSN # | | Phone | ▆▆▆▆ | (H) |

Add CDA Document Request
Send CDA

**Referral File Outgoing(CDA and Others)**

| Patient Name | Date Of Service | Reason | Sent To | Clinic Name | Sent By | Created Date |
|---|---|---|---|---|---|---|
| Bartis, Aimee | 12/10/2013 2:15 PM | Clinical Summary | Ms. Maries Laurel | Colleen I Kennedy, MD, PA | Ms. Maries Laurel | 10/23/2015 12:44 PI |

☑ CDA Files  ☑ Other Files

**Referral File Incoming(CDA and Others)**

| Patient Name | Reason | Received From | Clinic Name | Document Type | Created Date |
|---|---|---|---|---|---|
| No Document Found. | | | | | |

[ HELP ]   Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by ⓘ
click to verify

CONFIDENTIAL
KEN003509
GX613.006
DOJ•_18CR368-0124236

 

**Subscriber Name:**
**AIMEE G. BARTIS**
Identification Number:
**ISD849886403**

Plan: ActiveCare 2

| Group Number: | 085000 |
| Coverage Date: | 03/01/14 |

| Primary Care | $30 |
| Specialist Care | $50 |
| Emergency Room | $150 |

**TRS**
ER copay in addition to
20% after deductible



---

 EXPRESS SCRIPTS®

RxBin  610014
RxGrp  TRSACTIVECARE2
Issuer  (80840) 9151014609        Effective Date: 03/01/2014
ID No.  849886403
Name  AIMEE G. BARTIS

| | Tier 1 | Tier 2 | Tier 3 |
|---|---|---|---|
| Retail (1st fill) | $20 | $40 | $65 |
| Retail (Starting with 2nd fill) | $25 | $50 | $80 |
| Retail-*Plus* Network* (60 to 90 days) | $45 | $105 | $180 |
| Mail (up to 90 days) | $45 | $105 | $180 |

Specialty medications: $200
Deductible (per plan year): $200 per individual (for brand-name drugs only)
*Retail pharmacies who choose to participate in this network are able to dispense a 60- to 90-day
supply of medication. Contact Express Scripts for program details and participating pharmacies.

**CONFIDENTIAL**

GX613.007

KEN003510

DOJ•_18CR368-0124237

**Patient Name:** Aimee Bartis

Please complete the following questionnaire. Thank you for your time.

**Patient Needs Questionnaire**

1. Are you currently experiencing pain from injury or surgery?  ☑ *Yes*  ☐ *No*

2. If yes, what is the severity of the pain?  ☐ *Mild*  ☑ *Moderate*  ☐ *Severe*

3. Do you have scars or stretch marks that you would like to see reduced?  ☑ *Yes*  ☐ *No*

4. Do you have concerns about skin irritations?  ☐ *Yes*  ☑ *No*

5. Do you have non-healing wounds?  ☑ *Yes*  ☐ *No*

6. Are you experiencing nausea on a recurring basis?  ☑ *Yes*  ☐ *No*

7. If yes, what is the severity of the nausea?  ☐ *Mild*  ☑ *Moderate*  ☐ *Severe*

8. Are you concerned about old scars or new scars after surgery?  ☑ *Yes*  ☐ *No*

9. Do you have trouble healing after surgery?  ☐ *Yes*  ☑ *No*

10. You will be prescribed pain medication after surgery.  Are you interested in topical medication to rub on the affected area rather than taking oral medication?  ☑ *Yes*  ☐ *No*

11. You will be prescribed nausea medication after surgery.  Are you interested in topical medication rather than taking oral medication?  ☑ *Yes*  ☐ *No*

12. Please list all other medical conditions or important information not mentioned.

_____

_____

Comments/Additional Needs or Concerns:

_____

_____

Patient Signature

*Patient Needs Questionnaire • 2014*

1

CONFIDENTIAL

GX613.008

KEN003511

DOJ•_18CR368-0124238

Patient Name: **Aimee Bartis**

Please complete the following Product Satisfaction Survey based on the compound medication you were recently prescribed. Thank you for your time.

Compound Medication(s) Prescribed:
- ✓ Pain Cream
- ✓ Scar Cream
- o Nausea Cream
- o Psoriasis Cream
- o Wound Cream
- o Acne Cream
- o Hair Gel
- o Other_____

## Product Satisfaction Survey

*1. Did the prescription deliver the results and quality that were anticipated?*

☐ Less than expected   ☐ As expected   ☑ More than expected   ☐ Consistently more

*2. Ease of use/application of the prescription was...*

☐ Less than desirable   ☐ As expected   ☑ Better than expected   ☐ Consistently better

*3. Ease and timeliness of receiving the prescription was ...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

*4. Communication from the pharmacy regarding status of prescription request was...*

☐ Slower than expected   ☑ As expected   ☐ Quicker than expected   ☐ Never received

*5. Helpfulness of pharmacy to answer your questions concerning prescription was...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

*6. The overall satisfaction of your experience was...*

☐ Less than expected   ☐ As expected   ☑ More than expected   ☐ Consistently more

*Comments / Testimonial:*

Thank you very much for taking time to complete this survey. Your feedback is valued and very much appreciated!

_____
Patient Signature

*Product Satisfaction Survey • January 1, 2014*

CONFIDENTIAL

GX613.009

KEN003512

DOJ•_18CR368-0124239

Visit Report - Bartis, Aimee - 12/10/2013 2:15 PM(CST) (OmniMD)                    Page 1 of 1

Patient : **Bartis, Aimee**          Sex   : Female

Chart# : BARAI0001            DOB        :
Phone            ████████(H),   Address  ████████████, Forney, Texas 75126
Ref By :

DOS : **12/10/2013 2:15 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**
Current Medication              Dosage      Frequency   Duration    Reason
celexa
Larodopa

**VITAL SIGNS**
**Height**  66 inch  167 cm
**Weight**  140 lbs  63.5 Kg
**BMI**     22.6 Kg/m$^2$

**FOLLOW UP NOTE**

**Patient Name:** Bartis, Aimee
**Chart Number:** BARAI0001
**Date of Service:** 12/10/2013 2:15 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight:   Change:

**Current Medications:**

**Note:**  c/o of joint pain, has hx cuts/scarring with poor cosmetic healing-called in compound scar reduction cream and pain/inflammation cream

**Impression:**  scarring with poor healing, joint pain

**Plan:**  apply compound scar reduction cream  and pain/inflammation cream to affected area prn

**F/U in:** as needed

**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

https://www8.omnimd.com/jsp/EMRViewVisitDocument.jsp?forwardFile=/PCEMR/Visi...    10/23/2015

CONFIDENTIAL                              KEN003513
GX613.010                          DOJ•_18CR368-0124240

| Patient | | DOB | Insurance Info | |
|---|---|---|---|---|
| Aimee Bartis | | ▮ | Carrier: CVS Caremark | |

| Home Phone | ▮ Cell Phone | Bin# | PCN# |
|---|---|---|---|
| Address ▮ | | Group # 255681 | U59.31.2393 |
| City Forney | State TX | Zip 75126 | Workers Comp | Yes | No |
| Allergies Zirno max | Diag. | DOI | Claim # |

No major conditions

## General Pain / Inflammation

**GPI-1**
- Flurbiprofen 10%
- Cyclobenzaprine 2%
- Baclofen 2%
- Lidocaine 2%

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

## Back & Radicular Pain

**BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Neuropathic & Chronic Pain

**NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

**NCP-6**
- Ketamine 10%
- Lidocaine 5%
- Acyclovir 10%
- Amitriptyline 2%

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

**NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

**NCP-10**
- Acyclovir 5%
- Deoxy-D-Glucose 2%
- Ketoprofen 10%
- Amitriptyline 2%
- Lidocaine 5%

**NCP-11**
- Lidocaine 2%
- Prilocaine 2%
- Lamotrigine 2.5%
- Meloxicam 0.09%

## Specialty

**11. KITL** gout
- Ketoprofen 10%
- Indomethacin 10%
- Triamcinolone 2%
- Lidocaine 5%

**☒ 12. Multi Purpose Topical Scar Gel**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- Prilocaine 3%
- Gabapentin 15%

