*[Prescriber's Letterhead]*
*[include practice address, phone and fax]*
*[Prescriber's NPI and DEA numbers]*

*[Date]*

*[Addressee]*

RE:     <u>Attestation Regarding My Patient's Prescription Order</u>

Dear Sir/Madam,

I, the undersigned physician, prescribed the below-listed order for my patient, the prescription for which have been ordered to _____, located at _____:

- Patient's Name: _____
- Patient's Date of Birth: _____
- Patient's Address: _____
- Medication Prescribed: _____
- Prescription Date/Date of Service: _____
- Medication Strength: _____
- Directions for Use: _____
- Quantity Ordered: _____
- Number of Refills: _____

Should you have any questions, please do not hesitate to contact me at _____.

Sincerely yours,

*[must be signed by the prescriber]*

GX614.001

**GOVERNMENT EXHIBIT**
**614**
4:18-CR-368