# Re: Dr. Owen Travel to Houston for Visit with Omni (8/8 and 8/9)

**From:** Scott Breimeister <sbreimeister@sbcglobal.net>
**To:** Weston Black <westonjblack@gmail.com>
**Cc:** Consulting <southardconsulting@gmail.com>; Brad Madrid <brad@pharmsmgmt.com>
**Date:** Wed, 09 Jul 2014 03:53:04 +0000

That's fine with me.

Ill pay him though my llc.

No problem.

Sent from my iPad

On Jul 8, 2014, at 10:13 PM, Weston Black <westonjblack@gmail.com> wrote:

> I agree Chad.
>
> Let's do this... Scott, per our discussion today if you will cover the cost of the SW ticket ($500), I will reimburse Dr. Owen the additional $250 to fly private. Let me know if this works. Thanks again.
>
> WJB
> 214.244.4279
>
> On Tue, Jul 8, 2014 at 9:56 PM, Consulting <southardconsulting@gmail.com> wrote:
>> He really needs to travel via sw airlines or we compensate him the cost of the sw flight. My vote.
>>
>> Chad R. Southard
>>
>> > On Jul 8, 2014, at 9:43 PM, Weston Black <westonjblack@gmail.com> wrote:
>> >
>> > Scott,
>> >
>> > Thanks for your time today. It was good to connect. I reach out to Dr. Owen and he would prefer to fly private instead of commercial (where he may have to go through Dallas)... He said SW is $518 but he can fly private for $750. Let me know if you are okay with paying for him to fly private instead? Please advise.
>> >
>> > His practice closes at 12p on Friday so it's no problem getting in early.
>> > Weston J. Black
>> > 214.244.4279
>
> --
> Weston J. Black
> 214.244.4279

**GOVERNMENT EXHIBIT**
**621**
4:18-CR-368

GX621.001
DOJ_BLACKEMAILS-0000014660-1
DOJ_BLACKEMAILS-0000014660