# Re: Investor Oppty

| | |
|---|---|
| From: | Jesse Head <jessethead@gmail.com> |
| To: | Chad Southard <southardconsulting@gmail.com> |
| Cc: | Weston Black <westonjblack@gmail.com> |
| Date: | Fri, 25 Jul 2014 19:34:11 +0000 |

Thanks for the info. That's extremely helpful.

On Jul 25, 2014, at 2:25 PM, Chad Southard <southardconsulting@gmail.com> wrote:

> Jesse, I would use this when you need to but also understand this is an opportunity for major prescribers. Guys doing 20-25 scripts for a a period of 6 months or so. If you have someone interested we can schedule a visit, see the pharmacy etc. But be very careful as well. We do not want to create a sense that it is attainable without alot of prescribing. Thanks
>
> On Thu, Jul 24, 2014 at 9:42 PM, Weston Black <westonjblack@gmail.com> wrote:
>> Jesse,
>>
>> You bet. Dangle the investment carrot is a great strategy and should be utilized often. I just wanted to clarify in case you weren't clear on how it works.
>>
>> BTW, I hear you had a few other RX's come in. Great job amigo. Keep it up and let me know when I can help.
>>
>> WJB
>>
>> On Thu, Jul 24, 2014 at 9:19 PM, Jesse Head <jessethead@gmail.com> wrote:
>>> Thanks, Weston.
>>>
>>> He is aware that he needs to write more. However, I don't want to put the cart before the horse.
>>>
>>> Have you guys had success dangling the investment oppty as a carrot to docs so that they generate more scripts? I realize that this goes against the spirit of being an investor.
>>>
>>> He's my friend; but this is business. No hard feelings if he doesn't write.
>>>
>>> Thanks, guys.
>>>
>>> His info:
>>>
>>> G Rawleigh Fisher, M.D., D.D.S.
>>> 2010 Oak Park Blvd
>>> Lake Charles, LA 70601
>>> 337.478.0468
>>>
>>> On Jul 24, 2014, at 7:33 PM, Weston Black <westonjblack@gmail.com> wrote:
>>>
>>>> Jesse,
>>>>
>>>> I am glad to hear he your friend is interested in the investment opportunity with Omni. Send me his address and I will send him an investment packet for review.
>>>>
>>>> As an FYI... He needs to start writing more RX's to make sure it is a good fit for him and his patients before Omni can offer an investment opportunity. Typically it is at least 6 months of writing RX's before a provider is offered the opportunity to invest. Let me know if there is anything additionally I can do to help.
>>>>
>>>> WJB
>>>>
>>>> ---------- Forwarded message ----------
>>>> From: **Jesse Head** <jessethead@gmail.com>
>>>> Date: Thu, Jul 24, 2014 at 5:51 PM
>>>> Subject: Investor Oppty

**GOVERNMENT EXHIBIT 622** 4:18-CR-368

GX622.001

DOJ_BLACKEMAILS-0000016115-1    DOJ_BLACKEMAILS-0000016115

To: Weston Black <westonjblack@gmail.com>

Weston,

This is a text from my doctor buddy in Louisiana. I copied and sent it to you in a text, but just remembered that you took your phone swimming. So, here it is again:

From my doctor buddy (he is SLOWLY coming around to writing): I need it on paper with reimbursement schedule. I want 1st reimbursement level stock. My CFP/atty needs to review and approve.

Weston J. Black
214.244.4279

--
Weston J. Black
214.244.4279

--
Chad R. Southard
FACHE, FHFMA, CALM, CASC, CMPE, LNFA
Manager
Southard Consulting, LLC
15807 CR 1870
Lubbock, TX 79424
(806) 789-7424