**From:** Weston Black <westonjblack@gmail.com>
**Date:** October 21, 2014 at 10:42:58 AM CDT
**To:** Jesse Head <jessethead@gmail.com>, Maral Amiri <maral.amiri123@gmail.com>, Mindy Rawlinson <mindy.rawlinson@gmail.com>, Tracy Fike <tracylfike@gmail.com>, Sheri Birmingham <sherilbirmingham@gmail.com>, "paige@interowestave.com" <paige@interowestave.com>, Carl Negley <cnegley4@gmail.com>, Jami Turk <jamiturk@gmail.com>, Heather Sholl <heatherxfit@gmail.com>, vicki tipton <vtipton0823@gmail.com>, Mary Katherine Jones <marykatherinedjones@gmail.com>, Jen Wylie <jenwylietx@gmail.com>, Ginger Giles <gingerleegiles@gmail.com>, Claudia Davis <davis.claudia@att.net>
**Cc:** Leslie Luttrell <luttrellleslie@gmail.com>, Chad Southard <southardconsulting@gmail.com>, Brad Madrid <brad@pharmsmgmt.com>, wblack@intuitive-healthcare.com
**Subject: 3rd call patients - auto ship RX**

Team,

Just a reminder that Omni is shipping the RX after the 3rd attempt to reach the patient.  This is great but please do NOT socialize this to your providers as it is still very important that the provider coaches the patient to answer the phone.  Engaging the patient is the best way to make sure the entire RX process is a success and there are no commission drawbacks. The best way to make sure this is successful to have someone in the practice connect the patient to the pharmacy prior to finalizing the visit.  Keep pushing and let us know if we can help.

Sincerely,

Weston J. Black
214.244.4279

1

**GOVERNMENT
EXHIBIT**
**627**
**4:18-CR-368**