**From:** Chad Southard <southardconsulting@gmail.com>
**Date:** January 14, 2015 at 8:20:09 AM CST
**To:** Jen Wylie <jenwylietx@gmail.com>
**Cc:** "<vtipton0823@gmail.com>" <vtipton0823@gmail.com>, Leslie Luttrell <luttrellleslie@gmail.com>, "wjblack@gmail.com" <wjblack@gmail.com>
**Subject: Re:**

She can disregard the bill. They have to send a bill per law.

On Tue, Jan 13, 2015 at 10:32 PM, Jen Wylie <jenwylietx@gmail.com> wrote:
> The pharmacy is required by law to send a bill if the patient has a co-pay or deductible, however Omni only sends one bill, does not follow it up with another bill or phone call and does not have a collections department. You've probably heard this mentioned before at both the Houston and San Antonio trainings. She can disregard the bill.
>
> -Jen
>
> On Jan 13, 2015, at 10:20 PM, <vtipton0823@gmail.com> <vtipton0823@gmail.com> wrote:
>
>> Jen:
>>
>> I received a call from Clarissa Moncado who is Glynda Dallas's MA @ Women's Medical Center. She has received her hair solution and scar gel that was processed in December, but received a bill for $75 today. Would you mind checking on this to see why she received this. I do believe that her meds were covered by her insurance. Also, Dr. Cross's nurse @ Women's Medical Center ordered her scar gel sometime before Christmas and as of today when I was in their office, she had not received it yet. Would you mind checking on this one also. Thanks so much.
>>
>> Vicki
>>
>> Sent from Windows Mail

--
Chad R. Southard
FACHE, FHFMA, CALM, CASC, CMPE, LNFA
Manager
Southard Consulting, LLC
15807 CR 1870
Lubbock, TX 79424
(806) 789-7424