## Re: Pharmacy shares

| | |
|---|---|
| **From:** | Jesse Head <jessethead@gmail.com> |
| **To:** | Weston Black <westonjblack@gmail.com> |
| **Date:** | Fri, 06 Feb 2015 13:55:23 +0000 |

Yall are gonna get along famously

Jesse Head
Intuitive Healthcare Solutions, LLC
303.638.2516 c
817.731.9431 f

On Feb 6, 2015, at 7:50 AM, Weston Black <westonjblack@gmail.com> wrote:

> I already love this guy and I haven't even met him.
>
> WJB
>
> On Fri, Feb 6, 2015 at 7:49 AM, Jesse Head <jessethead@gmail.com> wrote:
>> A professional through and through
>>
>> Jesse Head
>> Intuitive Healthcare Solutions, LLC
>> 303.638.2516 c
>> 817.731.9431 f
>>
>> Begin forwarded message:
>>
>>> **From:** Rawleigh Fisher <drfisher.lcofs@gmail.com>
>>> **Date:** February 6, 2015 at 7:39:12 AM CST
>>> **To:** Jesse Head <jessethead@gmail.com>
>>> **Subject: Re: Pharmacy shares**
>>>
>>> do it snoop
>>>
>>> On Thu, Feb 5, 2015 at 9:29 PM, Jesse Head <jessethead@gmail.com> wrote:
>>>> Doc,
>>>>
>>>> The pharmacy is offering you another share, available this month.
>>>>
>>>> Let me know if you're interested and I'll get the process started.
>>>>
>>>> Jesse
>>>>
>>>> Jesse Head
>>>> Intuitive Healthcare Solutions, LLC
>>>> 303.638.2516 c
>>>> 817.731.9431 f
>>>
>>> --
>>> G. Rawleigh Fisher DDS, MD
>>> Lake Charles Oral & Facial Surgery LLC
>>> 2010 Oak Park Blvd.
>>> Lake Charles, LA 70601
>>> 337.478.0468
>>> drfisher.lcofs@gmail.com

GOVERNMENT
EXHIBIT
630
4:18-CR-368

GX630.001

DOJ_BLACKEMAILS-0000008518-1    DOJ_BLACKEMAILS-0000008518

--
Weston J. Black
214.244.4279

GX630.002

DOJ_BLACKEMAILS-0000008519-2

DOJ_BLACKEMAILS-0000008519