**From:** Weston Black <westonjblack@gmail.com>
**Date:** March 5, 2015 at 7:52:35 PM CST
**To:** Rebecca Luna <myrebeccaluna@yahoo.com>
**Cc:** Jesse Head <Jessethead@gmail.com>, Leslie Luttrell <luttrellleslie@gmail.com>, Chad Southard <southardconsulting@gmail.com>
**Subject: Omni Plus Therapeutic Interchange Form**

Rebecca,

Per our conversation, please start having all providers (existing and new) sign the attached TIA. It should be submitted via email to Chad (copy the executive team) with the provider registration form for new providers / independently for existing providers. I'll be addressing this on the next team call as well. Good luck with your meeting tomorrow. Let us know how we can help.

All Compounders are under increased scrutiny from the PBM's. A specific area of contention is compound substitution. In order for Omni to effectively address substitution we are required to have a Therapeutic Exchange Form from your physicians on file. This document protects the physician, the pharmacy and you. From an efficiency standpoint it allows compound substitution to take place quickly with no associated delay in processing of prescriptions. Absent this document, delays of this nature impact the patient directly, and create a situation where the Pharmacist has to contact your physicians to gain permission for substitution. Physicians do not appreciate being contacted in this manner as it impedes their workflow greatly. We at Omni would sincerely appreciate your cooperation in satisfying this requirement and returning these documents to us. Instructions are provided below, and the document is attached to this communication.

Should you require any information on how to complete the TIA, please read below:

Page 1 Checklist:

1

GOVERNMENT
EXHIBIT
**631**
4:18-CR-368

✓ **Prescriber needs to fill out first sentence with Name and License#. Please see text from TIA below:**

As a provider who holds an active license to practice medicine as authorized by the appropriate state medical board, I, _____,

State License Number: _____ ("Prescriber"), authorize the pharmacist-in-charge ("PIC") of OmniPlus Pharmacy, or other pharmacists working under the supervisions of the PIC, all

of whom are duly licensed by the Texas State Board of Pharmacy (each a "Pharmacist"), to manage and/or treat patients under my care pursuant to this written order from me (this "Authorization")

✓ **Prescriber needs to fill out Prescriber demographics. Please see text from TIA below:**

Prescriber:

By: _____

Print Name: _____

Date: _____

Practice Name: _____

Address: _____ City, State, Zip: _____

Phone: _____ Fax: _____

✓ **Prescriber needs to initial and date all 3 pages of Exhibit A. Please see text from TIA below:**

Exhibit A. Page 1 Checklist:

2

_____   _____
Prescriber Initials    Date

Exhibit A. Page 2 Checklist:

_____   _____
Prescriber Initials    Date

Exhibit A. Page 3 Checklist:

_____   _____
Prescriber Initials    Date

Thanks,

Weston J. Black

214.244.4279


--
WJB
214.244.4279

GX631.003    DOJ_18CR368-0173857

GX631.004

DOJ_18CR368-0173858

EXHIBIT A

# Metabolic Supplements

**Originally Prescribed:**
- MS-21 (Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg)
- MS-22 (Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcysteine 250mg, Vitamin D3 1,000IU)

**Substitution:**
- MS-1 (Coenzyme Q10 75mg, Alpha Lipoic Acid 50mg, N-Acetylcysteine 250mg, Vitamin D3 1,000IU) **OR**

**Cash Substitution:**
- DA-2 (Pyridoxal 5 Phosphate 70 mg, Methylcobalamin 20 mg, Riboflavin 200 mg, Resveratrol 100mg, 5-MTHF 3mg)

**Originally Prescribed:**
- MS-31 (Resveratrol Powder 100mg, Piperine 20mg)
- MS-32 (Hydroxocobalamin 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vitamin D3 1,000IU)

**Substitution:**
- MS-1 (Coenzyme Q10 75mg, Alpha Lipoic Acid 50mg, N-Acetylcysteine 250mg, Vitamin D3 1,000IU) **OR**

**Cash Substitution:**
- DA-2 (Pyridoxal 5 Phosphate 70 mg, Methylcobalamin 20 mg, Riboflavin 200 mg, Resveratrol 100mg, 5-MTHF 3mg)

**Originally Prescribed:**
- MS-81 (Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg, Resveratrol 100mg, Piperine 10mg)
- MS-82 (Coenzyme Q10 100mg, Alpha Lipoic Acid 125mg, N-Acetylcysteine 250mg, Vitamin D3 1,000 IU, Resveratrol 100mg, Piperine 10mg)

