# Fwd: Explanation of Investment for Dr. York

**From:** Peter Herbst <peter.herbst@omnipluspharmacy.com>
**To:** Weston Black <westonjblack@gmail.com>
**Date:** Fri, 24 Apr 2015 17:24:55 +0000
**Attachments:** image001.jpg (2.16 kB); ATT00001.htm (5.26 kB); image002.png (14.32 kB); ATT00002.htm (459 bytes); 1836_001.pdf (136.4 kB); ATT00003.htm (168 bytes)

Please see below, the physician is paid dividends from Omni One Med. Omni One Med does not process Federal/TriCare Rx's. The latter are processed in our other pharmacies, hence no conflict with paying dividends from Omni One Med.

Kind Regards,

Peter

Peter Herbst
435 655 1759

Begin forwarded message:

> **From:** Brad Madrid <brad.madrid@pharmsmgmt.com>
> **Date:** April 24, 2015 at 8:20:50 AM MDT
> **To:** Peter Herbst <peter.herbst@omnipluspharmacy.com>
> **Subject: RE: Explanation of Investment for Dr. York**

To all,

Attached is Pg. 1 of the Private Placement Memorandum. I have highlighted the paragraph that clearly prohibits filling any scripts reimbursed by federal payers including Medicare, Medicaid and Tricare.

Senior management is committed to full compliance with this document.

Please let me know if you have any questions.

Thank You

**Brad Madrid**

**Marketing Associate**

o: 713-325-2315 | c: 925-285-0659

Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002

GX632.001

GOVERNMENT EXHIBIT
632
4:18-CR-368

DOJ_BLACKEMAILS-0000000762
DOJ_BLACKEMAILS-0000000762-1