**Subject:** RE: IHS commission differential
**From:** Brad Madrid <brad.madrid@pharmsmgmt.com>
**Date:** 6/3/2015, 10:19 AM
**To:** Weston Black <wblack@intuitive-healthcare.com>
**CC:** Chad Southard <southardconsulting@gmail.com>, Jen Wylie <jwylie@intuitive-healthcare.com>

Weston,

Yes, the reason for the difference is due to the additional 15% on cost of goods specifically for invested physicians.

Please let me know if you have any questions.

Thanks

**Brad Madrid**
**Marketing Associate**
**o: 713-325-2315| c: 925-285-0659**
**Pharms LLC** | 4916 Main Street, Suite 110 | Houston, TX 77002



---

**From:** Weston Black [mailto:wblack@intuitive-healthcare.com]
**Sent:** Wednesday, June 03, 2015 7:56 AM
**To:** Brad Madrid
**Cc:** Chad Southard; Jen Wylie
**Subject:** IHS commission differential

Brad,

I hope all is well. Were you able to find out why our commission isn't accurate on the portal?  Please advise.

Thanks,

Weston J. Black
SVP Sales and Marketing
M: 214.244.4279
wblack@intuitive-healthcare.com



GX633.001

**GOVERNMENT EXHIBIT**
**633**
**4:18-CR-368**