# Fwd: Physician Investment Analysis

| | |
|---|---|
| **From:** | Weston Black <westonjblack@gmail.com> |
| **To:** | Jesse Head <jhead@intuitive-healthcare.com>; Leslie Luttrell <lluttrell@intuitive-healthcare.com> |
| **Bcc:** | westonjblack@gmail.com |
| **Date:** | Wed, 08 Jul 2015 12:37:21 +0000 |
| **Attachments:** | Omni-One-Med - Southard Investors IRR Spreadsheet.pdf (77.22 kB) |

J & L,

Let's try to make sure we have the full story before sharing these numbers.

Thanks,

Weston

---------- Forwarded message ----------
From: **Chad Southard** <southardconsulting@gmail.com>
Date: Wednesday, July 1, 2015
Subject: Fwd: Physician Investment Analysis
To: Weston Black <westonjblack@gmail.com>


---------- Forwarded message ----------
From: **Scott Breimeister** <Scott.Breimeister@pharmsmgmt.com>
Date: Wed, Jul 1, 2015 at 12:38 PM
Subject: Physician Investment Analysis
To: Chad Southard <southardconsulting@gmail.com>
Cc: Michael Dieter <Michael.dieter@pharmsmgmt.com>, Leonard Carr <leonard.carr@omnipluspharmacy.com>


Chad:


Attached is a detailed spreadsheet of how your physicians investment in Omni-One-Med performed depending on which buyout option the doctor chooses. The only physician in your group that doesn't have an option is Dr. Burford because unfortunately he wasn't a shareholder long enough.


I feel like crap so I'm going home for the rest of the day. If you have any questions, feel free to call Michael Dieter at 713 874-0300 this afternoon. He's doing inventory but should be done around 3:00. Otherwise give me a shout tomorrow.


While everyone wishes the deal would have lasted forever, we all know that things change very quickly in health care. From an IRR perspective, I doubt anyone has been in a better deal in their life.


As always, we appreciate your business.


Have a good afternoon.

Scott



GX636.001

GOVERNMENT EXHIBIT
**636**
4:18-CR-368

DOJ_BLACKEMAILS-0000002391
DOJ_BLACKEMAILS-0000002391-1

Scott Breimeister | President | scott.breimeister@omnipluspharmacy.com | (713) 874-0300 pharmacy | (713) 874-0314 fax

4916 Main Street, #100, Houston, TX 77002 | www.omniplushealthcare.com

*"Please consider the environment before printing this e-mail"*

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (713) 874-0300 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

--
Chad R. Southard
FACHE, FHFMA, CALM, CASC, CMPE, LNFA
Manager
Southard Consulting, LLC
15807 CR 1870
Lubbock, TX 79424
(806) 789-7424


--
WJB
214.244.4279

**Omni-One-Med Pharmacy Services, LLC**

| Investor Name | | Original Investment | # of Addt'l units | | Capital | 8/15/2014 | 9/15/2014 | 10/15/2014 | 11/15/2014 | 12/15/2014 | 1/15/2015 | 2/15/2015 | 3/15/2015 | 4/15/2015 | 5/15/2015 | 6/15/2015 | Totals | Buyout A | Buyout B | Total Yield Buyout A | IRR Buyout A | Total Yield Buyout B | IRR Buyout B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthony | Tran | 3 x 5000 = $15,000 | | | $15,000.00 | $0.00 | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($7,500.00) | ($7,500.00) | ($135,000.00) | $22,500.00 | $38,449.00 | $142,500.00 | 633% | $158,449.00 | 704% |
| George R | Fisher | 2 x 5000 = $10,000 | + | 1 x 5000 = $5,000 | = $15,000.00 | | | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($50,000.00) | $22,500.00 | $38,449.00 | $57,500.00 | 690% | $73,449.00 | 881% |
| Kelly | Lawler | 1 x 5000 = $5,000 | + | 1 x 5000 = $5,000 | = $10,000.00 | | | | | ($2,500.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($27,500.00) | $15,000.00 | $25,633.00 | $32,500.00 | 709% | $43,133.00 | 941% |
| Parul | Patel | 2 x 5000 = $10,000 | + | 1 x 5000 = $5,000 | = $15,000.00 | | | | | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($42,500.00) | $22,500.00 | $38,449.00 | $50,000.00 | 706% | $65,949.00 | 931% |
| Adolfo | Gonzalez | 1 x 5000 = $5,000 | | | $5,000.00 | | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($12,500.00) | $7,500.00 | $12,684.00 | $15,000.00 | 720% | $20,184.00 | 969% |
| Bruce | Hermann | 2 x 5000 = $10,000 | + | 1 x 5000 = $5,000 | = $15,000.00 | | | | | | ($5,000.00) | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($32,500.00) | $22,500.00 | $38,449.00 | $40,000.00 | 738% | $55,949.00 | 1033% |
| Jeffrey | Owen | 1 x 5000 = $5,000 | | | $5,000.00 | | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($12,500.00) | $7,500.00 | $12,684.00 | $15,000.00 | 720% | $20,184.00 | 969% |
| David | Hensley | 1 x 5000 = $5,000 | | | $5,000.00 | | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($12,500.00) | $7,500.00 | $12,684.00 | $15,000.00 | 720% | $20,184.00 | 969% |
| Jared | York | 1 x 5000 = $5,000 | | | $5,000.00 | | | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($10,000.00) | $7,500.00 | $12,684.00 | $12,500.00 | 750% | $17,684.00 | 1061% |
| Jeremy | Sanderson | 1 x 5000 = $5,000 | + | 1 x 5000 = $5,000 | = $10,000.00 | | | | | | | | ($2,500.00) | ($5,000.00) | ($7,500.00) | $10,000.00 | N/A | $7,500.00 | 600% | N/A | | |
| | | | | Total | $340,000.00 | $0.00 | ($15,000.00) | ($15,000.00) | ($20,000.00) | ($20,000.00) | ($27,500.00) | ($45,000.00) | ($50,000.00) | ($52,500.00) | ($47,500.00) | ($50,000.00) | ($342,500.00) | $145,000.00 | $230,165.00 | $387,500.00 | | $475,165.00 | |
| Chad Southard Doctors | | | | | | 8/15/2014 | 9/15/2014 | 10/15/2014 | 11/15/2014 | 12/15/2014 | 1/15/2015 | 2/15/2015 | 3/15/2015 | 4/15/2015 | 5/15/2015 | 6/15/2015 | Grand Total | | | | | | |

DOJ_BLACKEMAILS-0000002393-1

DOJ_BLACKEMAILS-0000002393