**Subject:** RE: Sila Pak question
**From:** Brad Madrid <brad.madrid@pharmsmgmt.com>
**Date:** 2/2/2016, 6:22 PM
**To:** Jen Wylie <jwylie@intuitive-healthcare.com>, Chad Southard <csouthard@intuitive-healthcare.com>, Jesse Head <jhead@intuitive-healthcare.com>, Leslie Luttrell <lluttrell@intuitive-healthcare.com>, Talia Maddock <tmaddock@intuitive-healthcare.com>, Weston Black <wblack@intuitive-healthcare.com>

Hi Jen,

Please have the scar product filled out on the pad, as it will generate the highest margin. If we have the TIA on file then we will automatically substitute for the SilaPak in the event the original formula isn't covered.

Please let me know if you have any questions.

Thank you,

Brad Madrid
Marketing Director
o: 713-325-2315|c: 925-285-0659 |f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



**From:** Jen Wylie [mailto:jwylie@intuitive-healthcare.com]
**Sent:** Tuesday, February 02, 2016 3:12 PM
**To:** Brad Madrid; Chad Southard; Jesse Head; Leslie Luttrell; Talia Maddock; Weston Black
**Subject:** Sila Pak question

Brad,

I had a rep ask the following. Can you answer please?

"Do you know if OMNI wants doctors to write for the original compound scar cream and then they will default to the Sila Pak with the TIA on file? The pak is no longer on the script pad, so I wanted to make sure."


-Jen Wylie
Finance Manager
806-470-6276
www.intuitive-healthcare.com



GX637.001

GOVERNMENT
EXHIBIT
637
4:18-CR-368