B▮▮▮, E▮▮▮▮  (id #12535, dob: ▮▮▮▮▮▮▮)

## Medical Records - CONFIDENTIAL

**FROM:** TX - GOH Medical, PA
Angel R
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:** SCOTT CONRAD
7200 STATE HWY161, IRVING, TX 75039
Phone: (972) 443-5300
Fax: (972) 432-0498

**Name:** B▮▮▮, E▮▮▮▮

**DOB:** ▮▮▮▮▮

**Date Range: to 06/14/2018**

This document contains the following records of the patient:
- Facesheet
- Medication List
- Vaccination History

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12535-A-6333]

GOVERNMENT EXHIBIT 638
4:18-CR-368

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

B████, B██████ (id #12535, dob: ████████████)

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | B████ B████ |
| Sex | F |
| DOB | ████████ |
| Address | ████████ |
| City/State/Zip | ████████ |
| Home Phone | ████████ |
| Insurance | Prescription: OPTUMCOM - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details |
| | Prescription: OPTUMCOM - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
- Scar - Pt has a pediatrician. Daughter of Weston Black-per father's request to Dr. Conard, Scar Cream sent in to Omni for potential scarring on foot.

**Surgical History**
None recorded.

**Medications**
No medications reported

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**
| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Medication List

No medications reported

## Vaccination History

None recorded.

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

## BLACK, WESTON (id #32, dob: )

| Patient | | DOB | Insurance Info | | |
|---|---|---|---|---|---|
| | | | Carrier: aetna | | |
| **Home Phone** | Cell Phone | | Bin# 1140860057 | PCN# | |
| Address | | | Group # 847159 0110002 | | |
| City Ft. Worn | State TX | Zip 76110 | Workers Comp | Yes | No ✗ |
| Allergies ∅ | Diag. 709.2 | | DOI | Claim # | |

## Back & Radicular Pain

**BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCL 5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily;  1 pump = 1.5 mLs  Refills:_____)

## Neuropathic & Chronic Pain

**NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Bupivacaine HCL 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

**NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily;  1 pump = 1.5 mLs  Refills:_____)

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCL 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily;  1 pump = 1.5 mLs  Refills:_____)

## General Pain / Inflammation

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

**OTHER FORMULATION**

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily;  1 pump = 1.5 mLs  Refills:_____)

## Specialty

**SCAR**
- Fluticasone Propionate 1%
- Levocetrizine Dihydrochloride 2%
- Pentoxifylline 0.5%

For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

**DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily;  1 pump = 1.5 mLs  Refills:_____)

**DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%

Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

**DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

## Metabolic Supplements

**MS-1: GENERAL WELLNESS**
- MS-21: Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
  (SIG: Take 1 capsule by mouth twice daily; Dispense: 60 OR Alternative SIG:_____)
- MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcysteine 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)

**MS-3: GENERAL WELLNESS**
- MS-31: Resveratrol Powder 100mg, Piperine 20mg
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)
- MS-32: Hydrocobalamine 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)

---

Alternative SIG:_____

**Prescriber Name:** Scott Omaud          NPI # 1831161546

Lic. #: H23314          DEA:# BC1028031

Address:_____

Phone #: (972) 292-7158          Fax #: (877) 292-2247

**Signature** (Note: Manual Signature Required for CS)_____          Date: 7/8/14

Note: Ketamine is Schedule III controlled substance.

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**BLACK, WESTON (id #32, dob:** ⬛⬛⬛**)**



DOJ•_18CR368-0119686

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

B⬛⬛, M⬛⬛ (id #12536, dob: ⬛⬛)

## Medical Records - CONFIDENTIAL

**FROM:** TX - GOH Medical, PA
Angel R
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:** SCOTT CONRAD
7200 STATE HWY161, IRVING, TX 75039
Phone: (972) 443-5300
Fax: (972) 432-0498

**Name:** B⬛⬛, M⬛⬛

**DOB:** ⬛⬛

**Date Range: to 06/14/2018**

**This document contains the following records of the patient:**
- **Facesheet**
- **Medication List**
- **Vaccination History**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12536-A-6333]

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

B▆▆▆, M▆▆▆   **(id #12536, dob:** ▆▆▆▆**)**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | B▆▆▆, M▆▆▆ |
| Sex | F |
| DOB | ▆▆▆▆ |
| Address | ▆▆▆▆ |
| City/State/Zip | |
| Home Phone | |
| Insurance | Prescription: OPTUMCOM - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details |
| | Prescription: OPTUMCOM - Member is ineligible. Patient found on payor's files, but not covered on date of inquiry. details |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
- Scar - Daughter of Weston Black-currently followed by pediatrician-Father requested scar cream for both daughters to try due to potential scarring

**Surgical History**
None recorded.

**Medications**
No medications reported

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Medication List

No medications reported

## Vaccination History

None recorded.

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

## BLACK, WESTON (id #32, dob: )

| Patient | DOB |
|---|---|
| Home Phone | Cell Phone |
| Address | |
| City Ft. Worth | State TX Zip 4110 |
| Allergies ∅ | Diag. 709.) |

**Insurance Info**

| Carrier: aetna | |
| Bin# 914860057 | PCN# |
| Group # 8471590110002 | |
| Workers Comp | Yes | No X |
| DOI | Claim # |

## Back & Radicular Pain

**BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCL 5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:____)

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

## Neuropathic & Chronic Pain

**NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Bupivacaine HCL 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 4 times daily; 1 pump = 1.5 mLs  Refills:____)

**NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:____)

**NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCL 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

## General Pain / Inflammation

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:____)

**OTHER FORMULATION**

## Specialty

**SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

**DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area daily; 1 pump = 1.5 mLs  Refills:____)

**DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
**Contact Dermatitis with pain add:**
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

**DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

## Metabolic Supplements

**MS-2: GENERAL WELLNESS**
● MS-21: Methylcobalamin 20mg, Pyridoxal-5-Phosphate 70mg, 5-MTHF 10mg
(SIG: Take 1 capsule by mouth twice daily; Dispense: 60 OR Alternative SIG:_____)
● MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcysteine 250mg, Vit D3 1,000IU
(SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)

**MS-3: GENERAL WELLNESS**
● MS-31: Resveratrol Powder 100mg, Piperine 20mg
(SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)
● MS-32: Hydroxobalamin 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
(SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)

---

Alternative SIG:_____

Prescriber Name: Scott Conrad            NPI # 1831161546

Lic. #: H22314        DEA:#  BC1038631

Address:

Phone #: (972) 292-7158        Fax #: (877) 292-2247

Signature (Note: Manual Signature Required for CS) _____    Date: 1/8/14

Note: Ketamine is Schedule III controlled substance.

