

GX639.001



GX639.002



GX639.003



GX639.004



GX639.005