**GOVERNMENT EXHIBIT**
**641**
**4:18-CR-368**

