

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 1731    HOUSTON, TX

POSTAGE WILL BE PAID BY ADDRESSEE

OMNIPLUS PHARMACY
4916 MAIN ST STE 100
HOUSTON TX 77002-9646

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

GOVERNMENT
EXHIBIT
**642**
4:18-CR-368

IIM - 001

GX642.001          DOJ_18CR368-0098620

**Signature Log**

GEORDON BUCKINGHAM
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014
Rx 102493
5/1/2014         Signature_____

**Signature Log**

ALEXA BUCKINGHAM
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014
Rx 102492
5/1/2014         Signature_____

**Signature Log**

SHELIA BUCKINGHAM
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014
Rx 102496
5/1/2014         Signature_____

**Signature Log**

TRISTAN BUCKINGHAM
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030102 MEDCO 610014
Rx 102495
5/1/2014         Signature_____

IIM - 002

**Signature Log**
EVAN BUCKINGHAM
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030 MEDCO 610014
Rx 102490
5/1/2014  Signature

**Signature Log**
JAMES BUCKINGHAM
6560 FANNIN, SUITE 2020 HOUSTON, TX 77030 MEDCO 610014
Rx 102486
5/1/2014  Signature

---

**OMNIPLUS PHARMACY**                                Receipt
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394
**TRISTAN BUCKINGHAM**                        414336114367
6560 FANNIN, SUITE 2020                         5/1/2014
HOUSTON, TX
77030                                           (713)790-1400
**Rx  102495**
300 ML                30day supply    NDC
NCP-7B  LOTION
**VLADIMIR  REDKO DR.**                         MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400      BR0522284
THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**OMNIPLUS PHARMACY**                                Receipt
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394
**TRISTAN BUCKINGHAM**                        414336114367
6560 FANNIN, SUITE 2020                         5/1/2014
HOUSTON, TX
77030                                           (713)790-1400
**Rx  102495**
300 ML                30day supply    NDC
NCP-7B  LOTION
**VLADIMIR  REDKO DR.**                         MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400      BR0522284
THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**OMNIPLUS PHARMACY**                                Receipt
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394
**GEORDON BUCKINGHAM**                        414336114367
6560 FANNIN, SUITE 2020                         5/1/2014
HOUSTON, TX
77030                                           (713)790-1400
**Rx  102493**
300 ML                30day supply    NDC
NCP-7B  LOTION
**VLADIMIR  REDKO DR.**                         MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400      BR0522284
THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**OMNIPLUS PHARMACY**                                Receipt
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394
**GEORDON BUCKINGHAM**                        414336114367
6560 FANNIN, SUITE 2020                         5/1/2014
HOUSTON, TX
77030                                           (713)790-1400
**Rx  102493**
300 ML                30day supply    NDC
NCP-7B  LOTION
**VLADIMIR  REDKO DR.**                         MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400      BR0522284
THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

IIM - 003

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

JAMES BUCKINGHAM                   414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102486
300 ML                 30day supply     NDC
NCP-7B LOTION

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

JAMES BUCKINGHAM                   414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102486
300 ML                 30day supply     NDC
NCP-7B LOTION

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

EVAN BUCKINGHAM                    414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102490
150 ML                 15day supply     NDC
SCAR GEL GEL

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

EVAN BUCKINGHAM                    414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102490
150 ML                 15day supply     NDC
SCAR GEL GEL

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

ALEXA BUCKINGHAM                   414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102492
150 ML                 15day supply     NDC
SCAR GEL GEL

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

ALEXA BUCKINGHAM                   414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102492
150 ML                 15day supply     NDC
SCAR GEL GEL

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

SHELIA BUCKINGHAM                  414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102496
150 ML                 15day supply     NDC
SCAR GEL GEL

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

**Receipt**

OMNIPLUS PHARMACY
4916 MAIN ST, STE 100 HOUSTON, TX 77002
713-874-0300                Toll Free Number 1-855-346-2394

SHELIA BUCKINGHAM                  414336114367
6560 FANNIN, SUITE 2020             5/1/2014
HOUSTON, TX
77030                               (713)790-1400

Rx  102496
150 ML                 15day supply     NDC
SCAR GEL GEL

VLADIMIR REDKO DR.                  MEDCO 610014
6560 FANNIN HOUSTON, TX 77030
(713)790-1400        BR0522284

THIS MEDICATION IS COMPOUNDED BY THE PHARMACY

IIM - 004