```
SHEILA A BUCKINGHAM            56-258/412    No. 7581
JAMES BUCKINGHAM
5325 WATERBRIDGE DR.
N ROYALTON, OH 44133-6458       Date 12-1-14

Pay to the order of  Emmi Onel Neal            $ 225.00

two hundred twenty five and 00/100             Dollars

US bank.  All of us serving you®

Memo  CO-pay                    [signature]

⑆041202582⑆   [REDACTED]   4828  7581
```

GOVERNMENT
EXHIBIT
643
4:18-CR-368

IIM - 025

GX643.001                DOJ_18CR368-0098644