

YOUR NAME/ADDRESS/PH.#(cell)
Kimberly Hohmann

#1 NAME/BIRTHDATE/SCAR # PAIN
(YOU)  c-section 6-10
       Lower Back

#2 (Kid) Nick Hohmann
         Olaus
         " scar lower right abdomen 6-10 PAIN
         " pain will reach 7R leg

#3 (Kid) Cat Hohmann
         Catherine
         " Right Thigh 5-8 PAIN
         " scar 2 pin/nail

#4 (Kid) Sofia Koszoru
         " Lower Back Pain 5-9
         " scar