## OmniPlus Pharmacy
## Meeting Agenda

**Meeting Date:** 8/5/2014
**Meeting Time:** 8:30 am CT
**Place:** OmniPlus Pharmacy Conference Room

---

1. ESI contract termination notice

2. Safety & Health Technology acquisition

3. Community Express Pharmacy potential acquisition

4. Out-of-state licensing needs

5. SuiteRx software purchase

6. LabMetrics consulting proposal

GOVERNMENT EXHIBIT
646
4:18-CR-368

**CONFIDENTIAL**            GX646.001            **CARR_000077**

Mgmt Mtg 8/5/14   BM, SB, LC, RC

1. ESI addendum ~~must~~ HMO provides 90-day notice of termination and a review w/in 30-day

    Tx covered by ↑
    Ohio & NM not covered

    Push MN, NM, Ohio licenses for OOM

    ~~Should we send~~
 ★  BM to send to Kathy & Tom Morrisson to ~~BM to~~ review draft ~~letter~~ letter to ESI

 ★  ~~1.~~ Need to reduce Redko to ~~20%~~ 0% in Optiplus. Hold on NM

 ★  2. JHT Holding Co LLC to be formed (Acquisition)

 3. Mtg tomorrow w/ BM & RC w/
    S/H
    will form

 5. SuiteRx should we put into new Rx like S&HT. Todd Eury → if I buy in Omni ~~and~~ can I change the pharmacy

 6. Marci — Lab Dir for Phen
    832 477 0091

