## OmniPlus Pharmacy
## Meeting Agenda

**Meeting Date:** 9/2/2014
**Meeting Time:** 9:00 am CT
**Place:** OmniPlus Pharmacy Conference Room

---

1. Nevada Pharmacy Board Investigation Action List

2. Compliance Review Action List

3. ESI Preliminary Injunction

4. Safety & Health Technology Acquisition Action List

5. Lab Business Action List

6. Staffing Updates

7. Ophm Rx

GOVERNMENT
EXHIBIT
**647**
4:18-CR-368

**CONFIDENTIAL**          GX647.001          **CARR_000082**

Mgmt Mtg 9/2 9am
1. Action items to be gathered by LC/Branko
   a. EM correspondence to Branko
   b. Contracts w/ Reps
      MAAD
      Hawkins
      Valley Medical
   c. Physicians in NV

2. Need to review for personal/immediate family
   a. Michael Deiter can work on PK review

**REDACTED**

**REDACTED**

4. The comments from Michael Yu have been rec'd, Branko to respond

5. LC to call Krystle Faulk re offer

6. April Edwards starting 9/8

CONFIDENTIAL          GX647.002          CARR_000083