OmniPlus Pharmacy
Meeting Agenda

**Meeting Date:** 10/1/2014
**Meeting Time:** 9:30 am CT
**Place:** OmniPlus Pharmacy Conference Room

1. ESI Contract Termination Status and Contingencies
    a. Court decision pending
    b. Readiness to transfer Rx to sister pharmacies
    c. Supplies for OPHC
    d. ESI claim monitoring

2. Accu-Care Start-up Action Items
    a. Equipment delivery today
    b. Set-up of IT and pharmacy equipment
    c. Marketing orders
    d. Licensing
    e. New space lease in process

3. Standing Order Project Status
    a. Communication with reps
    b. Web interface

4. Reps to meet doctors re patient communication with pharmacy

5. Customer Service Inbound Call Project Status
    a. Interviews with CSR candidates tomorrow
    b. New telephone equipment status
    c. Training

6. Security Enhancements and Break-in Investigation
    a. Quotes for enhancements to physical security
    b. PI interviews tomorrow

7. Sales Metrics and Other Reporting Needs
    a. Physician Rx performance metrics
    b. Rep performance metrics
    c. Fill rate monitoring / ESI monitoring
    d. Commission reporting enhancements

GOVERNMENT EXHIBIT
650
4:18-CR-368

**CONFIDENTIAL**    GX650.001    **CARR_000041**

Mtg Committee 10/1/14 9:30 am

1. a. No decision yet — SAB sent ESI audit request to Doug King
   b. Transfer more scripts to OOM
      i. Soualto → OOM
   c. NP
   d. TBD

2. a. Igor to take everything
   b. Implement SuiteRx (NOT PK)
   c. @ATT also call today

3. Standing order
   a. Peter H. to draft EM for Mon w/ Standing Order Form
   b. ?

3. 4. Internal Policy — Attempt to call a pt patient 3X then ship
   a. Meeting w/

Policy — Eliminate invoice mailing w/ Rx mail from pharms

CONFIDENTIAL   GX650.002   CARR_000042