| Contracted Party | Rep Name | Pharmacy | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission | Rate | Sub-Rep Reclass | Adj to Sep (a) | Adj to Oct | Notes | Total Commission | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Merrion W. Baker | Astolfo,Sean | All | 0 | 0 | 2 | $0.00 | $0.00 | $0.00 | 0% | | $0.00 | | | $0.00 | |
| Stoneark Management | Baker,Merrimon | All | 21 | 30 | 27 | $64,642.70 | $12,800.00 | $15,342.81 | 30% | | ($1,579.80) | $5,307.88 | (f) | $15,342.81 | |
| MAA Marketing Inc. | Bass,Brian | All | 369 | 98 | 148 | $345,156.21 | $74,100.00 | $133,680.14 | 49% | | ($8,930.03) | $2,435.44 | (b) | $137,408.22 | |
| Blackburn Interests, LLC | Beckett,Madelaine | All | 139 | 87 | 54 | $278,333.00 | $51,150.00 | $113,264.79 | 50% | | $0.00 | | | $106,770.20 | |
| #N/A | blackburn,james | All | 14 | 15 | 6 | $18,464.00 | $5,200.00 | $5,305.60 | 40% | | $0.00 | | | $5,305.60 | |
| | BR,House | All | 484 | 160 | 271 | $655,081.83 | $127,600.00 | $256,664.21 | 49% | | ($16,034.05) | ($240,630.16) | (h) | $0.00 | |
| KDC Marketing | Burt,Chip | All | 66 | 4 | 28 | $15,649.65 | $5,500.00 | $2,990.90 | 29% | ($2,990.90) | $0.00 | | | $0.00 | |
| Cashman-Nourie Enterprises LLC | Castorena,Jon | All | 86 | 10 | 0 | $59,316.67 | $11,950.00 | $8,796.12 | 19% | | $0.00 | | | $8,796.12 | |
| KDC Marketing | Chelsie B,Lindsey R | All | 31 | 16 | 8 | $52,649.64 | $9,750.00 | $12,629.30 | 29% | ($12,563.30) | ($66.00) | | | $0.00 | |
| Frandal, Dowdell, Jr | Dowdell,Cisco | All | 1 | 1 | 1 | $200.00 | $150.00 | $15.00 | 30% | | $0.00 | | | $15.00 | |
| ValleMedical, LLC | Duke,Evangelina | All | 28 | 2 | 15 | $28,975.55 | $5,250.00 | $11,862.78 | 50% | | $0.00 | | | $11,862.78 | Total: |
| Valley Medical, LLC | Duke,Evangelina | All | 1 | 0 | 0 | $0.00 | $0.00 | $0.00 | 0% | | $0.00 | | | $0.00 | $11,862.78 |
| KDC Marketing | Ellis,Lance | All | 18 | 7 | 8 | $2,012.51 | $450.00 | $111.42 | 7% | | $1,752.70 | | | $0.00 | |
| KDC Marketing | fioroni,paul | All | 0 | 0 | 1 | $0.00 | $0.00 | $0.00 | 0% | | ($131.20) | | | $0.00 | |
| Fiumara, Paul | Fiumara,Paul | All | 0 | 1 | 0 | $0.00 | $0.00 | $0.00 | 0% | $131.20 | $0.00 | | | $0.00 | |
| NRG Medical Advantage | Goetz 1,Natalie | All | 51 | 35 | 12 | $189,794.08 | $32,550.00 | $78,617.42 | 50% | | $0.00 | $15,000.00 | (e) | $93,617.42 | |
| KDC Marketing | Gomez,Eric | All | 14 | 22 | 11 | $58,584.28 | $10,100.00 | $16,905.76 | 35% | ($16,744.76) | ($161.00) | | | $0.00 | |
| The Iowa Group | group,Headwater | All | 326 | 356 | 124 | $696,375.54 | $124,400.00 | $335,732.63 | 59% | | ($12,469.34) | ($149,082.61) | (g) | $174,180.68 | |
| #N/A | Group,Marketing JD | All | 162 | 65 | 13 | $145,617.00 | $35,050.00 | $54,691.83 | 49% | | ($491.25) | ($54,200.58) | (c) | $0.00 | Dieter/Hatmaker contract |
| Rolee Management, LLC | Group,Pcs | All | 1 | 0 | 0 | $0.00 | $0.00 | $0.00 | 0% | | $0.00 | | | $0.00 | |
| VitaSpire LLC | Group,SomaCare | All | 47 | 52 | 28 | $164,590.82 | $30,500.00 | $58,692.87 | 44% | | ($3,492.98) | | | $55,199.89 | |
| JIG Orthopedics Inc | Gurney,John | All | 2 | 0 | 1 | $0.00 | $0.00 | $0.00 | 0% | | ($686.31) | | | $0.00 | |
| Erilee Enterprises, LLC | Haselwood,Brian | All | 61 | 50 | 13 | $230,624.92 | $36,500.00 | $96,473.52 | 50% | | $0.00 | ($149,082.61) | (g) | $145,787.21 | |
| All Pro Health Partners, LLC | Health Partners,All Pro | All | 45 | 47 | 0 | $570,452.67 | $102,700.00 | $280,517.39 | 60% | | $0.00 | ($280,517.39) | (g) | $0.04 | |
| Targeted Pain Therapeutics, LLC | Hewgley,Todd | All | 31 | 11 | 2 | $38,988.81 | $8,750.00 | $8,924.12 | 30% | | $5,787.09 | | | $14,711.21 | |
| Trendeavor Ltd. | Jones,Troy | All | 35 | 3 | 3 | $11,841.75 | $3,350.00 | $4,245.88 | 50% | | $0.00 | | | $4,245.88 | |
| Kholodovsky, Alla | Kholodovsky,Alla | All | 1 | 2 | 4 | $5,877.12 | $900.00 | $1,493.14 | 30% | | $0.00 | | | $1,493.14 | |
| Nilsson Medical, LLC | Knudsen,John | All | 3 | 4 | 1 | $37,000.86 | $4,900.00 | $12,784.13 | 40% | | $0.00 | | | $12,784.13 | |
| KDC Marketing | Kroese,Mike | All | 60 | 24 | 8 | $114,987.48 | $21,300.00 | $46,794.71 | 50% | $51,952.72 | $0.00 | | | $98,747.43 | |
