# OmniPlus Pharmacy
## Meeting Agenda

**Meeting Date:** 12/16/2014
**Meeting Time:** 10:00 am CT
**Place:** OmniPlus Pharmacy Conference Room

---

1. Sales Update

2. Operating Metrics Update

3. SuiteRx Implementation and IMS reporting Update

4. Customer Service Inbound Call Project Update

5. Structure Changes Update

6. Staffing and Personnel Update

GOVERNMENT EXHIBIT
**652**
4:18-CR-368

CONFIDENTIAL      GX652.001      CARR_000044

Mgmt mtg 12/17/14

HM, SAB, EU, LC      BY PHONE: PHerbst

1. Sales update:
   a. Patch update - still have inventory but need sales
   b. A2 announcement to be drafted by Peter and disseminated to Reps by Brad

2. Metrics -
   a. Fix
   b. Summary

3. SuiteRx
   a. Ready to test E-prescribing
   b. Wait til January
   c. Sked Mtg w/ Erik on Go Live

4. Inbound
   a. Wait til Jan
   b. Sked Mtg w/ Erik on "Go Live"

5. Changes to Ownership
   a. CVS Caremark re-credentialing due 12/22
   b. Chg ownership for ACCU + OOM plus Woodlands

**CONFIDENTIAL**      GX652.002      **CARR_000045**