**Leonard Carr**

| | |
|---|---|
| **From:** | Brad Madrid |
| **Sent:** | Monday, August 17, 2015 8:59 AM |
| **To:** | Leonard Carr |
| **Subject:** | Brian's Request |
| **Attachments:** | p2.pdf; Terry B Insurance p1.pdf; image1.jpg; image2.jpg; image1.jpg; image2.jpg |

Leo,

Brian has asked for a quick response to his request to see if these insurance plans reimburse on any of our products, including SilPak or Patches or creams. I have attached 3 different insurance plan cards with ID's. Could you please ask Pam to run these ASAP.

Please let me know if I can help.

Thank you,

Brad Madrid
Marketing Associate
o: 713-325-2315 | c: 925-285-0659 | f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002


PHARMS

**CONFIDENTIAL**　　　　　GX655.001　　　　　CARR_000171

GOVERNMENT
EXHIBIT
**655**
4:18-CR-368



**BlueCross BlueShield**

Members: See your Summary Plan Description (SPD) for covered services and other important information. Possession of this card does not guarantee eligibility of benefits.

Providers: Claim filing and inquiries to local BlueCross and/or BlueShield plan. For all other inquiries, notifications, or authorizations, call Provider Service.

The medical plan is that of the employer. Blue Cross and Blue Shield of Minnesota, a nonprofit independent licensee of the Blue Cross and Blue Shield Association, is serving only as the claims administrator and does not assume financial risk for claims.

www.bluecrossmn.com/sjm

| | |
|---|---|
| Customer Service: | 1-877-410-2227 |
| Provider Service: | 1-800-262-0820 |
| Find a Provider: | 1-800-810-2583 |
| 24-Hour Nurse Advice: | 1-800-622-9524 |
| Stop Smoking Program: | 1-888-662-2583 |
| Healthy Start: | 1-866-489-6948 |

**CONFIDENTIAL**                    GX655.002                    **CARR_000172**





**CONFIDENTIAL** GX655.003 **CARR_000173**

**Leonard Carr**

| | |
|---|---|
| From: | Pam Bailey |
| Sent: | Monday, August 17, 2015 10:06 AM |
| To: | Leonard Carr |
| Cc: | Scott Breimeister; Brad Madrid |
| Subject: | RE: Brian's Request |

TERRY HAS NO BIN NUMBER SO I CAN'T PROCESS IT

MCLAUGHLIN NOTHING COVERED

BUCKINGHAM SAYS THERE IS A GENERIC AVAILABLE.  I HAVE EMAILED HAMID TO LOOK INTO IT HOWEVER HE IS NOT HERE



Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager | pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy | (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 | www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Leonard Carr
**Sent:** Monday, August 17, 2015 9:02 AM
**To:** Pam Bailey
**Cc:** Scott Breimeister; Brad Madrid
**Subject:** FW: Brian's Request

Pam,

Please run test claims on this insurance for Brian on SilaPak, Renovo patches, pain cream, etc.

Leo

**From:** Brad Madrid
**Sent:** Monday, August 17, 2015 8:59 AM
**To:** Leonard Carr
**Subject:** Brian's Request

Leo,

Brian has asked for a quick response to his request to see if these insurance plans reimburse on any of our products, including SilPak or Patches or creams. I have attached 3 different insurance plan cards with ID's. Could you please ask Pam to run these ASAP.

Please let me know if I can help.

Thank you,

Brad Madrid
Marketing Associate
o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



PHARMS