**Leonard Carr**

| | |
|---|---|
| From: | Stacey Mayeur |
| Sent: | Monday, July 11, 2016 3:06 PM |
| To: | Branko Milosevic; Leonard Carr; Ted Blanchard; Hamid Mobli |
| Cc: | Sabrina Babineaux |
| Subject: | OOM ESI AUDIT 07-07-16.xlsx |
| Attachments: | OOM ESI AUDIT 07-07-16.xlsx |

Attached is a spreadsheet showing what we have and don't have. The 1st 6 scripts (2014) we were unable to get delivery confirmation on these. The ones in yellow are not collected copays.

Branko,
Will you be creating a cover letter for this or can I just send as is?

Stacey Mayeur, CPhT | Audit Coordinator | Stacey@omniplushealthcare.com
(713) 325-2314 Direct | (713) 874-0314 fax
4916 Main St, Suite 100 Houston, TX 77002

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

GOVERNMENT EXHIBIT
**656**
4:18-CR-368

CONFIDENTIAL      GX656.001      CARR_000149

| RX # | Pt name | DATE | RX TYPE | COPAY COLLECTED | RX F&B | SIG LOG | Ins Paid | Copay | AMT DUE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 300542 | Vila Milosevic | 9/10/2014 | NCP-7B | NO CO-PAY COLLECTED | X | | $1,327.15 | | $50.00 | Dr. Redko getting us a phone # |
| 301431 | Alexa Buckingham | 10/23/2014 | SCAR GEL | PAID | X | | $16,620.87 | | $75.00 | Brian |
| 301432 | Evan Buckingham | 10/23/2014 | SCAR GEL | PAID | X | | $16,620.87 | | $75.00 | Brian |
| 301433 | Sheila Buckingham | 10/23/2014 | SCAR GEL | PAID | X | | $16,620.87 | | $75.00 | Brian |
| 301833 | Ryan Dunkle | 10/31/2014 | SCAR GEL | 0.00 COPAY | X | | $14,998.98 | | $0.00 | |
| 301832 | Todd Dunkle | 10/31/2014 | SCAR GEL | 0.00 COPAY | X | | $14,998.98 | | $0.00 | |
| 302151 | Michael Redko | 11/12/2014 | MS-31 | NO CO-PAY COLLECTED | X | X | $4,248.43 | | $50.00 | REDKO |
| 302149 | Michael Redko | 11/12/2014 | NCP-9BNOKETAMINE | NO CO-PAY COLLECTED | X | X | $2,072.16 | | $30.00 | REDKO |
| 302152 | Michael Redko | 11/12/2014 | MS-32 | NO CO-PAY COLLECTED | X | X | $1,698.26 | | $30.00 | REDKO |
| 302150 | Michael Redko | 11/12/2014 | SCALP FOR HAIR 01 | NO CO-PAY COLLECTED | X | X | $937.76 | | $30.00 | REDKO |
| 310760 | Rhonda Sharon | 10/29/2014 | ALT-1B(EMLA) | CO PAY COLLECTED | X | X | $557.94 | X | $0.00 | |
| 312848 | Labresha Gray | 1/21/2015 | SB-1 | NO CO-PAY COLLECTED | X | X | $1,535.55 | | $1,000.00 | UNABLE TO LM |
| 313385 | Jewell Halley | 2/2/2016 | REME-D-HP(AMNEAL) | CO PAY COLLECTED | X | X | $1,212.58 | X | $0.00 | |
| 313422 | Niki Fryou | 2/3/2016 | PNA DICLOFENAC SODIUM | NO CO-PAY COLLECTED | X | X | $477.52 | | $332.68 | CC declined |
| 313421 | Niki Fryou | 2/3/2016 | PNA LIDOCAINE 5% | NO CO-PAY COLLECTED | X | X | $982.25 | | $421.37 | CC declined |
| 313702 | SHONTELLA HARRIS-WASHINGTON | 2/12/2016 | PNA LIDOCAINE 5% | NO CO-PAY COLLECTED | X | X | $1,041.14 | | $362.48 | LM |
| 314441 | Meril Hawkins | 2/28/2016 | PNA LIDOCAINE 5% | CO PAY COLLECTED | X | X | $1,779.75 | X | $0.00 | |
| 314771 | Douglas Esser | 3/5/2016 | REME-D-HP(AMNEAL) | CO PAY COLLECTED | X | X | $922.51 | X | $0.00 | |
| 315163 | Janice Roberts | 3/16/2016 | PNA LIDOCAINE 5% | NO CO-PAY COLLECTED | X | X | $1,018.98 | | $384.64 | PT RCVD INVOICE WILL TRY TO PAY & TERMINATED THE CALL |
| 315157 | Natalie Fox | 3/16/2016 | REME-D-HP(AMNEAL) | CO PAY COLLECTED | X | X | $718.36 | X | $0.00 | |
| | | | | | | | $100,390.91 | | | |

CONFIDENTIAL
GX656.002
CARR_000150