Case 4:18-cr-00368   Document 533-106   Filed on 07/22/23 in TXSD   Page 1 of 2

9:02 AM
09/28/16
Accrual Basis

# OmniPlus Healthcare, LP
## Transactions by Account
### As of December 31, 2015

**Dr. Redko 2015 Shareholder Distributions**

| Date | Memo | Debit | Credit |
|---|---|---|---|
| 01/28/2015 | February 2015 Distribution to Dr. Redko | 118,750.00 | |
| 02/11/2015 | February 2015 Distribution to Dr. Redko | 118,750.00 | |
| 09/29/2015 | To repay AMP for paying out Dr. Redko's September distribution; OPHC owed partial payment to Dr. Redko | 699,393.87 | |
| 10/08/2015 | Shareholder Distribution October 2015- for dissolution of entity- Redko | 392,559.11 | |
| TOTAL 2015 Shareholder Distributions Omniplus Healthcare | | | 1,329,452.98 |

| Date | Memo | Debit | Credit |
|---|---|---|---|
| 04/10/2015 | Distribution | 1,000,000.00 | |
| 09/01/2015 | Shareholder Distribution 9/1/2015- to cover 2014 income attributable ot Redko | 2,000,000.00 | |
| 09/30/2015 | OPHC payment to AMP for Redko Distributions to come out of OPHC | | 699,393.87 |
| 11/23/2015 | Account transfer from AMP to Redko for shareholder distribution due from 2014- May 2015 income | 1,074,158.43 | |
| TOTAL 2015 Shareholder Distributions Alternative Medicine | | | 3,374,764.56 |

**CONFIDENTIAL**

GX657.001

GOVERNMENT EXHIBIT
**657**
4:18-CR-368

CARR_000069

Page 1 of 1

4:58 PM
09/14/16
Accrual Basis

# Pharms, LLC
## Transactions by Account
As of December 31, 2015

### 2014 Payments to Redko

| Type | Date | Num | Name | Credit |
|---|---|---|---|---|
| Bill Pmt -Check | 10/16/2014 | 1266 | Vladimir Redko, M.D.,P.A. | 48,000.00 |
| Bill Pmt -Check | 12/02/2014 | 1300 | Vladimir Redko, M.D.,P.A. | 24,000.00 |
| | | | | 72,000.00 |
| | | | | 72,000.00 |

### 2015 Payments to Redko

| Type | Date | Num | Name | Credit |
|---|---|---|---|---|
| General Journal | 02/13/2015 | Consulting | Vladimir Redko, M.D.,P.A. | 250,000.00 |
| Bill Pmt -Check | 04/27/2015 | ACH 4-27-15 | Vladimir Redko, M.D.,P.A. | 125,000.00 |
| Bill Pmt -Check | 07/20/2016 | 1468 | Vladimir Redko | 125,000.00 |
| General Journal | 09/14/2015 | ACH | Vladimir Redko | 7,000.00 |
| General Journal | 10/19/2015 | ACH | Vladimir Redko | 8,000.00 |
| Bill Pmt -Check | 12/29/2015 | 1618 | Vladimir Redko, M.D.,P.A. | 10,000.00 |
| | | | | 525,000.00 |
| | | | | 525,000.00 |

### 2016 Payments to Redko

| Type | Date | Num | Name | Credit |
|---|---|---|---|---|
| Bill Pmt -Check | 02/10/2016 | 1668 | Vladimir Redko, M.D.,P.A. | 20,000.00 |
| Bill Pmt -Check | 03/24/2016 | 1732 | Vladimir Redko, M.D.,P.A. | 11,000.00 |
| ACH | 06/16/2016 | ACH | Vladimir Redko, M.D.,P.A. | 7,500.00 |
| ACH | 08/19/2016 | ACH | Vladimir Redko, M.D.,P.A. | 7,000.00 |
| | | | | 45,500.00 |
| | | | | 45,500.00 |