**ENTITY OWNERSHIP (01-01-14 TO 05-31-14)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 50% Membership Interest |
| Dejan Milosevic | 50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.
d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 40% Shareholder Interest |
| Vladimir Redko | 40% Shareholder Interest |
| Dejan Milosevic | 20% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 39.67% LP Interest |
| Vladimir Redko | 39.67% LP Interest |
| Dejan Milosevic | 19.66% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Brian Swiencinski | 40% Membership Interest |
| Vladimr Redko | 40% Membership Interest |
| Dejan Milosevic | 20% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY
Acquired 1/15/2014

| | |
|---|---|
| OptiPlus Healthcare LLC | 100% Membership Interest |

GOVERNMENT
EXHIBIT
**658**
4:18-CR-368

CONFIDENTIAL

GX658.001

CARR_000254

**ENTITY OWNERSHIP (06-01-14 TO 07-31-14)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 50% Membership Interest |
| Dejan Milosevic | 50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.
d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 40% Shareholder Interest |
| Vladimir Redko | 35% Shareholder Interest |
| Dejan Milosevic | 20% Shareholder Interest |
| Scott Breimeister | 5% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 39.67% LP Interest |
| Vladimir Redko | 39.67% LP Interest |
| Dejan Milosevic | 19.66% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Brian Swiencinski | 61.50% Membership Interest |
| Dejan Milosevic | 30.75% Membership Interest |
| Scott Breimeister | 7.75% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 93.46% Membership Interest |
| Physician Investors | 6.54% Membership Interest |

GX658.002

**ENTITY OWNERSHIP (08-01-14 TO 09-30-14)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 50% Membership Interest |
| Dejan Milosevic | 50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 40% Shareholder Interest |
| Vladimir Redko | 35% Shareholder Interest |
| Dejan Milosevic | 20% Shareholder Interest |
| Scott Breimeister | 5% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 39.67% LP Interest |
| Vladimir Redko | 39.67% LP Interest |
| Dejan Milosevic | 19.66% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Brian Swiencinski | 61.50% Membership Interest |
| Dejan Milosevic | 30.75% Membership Interest |
| Scott Breimeister | 7.75% Membership Interest |

Management Agreements

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY
Formed 8/20/14

| | |
|---|---|
| Brian Swiencinski | 40% Membership Interest |
| Vladimir Redko | 35% Membership Interest |
| Dejan Milosevic | 20% Membership Interest |
| Scott Breimeister | 5% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 93.46% Membership Interest |
| Physician Investors | 6.54% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY
Acquired 9/15/14

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.003

CARR_000267

## ENTITY OWNERSHIP (09-30-14 TO 11-30-14)

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 50% Membership Interest |
| Scott Breimeister | 50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50% Shareholder Interest |
| Vladimir Redko | 40% Shareholder Interest |
| Scott Breimeister | 10% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 49.67% LP Interest |
| Vladimir Redko | 39.67% LP Interest |
| Scott Breimeister | 9.66% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Brian Swiencinski | 88.81% Membership Interest |
| Scott Breimeister | 11.19% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Brian Swiencinski | 50% Membership Interest |
| Vladimir Redko | 40% Membership Interest |
| Scott Breimeister | 10% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 91.46% Membership Interest |
| Physician Investors | 8.54% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

CONFIDENTIAL

GX658.004

CARR_000269

**ENTITY OWNERSHIP (12-01-14 TO 12-31-14)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| Brian Swiencinski | 50% Membership Interest |
| Scott Breimeister | 50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| Brian Swiencinski | 50% Shareholder Interest |
| Vladimir Redko | 40% Shareholder Interest |
| Scott Breimeister | 10% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| Brian Swiencinski | 49.67% LP Interest |
| Vladimir Redko | 39.67% LP Interest |
| Scott Breimeister | 9.66% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| OptiPlus Healthcare LLC | 90.63% Membership Interest |
| Physician Investors | 9.37% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.005

CARR_000272

**ENTITY OWNERSHIP (12-01-14 TO 12-31-14)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 50% Membership Interest |
| Scott Breimeister | 50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50% Shareholder Interest |
| Vladimir Redko | 40% Shareholder Interest |
| Scott Breimeister | 10% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 49.67% LP Interest |
| Vladimir Redko | 39.67% LP Interest |
| Scott Breimeister | 9.66% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 90.63% Membership Interest |
| Physician Investors | 9.37% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.006

