| Date and Time Central Time | (503) 459-8033 Stacey Mayeur | (713) 252-3470 Leonard Carr |
|---|---|---|
| 4/6/2016 8:02:00 AM | | Ronnie III $1230; Max M $2500; Ronnie $2335; Allison $2500; Laura $2335; Total $10900 |

**GOVERNMENT EXHIBIT**
**659A**
4:18-CR-368