| Date and Time Central Time | (713) 907-3948 Brian Swiencinski | (713) 252-3470 Leonard Carr |
|---|---|---|
| 1/14/2016  12:56:26 PM | | Hey buddy, can you send December report? |
| 1/14/2016  1:13:10 PM | Working on it. Want to make sure I don't forget any of my peeps | |
| 1/31/2016  7:50:42 AM | How did we do yesterday? | |
| 1/31/2016  8:12:59 AM | | We hit out target $303k |
| 1/31/2016  8:13:40 AM | Great news | |
| 1/31/2016  8:13:54 AM | Nice day billing | |
| 1/31/2016  8:19:29 AM | | We will not be working today. Our goal was $300k for the weekend. Some worked from 7am to almost 7pm to hit it, so they could be off today. But we will have some powder left for Monday. |
| 1/31/2016  8:20:42 AM | | $5.75M of compound revenue for the month of January |
| 1/31/2016  8:24:41 AM | | We did $5.8M in Dec which is the best month and $5.75M in Jan which is the worst month. Not bad. |

GX659C.001



GOVERNMENT EXHIBIT
**659C**
4:18-CR-368

| Date and Time<br>Central Time | (713) 907-3948<br>Brian Swiencinski | (713) 252-3470<br>Leonard Carr |
|---|---|---|
| 1/31/2016  8:28:50 AM | Get the troops ready.  Going to be a busy year | |
| | | |
| 1/31/2016  8:31:32 AM | | I think it's going to be a great year |
| | | |
| 1/31/2016  8:32:29 AM | 12 months like Jan I would take it. 72million dollar company | |
| | | |
| 1/31/2016  8:34:05 AM | | With $10M - $15M in net profit |

GX659C.002

| Date and Time Central Time | (713) 907-3948 Brian Swiencinski | (713) 252-3470 Leonard Carr |
|---|---|---|
| 4/6/2016  9:26:56 AM | | Got it. Now go do the rest |
| | | |
| 4/6/2016  9:48:43 AM | Done | |
| | | |
| 4/6/2016  9:49:00 AM | | Thank you! |
| | | |
| 4/6/2016  9:49:37 AM | | |

| Date and Time Central Time | (713) 907-3948 Brian Swiencinski | (713) 252-3470 Leonard Carr |
|---|---|---|
| 4/20/2016 2:41:39 PM | Need to get paid to pay my peps. | |
| | | |
| 4/20/2016 2:47:25 PM | | Will do |
| | | |
| 4/20/2016 2:47:54 PM | Thanks. | |
| | | |
| 4/20/2016  5:22:58 PM | | Sent $107,080.15 by ACH to Worth for commissions. Will be in your account in AM. Got your other numbers from Brad but missed sending those. Will send tomorrow. |
| | | |
| 4/21/2016  5:27:45 PM | | Sent $100,000 by ACH to your personal acct for distribution. Will be in your account in AM. Clock ran out so I will send remaining other commissions to Worth tomorrow. |
| | | |
| 8/2/2016  4:57:14 PM | | VIP payment sent by ACH. Will be in you account in the  AM |
| | | |
| 8/2/2016  5:02:53 PM | Fucking shell game. | |
| | | |
| 8/2/2016  5:03:39 PM | Can't sell soon enough | |
| | | |
| 8/30/2016  12:10:23 PM | Can they deposit the money for the VIP list.  Don't forget to add the extra three for Brickman last month | |
| | | |
| 8/30/2016  12:10:25 PM | Thanks | |

| Date and Time Central Time | (713) 907-3948 Brian Swiencinski | (713) 252-3470 Leonard Carr |
|---|---|---|
| 9/1/2016 10:01:32 AM | Please deposit VIP list.   Thanks | |
| 9/1/2016 10:38:19 AM | | Yes! Going today for sure. Sorry for delay |
| 9/1/2016  10:38:45 AM | Remember 6k for Brickman not 3 | |
| 9/1/2016  10:39:10 AM | | Yes. I have $41,483. Sound correct? |
| 9/1/2016  10:42:31 AM | | Your list of $38k + $3k |
| 9/1/2016 4:03:15 PM | | Wired money today to Worth |
| 10/3/2016  9:37:10 AM | | In a meeting with processors. Can I call you after? |
| 10/3/2016  9:38:10 AM | Yes.   Put the money in for my VIP List.  I'm broke.  Around 20k | |
| 10/3/2016  9:38:20 AM | | ok |
| 10/4/2016  11:15:57 AM | Put the money in my account before I kill somebody, | |
| 10/4/2016  11:19:31 AM | | Will do today |

| Date and Time Central Time | (713) 907-3948 Brian Swiencinski | (713) 252-3470 Leonard Carr |
|---|---|---|
| 10/5/2016  10:49:29 AM | El Dinero por favor | |
| | | |
| 10/5/2016  11:02:05 AM | Call me for the meeting today. | |
| | | |
| 10/6/2016  8:48:57 AM | | Wrapped up for a bit but I will call. Also will get payment out today |
| | | |
| 10/6/2016  9:02:16 AM | Please | |
| | | |
| 11/2/2016  3:00:44 PM | | Sending full VIP commission today by ACH to Worth |
| | | |
| 11/2/2016  3:01:11 PM | | Call me when you get a minute. Need your assistance on signature logs |
| | | |
| 11/2/2016  3:01:16 PM | Thanks | |
| | | |
| 11/9/2016  4:38:22 PM | | Please call Terry Brickman. We are overnighting an audit attestation to be signed. Including prepaid FedEx to return to us |
| | | |
| 11/9/2016  5:25:14 PM | Ok | |
| | | |

| Date and Time Central Time | (713) 907-3948 Brian Swiencinski | (713) 252-3470 Leonard Carr |
|---|---|---|
| 11/10/2016  2:20:54 PM | | I need to send FedEx signature labels to Buckingham and Dunkle in Ohio. We will send with prepaid return FedEx. Can you call them and tell then we need signatures? Also, who is the contact person for each family? |
| 11/10/2016  2:21:46 PM | Send both to Buckinghan,  he will get it done | |
| 11/10/2016  2:21:55 PM | James Buckinghan | |
| 11/10/2016  2:22:40 PM | | Thanks |
| 11/10/2016  3:09:38 PM | | Not sending an instruction letter. Can you contact Buckingham and tell him these signature labels are coming? |
| 11/10/2016  3:41:43 PM | Yes | |
| 11/10/2016  3:41:55 PM | | Thank you |
| 11/17/2016  9:44:26 AM | | Can you check on progress with James Buckingham labels. Need package back as soon as possible. |
| 11/17/2016  9:44:46 AM | | He's got Dunkle too |

Deposit cash or checks at a
Chase DepositFriendly(SM) ATM.
An image of your check can
be printed on your receipt.

My Transaction Summary

*************************************************

Transaction #31
Account Number Ending In:                    9550
Checking Deposit                        $6,030.00

Further review may result in delayed
availability of this deposit

*************************************************

JPMorgan Chase Bank, N.A.
CASA LINDA, Branch 000498
1-800-GX659C.008
Member FDIC, Equal Housing Lender
Please keep your receipt