- Michael Redko (rep) is getting 30% after pharmacy cost for Dr Redko's prescription for patient **Feygin, Roesie.**

- Alla Kholodovsky (rep) is getting 30% after pharmacy cost for Dr Redko's prescription for patient **Dimant, Khirsh.**

**NOTE:** *These individual scripts cannot be linked to the reps reports. Commission needs to be added manually to their monthly summary.*

GOVERNMENT EXHIBIT
664
4:18-CR-368

**CONFIDENTIAL**       GX664.001       CARR_000089