1852.20

9698 3922.90

| Prescriber | Rep Name | Total Rx | Initial Rx | Refills | On Hold | Insurance Paid | Pharmacy Cost | Sales Commission |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 12347.96 | 2650. | |
| Scott Yarish | | 40 | 37 | 3 | 0 | 12,348– | 2650– | 3923– |
| PINA,EDWARD | House,SC | 12 | 3 | 9 | 0 | $37,212.41 | $5,450.00 | $12,598.12 |
| VIESCA,CARLOS | House,SC | 137 | 43 | 63 | 31 | $138,098.05 | $24,900.00 | $45,623.70 |
| Totals | --- | ~~521~~ | ~~272~~ | ~~189~~ | ~~60~~ | $175,310.46 | $30,350.00 | $58,221.82 |

John Castorena

<~~1430~~ 29>
<1630.89>
$ ~~60,214~~ 53
269

Due SAB

58,221.82
<1,630.897>
56,590.93

58,221.82
2,292.01
60,513.83