●●●○○ AT&T 🤝                                          12:29 PM                                              2170 ⬛︎

🔒 JPMorgan Chase and Co.

| Date | Type | Description | Amount |
|---|---|---|---|
| 01/06/2014 | Outgoing Wire Transfer | PANAMA CITY PA BEN: MEDI QUEST MARKETING INC REF: PYMT REASON:BUSINESS TRAVEL SSN: 0332124 TRN: 4308400006ES 01/06 | $32,500.00 |
| 01/03/2014 | Outgoing Wire Transfer | ONLINE WIRE TRANSFER VIA: WELLS FARGO NA/121000248 A/C: CORPORATE PHARMACY SERVICES GADSDEN AL 35901 US REF: SUPPLIES/BNF/CORPORATE PHARMACY SERVICES IMAD: 0103B 1QGC04C006134 TRN: 4409200003ES 01/03 | $40,500.00 |
| 01/02/2014 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC/BNF/TRANSFER TO DR. INCE TRN: 3539700002 ES 01/02 | $15,000.00 |
| 12/26/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC/BNF/TRANSFER TO DR. INCE TRN: 3455600360 ES 12/26 | $15,000.00 |
| 12/12/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC/BNF/TRANSFER TO DR. INCE TRN: 3381100346 ES 12/12 | $15,000.00 |
| 12/11/2013 | Outgoing Wire Transfer | ONLINE WIRE TRANSFER VIA: BB&T VA/051404260 A/C: LAUREN T RUSCHESS SPOTSYLVANIA VA 22553 US REF:/BNF/LT GLOBAL IM AD: 1211B1QGC06C002846 TRN: 3570200345ES 12/11 | $2,500.00 |
| 11/27/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC/BNF/TRANSFER TO DR. INCE TRN: 3860400331 ES 11/27 | $5,000.00 |
| 11/14/2013 | Outgoing Wire Transfer | ONLINE WIRE TRANSFER VIA: BB&T VA/051404260 A/C: LAUREN T RUSCHESS SPOTSYLVANIA VA 22553 US REF:/BNF/LT GLOBAL IM AD: 1114B1QGC08C005421 TRN: 3498600318ES 11/14 | $2,500.00 |
| 11/14/2013 | Outgoing Wire Transfer | CHIPS DEBIT VIA: HSBC BANK USA, N.A./0108 A/C: BPVVPAPAXXX PANAMA CITY PA BEN: MEDI QUEST MARKETING INC SSN: 036980 0 TRN: 4129900318ES 11/14 | $32,919.00 |
| 11/13/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC TRN: 3137400317ES 11/13 | $20,000.00 |
| 11/13/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC/BNF/TRANSFER TO DR. INCE TRN: 3456800317 ES 11/13 | $15,000.00 |
| 10/28/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC/BNF/TRANSFER TO DR. INCE TRN: 3961600301 ES 10/28 | $12,500.00 |
| 10/21/2013 | Outgoing Wire Transfer | CHIPS DEBIT VIA: HSBC BANK USA, N.A./0108 A/C: MEDI QUEST MARKETING INC SSN: 0383235 TRN: 4028500294ES 10/21 | $32,889.00 |
| 10/15/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: DEC/BNF/TRANSFER TO DR. INCE TRN: 3649900288 ES 10/15 | $15,000.00 |
| 10/02/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: OCT/BNF/TRANSFER TO DR. INCE TRN: 3721200275 ES 10/02 | $12,500.00 |
| 10/02/2013 | Outgoing Wire Transfer | ONLINE WIRE TRANSFER VIA: BB&T VA/051404260 A/C: LAUREN T RUSCHESS SPOTSYLVANIA VA 22553 US REF: OCT/BNF/LT GLOB AL IMAD: 1002B1QGC04C002982 TRN: 3718800275ES 10/02 | $3,000.00 |
| 09/24/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: AUG/BNF/TRANSFER TO DR. INCE TRN: 3847800267 ES 09/24 | $15,000.00 |
| 09/18/2013 | Outgoing Wire Transfer | ONLINE WIRE TRANSFER VIA: BB&T VA/051404260 A/C: LAUREN T RUSCHESS SPOTSYLVANIA VA 22553 US REF: AUG/BNF/LT GLOB AL IMAD: 0918B1QGC05C000844 TRN: 3228800261ES 09/18 | $2,500.00 |
| 09/16/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: AUG/BNF/TRANSFER TO DR. INCE TRN: 3364200259 ES 09/16 | $15,000.00 |
| 08/30/2013 | Outgoing Wire Transfer | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 2011852 REF: JULY/BNF/TRANSFER TO DR. INCE TRN: 400520024 2ES 08/30 | $3,100.00 |
| 08/30/2013 | Outgoing Wire Transfer | CHIPS DEBIT VIA: HSBC BANK USA, N.A./0108 A/C: 021001088 PAR SIPPANY NJ 07054 US BEN: MEDI QUEST MARKETING INC SSN: 0 453793 TRN: 4693300242ES 08/30 | $32,875.00 |
|  |  | BOOK TRANSFER DEBIT A/C: CHRISTOPHER INCE DALLAS, TX 75 |  |

CONFIDENTIAL                                                           CARR_000238

Site Feedback

GX666.001