# Compliance Review

Leonard Carr <leonard.carr@omnipluspharmacy.com>

Thu 8/28/2014 5:05 PM

Required: Leonard Carr <leonard.carr@omnipluspharmacy.com>; Dan Milosevic <dan.milosevic@omniplushealthcare.com>; Branko Milosevic <branko.milosevic@omniplushealthcare.com>; Scott Breimeister <Scott.Breimeister@pharmsmgmt.com>; Raghu Chintalapally <raghu.chintalapally@omniplushealthcare.com>;

Gents,

I would like to have a compliance review meeting tomorrow to review all of our sales rep relationships. I expect this will take 90 minutes. Please let me know if you have a conflict and need to propose an alternate time.

Thanks,
Leo

Leonard Carr
Chief Operating Officer
o: 832-495-4008  c: 713-252-3470
Pharms LLC | 4916 Main Street | Suite 110 | Houston | TX 77002 USA



**CONFIDENTIAL**

GOVERNMENT EXHIBIT
**667**
4:18-CR-368

CARR_000011

GX667.001

Mtg – Mgmt & BS & VR  8/29/14

**REDACTED**

2. NV matter – Investigation
- 2 days ago call from –
NV Board called Amy McNeely
re dispense of Bulk Ingr to Phys (particular Dr Beckett) Ask for Rx ~~from~~ Beckett to OPHC
- BM said we dont dispense in bulk
- Danny Garcia (DG) Investigator, NV state Board of Pharmacy. Issue is payments to Physicians for writing Rx. Primarily investigating
- DG stated allegation 3 wks ago – called the Board that Omniplus was paying Drs for writing Rx's.
- BM stated absolutely not ~~writing~~ paying Drs for Rx's. That we ~~pay~~ follow the letter of the law. EM from one Dr to Another, "we have found an additional source of income". There is a pharmacy in Houston, start sending Rx to this Pharmacy
- BM stated he inquired about Marketing practices, BM told him about Pharms, Indepent Sales Reps,
- DG "why are NV drs sending Rx to Houston"

CONFIDENTIAL                                                                                                                                                    CARR_000013

7. DG said there were Rx for NV medicare. Preliminary investigation
- BM said we will comply in good faith.
- DG said pre-printed script pads are not allowed in NV
- BM sent EM to DG 8/28 asking for specific law.
- DG asked BM not to tell Beckett about investigation

**REDACTED**

**REDACTED**

Compliance Review Meeting 8/29/14

1. ~~New policy has Compliance review first day of each mo to September add new~~

\* 1. Policy to conduct Internal compliance review on Quarterly Basis, Beg. Sept 1, 2014

2. Reps w/o signed agreements =
   a. James Blackburn / Blackburn Interests (No contr)
   b. Nilsson Medical / John Knudsen (No contr)
   c. Jose Manuri / NOLA - Surg
   d. Mario Ruja /
   e. Zach Palmer

SAB to send EM that agreements must be returned by

3. Beckett conversation w/ Scott=
   1. Will not write Rx
   2. No problem w/ credit for Beckett Rx
   3. No relationship w/ other doc's

**CONFIDENTIAL**                                              **CARR_000015**

GX667.004

# REDACTED

(5) Scott:
1. Call Jordan Chase re W-2 vs 1099?
2. Write EMs to 5 reps w/o signed agreements that they w/b terminated 9/2 if agrmts not rtd by 8/31

(6) Leo call set up mtg w/ Marrinson Baker

(6) Branko/LC:
★ Draft and send Qtrly compliance confirmation email
  ◦ Create Questionnaire for Reps/SubReps
  ◦

(5) ERIK
★ (A) Run check on all Reps & ~~Sales~~ SubReps against patient list to determine if Rx on script has been Written/Paid commission
(B) How do we exclude ~~manual payments~~ commissions ~~off~~ on Reps

<u>Review of Reps</u> - Qrtly Compliance Review
for all reps

① <u>Merrimon Baker</u> =

★ (a.) ~~Set~~ LC to set up meeting w/ Baker to discuss Reason to believe:
  1. Does he work for Fleming?
  2. ~~Have you ever~~
  ∅
  3. Have you worked remotely?
  4. What is your relationship w/ him
  5. What is status of license?

② <u>Brian Bass</u> = OK

③ <u>Maddy Beckett</u> =
  (a.) No scripts from Beckett can be filled
  (b.) Reverse Commissions paid on Beckett Rx
★ → (c.) LC/Branko = Draft letter to MAAD
    ① remove Beckett
    ② Credit Commissions paid in error or 8/15
    ③ Notify no future Rx from Beckett After consulting w/ Counsel

④ <u>Bla~~c~~ckburn</u> =
  ✓ (a) No agreement signed / Scott to send EM

**CONFIDENTIAL**                                                       **CARR_000017**

GX667.006

⑤ Tommy Bond =
  ⓐ SAB Call Kathy re can he be a rep

★ ⑥ BR House =
  ⓐ Internal Code of Compliance for Brian & Team
★ ⓑ Is he paid

⑦ ~~David Brown - sub~~

⑧ Jon Castoreno = OK

⑨ Dowdell, Cisco = OK

NV ⑩ Evangeline Duke = OK
  ⓐ Sub-rep Charleston LLC (Dr Daniel Binaford DDS)

⑪ Elkins, Mike = OK

? [ADD] ⑫ Ellis, Lance = Sub-rep KOC MKtg Personal Rx

⑬ Fioroni, Paul = Sub-rep

[ADD]? ⑭ Goetz, Natalie =
  ⓐ Sub-rep Collette James is sub-rep & married to Doctor writing Rx.
SAB ★ Husband cannot send Rx or James must be terminated as sub-rep

CONFIDENTIAL                    CARR_000018
GX667.007