## Business Records Affidavit by Custodian of Records

I, VLADIMIR REDKO (please print or type name), state the following under penalty of perjury in relation to the subpoena issued by the Grand Jury in the Southern District of Texas and issued to Vladimir Redko MD, PA (hereafter referred to as the "Company"):

(1) I acknowledge that I am personally responsible for complying with the subpoena.

(2) I have read the subpoena and understand what is required.

(3) I have made, or persons under my direct supervision have made, a full and complete search for all documents responsive to the subpoena. I understand that the company is required to make a full and complete search for all responsive documents that are in its possession, custody, or control, irrespective of where those documents are now located or who currently possesses them. I understand, for example, that if responsive documents have been provided to an outside accountant or attorney, or employee, or for some other reason are not on the Company's premises (but are within its legal ability to obtain), the Company would nonetheless be obligated to obtain those documents and produce them to the Grand Jury. In addition, I understand that the Company is required to produce responsive documents and records that are in its possession, custody, or control, irrespective of who generated the document or record, or whether they are printed on Company letterhead.

(4) On the date set forth below, I sent all documents responsive to the subpoena that were in the Company's possession, custody, or control to the investigative agent whose name appears on the subpoena.

(5) All of the documents I furnished were authentic records maintained by the Company or maintained under the Company's ultimate control, direction, or supervision.

(6) With the exceptions noted below, the documents I furnished were business records created by the Company or Company employees or business associates, or were business records received and kept by the Company or company employees or associates in the ordinary course of the Company's business affairs. That is, the records I furnished were made at or near the time of the events recorded therein; were made on the basis of personal knowledge of the events recorded; were made or received, and kept, as part of a regular business practice. Exceptions, if any, are the documents identified as follows:

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/28/18

By: VLADIMIR REDKO   Title/Position: DOCTOR

Mailing Address: 915 GESSNER DRIVE, SUITE 970 Houston, TX 77024

Telephone Number(s): 713-740-1400

Signature: /s/ Vladimir Redko

GOVERNMENT
EXHIBIT
**702**
4:18-CR-368

# FedEx Office

FedEx Office is your destination
for printing and shipping.


1703 Post Oak Blvd
Houston, TX 77056
Tel: (713) 439-1113

5/24/2018              2:14:14 PM CST
Team Member: Wendlyn C.
Customer: Russell Morris

SALE

| | | |
|---|---|---|
| copies | Qty 1 | 124.11 |
| BW 1S on 24# Wht | 1161 @ | 0.1050 T |
| 000330 Reg. Price | 0.17 | |
| Hand Stapling | 1 @ | 0.1000 T |
| 000389 Reg. Price | 0.10 | |
| Hand Collation | 1 @ | 0.1000 T |
| 000386 Reg. Price | 0.10 | |
| Inser   er Piece | 10 @ | 0.1000 T |
| 00    Reg. Price | 0.10 | |
| Sheet Astro 8.5x11 | 10 @ | 0.1000 T |
| 002479 Reg. Price | 0.10 | |
| Price per piece | 124.11 | |
| Regular Total | 199.57 | |
| Discounts | 75.46 | |

| | |
|---|---|
| Sub-Total | 124.11 |
| Tax | 10.24 |
| Deposit | 0.00 |
| **Total** | **134.35** |
| Visa (S) | 134.35 |
| Account: 3663 | |
| Auth: 05579G (A) | |
| Total Tender | 134.35 |
| Change Due | 0.00 |

