## CHASE  

**Personal Signature Card**

**ACCOUNT TITLE**
BRIAN SWIENCINSKI

| | |
|---|---|
| **ACCOUNT NUMBER** | ▇6280 |
| **TAX RESPONSIBLE ID #** | |
| **ACCOUNT TYPE** | Chase Private Client Checking |

| | |
|---|---|
| **DATE OPENED** | 09/12/2012<br>New Account |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 201 )<br>Westside Fort Worth<br>164<br>CRYSTAL D DOUCET<br>(817) 334-0578<br>09/12/2012 |

**PERSONAL ADDRESS**

United States/US Territories

**TYPE OF OWNERSHIP**   Individual

| | TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | | | Driver's License | | TX | | 06/25/2014 | Chase or Bank Issued Debit Card | XXXXXXXXXXXX1457 | chase | | 05/00/2015 |
| 2) | | | | | | | | | | | | |
| 3) | | | | | | | | | | | | |
| 4) | | | | | | | | | | | | |
| 5) | | | | | | | | | | | | |
| 6) | | | | | | | | | | | | |
| 7) | | | | | | | | | | | | |
| 8) | | | | | | | | | | | | |

(**Tax Responsibility Indicator)

**CUSTOMER(S) TO BE ADDED LATER**   NIDIA MARTINEZ, EXP 10/12/2012

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

**CERTIFICATION** - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

*If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.*
*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | DATE | SIGNATURE | | NAME | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) BRIAN SWIENCINSKI | 9/13/2012 | _[signature]_ | 5) | | | |
| 2) | | | 6) | | | |
| 3) | | | 7) | | | |
| 4) | | | 8) | | | |

Rev 9/08

_Scan_

GOVERNMENT
EXHIBIT
**900**
4:18-CR-368

## CHASE ⬡

**Personal Signature Card**

**ACCOUNT TITLE**
BRIAN SWIENCINSKI
OR NIDIA MARTINEZ JTWROS

**ACCOUNT NUMBER** ████5280
**TAX RESPONSIBLE ID #**
**ACCOUNT TYPE** Chase Private Client Checking

**DATE OPENED** 09/12/2012

**ISSUED BY** JPMorgan Chase Bank, N.A. ( 201 )
Westside Fort Worth
164
CRYSTAL D DOUCET
(817) 334-0578
09/25/2012

**PERSONAL ADDRESS**

United States/US Territories

**TYPE OF OWNERSHIP** Joint (JTWROS)

| | TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | ████ | | Driver's License | | TX | | 06/05/2014 | None | | | | |
| 2) | ████ | | Driver's License | | TX | 04/18/2012 | 05/13/2013 | None | | | | |
| 3) | | | | | | | | | | | | |
| 4) | | | | | | | | | | | | |
| 5) | | | | | | | | | | | | |
| 6) | | | | | | | | | | | | |
| 7) | | | | | | | | | | | | |
| 8) | | | | | | | | | | | | |

(*Tax Responsibility Indicator)

UPON THE DEATH OF EITHER A PARTY TO THIS ACCOUNT, ALL SUMS IN THE ACCOUNT ON THE DATE OF THE DEATH OF THE DECEASED ACCOUNT HOLDER SHALL VEST IN AND BELONG TO THE SURVIVING PARTY OR PARTIES AS HIS, HER OR THEIR SEPARATE PROPERTY AND ESTATE.

**CUSTOMER(S) TO BE ADDED LATER** _____

**ACKNOWLEDGMENT -** By signing this Signature Card, I am applying to JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided herein is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

**CERTIFICATION - I** certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | NAME | DATE | SIGNATURE | | NAME | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|
| 1) | BRIAN SWIENCINSKI | 9/25/12 | | 5) | | | |
| 2) | NIDIA MARTINEZ | 9/25/12 | | 6) | | | |
| 3) | | | | 7) | | | |
| 4) | | | | 8) | | | |

Rev 2/09