Case 4:18-cr-00368   Document 533-116   Filed on 07/22/23 in TX

**GOVERNMENT EXHIBIT 901 4:18-CR-368**

# Frost Bank

| Account Holder Names: | ACCOUNT NUMBER: ███7697 |
|---|---|
| SHERFIELD MEDICAL ADVISORS, LLC | Product Name: Frost Business Checking |
| | CD Customer Number: |
| | ACCOUNT PURPOSE: Non Consumer |
| | OWNERSHIP TYPE: Limited Liability Co |
| Mailing Address: ███ | DATE OPENED: 09/12/13 |
| | DATE REVISED: |
| Home Phone: | Work Phone: ███ | VERIFIED BY: CHEXSYSTEM | OPENED/REVISED BY: Sandoval, Jessica |
| Number of Signatures Required: 1 | CIF Number: 0003665631 |
| Special Instructions: | |

Signatures of Authorized Individuals. This Agreement is subject to all terms below.

| 1x /s/ Scott Breimeister | 2x |
|---|---|
| Name SCOTT BREIMEISTER, President | Name |
| 3x | 4x |
| Name | Name |

Each of the authorized Individual(s) certify that they have all required authority to act with respect to this account(s) and, jointly and severally, agree to indemnify and hold Financial Institution harmless from and against any loss or damage arising from such authority or lack thereof. Financial Institution has no responsibility or duty to assure or verify that Authorized Individual(s) have or are acting within the authority given them by the authorizing document or that such authorizing document is genuine or valid, even if Financial Institution has seen or retained a copy of such document.

The Authorized Individual(s) signing agree(s), jointly and severally if multiple signers, to the terms set forth in the Deposit Account Agreement and Disclosure, the Time Certificate of Deposit or Confirmation of Time Deposit Agreement (if applicable), the Rate and Fee Schedule, the Funds Availability Policy Disclosure, Substitute Check Policy Disclosure, and the Electronic Fund Transfer Agreement and Disclosure, (if applicable), as amended by the Financial Institution from time to time. Each of the Authorized Individual(s) signing also acknowledges that the Financial Institution provided at least one copy of these deposit account documents.

**TIN/BACKUP WITHHOLDING**
Reporting SSN/TIN: 46-3601196

Important: Under penalties of perjury, I certify that the number shown above is my correct taxpayer identification number. I am a U.S. person (including a U.S. resident alien), and that (check appropriate box):

[✓] I am not subject to backup withholding, because I am exempt from backup withholding, or because I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends, or because the IRS has notified me that I am no longer subject to backup withholding.

[ ] I am subject to backup withholding.

Signature of Authorized Individual X /s/ Scott Breimeister   Date: _____

For instructions, see Internal Revenue Service Form W-9 that is available at the financial institution.

The following information may be used to further identify individual(s) for telephone instructions, large transactions, or if a signature varies.   MMN = Mother's Maiden Name

| Signer #1: SCOTT BREIMEISTER | SSN: |
|---|---|
| Street: | |
| Address: | |
| Home Phone #: | Work Phone #: |
| Employer: | Occupation: |
| DOB: | Alternate ID:   Exp. Date: |
| DL/ID#: | MMN:   Issue Date:   Issuance: |

| Signer #2: | SSN: |
|---|---|
| Street: | |
| Address: | |
| Home Phone #: | Work Phone #: |
| Employer: | Occupation: |
| DOB: | Alternate ID:   Exp. Date: |
| DL/ID#: | MMN:   Issue Date:   Issuance: |

| Signer #3: | SSN: |
|---|---|
| Street: | |
| Address: | |
| Home Phone #: | Work Phone #: |
| Employer: | Occupation: |
| DOB: | Alternate ID:   Exp. Date: |
| DL/ID#: | MMN:   Issue Date:   Issuance: |

| Signer #4: | SSN: |
|---|---|
| Street: | |
| Address: | |
| Home Phone #: | Work Phone #: |
| Employer: | Occupation: |
| DOB: | Alternate ID:   Exp. Date: |
| DL/ID#: | MMN:   Issue Date:   Issuance: |

DATE RECEIVED SEP 13 2013

NOTE: There may be only one Custodian for an account under the Uniform Transfers to Minors Act or the Uniform Gifts to Minors Act. All fiduciaries appointed by order of a court must each sign this signature card. Depositor's Authorization Documents have not been filed.

GX901.001

DSMPF TX (Rev. 02/04) #7028E. © Harland Financial Solutions, Inc. 2001,2004  All rights reserved.

DOJ_18CR368-0061423

Signatures of Authorized Individuals. This Agreement is subject to all terms on reverse.

| 5x | 6x |
|---|---|
| Name | Name |
| 7x | 8x |
| Name | Name |
| 9x | 10x |
| Name | Name |

The following information may be used to further identify individual(s) for telephone instructions, large transactions, or if a signature varies.   MMN = Mother's Maiden Name

**Signer #5:**  SSN:
Street:
Address:
Home Phone #:   Work Phone #:
Employer:   Occupation:
DOB:   Alternate ID:   Exp. Date:
DL/ID#:   MMN:   Issue Date:   Issuance:

**Signer #6:**  SSN:
Street:
Address:
Home Phone #:   Work Phone #:
Employer:   Occupation:
DOB:   Alternate ID:   Exp. Date:
DL/ID#:   MMN:   Issue Date:   Issuance:

**Signer #7:**  SSN:
Street:
Address:
Home Phone #:   Work Phone #:
Employer:   Occupation:
DOB:   Alternate ID:   Exp. Date:
DL/ID#:   MMN:   Issue Date:   Issuance:

**Signer #8:**  SSN:
Street:
Address:
Home Phone #:   Work Phone #:
Employer:   Occupation:
DOB:   Alternate ID:   Exp. Date:
DL/ID#:   MMN:   Issue Date:   Issuance:

**Signer #9:**  SSN:
Street:
Address:
Home Phone #:   Work Phone #:
Employer:   Occupation:
DOB:   Alternate ID:   Exp. Date:
DL/ID#:   MMN:   Issue Date:   Issuance:

**Signer #10:**  SSN:
Street:
Address:
Home Phone #:   Work Phone #:
Employer:   Occupation:
DOB:   Alternate ID:   Exp. Date:
DL/ID#:   MMN:   Issue Date:   Issuance:

**Beneficiary/Payee Name and Address:**  SSN:

**Sole Proprietorships:**
*Physical Address of Business (if other than mailing address):*

*Owner's Address (if other than mailing address):*

*Owner's Personal ID Number (issued by Department of Public Safety):*