**GOVERNMENT EXHIBIT 904**
**4:18-CR-368**

# CHASE

## Business Signature Card



| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ████0165 |
| OMNI-ONE-MED PHARMACY SERVICES, LLC | ACCOUNT TYPE  Chase Platinum Business Checking |
| | TAXPAYER ID NUMBER  45-5238832 |
| | DATE OPENED  06/04/2014 |
| | FORM OF BUSINESS  Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY  JPMorgan Chase Bank, N.A. (201) |
| 4916 MAIN ST STE 100 | Tower Houston - 590 |
| HOUSTON, TX 77002 | JORDAN VACLAVIK |
| | (713) 223-1821 |
| | 06/04/2014 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ███████ | TX | 05/09/2012 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement, or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| 1) | SCOTT A BREIMEISTER | | | Manager | *(signature)* | 6/4/14 |
| 2) | DEJAN MILOSEVIC | ██████████ | * | Signer | *(signature)* | 6/4/14 |
| 3) | | | | | | |
| 4) | | | | | | |



** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.



M1207-01-13-CS (3/14)

GX904.001

DOJ_18CR368-0019688



# CHASE

## BUSINESS ACCOUNT ADD SIGNERS FORM

**NAME OF BUSINESS** OMNI-ONE-MED PHARMACY SERVICES, LLC

**BUSINESS ADDRESS** 4916 MAIN ST STE 100, HOUSTON, TX 77002-9765

**TAXPAYER ID NO.** 45-5238832

**BRANCH NAME AND NO.** CREDIT-TX-SOUTH - 287    **BANK NO.** 201    **BRANCH PHONE NO.** (713) 868-6771

**INTEROFFICE MAILCODE** TX2-6116    **PREPARED BY: NAME** EDWARD MIXON    **DATE:** 10/08/2014

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add:** LEONARD L CARR JR    **Title** SIGNER    **ID Number** [redacted]    **Signature** /s/ Leonard Carr    **Issuer** TX    **Issuance Date** 06/20/2012    **Expiration Date** 07/09/2018

**Identification:** 1) Driver's License    2) None

**Account Numbers:** [redacted]0361    [redacted]0165

---

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**    **Title**    **ID Number**    **Signature**    **Issuer**    **Issuance Date**    **Expiration Date**

**Identification**

**Account Numbers:**

---

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**    **Title**    **ID Number**    **Signature**    **Issuer**    **Issuance Date**    **Expiration Date**

**Identification**

**Account Numbers:**

---

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| /s/ | | /s/ /s/ | |
| Secretary    Date | Owner/Sole Proprietor    Date | Partner/Member/Manager    Date 10/8/14 | Certifying Official    Date |

Date: 10/8/2014

1

# CHASE

## BUSINESS ACCOUNT ADD SIGNERS FORM

**NAME OF BUSINESS** OMNI-ONE-MED PHARMACY SERVICES, LLC

**TAXPAYER ID NO.** 45-5238832

**BUSINESS ADDRESS** 4916 MAIN ST STE 100, HOUSTON, TX 77002-9765

**BRANCH NAME AND NO.** CREDIT-TX-SOUTH - 287    **BANK NO.** 201    **BRANCH PHONE NO.** (713) 868-6771

**INTEROFFICE MAILCODE** TX2-6116    **PREPARED BY: NAME** EDWARD MIXON    **DATE:** 10/08/2014

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add** LEONARD L CARR JR    **Title** SIGNER

**Identification**
1) Driver's License    **ID Number** [redacted]    **Issuer** TX    **Issuance Date** 06/20/2012    **Expiration Date** 07/09/2018
2) None

**Account Numbers:** [redacted]0165    [redacted]0361

Signature / Date 10/8/2014

Please add the following signer to the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Add** _____ **Title** _____

**Identification**    **ID Number** _____ **Issuer** _____ **Issuance Date** _____ **Expiration Date** _____

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Add** _____ **Title** _____

**Identification**    **ID Number** _____ **Issuer** _____ **Issuance Date** _____ **Expiration Date** _____

**Account Numbers:**

### CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:**
_____ Secretary    _____ Date

**For Sole Proprietorship:**
_____ Owner/Sole Proprietor    _____ Date

**For Partnership or Limited Liability Company:**
[signature] Partner/Member/Manager    10/8/14 Date

**For Government Entity:**
_____ Certifying Official    _____ Date