**GOVERNMENT EXHIBIT 905**
4:18-CR-368

# CHASE

## Business Signature Card

| | |
|---|---|
| ACCOUNT NUMBER | ████9550 |
| ACCOUNT TYPE | Chase Total Business Checking |
| TAXPAYER ID NUMBER | 80-0588406 |
| DATE OPENED | 07/12/2013 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 201 ) |
| | EDWARD MIXON |
| | (713) 795-7338 |
| | Medical - 345 |

| ISSUANCE DATE | EXPIRATION DATE |
|---|---|
| 04/28/2010 | 07/12/2013 |

**ACCOUNT TITLE ("DEPOSITOR")**
ALTERNATIVE MEDICINE AND PHARMACY INC.

**BUSINESS ADDRESS**
3007 FALLSCREEK CT
PEARLAND, TX 77584-7040
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ████ | TX | | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**SIGNER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| DEJAN MILOSEVIC | ████ | President | 7/12/13 | [signature] |



M1207-01-CS 10617 (03/13)

GX905.001

DOJ_18CR368-0010537

# CHASE

## BUSINESS ACCOUNT ADD SIGNERS FORM



**NAME OF BUSINESS** ALTERNATIVE MEDICINE AND PHARMACY, INC.
DBA OMNIPLUS PHARMACY

**BUSINESS ADDRESS** 4916 MAIN ST STE 100, HOUSTON, TX 77002-9765

**BRANCH NAME AND NO.** CREDIT-TX-SOUTH - 287   **BANK NO.** 201   **BRANCH PHONE NO.** (713) 868-6771

**INTEROFFICE MAILCODE** TX2-6116   **PREPARED BY NAME** EDWARD MIXON   **DATE:** 10/08/2014

**TAXPAYER ID NO.** 80-0588406

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add** LEONARD L CARR JR   **Title** SECRETARY   **Signature** [signed]

**Account Numbers:** 9550

**Identification**
1) Driver's License — **ID Number** [redacted] — **Issuer** TX — **Issuance Date** 06/20/2012 — **Expiration Date** 07/09/2018
2) None

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add** SCOTT A BREIMEISTER   **Title** PRESIDENT   **Signature** Scott Breimeister

**Account Numbers:** 9550

**Identification**
1) Driver's License — **ID Number** [redacted] — **Issuer** TX — **Issuance Date** 03/11/2010 — **Expiration Date** 04/04/2016
2) None

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add** ___   **Title** ___   **Signature** ___

**Account Numbers:** ___

**Identification** ___   **ID Number** ___   **Issuer** ___   **Issuance Date** ___   **Expiration Date** ___

### CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:** [signed] Secretary — Date 10/8/14

**For Sole Proprietorship:** ___ Owner/Sole Proprietor — Date ___

**For Partnership or Limited Liability Company:** ___ Partner/Member/Manager — Date ___

**For Government Entity:** ___ Certifying Official — Date 10/8/14

JPMorgan Chase Bank, N.A. Member FDIC

GX905.002   DOJ_18CR368-0010538

# BUSINESS ACCOUNT ADD SIGNERS FORM

**CHASE**

NAME OF BUSINESS: ALTERNATIVE MEDICINE AND PHARMACY, INC.

BUSINESS ADDRESS: 3007 FALLSCREEK CT, PEARLAND, TX 77584-7040   TAXPAYER ID NO. 80-0588406

BRANCH NAME AND NO. MEDICAL - 345   BANK NO. 201   BRANCH PHONE NO. (713) 795-7338

INTEROFFICE MAILCODE TX2-6171   PREPARED BY: NAME EDWARD MIXON   DATE: 09/04/2013

**Please add the following signer to the accounts listed below (other authorized signers on record do not change):**

| Name of the Signer to Add | Title | | | |
|---|---|---|---|---|
| VLADIMIR REDKO UNKNOWN_DECODE | SIGNER | | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| 1) Driver's License | [redacted] | TX | 05/06/2016 | |
| 2) None | | | | Signature: V. Redko   Date 9/4/13 |

**Account Numbers:** 9550

**Please add the following signer to the accounts listed below (other authorized signers on record do not change):**

| Name of the Signer to Add | Title | | | |
|---|---|---|---|---|
| | | | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| | | | | Signature   Date |

**Account Numbers:**

**Please add the following signer to the accounts listed below (other authorized signers on record do not change):**

| Name of the Signer to Add | Title | | | |
|---|---|---|---|---|
| | | | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| | | | | Signature   Date |

**Account Numbers:**

## CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For Sole Proprietorship:**
_____   _____
Owner/Sole Proprietor   Date

**For Partnership or Limited Liability Company:**
_____   _____
Partner/Member/Manager   Date

**For Government Entity:**
_____   _____
Certifying Official   Date

**For a Corporation or Unincorporated Association or Organization:**
_[signature]_   9-9-13
Secretary   Date
PRESIDENT

GX905.003

DOJ_18CR368-0010539