**CHASE** 
**Business Signature Card**
ACCOUNT TITLE ("DEPOSITOR")
OPTIPLUS HEALTHCARE, LLC

 

| | |
|---|---|
| ACCOUNT NUMBER | 1170 |
| TAXPAYERID NUMBER | 46-1156543 |
| ACCOUNT TYPE | Chase BusinessSelect Checking |
| DATE OPENED | 10/11/2012 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 201 ) |
| | Medical - 345 |
| | EDWARD MIXON |
| | (713) 795-7338 |
| | 10/11/2012 |

BUSINESS ADDRESS
6560 FANNIN ST STE 2020

HOUSTON, TX 77030-2736

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Website Documentation | | TX | 10/03/2012 | 05/15/2013 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| Name | | Title | Date | Signature |
|---|---|---|---|---|
| DEJAN MILOSEVIC | | Member | 10/11/12 | |
| VLADIMIR REDKO | | Member | 10/11/12 | |
| BRIAN SWIENCINSKI | | Member | 10/11/12 | |

Rev (12/08) 

**GOVERNMENT EXHIBIT**
**906**
**4:18-CR-368**

# CHASE 🟦

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS: OPTIPLUS HEALTHCARE, LLC

TAXPAYER ID NO. 46-1156543

BUSINESS ADDRESS: 6560 FANNIN ST STE 2020, HOUSTON, TX 77030-2736
BRANCH NAME AND NO.: CREDIT-TX-SOUTH - 287     BANK NO. 201     BRANCH PHONE NO. (713) 868-6771
INTEROFFICE MAILCODE: TX2-6116     PREPARED BY, NAME: EDWARD MIXON     DATE: 10/08/2014

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| SCOTT A BREIMEISTER | MANAGER | [signed] Scott Breimeister | 10/8/14 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | [redacted] | TX | 03/11/2010 | 04/04/2016 |
| 2) None | | | | |

**Account Numbers:** ▇▇▇▇1170

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| LEONARD L CARR JR | SIGNER | [signed] | 10/8/14 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | [redacted] | TX | 06/20/2012 | 07/09/2018 |
| 2) None | | | | |

**Account Numbers:** ▇▇▇▇1170

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|

**Account Numbers:**

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary      Date | Owner/Sole Proprietor    Date | [signed] Scott Breimeister  10/8/14  Partner/Member/Manager  Date | Certifying Official    Date |

JPMorgan Chase Bank, N.A. Member FDIC

1

GX906.002     DOJ_18CR368-0025976