**GOVERNMENT EXHIBIT 907** 4:18-CR-368

# CHASE

## Business Signature Card

| | | |
|---|---|---|
| ACCOUNT NUMBER | | 1758 |
| ACCOUNT TYPE | | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | | 47-1677630 |
| DATE OPENED | | 08/29/2014 |
| FORM OF BUSINESS | | Limited Liability Company - Manager Managed (LLC) |
| ISSUED BY | | JPMorgan Chase Bank, N.A. ( 201 ) |
| | | Medical - 345 |
| | | DAVID RENDON |
| | | (713) 795-7329 |
| | | 08/29/2014 |

ACCOUNT TITLE ("DEPOSITOR")
S&HT ACQUISITIONS, LLC

BUSINESS ADDRESS
4916 MAIN ST STE 100
HOUSTON, TX 77002-9765

| | | |
|---|---|---|
| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER |
| Website Documentation | ▮ | TX |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER |
| None | | |

| | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|
| | 08/20/2014 | |

\*\* When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the 'Bank'). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| | PRINTED NAME | \*\*TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | DEJAN MILOSEVIC | ▮ | | Manager | 8/29/14 | |
| 2) | SCOTT A BREIMEISTER | | | Signer | 8/29/14 | |
| 3) | | | | | | |
| 4) | | | | | | |

GX907.001

DOJ_18CR368-0026178

M1207-01-13-CS (3/14)



# CHASE

## BUSINESS ACCOUNT ADD SIGNERS FORM



| | |
|---|---|
| NAME OF BUSINESS | S&HT ACQUISITIONS, LLC |
| BUSINESS ADDRESS | 4916 MAIN ST STE 100, HOUSTON, TX 77002-9765 |
| BRANCH NAME AND NO. | CREDIT-TX-SOUTH - 287   BANK NO. 201   BRANCH PHONE NO. (713) 868-6771 |
| INTEROFFICE MAILCODE | TX2-6116   PREPARED BY: NAME EDWARD MIXON   DATE: 10/08/2014 |

TAXPAYER ID NO. 47-1677630

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add**: LEONARD L CARR JR    **Title**: MANAGER    **Signature**: [signed]    **Date**: 10/8/14

**Identification**
1) Driver's License    **ID Number**: [redacted]    **Issuer**: TX    **Issuance Date**: 06/20/2012    **Expiration Date**: 07/09/2018
2) None

**Account Numbers**: 1758

---

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

**Name of the Signer to Add**:    **Title**:    **Signature**:    **Date**:

**Identification**:    **ID Number**:    **Issuer**:    **Issuance Date**:    **Expiration Date**:

**Account Numbers**:

---

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

**Name of the Signer to Add**:    **Title**:    **Signature**:    **Date**:

**Identification**:    **ID Number**:    **Issuer**:    **Issuance Date**:    **Expiration Date**:

**Account Numbers**:

---

## CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:**

Secretary _____    Date _____

**For Sole Proprietorship:**

Owner/Sole Proprietor _____    Date _____

**For Partnership or Limited Liability Company:**

Partner/Member/Manager [signed] Leonard Carr, Mgr    Date 10/8/14

**For Government Entity:**

Certifying Official _____    Date _____