☐ New     Change in Signers:     ☐ Name Change     Check all applicable boxes:     Card # ____ of ____
          Check only one box                        ☐ Special Instructions
          ☐ ADD                                     ☐ Multiple Accounts
            or                                      ☐ Manual Signature
          ☒ REPLACEMENT                             ☐ Facsimile Signature
            (Supersedes All Others)

"Bank" refers to:                    FEB 1 1 2000

Chase Bank of Texas National Association

## COMMERCIAL & FIDUCIARY SIGNATURE CARD

ACCOUNT NAME (ONLY) ("Depositor")
**Omniplus Health Care, L.L.C.**

| Account Number | Date Opened | Revised Date | Tax I.D. Number |
|---|---|---|---|
| ____5235 | If New | If Other Than New | 760494742 |

SIGNATURES - USE BLACK INK     NO. OF SIGS REQ'D: 1     TYPED OR PRINTED NAMES

1. [signature]                    1. Vladimir Redko, M.D.
2. [signature]                    2. Jeffrey Charnov, M.D.
3. [signature]                    3. Kenneth Alo, M.D.
4.                                4.
5.                                5.

Depositor acknowledges receipt of and agrees to the provisions of Bank's Terms and Conditions of Deposit Accounts for Business Entities, schedule of service charges, and Funds Availability Policy.

☐ SPECIAL INSTRUCTIONS, IF ANY (Must Agree with Certificate Regarding Account(s) or Non-Standard Resolution):

The Internal Revenue Services does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. By signing above, Depositor and each of the signers certifies under penalties of perjury that:
(1) The number shown in the blank above is Depositor's correct Taxpayer Identification Number.
(2) Either: Depositor is NOT subject to backup withholding either because Depositor has not been notified by the Internal Revenue Service (IRS) that Depositor is subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified Depositor that Depositor is no longer subject to backup withholding, or if one of the following Boxes is checked:

Check one where applicable:
☐ Depositor qualifies as one or more of the following (as defined in the Internal Revenue Code):
* a corporation
* an organization exempt from tax under section 501(a), or an individual retirement plan (IRA)
* the United States or any agency or instrumentality thereof
* a foreign government or a political subdivision, agency or instrumentality thereof
* an entity registered at all times during the tax year under the Investment Company Act of 1940
* a common trust fund operated by a bank under section 584(a)
* a state, the District of Columbia, a possession of the United States, or any political subdivision or instrumentality thereof
* an international organization or any agency or instrumentality thereof
* a foreign central bank of issue
* a dealer in securities or commodities required to register in the U.S. or a possession of the U.S.
* a futures commission merchant registered with the Commodity Futures Trading Commission
* a real estate investment trust
* a financial institution
* a middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate Securities, Inc., Nominee List

☐ Depositor is NOT any of the following:
* a citizen of the United States
* a resident of the United States for U.S. tax purposes
* a corporation, partnership, estate or trust organized under the laws of one of the United States or District of Columbia
* a United States person.

☐ Depositor IS subject to backup withholding due to notified payee underreporting and the Depositor has not received a notice from the Internal Revenue Service advising Depositor that backup withholding has terminated.

| MAILING ADDRESS | | | BAC | SERVICING OFFICER# |
|---|---|---|---|---|
| 3200 S.W. Freeway, Ste. 1230, Hou. Tx 77027 | | | 6095 | 05 |
| STREET ADDRESS, IF DIFFERENT FROM ABOVE | | PHONE # | AMOUNT OF DEPOSIT | SOURCE OF FUNDS |
| FIRST DEPOSITOR ID | CHEX SYSTEM/TELECHECK | | BANK REFERENCE | |
| SECOND DEPOSITOR ID | CHEX SYSTEM/TELECHECK | | | |
| THIRD DEPOSITOR ID | CHEX SYSTEM/TELECHECK | | | |
| SALESPERSON R Serrano | | PHONE 713-795-7303 | ECA# 515307 | BRANCH NO. 171 | DATE 2/7/00 |
| APPROVED BY | | | | |

F440-00418 (Rev. 10/97)
MQ00418.FRP

GOVERNMENT EXHIBIT
**908**
4:18-CR-368

| ☐ NEW | Change in Signers: Check only one box<br>☐ ADD or<br>☒ REPLACEMENT<br>(Supersedes All Others) | Check all applicable boxes:<br>☐ Special Instructions<br>☒ Multiple Accounts<br>☒ Manual Signature<br>☐ Facsimile Signature | Card # 1 of 1<br><br>JUL 1 2 2002 |

