# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 29, 2014 through December 31, 2014
Account Number:                    9708

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00012275 DRE 201 142 00615 YNNNNNNNNNN T 1 000000000 D2 0000
WORTH MEDICAL COMPANY LLC
2215 CEDAR SPRINGS RD APT 1217
DALLAS TX 75201-1860



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $580,546.20 |
| Deposits and Additions | 3 | 1,478,940.49 |
| Checks Paid | 13 | - 1,425,760.00 |
| Electronic Withdrawals | 19 | - 596,484.12 |
| Fees and Other Withdrawals | 5 | - 26,025.00 |
| **Ending Balance** | **40** | **$11,217.57** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | Deposit       648979301 | $506,510.31 |
| 12/16 | Book Transfer Credit B/O: Pharms LLC Houston TX 77002-9765 Ref: Sales Commission For Nov 2014 Trn: 3132600350Es | 272,430.18 |
| 12/22 | Online Transfer From Chk ...6280 Transaction#: 4337636305 | 700,000.00 |
| **Total Deposits and Additions** | | **$1,478,940.49** |

Page 1 of 6

GOVERNMENT
EXHIBIT
909
4:18-CR-368



November 29, 2014 through December 31, 2014

Account Number: 9708

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1565 ^ | | 12/12 | $4,315.00 |
| 1566 ^ | | 12/16 | 700,000.00 |
| 1567 ^ | | 12/16 | 3,100.00 |
| 1568 ^ | | 12/23 | 33,662.00 |
| 1569 ^ | | 12/30 | 2,125.00 |
| 1570 ^ | | 12/23 | 9,765.00 |
| 1571 ^ | | 12/19 | 7,526.00 |
| 1573 *^ | | 12/17 | 450.00 |
| 1574 ^ | | 12/22 | 450.00 |
| 1575 ^ | | 12/26 | 7,167.00 |
| 1576 ^ | | 12/29 | 600,000.00 |
| 1577 ^ | | 12/24 | 18,000.00 |
| 1578 ^ | | 12/30 | 39,200.00 |
| **Total Checks Paid** | | | **$1,425,760.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | 62069 The Ashton Rent       32363487       Web ID: 1861072180 | $4,800.52 |
| 12/03 | 12/03 Online Transfer To Chk ...6280 Transaction#: 4305821636 | 225,000.00 |
| 12/04 | 12/04 Online Wire Transfer A/C: Mackay & Associates Inc Houston, TX 77098 Ref:/Bnf/Deposit Trn: 4140400338Es | 11,000.00 |
| 12/08 | 12/08 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Aba/111000025 Dallas TX 75283-1973 Ben: Restoring Ethical Pride Fort Worth TX 76112 US Ref:/Bnf/Restoring Ethical Pride Imad: 1208B1Qgc01C002044 Trn: 3823900342Es | 2,000.00 |
| 12/08 | 12/08 International Wire Transfer Via: Hsbc USA/021001088 A/C: Bpvvpapaxxx Panama City PA Ben: Medi Quest Marketing Inc Ref: Invoice # 110 Pymt Reason:None of The Above/Bnf/Invoice # 110 Imad: 1208B1Qgc01C005130 Trn: 4693400342Es | 72,125.00 |
| 12/08 | American Express ACH Pmt   M6672     Web ID: 2005032111 | 3,296.65 |
| 12/08 | Ambit       Ambit         PPD ID: 203544597 | 282.48 |
| 12/09 | 12/09 Online Transfer To Chk ...6280 Transaction#: 4315923397 | 100,000.00 |
| 12/15 | 12/15 Online Wire Transfer A/C: Peter Herbst Park City, UT 840605149 Ref: 2013 Check. 1%. Distribution/Bnf/Peter Herbst. Trn: 4024600349Es | 17,000.00 |
| 12/15 | Entergy New Orle Bank Draft     PPD ID: 1720273040 | 84.43 |
| 12/15 | Paypal       Inst Xfer   Moneyreport     Web ID: Paypalsi77 | 38.20 |
| 12/17 | 12/17 Online Wire Transfer A/C: Peter Herbst Park City, UT 840605149 Ref: 2013 Check./Bnf/Peter Herbst Trn: 3610200351Es | 55,509.00 |
| 12/19 | 12/19 Online Wire Transfer A/C: J&D Medical Consulting LLC Pearland, TX 775847040 Trn: 4235900353Es | 15,000.00 |
| 12/19 | American Express ACH Pmt   M5792     Web ID: 2005032111 | 3,220.60 |
| 12/22 | American Express ACH Pmt   M2154     Web ID: 2005032111 | 1,606.06 |
| 12/23 | Chase     Autopay       PPD ID: 4760039224 | 455.11 |

