

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 29, 2014 through December 31, 2014
Account Number: ████████1228

00005811 DRE 201 142 00115 YNNNNNNNNNN T 1 000000000 60 0000
PHARMS LLC
4916 MAIN ST STE 110
HOUSTON TX 77002-9765

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



We updated your Deposit Account Agreement

We added clarifying information about overdrafts to your agreement on November 16, 2014, including:
- A revised explanation of the order in which withdrawals post to your account. As a reminder, deposits will generally continue to post first to your account.
- Details about our end of business day cutoff times so you know when you can add money to your account to avoid an overdraft.

For a copy of your agreement, you can view it anytime by logging in at chase.com and clicking Legal Agreements and Disclosures at the bottom of any page, or visit a branch.

If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY   Chase Analysis Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $205,429.20 |
| Deposits and Additions | 8 | 4,068,743.10 |
| Checks Paid | 34 | - 795,823.29 |
| Electronic Withdrawals | 19 | - 2,620,387.85 |
| Fees and Other Withdrawals | 1 | - 16.91 |
| **Ending Balance** | **62** | **$857,944.25** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | Online Transfer From Chk ...9550 Transaction#: 4320000774 | $647,189.19 |
| 12/11 | Online Transfer From Chk ...5235 Transaction#: 4320004410 | 606,496.65 |
| 12/11 | Online Transfer From Chk ...6259 Transaction#: 4320758941 | 602,094.77 |
| 12/11 | Online Transfer From Chk ...0165 Transaction#: 4320002549 | 507,562.49 |
| 12/15 | Online Transfer From Chk ...9550 Transaction#: 4328301052 | 850,000.00 |
| 12/23 | ADP Payroll Fees ADP - Fees 2R6PR   3784555 CCD ID: 9659605001 | 600.00 |
| 12/30 | Deposit      568809600 | 4,800.00 |
| 12/31 | Online Transfer From Chk ...9550 Transaction#: 4357116675 | 850,000.00 |
| **Total Deposits and Additions** | | **$4,068,743.10** |

Page 1 of 4

GOVERNMENT
EXHIBIT
**910**
4:18-CR-368

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date   Amount



November 29, 2014 through December 31, 2014
Account Number: 1228

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1270 ^ | | 12/15 | $13.95 |
| 1293 * ^ | | 12/09 | 1,885.82 |
| 1294 ^ | | 12/03 | 133.80 |
| 1295 ^ | | 12/08 | 37,896.77 |
| 1296 ^ | | 12/16 | 551.87 |
| 1297 ^ | | 12/01 | 200.00 |
| 1300 * ^ | | 12/03 | 24,000.00 |
| 1301 ^ | | 12/04 | 623.31 |
| 1302 ^ | | 12/04 | 408.00 |
| 1303 ^ | | 12/09 | 12,500.00 |
| 1305 * ^ | | 12/10 | 2,500.00 |
| 1306 ^ | | 12/09 | 7,500.00 |
| 1307 ^ | | 12/26 | 1,000.00 |
| 1308 ^ | | 12/15 | 200.00 |
| 1309 ^ | | 12/16 | 58,342.85 |
| 1310 ^ | | 12/15 | 506,510.31 |
| 1311 ^ | | 12/16 | 112.88 |
| 1313 * ^ | | 12/26 | 25,695.34 |
| 1314 ^ | | 12/19 | 25,695.34 |
| 1316 * ^ | | 12/23 | 211.53 |
| 1317 ^ | | 12/24 | 203.27 |
| 1319 * ^ | | 12/29 | 200.00 |
| 1322 * ^ | | 12/30 | 5,234.00 |
| 50060 * ^ | | 12/08 | 160.00 |
| 50062 * ^ | | 12/15 | 44,600.47 |
| 50063 ^ | | 12/17 | 655.19 |
| 50064 ^ | | 12/18 | 3,749.87 |
| 50065 ^ | | 12/22 | 30.00 |
| 50066 ^ | | 12/16 | 28,872.25 |
| 50067 ^ | | 12/29 | 1,400.51 |
| 50068 ^ | | 12/18 | 180.68 |
| 50069 ^ | | 12/17 | 22.50 |
| 50070 ^ | | 12/16 | 4,372.78 |
| 50071 ^ | | 12/15 | 160.00 |

