# Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 11/13/2015 / Direct Deposit / Checking / Account No: XXXXX5315  $788.16 | | | | | | | | | | |
| Check Date: 11/27/2015 / Direct Deposit / Checking / Account No: XXXXX5315  $753.96 | | | | | | | | | | |
| Check Date: 12/11/2015 / Direct Deposit / Checking / Account No: XXXXX5315  $634.22 | | | | | | | | | | |
| Check Date: 12/11/2015 / Direct Deposit / Checking / Account No: XXXXX5315  $791.77 | | | | | | | | | | |
| Check Date: 12/24/2015 / Direct Deposit / Checking / Account No: XXXXX5315  $1,233.79 | | | | | | | | | | |
| **Employee: Herbst, Peter C** | | | | **SSN: xxx-xx-5180** | | | | | | |
| Regular | 0.00 | | 204,923.09 | FED FIT | 101,144.74 | Pre-tax Dental | 210.64 | 234,367.37 | FED SOCSEC-ER | 6,727.00 |
| Supplemental bonus | 0.00 | | 216,667.00 | FED SOCSEC | 6,727.00 | Dependent Child support 1 | 49,894.60 | | FED MEDCARE-ER | 6,110.02 |
| | | | | FED MEDCARE | 6,110.00 | | | | UT SUI-ER | 276.90 |
| | 0.00 | | 421,590.09 | FED MEDCARE-HI | 2,082.42 | | 50,105.24 | | | 13,113.92 |
| | | | | UT SIT | 21,053.32 | | | | | |
| | | | | | 137,117.48 | | | | | |
| Check Date: 01/09/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $17,085.24 | | | | | | | | | | |
| Check Date: 01/16/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $109,156.07 | | | | | | | | | | |
| Check Date: 01/23/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $6,419.71 | | | | | | | | | | |
| Check Date: 02/06/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $6,419.73 | | | | | | | | | | |
| Check Date: 02/20/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,924.98 | | | | | | | | | | |
| Check Date: 03/06/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,924.98 | | | | | | | | | | |
| Check Date: 03/20/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,925.00 | | | | | | | | | | |
| Check Date: 04/03/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,924.98 | | | | | | | | | | |
| Check Date: 04/17/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,924.99 | | | | | | | | | | |
| Check Date: 04/23/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $16,912.50 | | | | | | | | | | |
| Check Date: 05/01/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,924.99 | | | | | | | | | | |
| Check Date: 05/15/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,924.98 | | | | | | | | | | |
| Check Date: 05/29/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,924.99 | | | | | | | | | | |
| Check Date: 06/12/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.28 | | | | | | | | | | |
| Check Date: 06/26/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.29 | | | | | | | | | | |
| Check Date: 07/10/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.28 | | | | | | | | | | |
| Check Date: 07/24/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.29 | | | | | | | | | | |
| Check Date: 08/07/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.29 | | | | | | | | | | |
| Check Date: 08/21/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.28 | | | | | | | | | | |
| Check Date: 09/04/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.29 | | | | | | | | | | |
| Check Date: 09/18/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,909.28 | | | | | | | | | | |
| Check Date: 10/02/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341  $3,925.00 | | | | | | | | | | |

**GOVERNMENT EXHIBIT 911 4:18-CR-368**

Company: Pharms LLC  
Check dates from: 1/2/2015 - Payroll 1 to: 12/31/2015 - Payroll 2  
Pay Period from: 12/16/2014 to: 12/31/2015  
12 of 57  
Date Printed: 06/21/2018 16:56  
21563289 - RN/6PR  

GX911.001                                          DOJ_18CR368-0144534

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| Check Date: 10/16/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341 $3,924.98 | | | | | | | | | | |
| Check Date: 10/30/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341 $3,924.98 | | | | | | | | | | |
| Check Date: 11/13/2015 / Direct Deposit / Checking / Account No: XXXXXXXX9341 $3,924.99 | | | | | | | | | | |
| **Employee: Hollins, Angelina** | | | | **SSN: xxx-xx-9643** | | | | | | |
| Regular | 0.00 | | 62,307.63 | FED FIT | 12,254.46 | Pre-Tax Health | 3,256.91 | 61,384.09 | FED SOCSEC-ER | 4,726.88 |
| PTO | 32.00 | | 0.00 | FED SOCSEC | 4,726.89 | Family | | | FED MEDCARE-ER | 1,105.45 |
| Holiday | 16.00 | | 0.00 | FED MEDCARE | 1,105.48 | Principal Dental Insurance | 413.42 | | FED FUTA | 42.00 |
| Bonus | 0.00 | | 11,000.00 | | | | | | TX SUI-ER | 243.00 |
| Misc pay | 0.00 | | 461.54 | | 18,086.83 | Colonial Insurance Pre-tax | 90.48 | | | 6,117.33 |
| Commission | 0.00 | | 6,231.78 | | | | | | | |
| Mileage reimbursement non-taxable | 0.00 | | 3,230.78 | | | | 3,760.81 | | | |
| | 48.00 | | 83,231.73 | | | | | | | |
| Check Date: 05/29/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $8,542.69 | | | | | | | | | | |
| Check Date: 06/12/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,708.58 | | | | | | | | | | |
| Check Date: 06/26/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,783.95 | | | | | | | | | | |
| Check Date: 07/10/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,783.95 | | | | | | | | | | |
| Check Date: 07/24/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,783.93 | | | | | | | | | | |
| Check Date: 08/07/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,783.95 | | | | | | | | | | |
| Check Date: 08/21/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,783.95 | | | | | | | | | | |
| Check Date: 09/04/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,783.94 | | | | | | | | | | |
| Check Date: 09/18/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,471.21 | | | | | | | | | | |
| Check Date: 10/02/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,475.48 | | | | | | | | | | |
| Check Date: 10/16/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,465.33 | | | | | | | | | | |
| Check Date: 10/30/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $3,465.32 | | | | | | | | | | |
| Check Date: 11/13/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $1,804.35 | | | | | | | | | | |
| Check Date: 11/27/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $1,758.01 | | | | | | | | | | |
| Check Date: 12/04/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $4,601.46 | | | | | | | | | | |
| Check Date: 12/11/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $1,758.02 | | | | | | | | | | |
| Check Date: 12/11/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $871.96 | | | | | | | | | | |
| Check Date: 12/24/2015 / Direct Deposit / Checking / Account No: XXXXXX9949 $1,758.01 | | | | | | | | | | |
| **Employee: Holman, Charles O** | | | | **SSN: xxx-xx-9847** | | | | | | |
| Regular | 0.00 | | 111,191.57 | FED FIT | 38,754.10 | Principal Dental Insurance | 104.09 | 117,819.79 | FED SOCSEC-ER | 7,346.97 |
| Holiday | 16.00 | | 0.00 | FED SOCSEC | 7,347.00 | Miscellaneous | 1,768.70 | | FED MEDCARE-ER | 2,390.33 |
| Bonus | 0.00 | | 21,000.00 | FED MEDCARE | 2,390.31 | | 1,872.79 | | FED FUTA | 42.00 |
| Misc pay | 0.00 | | 2,076.93 | | 48,491.41 | | | | TX SUI-ER | 243.00 |
| Commission | 0.00 | | 30,684.71 | | | | | | | 10,022.30 |

Company: Pharms LLC  
Check dates from: 1/2/2015 - Payroll 1 to: 12/31/2015 - Payroll 2  
Pay Period from: 12/16/2014 to: 12/31/2015

13 of 57

Date Printed: 06/21/2018 16:56  
21563289 - RN/6PR