## Payroll Details

| Hours and Earnings ||||  Taxes || Deductions ||  | Employer ||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 08/21/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.41 |||||||||||
| Check Date: 09/04/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.41 |||||||||||
| Check Date: 09/18/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.41 |||||||||||
| Check Date: 10/02/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.48 |||||||||||
| Check Date: 10/16/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.49 |||||||||||
| Check Date: 10/30/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.49 |||||||||||
| Check Date: 11/13/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.49 |||||||||||
| Check Date: 11/27/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.49 |||||||||||
| Check Date: 12/11/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.48 |||||||||||
| Check Date: 12/24/2015 / Direct Deposit / Checking / Account No: XXXXX6280  $14,973.49 |||||||||||
| **Employee: Underwood, Erik A** |||| **SSN: xxx-xx-8879** ||||||||
| Regular | 0.00 | 116,307.58 | | FED FIT | 94,896.51 | 401(k) plan % | 17,750.00 | 288,494.20 | FED SOCSEC-ER | 7,037.00 |
| PTO | 40.00 | | 0.00 | FED SOCSEC | 7,037.00 | Principal Dental Insurance | 104.09 | | FED MEDCARE-ER | 6,034.91 |
| Holiday | 16.00 | | 0.00 | FED MEDCARE | 6,034.95 | | | | FED FUTA | 12.00 |
| Bonus | 0.00 | | 125,000.00 | | | | 17,854.09 | | TX SUI-ER | 108.00 |
| Supplemental bonus | 0.00 | | 175,000.00 | FED MEDCARE-HI | 1,990.83 | | | | 401k % plan cmp mtch | 10,698.31 |
| | 56.00 | | 416,307.58 | | 109,959.29 | | | | | 23,890.22 |
| Check Date: 01/09/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $16,682.47 |||||||||||
| Check Date: 01/16/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $99,270.23 |||||||||||
| Check Date: 01/23/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,704.71 |||||||||||
| Check Date: 02/06/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,704.72 |||||||||||
| Check Date: 02/20/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,704.72 |||||||||||
| Check Date: 03/06/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,704.71 |||||||||||
| Check Date: 03/20/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,668.72 |||||||||||
| Check Date: 04/03/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,663.18 |||||||||||
| Check Date: 04/17/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,663.17 |||||||||||
| Check Date: 05/01/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $26,884.84 |||||||||||
| Check Date: 05/15/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $10,111.13 |||||||||||
| Check Date: 05/29/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,663.18 |||||||||||
| Check Date: 06/12/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $10,111.11 |||||||||||
| Check Date: 06/26/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,663.18 |||||||||||
| Check Date: 07/10/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,663.18 |||||||||||
| Check Date: 07/24/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $10,111.11 |||||||||||
| Check Date: 08/07/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $3,663.19 |||||||||||
| Check Date: 08/21/2015 / Direct Deposit / Checking / Account No: XXXXXX4446  $10,111.12 |||||||||||

**GOVERNMENT EXHIBIT 912  4:18-CR-368**

Company: Pharms LLC  
Check dates from: 1/2/2015 - Payroll 1 to: 12/31/2015 - Payroll 2  
Pay Period from: 12/16/2014 to: 12/31/2015  

