10-Feb-17                                                                                                                  10Feb17-2435

# CHASE ○
## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
WORTH MEDICAL COMPANY LLC

**ACCOUNT NUMBER** ████9708
**TAXPAYERID NUMBER** 45-2551885
**ACCOUNT TYPE** Chase BusinessSelect Checking

**DATE OPENED** 10/20/2011
New Account
**FORM OF BUSINESS** Limited Liability Company
**ISSUED BY** JPMorgan Chase Bank, N.A. (201)
Medical
JOHN A GONZALEZ
713-795-7391

**BUSINESS ADDRESS**
2215 CEDAR SPRINGS RD APT 1217

DALLAS, TX 75201-1860

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | ████ | SEC OF TEXAS | 06/03/2011 | 10/20/2011 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NIDIA MARTINEZ | | Member Managed | 10/26/2011 | [signature] |
| DEJAN MILOSEVIC | | SIGNER | 10/26/2011 | [signature] |
| BRIAN SWIENCINSKI | | Member Managed | 10/26/2011 | [signature] |

Rev (12/08)     Scan

**GOVERNMENT EXHIBIT**
**918**
4:18-CR-368

GX918.001                                                                                                   DOJ_18CR368-0026955

# CHASE

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS: WORTH MEDICAL COMPANY LLC
TAXPAYER ID NO. 45-2551885
BUSINESS ADDRESS: 209 W 2ND ST STE 334, FORT WORTH, TX 76102-3021
BRANCH NAME AND NO. WESTSIDE FORT WORTH - 164    BANK NO. 201    BRANCH PHONE NO. (817) 334-0578
INTEROFFICE MAILCODE TX1-3433    PREPARED BY: NAME CRYSTAL D DOUCET    DATE: 04/16/2013

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| LAUREN B TRUCHSESSS | SIGNER | *(signed)* | 4/23/13 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | [redacted] | VA | 01/27/2006 | 05/06/2013 |
| 2) None | | | | |

Account Numbers: [redacted]9708

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

For a Corporation or Unincorporated Association or Organization:
Secretary _____ Date _____

For Sole Proprietorship:
Owner/Sole Proprietor _____ Date _____

For Partnership or Limited Liability Company:
Partner/Member/Manager *(signed)* Date 4/23/13

For Government Entity:
Certifying Official _____ Date _____

1 of 1

JPMorgan Chase Bank, N.A. Member FDIC

GX918.002                                                                                        DOJ_18CR368-0026956