# Business Account Application



| Bank Name: | Store Name: | | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | TOWN EAST | | |
| Banker Name: | Officer/Portfolio Number: | Date: | |
| MARIA PENA | B4527 | 10/22/2013 | |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 972/682-7400 | 02395 | 0006826 | T9206-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only        [ ] New Deposit Account(s) and Business Credit Card

**Account 1 Product Name:**
Gold Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 808 | DDA | ████3185 | $100.00 | CKS |

**Account 2 Product Name:**
Business Market Rate Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 808 | DDA | ████1411 | $100.00 | CKS |

**New Account Kit:**
b20131007-0002596728

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| ELITE HEALTH PROVIDERS LLC | Sole Owner |
| Enterprise Customer Number (ECN): | |
| 215015651852119 | |
| Customer 2 Name: | Account Relationship: |
| BRANDON SIGMON | Signer |
| Enterprise Customer Number (ECN): | |
| 564996420734417 | |



**GOVERNMENT EXHIBIT**
**919**
4:18-CR-368

BBG2307 (5-12 SVP)

2W02-000577274529-01
GX919.001

Page 1 of 5
Wells Fargo Confidential

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: |
|---|---|
| ELITE HEALTH PROVIDERS LLC | 2014 SAGE BRUSH DR |
| | Address Line 2: |
| | City: FORNEY    State: TX |
| | ZIP/Postal Code: 75126-8199    Country: US |

## Customer 1 Information

| Customer Name: | Street Address: |
|---|---|
| ELITE HEALTH PROVIDERS LLC | 2014 SAGE BRUSH DR |

- **Account Relationship:** Sole Owner
- **Taxpayer Identification Number (TIN):** 46-3763944
- **TIN Type:** EIN
- **Address Line 2:**
- **Address Line 3:**
- **Business Type:** Limited Liability Company
- **City:** FORNEY
- **State:** TX
- **Business Sub-Type/Tax Classification:** C Corporation
- **Non-Profit:** No
- **ZIP/Postal Code:** 75126-8199
- **Country:** US
- **Date Originally Established:** 12/01/2012
- **Current Ownership Since:**
- **Number of Employees:** 3
- **Business Phone:** 972/951-8476
- **Fax:**
- **Annual Gross Sales:** $250,000.00
- **Year Sales Reported:** 12/31/2012
- **Fiscal Year End:**
- **Cellular Phone:** [redacted]
- **Pager:**
- **Primary Financial Institution:**
- **Number of Locations:** 1
- **e-Mail Address:** [redacted]
- **Primary State 1:**
- **Primary State 2:**
- **Primary State 3:**
- **Website:**
- **Primary Country 1:**
- **Primary Country 2:**
- **Primary Country 3:**
- **Sales Market:** LOCAL
- **Industry:** Other Services (except Public Administration)
- **Description of Business:**
- **Major Suppliers/Customers:**

## Bank Use Only

- **Name/Entity Verification:** Cert of Formation
- **Address Verification:**
- **BACC Reference Number:** 613BAC1917295
- **Document Filing Number/Description:** 801869194
- **Filing Country:** US
- **Filing State:** TX
- **Filing Date:** 10/21/2013
- **Expiration Date:**
- **Country of Registration:** US
- **State of Registration:** TX
- **International Transactions:**
- **Check Reporting:** NO RECORD
- **Customer 1 Name:** ELITE HEALTH PROVIDERS LLC
- **Internet Gambling Business?:** No



2W02-000577274529-02

BBG2307 (5-12 SVP)    GX919.002    Page 2 of 5
Wells Fargo Confidential

Business Account Application

## Owner/Key Individual 1 Information

| Field | Value |
|---|---|
| Customer Name: | BRANDON SIGMON |
| Position/Title: | Owner |
| Date of Birth: | [redacted] |
| Enterprise Customer Number (ECN): | 564996420734417 |
| Taxpayer Identification Number (TIN): | [redacted] |
| TIN Type: | SSN |
| Primary ID Type: | DLIC |
| Primary ID Description: | 09878051 |
| Primary ID St/Ctry/Prov: | TX |
| Primary ID Issue Date: | 04/25/2011 |
| Primary ID Expiration Date: | 03/29/2017 |
| Secondary ID Type: | OTHR DC |
| Secondary ID Description: | BOA VISA |
| Secondary ID State/Country: | |
| Secondary ID Issue Date: | |
| Secondary ID Expiration Date: | 08/01/2016 |
| Country of Citizenship: | US |
| Residence Address: | [redacted] |
| Country: | US |
| Check Reporting: | NO RECORD |

