## CHASE ◯
**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
SAFETY & HEALTH TECHNOLOGY LLC

**ACCOUNT NUMBER** ▮▮▮6259
**TAXPAYERID NUMBER** 45-1551391
**ACCOUNT TYPE** Chase BusinessSelect Checking

**DATE OPENED** 04/28/2011

**BUSINESS ADDRESS**
3010 E HICKORY PARK CIR
SUGAR LAND, TX 77479-2613
United States/US Territories

**FORM OF BUSINESS** Limited Liability Company
**ISSUED BY** JPMorgan Chase Bank, N.A. ( 201 )
Hwy 6 and Williams Trace
AMY TSANG
(281) 265-9444

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Certification of Business | ▮▮▮ | TEXAS | 03/31/2011 | 06/06/2012 |

SIGNER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

**CERTIFICATION** – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | TAXPAYERID | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| GUOJUN YU | ▮▮▮ | Member Managed | 6/6/2012 | *(signed)* |

Rev (12/08)

GOVERNMENT
EXHIBIT
920
4:18-CR-368

## CHASE ◯
### Business Signature Card

  

**ACCOUNT TITLE ("DEPOSITOR")**
SAFETY & HEALTH TECHNOLOGY LLC
DBA ACCUCARE PHARMACY

**ACCOUNT NUMBER** 6259
**TAXPAYERID NUMBER** 00-0000000
**ACCOUNT TYPE** Chase BusinessSelect Checking

**DATE OPENED** 04/28/2011

**BUSINESS ADDRESS**
3010 E HICKORY PARK CIR
SUGAR LAND, TX 77479-2613
United States/US Territories

**FORM OF BUSINESS** Limited Liability Company (LLC)
**ISSUED BY** JPMorgan Chase Bank, N.A. ( 201 )
Bellaire and Beltway - 289
PAN JIANG
(713) 219-1688
07/23/2012

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Certification of Business | | TEXAS | 03/31/2011 | 07/23/2012 |

**SIGNER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

**CERTIFICATION** – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | SSN/TIN | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| GUOJUN YU | | Member Managed | 7/23/2012 | |



Rev (12/08)



## CHASE 🟦
### Business Signature Card

  

**ACCOUNT TITLE ("DEPOSITOR")**
SAFETY HEALTH TECHNOLOGY LLC

**ACCOUNT NUMBER** 6259
**TAXPAYERID NUMBER** 45-1551391
**ACCOUNT TYPE** Chase BusinessSelect Checking

**DATE OPENED** 04/26/2011
New Account
**FORM OF BUSINESS** Limited Liability Company
**ISSUED BY** JPMorgan Chase Bank, N.A. (201)
Bellaire and Ranchester
YONGMEI WU
713-773-2203
04/26/2011

**BUSINESS ADDRESS**
3010 E HICKORY PARK CIR

SUGAR LAND, TX 77479-2613

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | | TEXAS | 03/31/2011 | |

**SIGNER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

**CERTIFICATION** – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | TAXPAYERID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| GUOJUN YU | | Manager Managed | 4/28/11 | *[signature]* |



Rev (12/08)



# CHASE ◯

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  SAFETY & HEALTH TECHNOLOGY LLC
                  DBA ACCUCARE PHARMACY                                TAXPAYER ID NO.  45-1551391
BUSINESS ADDRESS  3010 E HICKORY PARK CIR, SUGAR LAND, TX 77479-2613
BRANCH NAME AND NO.  KIRBY - 813                BANK NO.  201          BRANCH PHONE NO.  (713) 525-2218
INTEROFFICE MAILCODE  TX2-6813     PREPARED BY: NAME  SOMA CHAKRABORTY                DATE:  09/15/2014

Please add the following signer to the accounts listed below (other authorized signers on record do not change):
| Name of the Signer to Add | Title | Signature | Date |
| SCOTT BREIMEISTER | SIGNER | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| 1) Driver's License | | TX | 03/11/2010 | 04/04/2016 |
| 2) None | | | | |

Account Numbers:  ▓7375
                  ▓6259

Please add the following signer to the accounts listed below (other authorized signers on record do not change):
Name of the Signer to Add   Title    Signature    Date
Identification    ID Number    Issuer    Issuance Date    Expiration Date

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):
Name of the Signer to Add   Title    Signature    Date
Identification    ID Number    Issuer    Issuance Date    Expiration Date

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

For a Corporation or Unincorporated     For Sole Proprietorship:          For Partnership or Limited Liability Company:   For Government Entity:
Association or Organization:

                                                                          _____ 9/15/14
Secretary              Date     Owner/Sole Proprietor    Date    Partner/Member/Manager   Date    Certifying Official    Date

JPMorgan Chase Bank, N.A. Member FDIC

1

# CHASE

**BUSINESS ACCOUNT REMOVE SIGNERS FORM**

NAME OF BUSINESS  SAFETY & HEALTH TECHNOLOGY LLC
DBA ACCUCARE PHARMACY                                              TAXPAYER ID NO. 45-1551391
BUSINESS ADDRESS  3010 E HICKORY PARK CIR, SUGAR LAND, TX 77479-2613
BRANCH NAME AND NO. KIRBY - 813                BANK NO. 201       BRANCH PHONE NO. (713) 525-2218
INTEROFFICE MAILCODE  TX2-6813    PREPARED BY: NAME SOMA CHAKRABORTY         DATE: 09/15/2014

Please remove the following signer from the accounts listed below (other authorized signers on record do not change).
**Name of the Signer to Remove:**
GUOJUN YU

**Account Numbers:**
6259
7375

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

**CERTIFICATION**
The undersigned hereby certifies that the person(s) removed as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: 9/15/14 | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

1

JPMorgan Chase Bank, N.A. Member FDIC