15-Feb-17 10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number 003290305952 Posting date 20-Feb-14 Amount 38529.74**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK. GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1004

2/14/2014

PAY TO THE ORDER OF Southard Consulting, LLC $ **38,529.74

Thirty-Eight Thousand Five Hundred Twenty-Nine and 74/100*************************************************************** DOLLARS

Southard Consulting, LLC
15807 CR 1870
Lubbock, TX 79424

MEMO
Sales Commission For Jan 2014

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈001004⑈ ⑆111000614⑆ [redacted] 1228⑈

9400009568 02-19-2014 >111319347<

GOVERNMENT EXHIBIT
**924**
4:18-CR-368