15-Feb-17   10Feb17-2436

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number 003390207735  Posting date 28-Mar-14  Amount 9025.00

```
1744
WORTH MEDICAL COMPANY LLC
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021

DATE  march 22  2014

PAY TO THE ORDER OF  James Buckingham      $ 9,025.00

Nine Thousand twenty five and 00/100         DOLLARS

Feb -

                                    Brian Swiencinski

⑆001744⑆  ⑈111000614⑈            9708⑆
```

443264******3956 SUS26984 902500
20140326 2359 570873828

US BANK ATM
032714 KC
ST PAUL MN
>091000022<

GOVERNMENT
EXHIBIT
**928**
4:18-CR-368

GX928.001                                              DOJ_18CR368-0030705

15-Feb-17                                                              10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 006470353578  Posting date 18-Apr-14  Amount 18050.00

1763

**WORTH MEDICAL COMPANY LLC**
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021

DATE April 15 2014

PAY TO THE ORDER OF James Buckingham         $ 18,050.00

Eighteen Thousand Fifty and 00/100 DOLLARS

Brian Swyncnski

⑆001763⑆ ⑈111000614⑈        9708⑆

US BANK ATM
041814 KC
ST PAUL MN
>091000022<

15-Feb-17 10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 002470093978  Posting date 20-May-14  Amount 34165.00

1429

**WORTH MEDICAL COMPANY LLC**
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021

DATE May 19 2014

PAY TO THE ORDER OF: Innovations In Medicine    $ 34,165

Thirty Four Thousand one hundred sixty Five and 00/100 DOLLARS

Brian Swiencinski

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

⑈001429⑈ ⑉111000614⑉  9708⑈

15-Feb-17 10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 005280572410  Posting date 16-Jun-14  Amount 49250.00

---

1450

**WORTH MEDICAL COMPANY LLC**
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021

DATE June 11 2014

PAY TO THE ORDER OF  Innovations In Menking   $ 49,250.00

Forty Nine Thousand two hundred Fifty and 00/100 ———— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

⑈001450⑈ ⑆111000614⑆   9708⑈

15-Feb-17 10Feb17-2436

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number 003490137802  Posting date 22-Jul-14 Amount 37650.00

```
                                                                    1466
         WORTH MEDICAL COMPANY LLC
              209 W 2ND ST., STE. 334
              FORT WORTH, TX 76102-3021
                                            DATE  July 18 2014

PAY
TO THE
ORDER OF  Innovations In Medicine              $37,650.00

Thirty Seven Thousand Six hundred fifty and  00/100  DOLLARS

                                            Brian Swiercinski

"001466"  :111000614:           9708"
```

15-Feb-17                                                                10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 003680153135  Posting date 22-Aug-14 Amount 46810.00

Check #1488

**WORTH MEDICAL COMPANY LLC**
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021

DATE: August 20 2014

PAY TO THE ORDER OF: Innovations In Medicine          $ 46,810.00

Forty Six Thousand Eight Hundred Ten And 00/100 DOLLARS

Signed: Brian Swiercinski

⑈001488⑈ ⑆111000614⑆            9708⑈

15-Feb-17 10Feb17-2436

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number 005090627506  Posting date 22-Sep-14 Amount 46810.00

```
                                                                            1522
         WORTH MEDICAL COMPANY LLC
              209 W 2ND ST., STE. 334
              FORT WORTH, TX 76102-3021
                                              DATE Sept 19 2014

PAY TO THE
ORDER OF  Innovations In Medicine              $ 46,810.00

Forty Six Thousand Eight hundred ten and 00/100 ─────── DOLLARS

                                              Brian Swiwcinski

  ⑈001522⑈  ⑆111000614⑆        ▮▮▮▮▮▮7081⑈
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number 002290469330  Posting date 22-Oct-14  Amount 38980.00

| | |
|---|---|
| **WORTH MEDICAL COMPANY LLC** | 1548 |
| 209 W 2ND ST., STE. 334 | |
| FORT WORTH, TX 76102-3021 | |

DATE OCT 17 2014

PAY TO THE ORDER OF: Innovations in Medicine — $38,980.00

Thirty Eight Thousand Nine Hundred Eighty And 00/100 — DOLLARS

Brian Swiencicki

⑆001548⑆ ⑈111000614⑈ 9708⑆

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number 003490493071   Posting date 18-Nov-14   Amount 54910.00

| | |
|---|---|
| **WORTH MEDICAL COMPANY LLC**<br>209 W 2ND ST., STE. 304<br>FORT WORTH, TX 76102-3021 | 1564 |

DATE: NOV 14 2014

PAY TO THE ORDER OF: Innovations In Medicine     $ 54,910.00

Fifty four Thousand Nine hundred ten and 00/100 ---------- DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Signature: Brian Swiencinski

⑈001564⑈ ⑆111000614⑆      ⬛⬛⬛708⑈

15-Feb-17 · 10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 001470158714  Posting date 30-Dec-14 Amount 39200.00




15-Feb-17 10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 003090884713 Posting date 21-Jan-15 Amount 39200.00

| | |
|---|---|
| | 1595 |

**WORTH MEDICAL COMPANY LLC**
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021

DATE Jan 15 2015

PAY TO THE ORDER OF Innovations In Medicine    $ 39,200.00

Thirty Nine Thousand two hundred and 00/100 DOLLARS

Bryan Swirenski

⑆001595⑆ ⑈111000614⑈ 9708⑆