**13. Non-Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine in SpiraWash Gel Base 2%

**14. Infected Wounds**
- Phenytoin 5%
- Misoprostol 0.0024%
- Aloe Vera 200:1
- Prilocaine 2%
- Levofloxacin 2%
- Metronidazole 2%
- Vancomycin 5%

**15. Other** custom formulation

---

Quantity: ~~300mLs (Three Hundred)~~ = 4 week supply    Other Qty: 150 mls x 2 wks
SIG: Apply 1-2 pumps to affected area 3-4 times daily  1 pump = 1.5 mLs    Refills: PRN
Alternate SIG: _____

Prescriber Name: Colleen Kennedy, MD    NPI # 1508897810
Lic. #: M7325    DEA#: _____
Address: 1309 Ridge Rd Ste 109, Rockwall, TX 75087
Phone #: 214.775.1356    Fax #: 214.613/2231
Signature (Note: Manual Signature Required for CS) _____    Date: 12/12/17

**Note: Tramadol and Ketamine are controlled substances.**

CONFIDENTIAL

713 637 4576

| Patient Name | DOB | Rep # |
|---|---|---|
| Aimee BARTiS | | |

**Home Phone** | **Cell Phone** ████████

**Insurance Information**

Provider  CVS CAREMARK

Member ID #  255681

SS #  ████████

Address  ████████

City  Forney | State  TX | Zip  75126

Bin #  610029 | Group #  PEPRX

Allergies | Diagnosis

## Colleen Kennedy, MD
1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _____   Date 12/12/13

---

### ☒ Scar Reduction Cream
Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction. (*PracaSil™-Plus*)

__60GMS __120GMS ✗240GMS   Refills 1 2 3 4 5 (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

### ☐ Psoriasis / Eczema Cream
Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS __12GMS   Refills 1 2 3 4 5 prn

Fluticasone 1%, Methylcobalamin 0.042%, Coenzyme Q10 2.4%, Vitamin D3 0.03%, Tretinoin 0.012%

---

### ☒ Pain Cream
Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS __120GMS ✗240GMS   Refills 1 2 3 4 5 (prn)

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

3_Prescrip-Kennedy-One_Sheet v.3b

**CONFIDENTIAL**

GX613.012

OmniMD - Physician Empowered    »    Patient Dashboard                                    Page 1 of 1

Omni MD
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | ☑ | **Open Items** | Messages [ 4 : 0 ] ✉ | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

B▉▉▉▉, B▉▉▉▉
Forney, Texas - 75126
SSN #            Ext. Rec#:
Phone                      (H)
DOB
Age          9 yrs 6 mths    Sex: Male
Chart # BARBR0003
Pat. Due $0.0    Print Last STMT.

Principal Provider:
Referring Provider:        **Dr. Colleen Kennedy** Health Record
Pri. Care Provider:
Unread Messages:
**Message Alert**

History
Edit

Electronic Notes
Enter Keyword 🔍 ⓘ

### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary InsuranceRecord Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics✔ | Allergies✔ | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications✔ | All Rx History | Referrals | CDA✔ |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✔ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | Patient Contact |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information 🖉 | | | | |
| Billing Note | | | | |

### Cases and Visits                                                                              New Case/Visit

| Date of Service | | Chief Complaint | Attending Provider | Progress ⓘ 🗑 | Action |
|---|---|---|---|---|---|
| └ Case: np | | | | | |
| └ 12/10/2013  2:30 PM-2:45 PM  TUE | | np | Ms. Maries Laurel | 📄☑ | |

### Patient's Recent and Upcoming Health Alerts                                        Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

### Patient's Future Appointments                                                                         Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:    Growth Charts

Delete Patient

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by 🔒
click to verify        2018-01-12

OmniMD - Physician Empowered   »   Patient Personal Record

Page 1 of 1



**CONFIDENTIAL**

**KEN003517**

GX613.014

DOJ•_18CR368-0124244

Visit Report - B█████, B███████ - 12/10/2013 2:30 PM(CST)    (OmniMD)    Page 1 of 2

| Patient : B█████, B███████ | Sex : Male |
|---|---|

Chart# : BARBR0003    DOB : █████████
Phone : █████████(H),    Address : █████████, Forney, Texas 75126
Ref By :

DOS : **12/10/2013 2:30 PM(CST)** (15 mins ),    Location: CIK Business Office Rockwall
<u>Chief Complaint: **Np**</u>

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**<u>Intolerance</u>**
No Intolerance Recorded

**Current Medications**
<u>Current Medication</u>                <u>Dosage</u>        <u>Frequency</u>  <u>Duration</u>    <u>Reason</u>
Anafranil

**<u>VITAL SIGNS</u>**
**Height**  43 inch  109 cm
**Weight**  45 lbs  20.4 Kg
**BMI**     17.1 Kg/m$^2$ Abnormal

**<u>FOLLOW UP NOTE</u>**

**Patient Name:** B█████, B███████
**Chart Number:** BARBR0003
**Date of Service:** 12/10/2013 2:30 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight:    Change:

**Current Medications:**

**Note:**   hx of eczema, scarring from itching and scratching from eczema-called in compound scar reduction cream

**Impression:**   eczema

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
  **Prescriptions and Lab Orders**

   **Diagnoses**

   **<u>DIAGNOSES</u>**

   **Procedures**

   **<u>PROCEDURES</u>**

**CONFIDENTIAL**    **KEN003518**
GX613.015                    DOJ•_18CR368-0124245

Visit Report - B███, E█████ - 12/10/2013 2:30 PM(CST)    (OmniMD)                    Page 2 of 2

**Disposition**

**CONFIDENTIAL**

**KEN003519**

GX613.016                                                            DOJ•_18CR368-0124246

OmniMD - Physician Empowered   »   Allergies                                     Page 1 of 1

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, *Colleen I Kennedy, MD, PA*

Omni MD
Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | ☞ | **Open Items** | Messages [4 : 0] ✉ | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Allergies**

| | | Sex | Male | DOB | | Age 9 yrs 6 mths |
|---|---|---|---|---|---|---|
| Chart # BARBR0003 | | SSN # | | Phone | | (H) |

Show More Details

☐ No Known Allergies (Food, Environmental, Immunization and others)

**Food & Environmental Allergens**

| Food & Environmental Allergens | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|
| ----Food & Environmental Allergies---- | | | Low | | Active |

Add

☑ NKDA (No Known Drug Allergy)

**Drug Allergens**

| Drug | Drug Classification | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|---|
| | ----Allergies---- | | | Low | | Active |

Add

| Immunization Allergens | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|
| ---- Immunization Allergies--- | | | Low | | Active |

Add

| Other Allergens | Intolerance | Reaction | Severity | Last Occurrence | Current Status |
|---|---|---|---|---|---|
| | | | Low | | Active |

Add

**Allergy Review History**
Last Reviewed by, Ms. Robie Hansen
on **10/22/2015 10:35 AM**

Notes: Reviewed

Reviewed And Save

**Drug Interactions**

| Severity | Drug-Drug Interactions |
|---|---|
| | No Drug-Drug Interactions exists |
| Severity | Drug-Disease Interactions |
| | No Drug-Disease Interactions exists |
| Severity | Drug-Allergy Interactions |
| | No Drug-Allergy Interactions exists |