**Substitution:**
- MS-1 (Coenzyme Q10 75mg, Alpha Lipoic Acid 50mg, N-Acetylcysteine 250mg, Vitamin D3 1,000IU) **OR**

**Cash Substitution:**
- DA-2 (Pyridoxal 5 Phosphate 70 mg, Methylcobalamin 20 mg, Riboflavin 200 mg, Resveratrol 100mg, 5-MTHF 3mg)

**Originally Prescribed:**
- KP-1 (Melatonin 3mg, Methylcobalamin 5mg, Acetylcysteine 125mg, Glutathione 50mg, Diphenhydramine 20mg, 5-HTP 150mg)

**Cash Substitution:**
- DA-1 (Melatonin 3mg, Glutathione 50mg, Acetylcysteine 125mg, Diphenhydramine 25mg)

**Originally Prescribed:**
- ADP-6 (Methylcobalamin 20mg, Coenzyme Q10 75mg, 5-HTP 100mg, Acidophilus 100mg, Bupropion 50mg, Psyllium Husk 100mg)

**Cash Substitution:**
- DA-6 (Coenzyme Q10 75mg, 5-HTP 50mg, Bupropion 50mg, Psyllium Husk 150mg, Acidophilus 100mg)

**Originally Prescribed:**
- KP-71 (Vitamin D3 20mg, Magnesium Oxide 400mg, Zinc Gluconate 69.6mg, Boron 1mg, Copper Gluconate 7.14mg, Betaine 25mg, Coenzyme Q10 100mg, 5-MTHF 5mg)

**Cash Substitution:**
- DA-71 (Vitamin D3 30mg, Magnesium Oxide 400mg, Zinc Gluconate 69.6mg, Copper Gluconate 7.14mg, Betaine 25mg, Coenzyme Q10 50mg)

_____   _____      _____   _____
Prescriber Initials   Date         Pharmacist Initials   Date

*Version No. 3*
*3-5-2015*

# EXHIBIT A

Page **3** of **3**

## Specialty Formulations

**Originally Prescribed:**
- DERM-2 TOPICAL ANTIFUNGAL CREAM (Fluticasone 1%, Fluconazole 2%, Pentoxifylline 0.5%, Lidocaine 2%, Hydroxyzine 2%)

**Substitution:**
- ALT DERM-3 (Fluconazole 2%, Urea 15%, Triamcinolone 0.1%)

**Cash Substitution:**
- DA-ALT DERM-2 (Fluconazole 2%, Pentoxifylline 0.5%, Lidocaine 2%, Hydroxyzine 2%, Triamcinolone 0.1%)

**Originally Prescribed:**
- MIGRAINE (Topiramate 5%, Baclofen 2%, Cyclobenzaprine 2%, Lidocaine 5%, Flurbiprofen 10%, Apomorphine 0.2%)

**Substitution:**
- ALT MGL-1B (Baclofen 2%, Cyclobenzaprine 2%, Lidocaine 5%, Apomorphine 0.1%, Indomethacin 5%, Amitriptyline 2%)

**Cash Substitution:**
- DA-MGN (Baclofen 2%, Cyclobenzaprine 2%, Lidocaine 5%, Apomorphine 0.1%, Ibuprofen 5%, Amitriptyline 2%)

**Originally Prescribed:**
- DERM-7 PLANTAR FASCIITIS (Diclofenac 5%, Baclofen 2%, Fluticasone 1%, Lidocaine 2%, Verapamil Hydrochloride 10%)

**Substitution:**
- ALT DERM-7 (Ibuprofen 5%, Triamcinolone 0.1%, Verapamil 5%, Lidocaine 2%, Baclofen 2%)

**Cash Substitution:**
- DA-7 (Baclofen 2%, Lidocaine 4%, Ibuprofen 5%, Triamcinolone 0.05%)

**Originally Prescribed:**
- DERM-5 CONTACT DERMATITIS/ECZEMA (Fluticasone 1%, Coenzyme Q10 4%, Methylcobalamin 0.07%)

**Cash Substitution:**
- DERM-5B SPEC (Triamcinolone 0.1%, Methylcobalamin 0.07%, Coenzyme Q10 4%)
- DA-Eczema (Tranilast 4%, Cyanocobalamin 0.07%, Mometasone Powder 0.05%)