DOJ•_18CR368-0119694



GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**BLACK, WESTON (id #32, dob:** ███████ **)**

DOJ•_18CR368-0119695

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY. IRVING TX 75039-2003
**KENDLE, AARON (id #12539, dob:** ▮▮▮▮▮▮▮**)**

## Medical Records - CONFIDENTIAL

**FROM:**   TX - GOH Medical, PA
LAUREN/NURSE
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-
2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:**   SCOTT CONARD MD
6211 W NORTHWEST HWY, DALLAS, TX
75225
Phone: (972) 292-7158
Fax: (877) 292-2247

### Name: KENDLE, AARON

### DOB: ▮▮▮▮▮▮

### Date Range: to 06/14/2018

This document contains the following records of the patient:
- Facesheet
- Clinical Documents
- Medication List
- Vaccination History

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12539-A-6333]

DOJ•_18CR368-0120529

GOH MEDICAL PA - 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**KENDLE, AARON (id #12539, dob:** ⬛⬛⬛⬛

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | KENDLE, AARON |
| Sex | M |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
None recorded.

**Surgical History**
None recorded.

**Medications**
None recorded.

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**
None recorded.

**Patient History - Other**
None recorded.

**Screening**
None recorded.

## Clinical Documents

GQH MEDICAL PA – 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**KENDLE, AARON (id #12539, dob:** ___)

| Patient | |
|---|---|
| Aaron Kendle | DOB |
| Home Phone | |
| Address | |
| City Arlington | St/Tx TX   Zip 76006 |
| Allergies | |
| Diag. | |

**Insurance info**

| | |
|---|---|
| Carrier Tricare | |
| Bin# | PCN# |
| Group # | |
| Member ID# 550875729 | |
| Workers Comp | Yes   No |
| DOI | Claim # |

### Back & Radicular Pain

☐ **BRP-3**
- Lidocaine
- Gabapentin
- Fenofoperin
- Lidocaine
- Add

☐ **BRP-4**
- Gabapentin
- Clonidine
- Baclofen
- Lidocaine
- Pentoxifylline
- Add

### General Pain/ Inflammation

☐ **GPI-2**
- Flurbiprofen
- Cyclobenzaprine
- Baclofen
- Add

### Neuropathic & Chronic Pain

☐ **NCP-5**
- Baclofen
- Gabapentin
- Imipramine
- Nifedipine
- Lidocaine
- Add

☐ **NCP-7**
- Flurbiprofen
- Baclofen
- Cyclobenzaprine
- Gabapentin
- Lidocaine
- Add

☐ **NCP-9**
- Baclofen
- Cyclobenzaprine
- Gabapentin
- Lidocaine
- Flurbiprofen
- Add

### Hair Restoration

☐ **Scalp Care - 4 hair solution**
- Fluticasone
- Azelastine
- Minoxidil
- Tretinoin

### Specialty

☐ **DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone
- Metronidazole
- Coenzyme Q10
  Contact Dermatitis with pain, add:
- Lidocaine
- Hydroxyzine

☐ **DERM-6: PSORIASIS**
- Fluticasone
- Triamcinolone
- Coenzyme Q10
- Vitamin D3
- Tazarotene

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac
- Baclofen
- Flurbiprofen
- Lidocaine
- Verteporfin Hydrochloride

### Metabolic Supplements

☐ **MS-2: GENERAL WELLNESS**

☒ **MS-3: GENERAL WELLNESS**
  Refills: 12
  Refills: 12

☒ **MGL-1B: MIGRAINE**
- Bupivacaine
- Baclofen
- Cyclobenzaprine
- Lidocaine
- Flurbiprofen
- Amantadine

☐ **SCAR**
- Fluticasone Propionate
- Triamcinolone Diacetate Acetonide
- Pentoxifylline
  For painful scars, add:
- Ketoprofen
- Ketoprofen

☐ **STRETCH MARKS / ELASTICITY**
- Fluticasone
- Levocetirizine
- Pentoxifylline
- Hyaluronic acid
- Vitamin D3
- Vitamin C
- Estradiol

### Other

☒ **Anti-Fungal Cream**
**Fluticasone 1%, Fluconazole 2%, Pentoxifylline .5%, Lidocaine 2%, Hydroxyzine 10%**
300mL            6 Refills

| | |
|---|---|
| Prescriber Name: Scott Conard | NPI # 1831161546 |
| Lic #: H2314 | DEA #: BC1028631 |
| Address: 6211 W Northwest Highway, Ste C255  Dallas TX 75225 | |
| Phone #: 972-292-7158   Fax #: 877-292-2247 | |
| Signature (Note Manual Signature Required for CSt) | Date: 10/28/14 |

**Medication List**

None recorded.

GOH MEDICAL PA - 200 W. JOHN CARPENTER FWY. IRVING TX 75039-2003

**KENDLE, AARON (id #12539, dob:** ▮▮▮▮▮▮▮

**Vaccination History**

None recorded.