| John Griffen Lohmiller | Lohmiller,John | All | 16 | 1 | 4 | $7,413.39 | $1,750.00 | $2,207.67 | 30% | | ($4,369.44) | | | ($2,161.77) | |
| Grand Cru Consulting | Mahan,Trase | All | 168 | 67 | 83 | $212,370.46 | $39,900.00 | $85,394.30 | 50% | | ($1,554.31) | ($2,435.44) | (b) | $81,404.55 | |
| Advanced Life Sciences, LLC | Marchetti,Lana | All | 37 | 6 | 33 | $37,675.84 | $7,600.00 | $14,950.42 | 39% | | $0.00 | | | $14,950.42 | |
| NOLA - SURG LLC | Marui 1,Jose | All | 30 | 18 | 8 | $69,099.86 | $13,000.00 | $27,999.53 | 50% | | ($884.62) | $30,000.00 | (e) | $57,114.91 | Total: |
| NOLA - SURG LLC | Marui 2,Jose | All | 54 | 25 | 31 | $27,313.85 | $7,200.00 | $9,417.43 | 47% | | ($2,745.98) | | | $6,671.45 | $63,786.36 |
| Richard D. Mayabb | Mayab,Rick | All | 0 | 5 | 0 | $1,786.97 | $750.00 | $311.09 | 30% | | $0.00 | | | $311.09 | |
| Sigma Services | McCoy,Travis | All | 22 | 10 | 12 | $6,399.96 | $2,150.00 | $1,500.88 | 35% | | $2,459.77 | | | $3,960.65 | |
| Midlevel Medical Management, LLC | Mitchell,Matt | All | 132 | 33 | 38 | $105,511.07 | $23,500.00 | $32,679.48 | 40% | | ($2,683.22) | | | $29,996.26 | |
| KDC Marketing | Nichols and Norris,Scott and Kyle | All | 1 | 1 | 0 | $3,336.53 | $450.00 | $1,154.61 | 40% | ($8.19) | ($1,146.42) | | | $0.00 | |
| Fortis Diagnostics, LLC | Palmer,Thomas | All | 736 | 282 | 474 | $772,258.08 | $161,600.00 | $300,545.51 | 49% | | $1,770.74 | | | $302,316.25 | |
| Palmer, Zachary | Palmer,Zach | All | 1 | 0 | 0 | $0.00 | $0.00 | $0.00 | 0% | | $0.00 | | | $0.00 | |
| Blue Sky Medical Products, LLC | Parker,Mark | All | 4 | 10 | 2 | $8,169.82 | $2,500.00 | $2,772.58 | 49% | | $0.00 | | | $5,617.84 | |
| Powers Court, LLC | Powers,Tom | All | 5 | 2 | 3 | $19,281.06 | $2,600.00 | $6,663.72 | 40% | | $0.00 | | | $6,663.72 | |
| Ragnar Ventures, LLC | RAGNAR VENTURES Group | All | 68 | 14 | 22 | $55,396.22 | $11,400.00 | $21,750.86 | 49% | | ($2,591.65) | | | $19,059.21 | |
| RBM Distributors | Redko,Michael | | | | | | | $0.00 | 0% | | $0.00 | | | $0.00 | |
| SMA Medical Advisors | SC,House | All | 57 | 82 | 21 | $214,416.22 | $38,950.00 | $70,643.09 | 49% | | $0.00 | ($70,643.09) | (h) | $0.00 | |
| Blue Sky Medical Products, LLC | Schneider,Cindy | All | 4 | 0 | 2 | $6,350.50 | $900.00 | $967.39 | 17% | ($967.39) | $0.00 | | | $0.00 | |
| Intuitive Healthcare Solutions, LLC | Southard,Chad | All | 385 | 132 | 145 | $617,517.25 | $113,350.00 | $241,111.03 | 48% | | ($5,892.12) | $25,500.00 | (g) | $260,718.91 | |
| Forest Statham | Statham,Forest | | | | | | | $0.00 | 0% | | $0.00 | | | $0.00 | |
| ALS Marketing | Tinley,Ashley | All | 50 | 12 | 15 | $59,720.03 | $10,800.00 | $14,676.01 | 30% | | ($3,809.78) | $3,240.00 | (j) | $14,106.23 | |
| RWG Holdings, LLC | Walle,Rebecca | All | 4 | 18 | 0 | $56,254.21 | $9,000.00 | $14,131.26 | 30% | | ($36.00) | | | $14,095.26 | |
| Bridge Orthopedic Solutions, LLC | Watkins,Jason | All | 2 | 1 | 3 | $340.00 | $150.00 | $75.00 | 39% | | $0.00 | | | $75.00 | |
| KDC Marketing | Williams,Tommy | All | 0 | 3 | 0 | $645.00 | $250.00 | $39.00 | 20% | | $0.00 | | | $0.00 | |
| Kyle Life Marketing, LLC | Wolfe,Kyle | All | 41 | 68 | 3 | $219,179.53 | $40,250.00 | $71,571.81 | 40% | | ($566.03) | $5,600.00 | (d) | $76,505.78 | |
| #N/A | Wolff,Lance | All | 0 | 3 | 0 | $255.51 | $0.00 | $0.00 | 0% | | $0.00 | | | $0.00 | |
| | **Total Before Overrides** | | | | | | | $2,477,099.14 | | | | | | $1,777,773.48 | |
| KDC Marketing | Burt,Chip | | 66 | 4 | 28 | $15,649.65 | $5,500.00 | $1,993.94 | 20% | ($1,993.94) | $0.00 | | | $0.00 | |
| KDC Marketing | Chelsie B,Lindsey R Override | | 31 | 16 | 8 | $52,649.64 | $9,750.00 | $8,419.58 | 20% | ($8,375.58) | ($44.00) | | | $0.00 | |
| KDC Marketing | Ellis,Lance Override | | 18 | 7 | 8 | $2,012.51 | $450.00 | $167.13 | 30% | ($68.13) | ($99.00) | | | $0.00 | |
| KDC Marketing | Fiorini,Paul Override | | 0 | 0 | 1 | $0.00 | $0.00 | $0.00 | 20% | $87.47 | ($87.47) | | | $0.00 | |
| KDC Marketing | Gomez,Eric Override | | 14 | 22 | 11 | $58,584.28 | $10,100.00 | $7,245.32 | 15% | ($7,176.32) | ($69.00) | | | $0.00 | |
| KDC Marketing | Nichols and Norris Override | | 1 | 1 | 0 | $3,336.53 | $450.00 | $288.65 | 10% | ($288.65) | | | | $0.00 | |