CARR_000273

**ENTITY OWNERSHIP (01-01-15 TO 02-26-15)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.50% Shareholder Interest |
| Vladimir Redko | 23.75% Shareholder Interest |
| Scott Breimeister | 23.75% Shareholder Interest |
| Leonard Carr | 5.00% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 88.11% Membership Interest |
| Class B Investors | 11.89% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.007

CARR_000242

**ENTITY OWNERSHIP (02-27-15 TO 03-30-15)**



**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.50% Shareholder Interest |
| Vladimir Redko | 23.75% Shareholder Interest |
| Scott Breimeister | 23.75% Shareholder Interest |
| Leonard Carr | 5.00% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 90.36% Membership Interest |
| Class B Investors | 9.64% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.008

CARR_000245



**ENTITY OWNERSHIP (03-31-15 TO 04-29-15)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Vladimir Redko | 45.24% Shareholder Interest |
| Scott Breimeister | 45.24% Shareholder Interest |
| Leonard Carr | 9.52% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 90.36% Membership Interest |
| Class B Investors | 9.64% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.009

**CARR_000246**

## ENTITY OWNERSHIP (04-30-15 TO 05-30-2015)

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 89.82% Membership Interest |
| Class B Investors | 10.18% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.010

**CARR_000250**

**ENTITY OWNERSHIP (04-30-15 TO 05-30-2015)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 89.82% Membership Interest |
| Class B Investors | 10.18% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.011

**CARR_000252**

## ENTITY OWNERSHIP (04-30-15 TO 05-30-2015)

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 89.82% Membership Interest |
| Class B Investors | 10.18% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |



### ENTITY OWNERSHIP (05-31-15 TO 08-30-15)

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 99.01% Membership Interest |
| Class B Investors | 0.99% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

**CARR_000257**

### ENTITY OWNERSHIP (05-31-15 TO 08-30-15)



**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 99.01% Membership Interest |
| Class B Investors | 0.99% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.014

**CARR_000255**

**ENTITY OWNERSHIP (05-31-15 TO 08-30-15)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 46.25% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |
| Peter Herbst | 2.50% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.
d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Peter Herbst | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 99.01% Membership Interest |
| Class B Investors | 0.99% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC
d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.015

**CARR_000256**

**ENTITY OWNERSHIP (08-31-15 TO 12-30-15)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 48.75% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**Rx Logistics, LLC**
a Texas limited liability company
WHOLESALE DISTRIBUTOR OF PHARMACEUTICALS

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 99.01% Membership Interest |
| Class B Investors | 0.99% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.016

CARR_000263

**ENTITY OWNERSHIP (08-31-15 TO 12-30-15)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 48.75% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**Rx Logistics, LLC**
a Texas limited liability company
WHOLESALE DISTRIBUTOR OF PHARMACEUTICALS

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 99.01% Membership Interest |
| Class B Investors | 0.99% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.017

CARR_000264

**ENTITY OWNERSHIP (09-01-2015 TO 12-31-15)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 48.75% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas Sub-Chapter S corporation
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**Rx Logistics, LLC**
a Texas limited liability company
WHOLESALE DISTRIBUTOR OF PHARMACEUTICALS

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |
| Class B Investors | 0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**CONFIDENTIAL**

GX658.018

CARR_000274

**ENTITY OWNERSHIP (09-01-2015 TO 12-31-15)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| Brian Swiencinski | 48.75% Membership Interest |
| Scott Breimeister | 46.25% Membership Interest |
| Leonard Carr | 5.00% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a Omniplus Pharmacy**
a Texas Sub-Chapter S corporation
LICENSED PHARMACY

| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Management Agreements

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**Rx Logistics, LLC**
a Texas limited liability company
WHOLESALE DISTRIBUTOR OF PHARMACEUTICALS

| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

| OptiPlus Healthcare LLC | 100.0% Membership Interest |
| Class B Investors | 0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S corporation
LICENSED PHARMACY

| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

| S&HT Acquisitions LLC | 100.0% Membership Interest |

**ENTITY OWNERSHIP (01-01-2016 TO 02-07-2016)**

**Pharms, LLC**
a Texas limited liability company
MANAGEMENT COMPANY

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

**Alternative Medicine and Pharmacy, Inc.
d/b/a Omniplus Pharmacy**
a Texas Sub-Chapter S corporation
LICENSED PHARMACY

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

Management Agreements

**Omniplus Health Care, L.P.**
a Texas limited partnership
LICENSED PHARMACY

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OptiPlus Healthcare LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**Rx Logistics, LLC**
a Texas limited liability company
WHOLESALE DISTRIBUTOR OF PHARMACEUTICALS