## ATTACHMENT B

## PATIENT LIST

|    | Patient Last Name | Patient First Name | Patient DoB |
|----|---|---|---|
| 1  | ALVARADO | DANIEL | |
| ✓2 | BARBER | SUSAN | |
| ✓3 | BLANFORD | JOHN | |
| 4  | BRENKUS | EMIL | |
| 5  | BRENKUS | WHITNEY | |
| 6  | BRICKMAN | LISA | |
| 7  | BRICKMAN | TERRY | |
| 2 8 | BUCKINGHAM | ALEXA | |
| 2 9 | BUCKINGHAM | EVAN | |
| 10 | BUCKINGHAM | GEORDON | |
| 11 | BUCKINGHAM | JAMES | |
| ✓12 | BUCKINGHAM | SHEILA | |
| 13 | BUCKINGHAM | TRISTAN | |
| ✓14 | CALDWELL | CINDY | |
| 15 | CARTER | LEILA | |
| 16 | COTTER | CALLIE | |
| 17 | COTTER | CASEY | |
| 18 | COTTER | PATRICK | |
| 19 | CRENSHAW | BETTINA | |
| 20 | CROCK | CRYSTAL | |
| 21 | D'AMICO (or DAMICO) | CAROLE | |
| 22 | D'AMICO (or DAMICO) | DANIEL | |
| 23 | D'AMICO (or DAMICO) | JOSEPH | |
| 24 | D'AMICO (or DAMICO) | VINCENT | |
| 25 | D'AMICO (or DAMICO) | CHRISTOPHER | |
| 26 | DIMANT | KHIRSH | |
| 2 27 | DUNKLE | RYAN | |
| 28 | DUNKLE | SUSAN JAYNE | |
| 2 29 | DUNKLE | TODD | |
| 30 | FEYGIN | RAISA | |
| ✓31 | FOREMAN | CYNTHIA | |
| 32 | FRANDSEN | THOMAS | |
| ✓33 | FREEMAN | VINCENT | |
| 34 | HERBERT | RYAN | |
| 35 | HOHMANN | CATHERINE | |
| 36 | HOHMANN | KIMBERLY | |
| 37 | HOHMANN | NICKOLAUS | |

|  | Patient Last Name | Patient First Name | Patient DoB |
|---|---|---|---|
| 38 | KHOLODOVSKY | STEVEN | |
| 39 | KOSZORU | SOFIA | |
| 40 | KROCK | TEDDI | |
| 41 | KUMAZEC | KEVIN | |
| 42 | KUMAZEC | KIEL | |
| 43 | KUMAZEC | THERESE | |
| 44 | LAZIC | DEJAN | |
| 45 | LEONARD | NICHOLAS | |
| ✓46 | LINCECUM | TERRY | |
| 47 | MARTENS | HARRY | |
| 48 | MCLAUGHLIN | MICHAEL | |
| 49 | METCALF | ROGER | |
| ³50 | MILOSEVIC | VILA | |
| ✓51 | NEFZGER | CINDY | |
| 52 | NEILL | YARDLIE | |
| 53 | PIKE | WALTER | |
| 54 | PINAR | HUSNU | |
| 55 | PINAR | YARDLIE | |
| ✓56 | REDKO | MICHAEL | |
| 57 | RETHERFORD | BILLY | |
| 58 | ROBISON | DONALD | |
| 59 | ROTENBERG | BERNADETTE | |
| 60 | SANDERS | MICHELLE | |
| 61 | STACY | GINGER | |
| 62 | TACKETT | AUSTIN | |
| 63 | TACKETT | JARED | |
| 64 | TODD | BROOKE | |
| 65 | TYLER | TRANE | |
| 66 | VORISEK | AMY | |
| 67 | VORISEK | MATTHEW | |
| 68 | VORISEK | PAUL | |
| 69 | VORISEK | SHARON | |
| 70 | WALTON | ANDREA | |
| 71 | WALTON | JORDAN | |
| 72 | WALTON, JR | ROBERT | |

| Patient | | DOB | Insurance Info | | |
|---|---|---|---|---|---|
| Esau Buckingham | | [redacted] | Carrier: | | |
| Home Phone | Cell Phone | | Bin# | PCN# | |
| Address | | | Group # | | |
| City | State | Zip | Workers Comp | Yes | No |
| Allergies | Diag forehead scar | | DOI | Claim # | |

## General Pain / Inflammation

☐ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

## Back & Radicular Pain

☐ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

☐ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

## Neuropathic & Chronic Pain

☐ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

☐ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

☐ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

☐ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: 1)

## Specialty

☒ **SCAR**
- Fluticasone Propionate 1%
- Levocetrizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

☐ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity: ____)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs Refills: 11)

☐ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 2%
- Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.08%
- Tretinoin 0.012%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

## Metabolic Supplements

☐ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

☐ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamin 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG: ____ Refills: ____)

Alternative SIG: Apply 1-2 pumps to affected area 3-4 times a day

Prescriber Name: V. RENKO, M.D.   NPI # 1406344657

Lic. #: J166   DEA #: BR0522284

Address: 1760 Fannin Houston TX 77056

Phone #: 713-790-1402   Fax #: ____   Date: 1/30/1[?]