"Bank" refers to:
**JPMORGAN CHASE BANK**

## COMMERCIAL & FIDUCIARY SIGNATURE CARD

| ACCOUNT NAME (ONLY) ("DEPOSITOR")<br>**OMNIPLUS HEALTH CARE, LLC** | | | |
|---|---|---|---|
| ACCOUNT NUMBER<br>**See Multi Accts List** | DATE OPENED    (If New) | REVISED DATE (If Other Than New) | TAX ID NUMBER<br>**760494742** |

**TIN CERTIFICATION**
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

By signing below, Depositor and each of the signers certifies under penalties of perjury that:
(1) The number shown on this form is Depositor's correct taxpayer identification number; and
(2) Depositor is not subject to backup withholding because (a) Depositor is exempt from backup withholding [Depositor must check appropriate box below], or (b) Depositor has not been notified by the Internal Revenue Service (IRS) that Depositor is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified Depositor that Depositor is no longer subject to backup withholding; and
(3) Depositor is a U.S. person (including a U.S. resident alien).

☐ Check here if Depositor is exempt from backup withholding.
☐ Check here if Depositor is subject to backup withholding for failure to report interest or dividends.
☐ Check here if Depositor is not a U.S. person (nor a U.S. resident alien), and complete the appropriate Form W-8.

| SIGNATURES - USE BLACK INK     NO. OF SIGS REQ'D [ 1 ] | TYPED OR PRINTED NAME(S) |
|---|---|
| 1. *[signature]* | 1. **VLADIMIR REDKO, M.D.** |
| 2. *[signature]* | 2. **JEFFREY CHARNOV, M.D.** |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

Depositor acknowledges receipt of and agrees to the provisions of Bank's Terms and Conditions of Deposit Accounts for Business Entities, schedule of service charges, and Funds Availability Policy.

☐ SPECIAL INSTRUCTIONS, IF ANY (Must Agree with Certificate Regarding Account(s) or Non-Standard Resolution):

| MAILING ADDRESS **ACCOUNTING SERVICES**<br>P. O. BOX 56128<br>HOUSTON, TX 772560000 | | BAC<br>**6095** | SERVICING OFFICER #<br>**0005** |
|---|---|---|---|
| STREET ADDRESS, IF DIFFERENT FROM ABOVE | PHONE #<br>**2818681400** | AMOUNT OF DEPOSIT | SOURCE OF FUNDS |
| FIRST DEPOSITOR ID | CHEX SYSTEM/TELECHECK | BANK REFERENCE | |
| SECOND DEPOSITOR ID | CHEX SYSTEM/TELECHECK | | |
| THIRD DEPOSITOR ID | CHEX SYSTEM/TELECHECK | | |
| SALESPERSON<br>**J. CASHIOLA** | PHONE #<br>**(713) 216-0404** | ECA #<br>**021224** | BRANCH NO. | DATE<br>**June 14, 2002** |
| APPROVED BY *[signature]* | | | | **D.E.** |

TD-440-00418 (Rev. 7/01)

10-Feb-17                                                                                                                                       10Feb17-2363

| DATE PRINTED | | Page 1 of 1 |
| --- | --- | --- |
| June 14, 2002 | | |

**JPMORGAN CHASE BANK**

JUL 1 2 2002

**COMMERCIAL ACCOUNTS**
**MULTIPLE ACCOUNTS LIST**

for **OMNIPLUS HEALTH CARE, LLC**   Tax ID: 760494742
(To be made part of the Commercial Signature Card)

| ACCOUNT NUMBER | ACCOUNT STYLING |
| --- | --- |
| ▮5235 | **OMNIPLUS HEALTH CARE, LLC** |
| ▮9831 | **OMNIPLUS HEALTH CARE, LLC-** |
| | **PAYROLL ACCT.** |

**D.E.**

TD-440-00441C (Rev. 1/98)

☐ New    ☒ Replacement Card    ☐ Change Product Type
         ☒ Add Signer(s)    ☐ Change Certification    **TBSNEC**

"Bank" refers to: TEXAS COMMERCE BANK NATIONAL ASSOCIATION
Located at:   6560 FANNIN - MEDICAL
**COMMERCIAL, NONPROFIT & FIDUCIARY** Card # __1__ of __1__