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number   Posting date   Amount

**CHASE** 

November 29, 2014 through December 31, 2014
Account Number: 9708

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | American Express ACH Pmt   M8642   Web ID: 2005032111 | 141.41 |
| 12/29 | 12/27 Payment To Chase Card Ending IN 9805 | 5,924.66 |
| 12/30 | 12/30 International Wire Transfer Via: Hsbc USA/021001088 A/C: Bpvvpapaxxx Panama City PA Ben: Medi Quest Marketing Inc Ref: Invoice # 110 Pymt Reason:None of The Above/Bnf/Invoice #110 Imad: 1230B1Qgc04C010127 Trn: 4832100364Es | 79,000.00 |
| **Total Electronic Withdrawals** | | **$596,484.12** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Service Charges For The Month of November | $25.00 |
| 12/10 | 12/10 Withdrawal | 3,000.00 |
| 12/16 | 12/16 Withdrawal | 12,000.00 |
| 12/17 | 12/17 Withdrawal | 6,000.00 |
| 12/30 | 12/30 Withdrawal | 5,000.00 |
| **Total Fees & Other Withdrawals** | | **$26,025.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/02 | $575,745.68 | 12/17 | 139,460.41 |
| 12/03 | 350,720.68 | 12/19 | 113,713.81 |
| 12/04 | 339,720.68 | 12/22 | 811,657.75 |
| 12/08 | 262,016.55 | 12/23 | 767,775.64 |
| 12/09 | 162,016.55 | 12/24 | 749,775.64 |
| 12/10 | 159,016.55 | 12/26 | 742,467.23 |
| 12/12 | 154,701.55 | 12/29 | 136,542.57 |
| 12/15 | 644,089.23 | 12/30 | 11,217.57 |
| 12/16 | 201,419.41 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $25.00 |
| **Total Service Charges** | **$25.00**  Will be assessed on 1/6/15 |

As an added benefit of your Chase Private Client Checking account, the monthly service fee was waived on your Chase Platinum Business Checking account because you maintained an average ledger balance of $50,000.00 or more in deposits and investments.

Case 4:18-cr-00368  Document 533-124  Filed on 07/22/23 in TXSD  Page 4 of 6
15-Feb-17                                                                    10Feb17-2436
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number   Posting date   Amount

# CHASE

November 29, 2014 through December 31, 2014
Account Number: ████████9708

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Retd | 1 | 1 | 0 | $34.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 35 | 500 | 0 | $0.40 | $0.00 |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | 0 | 1 | $25.00 | $25.00 |
| **Subtotal Other Service Charges (Will be assessed on 1/6/15)** | | | | | **$25.00** |

### ACCOUNT 000000971689708

| | |
|---|---|
| **Accident Forgiveness** | |
| Insufficient Funds/Overdraft Item Retd | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 35 |
| **Cash Management Services** | |
| Online ACH Payments Maint | 1 |

**CHASE**

November 29, 2014 through December 31, 2014
Account Number: 9708

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance:  $_____
2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                             Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                       Step 3 Total:   $_____
4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                             Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


         JPMorgan Chase Bank, N.A. Member FDIC

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number   Posting date   Amount

**CHASE** ◯

November 29, 2014 through December 31, 2014
Account Number: ███████9708

This Page Intentionally Left Blank

Page 6 of 6