**Total Checks Paid**  $795,823.29

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date   Amount

**CHASE**

November 29, 2014 through December 31, 2014
Account Number: 1228

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/05 | Great-West Life  Payments  220009776801    CTX ID: 1000300000 | $1,549.09 |
| 12/05 | ADP Payroll Fees ADP - Fees 2R6PR  3176391 CCD ID: 9659605001 | 357.00 |
| 12/11 | 12/11 Online ACH Payment 4971100297 To Herst (_#####5359) | 4,262.37 |
| 12/11 | ADP TX/Fincl Svc ADP - Tax  7980514978916PR CCD ID: 9333006057 | 64,642.44 |
| 12/11 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 121212A01 CCD ID: 1223006057 | 34,613.44 |
| 12/12 | 12/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 1200064333 6PR Trn: 1503100346Jo | 1,920,041.80 |
| 12/12 | ADP TX/Fincl Svc ADP - Tax  7210346825426PR CCD ID: 9333006057 | 94,451.61 |
| 12/12 | ADP TX/Fincl Svc ADP - Tax  7770524605406PR CCD ID: 9333006057 | 75,469.19 |
| 12/12 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 121512A02 CCD ID: 1223006057 | 36,778.56 |
| 12/16 | 12/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Ref: Sales Commission For Nov 2014 Trn: 3132600350Es | 272,430.18 |
| 12/17 | ADP TX/Fincl Svc ADP - Tax  6550508873436PR CCD ID: 9333006057 | 38,303.64 |
| 12/19 | ADP Payroll Fees ADP - Fees 2R6PR  3757692 CCD ID: 9659605001 | 561.78 |
| 12/26 | Comcast Business Web Pay    904879745         CCD ID: 1510372554 | 1,337.40 |
| 12/26 | ADP Payroll Fees ADP - Fees 2R6PR  4093421 CCD ID: 9659605001 | 142.13 |
| 12/26 | ADP Payroll Fees ADP - Fees 2R6PR  4093422 CCD ID: 9659605001 | 142.13 |
| 12/26 | ADP Payroll Fees ADP - Fees 2R6PR  4093423 CCD ID: 9659605001 | 18.12 |
| 12/31 | ADP TX/Fincl Svc ADP - Tax  3250215049346PR CCD ID: 9333006057 | 46,781.52 |
| 12/31 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 010201A01 CCD ID: 1223006057 | 25,220.45 |
| 12/31 | Great-West Life  Payments  698372592702    CTX ID: 1000300000 | 3,285.00 |
| **Total Electronic Withdrawals** | | **$2,620,387.85** |



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/15 | Account Analysis Settlement Charge | $16.91 |
| **Total Fees & Other Withdrawals** | | **$16.91** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|
| 12/01 | $205,229.20 | 12/17 | 143,633.32 |
| 12/03 | 181,095.40 | 12/18 | 139,702.77 |
| 12/04 | 180,064.09 | 12/19 | 113,445.65 |
| 12/05 | 178,158.00 | 12/22 | 113,415.65 |
| 12/08 | 140,101.23 | 12/23 | 113,804.12 |
| 12/09 | 118,215.41 | 12/24 | 113,600.85 |
| 12/10 | 115,715.41 | 12/26 | 85,265.73 |
| 12/11 | 2,375,540.26 | 12/29 | 83,665.22 |
| 12/12 | 248,799.10 | 12/30 | 83,231.22 |
| 12/15 | 547,297.46 | 12/31 | 857,944.25 |
| 12/16 | 182,614.65 | | |