25 of 57

Date Printed: 06/21/2018 16:56  
21563289 - RN/6PR  

GX912.001         DOJ_18CR368-0144547

# Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 09/04/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $3,663.17 | | | | | | | |
| Check Date: 09/18/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $10,111.12 | | | | | | | |
| Check Date: 10/02/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $3,652.38 | | | | | | | |
| Check Date: 10/16/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $10,544.61 | | | | | | | |
| Check Date: 10/30/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $3,825.45 | | | | | | | |
| Check Date: 11/13/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $10,591.11 | | | | | | | |
| Check Date: 11/27/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $3,825.45 | | | | | | | |
| Check Date: 12/11/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $10,591.12 | | | | | | | |
| Check Date: 12/11/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $4,115.67 | | | | | | | |
| Check Date: 12/24/2015 / Direct Deposit / Checking / Account No: XXXXXX4446 | | | $3,825.45 | | | | | | | |
| **Employee Totals:** | | | | | | | | | | |
| Regular | 4,952.91 | | $2,404,739.12 | FED FIT | $1,482,970.83 | 401(k) plan % | $88,371.60 | $4,281,462.35 | FED SOCSEC-ER | $103,659.18 |
| | | | | FED SOCSEC | $103,659.28 | Pre-Tax Health | $35,604.16 | | FED MEDCARE-ER | $89,160.50 |
| Overtime | 34.24 | | $809.40 | FED | $89,160.60 | Family | | | FED FUTA | $735.97 |
| 1099 Misc | 307.99 | | $5,543.82 | MEDCARE | | Principal Dental | $4,667.77 | | TX SUI-ER | $4,200.46 |
| FL time | 0.00 | | $1,578.70 | FED | $36,209.12 | Insurance | | | UT SUI-ER | $276.90 |
| PTO | 734.50 | | $1,807.80 | MEDCARE-HI | | Colonial | $305.10 | | 401k % plan cmp mtch | $63,592.07 |
| Holiday | 440.00 | | $2,519.84 | UT SIT | $21,053.32 | Insurance Pre-tax | | | | $261,625.08 |
| Bonus | 0.00 | | $510,131.02 | | $1,733,053.15 | Pre-tax Dental | $605.59 | | | |
| Supplemental bonus | 0.00 | | $3,198,357.56 | | | Dependent Principal Life Insurance | $161.35 | | | |
| Misc pay | 0.00 | | $3,351.80 | | | | | | | |
| Commission | 0.00 | | $66,315.45 | | | Colonial Insurance Post-tax | $874.26 | | | |
| Misc reimbursement non-taxable | 0.00 | | $896.70 | | | Term Life to Age 100 | $294.28 | | | |
| Mileage reimbursement non-taxable | 0.00 | | $6,461.56 | | | AP3 Accident Miscellaneous | $269.28 $2,582.91 | | | |
| Floating Holiday | 72.00 | | $581.28 | | | Child support 1 | $54,842.25 | | | |
| | 6,541.64 | | $6,203,094.05 | | | | $188,578.55 | | | |
| **Total Employees - 0 - Unassigned: 27** | | | | | | | | | | |
| **Payment Checks:** | | | | | | | | | | |
| State Disbursement Unit | | | | | | | | 9,978.92 | | |
| TX Child Support SDU | | | | | | | | 886.14 | | |
| **Payment Check Totals:** | | | | | | | | $10,865.06 | | |
| **Pay Frequency Totals: Biweekly** | | | | | | | | | | |
| Regular | 4,952.91 | | $2,404,739.12 | FED FIT | $1,482,970.83 | 401(k) plan % | $88,371.60 | $4,292,327.41 | FED SOCSEC-ER | $103,659.18 |
| | | | | FED SOCSEC | $103,659.28 | Pre-Tax Health | $35,604.16 | | FED MEDCARE-ER | $89,160.50 |
| Overtime | 34.24 | | $809.40 | FED | $89,160.60 | Family | | | FED FUTA | $735.97 |
| 1099 Misc | 307.99 | | $5,543.82 | MEDCARE | | Principal Dental | $4,667.77 | | TX SUI-ER | $4,200.46 |
| FL time | 0.00 | | $1,578.70 | | | Insurance | | | UT SUI-ER | $276.90 |

Company: Pharms LLC  
Check dates from: 1/2/2015 - Payroll 1 to: 12/31/2015 - Payroll 2  
Pay Period from: 12/16/2014 to: 12/31/2015

26 of 57

Date Printed: 06/21/2018 16:56  
21563289 - RN/6PR