## Owner/Key Individual 2 Information

| Field | Value |
|---|---|
| Customer Name: | JOSHUA L BROWN |
| Position/Title: | Sales mang. |
| Date of Birth: | 06/29/1982 |
| Enterprise Customer Number (ECN): | 481952281813 |
| Taxpayer Identification Number (TIN): | [redacted] |
| TIN Type: | SSN |
| Primary ID Type: | DLIC |
| Primary ID Description: | [redacted] |
| Primary ID St/Ctry/Prov: | TX |
| Primary ID Issue Date: | |
| Primary ID Expiration Date: | 06/29/2017 |
| Secondary ID Type: | OTHR |
| Secondary ID Description: | SS CARD 8402 |
| Secondary ID State/Country: | |
| Secondary ID Issue Date: | |
| Secondary ID Expiration Date: | |
| Country of Citizenship: | US |
| Residence Address: | [redacted] |
| Country: | US |
| Check Reporting: | NO RECORD |



2W02-000577274529-03
GX919.003

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

- **A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**
- B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:
  - (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);
  - (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");
  - (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and
  - (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.
- C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.
- D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.
- E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.
- F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.
- G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:
  - (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
  - (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
  - (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| BRANDON SIGMON | Owner |

Owner/Key Individual 1 Signature

*[Signature: BRANDON SIGMON]*

☐ Submit manually
☐ Signature not required

Date: 10/22/2013

| Owner/Key Individual 2 Name | Position/Title: |
|---|---|
| JOSHUA L BROWN | Sales mang. |

Owner/Key Individual 2 Signature

☒ Submit manually
☐ Signature not required

Date: 10/22/2013



2W02-000577274529-04
GX919.004

BBG2307 (5-12 SVP)

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).
3. I am a U.S. citizen or other U.S. person.   ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

**Note:** The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Tax Responsible Customer Name: ELITE HEALTH PROVIDERS LLC

Taxpayer Identification Number (TIN): 46-3763944

TIN Certification Signature: [signed] BRANDON SIGMON

☐ Submit manually
☐ Signature not required

Date: 10/22/2013

## Authorized Signers - Signature Capture

Authorized Signer 1 Name: BRANDON SIGMON

Position/Title: Owner

Authorized Signer 1 Signature: [signed] BRANDON SIGMON

☐ Submit manually
☐ Signature not required

Date: 10/22/2013

# Addendum To Certificate Of Authority
For Changes To Authorized Signers On Business Deposit Accounts



Host Status:
Host Update Successful

| Bank Name: | Store Name: | | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | ROCKWALL | | |
| Banker Name: | Officer/Portfolio Number: | Date: | |
| MARIA D. SCREETON | C0860 | 01/28/2014 | |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 972/722-7470 | 07942 | 0068439 | T9012-010 |

Use this Addendum when Authorized Signers are being added or deleted to a Certificate of Authority currently on file for a business customer and a new, signed Certificate of Authority has not been obtained.

## Business/Account Information

| Business Name: | COID: | Product: | Account Number: |
|---|---|---|---|
| ELITE HEALTH PROVIDERS LLC | 808 | DDA | 3185 |

## Authorized Signers

| Authorized Signer Name(s): | Relationship Status: | | |
|---|---|---|---|
| BRANDON SIGMON | [X] Existing/Remaining | [ ] New | [ ] Delete |
| RONNIE E MCADA JR | [ ] Existing/Remaining | [X] New | [ ] Delete |

## Addendum to Certificate of Authority

| Original Certificate of Authority Dated: | Addendum to Certificate of Authority Dated: |
|---|---|
|  | 01/28/2014 |

Each person signing in the "Certified/Agreed To" section below:

- directs the Bank that the additional Authorized Signers shall have all of the authority granted to the persons identified as Authorized Signers on the Certificate of Authority, including without limitation the authority to instruct the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services;
- directs the Bank to discontinue acting on the instructions of any person who has been deleted as an Authorized Signer;
- acknowledges that these modifications become effective only after this Addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on it; and
- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this Addendum.



2W02-000596227503-01
GX919.006

## Certified/Agreed To

**Owner/Key Individual 1 Name**
BRANDON SIGMON

**Position/Title:**
Owner

**Owner/Key Individual 1 Signature**
*[signature: BRANDON SIGMON]*

☐ Submit manually
☐ Signature not required

**Date:**
01/28/2014

## Signature Capture - New Authorized Signers

**New Authorized Signer 1 Name**
RONNIE E MCADA JR

**Position/Title:**
owner

**New Authorized Signer 1 Signature**
*[blank]*

☒ Submit manually
☐ Signature not required

**Date:**
01/28/2014

BBG5351 (8-07 SVP)
© 2007 Wells Fargo Bank, N.A. All rights reserved.

2W02-000596227503-02
GX919.007

Page 2 of 2
Wells Fargo Confidential