HELP     Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify
2018-01-12

**CONFIDENTIAL**                                        **KEN003520**

GX613.017                                        DOJ•_18CR368-0124247

OmniMD - Physician Empowered   »   Current Medications                    Page 1 of 1

**Omni** MV
Version 14.0

**Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | 🖥 | **Open Items** | Messages [ 4 : 0] 📧 | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Current Medications**

| 📄 ▾ [REDACTED] | Sex Male | DOB [REDACTED] | Age 9 yrs 6 mths |
|---|---|---|---|
| Chart # BARBR0003 | SSN # | Phone [REDACTED] (H) | |

Print All
Print Pre-Existing & Active Medications
Print Pre-Existing Medications Only

**Surescripts Rx history**

☐ Patient denies pre-existing medications

**Add / Edit Pre-Existing Medications**

| Drug *(enter first few characters)* | Strength | Dosage | Frequency | From | - Duration - | To | Reason | | Clr |
|---|---|---|---|---|---|---|---|---|---|
| | --Select-- ▾ | | ▾ | 📅 | | 📅 | | | Add |

Note : Please select drug from drug list, so, system will provide interaction information.

| Pre-Existing Medications | Dosage | Frequency | Duration | Reason | | Action |
|---|---|---|---|---|---|---|
| Anafranil | | | | | 📄 | **Edit  Stop  Renew** |

| Active Medications from Rx | Dosage | Frequency | Duration | Last Modify by/Reason | Action |
|---|---|---|---|---|---|
| No Drug exist in Active Medications from Rx | | | | | |

Show Inactive & Disabled

HELP        Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Secured by 🔒thawte
click to verify
2018-01-12

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

**CONFIDENTIAL**                                    **KEN003521**

GX613.018                          DOJ•_18CR368-0124248

Patient Name: B█████ B██████

## Patient Needs Questionnaire

Please complete the following questionnaire. Thank you for your time.

1. *Are you currently experiencing pain from injury or surgery?* ☑ *Yes* ☐ *No*

2. *If yes, what is the severity of the pain?* ☐ *Mild* ☑ *Moderate* ☐ *Severe*

3. *Do you have scars or stretch marks that you would like to see reduced?* ☐ *Yes* ☑ *No*

4. *Do you have concerns about skin irritations?* ☑ *Yes* ☐ *No*

5. *Do you have non-healing wounds?* ☐ *Yes* ☑ *No*

6. *Are you experiencing nausea on a recurring basis?* ☐ *Yes* ☑ *No*

7. *If yes, what is the severity of the nausea?* ☐ *Mild* ☐ *Moderate* ☐ *Severe*

8. *Are you concerned about old scars or new scars after surgery?* ☐ *Yes* ☑ *No*

9. *Do you have trouble healing after surgery?* ☐ *Yes* ☑ *No*

10. *You will be prescribed pain medication after surgery. Are you interested in topical medication to rub on the affected area rather than taking oral medication?* ☑ *Yes* ☐ *No*

11. *You will be prescribed nausea medication after surgery. Are you interested in topical medication rather than taking oral medication?* ☐ *Yes* ☑ *No*

12. *Please list all other medical conditions or important information not mentioned.*

_____

_____

Comments/Additional Needs or Concerns:

_____

*Patient Signature*

*Patient Needs Questionnaire • 2014*

1

**CONFIDENTIAL**

GX613.019

Patient Name: _B⬛ _B⬛_____

**Product Satisfaction Survey**

Please complete the following Product Satisfaction Survey based on the compound medication you were recently prescribed. Thank you for your time.

Compound Medication(s) Prescribed:
- ☑ Pain Cream
- ○ Scar Cream
- ○ Nausea Cream
- ☑ Psoriasis Cream
- ○ Wound Cream
- ○ Acne Cream
- ○ Hair Gel
- ○ Other_____

1. *Did the prescription deliver the results and quality that were anticipated?*

☐ Less than expected   ☐ As expected   ☑ More than expected   ☐ Consistently more

2. *Ease of use/application of the prescription was...*

☐ Less than desirable   ☑ As expected   ☐ Better than expected   ☐ Consistently better

3. *Ease and timeliness of receiving the prescription was ...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

4. *Communication from the pharmacy regarding status of prescription request was...*

☐ Slower than expected   ☑ As expected   ☐ Quicker than expected   ☐ Never received

5. *Helpfulness of pharmacy to answer your questions concerning prescription was...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

6. *The overall satisfaction of your experience was...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

*Comments / Testimonial:*


Thank you very much for taking time to complete this survey. Your feedback is valued and very much appreciated!

_____
Patient Signature

*Product Satisfaction Survey • January 1, 2014*                                      1

**CONFIDENTIAL**
GX613.020

**KEN003523**
DOJ•_18CR368-0124250

OmniMD - Physician Empowered   »   CDA Document List                    Page 1 of 1

Omni MD
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | 8 | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

≪≪ CDA Document List

| | | Sex | Male | DOB | | Age  9 yrs 6 mths |
| Chart # BARBR0003 | | SSN # | | Phone | ▮(H) | |

Add CDA Document Request
Send CDA

**Referral File Outgoing(CDA and Others)**

| Patient Name | Date Of Service | Reason | Sent To | Clinic Name | Sent By | Created Date |
|---|---|---|---|---|---|---|
| B▮, ▮ | 12/10/2013 2:30 PM | Clinical Summary | Ms. Maries Laurel | Colleen I Kennedy, MD, PA | Ms. Maries Laurel | 10/23/2015 12:45 P▮ |

☑ CDA Files   ☑ Other Files

**Referral File Incoming(CDA and Others)**

| Patient Name | Reason | Received From | Clinic Name | Document Type | Created Date |
|---|---|---|---|---|---|
| No Document Found. | | | | | |

[ HELP ]    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by
click to verify

**CONFIDENTIAL**                    **KEN003524**

GX613.021                    DOJ•_18CR368-0124251

Visit Report - B███ B█████- 12/10/2013 2:30 PM(CST) (OmniMD)                    Page 1 of 1

Patient : B███, B█████        Sex    : Male

Chart# : BARBR0003            DOB    : ████████
Phone  : ███████(H),          Address : ████████, Forney, Texas 75126
Ref By :

DOS : **12/10/2013 2:30 PM(CST)** (15 mins ),  Location: CIK Business Office Rockwall

Chief Complaint: **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**
Current Medication              Dosage      Frequency   Duration   Reason
Anafranil

**VITAL SIGNS**
**Height**  43 inch  109 cm
**Weight**  45 lbs  20.4 Kg
**BMI**    17.1 Kg/m$^2$ Abnormal

**FOLLOW UP NOTE**

**Patient Name:** B███, B█████
**Chart Number:** BARBR0003
**Date of Service:** 12/10/2013 2:30 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight: ___  Change:

**Current Medications:**

**Note:**  hx of eczema, scarring from itching and scratching from eczema-called in compound scar reduction cream

**Impression:**  eczema

**Plan:**  apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

Maries Laurel PNP

https://www8.omnimd.com/jsp/EMRViewVisitDocument.jsp?forwardFile=/PCEMR/Visi...  10/23/2015

CONFIDENTIAL                                           KEN003525

GX613.022                                           DOJ•_18CR368-0124252

| Patient Name | | DOB | | | Rep # | |
|---|---|---|---|---|---|---|
| ◼ ◼ | | ◼ | | | | |

**Insurance Information**

| Home Phone | | Cell Phone | | Provider | CVS CAREMARK |
|---|---|---|---|---|---|
| | | ◼ | | Member ID # | 255681 |
| Address | ◼ | | | SS # | ◼ |
| City | Furney | State | TR | Zip | 75126 |
| Allergies | | Diagnosis | | Bin # | 610029 | Group # | PEPRX |