**Originally Prescribed:**
- DERM-5 CONTACT DERMATITIS/ECZEMA WITH PAIN (Fluticasone 1%, Coenzyme Q10 4%, Methylcobalamin 0.07%, Lidocaine 2%, Hydroxyzine 2%)

**Cash Substitution:**
- DERM-5B SPEC WITH PAIN (Triamcinolone 0.1%, Methylcobalamin 0.07%, Coenzyme Q10 4%, Lidocaine 2%, Hydroxyzine 2%)
- DA-ECZEMA (Tranilast 4%, Cyanocobalamin 0.07%, Mometasone Powder 0.05%)

**Originally Prescribed:**
- TX ACNE 3B (Niacinamide 5%, Urea 20%, Tea Tree Oil 3%, Erythromycin 2%, Benzoyl Peroxide 2.5%, Clindamycin 1%, Silver Nitrate 0.03%, Fluticasone 1%)

**Substitution:**
- TX ACNE 2B (Niacinamide 5%, Urea 20%, Benzoyl Peroxide 2.5%, Silver Nitrate 0.03%, Fluticasone 1%, Clindamycin 1%)

**Cash Substitution:**
- DA-TX ACNE 2 (Clindamycin 1%, Urea 20%, Niacinamide 5%, Benzoyl Peroxide 2.5%, Triamcinolone Acetonide 0.025%, Silver Nitrate 0.03%)

**Originally Prescribed:**
- SCALP CARE-3 HAIR SOLUTION (Fluticasone 0.2%, Minoxidil 5%, Tretinoin 0.01%, Finasteride 0.2)

**Substitution:**
- SCALP FOR HAIR SOLUTION MIN1%/FLUT0.2% (Minoxidil 1%, Fluticasone 0.2%, Tretinoin 0.01%, Finasteride 0.2%)
- SCALP FOR HAIR SOLUTION 02 (Fluticasone 0.2%, Minoxidil 1%, Tretinoin 0.01%)

**Cash Substitution:**
- DA-SCALP (Minoxidil 2%, Tretinoin 0.01%, Finasteride 0.2)
- DA-Scalp No Finasteride (Minoxidil 2%, Tretinoin 0.01%)

_____   _____
Prescriber Initials   Date

_____   _____
Pharmacist Initials   Date

*Version No. 3*
*3-5-2015*

EXHIBIT A

Page **1** of **3**

# Pain Formulations

## Originally Prescribed:
- BRP-3
- NCP-7B
- NCP-9
- GPI-2
- DERM-7
- QROXIN PAIN PATCH

## Substitutions: (whichever is covered by the patient's insurance)
- **Active Prep Kit III** (Gabapentin 10%, Ketoprofen 20%, Lidocaine 2%)
- **Active Ketoprofen 5% KIT**
- **Qroxin Patches**
- **Active Cyclobenzaprine 5% KIT**
- **Active Gabapentin 4% KIT**
- **ALT-1B** (Gabapentin 8%, Meloxicam 0.375%, Lidocaine 1.5%, Prilocaine 1.5%, Topiramate 2%, Amantadine 4%)
- **ALT-1B EMLA** (Gabapentin 8%, Meloxicam 0.375%, Lidocaine1.5%, Prilocaine 1.5%, Topiramate 2%, Amantadine 4%)
- **Voltaren Gel**
- **GPI-1SPEC** (Acetaminophen 10%, Cyclobenzaprine 2%, Baclofen 2%, Lidocaine 2%)

## Cash Substitution:
- **DGPI-SPEC** (Diclofenac 10%, Cyclobenzaprine 2%, Baclofen 2%, Lidocaine 2%)

# Scar Formulations

## Originally Prescribed:
- **SCAR GEL** (Fluticasone Propionate 1%, Levocetirizine 2%, Pentoxifylline 0.5%, Prilocaine 3%, Gabapentin 15%)

## Substitution:
- **SCAR-SPEC WITH PAIN:** (Betamethasone Acetate 0.05%, Levocetirizine 1%, Pentoxifylline 1%, Lidocaine 4%)

## Cash Substitution:
- **DA-SCAR WITH PAIN** (Triamcinolone 0.05%, Pentoxifylline 0.5%, Ketotifen 0.05%, Lidocaine 4%)

## Originally Prescribed:
- **SCAR GEL NON-PAIN** (Fluticasone Propionate 1%, Levocetirizine 2%, Pentoxifylline 0.5%)

## Substitution:
- **SCAR-SPEC** (Betamethasone Acetate 0.05%, Levocetirizine 1%, Pentoxifylline 1%)

## Cash Substitution:
- **DA-SCAR** (Triamcinolone 0.05%, Pentoxifylline 0.5%, Ketotifen 0.05%)

_____   _____                                         _____   _____
Prescriber Initials   Date                                    Pharmacist Initials   Date