GOH MEDICAL PA - 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**KENDLE, MINDY (id #12540, dob:** ▋▋▋▋▋▋

## Medical Records - CONFIDENTIAL

**FROM:** TX - GOH Medical, PA
LAUREN/NURSE
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-
2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:** SCOTT E CONARD MD
6211 W NW HWY, DALLAS, TX
75225
Phone: (972) 292-7158
Fax: (972) 658-0738

**Name: KENDLE, MINDY**

**DOB:** ▋▋▋▋▋▋

**Date Range: to 06/14/2018**

**This document contains the following records of the patient:**
- **Facesheet**
- **Clinical Documents**
- **Medication List**
- **Vaccination History**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12540-A-6333]

DOJ•_18CR368-0120533

GOH MEDICAL PA - 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**KENDLE, MINDY (id #12540, dob:** ▉▉▉▉▉▉ **)**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | KENDLE, MINDY |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
- Scar - C-section scar

Referred by LL, Esthetic consult for facial/possible skinpen for scarring-rescheduled 10/14

**Surgical History**
None recorded.

**Medications**
No medications reported

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
Smoking Status: Never smoker

**Family History**
Father          - No current problems or disability
Mother          - No current problems or disability

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Clinical Documents

GOH MEDICAL PA - 200 W. JOHN CARPENTER PWY, IRVING TX 75039-2003

**KENDLE, MINDY (id #12540, dob: 05/23/1981)**

| Patient | | DOB | | Insurance info |
|---|---|---|---|---|
| Mindy Kendle | | | | |

Carrier: TriCare

Member ID #: 550875 29

City: Arlington   TX   76006

## Back & Radicular Pain

### BRP-3

### BRP-4

## General Pain / Inflammation

### GPI-2

## Other

☑ **Anti-Fungal Cream**
Fluticasone 1%, Fluconazole 2%,
Pentoxifylline .5%, Lidocaine 2%,
Hydroxyzine 10%

300 mL    6 - Refills

## Neuropathic & Chronic Pain

### NCP-5

### NCP-7

### NCP-9

## Hair Restoration

### Scalp Care - 4 hair solution

## Specialty

### DERM-5: CONTACT DERMATITIS / ECZEMA

### DERM-6: PSORIASIS

### DERM-7: PLANTAR FASCIITIS

### MGL-1B: MIGRAINE

☒ **SCAR**

☒ **STRETCH MARKS / ELASTICITY**

Refills: 6

## Metabolic Supplements

### MS-2: GENERAL WELLNESS

### MS-3: GENERAL WELLNESS

Refills: 12
Refills: 12

Prescriber Name: Scott Conard    NPI #: 1831161544

Lic #: H 2314    DEA #: BC1028631

Address: 6211 W Northwest Highway, Ste C255

Phone: 972-292-9158    Fax: 877-292-2247

Signature (Note: Manual Signature Required for C5)

Date: 10/28/14

## Medication List

No medications reported

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY. IRVING TX 75039-2003

**KENDLE, MINDY (id #12540, dob:** ███████**)**

**Vaccination History**

None recorded.

DOJ•_18CR368-0120536

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

L██████, G█████ (id #12534, dob: █████████)

## Medical Records - CONFIDENTIAL

**FROM:** TX - GOH Medical, PA
Angel R
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:** SCOTT CONRAD
7200 STATE HWY161, IRVING, TX 75039
Phone: (972) 443-5300
Fax: (972) 432-0498

**Name:** L████████, G█████

**DOB:** █████████

## Date Range: to 06/14/2018

This document contains the following records of the patient:
- Facesheet
- Medication List
- Vaccination History

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12534-A-6333]

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

L████, G████ (id #12534, dob: ████████

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | L████, G████ |
| Sex | M |
| DOB | ████████ |
| Address | ████████ |
| City/State/Zip | |
| Home Phone | |
| Work Phone | |
| Insurance | Prescription: ESI1 - Member is eligible. details |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
- Scar - Onset: 07/01/2014

**Surgical History**
None recorded.

**Medications**
No medications reported
Pt given scar cream for scarring on forehead due to fall-requested by mother to try verbal approval from Dr. Conard-7/20

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**
None recorded.

**Patient History - Other**
None recorded.

**Screening**
None recorded.

## Medication List

No medications reported
Pt given scar cream for scarring on forehead due to fall-requested by mother to try verbal approval from Dr. Conard-7/20

## Vaccination History

None recorded.

DOJ•_18CR368-0120538

GOH MEDICAL PA ~ 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, EDWARD (id #11621, dob:** <span style="background:black">████</span>

## Medical Records - CONFIDENTIAL

**FROM:**   TX - GOH Medical, PA
LAUREN/NURSE
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-
2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:**   SCOTT CONARD MD

6211 W NORTHWEST HWY, DALLAS, TX
75225
Phone: (972) 292-7158
Fax: (877) 292-2247

**Name: SMITH, EDWARD**

**DOB:** <span style="background:black">████</span>

**Date Range: to 06/14/2018**

**This document contains the following records of the patient:**
- **Facesheet**
- **Clinical Documents**
- **Medication List**
- **Vaccination History**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:11621-A-6333]

GOH MEDICAL PA - 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, EDWARD (id #11621, dob:** ▮▮▮▮▮▮**)**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | SMITH, EDWARD |
| Sex | M |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Prescription: check now |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
None recorded.

**Surgical History**
None recorded.

**Medications**
None recorded.

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**
None recorded.