Handwritten annotations: $1,779,935.35 ; -2,161.77 = $1,777,773.48

CONFIDENTIAL    CARR_000697

| Contracted Party | Rep Name | Pharmacy | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission | Rate | Sub-Rep Reclass | Adj to Sep (a) | Adj to Oct | Notes | Total Commission | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KDC Marketing | Williams, Tommy Override | | 0 | 3 | 0 | $645.00 | $450.00 | $58.50 | 30% | ($58.50) | | | | $0.00 | |
| Blue Medical Products, LLC | Schneider, Cindy Override | | 4 | 0 | 2 | $6,590.50 | $900.00 | $1,877.87 | 33% | ($1,877.87) | | | | $0.00 | |
| | | | | | | | | $2,497,150.12 | | ($0.00) | ($58,950.70) | ($660,425.95) | | $1,777,773.48 | |

Notes:
(a) - Adjustments to September Commissions (See tabs "Adj to Sep14 Commissions OPP" and "Adj to Sep14 Commissions OOMPS")
(b) - Reclass commissions for McPhail-Pruitt from Oct 1 - Oct 19 from Grand Cru to MAAD Marketing. Prescriber account was transferred to Grand Cru Consulting on Oct 20 (see tab "McPhail Pruitt Oct14")
(c) - Flat fee contract with Dieter and Hatmaker paid separately from Pharms
(d) - $25 spiff for no adjudication in Colorado
(e) - Goodwill draw against November refills
(f) - 5% bonus on all Rxs generated by Dr Valdez Rx per Brian Swiencinski
(g) - Commissions of $to All Pro Health Partners withheld by Company pending outcome of CVS Caremark audit on Colleen Kennedy Rx
(h) - House account
(i) - Pharmacy cost adjustments from $2000 to $1000 per agreement for Sep14 and Oct14 commissions (see tab "Southard Sep14-Oct14" and file "Southard - Pharmacy Cost Adj Sep14-Oct14")
(j) - Adjustment to calculate commissions as 30% of gross insurance paid excluding pharmacy cost

Approved _____ Date 11/3/14

CONFIDENTIAL

CARR_000098

GX651.002