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

**S&HT Acquisitions, LLC**
a Texas limited liability company
HOLDING COMPANY

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas limited liability company
LICENSED PHARMACY

OptiPlus Healthcare LLC   100.0% Membership Interest

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S corporation
LICENSED PHARMACY

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Safety and Health Technology, LLC
d/b/a Accu-Care Pharmacy**
a Texas limited liability company
LICENSED PHARMACY

S&HT Acquisitions LLC   100.0% Membership Interest

**CONFIDENTIAL**

GX658.020

**CARR_000243**

**ENTITY AND OWNERSHIP STRUCTURE (02-08-16 TO 05-31-16)**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed

| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
**WHOLESALE PHARMACEUTICAL DISTRIBUTOR**
(Formed 7/10/2013)

**Members:**

| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
**LICENSED PHARMACY**
(Stock Acquired 7/10/2013)

**Shareholders:**

| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
**LICENSED PHARMACY**
(60% Membership Interest Acquired 3/4/2013 from
Vladimir Redko; Ceased operations on 8/31/2015)

**Limited Partners:**

| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
**SOLE GENERAL PARTNER**
(60% Membership Interest Acquired 3/4/2013 from
Vladimir Redko; Ceased operations on 8/31/2015)

**Members:**

| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
**HOLDING COMPANY**
(Formed 10/3/2012)

**Members:**

| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
**HOLDING COMPANY**
(Formed 8/20/2014)

**Members:**

| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
**LICENSED PHARMACY**
(Stock Acquired 2/27/2015)

**Shareholders:**

| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
**HOLDING COMPANY**
(Formed 2/3/2016)

**Members:**

| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
**LICENSED PHARMACY**
(Membership Interests Acquired 1/15/2014)

**Sole Member:**

| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
**LICENSED PHARMACY**
(Membership Interests Acquired 9/15/2014)

**Sole Member:**

| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
**LICENSED PHARMACY**
(Membership Interests Acquired 2/8/2016)

**Sole Member:**

| Kremco Acquisitions LLC | 100.0% Membership Interest |

## ENTITY AND OWNERSHIP STRUCTURE AS OF MARCH 2016

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
**WHOLESALE PHARMACEUTICAL DISTRIBUTOR**
(Formed 7/10/2013)

**Members:**
| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
**LICENSED PHARMACY**
(Stock Acquired 7/10/2013)

**Shareholders:**
| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
**LICENSED PHARMACY**
(60% Membership Interest Acquired 3/4/2013 from
Vladimir Redko; Ceased operations on 8/31/2015)

**Limited Partners:**
| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
**SOLE GENERAL PARTNER**
(60% Membership Interest Acquired 3/4/2013 from
Vladimir Redko; Ceased operations on 8/31/2015)

**Members:**
| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
**HOLDING COMPANY**
(Formed 10/3/2012)

**Members:**
| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
**HOLDING COMPANY**
(Formed 8/20/2014)

**Members:**
| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
**LICENSED PHARMACY**
(Stock Acquired 2/27/2015)

**Shareholders:**
| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
**HOLDING COMPANY**
(Formed 2/3/2016)

**Members:**
| | |
|---|---|
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
**LICENSED PHARMACY**
(Membership Interests Acquired 1/15/2014)

**Sole Member:**
| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
**LICENSED PHARMACY**
(Membership Interests Acquired 9/15/2014)

**Sole Member:**
| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
**LICENSED PHARMACY**
(Membership Interests Acquired 2/8/2016)

**Sole Member:**
| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**ENTITY AND OWNERSHIP STRUCTURE AS OF MARCH 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:

| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:

| | |
|---|---|
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**JSW Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(To Be Formed)

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:

| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:

| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquisition Pending)