Signature (Note: Manual Signature Required for CS) ____

Note: Ketamine is Schedule III controlled substance.

Fax Server

Please Fax Back to: 1-800-606-5569          For Internal use Only: Log # 5907449

**PLEASE READ CAREFULLY. THIS IS NOT A REFILL REQUEST.**

Patient Name: EVAN BUCKINGHAM          Patient Date of Birth: ▇▇▇

Dr. VLADIMIR REDKO,
Please complete all steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?   (circle one)   **YES**   NO
- If question #1 is YES, when was the last time the patient was seen?  9/4/14
- Patient diagnoses : *hypertrophic painful scar forehead*
- Does this patient have a medication/treatment agreement with you? (circle one)   YES   NO   N/A
- If question #4 is YES, when was the agreement signed?   ___/___/___   N/A
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)   YES   NO   N/A

Did you prescribe the claims listed below for the above listed patient? Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

NOTE: The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? YES | NO |
|---|---|---|---|---|---|
| 10/23/2014 | COMPOUND | 300 | PRN | ✓ | |

Comments: Confidential Information

To the best of my knowledge, all information provided above is true and correct.

Signature: V. Redko      Date: 7/5/16      Print Name: V. REDKO, M.D      Office Phone: 713-790-1400

*Signature is required for authentication purposes.

PRIVATE & CONFIDENTIAL
Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX702.006

## Patient Info

- **Patient:** Tedd Runkle
- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Cell Phone:**
- **Address:** [redacted]
- **City:** Sheffield Lake
- **State:** OH
- **Zip:** 44054
- **Allergies:** none
- **Diag:** LBP, knees

### Insurance Info
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

## Back & Radicular Pain

**BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCL .5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

## Neuropathic & Chronic Pain

**NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Bupivacaine HCL .5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

**NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

**NCP-7** ✗
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCL 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: 11)

## General Pain / Inflammation

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

**OTHER FORMULATION**

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: ____)

*Apply to knee hip and back*

## Specialty

**SCAR** ✗
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- For painful scars add: ✓
  - Prilocaine 3%
  - Gabapentin 15%

**DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs Refills: 5)

**DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Contact Dermatitis with pain add:
  - Lidocaine 2%
  - Hydroxyzine 2%

**DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

**DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

## Metabolic Supplements

**MS-2: GENERAL WELLNESS**
- ● MS-21: Methylcobalamin 20mg, Pyridoxal-5-Phosphate 70mg, 5-MTHF 10mg
  (SIG: Take 1 capsule by mouth twice daily; Dispense: 60 OR Alternative SIG: ____)
- ● MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcystine 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: ____) ✓

**MS-3: GENERAL WELLNESS** ✗
- ● MS-31: Resveratrol Powder 100mg, Piperine 20mg
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: ____) PRM
- ● MS-32: Hydrocobalamine 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: ____) PRM

*meds none*

---

**Alternative SIG:** _____

- **Prescriber Name:** Vladimir V. Redko, M.D.
- **NPI #:** 1306844659
- **Lic. #:** _____
- **DEA #:** BR 05-22284
- **Address:** 6560 Fannin St, Ste 2020, Houston, TX 77030
- **Phone #:** 713-790-1400
- **Fax #:** _____
- **Signature** (Note: Manual Signature Required for CS): [signed]
- **Date:** 4/10/14

Note: Ketamine is Schedule III controlled substance

Please Fax Back to: **1-800-606-5569**  For Internal use Only: Log # 5907449

**PLEASE READ CAREFULLY. THIS IS NOT A REFILL REQUEST.**

Patient Name: TODD DUNKLE          Patient Date of Birth: ▓▓▓

Dr. VLADIMIR REDKO,
Please complete all steps below and then sign below the chart.
  *(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?   (circle one)   **YES**   NO
- If question #1 is YES, when was the last time the patient was seen?   4/10/14
- Patient diagnoses: low-back pain, painful scar of knee, hip, neck
- Does this patient have a medication/treatment agreement with you? (circle one)   YES   NO   **N/A**
- If question #4 is YES, when was the agreement signed?   ___/___/___   **N/A**
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)   YES   NO   **N/A**

Did you prescribe the claims listed below for the above listed patient? Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

NOTE: The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? YES | NO |
|---|---|---|---|---|---|
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |
| 10/31/2014 | COMPOUND | 300 | 11 | ✓ | |
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |
| 10/31/2014 | COMPOUND | 300 | 5 | ✓ | |

Comm [logo] Confidential Information

To the best of my knowledge, all information provided above is true and correct.