ACCOUNT NAME (ONLY) ("Depositor")
**OMNIPLUS HEALTH CARE, LLC**                          MAY 2 1 1997

| TAX I.D. NUMBER | PHONE NUMBER | DATE OPENED | ACCOUNT NUMBER |
|---|---|---|---|
| 760494742 | 713-988-6986 | 3/01/96 | ▇▇▇▇5235 |

CHECK ONE:
☒ Corporation
☒ Limited Liability Company
☐ Trade Name    ☐ Fiduciary
☐ Partnership   ☐ Association

TYPE OF ACCOUNT ("the Account" or "this Account")(CHECK ONE)
☒ CHECKING    ☐ CHECKING WITH INTEREST    ☐ ONEPLUS SUPERSAVINGS
                Certain Nonprofit Entities and       Fiduciary Accounts to Benefit
                Sole Proprietorships Only            Individual Only

☐ MONEY MARKET ACCOUNT    ☐ SAVINGS    ☐ YOUTH SAVINGS

SIGNATURES - USE BLACK INK.                NO. OF SIGS REQ'D: 1    NAMES - TYPED OR PRINTED

1. *[signature]*                                     1. Vladimir Redko, M.D.

2. *[signature]*                                     2.

3.  Vladimir Redko, M.D.                             3.
    Facsimile Signature

4.                                                   4.

Check if applicable: ☐ See attached Signature Card for additional signers on this Account. *Place asterisk beside name if $ limits apply to signing authority.

The Internal Revenue Services does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.
By signing above, Depositor and each of the signers certifies under penalties of perjury that:
(1) The number shown in the blank above is Depositor's correct Taxpayer Identification Number.
(2) Either: Depositor is NOT subject to backup withholding either because Depositor has not been notified by the Internal Revenue Service (IRS) that Depositor is subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified Depositor that Depositor is no longer subject to backup withholding, or if one of the following Boxes is checked:
Check one where applicable:
☒ Depositor qualifies as one or more of the following (as defined in the Internal Revenue Code):

* a corporation
* an organization exempt from tax under section 501(a), or an Individual retirement plan (IRA)
* the United States or any agency or instrumentality thereof
* a foreign government or a political subdivision, agency or instrumentality thereof
* an entity registered at all times during the tax year under the Investment Company Act of 1940
* a common trust fund operated by a bank under section 584(a)
* a state, the District of Columbia, a possession of the United States, or any political subdivision or instrumentality thereof

* an international organization or any agency or instrumentality thereof
* a foreign central bank of issue
* a dealer in securities or commodities required to register in the U.S. or a possession of the U.S.
* a futures commission merchant registered with the Commodity Futures Trading Commission
* a real estate investment trust
* a financial institution
* a middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate Securities, Inc., Nominee List

☐ Depositor is NOT any of the following:
* a citizen of the United States
* a resident of the United States for U.S. tax purposes
* a corporation, partnership, estate or trust organized under the laws of one of the United States or District of Columbia
* a United States person.

☐ Depositor IS subject to backup withholding due to notified payee underreporting and the Depositor has not received a notice from the Internal Revenue Service advising Depositor that backup withholding has terminated.

If this account is a TUTMA account, by executing this signature card, the Depositor agrees to be bound to the provisions noted in the Disclosure Regarding TUTMA Accounts on the reverse of this card.
NOTIFY THE BANK IF YOUR STATUS CHANGES.

| MAILING ADDRESS | | BAC | SERV OFF # |
|---|---|---|---|
| 7777 SOUTHWEST FREEWAY, SUITE 304 HOUSTON, TX 770740000 | | 9616 | 05 |
| STREET ADDRESS, IF DIFFERENT FROM ABOVE | | AMOUNT | |
| BANK REFERENCE | | BANK REF. VERIFIED BY | RELATED ACCT. NO'S. |
| SOURCE OF FUNDS | FIRST DEPOSITOR ID | CHEX SYSTEM/TELECHECK | |
| | | ~~GX908.004~~ | |
| SALESPERSON | PHONE | ECA # | |
| R.ZWICK | 713-795-7320 | G515307 | |

DOJ_18CR368-0005413

## FOR ALL ACCOUNTS

Each Depositor agrees to the provisions of the Terms and Conditions of Deposit Accounts delivered to Depositor herewith ("the Agreement"). Depositor acknowledges receipt of the Agreement, Bank's schedule of service charges and a copy of Bank's Funds Availability Policy.