---

## Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _____   Date 12/12/13

---

☒ **Scar Reduction Cream**

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction.  (*PracaSil™-Plus*)

__60GMS __120GMS ✗240GMS    Refills  1  2  3  4  5  (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

☒ **Psoriasis / Eczema Cream**

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS __8GMS ✗ ~~12GMS~~    Refills  1  2  3  4  5  (prn)
240 GMS ck

Fluticasone  1%, Methylcobalamin  0.042%, Coenzyme Q10  2.4%, Vitamin D3  0.03%, Tretinoin  0.012%

---

☐ **Pain Cream**

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS __120GMS __240GMS     Refills  1  2  3  4  5  prn

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

3_Prescrip-Kennedy-One_Sheet-v3b

**CONFIDENTIAL**

GX613.023

KEN003526

DOJ•_18CR368-0124253

OmniMD - Physician Empowered    »    Patient Dashboard

Page 1 of 1

**Omni MD**
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, *Colleen I Kennedy, MD, PA*

| Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [ 4 : 0 ] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Patient Dashboard**

**Bartis, Ryan**
Forney, Texas
SSN #    Ext. Rec#:
Phone
DOB                    (H)
Age    44 yrs    Sex: Male
Chart # RYABA0001
Pat. Due    $0.0 Print Last STMT.

Principal Provider:    **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:
**Message Alert**

History

Edit

**Electronic Notes**

Enter Keyword

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary Insurance Record Exist | | | | | |

| Demographics✓ | Allergies✓ | OmniMD Rx History | Transcriptions | Messages |
|---|---|---|---|---|
| Insurance Records | Current Medications | All Rx History | Referrals | CDA✓ |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✓ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information ✓ | | | | |
| Billing Note | | | | |

**Cases and Visits**                                                                                                    **New Case/Visit**

| Date of Service | | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|---|
| Case: np | | | | | |
| 12/10/2013 | 2:45 PM-3:00 PM  TUE | np | Ms. Maries Laurel | | |

**Patient's Recent and Upcoming Health Alerts**                                                              **Add Health Alert**

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                                                                          **Print**

| Dt.of Service | | Chief Complaint | Provider | Procedures |
|---|---|---|---|---|

**Delete Patient**

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify    2019-01-12

CONFIDENTIAL    KEN003527

GX613.024    DOJ•_18CR368-0124254

OmniMD - Physician Empowered   »   Patient Personal Record                    Page 1 of 1



**CONFIDENTIAL**                                                    **KEN003528**

GX613.025                                                DOJ•_18CR368-0124255

Visit Report - Bartis, Ryan - 12/10/2013 2:45 PM(CST)     (OmniMD)                    Page 1 of 2

| Patient | : **Bartis, Ryan** | Sex | : Male |
|---|---|---|---|

Chart# : RYABA0001          DOB      : ███████
Phone  : ██████████(H),   Address : ████████████, Forney, Texas
Ref By :

DOS : **12/10/2013 2:45 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
<u>Chief Complaint: **Np**</u>
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**<u>Intolerance</u>**
No Intolerance Recorded

**Current Medications**

**<u>VITAL SIGNS</u>**
**Height**  70 inch  177 cm
**Weight**  205 lbs  93.0 Kg
**BMI**     29.4 Kg/m$^2$ Abnormal

<u>**FOLLOW UP NOTE**</u>

**Patient Name:** Bartis, Ryan
**Chart Number:** RYABA0001
**Date of Service:** 12/10/2013 2:45 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight: ___   Change:

**Current Medications:**

**Note:**   c/o of joint pains and low back pains, has hx cuts/scarring with poor cosmetic healing-called in compound scar reduction cream and pain/inflammation cream

**Impression:**   scarring with poor healing, joint pain, low back pain

**Plan:**   apply compound scar reduction cream  and pain/inflammation cream to affected area prn

**F/U in:** as needed

**Prescriptions and Lab Orders**

**Diagnoses**

**<u>DIAGNOSES</u>**

**Procedures**

**<u>PROCEDURES</u>**

**Disposition**

**CONFIDENTIAL**                **KEN003529**
GX613.026                          DOJ•_18CR368-0124256

Visit Report - Bartis, Ryan - 12/10/2013 2:45 PM(CST)     (OmniMD)                    Page 2 of 2

CONFIDENTIAL

KEN003530

GX613.027

DOJ•_18CR368-0124257



**CVS CAREMARK**

11926900162

RXBIN: 610029
RXPCN: CRK
RXGRP: PEPRX
ISSUER: (80840)

ID 255681

Name RYAN E BARTIS

**CONFIDENTIAL**

GX613.028

**KEN003531**

DOJ•_18CR368-0124258

Present this card to any participating retail pharmacy to obtain your short-term supply of medicine. When you ask for a generic medicine, you get the equivalent to the brand name FDA-approved medicine and could save money. Count on Generics® and save! For additional pharmacies go to www.caremark.com or contact a Caremark Customer Care representative.

## Customer Care: 1-866-559-6893

Submit Claims to:
Caremark Claims Department
P.O. Box 52196
Phoenix, AZ 85072-2196

12546-050-1207

CONFIDENTIAL

KEN003532

GX613.029

DOJ•_18CR368-0124259

Patient Name: _Ryan Bartis_

Please complete the following questionnaire. Thank you for your time.

**Patient Needs Questionnaire**

1. *Are you currently experiencing pain from injury or surgery?* ☑Yes ☐No

2. *If yes, what is the severity of the pain?* ☑Mild ☑Moderate ☐Severe

3. *Do you have scars or stretch marks that you would like to see reduced?* ☑Yes ☐No

4. *Do you have concerns about skin irritations?* ☐Yes ☑No

5. *Do you have non-healing wounds?* ☑Yes ☐No

6. *Are you experiencing nausea on a recurring basis?* ☐Yes ☑No

7. *If yes, what is the severity of the nausea?* ☐Mild ☐Moderate ☐Severe

8. *Are you concerned about old scars or new scars after surgery?* ☑Yes ☐No

9. *Do you have trouble healing after surgery?* ☐Yes ☑No

10. *You will be prescribed pain medication after surgery. Are you interested in topical medication to rub on the affected area rather than taking oral medication?* ☑Yes ☐No

11. *You will be prescribed nausea medication after surgery. Are you interested in topical medication rather than taking oral medication?* ☑Yes ☐No

12. *Please list all other medical conditions or important information not mentioned.*

_____

_____

Comments/Additional Needs or Concerns:

_____

Patient Signature _____

*Patient Needs Questionnaire • 2014*

1

CONFIDENTIAL

GX613.030

KEN003533

DOJ•_18CR368-0124260

Patient Name: _Ryan Bartis_____

**Product Satisfaction Survey**

Please complete the following Product Satisfaction Survey based on the compound medication you were recently prescribed. Thank you for your time.

Compound Medication(s) Prescribed:
- ✓ Pain Cream
- ✓ Scar Cream
- o Nausea Cream
- o Psoriasis Cream
- o Wound Cream
- o Acne Cream
- o Hair Gel
- o Other_____

*1. Did the prescription deliver the results and quality that were anticipated?*

☐ Less than expected    ☐ As expected    ☑ More than expected    ☐ Consistently more

*2. Ease of use/application of the prescription was...*

☐ Less than desirable    ☐ As expected    ☑ Better than expected    ☐ Consistently better

*3. Ease and timeliness of receiving the prescription was ...*

☐ Less than expected    ☑ As expected    ☐ More than expected    ☐ Consistently more

*4. Communication from the pharmacy regarding status of prescription request was...*

☐ Slower than expected    ☑ As expected    ☐ Quicker than expected    ☐ Never received

*5. Helpfulness of pharmacy to answer your questions concerning prescription was...*

☐ Less than expected    ☑ As expected    ☐ More than expected    ☐ Consistently more

*6. The overall satisfaction of your experience was...*

☐ Less than expected    ☐ As expected    ☑ More than expected    ☐ Consistently more

*Comments / Testimonial:*

Thank you very much for taking time to complete this survey.  Your feedback is valued and very much appreciated!