*Version No. 3*
*3-5-2015*

## Therapeutic Interchange Authorization

### Authority

As a provider who holds an active license to practice medicine as authorized by the appropriate state medical board, I, _____, State License Number: _____ ("Prescriber"), authorize the pharmacist-in-charge ("PIC") of OmniPlus Pharmacy, or other pharmacists working under the supervisions of the PIC, all of whom are duly licensed by the Texas State Board of Pharmacy (each a "Pharmacist"), to manage and/or treat patients under my care pursuant to this written order from me (this "Authorization")

### Scope of Authorization

Under receipt of this executed order, Pharmacist will have the authority to modify a patient's prescription ordered by the Prescriber, when reasonable cause for a medication change is substantiated. In managing and/or treating patients, Pharmacist may modify transdermal pain cream therapy, transdermal scar treatment therapy and nutritional supplements therapy as described on the attached Exhibit A.

In addition, in the event the originally-ordered quantity of the prescribed medication is not covered by the patient's insurance due to such quantity exceeding patient's insurance plan limitations, Pharmacist may change such originally-prescribed quantity to an adequate lesser quantity as approved by the patient's insurance.

### Documentation

The patient's pharmaceutical care record will contain a notation of this change. That documentation will include, at a minimum, the reason for the encounter, prescription changes and all necessary patient demographic information.

### Record Retention

Each signatory to this Authorization shall keep a signed copy of this document on file at their primary place of practice. Additionally, the records maintained in the pharmaceutical care record shall be kept by Pharmacist and be available for at least two (2) years from the date of such record. Pharmacist shall report back to Prescriber any specific decisions made during the course of disease state management by means of electronic mail, hand-delivered mail, or fax the patient's clinical medical record.

### Review and Duration

This Authorization may be reviewed and revised at any time at the time of request of any signatories.

### Rescindment or Alteration of Agreement

A signatory may rescind from this Authorization or a patient may withdraw from treatment under at any time. Prescriber may override this Authorization whenever he or she deems such action necessary or appropriate for a specific patient without affecting any authorization relative to other patients.

### Term

This Authorization includes patients currently under the care of Prescriber and extends for a period of one (1) year from this date unless rescinded earlier in writing.

IN WITNESS WHEREOF, this Authorization has been signed by the parties hereto as of the date indicated below.

**Pharmacist:**

By: _____
Print Name: _____
Date: _____

**Prescriber:**

By: _____
Print Name: _____
Date: _____
Practice Name: _____
Address: _____ City, State, Zip: _____
Phone: _____ Fax: _____

*Version No. 3*
*3-5-2015*

| Patient | | | | DOB | |
|---|---|---|---|---|---|
| Home Phone | | Cell Phone | | | |
| Address | | | | | |
| City | | | State | Zip | |
| Allergies | | | | | |

Diag.

**Insurance info**

| Carrier: | | |
|---|---|---|
| Bin# | | PCN# |
| Group # | | |
| Member ID # | | |
| Workers Comp | Yes | No |
| DOI | Claim # | |

## PAIN-TRANSDERMAL
Any added controlled substances must be hand-written.

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............. 20%
- Baclofen .................... 2%
- Cyclobenzaprine ...... 2%
- Gabapentin ............... 6%
- Lidocaine ................ 2.5%
- Add: _____
- Qty: ☐ 300gm ☐ ____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen .................... 2%
- Cyclobenzaprine ...... 2%
- Gabapentin ............... 6%
- Lidocaine ................... 2%
- Diclofenac ................. 3%
- Add: _____
- Qty: ☐ 300gm ☐ ____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen ............. 20%
- Cyclobenzaprine ...... 2%
- Baclofen .................... 2%
- Add: _____
- Qty: ☐ 300gm ☐ ____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

☐ **DERM-7: Plantar Fasciitis**
- Diclofenac .................. 5%
- Baclofen ..................... 2%
- Fluticasone ................. 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride .......... 10%
- Add: _____
- Qty: ☐ 300gm ☐ ____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