**Patient History - Other**
None recorded.

**Screening**
None recorded.

## Clinical Documents

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, EDWARD (id #11621, dob: ▮▮▮▮▮▮)**

| Patient | DOB |
| --- | --- |
| *Edward Smith* | ▮▮▮▮ |

| | |
| --- | --- |
| Home Phone | Cell Phone |
| Address | ▮▮▮▮ |
| City *Round Rock* | *TX* *78665* |
| Allergies | |
| Diag. | |

**Insurance info**

| | |
| --- | --- |
| Carrier *Tricare* | |
| Bin# | PCN# |
| Group # | |
| Member ID # *562420361* | |
| Workers Comp ☐ Yes ☐ No | |
| DOI | Claim # |

## Back & Radicular Pain

**☐ BRP-3**
- Clonidine
- Gabapentin
- Pentoxifylline
- Lidocaine
- Add...

**☐ BRP-4**
- Gabapentin
- Clonidine
- Pentoxifylline
- Lidocaine
- Hydroxyzine
- Add...

Compounding Quantity: 200mL OR
Other Quantity _____
Sig: Apply 1-2 pumps to affected areas 1-4 times
daily Lisinopril 5 times **Refills:** _____ 1

**☑ Anti-Fungal Cream**
Fluticasone 1%, Fluconazole 2%,
Pentoxifylline .5%, Lidocaine 2%,
Hydroxyzine 10%
*300 mL     Refill PRN*

Compounding Quantity: 200mL OR
Other Quantity _____
Sig: Apply 1-2 pumps to affected areas 1-4 times
daily Lisinopril 1-5 times **Refills:** _____

## Other Formulation

*+ MS81*
*MS82*
*Qty 60 Refill PRN*

Compounding Quantity: 1 OR
Other Quantity _____
Sig: _____
**Refills:** _____

## Neuropathic & Chronic Pain

**☐ NCP-5**
- Baclofen
- Gabapentin
- Imipramine
- Nifedipine
- Lidocaine
- Add...

**☐ NCP-7**
- Flurbiprofen
- Baclofen
- Cyclobenzaprine
- Gabapentin
- Ketamine
- ...

**☐ NCP-9**
- Baclofen
- Cyclobenzaprine
- Gabapentin
- Imipramine
- Ketamine
- ...

Compounding Quantity: 200mL OR
Other Quantity _____
Sig: Apply to affected area 1-4 times
daily 1-5 times **Refills:** _____

## Hair Restoration

**☐ Scalp Care - 4 hair solution**
- Fluticasone
- Finasteride
- Minoxidil
- Tretinoin

Compounding Quantity: 2 oz OR
Other Quantity _____
Sig: Apply a small amount to affected area in the scalp 1 time a day
**Refills:** _____

## Specialty

**☐ DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone
- Methylxanthine
- Fluconazole
**For local Dermatitis with pain, add:**
- Lidocaine
- Hydroxyzine

**☐ DERM-6: PSORIASIS**
- Fluticasone
- Methylxanthine
- Fluconazole
- Vitamin D
- Tretinoin

**☐ DERM-7: PLANTAR FASCIITIS**
- Baclofen
- Nifedipine
- Pentoxifylline
- Lidocaine
- Verapamil Hydrochloride

Compounding Quantity: 120mL OR Other Quantity _____
Sig: Apply 1-3 pumps to affected areas 1-4 times daily 1 time a day 1-5 times **Refills:** *PRN*

## Metabolic Supplements

**☐ MS-2: GENERAL WELLNESS**
- ...
- ...

**☐ MS-3: GENERAL WELLNESS**
- ...
- ...

**☐ MGL-1B: MIGRAINE**
- Topiramate
- Baclofen
- Ophthalmazone
- Lidocaine
- Metoprolol
- Ziprasidone

**☐ SCAR**
- Dutasteride Propionate
- Levocetirizine Hydrochloride
- Pentoxifylline
**For pronounced scars, add:**
- Pioglitazone
- Gabapentin

**☐ STRETCH MARKS / ELASTICITY**
- Fluticasone
- Levocetirizine
- Pentoxifylline
- Hyaluronidase
- Vitamin D3
- Tretinoin
- Tretinoid

| | |
| --- | --- |
| Prescriber Name: *Scott Conard* | NPI # *1831161546* |
| Lic #: *H 2314* | DEA # *BC 1028631* |
| Address: *6211 W Northwest Hwy Ste C255* | |
| Phone #: *972-292-7158* | Fax #: *877-292-2347* |
| Signature (Note: Manual Signature Required for CSI) *(signature)* | Date: *1/29/15* |

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, EDWARD (id #11621, dob:** ▓▓▓▓▓ **)**

Patient: Edward Smith
DOB: ▓▓▓▓

Insurance info
Carrier: TriCare
Bin#: PCN#
Group #:
Member ID #: 562420361
Workers Comp: Yes / No
DOI: Claim #:

Home Phone / Cell Phone
Address: ▓▓▓▓▓
City: Round Rock  TX  78665
Allergies:
Diag.:

## Back & Radicular Pain

**BRP-3**
- Clonidine
- Gabapentin
- Pentoxifylline
- Lidocaine
- AML

**BRP-4**
- Gabapentin
- Clonidine
- Diclofenac
- Lidocaine
- Pentoxifylline
- AML

☑ **Anti-Fungal Cream**
**Fluticasone 1%, Fluconazole 2%, Pentoxifylline .5%, Lidocaine 2%, Hydroxyzine 10%**
300 mL    Refill PRN

## Other Formulation
 X MS81
MS 82
Qty 60 Refill PRN

## Neuropathic & Chronic Pain

**NCP-5**
- Baclofen
- Gabapentin
- Imipramine
- Nifedipine
- Lidocaine
- Add

**NCP-7**
- Flurbiprofen
- Baclofen
- Cyclobenzaprine
- Gabapentin
- Lidocaine
- Add

**NCP-9**
- Baclofen
- Cyclobenzaprine
- Gabapentin
- Bupivacaine
- Ketamine
- Add

## Hair Restoration

**Scalp Care - 4 hair solution**
- Finasteride
- Minoxidil
- Tretinoin

## Specialty

**DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone
- Methylcobalamin
- Cyclosporine
Contact Dermatitis with pain, add:
- Lidocaine
- Hydroxyzine

**DERM-6: PSORIASIS**
- Fluticasone
- Methylcobalamin
- Fluconazole 0%
- Vitamin B12
- Ketamine

**DERM-7: PLANTAR FASCIITIS**
- Baclofen
- Nifedipine
- Fluconazole
- Lidocaine
- Flurbiprofen Triamcinolone

## Metabolic Supplements

**MS-2: GENERAL WELLNESS**

**MS-3: GENERAL WELLNESS**

**MGL-1B: MIGRAINE**
- Sumatriptan
- Baclofen
- Cyclobenzaprine
- Lidocaine
- Gabapentin
- Amitriptyline

**SCAR**
- Fluticasone Propionate
- Benzethonium Chloride
- Pentoxifylline
for painful scars, add:
- Prilocaine
- Gabapentin