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:

| | |
|---|---|
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**ENTITY AND OWNERSHIP STRUCTURE AS OF MARCH 31, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**JSW Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(To Be Formed)

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquisition Pending)

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:
| Bradley Madrid | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**CONFIDENTIAL**

GX658.024

CARR_000249

**ENTITY AND OWNERSHIP STRUCTURE AS OF JUNE 1, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:
| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:
| | |
|---|---|
| Brian Swiencinski | 50.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 10.0% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:
| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:
| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:
| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:
| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:
| | |
|---|---|
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**One Stop Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Sole Member:
| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:
| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:
| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:
| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

Members:
| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:
| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**ENTITY AND OWNERSHIP STRUCTURE AS OF JUNE 1, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:

| | |
|---|---|
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**One Stop Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Sole Member:

| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:

| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:

| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

Members:

| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:

| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**CONFIDENTIAL**

GX658.026

**CARR_000259**

**ENTITY AND OWNERSHIP STRUCTURE AS OF JUNE 1, 2016**

Principal-Owned Management Company

### Pharms, LLC
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

### Rx Logistics LLC
### d/b/a Rx Logistics
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

**Members:**

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

### Alternative Medicine and Pharmacy, Inc.
### d/b/a OmniPlus Pharmacy
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

**Shareholders:**

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

### OmniPlus Health Care, L.P.
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

**Limited Partners:**

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

### OmniPlus GP, L.L.C.
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

**Members:**

| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

### OptiPlus Healthcare LLC
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

**Members:**

| | |
|---|---|
| Erik Underwood | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

### Omni-One-Med Pharmacy Services, LLC
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

**Sole Member:**

| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

### S&HT Acquisitions, LLC
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

**Members:**

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

### Safety and Health Technology, LLC
### d/b/a Accu-Care Pharmacy
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

**Sole Member:**

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

### Kremco Acquisitions, LLC
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

**Members:**

| | |
|---|---|
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

### Kremco Pharmacy, LLC
### d/b/a Kremco Pharmacy
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

**Sole Member:**

| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

### One Stop Acquisitions, LLC
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

**Sole Member:**

| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

### JSW Prosperity, LLC
### d/b/a 1 Stop Pharmacy
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

**Members:**

| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

### Healthy Pharmacy Solutions, Inc.
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

**Shareholders:**

| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**CONFIDENTIAL**

**CARR_000260**

**ENTITY AND OWNERSHIP STRUCTURE AS OF SEPTEMBER 7, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:

| | |
|---|---|
| Scott Breimeister | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Members:

| | |
|---|---|
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**One Stop Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Sole Member:

| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:

| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:

| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

Members:

| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:

| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**CONFIDENTIAL**

GX658.028

**CARR_000265**

**ENTITY AND OWNERSHIP STRUCTURE AS OF OCTOBER 6, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:

| | |
|---|---|
| Scott Breimeister | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:

| | |
|---|---|
| Adrianne Sadler | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**One Stop Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Sole Member:

| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:

| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:

| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

Members:

| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:

| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

CONFIDENTIAL

GX658.029

CARR_000268

**ENTITY AND OWNERSHIP STRUCTURE AS OF DECEMBER 30, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:
| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Shell Company

**BSL Health Services LLC**
a Texas Limited Liability Company
Shell Company
(Formed 8/1/2016)

Members:
| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:
| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:
| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:
| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:
| | |
|---|---|
| Scott Breimeister | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:
| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:
| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:
| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:
| | |
|---|---|
| Adrianne Sadler | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:
| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**One Stop Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Sole Member:
| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

Members:
| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:
| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**ENTITY AND OWNERSHIP STRUCTURE AS OF DECEMBER 30, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:
| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interests 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:
| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:
| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Shell Company

**BSL Health Services LLC**
a Texas Limited Liability Company
Shell Company
(Formed 8/1/2016)

Members:
| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:
| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:
| | |
|---|---|
| Scott Breimeister | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:
| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:
| | |
|---|---|
| Adrianne Sadler | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**One Stop Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Sole Member:
| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:
| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:
| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:
| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

Members:
| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:
| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**ENTITY AND OWNERSHIP STRUCTURE AS OF DECEMBER 31, 2016**