Signature: V. Redko    Date: 7/5/16    Print Name: V. REDKO, M.D    Office Phone: 713-790-1400

*Signature is required for authentication purposes.

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

| Patient | DOB | Insurance Info | |
|---|---|---|---|
| Ryan Dunkle | [redacted] | Carrier: | |
| Home Phone [redacted] | Cell Phone [redacted] | Bin# | PCN# |
| Address [redacted] | | Group # | |
| City Sheffield Lake | State OH  Zip 44054 | Workers Comp | Yes / No |
| Allergies None | Diag. USP, Scar none | DOI | Claim # |

Apply free

## Back & Radicular Pain

**BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCL 5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ___)

## Neuropathic & Chronic Pain

Apply to back

**NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Bupivacaine HCL 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

**NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ___)

**NCP-7** ✓
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCL 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: 1)

## General Pain / Inflammation

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

**OTHER FORMULATION**

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ___)

## Specialty

**SCAR** ✓
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
- For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

**DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

**DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

**DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: 5)

## Metabolic Supplements

**MS-2: GENERAL WELLNESS** ✓
- MS-21: Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
  (SIG: Take 1 capsule by mouth twice daily; Dispense: 60 OR Alternative SIG: ___)
- MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcysteine 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: ___)

**MS-3: GENERAL WELLNESS** ✓
- MS-31: Resveratrol Powder 100mg, Piperine 20mg
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: PPW)
- MS-32: Hydrocobalamine 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG: PPW)

---

Alternative SIG: ___

Prescriber Name: V. REDoo    NPI # 1306844659

Lic. #: ___   DEA #: BR0522284

Address: 6560 Fannin St, Ste 2020, Houston, TX 77030

Phone #: 713-790-1400    Fax #: ___

Signature (Note: Manual Signature Required for CS) ___    Date: 4/10/14

Note: Ketamine is Schedule III controlled substance.

Please Fax Back to: **1-800-606-5569**     For Internal use Only: Log # 5907449

| PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST. |

Patient Name: RYAN DUNKLE     Patient Date of Birth: 12/15/1988

Dr. VLADIMIR REDKO,
Please complete <u>all</u> steps below and then sign below the chart.
  *(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?  (circle one)   **YES**   NO
- If question #1 is YES, when was the last time the patient was seen?  4/10/14
- Patient diagnoses: low-back pain, hypertrophic scar of knee
- Does this patient have a medication/treatment agreement with you? (circle one)  YES   NO   N/A
- If question #4 is YES, when was the agreement signed?  ___/___/___   N/A
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)   YES   NO   N/A

Did you prescribe the claims listed below for the above listed patient? Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

NOTE: The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? ||
|---|---|---|---|---|---|
| | | | | YES | NO |
| 10/31/2014 | COMPOUND | 300 | 11 | ✓ | |
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |
| 10/31/2014 | COMPOUND | 300 | 5 | ✓ | |
| 10/31/2014 | COMPOUND | 60 | PRN | ✓ | |

Comments  Confidential Information

To the best of my knowledge, all information provided above is true and correct.

V. Redko        7/5/16        V. REDKO, M.D.        713-790-1400
Signature       Date          Print Name              Office Phone

*Signature is required for authentication purposes.

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX702.010

| Patient | | DOB | | Insurance Info | | |
|---|---|---|---|---|---|---|
| Alvea Buckingham | | | | Carrier: | | |
| Home Phone 713-790-1400 | Cell Phone | | | Bin# | | PCN# |
| Address 6560 Fannin Ste 2020 | | | | Group # | | |
| City Houston | | State TX | Zip 77030 | Workers Comp | Yes | No |
| Allergies | | Diag. hand scar | | DOI | | Claim # |

## General Pain / Inflammation

☐ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

## Back & Radicular Pain

☐ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

☐ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

## Neuropathic & Chronic Pain

☐ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

☐ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ____)

☐ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

☐ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: 4)

## Specialty

☑ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%

☑ For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

☐ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity:____)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs  Refills: ____)

☐ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%

☐ Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

## Metabolic Supplements

☐ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

☐ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG:____
Refills: ____)

---

Alternative SIG:____

Prescriber Name: V. REDKO, M.D.    NPI # 1306844659

Lic. #: ____    DEA:# BR0522284

Address: 6560 Fannin  Houston, TX 77030

Phone #: 713-790-1400    Fax #: ____

Signature (Note: Manual Signature Required for CS) ____    Date: 1/30/11

Note: Ketamine is Schedule III controlled substance.