## DISCLOSURE REGARDING TUTMA ACCOUNTS

By signing this card, the Depositor agrees to be bound to the provisions noted below for accounts established under the Texas Uniform Transfers to Minors Act ("TUTMA") not withstanding the provisions in the Terms and Conditions of Deposit Accounts regarding Texas Uniform Gifts to Minors Act Accounts. Accounts established under TUTMA irrevocably transfers the money deposited in the account to the minor. The custodian of the Account acts as a trustee for the minor until the minor is 21 years of age, at which time the minor is absolutely entitled to the money. Neither the donor of the money nor the custodian is entitled to the use of the funds except for the use and benefit of the minor.

I understand that if I establish a TUTMA account for a minor, the money deposited will be the property of the minor, and I may not invest the money in my name, use it to satisfy OnePlus balance requirements on my accounts, or otherwise use the money for my benefit.

## FOR VALUED BUSINESS CHECKING ACCOUNTS ONLY

The signers on this account are allowed to obtain ATM access. Depositor assumes the entire risk for fraudulent, unauthorized or otherwise improper use of ATM cards linked to this account. The Bank has no liability to the depositor for any errors or losses sustained in using the ATM card, except where the Bank fails to exercise ordinary care in processing any transaction. The Bank's liability in any case shall be limited to the amount of any funds improperly withdrawn or transferred from the depositor's account less any amount which, even with the exercise of ordinary care, would have been lost.

## FOR INDIVIDUAL/JOINT ACCOUNTS ONLY

### AGREEMENT REGARDING PULSE CARD

(1) That if I do not use the PULSE CARD and PERSONAL IDENTIFICATION NUMBER within any consecutive 12 month period this service may be automatically terminated without notice to me.
(2) That the PULSE CARD and PERSONAL IDENTIFICATION NUMBER will be subject to this signature card, the Agreement, and any other disclosures statements furnished to me.
(3) That the Bank may terminate or suspend my Pulse services (as described in the Electronic Funds Transfer disclosure) at any time without notice to me and without in

### JOINT TENANCY WITH RIGHT OF SURVIVORSHIP

By signing this card and checking the box on the front of this card marked "Joint Tenancy with Right of Survivorship, the Depositors stipulate and agree with each other and with Bank that the following terms and conditions shall apply to the Account:

(1) If husband and wife, each Depositor hereby agrees with the other and Bank that existing community funds on deposit and community funds to be deposited in the future and any interest and income shall be held in joint tenancy and shall pass by right of survivorship pursuant to the terms hereafter set forth.
(2) Depositors agree that, on the death of one party to the joint account listed on the reverse side, all sums in the account on the date of the death shall vest in and belong to the surviving party as his or her separate property and estate. If there are two or more surviving parties, their respective ownerships during lifetime shall be in proportion to their previous ownership interests under the Texas Probate Code, Section 438, augmented by an equal share for each survivor of any interest the deceased Co-Depositor may have owned in the Account or the Deposit immediately before his or her death, and the right of survivorship shall continue to be in full force and effect between the surviving parties.
(3) Depositors agree to indemnify and hold Bank harmless from liability arising from the failure of this Agreement, for any reason, to create a valid joint tenancy with right of survivorship.
(4) This agreement regarding the right of survivorship will be effective only if the Account styling includes "Joint Account with Right of Survivorship," "JAWROS," or words or abbreviations of similar import.

☒ New  ☐ Replacement Card  ☐ Change Product Type
           ☐ Add Signer(s)  ☐ Change Certification

"Bank" refers to: Texas Commerce Bank NA
Located at: 6560 Fannin  Houston TX 77030

**COMMERCIAL, NONPROFIT & FIDUCIARY** Card # ____ of ____

ACCOUNT NAME (ONLY) ("Depositor")

OMNIPLUS HEALTH CARE, L.L.C.

| TAX I.D. NUMBER | PHONE NUMBER | DATE OPENED | ACCOUNT NUMBER |
|---|---|---|---|
| 76-0494742 | 790-1400 |  | 5235 |

CHECK ONE:
☐ Corporation
☒ Limited Liability Company
☐ Trade Name   ☐ Fiduciary
☐ Partnership  ☐ Association

MAR 1 1 1996

TYPE OF ACCOUNT ("the Account" or "this Account")(CHECK ONE)

☒ CHECKING  ☐ CHECKING WITH INTEREST  ☐ ONEPLUS SUPERSAVINGS
           Certain Nonprofit Entities and    Fiduciary Accounts to Benefit
           Sole Proprietorships Only         Individual Only

☐ MONEY MARKET ACCOUNT  ☐ SAVINGS  ☐ YOUTH SAVINGS

SIGNATURES - USE BLACK INK.        NO. OF SIGS REQ'D: 1

1. [signature: Vladimir Redko]       1. VLADIMIR REDKO, MD

2. [signature: Lindley Doyle]        2. LINDLEY DOYLE

3.                                   3.