_____
Patient Signature

*Product Satisfaction Survey • January 1, 2014*

1

CONFIDENTIAL

GX613.031

KEN003534

DOJ•_18CR368-0124261

OmniMD - Physician Empowered   »   CDA Document List                    Page 1 of 1

**Omni** MD
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | ⚙ | Open Items | Messages [4 : 0] ✉ | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

≪≪ **CDA Document List**

| Bartis, Ryan | Sex | Male | DOB | | Age 44 yrs |
| Chart # RYABA0001 | SSN # | | Phone | (H) | |

Add CDA Document Request
Send CDA

**Referral File Outgoing(CDA and Others)**

| Patient Name | Date Of Service | Reason | Sent To | Clinic Name | Sent By | Created Date |
|---|---|---|---|---|---|---|
| Bartis, Ryan | 12/10/2013 2:45 PM | Clinical Summary | Ms. Maries Laurel | Colleen I Kennedy, MD, PA | Ms. Maries Laurel | 10/23/2015 12:45 PI |

☑ CDA Files  ☑ Other Files
**Referral File Incoming(CDA and Others)**

| Patient Name | Reason | Received From | Clinic Name | Document Type | Created Date |
|---|---|---|---|---|---|
| No Document Found. | | | | | |

HELP      Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by ⓘ
click to verify

**CONFIDENTIAL**                    **KEN003535**

GX613.032                          DOJ•_18CR368-0124262

Visit Report - Bartis, Ryan - 12/10/2013 2:45 PM(CST) (OmniMD)          Page 1 of 1

| Patient : **Bartis, Ryan** | Sex    : Male |
|---|---|

Chart# : RYABA0001          DOB    :
Phone  : ████████(H),     Address : ████████, Forney, Texas
Ref By :

DOS : **12/10/2013 2:45 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**

**VITAL SIGNS**
**Height** 70 inch  177 cm
**Weight** 205 lbs  93.0 Kg
**BMI**   29.4 Kg/m$^2$ Abnormal

### FOLLOW UP NOTE

**Patient Name:** Bartis, Ryan
**Chart Number:** RYABA0001
**Date of Service:** 12/10/2013 2:45 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___   BP: ___/___   Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight:   Change:

**Current Medications:**

**Note:**   c/o of joint pains and low back pains, has hx cuts/scarring with poor cosmetic healing-called in compound scar reduction cream and pain/inflammation cream

**Impression:**   scarring with poor healing, joint pain, low back pain

**Plan:**   apply compound scar reduction cream  and pain/inflammation cream to affected area prn

**F/U in:** as needed

**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

CONFIDENTIAL                                    KEN003536
GX613.033                           DOJ•_18CR368-0124263

| Patient Name | | DOB | | Rep # |
|---|---|---|---|---|
| RYAN BARTIS | | | | |

| Home Phone | Cell Phone | **Insurance Information** |
|---|---|---|

| | | Provider  CVS CAREMARK |
|---|---|---|

| Address | | Member ID #  255681 |
|---|---|---|

| City  Forney | State  TX | Zip  75126 | SS # |
|---|---|---|---|

| Allergies | Diagnosis | Bin #  610029 | Group #  PEPRX |
|---|---|---|---|

## Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _____     Date 12/12/13

---

☒ **Scar Reduction Cream**

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction.  (*PracaSil™-Plus*)

___60GMS  ___120GMS  ☒240GMS    Refills  1  2  3  4  5  (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

☐ **Psoriasis / Eczema Cream**

Apply 1-2 grams to affected area 3-4 times daily.

___4GMS  ___8GMS  ___12GMS    Refills  1  2  3  4  5  prn

Fluticasone  1%, Methylcobalamin  0.042%, Coenzyme Q10  2.4%, Vitamin D3  0.03%, Tretinoin  0.012%

---

☒ **Pain Cream**

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

___60GMS  ___120GMS  ☒240GMS    Refills  1  2  3  4  5  (prn)

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

3_Prescrip-Kennedy-One_Sheet-v3b

**CONFIDENTIAL**
GX613.034

OmniMD - Physician Empowered   »   Patient Dashboard

Page 1 of 1

**Omni MD**
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

| Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Patient Dashboard

**Bartis, Samuel**

Forney, Texas - 75126
SSN #         Ext. Rec#:
Phone                   (H)
DOB
Age      17 yrs 1 mth   Sex: Male
Chart# BARSA0001
Pat. Due $0.0  Print Last STMT.

Principal Provider:     **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:
— Message Alert —

History

Edit

Electronic Notes

Enter Keyword

### Patient's Primary Insurance Details

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary InsuranceRecord Exist | | | | | |

| | | | |
|---|---|---|---|
| Demographics✔ | Allergies✔ | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications✔ | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History  ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✔ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education  ▼ | | |
| Patient Portal Information  ▼ | | | | |
| Billing Note | | | | |

### Cases and Visits

New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 12/10/2013  3:00 PM-3:15 PM  TUE | np | Ms. Maries Laurel | | |

### Patient's Recent and Upcoming Health Alerts

Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

### Patient's Future Appointments

Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:  Growth Charts

Delete Patient

HELP      Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by thawte
click to verify
2018-01-12

CONFIDENTIAL                                        KEN003538
GX613.035
DOJ•_18CR368-0124265

OmniMD - Physician Empowered   »   Patient Personal Record                    Page 1 of 1



**CONFIDENTIAL**                                                   **KEN003539**

GX613.036                                                DOJ•_18CR368-0124266

Visit Report - Bartis, Samuel - 12/10/2013 3:00 PM(CST)    (OmniMD)                    Page 1 of 2

Patient : **Bartis, Samuel**       Sex      : Male

Chart# : BARSA0001           DOB      :
Phone  :           (H),     Address  :            , Forney, Texas 75126
Ref By :

DOS : **12/10/2013 3:00 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**
Current Medication               Dosage        Frequency    Duration     Reason
Singulair

**VITAL SIGNS**
**Height**  68 inch  172 cm
**Weight**  190 lbs  86.2 Kg
**BMI**     28.9 Kg/m$^2$ Abnormal

**FOLLOW UP NOTE**

**Patient Name:** Bartis, Sam
**Chart Number:** BARSA0001
**Date of Service:** 12/10/2013 3:00 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___   Current Weight: ___   Change:

**Current Medications:**

**Note:**    scarring from old cuts/injuries with poor cosmetic healing, called in compound scar reduction cream

**Impression:**    scarring with poor healing outcome

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

  **Diagnoses**

  **DIAGNOSES**

  **Procedures**

CONFIDENTIAL                                KEN003540
                                GX613.037                      DOJ•_18CR368-0124267

Visit Report - Bartis, Samuel - 12/10/2013 3:00 PM(CST)     (OmniMD)                    Page 2 of 2

**PROCEDURES**

**Disposition**

**CONFIDENTIAL**                    **KEN003541**

GX613.038                           DOJ•_18CR368-0124268

OmniMD - Physician Empowered   »   Allergies                                    Page 1 of 1

Omni **M**
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | Guidelines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

### Allergies

| Bartis, Samuel | Sex  Male | DOB █████ | Age  17 yrs 1 mth |
|---|---|---|---|
| Chart # BARSA0001 | SSN # | Phone ████ (H) | |