## INSOMNIA

☐ **KP-1: Insomnia**
- Melatonin .................. 3mg
- Methylcobalamin ...... 5mg
- Acetylcysteine........ 125mg
- Glutathione.............. 50mg
- Diphenhydramine.... 20mg
- 5-HTP..................... 150mg
- Qty: ☐ 30 capsules
- SIG: ☐ Take 1 capsule by mouth once daily at bedtime
- Refills: _____

## PAIN-PATCH

☐ **QROXIN Pain Patch**
- Menthol ...................... 5%
- Capsaicin ............. 0.0375%
- Qty: ☐ 30 count
  ☐ 60 count
  ☐ _____
- SIG: Apply 1 patch to affected area 1-2 times daily as needed. If applicable, alternate cream with patch as directed by your physician.
- Refills: _____

## SCAR

☐ **Scar**
- Fluticasone ................. 1%
- Levocetirizine ............ 2%
- Pentoxifylline .......... 0.5%
- ☐ **For painful scars, add:**
  - Prilocaine ................. 3%
  - Gabapentin .............. 15%
- ☐ **For elasticity, add:**
  - Hyaluronic Acid....... 0.2%
  - Vitamin D3 ............ 0.05%
  - Vitamin C .................. 5%
  - Estradiol .................. 0.1%
- Qty: ☐ 300gm ☐ ____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

## DERMATOLOGICAL/ACNE

☐ **DERM-2: Topical Anti Fungal Cream**
- Fluticasone ................. 1%
- Fluconazole ................ 2%
- Pentoxifylline .......... 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ............... 2%
- Qty: ☐ 300gm ☐ ____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

☐ **DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ................. 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 .......... 4%
- ☐ **Contact Dermatitis with pain, add:**
  - Lidocaine ................... 2%
  - Hydroxyzine ............... 2%
- Qty: ☐ 300gm ☐ ____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

☐ **TX ACNE #3B (Topical)**
- Erythromycin .............. 2%
- Niacinamide ................ 5%
- Clindamycin ................ 1%
- Urea ........................... 20%
- Benzoyl Peroxide .... 2.5%
- Fluticasone ................. 1%
- Silver Nitrate .......... 0.03%
- Tea Tree Oil................. 3%
- Qty: 120gm
- SIG: Apply 1-2 pumps (1 Pump = 1.5 gm) 3-4 times a day as instructed.
- Refills: _____

## SPECIALTY

☐ **MGL-1A: Migraine**
- Topiramate ................. 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ........ 2%
- Lidocaine .................... 5%
- Flurbiprofen .............. 10%
- Apomorphine ........... 0.2%
- Qty: ☐ 300gm
  ☐ _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Refills: _____

☐ **SCALP CARE - 3 Hair Solution**
- Fluticasone ............... 0.2%
- Finasteride ............... 0.2%
- Minoxidil ..................... 5%
- Tretinoin ................... .01%
- ☐ **For women:** (No Finasteride)
- Qty: ☐ 120ml
  ☐ _____
- SIG: Apply up to 2mLs to scalp 2 times a day
- Refills: _____

## METABOLIC SUPPLEMENTS

☐ **MS-2: General Wellness**
- **MS-21:** Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: _____
- **MS-22:** Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcysteine 250mg, Vit D3 1,000IU
- SIG: Take 2 capsules by mouth once daily
- Qty: 60 capsules  Refills: _____

☐ **MS-8: Nutritional Supplements**
- **MS-81:** Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg, Resveratrol 100mg, Piperine 10mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: _____
- **MS-82:** Coenzyme Q10 100mg, Alpha Lipoic Acid 125mg, N-Acetylcysteine 250mg, Vit D3 1,000IU, Resveratrol 100mg, Piperine 10mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: _____

☐ **KP-71: Bone Health**
- Vitamin D3 ................................ 20mg
- Magnesium Oxide ................... 400mg
- Zinc Gluconate........................ 69.6mg
- Boron............................................ 1mg
- Copper Gluconate ................. 7.14mg
- Betaine ...................................... 25mg
- Coenzyme Q10...................... 100mg
- 5-MTHF........................................ 5mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

## DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin ........ 20mg
- Coenzyme Q10............. 75mg
- 5-HTP........................... 100mg
- Acidophilus................. 100mg
- Bupropion.. ................... 50mg
- Psyllium Husk............. 100mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules  Refills: _____

☐ Other _____

Prescriber Name: _____  NPI #: _____

Lic. #: _____  DEA#: _____  Phone #: _____  Fax#: _____

Address: _____

Signature (Note: Manual Signature Required for CS): _____  Date: _____