**STRETCH MARKS / ELASTICITY**
- Fluticasone
- Pentoxifylline
- Pentoxifylline
- Hyaluronidase
- Vitamin B12
- Vitamin K
- Estradiol

PRN

## Prescriber

Prescriber Name: Scott Conard   NPI #: 1831161546
Lic #: H 2314    DEA #: BC 102 8631
Address: 6211 W Northwest Hwy  Ste C255
Phone #: 972-242-7158   Fax #: 877-242-2247
Signature (Note: Manual Signature Required for CSI):   Date: 1/29/15

---

**Medication List**

None recorded.

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, EDWARD (id #11621, dob:** ███████**)**

## Vaccination History

None recorded.

DOJ•_18CR368-0121114

GOH MEDICAL, PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, JANE (id #11622, dob:** ███████**)**

## Medical Records - CONFIDENTIAL

**FROM:**   TX - GOH Medical, PA
LAUREN/NURSE
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-
2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:**   SCOTT CONARD MD
6211 W NORTHWEST HWY, DALLAS, TX
75225
Phone: (972) 292-7158
Fax: (877) 292-2247

**Name: SMITH, JANE**

**DOB:** ████████

**Date Range: to 06/14/2018**

**This document contains the following records of the patient:**
- **Facesheet**
- **Clinical Documents**
- **Medication List**
- **Vaccination History**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:11622-A-6333]

GOH MEDICAL PA • 300 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, JANE (id #11622, dob: ⬛⬛⬛⬛⬛)**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | SMITH, JANE |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Prescription: check now |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
None recorded.

**Surgical History**
None recorded.

**Medications**
None recorded.

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**
None recorded.

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Clinical Documents

DOJ•_18CR368-0121116

GOH MEDICAL PA · 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, JANE (id #11622, dob:** ▮▮▮▮ **)**

| Patient | DOB | Insurance info |
| --- | --- | --- |
| Jane Smith | | Carrier: Tricare |
| Home Phone | Cell Phone | BIN# PCN# |
| Address | | Group # |
| City Round Rock    St. TX    Zip 78665 | | Member ID# 562420361 |
| Allergies | | Workers Comp    Yes    No |
| Diag. | | DOI    Claim # |

## Back & Radicular Pain

**BRP-3**
- Ibuprofen
- Gabapentin
- Baclofen
- Lidocaine
- Add:

**BRP-4**
- Gabapentin
- Ketamine
- Baclofen
- Lidocaine
- Pentoxifylline
- Add:

☑ **Anti-Fungal Cream**
Fluticasone 1%, Fluconazole 2%,
Pentoxifylline .5%, Lidocaine 2%,
Hydroxyzine 10%

300 mL   Qty   Refill PRN

## Other Formulation

℞ MS-81
  MS-82
  Qty 60  Refill PRN

## Neuropathic & Chronic Pain

**NCP-5**
- Baclofen
- Gabapentin
- Imipramine
- Ketamine
- Lidocaine
- Add:

**NCP-7**
- Amitriptyline
- Baclofen
- Cyclobenzaprine
- Gabapentin
- Lidocaine
- Add:

**NCP-9**
- Baclofen
- Cyclobenzaprine
- Ibuprofen
- Ketamine
- Lidocaine
- Add:

## Hair Restoration

**Scalp Care – 4 hair solution**
- Finasteride
- Minoxidil
- Vitamin D
- Add:

## Specialty

☒ **DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone
- Acyclovir
- Vitamin B12
☑ Contact Dermatitis with pain, add:
- Lidocaine
- Hydroxyzine

☐ **DERM-6: PSORIASIS**
- Fluticasone
- Methylcellulose
- Coenzyme Q10
- Vitamin D3
- Trexan

☐ **DERM-7: PLANTAR FASCIITIS**
- Fluticasone
- Gabapentin
- Fluconazole
- Lidocaine
- Tranylcypromine

☐ **MGL-1B: MIGRAINE**
- Imipramine
- Amiloride
- Cyclobenzaprine
- Lidocaine
- Nortriptyline
- Aprepitant

☑ **SCAR**
- Fluticasone Propionate
- Pentoxifylline/Acyclovir
- Pentoxifylline
☑ For painful scars, add:
- Fluticasone
- Gabapentin

☑ **STRETCH MARKS / ELASTICITY**
- Fluticasone
- Tranylcypromine
- Fluticasone
- Pentoxifylline
- Vitamin D3
- Vitamin C
- Vitamin E

*PRN*

## Metabolic Supplements

☐ **MS-2: GENERAL WELLNESS**
Refills:

☐ **MS-3: GENERAL WELLNESS**
Refills:

| Prescriber Name: Scott Conard | NPI# 1831161546 |
| --- | --- |
| Lic. #: H 2314    DEA# BC1028631 | |
| Address: 6211 W Northwest Hwy Ste C255 | |
| Phone: 972-242-7158    Fax: 877-242-2247 | |
| Signature (Note: Manual Signature Required for CS): | Date: 1/29/15 |

DOJ·_18CR368-0121117

GQH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, JANE (id #11622, dob:** ▮▮▮▮**)**

| Patient | DOB | | Insurance info |
|---|---|---|---|
| Jane Smith | | Carrier: | Tricare |
| Home Phone / Cell Phone | | Bin# / PCN# | |
| Address | | Group # | |
| City Round Rock  ST TX  Zip 78665 | | Member ID # | 562420361 |
| Allergies | | Workers Comp  Yes  No | |
| Okay. | | DOB / Claim # | |