Principal-Owned Management Company

**Pharms, LLC**
a Texas Limited Liability Company
MANAGEMENT COMPANY
(Formed 6/17/2013)

| | |
|---|---|
| Brian Swiencinski | 40.0% Membership Interest |
| Scott Breimeister | 40.0% Membership Interest |
| Leonard Carr | 20.0% Membership Interest |

Principal-Owned Wholesaler Under Management

**Rx Logistics LLC**
**d/b/a Rx Logistics**
a Texas Limited Liability Company
WHOLESALE PHARMACEUTICAL DISTRIBUTOR
(Formed 8/19/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 40.0% Shareholder Interest |
| Scott Breimeister | 40.0% Shareholder Interest |
| Leonard Carr | 20.0% Shareholder Interest |

Principal-Owned Pharmacies Under Management

**Alternative Medicine and Pharmacy, Inc.**
**d/b/a OmniPlus Pharmacy**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 7/10/2013)

Shareholders:

| | |
|---|---|
| Scott Breimeister | 82.61% Shareholder Interest |
| Leonard Carr | 17.39% Shareholder Interest |

**OmniPlus Health Care, L.P.**
a Texas Limited Partnership
LICENSED PHARMACY
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Limited Partners:

| | |
|---|---|
| Brian Swiencinski | 47.17% LP Interest |
| Vladimir Redko | 23.42% LP Interest |
| Scott Breimeister | 23.41% LP Interest |
| Leonard Carr | 5.00% LP Interest |
| Omniplus GP, LLC | 1.00% LP Interest |

**OmniPlus GP, L.L.C.**
a Texas Limited Liability Company
SOLE GENERAL PARTNER
(Acquired 60% Membership Interest 3/4/2013;
Ceased Operations 8/31/2015)

Members:

| | |
|---|---|
| Brian Swiencinski | 33.333% Membership Interest |
| Vladimir Redko | 33.334% Membership Interest |
| Scott Breimeister | 33.333% Membership Interest |

Employee-Owned Pharmacies Under Management

**OptiPlus Healthcare LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 10/3/2012)

Members:

| | |
|---|---|
| Scott Breimeister | 99.0% Membership Interest |
| Pamela Bailey | 1.0% Membership Interest |

**S&HT Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 8/20/2014)

Members:

| | |
|---|---|
| Michael Dieter | 99.0% Membership Interest |
| Marco Aguillon | 1.0% Membership Interest |

**Kremco Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 2/3/2016)

Members:

| | |
|---|---|
| Millicent Martin | 99.0% Membership Interest |
| Renee Godeaux | 1.0% Membership Interest |

**One Stop Acquisitions, LLC**
a Texas Limited Liability Company
HOLDING COMPANY
(Formed 4/14/2016)

Sole Member:

| | |
|---|---|
| Scott Breimeister | 100.0% Membership Interest |

**Omni-One-Med Pharmacy Services, LLC**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 1/15/2014)

Sole Member:

| | |
|---|---|
| OptiPlus Healthcare LLC | 100.0% Membership Interest |

**Safety and Health Technology, LLC**
**d/b/a Accu-Care Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 9/15/2014)

Sole Member:

| | |
|---|---|
| S&HT Acquisitions LLC | 100.0% Membership Interest |

**Kremco Pharmacy, LLC**
**d/b/a Kremco Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 100% Membership Interest 2/8/2016)

Sole Member:

| | |
|---|---|
| Kremco Acquisitions LLC | 100.0% Membership Interest |

**JSW Prosperity, LLC**
**d/b/a 1 Stop Pharmacy**
a Texas Limited Liability Company
LICENSED PHARMACY
(Acquired 49% Membership Interest 6/1/2016)
(Remaining 51% Membership Interest to be acquired 4/30/2019)

Members:

| | |
|---|---|
| Jermaine Wiggins | 51.0% Membership Interest |
| One Stop Acquisitions, LLC | 49.0% Membership Interest |

**Healthy Pharmacy Solutions, Inc.**
a Texas Sub-Chapter S Corporation
LICENSED PHARMACY
(Acquired 100% Common Stock 2/27/2015)

Shareholders:

| | |
|---|---|
| Andrea Sadler | 99.0% Membership Interest |
| Ted Blanchard | 1.0% Membership Interest |

**CONFIDENTIAL**

GX658.032

**CARR_000276**