Please Fax Back to: 1-800-606-5569      For Internal use Only: Log # 5907449

**PLEASE READ CAREFULLY. THIS IS NOT A REFILL REQUEST.**

Patient Name: ALEXA BUCKINGHAM      Patient Date of Birth: [redacted]

Dr. VLADIMIR REDKO,

Please complete all steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient? (circle one) **YES** NO
- If question #1 is YES, when was the last time the patient was seen? 9/4/14
- Patient diagnoses: painful scar left arm
- Does this patient have a medication/treatment agreement with you? (circle one) YES NO  P/A  N/A
- If question #4 is YES, when was the agreement signed? __/__/__
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)? (circle one) YES NO  N/A

Did you prescribe the claims listed below for the above listed patient? Please indicate by checking 'Yes' or 'No' in the appropriate column and indicate number of refills authorized.

NOTE: The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | YES (AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)?) | NO |
|---|---|---|---|---|---|
| 10/23/2014 | COMPOUND | 300 | PRN | ✓ | |

Comment: Confidential Information

To the best of my knowledge, all information provided above is true and correct.

Signature: [signed]  Date: 7/5/16  Print Name: V. REDKO, M.D.  Office Phone: 713-790-1400

*Signature is required for authentication purposes.

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

GX702.012

Please Fax Back to: 1-800-606-5569      For Internal use Only: Log # 5907449

**PLEASE READ CAREFULLY. THIS IS NOT A REFILL REQUEST.**

Patient Name: SHEILA BUCKINGHAM      Patient Date of Birth: ▓

Dr. VLADIMIR REDKO,
Please complete all steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?   (circle one)   **YES**   NO
- If question #1 is YES, when was the last time the patient was seen?   9/4/14
- Patient diagnoses : hypertrophic painful scars of abdomen
- Does this patient have a medication/treatment agreement with you? (circle one)   YES   NO   N/A
- If question #4 is YES, when was the agreement signed?   __/__/__   N/A
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?   (circle one)   YES   NO   N/A

Did you prescribe the claims listed below for the above listed patient? Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

NOTE: The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| 10/23/2014 | COMPOUND | 300 | PRN | ✓ | |

Comments: Confidential Information

To the best of my knowledge, all information provided above is true and correct.

V. Redko     7/5/16     V. REDKO, M.D.     713-790-1400
Signature            Date           Print Name          Office Phone

*Signature is required for authentication purposes.

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of those documents.

GX702.013

| Patient | DOB | Insurance info | |
|---|---|---|---|
| Milosevic, Vila | | Carrier: | |
| Home Phone 713-790-1400  Cell Phone | | Bin# | PCN# |
| Address 6560 Fannin St Ste 2020 | | Group # | |
| City Houston   State TX  Zip 77070 | | Member ID# | |
| Allergies  NKDA | | Workers Comp | Yes   No |
| Diag.  NKH2 | | DOI | Claim # |

### Back & Radicular Pain

**BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCl 5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ___

### Neuropathic & Chronic Pain

**NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 3%
- Bupivacaine HCl 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

**NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

**NCP-7**
- Flurbiprofen 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCl 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ___

### General Pain/Inflammation

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

### Other Formulation

☐

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: ___

### Specialty

**SCAR** ✗
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%
For painful scars, add:
- Lidocaine 3%
- Gabapentin 15%

**DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
Contact Dermatitis with pain, add:
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-2: TOPICAL ANTI-FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

**DERM-3: ANTI-FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 35%

**DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Nicainamide Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity: ___)
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: prn

### Metabolic Supplements

**MS-2: GENERAL WELLNESS**
- MS-21: Methylcobalamin 20mg, Pyridoxal-5-Phosphate 70mg, 5-MTHF 90mg
  SIG: Take 1 capsule by mouth twice daily; Dispense 60  Refills: ___
- MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcysteine 250mg, Vit D3 1,000IU
  SIG: Take 1 capsule by mouth once daily; Dispense 60  Refills: ___