4.                                   4.

Check if applicable: ☐ See attached Signature Card for additional signers on this Account. *Place asterisk beside name if $ limits apply to signing authority.

If this account is a TUGMA account, I acknowledge that I have read and understand the Disclosure Regarding TUGMA Accounts on the reverse of this signature card.
By signing above, Depositor and each of the signers certifies under penalties of perjury that:
(1) The number shown in the blank above is Depositor's correct Taxpayer Identification Number.
(2) Either: Depositor is NOT subject to backup withholding either because Depositor has not been notified by the Internal Revenue Service (IRS) that Depositor is subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified Depositor that Depositor is no longer subject to backup

☒ Depositor qualifies as one or more of the following (as defined in the Internal Revenue Code):
* a corporation
* an organization exempt from tax under section 501(a), or an individual retirement plan (IRA)
* the United States or any agency or instrumentality thereof
* a foreign government or a political subdivision, agency or instrumentality thereof
* an entity registered at all times during the tax year under the Investment Company Act of 1940
* a common trust fund operated by a bank under section 584(a)
* a state, the District of Columbia, a possession of the United States, or any political subdivision or instrumentality thereof
* an international organization or any agency or instrumentality thereof
* a foreign central bank of issue
* a dealer in securities or commodities required to register in the U.S. or a possession of the U.S.
* a futures commission merchant registered with the Commodity Futures Trading Commission
* a real estate investment trust
* a financial institution
* a middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate

☐ Depositor is NOT any of the following:
* a citizen of the United States
* a resident of the United States for U.S. tax purposes
* a corporation, partnership, estate or trust organized under the laws of one of the United States or District of Columbia
* a United States person.

☐ Depositor IS subject to backup withholding due to notified payee underreporting and the Depositor has not received a notice from the Internal Revenue Service advising Depositor that backup withholding has terminated.

**NOTIFY THE BANK IF YOUR STATUS CHANGES.**

| MAILING ADDRESS | | BAC | SERV OFF # |
|---|---|---|---|
| 1720 DRYDEN, BOX 206 | 77030 | 96116 | 05 |
| STREET ADDRESS, IF DIFFERENT FROM ABOVE | | AMOUNT | |
| 6560 FANNIN, SUITE 2020 | | | |
| BANK REFERENCE | | BANK REF. VERIFIED BY | RELATED ACCT. NO'S. |
| SOURCE OF FUNDS | FIRST DEPOSITOR ID | CHEX SYSTEM/TELECHECK | |

## FOR ALL ACCOUNTS

Each Depositor agrees to the provisions of the Terms and Conditions of Deposit Accounts delivered to Depositor herewith ("the Agreement"). Depositor acknowledges receipt of the Agreement, Bank's schedule of service charges and a copy of Bank's Funds Availability Policy.

## DISCLOSURE REGARDING TUGMA ACCOUNTS.

If the Account is established under the Texas Uniform Gifts to Minors Act ("TUGMA"), the creation of the Account irrevocably transfers the money deposited in the account to the minor. The custodian of the Account acts as a trustee for the minor until the minor is 18 years of age, at which time the minor is absolutely entitled to the money. Neither the donor of the money nor the custodian is entitled to the use or benefit of the money, except for the support, education, maintenance and benefit of the minor. I understand that if I establish a TUGMA account for my child, the money deposited will be the property of my child, and I may not invest the money in my name, use it to satisfy OnePlus balance requirements on my accounts, or otherwise use the money for my benefit.

## FOR VALUED BUSINESS CHECKING ACCOUNTS ONLY

The signers on this account are allowed to obtain ATM access. Depositor assumes the entire risk for fraudulent, unauthorized or otherwise improper use of ATM cards linked to this account. The Bank has no liability to the depositor for any errors or losses sustained in using the ATM card, except where the Bank fails to exercise ordinary care in processing any transaction. The Bank's liability in any case shall be limited to the amount of any funds improperly withdrawn or transferred from the depositor's account less any amount which, even with the exercise of ordinary care, would have been lost.