**Show More Details**

☐ No Known Allergies (Food, Environmental, Immunization and others)

**Food & Environmental Allergens** | **Intolerance** | **Reaction** | **Severity** | **Last Occurrence** | **Current Status**

| ----Food & Environmental Allergies---- | | | Low ▾ | | Active ▾ |

Add

☑ NKDA (No Known Drug Allergy)

**Drug Allergens**

**Drug** | **Drug Classification** | **Intolerance** | **Reaction** | **Severity** | **Last Occurrence** | **Current Status**

| | ----Allergies---- | | | Low ▾ | | Active ▾ |

Add

**Immunization Allergens** | **Intolerance** | **Reaction** | **Severity** | **Last Occurrence** | **Current Status**

| ---- Immunization Allergies--- | | | Low ▾ | | Active ▾ |

Add

**Other Allergens** | **Intolerance** | **Reaction** | **Severity** | **Last Occurrence** | **Current Status**

| | | | Low ▾ | | Active ▾ |

Add

**Allergy Review History**
Last Reviewed by, **Ms. Robie Hansen**
on **10/22/2015 10:37 AM**

Notes: Reviewed

Reviewed And Save

**Drug Interactions**

| Severity | **Drug-Drug Interactions** |
|---|---|
| | No Drug-Drug Interactions exists |
| Severity | **Drug-Disease Interactions** |
| | No Drug-Disease Interactions exists |
| Severity | **Drug-Allergy Interactions** |
| | No Drug-Allergy Interactions exists |

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by ⊕thawte
click to verify
2018-01-12

CONFIDENTIAL                                              KEN003542

GX613.039                                              DOJ•_18CR368-0124269

OmniMD - Physician Empowered   »   Current Medications                                           Page 1 of 1

Omni **MD**
Version 14.0

**Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, Colleen I Kennedy, MD, PA**

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | | Open Items | Messages [4 : 0] | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Current Medications**

| Bartis, Samuel | Sex | Male | DOB | | Age 17 yrs 1 mth |
| Chart # BARSA0001 | SSN # | | Phone | | (H) |

**Print All**
**Print Pre-Existing & Active Medications**
**Print Pre-Existing Medications Only**

**Surescripts Rx history**

☐ Patient denies pre-existing medications

**Add / Edit Pre-Existing Medications**

| Drug *(enter first few characters)* | Strength | Dosage | Frequency | From | - Duration - | To | Reason | | Clr |
| | --Select-- | | ▼ | | | | | | Add |

Note : Please select drug from drug list, so, system will provide interaction information.

| Pre-Existing Medications | Dosage | Frequency | Duration | Reason | Action |
| Singulair | | | | | 📝  Edit  Stop  Renew |

| Active Medications from Rx | Dosage | Frequency | Duration | Last Modify by/Reason | Action |
| No Drug exist in Active Medications from Rx | | | | | |

Show Inactive & Disabled

HELP      Help Desk: 914.332.5590  | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by Ⓣthawte
click to verify
2018-01-12

**CONFIDENTIAL**                                                **KEN003543**

GX613.040

DOJ•_18CR368-0124270

Patient Name: _Samuel Bartis_

Please complete the following questionnaire. Thank you for your time.

**Patient Needs Questionnaire**

1. *Are you currently experiencing pain from injury or surgery?* ☑ *Yes* ☐ *No*

2. *If yes, what is the severity of the pain?* ☑ *Mild* ☐ *Moderate* ☐ *Severe*

3. *Do you have scars or stretch marks that you would like to see reduced?* ☑ *Yes* ☐ *No*

4. *Do you have concerns about skin irritations?* ☐ *Yes* ☑ *No*

5. *Do you have non-healing wounds?* ☑ *Yes* ☐ *No*

6. *Are you experiencing nausea on a recurring basis?* ☐ *Yes* ☑ *No*

7. *If yes, what is the severity of the nausea?* ☐ *Mild* ☐ *Moderate* ☐ *Severe*

8. *Are you concerned about old scars or new scars after surgery?* ☑ *Yes* ☐ *No*

9. *Do you have trouble healing after surgery?* ☐ *Yes* ☑ *No*

10. *You will be prescribed pain medication after surgery. Are you interested in topical medication to rub on the affected area rather than taking oral medication?* ☑ *Yes* ☐ *No*

11. *You will be prescribed nausea medication after surgery. Are you interested in topical medication rather than taking oral medication?* ☑ *Yes* ☐ *No*

12. *Please list all other medical conditions or important information not mentioned.*

_____

_____

Comments/Additional Needs or Concerns:

_____

Patient Signature

**CONFIDENTIAL**                          **KEN003544**
GX613.041                          DOJ•_18CR368-0124271

Patient Name: _Samuel Bartis_

**Product Satisfaction Survey**

Please complete the following Product Satisfaction Survey based on the compound medication you were recently prescribed. Thank you for your time.

Compound Medication(s) Prescribed:
- o  Pain Cream
- ✓ Scar Cream
- o  Nausea Cream
- ✓ Psoriasis Cream
- o  Wound Cream
- o  Acne Cream
- o  Hair Gel
- o  Other_____

---

**1.  Did the prescription deliver the results and quality that were anticipated?**

☐ Less than expected      ☐ As expected      ☒ More than expected      ☐ Consistently more

**2.  Ease of use/application of the prescription was...**

☐ Less than desirable      ☒ As expected      ☐ Better than expected      ☐ Consistently better

**3.  Ease and timeliness of receiving the prescription was ...**

☐ Less than expected      ☒ As expected      ☐ More than expected      ☐ Consistently more

**4.  Communication from the pharmacy regarding status of prescription request was...**

☐ Slower than expected      ☒ As expected      ☐ Quicker than expected      ☐ Never received

**5.  Helpfulness of pharmacy to answer your questions concerning prescription was...**

☐ Less than expected      ☒ As expected      ☐ More than expected      ☐ Consistently more

**6.  The overall satisfaction of your experience was...**

☐ Less than expected      ☒ As expected      ☐ More than expected      ☐ Consistently more

*Comments / Testimonial:*

Thank you very much for taking time to complete this survey.  Your feedback is valued and very much appreciated!

Patient Signature

*Product Satisfaction Survey • January 1, 2014*                                                  1

**CONFIDENTIAL**

GX613.042

Visit Report - Bartis, Samuel - 12/10/2013 3:00 PM(CST) (OmniMD)                Page 1 of 2

| Patient : **Bartis, Samuel** | Sex   : Male | |
|---|---|---|
| Chart# : BARSA0001 | DOB   : ███ | |
| Phone   : ███████(H), | Address : ███████ | , Forney, Texas 75126 |
| Ref By : | | |

DOS : **12/10/2013 3:00 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall

Chief Complaint: **Np**

Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**

| Current Medication | Dosage | Frequency | Duration | Reason |
|---|---|---|---|---|
| Singulair | | | | |

**VITAL SIGNS**

**Height**  68 inch  172 cm

**Weight**  190 lbs  86.2 Kg

**BMI**  28.9 Kg/m$^2$ Abnormal

**FOLLOW UP NOTE**

**Patient Name:** Bartis, Sam
**Chart Number:** BARSA0001
**Date of Service:** 12/10/2013 3:00 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___   BP: ___/___   Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight: ___   Change:

**Current Medications:**

**Note:**   scarring from old cuts/injuries with poor cosmetic healing, called in compound scar reduction cream

**Impression:**   scarring with poor healing outcome

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

https://www8.omnimd.com/jsp/EMRViewVisitDocument.jsp?forwardFile=/PCEMR/Visi...   10/23/2015