## Back & Radicular Pain

**☐ BRP-3**
- Baclofen 0.25%
- Gabapentin 6%
- Ibuprofen 10%
- Lidocaine 2%

**☐ BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 3%
- Lidocaine 2%
- Pentoxifylline 2%
- Amit...

*Dispensing Quantity: 100mL/30 days*
*Other Quantity:*
*Sfx-Apply 3 pumps to affected area 3-4 times daily. 1 pump = 1.5 mL Refills:*

**☑ Anti-Fungal Cream**
Fluticasone 1%, Fluconazole 2%,
Pentoxifylline .5%, Lidocaine 2%,
Hydroxyzine 10%
300 mL   Qty Refill PRN
- Baclofen
- Add:

*Dispensing Quantity: 100mL/30 days*
*Other Quantity:*
*Sfx-Apply 3 pumps to affected area 3-4 times daily. 1 pump = 1.5 mL Refills:*

## Other Formulation

℞ MS-81
ms 82
Qty 60 Refill PRN

## Neuropathic & Chronic Pain

**☐ NCP-5**
- Baclofen 2%
- Gabapentin 6%
- Bupivacaine 5%
- Nifedipine 2%
- Lidocaine 4.5%
- Amit...

**☐ NCP-7**
- Gabapentin 20%
- Baclofen 2%
- Bupivacaine 1%
- Nifedipine 8%
- Lidocaine 3.5%
- Amit...

**☐ NCP-9**
- Baclofen 2%
- Cyclobenzaprine 2%
- Amit... 6%
- Proline 2%
- Ketamine 2%
- Ibu...

*Dispensing Quantity: 100mL/30 days*
*Other Quantity:*
*Sfx-Apply 3 pumps to affected area 3-4 times daily. 1 pump = 1.5 mL Refills:* PRN

## Hair Restoration

**☐ Scalp Care - 4 hair solution**
- Fluticasone 10%
- Minoxidil 7%
- Vitamin D 10%
- Tretinoin 0.1%

*Dispensing Quantity: 100mL/30 days*
*Other Quantity:*
*Sfx-Apply 3 pumps to affected area 3-4 times daily. 1 pump = 1.5 mL Refills:*

## Specialty

**☑ DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone 1%
- Methprednisone 0.25%
- Lidocaine 8%

**☑ Contact Dermatitis with pain, add:**
- Lidocaine 2%
- Hydroxyzine 2%

**☐ DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcellulose 0.1%
- Coal tar 5%
- Vitamin D3 0.25%
- Proline 0.02%

**☐ DERM-7: PLANTAR FASCIITIS**
- Fluticasone 2%
- Baclofen 2%
- Flurazepam 1%
- Lidocaine 2%
- Diisopropyl hydrochloride 10%

*Dispensing Quantity: 100mL/30 days*
*Other Quantity:*
*Sfx-Apply 3 pumps to affected area 3-4 times daily. 1 pump = 1.5 mL Refills:* PRN

**☐ MGL-1B: MIGRAINE**
- Bupivacaine 1%
- Baclofen 2%
- Cyclobenzaprine 2%
- Lidocaine 6%
- Nortriptyline 10%
- Aptamorphine 0.2%

**☐ SCAR**
- Fluticasone Propionate 1%
- Levocabine Hydrochloride 1%
- Tranexylene 0.5%

**☐ for painful scars, add:**
- Lidocaine 5%
- Gabapentin 15%

**☐ STRETCH MARKS / ELASTICITY**
- Fluticasone 1%
- Fexofenadine 2%
- Pentoxifylline 0.5%
- Hyaluronidase 0.2%
- Vitamin D3 0.5%
- Tretinoin 1%
- Cetaphil 0.5%

## Metabolic Supplements

**☐ MS-2: GENERAL WELLNESS**

**☐ MS-3: GENERAL WELLNESS**

## Medication List

**None recorded.**

**Prescriber Name:** Scott Conard   NPI # 1831161546
Lic #: H 2314   DEA #: BC1028631
Address: 6211 W Northwest Hwy Ste C255
Phone #: 972-292-7158   Fax #: 877-292-2247   Date: 1/29/15

**Signature** (Note: Manual Signature Required for CS):

GX638.027

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**SMITH, JANE (id #11622, dob:** ▮▮▮▮▮▮▮**)**

**Vaccination History**

None recorded.

DOJ•_18CR368-0121119

GOH MEDICAL PA · 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**YOUNG, AMBER (id #12537, dob:** ▮▮▮▮▮▮▮▮

## Medical Records - CONFIDENTIAL

**FROM:**  TX - GOH Medical, PA
LAUREN/NURSE
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-
2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:**  SCOTT CONARD MD
6211 W NORTHWEST HWY, DALLAS, TX
75225
Phone: (972) 292-7158
Fax: (877) 292-2247

### Name: YOUNG, AMBER

### DOB: ▮▮▮▮▮▮▮

### Date Range: to 06/14/2018

**This document contains the following records of the patient:**
- **Facesheet**
- **Clinical Documents**
- **Medication List**
- **Vaccination History**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:12537-A-6333]

GOH MEDICAL PA • 300 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**YOUNG, AMBER (id #12537, dob: ▮▮▮▮▮▮▮)**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | YOUNG, AMBER |
| Sex | F |
| DOB | ▮▮▮▮▮ |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
None recorded.

**Surgical History**
None recorded.

**Medications**
None recorded.

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**
None recorded.

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**
None recorded.

## Clinical Documents

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**YOUNG, AMBER (id #12537, dob:** ▮▮▮▮▮▮ **)**

| Patient | DOB | | Insurance info | |
|---|---|---|---|---|
| *Amber Young* | ▮▮▮▮ | Carrier: | *Tricare* | |
| Home Ph ▮▮▮▮ | Cell Phone ▮▮▮▮ | Sine | | PCN# |
| Address ▮▮▮▮ | | Group # | | |
| City *Keylin* | STATE *CO* ZIP *80031* | Member ID # | *46699104l* | |
| Allergies | | Workers Comp | Yes | No |
| Diag.: | | DOI | Claim # | |

### Back & Radicular Pain

**BRP-3**
- Ketodac .... 9.2%
- Gabapentin .... 6%
- Bupivacaine .... 10%
- Lidocaine .... 2%
- Add. ....

**BRP-4**
- Gabapentin .... 6%
- Clonidine .... 0.1%
- Diclofenac .... 3%
- Lidocaine .... 4%
- Pentoxifylline .... 3%
- Add. ....