**MS-3: GENERAL WELLNESS**
- MS-31: Resveratrol Powder 100mg, Piperine 20mg
  SIG: Take 2 capsules by mouth once daily; Dispense 60  Refills: ___
- MS-32: Hydroxycobalamin 20mg, Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, Vit D3 1,000IU
  SIG: Take 2 capsules by mouth once daily; Dispense 60  Refills: ___

---

Prescriber Name: Vladimir Redko, MD   NPI# 1306844659
Lic.# J13164   DEA# BR0522284
Address: 6560 Fannin St Ste 2020 Houston, TX 77030
Phone# 713-790-1400   Fax#:
Signature (Note: Manual Signature Required for CS): Dr. OK UP   Date: 7/10/14

| Patient | | DOB | Insurance Info | | |
|---|---|---|---|---|---|
| MILOSEVIC, VILA | | | Carrier: | | |
| Home Phone | Cell Phone | | Bin# | PCN# | |
| Address 6560 Fannin St 2020 | | | Group # | | |
| City Houston | State TX | Zip 77070 | Workers Comp | Yes | No |
| Allergies NKA | Diag. | | DOI | Claim # | |

## General Pain / Inflammation

☐ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:_____)

## Back & Radicular Pain

☐ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

☐ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:_____)

## Neuropathic & Chronic Pain

☐ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

☐ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills:_____)

☒ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

☐ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: PRN)

## Specialty

☒ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%

☐ For painful scars add:
- Prilocaine 3%
- Gabapentin 15%

☐ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs  Refills: PRN)

☐ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%

☐ Contact Dermatitis with pain add:
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

## Metabolic Supplements

☐ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cysteine 250mg
- Vit D3 1000 IU

☒ **MS-2: NEUROPATHIC/ POST SURGICAL WELLNESS**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG:_____
Refills: PRN)

Alternative SIG:_____

Prescriber Name: VLADIMIR REDKO, MD    NPI # 1306844659
Lic. #:_____    DEA:# BR0522284
Address: 6560 Fannin St Ste 2020 Houston, TX 77030
Phone #: 713-790-1400    Fax #:_____
Signature (Note: Manual Signature Required for CS)_____    Date: 01/13/2014

Note: Ketamine is Schedule III controlled substance.

Please Fax Back to: 1-800-606-5569     For Internal use Only: Log # 5907449

**PLEASE READ CAREFULLY. THIS IS <u>NOT</u> A REFILL REQUEST.**

Patient Name: VILA MILOSEVIC     Patient Date of Birth: [redacted]

Dr. VLADIMIR REDKO,
Please complete <u>all</u> steps below and then sign below the chart.
*(The questions apply to you and/or any physician extender(s) under your supervision.)*

- Have you ever seen the above named patient?   (circle one)   **YES**   NO
- If question #1 is YES, when was the last time the patient was seen?   1/31/14
- Patient diagnoses: hypertrophic painful scar right knee
- Does this patient have a medication/treatment agreement with you? (circle one)   YES   NO   N/A
- If question #4 is YES, when was the agreement signed?   ___/___/___   N/A
- Are you aware of this patient seeing any additional prescriber(s) for controlled substance medication(s)?
  (circle one)   YES   NO   N/A

Did you prescribe the claims listed below for the above listed patient? Please indicate by checking 'Yes' or 'No' in the appropriate column *and* indicate number of refills authorized.

NOTE: The date of fill may not be the date the prescription was written.

| DATE OF FILL | MEDICATION NAME | QUANTITY PRESCRIBED | # of REFILLS? | AUTHORIZED BY YOU and/or YOUR PHYSICIAN EXTENDER(S)? | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| 9/10/2014 | COMPOUND | 300 | PRN | ✓ | |

Comments: Confidential Information

To the best of my knowledge, all information provided above is true and correct.

_V. Redko_   7/5/16   V. REDKO, M.D.   713-790-1400
Signature       Date    Print Name       Office Phone

*Signature is required for authentication purposes.

PRIVATE & CONFIDENTIAL

Confidentiality Statement: The documents accompanying this letter contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of those documents.