## FOR INDIVIDUAL/JOINT ACCOUNTS ONLY

### AGREEMENT REGARDING PULSE CARD

(1) That if I do not use the PULSE CARD and PERSONAL IDENTIFICATION NUMBER within any consecutive 12 month period this service may be automatically terminated without notice to me.
(2) That the PULSE CARD and PERSONAL IDENTIFICATION NUMBER will be subject to this signature card, the Agreement, and any other disclosures statements furnished to me.
(3) That the Bank may terminate or suspend my Pulse services (as described in the Electronic Funds Transfer disclosure) at any time without notice to me and without in any way affecting any of my obligations to the Bank.

### JOINT TENANCY WITH RIGHT OF SURVIVORSHIP

By signing this card and checking the box on the front of this card marked "Joint Tenancy with Right of Survivorship, the Depositors stipulate and agree with each other and with Bank that the following terms and conditions shall apply to the Account:

(1) If husband and wife, each Depositor hereby agrees with the other and Bank that existing community funds on deposit and community funds to be deposited in the future and any interest and income shall be held in joint tenancy and shall pass by right of survivorship pursuant to the terms hereafter set forth.
(2) Depositors agree that, on the death of one party to the joint account listed on the reverse side, all sums in the account on the date of the death shall vest in and belong to the surviving party as his or her separate property and estate. If there are two or more surviving parties, their respective ownerships during lifetime shall be in proportion to their previous ownership interests under the Texas Probate Code, Section 438, augmented by an equal share for each survivor of any interest the deceased Co-Depositor may have owned in the Account or the Deposit immediately before his or her death, and the right of survivorship shall continue to be in full force and effect between the surviving parties.
(3) Depositors agree to indemnify and hold Bank harmless from liability arising from the failure of this Agreement, for any reason to create a valid joint tenancy with right of survivorship.
(4) This agreement regarding the right of survivorship will be effective only if the Account styling includes "Joint Account with Right of Survivorship," "JAWROS," or words or abbreviations of similar import.

☐ New            ☒ ~~Replacement Card~~        ☐ Change Product Type
                 ☒ Add Signer(s)               ☐ Change Certification    **TBSNEC**

"Bank" refers to: **TEXAS COMMERCE BANK NATIONAL ASSOCIATION**
Located at: 6560 FANNIN - MEDICAL
**COMMERCIAL, NONPROFIT & FIDUCIARY** Card # 1 of 1

ACCOUNT NAME (ONLY) ("Depositor")
**OMNIPLUS HEALTH CARE, LLC**                MAY 2 8 1997

| TAX I.D. NUMBER | PHONE NUMBER | DATE OPENED | ACCOUNT NUMBER |
|---|---|---|---|
| 760494742 | 713-988-6986 | 3/01/96 | 5235 |

CHECK ONE:
☐ Corporation
☒ Limited Liability Company
☐ Trade Name    ☐ Fiduciary
☐ Partnership   ☐ Association

TYPE OF ACCOUNT ("the Account" or "this Account") (CHECK ONE)
☒ CHECKING    ☐ CHECKING WITH INTEREST         ☐ ONEPLUS SUPERSAVINGS
              Certain Nonprofit Entities and      Fiduciary Accounts to Benefit
              Sole Proprietorships Only           Individual Only
☐ MONEY MARKET ACCOUNT    ☐ SAVINGS           ☐ YOUTH SAVINGS

SIGNATURES - USE **BLACK INK**.              NO. OF SIGS REQ'D: 1
1X  *Vladimir Redko* (Facsimile)      1. VLADIMIR REDKO, M.D.
2.                                    2.
3.                                    3.
4.                                    4.

Check if applicable:  ☐ See attached Signature Card for additional
signers on this Account. *Place asterisk beside name if $ limits apply to
signing authority.

The Internal Revenue Services does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.
By signing above, Depositor and each of the signers certifies under penalties of perjury that:
(1) The number shown in the blank above is Depositor's correct Taxpayer Identification Number.
(2) Either: Depositor is NOT subject to backup withholding either because Depositor has not been notified by the Internal Revenue Service (IRS) that Depositor is subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified Depositor that Depositor is no longer subject to backup withholding, or if one of the following Boxes is checked:
Check one where applicable:
☐ Depositor qualifies as one or more of the following (as defined in the Internal Revenue Code):
  * a corporation
  * an organization exempt from tax under section 501(a), or an individual retirement plan (IRA)
  * the United States or any agency or instrumentality thereof
  * a foreign government or a political subdivision, agency or instrumentality thereof
  * an entity registered at all times during the tax year under the Investment Company Act of 1940
  * a common trust fund operated by a bank under section 584(a)
  * a state, the District of Columbia, a possession of the United States, or any political subdivision or instrumentality thereof
  * an international organization or any agency or instrumentality thereof
  * a foreign central bank of issue
  * a dealer in securities or commodities required to register in the U.S. or a possession of the U.S.
  * a futures commission merchant registered with the Commodity Futures Trading Commission
  * a real estate investment trust
  * a financial institution
  * a middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate Securities, Inc., Nominee List