**CONFIDENTIAL**                **KEN003546**

GX613.043

DOJ•_18CR368-0124273

Visit Report - Bartis, Samuel - 12/10/2013 3:00 PM(CST) (OmniMD)          Page 2 of 2

**Procedures**

**PROCEDURES**

**Disposition**

CONFIDENTIAL          KEN003547

GX613.044          DOJ•_18CR368-0124274

| Patient Name | | DOB |
|---|---|---|
| SAM BARTIS | | ▮ |

**Home Phone** | **Cell Phone** ▮

**Address** ▮

| City | State | Zip |
|---|---|---|
| Forney | TX | 75126 |

**Allergies** | **Diagnosis**

| Rep # | |
|---|---|

**Insurance Information**

**Provider** CVS CAREMARK

**Member ID #** 255681

**SS #** ▮

| Bin # | Group # |
|---|---|
| 610029 | PEPRX |

---

## Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087
214-775-1356 (office)   214-613-2231 (fax)
Lic#: M7325
NPI#: 1508897810

Signature _(signed)_          Date 2/12/13

---

☒ **Scar Reduction Cream**

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction.  (*PracaSil™-Plus*)

__60GMS  __120GMS  X 240GMS    Refills  1  2  3  4  5  (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

☒ **Psoriasis / Eczema Cream**

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS  __8GMS  X ~~12GMS~~    Refills  1  2  3  4  5  (prn)
                  240GMS ck

Fluticasone  1%, Methylcobalamin  0.042%, Coenzyme Q10  2.4%, Vitamin D3  0.03%, Tretinoin  0.012%

---

☐ **Pain Cream**

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS  __120GMS  __240GMS    Refills  1  2  3  4  5  prn

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

1_Prescrip-Kennedy-One_Sheet-v3b

CONFIDENTIAL          KEN003548

GX613.045          DOJ•_18CR368-0124275

OmniMD - Physician Empowered   »   Patient Dashboard

Page 1 of 1

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, **Colleen I Kennedy, MD, PA**

Omni MD
Version 14.0

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | 👥 | **Open Items** | Messages [4 : 0] ✉ | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

**Patient Dashboard**

**Bartis, Zacharhy**
Forney, Texas - 75126
SSN #          Ext. Rec#:
Phone                      (H)
DOB
Age        14 yrs 5 mths   Sex: Male
Chart # BARZA0001   Pat. Due $0.0 Print Last STMT.

Principal Provider:      **Dr. Colleen Kennedy** Health Record
Referring Provider:
Pri. Care Provider:
Unread Messages:
**Message Alert**

History

Edit

Electronic Notes

Enter Keyword  🔍 ℹ️

**Patient's Primary Insurance Details**

| Payer / Policy | Group / Plan | Member/ Subscriber | Validity | Co-Pay Details | Action |
|---|---|---|---|---|---|
| No Primary InsuranceRecord Exist | | | | | |

| | | | | |
|---|---|---|---|---|
| Demographics✔ | Allergies✔ | OmniMD Rx History | Transcriptions | Messages |
| Insurance Records | Current Medications | All Rx History | Referrals | CDA |
| Eligibility Info | Medical History ▼ | Rx Refills | Form Records | Lock Users |
| Advance Directives | Family History | Rx Change Requests | Scanned Documents✔ | Super Bills |
| Patient Confidentiality | Social History | Lab/Radiology Orders | Patient Flow Sheet | Patient Ledger |
| Patient Annotations | Immunization | Lab/Radiology Test Results | Active Problem List | |
| Patient Activity History | HIPAA Disclosure | Progress Report | Pending Immunizations | Patient Contact |
| Incoming Referral File | Amendment | Patient Education ▼ | | |
| Patient Portal Information ▼ | | | | |
| Billing Note | | | | |

**Cases and Visits**                                                                 New Case/Visit

| Date of Service | Chief Complaint | Attending Provider | Progress ℹ️ 📷 | Action |
|---|---|---|---|---|
| Case: np | | | | |
| 12/10/2013  1:45 PM-2:00 PM  TUE | np | Ms. Maries Laurel | | |

**Patient's Recent and Upcoming Health Alerts**                                    Add Health Alert

| Applicable | Category | Health Alert | Status | Action | Communication Type |
|---|---|---|---|---|---|

**Patient's Future Appointments**                                                         Print

| Dt.of Service | Chief Complaint | Provider | Procedures |
|---|---|---|---|

Charts & Reports:  Growth Charts

Delete Patient

HELP      Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by
click to verify
2018-01-12

**CONFIDENTIAL**                          KEN003549

GX613.046

DOJ•_18CR368-0124276

OmniMD - Physician Empowered   »   Patient Personal Record                     Page 1 of 1



CONFIDENTIAL                                     KEN003550

GX613.047                                                        DOJ•_18CR368-0124277

Visit Report - Bartis, Zacharhy - 12/10/2013 1:45 PM(CST)     (OmniMD)                    Page 1 of 2

Patient : **Bartis, Zacharhy**      Sex     : Male

Chart# : BARZA0001           DOB     :  ▮▮▮▮▮▮
Phone  : ▮▮▮▮▮▮(H),      Address : ▮▮▮▮▮▮, Forney, Texas 75126
Ref By :

DOS : **12/10/2013 1:45 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**

**VITAL SIGNS**
**Height** 58 inch  147 cm
**Weight** 80 lbs  36.3 Kg
**BMI**     16.7 Kg/m$^2$ Abnormal

**FOLLOW UP NOTE**

**Patient Name:** Bartis, Zacharhy
**Chart Number:** BARZA0001
**Date of Service:** 12/10/2013 1:45 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___  BP: ___/___  Pulse Rate: ___  O2 Sat:
Starting Weight: ___  Current Weight: ___   Change:

**Current Medications:**

**Note:**    hx of eczema, scarring from itching and scratching from eczema-called in compound scar reduction cream

**Impression:**   eczema

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
  **Prescriptions and Lab Orders**

  Diagnoses

  **DIAGNOSES**

  Procedures

  **PROCEDURES**

  Disposition

**CONFIDENTIAL**                    **KEN003551**
GX613.048                    DOJ•_18CR368-0124278

Case 4:18-cr-00368   Document 533-72   Filed on 07/22/23 in TXSD   Page 49 of 54

CONFIDENTIAL

KEN003552

GX613.049

DOJ•_18CR368-0124279

OmniMD - Physician Empowered   »   Allergies                    Page 1 of 1

Omni MD
Version 14.0

Dr. Colleen Kennedy, M.D., Baylor Dallas Clinic, Colleen I Kennedy, MD, PA

Patients | Transcriptions | Appointments | Charge Capture | Prescriptions | Labs/Radiology | Documents | Forms | Referrals | CMS Incentive Program | Billing |

Today's List | ☆ | Open Items | Messages [4 : 0] ✉ | Health Alerts | My Profile | Clinic | GuideLines | Updates | Practice Portal | File Checksum | Upload Certificate | MU Documentation | View Fax Status | Logout

◄◄◄ | Allergies

| Bartis, Zacharhy | Sex | Male | DOB | | Age 14 yrs 5 mths |
| Chart # BARZA0001 | SSN # | | Phone | | (H) |

Show More Details

☐ No Known Allergies (Food, Environmental, Immunization and others)

**Food & Environmental Allergens**    Intolerance    Reaction    Severity    Last Occurrence    Current Status

----Food & Environmental Allergies----     Low ▾     Active ▾

Add

☑ NKDA (No Known Drug Allergy)

**Drug Allergens**

Drug    Drug Classification    Intolerance    Reaction    Severity    Last Occurrence    Current Status

----Allergies---- ▾     Low ▾     Active ▾

Add

**Immunization Allergens**    Intolerance    Reaction    Severity    Last Occurrence    Current Status

---- Immunization Allergies--- ▾     Low ▾     Active ▾

Add

**Other Allergens**    Intolerance    Reaction    Severity    Last Occurrence    Current Status

Low ▾     Active ▾

Add

**Allergy Review History**
Last Reviewed by, Ms. Robie Hansen
on 10/22/2015 10:38 AM

Notes: Reviewed

Reviewed And Save

| Drug Interactions | |
| Severity | **Drug-Drug Interactions** |
| | No Drug-Drug Interactions exists |
| Severity | **Drug-Disease Interactions** |
| | No Drug-Disease Interactions exists |
| Severity | **Drug-Allergy Interactions** |

HELP    Help Desk: 914.332.5590 | Report a Problem | ICD-10 Transition Feedback | Feedback

Copyright © 2018 OmniMD. All Rights Reserved. OmniMD™ is a trademark of ISM, Inc.