(Dispensing Quantity: 300ml x Qtr)
Other Quantity: ____
*NB: Apply 1-2 pumps to affected area 3-4 times
daily. 1 pump = 1.5 mls. **Refills:** ____

### General Pain/Inflammation

**GPI-2**
- Flurbiprofen .... 20%
- Cyclobenzaprine .... 2%
- Baclofen .... 2%
- Add. ....

(Dispensing Quantity: 200ml x Qtr)
Other Quantity: ____
*NB: Apply 1-2 pumps to affected area 3-4 times
daily. 1 pump = 1.5 mls. **Refills:** ____

### Hair Restoration

**Scalp Care - 4 hair solution**
- Minoxidine .... 10%
- Finasteride .... 2%
- Minoxidil .... 10%
- Retinoic .... 2%

(Dispensing Quantity: 120ml x Qtr)
or Quantity: ____
*Apply twice daily to scalp 2 times a day.
Refills: ____

### Other Formulation

[✓] **Anti-Fungal Cream**
Fluticasone 1%, Fluconazole 2%,
Pentoxifylline .5%, Lidocaine 2%,
Hydroxyzine 10%
*300 mL    Refills  6*

### Neuropathic & Chronic Pain

**NCP-5**
- Baclofen .... 2%
- Gabapentin .... 6%
- Imipramine .... 3%
- Nifedipine .... 2%
- Lidocaine .... 2.5%
- Add. ....

**NCP-7**
- Flurbiprofen .... 10%
- Baclofen .... 2%
- Cyclobenzaprine .... 2%
- Gabapentin .... 6%
- Lidocaine .... 2.5%
- Add. ....

**NCP-9**
- Baclofen .... 2%
- Cyclobenzaprine .... 2%
- Gabapentin .... 6%
- Lidocaine .... 2%
- Pentoxifylline .... 3%
- Add. ....

(Dispensing Quantity: 300ml x Qtr)
Other Quantity: ____
*NB: Apply 1-2 pumps to affected area 3-4 times
daily. 1 pump = 1.5 mls. **Refills:** ____

### Specialty

**DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone .... 1%
- Methylcobalamin .... 2%
- Gabapentin(a) .... 4%
Contact Dermatitis with pain, add:
- Lidocaine .... 2%
- Hydroxyzine .... 2%

**DERM-6: PSORIASIS**
- Fluticasone .... 1%
- Methylcobalamin .... 0.07%
- Vancomycin(a) .... 4%
- Vitamin B3 .... 0.07%
- Tacrolide .... 0.02%

**DERM-7: PLANTAR FASCIITIS**
- Diclofenac .... 2%
- Baclofen .... 2%
- Fluticasone .... 2%
- Lidocaine .... 10%
- Verapamil Hydrochloride .... 10%

(Dispensing Quantity: 100ml x Qtr) Other Quantity: ____
*NB: Apply 1-2 pumps to affected area 3-4 times a day. 1 pump = 1.5 mls. **Refills:** ____

### Metabolic Supplements

**MS-2: GENERAL WELLNESS**
- MS 2-1: Methylcobalamin 20mg, Pyridoxine 6.5mg, Niacin 2.5mg, Folate 400mcg etc. Take as agreed symptoms twice daily. **Refills:** ____
- MS-2: Curcumin 900-100mg, AlphaLipoic Acid 250mg & Acetyl-Cysteine 250mg 900-600GB etc. Take 2 capsules by mouth twice daily. **Refills:** ____

**MS-3: GENERAL WELLNESS**
- MS-3: Resveratrol Powder 100mg, Piperine 20mg etc. Take 2 capsules by mouth once daily. **Refills:** *12*
- MS-3: Hydroxycobalamin 20mg, Coenzyme Q10 100mg, AlphaLipoic Acid 250mg, Vit B2 1,000IU etc. Take 2 capsules by mouth once daily. **Refills:** *12*

### MGL-1B: MIGRAINE
- Topiramate .... 3%
- Baclofen .... 2%
- Cyclobenzaprine .... 2%
- Lidocaine .... 2%
- Imipramine .... 10%
- Ketoprofen .... 0.2%

**SCAR**
- Fluticasone Propionate .... 1%
- Levofloxacin Hydrochloride .... 2%
- Pentoxifylline .... 0.5%
for painful scars, add:
- Fluticasone .... 2%
- Gabapentin .... 15%

**STRETCH MARKS / ELASTICITY**
- Fluticasone .... 1%
- Levocetirizine .... 2%
- Pentoxifylline .... 0.5%
- Hyaluronidase .... 0.2%
- Vitamin D3 .... 0.5%
- Vitamin C .... 1%
- Estradiol .... 0.1%

Prescriber Name:  Scott Conard
NPI # 1831161546 Lic.# H2314    DEA # BC1028631
Address: 6211 W Northwest Highway, Ste C255
Phone: 972-292-7158   Fax: 877-292-2247
Signature ▮▮▮▮▮▮          Date *11/20/14*
(Note: Manual Signature Required for CS)

## Medication List

None recorded.

DOJ•_18CR368-0121133

GOH MEDICAL PA - 700 W. JOHN CARPENTER FWY. IRVING TX 75039-2003

**YOUNG, AMBER (id #12537, dob:** ███████

**Vaccination History**

None recorded.