☐ Depositor is NOT any of the following:
  * a citizen of the United States
  * a resident of the United States for U.S. tax purposes
  * a corporation, partnership, estate or trust organized under the laws of one of the United States or District of Columbia
  * a United States person.

☐ Depositor IS subject to backup withholding due to notified payee underreporting and the Depositor has not received a notice from the Internal Revenue Service advising Depositor that backup withholding has terminated.

If this account is a TUTMA account, by executing this signature card, the Depositor agrees to be bound to the provisions noted in the Disclosure Regarding TUTMA Accounts on the reverse of this card.
NOTIFY THE BANK IF YOUR STATUS CHANGES.

| MAILING ADDRESS | | | BAC | SERV OFF # |
|---|---|---|---|---|
| 7777 SOUTHWEST FREEWAY, SUITE 304 | | | 9616 | 05 |
| HOUSTON, TX 770740000 | | | | |
| STREET ADDRESS, IF DIFFERENT FROM ABOVE | | | AMOUNT | |
| BANK REFERENCE | | BANK REF. VERIFIED BY | RELATED ACCT. NO'S. | |
| SOURCE OF FUNDS | FIRST DEPOSITOR ID | CHEX SYSTEM/TELECHECK | | |
| SALESPERSON | PHONE 7360 | ECA # | | |
| JOYCE PETTERSON | 713-795-~~7320~~ | G137683 | | |

GX908.008

DOJ_18CR368-0005417

## FOR ALL ACCOUNTS

Each Depositor agrees to the provisions of the Terms and Conditions of Deposit Accounts delivered to Depositor herewith ("the Agreement"). Depositor acknowledges receipt of the Agreement, Bank's schedule of service charges and a copy of Bank's Funds Availability Policy.

### DISCLOSURE REGARDING TUTMA ACCOUNTS

By signing this card, the Depositor agrees to be bound to the provisions noted below for accounts established under the Texas Uniform Transfers to Minors Act ("TUTMA") not withstanding the provisions in the Terms and Conditions of Deposit Accounts regarding Texas Uniform Gifts to Minors Act Accounts. Accounts established under TUTMA irrevocably transfers the money deposited in the account to the minor. The custodian of the Account acts as a trustee for the minor until the minor is 21 years of age, at which time the minor is absolutely entitled to the money. Neither the donor of the money nor the custodian is entitled to the use of the funds except for the use and benefit of the minor.

I understand that if I establish a TUTMA account for a minor, the money deposited will be the property of the minor, and I may not invest the money in my name, use it to satisfy OnePlus balance requirements on my accounts, or otherwise use the money for my benefit.

## FOR VALUED BUSINESS CHECKING ACCOUNTS ONLY

The signers on this account are allowed to obtain ATM access. Depositor assumes the entire risk for fraudulent, unauthorized or otherwise improper use of ATM cards linked to this account. The Bank has no liability to the depositor for any errors or losses sustained in using the ATM card, except where the Bank fails to exercise ordinary care in processing any transaction. The Bank's liability in any case shall be limited to the amount of any funds improperly withdrawn or transferred from the depositor's account less any amount which, even with the exercise of ordinary care, would have been lost.

## FOR INDIVIDUAL/JOINT ACCOUNTS ONLY

### AGREEMENT REGARDING PULSE CARD

(1) That if I do not use the PULSE CARD and PERSONAL IDENTIFICATION NUMBER within any consecutive 12 month period this service may be automatically terminated without notice to me.
(2) That the PULSE CARD and PERSONAL IDENTIFICATION NUMBER will be subject to this signature card, the Agreement, and any other disclosures statements furnished to me.
(3) That the Bank may terminate or suspend my Pulse services (as described in the Electronic Funds Transfer disclosure) at any time without notice to me and without in

### JOINT TENANCY WITH RIGHT OF SURVIVORSHIP

By signing this card and checking the box on the front of this card marked "Joint Tenancy with Right of Survivorship, the Depositors stipulate and agree with each other and with Bank that the following terms and conditions shall apply to the Account:

(1) If husband and wife, each Depositor hereby agrees with the other and Bank that existing community funds on deposit and community funds to be deposited in the future and any interest and income shall be held in joint tenancy and shall pass by right of survivorship pursuant to the terms hereafter set forth.
(2) Depositors agree that, on the death of one party to the joint account listed on the reverse side, all sums in the account on the date of the death shall vest in and belong to the surviving party as his or her separate property and estate. If there are two or more surviving parties, their respective ownerships during lifetime shall be in proportion to their previous ownership interests under the Texas Probate Code, Section 438, augmented by an equal share for each survivor of any interest the deceased Co-Depositor may have owned in the Account or the Deposit immediately before his or her death, and the right of survivorship shall continue to be in full force and effect between the surviving parties.
(3) Depositors agree to indemnify and hold Bank harmless from liability arising from the failure of this Agreement, for any reason, to create a valid joint tenancy with right of survivorship.
(4) This agreement regarding the right of survivorship will be effective only if the Account styling includes "Joint Account with Right of Survivorship," "JAWROS," or words or abbreviations of similar import.

INPUT
# 8
GX908.009
MAY 2 8 1997

DOJ_18CR368-0005418

# CHASE

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  OMNIPLUS HEALTH CARE, L.P.

TAXPAYER ID NO.  76-0494742

BUSINESS ADDRESS  4916 MAIN ST STE 100, HOUSTON, TX 77002-9765

BRANCH NAME AND NO.  CREDIT-TX-SOUTH - 287       BANK NO.  201       BRANCH PHONE NO.  (713) 868-6771

INTEROFFICE MAILCODE  TX2-6116       PREPARED BY. NAME  EDWARD MIXON       DATE.  10/09/2014

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| LEONARD L CARR JR | SIGNER | | 10/9/14 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | TX | 06/20/2012 | 07/09/2018 |
| 2) None | | | | |

**Account Numbers:**  9831
5235

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| SCOTT A BREIMEISTER | SIGNER | Scott Breimeister | 10/9/14 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | TX | 03/11/2010 | 04/04/2016 |
| 2) None | | | | |

**Account Numbers:**  9831
5235

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers:**

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| | | Scott Breimeister  10/9/14 | |
| Secretary      Date | Owner/Sole Proprietor    Date | Partner/Member/Manager    Date | Certifying Official    Date |

1

JPMorgan Chase Bank, N.A.  Member FDIC

# CHASE ◯

**BUSINESS ACCOUNT REMOVE SIGNERS FORM**

NAME OF BUSINESS  OMNIPLUS HEALTH CARE LLC

TAXPAYER ID NO.  76-0494742

BUSINESS ADDRESS  ACCOUNTING SERVICES, P.O. Box 19923, Houston, TX 77224-9923

BRANCH NAME AND NO.  MEDICAL - 345      BANK NO.  201      BRANCH PHONE NO.  (713) 795-7338

INTEROFFICE MAILCODE  TX2-6171      PREPARED BY: NAME  EDWARD MIXON      DATE:  03/07/2013

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**
Jeffrey H Charnov

**Account Numbers:**
5235

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

**CERTIFICATION**
The undersigned hereby certifies that the person(s) removed as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary                    Date | Owner/Sole Proprietor            Date | Partner/Member/Manager            Date | Certifying Official            Date |

1 of 1

JPMorgan Chase Bank, N.A.  Member FDIC

# CHASE

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS **OMNIPLUS HEALTH CARE LLC**

TAXPAYER ID NO. **76-0494742**

BUSINESS ADDRESS **ACCOUNTING SERVICES, P.O. Box 19923, Houston, TX 77224-9923**

BRANCH NAME AND NO. **MEDICAL - 345**        BANK NO. **201**        BRANCH PHONE NO. **(713) 795-7338**

INTEROFFICE MAILCODE **TX2-6171**     PREPARED BY: NAME **EDWARD MIXON**        DATE: **03/07/2013**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| DEJAN MILOSEVIC | SIGNER | [signature] | 3/7/2013 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | [redacted] | TX | | 07/10/2015 |
| 2) None | | | | |

Account Numbers: [redacted]5235

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary / Date | Owner/Sole Proprietor / Date | [signature] 3-7-13  Partner/Member/Manager / Date | Certifying Official / Date |

1 of 1

JPMorgan Chase Bank, N.A. Member FDIC