Secured by ⬠ thawte
click to verify
2018-01-12

CONFIDENTIAL                    KEN003553

GX613.050                                        DOJ•_18CR368-0124280

**Patient Name:** _Zachary Bartis_

Please complete the following questionnaire. Thank you for your time.

_Patient Needs Questionnaire_

1. *Are you currently experiencing pain from injury or surgery?* ☑ *Yes* ☑ *No*

2. *If yes, what is the severity of the pain?* ☑ *Mild* ☐ *Moderate* ☐ *Severe*

3. *Do you have scars or stretch marks that you would like to see reduced?* ☐ *Yes* ☑ *No*

4. *Do you have concerns about skin irritations?* ☑ *Yes* ☐ *No*

5. *Do you have non-healing wounds?* ☐ *Yes* ☑ *No*

6. *Are you experiencing nausea on a recurring basis?* ☐ *Yes* ☑ *No*

7. *If yes, what is the severity of the nausea?* ☐ *Mild* ☐ *Moderate* ☐ *Severe*

8. *Are you concerned about old scars or new scars after surgery?* ☐ *Yes* ☑ *No*

9. *Do you have trouble healing after surgery?* ☐ *Yes* ☑ *No*

10. *You will be prescribed pain medication after surgery. Are you interested in topical medication to rub on the affected area rather than taking oral medication?* ☑ *Yes* ☐ *No*

11. *You will be prescribed nausea medication after surgery. Are you interested in topical medication rather than taking oral medication?* ☐ *Yes* ☑ *No*

12. *Please list all other medical conditions or important information not mentioned.*

Comments/Additional Needs or Concerns:

Patient Signature

CONFIDENTIAL
GX613.051

KEN003554

DOJ•_18CR368-0124281

Patient Name: _Zachary Bartis_

**Product Satisfaction Survey**

Please complete the following Product Satisfaction Survey based on the compound medication you were recently prescribed. Thank you for your time.

Compound Medication(s) Prescribed:
- ☑ Pain Cream
- ○ Scar Cream
- ○ Nausea Cream
- ☑ Psoriasis Cream
- ○ Wound Cream
- ○ Acne Cream
- ○ Hair Gel
- ○ Other_____

*1. Did the prescription deliver the results and quality that were anticipated?*

☐ Less than expected   ☐ As expected   ☑ More than expected   ☐ Consistently more

*2. Ease of use/application of the prescription was...*

☐ Less than desirable   ☑ As expected   ☐ Better than expected   ☐ Consistently better

*3. Ease and timeliness of receiving the prescription was ...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

*4. Communication from the pharmacy regarding status of prescription request was...*

☐ Slower than expected   ☑ As expected   ☐ Quicker than expected   ☐ Never received

*5. Helpfulness of pharmacy to answer your questions concerning prescription was...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

*6. The overall satisfaction of your experience was...*

☐ Less than expected   ☑ As expected   ☐ More than expected   ☐ Consistently more

*Comments / Testimonial:*

Thank you very much for taking time to complete this survey.  Your feedback is valued and very much appreciated!

Patient Signature

CONFIDENTIAL
GX613.052

KEN003555

DOJ•_18CR368-0124282

Visit Report - Bartis, Zacharhy - 12/10/2013 1:45 PM(CST) (OmniMD)                     Page 1 of 1

---

Patient : **Bartis, Zacharhy**      Sex    : Male

Chart# : BARZA0001         DOB    :  ▮▮▮▮▮
Phone  : ▮▮▮▮▮▮▮(H),   Address : ▮▮▮▮▮▮▮  Forney, Texas 75126
Ref By :

DOS : **12/10/2013 1:45 PM(CST)** (15 mins ),   Location: CIK Business Office Rockwall
Chief Complaint: **Np**
Attended By: Ms. Maries Laurel (214-775-1356)

Employer:

**Allergies**
**No Known Drug Allergies.**

**Intolerance**
No Intolerance Recorded

**Current Medications**

**VITAL SIGNS**
**Height**  58 inch  147 cm
**Weight**  80 lbs  36.3 Kg
**BMI**    16.7 Kg/m$^2$ Abnormal

**FOLLOW UP NOTE**

**Patient Name:** Bartis, Zacharhy
**Chart Number:** BARZA0001
**Date of Service:** 12/10/2013 1:45 PM(CST)

**Procedure Performed:**

**Vitals:**
Temp: ___   BP: ___/___   Pulse Rate: ___   O2 Sat:
Starting Weight: ___   Current Weight:    Change:

**Current Medications:**

**Note:**    hx of eczema, scarring from itching and scratching from eczema-called in compound scar reduction cream

**Impression:**   eczema

**Plan:**   apply compound scar reduction cream to affected area prn

**F/U in:** as needed
**Prescriptions and Lab Orders**

**Diagnoses**

**DIAGNOSES**

**Procedures**

**PROCEDURES**

**Disposition**

CONFIDENTIAL                    KEN003556
GX613.053                      DOJ•_18CR368-0124283

| Patient Name | DOB | | Rep # |
|---|---|---|---|
| ZAC BARTN | ███████ | | |

**Insurance Information**

| Home Phone | Cell Phone | Provider |
|---|---|---|
| | ███████ | CVS CAREMARK |

| Address | ███████ | Member ID # |
|---|---|---|
| | | 255681 |

| City | State | Zip | SS # |
|---|---|---|---|
| FORNEY | TX | 75126 | ████████ |

| Allergies | Diagnosis | Bin # | Group # |
|---|---|---|---|
| | | 610029 | PEPRX |

### Colleen Kennedy, MD

1309 Ridge Rd. Suite 109, Rockwall, TX 75087

214-775-1356 (office)   214-613-2231 (fax)

Lic#: M7325

NPI#: 1508897810

Signature _____   Date 12/12/13

---

☒ **Scar Reduction Cream**

Apply up to 4 GMS twice daily for 10-14 weeks for scar reduction.  (*PracaSil™-Plus*)

__60GMS  __120GMS  ☒240GMS   Refills  1  2  3  4  5 (prn)

Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.05%, Prilocaine 3%, Gabapentin 15%

---

☒ **Psoriasis / Eczema Cream**

Apply 1-2 grams to affected area 3-4 times daily.

__4GMS  __8GMS  ☒12GMS   Refills  1  2  3  4  5 (prn)
                    240 GMS st

Fluticasone  1%, Methylcobalamin 0.042%, Coenzyme Q10  2.4%, Vitamin D3  0.03%, Tretinoin  0.012%

---

☐ **Pain Cream**

Apply one application (one pump or 1-2 grams) 3-4 times daily as needed for pain.

__60GMS  __120GMS  __240GMS   Refills  1  2  3  4  5  prn

Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%

3_Prescrip.Kennedy-One_Sheet-v3b

CONFIDENTIAL

GX613.054

KEN003557

DOJ•_18CR368-0124284