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003
**YOUNG, MICHAEL (id #12538, dob:** ▮▮▮▮▮▮**)**

## Medical Records - CONFIDENTIAL

**FROM:**  TX - GOH Medical, PA
LAUREN/NURSE
200 W. JOHN CARPENTER FWY, IRVING, TX 75039-
2003
Phone: (972) 292-7158
Fax: (877) 292-2247

**TO:**  SCOTT CONARD MD

6211 W NORTHWEST HWY, DALLAS, TX
75225
Phone: (972) 292-7158
Fax: (877) 292-2247

### Name: YOUNG, MICHAEL

### DOB: ▮▮▮▮▮▮

### Date Range: to 06/14/2018

**This document contains the following records of the patient:**
- **Facesheet**
- **Clinical Documents**
- **Medication List**
- **Vaccination History**

This fax may contain sensitive and confidential personal health information that is being sent for the
sole use of the intended recipient. Unintended recipients are directed to securely destroy any
materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of
this fax or any personal health information is prohibited. To the extent patient information contained
in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these
records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender
and confirm that the information will be destroyed. If you do not have internet access, please call 1-
888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for
your attention and cooperation. [ID:12538-A-6333]

GOH MEDICAL PA • 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**YOUNG, MICHAEL (id #12538, dob:** ██████████ **)**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | YOUNG, MICHAEL |
| Sex | M |
| DOB | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details |

**Height / Weight / BMI / BP**
None recorded.

**Problems**
None recorded.

**Surgical History**
None recorded.

**Medications**
None recorded.

**Vaccines**
None recorded.

**Allergies / Adverse Reactions**
None recorded.

**Past Medical History**
(none recorded)

**Social History**
None recorded.

**Family History**
None recorded.

**Patient History - Other**
None recorded.

**Screening**
None recorded.

## Clinical Documents

DOJ•_18CR368-0121136

GOH MEDICAL PA - 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**YOUNG, MICHAEL (id #12538, dob:** [redacted]**)**

Patient: Michael Young
DOB: [redacted]
Home Phone: [redacted]
Cell Phone: [redacted]
Address: Volusita [redacted]
City: Peytm   State: CO   Zip: 80831
Allergies:
Diag.:

**Insurance Info**
Carrier: Tricare
Bin#:   PCN#:
Group #:
Member ID #: 466991041
Workers Comp: Yes  No
DOI:   Claim #:

## Back & Radicular Pain

**☐ BRP-3**
- Clonidine   0.2%
- Gabapentin   6%
- Flurbiprofen   10%
- Lidocaine   2%
- Add:

**☐ BRP-4**
- Gabapentin   6%
- Clonidine   0.1%
- Diclofenac   3%
- Lidocaine   2%
- Flurbiprofen   2%
- Acid

## General Pain/Inflammation

**☐ GPI-2**
- Flurbiprofen   20%
- Gabapentin   2%
- Baclofen   2%
- Add:

## Other Formulation

☑ **Anti-Fungal Cream**
Fluticasone 1%, Fluconazole 2%,
Pentoxifylline .5%, Lidocaine 2%,
Hydroxyzine 10%
300 mL   Refills   6

## Neuropathic & Chronic Pain

**☐ NCP-5**
- Baclofen   2%
- Gabapentin   6%
- Pregabalin   3%
- Nifedipine   2%
- Lidocaine   2.5%

**☐ NCP-7**
- Flurbiprofen   20%
- Baclofen   3%
- Cyclobenzaprine   2%
- Gabapentin   6%
- Lidocaine   2.5%
- Add:

**☐ NCP-9**
- Baclofen   2%
- Cyclobenzaprine   2%
- Gabapentin   6%
- Lidocaine   2%
- Flurbiprofen   10%
- Add:

## Hair Restoration

**☐ Scalp Care - 4 hair solution**
- Fluticasone   1.0%
- Finasteride   3%
- Minoxidil   6%
- Tretinoin   0.5%

## Specialty

**☐ DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone   2%
- Methylcobalamin   0.03%
- Cyanocobalamin   2%
Contact Dermatitis with pain, add:
- Lidocaine   2%
- Hydroxyzine   2%

**☐ DERM-6: PSORIASIS**
- Fluticasone   2%
- Methylcobalamin   0.07%
- Koenzyme Q10   2%
- Vitamin D3   0.05%
- Tretinoin   0.02%

**☐ DERM-7: PLANTAR FASCIITIS**
- Diclofenac   4%
- Baclofen   1%
- Lidocaine   2%
- Triampcil Hydrochloride   10%

**☐ MGL-1B: MIGRAINE**
- Topiramate   2%
- Baclofen   2%
- Flurbiprofen   4%
- Lidocaine   5%
- Flurbiprofen   15%
- Pentoxifylline   0.2%

**☑ SCAR**
- Fluticasone Propionate   1%
- Levmetamfe/Methoxide   2%
- Pentoxifylline   0.5%
☑ for painful scars, add:
- Prilocaine   3%
- Gabapentin   10%

**☑ STRETCH MARKS / ELASTICITY**
- Fluticasone   1%
- Levmetamfe   2%
- Pentoxifylline   0.5%
- Hyaluronidase   0.2%
- Vitamin B3   0.5%
- Vitamin C   5%
- Estradiol   0.1%
Refills   6

## Metabolic Supplements

**☐ MS-2: GENERAL WELLNESS**
- MS-2: Methylcobalamin 20mg, Pyridoxal 5-Phosphate 70mg, MSM 70mg
Refills:

**☑ MS-3: GENERAL WELLNESS**
- MS-3: Resveratrol Powder 70mg, Piperine 70mg
Refills   12

NPI #:

Prescriber Name: Scott Conard
NPI # 1831161546  Lic.# H2314   DEA # BC1028631
Address: 6211 W Northwest Highway, Ste C255
Phone: 972-292-7158  Fax: 877-292-2247
Signature: [signature]   Date 11/20/14
(Note: Manual Signature Required for CS)

Date:

## Medication List

None recorded.

GOH MEDICAL, PA - 200 W. JOHN CARPENTER FWY, IRVING TX 75039-2003

**YOUNG, MICHAEL (id #12538, dob:** █████████ **)**

**Vaccination History**

None recorded.