15-Feb-17                                                                    10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
**Sequence number 008870220846  Posting date 25-Jan-13 Amount 450.00**

---

1145

**WORTH MEDICAL COMPANY LLC**
209 W 2ND ST., STE. 334
FORT WORTH, TX 76102-3021

DATE Jan 23 2013

PAY TO THE ORDER OF  Scott Breimeister                          $ 450.00

Fourhundred Fifty ans 00/100                                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNT LISTED

⑾00 1145⑾ ⑆ 111 000 6 14⑆                    9708⑾

---

**ALLEGIANCE BANK TEXAS**
**1/24/2013**
**16:45:59**
**GLORENZ**
**TMID 8160241360350**

---

GOVERNMENT
EXHIBIT
**935**
4:18-CR-368

15-Feb-17                                                        10Feb17-2436

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
Sequence number 004790772673  Posting date 05-Apr-13 Amount 3000.00



**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2436**
**Sequence number 009780255544  Posting date 22-Apr-13 Amount 35000.00**



15-Feb-17                                                                    10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 003790388214  Posting date 02-Jul-13 Amount 25000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

OMNIPLUS HEALTHCARE, L.P.                     JPMORGAN CHASE BANK, N.A.              **8248**
6560 FANNIN, SUITE 2020                        HOUSTON, TX 77030
HOUSTON, TX 77030                                32-115/1110
(713) 796-1010

7/1/2013

PAY TO THE
ORDER OF    Scott Breimeister                                      $  **25,000.00

Twenty-Five Thousand and 00/100***********************************************************************************DOLLARS

Scott Breimeister

MEMO
Consulting Fees for Feb - Jun 2013                          AUTHORIZED SIGNATURE

⑈008248⑈ ⑆111000614⑆ ▮▮ 5235⑈

20130702006200294510  4105

_0130702006200294510  4105

GX935.004                                              DOJ_18CR368-0005835

15-Feb-17                                                                10Feb17-2364

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 009780513386  Posting date 12-Aug-13 Amount 5000.00



15-Feb-17                                                                                                 10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
Sequence number 009590320855  Posting date 13-Sep-13 Amount 5000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

| | |
|---|---|
| **OMNIPLUS HEALTHCARE, L.P.** | **JPMORGAN CHASE BANK, N.A.** |
| 6560 FANNIN, SUITE 2020 | HOUSTON, TX 77030 |
| HOUSTON, TX 77030 | 32-115/1110 |
| (713) 796-1010 | |

**8383**

9/11/2013

PAY TO THE
ORDER OF      Scott A. Breimeister                                                $ **5,000.00

Five Thousand and 00/100************************************************************* **DOLLARS**

Scott A. Breimeister
2201 Brun Street
Houston, TX 77019

MEMO
_____ Consulting Fees                                                   _____
                                                                        AUTHORIZED SIGNATURE

⑈008383⑈ ⑆111000614⑈ ⑉■■■■■5235⑈

20130913006200295877  4108

15-Feb-17                                                                    10Feb17-2364

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 009590320856  Posting date 13-Sep-13 Amount 87549.77



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8384

9/11/2013

PAY TO THE
ORDER OF    Sherfield Medical Advisors, LLC                           $ **87,549.77

Eighty-Seven Thousand Five Hundred Forty-Nine and 77/100*************************************** DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO
                                                                    AUTHORIZED SIGNATURE
Sales Commission for August 2013

⑈008384⑈ ⑈111000614⑈ ⑈▮▮▮▮▮5235⑈

20130913006200295880  4108

15-Feb-17                                                                    10Feb17-2364

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
**Sequence number 001670806892  Posting date 15-Oct-13 Amount 91747.18**



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6580 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-116/1110

8464

10/15/2013

PAY TO THE
ORDER OF    Sherfield Medical Advisors, LLC                          $ **91,747.18

Ninety-One Thousand Seven Hundred Forty-Seven and 18/100************************************************** DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston,  TX 77019

MEMO
September 2013 Sales Commission                          AUTHORIZED SIGNATURE

⑈008464⑈ ⑆111000614⑆  ▮ ▮ 5235⑈

20131015006200284006  4106

20131015006200284006  4106

15-Feb-17                                                                                      10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 009890371184  Posting date 16-Oct-13  Amount 5000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

OMNIPLUS HEALTHCARE, L.P.
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 798-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8472

10/15/2013

PAY TO THE
ORDER OF        Scott Breimeister                              $5,000.00

Five thousand and 0/00                                         DOLLARS

MEMO  Real Estate consulting

AUTHORIZED SIGNATURE

⑈008472⑈ ⑈111000614⑈ ⑈▮▮▮▮5235⑈

ALLEGIANCE BANK TEXAS
10/15/2013
14:15:05
LBRIGHAM
TMID 39462881351299

15-Feb-17                                                                    10Feb17-2364

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
### Sequence number 005070042193  Posting date 15-Nov-13 Amount 5000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-118/1110

8539

11/15/2013

PAY TO THE
ORDER OF     Scott A. Breimeister                              $  **5,000.00

Five Thousand and 00/100******************************************************************DOLLARS

Scott A. Breimeister
2201 Brun Street
Houston, TX 77019

MEMO

AUTHORIZED SIGNATURE

Real Estate Consulting Fee

⑈008539⑈ ⑆111000614⑆ ⑉          5235⑈

20131115006200295489  4104

20131115006200295489  4104

15-Feb-17                                                                    10Feb17-2364

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 005070042192  Posting date 15-Nov-13 Amount 141931.84

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8540

11/15/2013

PAY TO THE
ORDER OF     Sherfield Medical Advisors, LLC                          $  **141,931.84

One Hundred Forty-One Thousand Nine Hundred Thirty-One and 84/100**************************************** DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO
October 2013 Sales Commission                          AUTHORIZED SIGNATURE

⑈008540⑈ ⑆111000614⑆ ⑈                 5235⑈

20131115006200295486  4104

15006200295486  4104

15-Feb-17                                                                      10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
Sequence number 003070940048  Posting date 16-Dec-13 Amount 5000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8600

12/16/2013

PAY TO THE
ORDER OF     Scott A. Breimeister                              $  **5,000.00

Five Thousand and 00/100**************************************************************** DOLLARS

Scott A. Breimeister
2201 Brun Street
Houston, TX 77019

MEMO     Real Estate Consulting Fees                          AUTHORIZED SIGNATURE

⑈008600⑈ ⑆111000614⑆ ⑈          5235⑈

20131216006200286630  4105

⑈13121600620028630  4105

15-Feb-17                                                                                          10Feb17-2364

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 003070940050  Posting date 16-Dec-13  Amount 126441.11

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8601

12/16/2013

PAY TO THE
ORDER OF    Sherfield Medical Advisors, LLC                        $  **126,441.11

One Hundred Twenty-Six Thousand Four Hundred Forty-One and 11/100**********************************DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO
Sales Commission for November 2013                         AUTHORIZED SIGNATURE

⑈008601⑈ ⑆111000614⑆ ⑈            5235⑈

20131216006200286636  4105

2013.21600620028663c  4105

GX935.013                                                        DOJ_18CR368-0006488

**15-Feb-17**                                                                                    **10Feb17-2364**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
### Sequence number 008180889895  Posting date 13-Jan-14 Amount 5000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL, REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 798-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

**8666**

1/13/2014

PAY TO THE
ORDER OF   Scott A. Breimeister                                      $  **5,000.00

Five Thousand and 00/100************************************************************************** **DOLLARS**

Scott A. Breimeister
2201 Brun Street
Houston, TX 77019

MEMO
Consulting Fees                                              AUTHORIZED SIGNATURE

⑈008666⑈ ⑆111000614⑆ ⑈██████5235⑈

20140113006200282103  4105



15-Feb-17                                                              10Feb17-2364

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 008180889896  Posting date 13-Jan-14 Amount 268956.88



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

**8665**

1/13/2014

PAY TO THE
ORDER OF     Sherfield Medical Advisors, LLC                              $ **268,956.88

Two Hundred Sixty-Eight Thousand Nine Hundred Fifty-Six and 88/100********************************************** **DOLLARS**

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO                                                        AUTHORIZED SIGNATURE

December 2013 Sales Commission

⑈008665⑈ ⑆111000614⑆ ⑈■■■■■5235⑈

20140113006200282107  4105

15-Feb-17                                                                                                    10Feb17-2376

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
## GROUP ID G10Feb17-2376
### Sequence number 007770279105  Posting date 14-Feb-14 Amount 9768.50

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1116

1034

2/14/2014

PAY TO THE
ORDER OF    Scott A. Breimeister                                    $   **9,768.50

Nine Thousand Seven Hundred Sixty-Eight and 50/100************************************************ **DOLLARS**

Scott A. Breimeister
2201 Brun St
Houston, TX 77019

MEMO

Pay Period: 01/31/2014 - 02/14/2014                              AUTHORIZED SIGNATURE

⑈00⑈034⑈  ⑈⑈⑈⑈0006⑈4⑈        ⑈228⑈

20140214006200299424  4105

20140214006200299424  4105

15-Feb-17 10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 005070858971 Posting date 18-Feb-14 Amount 5000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8735

2/14/2014

PAY TO THE ORDER OF Scott A. Breimeister $ **5,000.00

Five Thousand and 00/100****************************************************** DOLLARS

Scott A. Breimeister
2201 Brun Street
Houston, TX 77019

MEMO
Consulting Fees

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈008735⑈ ⑆111000614⑆ ⑈[redacted]5235⑈

ALLEGIANCE BANK TEXAS
2/14/2014
15:06:17
GLORENZ
TMID 42940451454373

[redacted]



15-Feb-17                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 007770279104  Posting date 14-Feb-14 Amount 273796.27

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

**1026**

2/14/2014

PAY TO THE
ORDER OF    Sherfield Medical Advisors, LLC                          $ ***273,796.27

Two Hundred Seventy-Three Thousand Seven Hundred Ninety-Six and 27/100************************    DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO    Sales Commission For January 2014                          AUTHORIZED SIGNATURE

⑈00102⑈ ⑈1110006140⑈ 1228⑈

20140214006200299421  4105

140214006200299423  4105

GX935.018                                              DOJ_18CR368-0008238

**15-Feb-17**                                                                                          **10Feb17-2376**

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 005070858970  Posting date 18-Feb-14 Amount 9235.00



**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 003790457976  Posting date 14-Mar-14 Amount 282135.57



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1062

3/14/2014

PAY TO THE
ORDER OF      Sherfield Medical Advisors, LLC                                          $  **282,135.57

Two Hundred Eighty-Two Thousand One Hundred Thirty-Five and 57/100************************************  DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO
February 2014 Sales Commission                                              AUTHORIZED SIGNATURE

⑈00106 2⑈ ⑈:111 0006 11:⑈ ▮ 1 2 2 8⑈

20140314006200284691  4105

15-Feb-17                                                                                          10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 001070870281  Posting date 01-Apr-14 Amount 100000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**               JPMORGAN CHASE BANK            **1312**
4401 DOWLING ST.                                          HOUSTON, TX 77030
HOUSTON, TX 77004                                         111-000814
(713) 874-0300

3/31/2014

PAY TO THE
ORDER OF   Scott Breimeister                                                   $ **100,000.00

One Hundred Thousand and 00/100************************************************************************* **DOLLARS**

Scott Breimeister
2201 Brun Street
Houston, TX 77019

MEMO
   Consulting Bonus                                                      AUTHORIZED SIGNATURE

⑈001312⑈ ⑆111000814⑆           9550⑈

20140401006200295994  4108

GX935.021                                                              DOJ_18CR368-0011432

**15-Feb-17**                                                                          **10Feb17-2376**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
**Sequence number 008470419283  Posting date 10-Apr-14 Amount 7698.20**



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE.

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1078

4/9/2014

PAY TO THE
ORDER OF     Scott Breimeister                                    $ **7,698.20

Seven Thousand Six Hundred Ninety-Eight and 20/100************************************    DOLLARS

Scott Breimeister
2201 Brun St.
Houston, TX 77019

MEMO                                                         AUTHORIZED SIGNATURE

⑈0010 78⑈ ⑆11100061⑆        1 228⑈

20140410006200280333  4105



20140410006200280333  4105

15-Feb-17                                                                                    10Feb17-2376

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 006380395860  Posting date 15-Apr-14 Amount 388606.77

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4918 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX  77002
32-61/1110

**1099**

4/15/2014

PAY TO THE
ORDER OF        Sherfield Medical Advisors, LLC                                  $  **388,606.77**

Three Hundred Eighty-Eight Thousand Six Hundred Six and 77/100****************************************  **DOLLARS**

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO
Sales Commission for March 2014                                         AUTHORIZED SIGNATURE

⑈0010199⑈ ⑆111000614⑆ ▉1228⑈

20140415006200281117  4105

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2379
### Sequence number 003670207836  Posting date 05-May-14 Amount 100000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1430

5/5/2014

PAY TO THE
ORDER OF     Scott Breimeister

$ **100,000.00

One Hundred Thousand and 00/100************************************************ **DOLLARS**

Scott Breimeister
2201 Brun Street
Houston, TX 77019

MEMO

Consulting Fees

AUTHORIZED SIGNATURE

ALLEGIANCE BANK TEXAS
5/5/2014
15:43:50
CRAVEN
TMID 42951251456627

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 009780801957  Posting date 15-May-14  Amount 445409.96

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4918 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1137

5/15/2014

PAY TO THE
ORDER OF    Sherfield Medical Advisors, LLC                    $ **445,409.96

Four Hundred Forty-Five Thousand Four Hundred Nine and 96/100*********************************************** DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO   Sales Commission for April 2014                      AUTHORIZED SIGNATURE

⑈0011137⑈ ⑆111000614⑆        1228⑈

20140515006200292480  4104

20140515006200292480  4104



AccountNum: ███7697
SerialNum: 1033
CheckAmt: 38433153
CapturDate: 20140516
ItemSeqNum: 62287524

AccountNum: ███7697
SerialNum: 1033
CheckAmt: 38433153
CapturDate: 20140516
ItemSeqNum: 62287524

15-Feb-17                                                                10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
**Sequence number 009490766979  Posting date 04-Jun-14 Amount 100000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**       JPMORGAN CHASE BANK          **1515**
4401 DOWLING ST.                                  HOUSTON, TX 77030
HOUSTON, TX 77004                                 111-000614
(713) 874-0300
                                                                       6/3/2014

PAY TO THE
ORDER OF     Scott Breimeister                                    $  **100,000.00

One Hundred Thousand and 00/100************************************************************************   **DOLLARS**

         Scott Breimeister
         2201 Brun Street
         Houston, TX 77019

MEMO
         Consulting Fees                                          AUTHORIZED SIGNATURE

⑈001515⑈ ⑆111000614⑈ ⑆⑈9550⑈

20140604007200034594  4108

2014060400720003459  4108

**15-Feb-17**                                                                    **10Feb17-2376**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 005690818033  Posting date 16-Jun-14 Amount 575549.25



20140616007200026613  4105

GX935.028                                                                    DOJ_18CR368-0008406

15-Feb-17 10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
**Sequence number 002080662191 Posting date 03-Jul-14 Amount 100000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1616

7/2/2014

PAY TO THE ORDER OF Scott Breimeister $ **100,000.00

One Hundred Thousand and 00/100************************************************** DOLLARS

Scott Breimeister
2201 Brun Street
Houston, TX 77019

MEMO Dividend Distribution

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈001616⑈ ⑆111000614⑆ [redacted] 9550⑈

20140703007200020464 4104

20140703007200020464 4104

[redacted]



15-Feb-17                                                                                      10Feb17-2376

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
## GROUP ID G10Feb17-2376
### Sequence number 004590576036  Posting date 16-Jul-14 Amount 29684.15

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST, STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/110

1211

7/15/2014

PAY TO THE
ORDER OF   Scott A. Breimeister                                                              $  **29,684.15

Twenty-Nine Thousand Six Hundred Eighty-Four and 15/100************************************  DOLLARS

Scott A. Breimeister
2201 Brun St
Houston, TX 77019

MEMO
Bonus                                                                     AUTHORIZED SIGNATURE

⑈001211⑈ ⑈111000614⑈        1228⑈

ALLEGIANCE BANK TEXAS
7/16/2014
13:44:23
LBRIGHAM
TMID 42951971449459

GX935.030                                                              DOJ_18CR368-0008451

15-Feb-17

10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number   Posting date   Amount

 CHASE

July 01, 2014 through July 31, 2014
Primary Account: ██████9550

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1656 ^ | | 07/28 | 1,200.00 |
| 1657 ^ | | 07/23 | 4,153.75 |
| 1658 ^ | | 07/30 | 200.37 |
| 1660 * ^ | | 07/30 | 16,916.32 |
| 1661 ^ | | 07/24 | 6,000.00 |
| 1662 ^ | | 07/29 | 684.21 |
| 1663 ^ | | 07/28 | 1,270.72 |
| 1664 ^ | | 07/28 | 973.69 |
| 1665 ^ | | 07/29 | 1,020.67 |
| 1667 * ^ | | 07/31 | 1,680.11 |
| 1669 * ^ | | 07/30 | 14,092.18 |
| 1670 ^ | | 07/31 | 298.72 |
| 1672 * ^ | | 07/30 | 1,212.42 |
| 10014 * ^ | | 07/29 | 741.66 |

**Total Checks Paid** $2,849,540.09

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wfbehps001 | $401.36 |
| 07/01 | Fdgl        Lease Pymt        PPD ID: 1000010839 | 32.31 |
| 07/01 | Fdgl        Lease Pymt        PPD ID: 1000010839 | 32.31 |
| 07/07 | ADP Payroll Fees ADP - Fees 2Rxah   5632030 CCD ID: 9659605001 | 184.42 |
| 07/08 | 07/08 Payment To Chase Card Ending IN 0160 | 70,775.83 |
| 07/09 | 07/09 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Ref: Amp June'14 Bonus Tm: 4334800190Es | 300,000.00 |
| 07/09 | 07/09 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Imad: 0709B1Qgc02C007830 Tm: 4395300190Es | 50,000.00 |
| 07/09 | 07/09 Book Transfer Debit A/C: Vladimir Redko Houston, TX 770247518 Ref: Amp June'14 Bonus Tm: 4420600190Es | 52,000.00 |
| 07/09 | 07/09 Online Transfer To Chk ...1228 Transaction#: 4025106458 | 3,357,710.80 |
| 07/09 | Great-West Life  Payments  707471665214      ID: 1000300000 | 21,864.95 |
| 07/10 | 07/10 Book Transfer Debit A/C: Dejan Milosevic OR Jelena Lugopearland, TX 775847040 Ref: Amp June'14 Bonus Tm: 3147800191Es | 300,000.00 |
| 07/10 | ADP TX/Fincl Svc ADP - Tax  Rnxah 071114A01 CCD ID: 1223006057 | 29,656.52 |
| 07/11 | ADP TX/Fincl Svc ADP - Tax  000190056070Xah CCD ID: 9333006057 | 65,119.79 |
| 07/14 | 07/14 Online Wire Transfer A/C: Amerisource Receivables Orlando FL 32809 Ref: From Omniplus Pharmacy Tm: 4736100195Es | 200,000.00 |
| 07/14 | 07/14 Payment To Chase Card Ending IN 0160 | 67,789.71 |
| 07/14 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wfbehps001 | 585.56 |

Page 5 of 10

15-Feb-17                                                        10Feb17-2379

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2379
Sequence number 001790402953  Posting date 05-Aug-14  Amount 100000.00



15-Feb-17                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number 005490584024  Posting date 18-Aug-14 Amount 50273.36**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4918 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1231

8/18/2014

PAY TO THE
ORDER OF   Scott Breimeister                                          $  *50,273.36

Fifty Thousand Two Hundred Seventy-Three and 36/100************************************** DOLLARS

Scott Breimeister
2201 Brun St.
Houston, TX 77019

MEMO
July 2014 Bonus                                    AUTHORIZED SIGNATURE

⑈00⑈1231⑈ ⑉111000614⑉ ▪ ▪ ⑈1228⑈

20140818007200028596  4104

20140818007200028596  4104

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number   Posting date   Amount



August 01, 2014 through August 29, 2014

Primary Account: ████████9550



## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1703  ^ | | 08/15 | 94,817.00 |
| 1705  * ^ | | 08/15 | 319.98 |
| 1706  ^ | | 08/14 | 320.00 |
| 1707  ^ | | 08/21 | 9,489.76 |
| 1708  ^ | | 08/22 | 10,032.96 |
| 1709  ^ | | 08/19 | 53,043.78 |
| 1710  ^ | | 08/22 | 9,707.04 |
| 1711  ^ | | 08/21 | 100,000.00 |
| 1712  ^ | | 08/22 | 50,000.00 |
| 1713  ^ | | 08/19 | 1,038.22 |
| 1715  * ^ | | 08/21 | 500.00 |
| 1716  ^ | | 08/21 | 52,000.00 |
| 1717  ^ | | 08/27 | 1,200.00 |
| 1719  * ^ | | 08/26 | 1,308.64 |
| 10015  * ^ | | 08/11 | 641.08 |
| 10016  ^ | | 08/28 | 567.99 |

**Total Checks Paid**                                                                  **$2,748,702.92**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
  one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Great-West Life  Payments  690006996482    ID: 1000300000 | $3,877.84 |
| 08/01 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wfbehps001 | 365.81 |
| 08/01 | ADP  Payroll Fees ADP - Fees 2Rxah  6823603 CCD ID: 9659605001 | 362.99 |
| 08/01 | Fdgl      Lease Pymt         PPD ID: 1000010839 | 32.31 |
| 08/01 | Fdgl      Lease Pymt         PPD ID: 1000010839 | 32.31 |
| 08/05 | 08/05 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Ref: July 2014 Bonus Trn: 3620100217Es | 350,000.00 |
| 08/05 | 08/05 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Ref: July 14 Bonus Imad: 0805B1Qgc01C002321 Trn: 3646000217Es | 75,000.00 |
| 08/06 | 08/06 Book Transfer Debit A/C: Dejan Milosevic OR Jelena Lugopearland, TX 775847040 Ref: July 2014 Bonus Trn: 3137000218Es | 350,000.00 |
| 08/07 | ADP TX/Fincl Svc ADP - Tax  738030280663Xah CCD ID: 9333006057 | 69,339.12 |
| 08/07 | ADP TX/Fincl Svc ADP - Tax  Rnxah 080816A01 CCD ID: 1223006057 | 24,504.58 |
| 08/11 | 08/09 Payment To Chase Card Ending IN 0160 | 74,708.38 |
| 08/11 | 08/11 Online Wire Transfer Via: Cath Bk LA/122203950 A/C: Stanford Chemicals Company Irvine CA 92618 US Ref: For Inv Pi140806Op And 10.00 For Wire Fee Imad: 0811B1Qgc08C012781 Trn: 4311200223Es | 2,040.00 |
| 08/11 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wfbehps001 | 492.16 |
| 08/12 | 08/12 Online Transfer To Chk ...1228 Transaction#: 4088406099 | 3,812,085.18 |

Page 5 of 10

15-Feb-17                                                                         10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number   Posting date  Amount

## CHASE ⬡

August 30, 2014 through September 30, 2014
Primary Account: ██████9550

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | American Heritag Benman ACH 20776          CCD ID: 1590781901 | $971.83 |
| 09/02 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wtbehps001 | 458.03 |
| 09/02 | Fdgl          Lease Pymt          PPD ID: 1000010839 | 32.31 |
| 09/02 | Fdgl          Lease Pymt          PPD ID: 1000010839 | 32.31 |
| 09/04 | ADP TX/Fincl Svc ADP - Tax  510032733807Xah CCD ID: 9333006057 | 68,038.25 |
| 09/04 | ADP TX/Fincl Svc ADP - Tax  Rnxah 090518A01 CCD ID: 1223006057 | 30,248.30 |
| 09/08 | 09/08 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Trn: 5116200251Es | 500,000.00 |
| 09/08 | The Hartford    Ntclbiivrc 14217806          CCD ID: 9942902727 | 15,484.00 |
| 09/09 | 09/09 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Ref: August Bonus Imad: 0909B1Qgc08C015621 Trn: 4611000252Es | 150,000.00 |
| 09/09 | 09/09 Book Transfer Debit A/C: Vladimir Redko Houston, TX 770247518 Ref: August Bonus Trn: 4621500252Es | 75,000.00 |
| 09/10 | 09/10 Payment To Chase Card Ending IN 0160 | 9,515.58 |
| 09/10 | 09/10 Online Transfer To Chk ...1228 Transaction#: 4144897561 | 3,229,264.19 |
| 09/11 | ADP TX/Fincl Svc ADP - Tax  Rnxah 091219A01 CCD ID: 1223006057 | 202,963.68 |
| 09/12 | 09/12 Payment To Chase Card Ending IN 0160 | 71,388.35 |
| 09/12 | 09/12 Online Transfer To Chk ...1758 Transaction#: 4149255992 | 120,000.00 |
| 09/12 | Office Depot    Online Pmt 561483929071974 Web ID: Citiccsweb | 6,588.30 |
| 09/12 | ADP Payroll Fees ADP - Fees 2Rxah  8641587 CCD ID: 9659605001 | 263.49 |
| 09/16 | 09/16 Payment To Chase Card Ending IN 0160 | 3,673.09 |
| 09/16 | Certegy Ck Srvs Invoice  1107290000004  CCD ID: 1210002033 | 31.00 |
| 09/17 | Comcast Business Web Pay   904879745          CCD ID: 1510372554 | 1,065.79 |
| 09/17 | Pbp Acct       Pbp Acct  =9559630       CCD ID: 4060946476 | 375.35 |
| 09/17 | Comcast      Comcast   3185087650  Spa Web ID: C877770000 | 250.64 |
| 09/18 | ADP TX/Fincl Svc ADP - Tax  692039618526Xah CCD ID: 9333006057 | 79,656.61 |
| 09/18 | ADP TX/Fincl Svc ADP - Tax  Rnxah 091919A01 CCD ID: 1223006057 | 58,350.53 |
| 09/18 | Great-West Life  Payments  670007147836          ID: 1000300000 | 6,187.37 |
| 09/22 | 09/22 Online Wire Transfer A/C: Amerisource Receivables Orlando FL 32809 Ref: Prepayment On Act 100109124 037135178 Trn: 4512700265Es | 150,000.00 |
| 09/23 | New Tech      AR-MD    N155-003     CCD ID: 9000807930 | 559.13 |
| 09/25 | Green Mountain E 0270D    000009881226    Tel ID: 8030360441 | 2,074.45 |
| 09/25 | American Heritag Benman ACH 20776          CCD ID: 1590781901 | 935.39 |
| 09/26 | ADP Payroll Fees ADP - Fees 2Rxah  9474423 CCD ID: 9659605001 | 518.98 |
| 09/26 | ADP Payroll Fees ADP - Fees 8Yrnxah 9418700 CCD ID: 9659605001 | 220.52 |
| 09/29 | 09/29 Payment To Chase Card Ending IN 0160 | 61,379.38 |
| 09/29 | Great-West Life  Payments  260011398952          ID: 1000300000 | 8,257.26 |
| 09/30 | 09/30 Online Transfer To Chk ...5235 Transaction#: 4180801413 | 79,088.22 |
| 09/30 | 09/30 Online Transfer To Mma ...7201 Transaction#: 4181806137 | 2,449,600.00 |
| 09/30 | Pharm Buy Assoc  Cash C&D   15900031          CCD ID: 9431482785 | 100.00 |
| **Total Electronic Withdrawals** | | **$7,382,572.33** |

Page 6 of 10

15-Feb-17

10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number 006770554722 Posting date 02-Sep-14 Amount 100000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

ALTERNATIVE MEDICINE AND PHARMACY, INC.
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1743

9/2/2014

PAY TO THE ORDER OF Scott Breimeister

$ **100,000.00

One Hundred Thousand and 00/100****************************************************************** DOLLARS

Scott Breimeister
2201 Brun Street
Houston, TX 77019

MEMO
Dividend Distribution for August 2014

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈001743⑈ ⑆111000614⑆ [redacted] 9550⑈

ALLEGIANCE BANK TEXAS
9/2/2014
16:04:42
CRAVEN
TMID 42952451457879

For Deposit only
[redacted]
9767



## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 005480117992  Posting date 24-Sep-14 Amount 87852.15

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4816 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1252

9/22/2014

PAY TO THE
ORDER OF   Scott Breimeister                                    $ **87,852.15

Eighty-Seven Thousand Eight Hundred Fifty-Two and 15/100************************************  DOLLARS

Scott Breimeister
2201 Brun St.
Houston, TX 77019

MEMO
August 2014                                          AUTHORIZED SIGNATURE

⑈001252⑈ ⑆111000614⑆ ⦙ ⦙ 1228⑈

20140924007200025034  4104

GX935.037                                        DOJ_18CR368-0008543

15-Feb-17 10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number 001180869808 Posting date 06-Oct-14 Amount 100000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

ALTERNATIVE MEDICINE AND PHARMACY, INC.
4916 MAIN ST., STE. 100
HOUSTON, TX 77002
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1798

10/6/2014

PAY TO THE ORDER OF Scott Breimeister $**100,000.00

One Hundred Thousand and 00/100*** DOLLARS

Scott Breimeister
2201 Brun Street
Houston, TX 77019

MEMO Dividend Distributions

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈001798⑈ ⑆111000614⑆ [redacted] 9550⑈

20141006007200027559 4105

20141006007200027559 4105

[redacted] 0417

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number 007090248738  Posting date 17-Oct-14 Amount 60514.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4848 MAIN ST., STE. 100
HOUSTON, TX. 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX  77002
32-61/1110

**1265**

10/16/2014

PAY TO THE
ORDER OF   Sherfield Medical Advisors

$ **60,514.00

Sixty Thousand Five Hundred Fourteen and 00/100************************************************************ **DOLLARS**

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO    September 2014 Sales Commission

AUTHORIZED SIGNATURE

⑆00l265⑆ ⑇lll0006ll⑈        6l228⑈

20141017007200020131  4104

20141017007200020131  4104

15-Feb-17                                                                                    10Feb17-2433

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2433**
**Sequence number 002080640269  Posting date 05-Nov-14 Amount 100000.00**

1052

**OPTIPLUS HEALTHCARE, LLC**
6560 FANNIN ST., STE. 2020
HOUSTON, TX 77030-2736

Pay to the order of Scott Breimeister                    $ 100,000.00

One Hundred Thousand ————————— xx/xv dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for Dividend distributions

date 11·4·14

⑈0010521⑈ ⑈111000614⑈          ⑈170⑈

20141105007200023815  4104

20141105007200023815  4104

15-Feb-17                                                                           10Feb17-2376

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
**Sequence number 006470247120  Posting date 17-Nov-14 Amount 86470.70**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-616/1110

1287

11/14/2014

PAY TO THE
ORDER OF     Sherfield Medical Advisors                          $ **86,470.70

Eighty-Six Thousand Four Hundred Seventy and 70/100************************************************************DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

NEMO     Sales Commission Payable                          THE AUTHORIZED SIGNATURE

⑈001287⑈ ⑆111000614⑆        61228⑈

20141117007200030173  4107

.⑆1:17007200030173  4107

GX935.041                                                          DOJ_18CR368-0008609

15-Feb-17 10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number 001390426321 Posting date 05-Dec-14 Amount 50000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1936

12/4/2014

PAY TO THE ORDER OF Scott Breimeister $ **50,000.00

Fifty Thousand and 00/100****************************************DOLLARS

Scott Breimeister
2201 Brun Street
Houston, TX 77019

MEMO

AUTHORIZED SIGNATURE

Security features included. Details on back.

001936 111000614 [redacted] 9550

20141205007200033390 4105

[redacted]



15-Feb-17                                                                10Feb17-2433

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2433**
**Sequence number 001390426322  Posting date 05-Dec-14 Amount 350000.00**

1054

**OPTIPLUS HEALTHCARE, LLC**
6560 FANNIN ST., STE. 2020
HOUSTON, TX 77030-2736

*Pay to the order of* Scott Breimeister                    $ 350,000/-

Three Hundred and Fifty Thousand Only —————      dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

*for*

⑈0010540⑈ ⑆111000614⑆        ⑈170⑈

20141205007200033391  4105

2014.205007200033391  4105

15-Feb-17                                                                                                      10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 003580308693  Posting date 28-Jan-15  Amount 118750.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

| | | 9082 |
|---|---|---|
| **OMNIPLUS HEALTHCARE, L.P.**<br>2626 SOUTH LOOP WEST, STE 555<br>HOUSTON, TX 77054<br>(713) 796-1010 | JPMORGAN CHASE BANK, N.A.<br>HOUSTON, TX 77030<br>32-115/1110 | |

1/28/2015

PAY TO THE
ORDER OF      Scott A. Breimeister                                                       $  **118,750.00

One Hundred Eighteen Thousand Seven Hundred Fifty and 00/100*************************************************DOLLARS

Scott A. Breimeister
2201 Brun Street
Houston, TX 77019

MEMO                                                                          AUTHORIZED SIGNATURE

⑈00908 2⑈  ⑆111000611⑆  ▮▮▮▮▮▮ 6 235⑈

20150128007200032120   4107

15-Feb-17                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number 005590485695  Posting date 16-Dec-14 Amount 58342.85**



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE.

PHARMS, LLC
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1309

12/15/2014

PAY TO THE
ORDER OF     Sherfield Medical Advisors                          **58,342.85

Fifty-Eight Thousand Three Hundred Forty-Two and 85/100***********************        DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO
Sales Commission for November 2014                          AUTHORIZED SIGNATURE

⑈001309⑈ ⑈111000614⑈ ▮▮▮▮▮ 1228⑈

20141216007200034952  4105

CREDITED TO THE ACCOUNT
OF WITHIN NAMED PAYEE
ABSENCE OF ENDORSEMENT
GUARANTEED
FROST BANK

**15-Feb-17**                                                                    **10Feb17-2376**

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number 005480246934  Posting date 09-Jan-15  Amount 273161.11**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

**1329**

1/9/2015

PAY TO THE
ORDER OF   Scott Breimeister

$ **273,161.11

Two Hundred Seventy-Three Thousand One Hundred Sixty-One and 11/100*********************************************   DOLLARS

Scott Breimeister
2201 Brun St.
Houston, TX 77019

MEMO                                                                 AUTHORIZED SIGNATURE

⑈001329⑈  ⑈111000614⑈          1228⑈

20150109007200026342  4104

20150109007200026342  4104

**15-Feb-17**                                                          **10Feb17-2376**

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
**Sequence number 007370458661  Posting date 15-Jan-15 Amount 51008.24**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

**1333**

1/14/2015

PAY TO THE
ORDER OF    Sherfield Medical Advisors, LLC                         $ **51,008.24

Fifty-One Thousand Eight and 24/100********************************************************************    DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO                                                    AUTHORIZED SIGNATURE

⑆00₁333⑈ ⑆₁₁₁0006₁4⑆          ₁228⑈

20150115007200030116  4105

15-Feb-17

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2399
Sequence number   Posting date   Amount

10Feb17-2399

 CHASE

January 31, 2015 through February 27, 2015
Account Number: ████████1758

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | Online Transfer From Chk ...6259 Transaction#: 4443379652 | $100,000.00 |
| 02/27 | Deposit     648979290 | 161,211.91 |
| **Total Deposits and Additions** | | **$261,211.91** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/13 | 02/12 Online ACH Payment 4973834248 To Breimeister (_#####0977) | $50,000.00 |
| 02/17 | 02/17 Online ACH Payment 4973834710 To Brian Ski (_#####6280) | 50,000.00 |
| **Total Electronic Withdrawals** | | **$100,000.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | Service Charges For The Month of January | $95.00 |
| **Total Fees & Other Withdrawals** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/04 | $8,498.09 |
| 02/12 | 108,498.09 |
| 02/13 | 58,498.09 |
| 02/17 | 8,498.09 |
| 02/27 | 169,710.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 3/4/15 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | 500 | 0 | $0.40 | $0.00 |
| Subtotal Other Service Charges (Will be assessed on 3/4/15) | | | | | $95.00 |

ACCOUNT 000000630051758

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | | | | |

Page 2 of 4

**15-Feb-17**                                                               **10Feb17-2364**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 008270933857  Posting date 11-Feb-15 Amount 118750.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
2828 SOUTH LOOP WEST, STE 555
HOUSTON, TX 77054
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

**9109**

2/11/2015

PAY TO THE
ORDER OF   Scott A. Breimeister                                  $   **118,750.00

One Hundred Eighteen Thousand Seven Hundred Fifty and 00/100***************************************DOLLARS

Scott A. Breimeister
2201 Brun Street
Houston, TX 77019

MEMO

February's distribution

AUTHORIZED SIGNATURE

⑈"009109"⑈ ⑈⑈111000614⑈ ⑈▉▉▉▉ 5235⑈"

20150211007200034500  4107

15-Feb-17                                                                      10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date   Amount



February 28, 2015 through March 31, 2015

Account Number: ███████1228



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | 03/03 Online Transfer To Chk ...2916 Transaction#: 4483386369 | $25,000.00 |
| 03/05 | 03/05 Online Wire Transfer A/C: Kristine O Maruri OR Jose I Maruri New Orleans, LA 701153011 Ref:/Bnf/Nola Surg LLC 1119 Jefferson Ave New Orleans LA 70115 US Trn: 3113800064Es | 12,000.00 |
| 03/05 | ADP TX/Fincl Svc ADP - Tax  1600386732286PR CCD ID: 9333006057 | 52,435.16 |
| 03/05 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 030605A01 CCD ID: 1223006057 | 21,914.57 |
| 03/06 | ADP Payroll Fees ADP - Fees 2R6PR  7651360 CCD ID: 9659605001 | 143.41 |
| 03/09 | 03/09 Online Transfer To Chk ...5235 Transaction#: 4495091343 | 49,929.46 |
| 03/09 | 03/09 Online Transfer To Chk ...9550 Transaction#: 4495089748 | 1,675.98 |
| 03/10 | 03/10 Online ACH Payment 4974971294 To Peter Herbst (_#####5359) | 8,073.60 |
| 03/11 | Great-West Life  Payments  650008589358    CTX ID: 1000300000 | 3,297.55 |
| 03/13 | 03/13 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 5700045262 6PR Trn: 1084600072Jo | 2,101,620.78 |
| 03/13 | ADP TX/Fincl Svc ADP - Tax  5040533283426PR CCD ID: 9333006057 | 5,840.81 |
| 03/13 | ADP Payroll Fees ADP - Fees 2R6PR  8206547 CCD ID: 9659605001 | 185.20 |
| 03/16 | 03/13 Online ACH Payment 4975176293 To Charles Holman (_####1355) | 655.88 |
| 03/16 | 03/13 Online ACH Payment 4975176295 To Robert Perry II (_######8598) | 264.03 |
| 03/16 | 03/16 Online ACH Payment 4975227167 To Brian Ski (_#####6280) | 347,877.89 |
| 03/17 | 03/17 Online ACH Payment 4975286333 To Brian Ski (_#####6280) | 108,975.00 |
| 03/17 | 03/17 Online ACH Payment 4975286331 To Breimeister (_####0977) | 108,975.00 |
| 03/18 | 03/18 Online ACH Payment 4975357115 To Charles Holman (_####1355) | 1,236.94 |
| 03/19 | ADP TX/Fincl Svc ADP - Tax  7880538028836PR CCD ID: 9333006057 | 73,355.98 |
| 03/19 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 032006A02 CCD ID: 1223006057 | 35,971.73 |
| 03/19 | ADP TX/Fincl Svc ADP - Tax  3525520799356PR CCD ID: 9333006057 | 31,854.80 |
| 03/19 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 032006A01 CCD ID: 1223006057 | 11,899.37 |
| 03/20 | 03/20 Online Wire Transfer A/C: Kristine O Maruri OR Jose I Maruri New Orleans, LA 701153011 Ref: Adjustment To February '15 Commissions/Acc/Nola Surg LLC 1119 Jefferso N Ave New Orleans LA 70115 US Trn: 4030200079Es | 17,015.70 |
| 03/20 | ADP Payroll Fees ADP - Fees 2R6PR  8546884 CCD ID: 9659605001 | 218.04 |
| 03/25 | Great-West Life  Payments  420009044266    CTX ID: 1000300000 | 10,033.80 |
| 03/26 | 03/26 Online ACH Payment 4975682098 To Charles Holman (_####1355) | 619.44 |
| 03/26 | 03/26 Online ACH Payment 4975677740 To Brian Ski (_#####6280) | 150,000.00 |
| 03/26 | 03/26 Online ACH Payment 4975677737 To Breimeister (_#####0977) | 150,000.00 |
| 03/27 | ADP Payroll Fees ADP - Fees 2R6PR  8844087 CCD ID: 9659605001 | 369.76 |
| 03/30 | 03/30 Online ACH Payment 4975826851 To Peter Herbst (_#####5359) | 5,724.25 |
| 03/31 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 033107A01 CCD ID: 1223006057 | 86,400.00 |
| **Total Electronic Withdrawals** | | **$3,423,564.13** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/16 | Account Analysis Settlement Charge | $46.90 |
| **Total Fees & Other Withdrawals** | | **$46.90** |

Your service charges, fees and earnings credit have been calculated through account analysis.

Page 3 of 8

**15-Feb-17**                                                                    **10Feb17-2376**

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 009070918835  Posting date 19-Feb-15 Amount 19882.30

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX  77002
32-01/1110

1363

2/18/2015

PAY TO THE
ORDER OF     Sherfield Medical Advisors, LLC                                   $  **19,882.30

Nineteen Thousand Eight Hundred Eighty-Two and 30/100*************************************************** DOLLARS

Sherfield Medical Advisors, LLC
2201 Brun Street
Houston, TX 77019

MEMO                                                                   AUTHORIZED SIGNATURE

⑈0013631⑈ ⑆111000614⑆              1228⑈

20150219007700863760   4104

20150219007700863760  4104

**15-Feb-17**                                                                                    **10Feb17-2376**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
**Sequence number 005280168648  Posting date 16-Mar-15 Amount 13670.87**



PHARMS, LLC
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1376

3/13/2015

PAY TO THE
ORDER OF    Sherfield Medical Advisors                    $ **13,670.87

Thirteen Thousand Six Hundred Seventy and 87/100*********************************************************** DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO
FEB 2015 COMMSNS                              AUTHORIZED SIGNATURE

"001376"  ⑈111000614⑈            1228"

20150316007200039140  4108

**15-Feb-17**                                                                          **10Feb17-2376**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
## GROUP ID G10Feb17-2376
### Sequence number 001790508425  Posting date 14-Apr-15 Amount 19388.74

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4918 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX  77002
32-61/1110

1398

4/13/2015

PAY TO THE
ORDER OF    Sherfield Medical Advisors                                       $   ***19,388.74

Nineteen Thousand Three Hundred Eighty-Eight and 74/100******************************************   DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO    March Commissions                                          AUTHORIZED SIGNATURE

⑈001398⑈ ⑆111000614⑆          4228⑈

2015041400770086441 9   4105

2015041400770086441 9   4105

15-Feb-17

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2399
Sequence number  Posting date  Amount

10Feb17-2399

## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 01, 2015 through May 29, 2015
Account Number:          1758



00016004 DRE 201 142 15415 NNNNNNNNNNY T  1 000000000 D4 0000
S&HT ACQUISITIONS, LLC
4916 MAIN ST STE 100
HOUSTON TX 77002-9765

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY  Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$169,615.00** |
| Deposits and Additions | 1 | 372,500.00 |
| Electronic Withdrawals | 4 | - 388,500.00 |
| **Ending Balance** | 5 | **$153,615.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | Online Transfer From Chk ...6259 Transaction#: 4618283149 | $372,500.00 |
| **Total Deposits and Additions** | | **$372,500.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/11 | 05/11 Online ACH Payment 4977739731 To Breimeister (_#####0977) | $37,500.00 |
| 05/11 | 05/11 Online ACH Payment 4977739733 To Brian Ski (_#####6280) | 185,000.00 |
| 05/11 | 05/11 Online ACH Payment 4977739734 To V Redko (_######7388) | 150,000.00 |
| 05/15 | Webfile Tax Pymt Dd      902/20834522    CCD ID: 2146000311 | 16,000.00 |
| **Total Electronic Withdrawals** | | **$388,500.00** |

Page 1 of 4

DOJ_18CR368-0026211

15-Feb-17                                                                                      10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date  Amount

 CHASE

May 01, 2015 through May 29, 2015
Account Number: ████████1228

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | ADP Payroll Fees ADP - Fees 2R6PR  0672932 CCD ID: 9659605001 | $286.82 |
| 05/04 | 05/04 Online ACH Payment 4977486562 To Branko (_#####3570) | 7,500.00 |
| 05/06 | 05/06 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 7350028965 6PR Trn: 1124700126Jo | 358,401.75 |
| 05/06 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 050710A01 CCD ID: 1223006057 | 152,176.75 |
| 05/06 | Great-West Life  Payments  704206315016   CTX ID: 1000300000 | 7,322.03 |
| 05/08 | 05/08 Online ACH Payment 4977696806 To Charles Holman (_####1355) | 383.64 |
| 05/08 | 05/08 Online ACH Payment 4977757454 To Worth Medical Company LLC (_#####9708) | 35,182.00 |
| 05/08 | ADP Payroll Fees ADP - Fees 2R6PR  1358048 CCD ID: 9659605001 | 323.92 |
| 05/12 | 05/12 Online ACH Payment 4977816756 To Carr (_######7354) | 25,500.00 |
| 05/12 | 05/12 Online ACH Payment 4977816755 To Brian Ski (_#####6280) | 12,800.00 |
| 05/12 | 05/12 Online ACH Payment 4977816754 To Breimeister (_#####0977) | 82,800.00 |
| 05/12 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 051310A01 CCD ID: 1223006057 | 88,587.58 |
| 05/14 | 05/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 6350042480 6PR Trn: 1542000134Jo | 1,592,200.45 |
| 05/14 | ADP TX/Fincl Svc ADP - Tax  5970339455896PR CCD ID: 9333006057 | 79,859.98 |
| 05/14 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 051501A02 CCD ID: 1223006057 | 38,073.07 |
| 05/14 | ADP TX/Fincl Svc ADP - Tax  5970339455906PR CCD ID: 9333006057 | 2,642.42 |
| 05/15 | 05/15 Online ACH Payment 4978093992 To Stoke Park Management (_########0690) | 5,546.44 |
| 05/15 | ADP Payroll Fees ADP - Fees 2R6PR  1621215 CCD ID: 9659605001 | 147.68 |
| 05/18 | 05/18 Online ACH Payment 4978122837 To Worth Medical Company LLC (_#####9708) | 11,456.13 |
| 05/18 | 05/18 Online ACH Payment 4978120424 To Nola Surg (_######9574) | 77.62 |
| 05/18 | 05/18 Online ACH Payment 4978120426 To Charles Holman (_####1355) | 3,532.95 |
| 05/18 | 05/18 Online ACH Payment 4978156853 To Charles Holman (_####1355) | 404.44 |
| 05/19 | 05/19 Online ACH Payment 4978207740 To Peter Herbst (_#####5359) | 6,467.78 |
| 05/22 | ADP Payroll Fees ADP - Fees 2R6PR  1931275 CCD ID: 9659605001 | 546.65 |
| 05/26 | Great-West Life  Payments  704905441259    CTX ID: 1000300000 | 3,861.20 |
| 05/28 | ADP TX/Fincl Svc ADP - Tax  6170534904536PR CCD ID: 9333006057 | 78,063.44 |
| 05/28 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 052902A01 CCD ID: 1223006057 | 34,792.49 |
| 05/28 | ADP TX/Fincl Svc ADP - Tax  6170534904546PR CCD ID: 9333006057 | 2,642.42 |
| 05/29 | ADP Payroll Fees ADP - Fees 2R6PR  2253756 CCD ID: 9659605001 | 18.12 |
| **Total Electronic Withdrawals** | | **$2,631,597.77** |



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15 | 05/15 Transfer To Chk Xxxxx9708 | $468,253.68 |
| **Total Fees & Other Withdrawals** | | **$468,253.68** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/01 | $708,615.90 | 05/07 | 634,726.05 |
| 05/04 | 699,292.15 | 05/08 | 598,836.49 |
| 05/05 | 1,153,535.88 | 05/11 | 2,281,115.77 |
| 05/06 | 635,635.35 | 05/12 | 2,070,029.06 |

Page 3 of 8

15-Feb-17                                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number 006470365890  Posting date 19-May-15 Amount 13343.70**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1431

5/18/2015

PAY TO THE
ORDER OF   Sherfield Medical Advisors                                          $ **13,343.70

Thirteen Thousand Three Hundred Forty-Three and 70/100************************************************ DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO                                                                    AUTHORIZED SIGNATURE

⑈001431⑈ ⑆111000614⑈          1228⑈

20150519007700861663  4105

20150519007700861663  4105

15-Feb-17                                                                                                                10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date   Amount



May 30, 2015 through June 30, 2015
Account Number: ██████████ 1228

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1432  ^ | | 06/23 | $15,838.94 |
| 1434  * ^ | | 06/04 | 47.63 |
| 1437  * ^ | | 06/01 | 450.45 |
| 1438  ^ | 05/30 | 06/01 | 200.00 |
| 1439  ^ | | 06/09 | 2,300.00 |
| 1440  ^ | | 06/09 | 1,280.82 |
| 1441  ^ | | 06/08 | 8,427.73 |
| 1442  ^ | | 06/11 | 1,175.16 |
| 1443  ^ | | 06/05 | 1,510.00 |
| 1444  ^ | | 06/10 | 322.64 |
| 1445  ^ | | 06/11 | 12,638.76 |
| 1446  ^ | | 06/17 | 92.05 |
| 1447  ^ | | 06/18 | 1,484.55 |
| 1448  ^ | | 06/15 | 200.00 |
| 1449  ^ | | 06/23 | 23,424.57 |
| 1450  ^ | | 06/23 | 198.59 |
| 1451  ^ | | 06/22 | 237.34 |
| 1452  ^ | | 06/26 | 994.95 |
| 1457  * ^ | 06/30 | 06/30 | 200.00 |
| 50107  * ^ | | 06/17 | 52.13 |
| 50122  * ^ | | 06/15 | 50.00 |
| 50124  * ^ | | 06/17 | 238.34 |
| 50125  ^ | | 06/17 | 1,139.05 |
| 50126  ^ | | 06/17 | 13,470.12 |
| 50127  ^ | | 06/30 | 356.43 |
| **Total Checks Paid** | | | **$86,330.25** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | 06/01 Online ACH Payment 4978776398 To Charles Holman (_####1355) | $447.09 |
| 06/01 | 06/01 Online ACH Payment 4978776400 To Branko (_#####3570) | 7,500.00 |
| 06/02 | Great-West Life  Payments  530008028263   CTX ID: 1000300000 | 2,355.29 |
| 06/05 | ADP Payroll Fees ADP - Fees 2R6PR   2874377 CCD ID: 9659605001 | 182.86 |
| 06/10 | 06/10 Online ACH Payment 4979259605 To Breimeister (_#####0977) | 72,650.00 |
| 06/11 | 06/11 Online ACH Payment 4979276225 To Peter Herbst (_#####5359) | 6,162.10 |
| 06/11 | 06/11 Online ACH Payment 4979276224 To Charles Holman (_####1355) | 263.80 |
| 06/11 | 06/11 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ID# 1700065868 6PR Tm: 5028400162Jo | 862,365.55 |
| 06/11 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 061203A01 CCD ID: 1223006057 | 97,276.84 |
| 06/11 | ADP TX/Fincl Svc ADP - Tax  7440349710856PR CCD ID: 9333006057 | 84,929.21 |
| 06/11 | ADP TX/Fincl Svc ADP - Tax  7440349710866PR CCD ID: 9333006057 | 2,642.42 |

GX935.057                                                                                                      DOJ_18CR368-0008856

**15-Feb-17**                                                                 **10Feb17-2376**

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 005380538548  Posting date 11-Jun-15 Amount 12638.76

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4340 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1445

6/10/2015

PAY TO THE
ORDER OF   Sherfield Medical Advisors

$ **12,638.76

Twelve Thousand Six Hundred Thirty-Eight and 76/100***************************************************** DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO

AUTHORIZED SIGNATURE

⑆00 1445⑆ ⑈11 1000614⑈ ⑈1228⑈

20150611007200032743  4108

20150611007200032743  4108

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
**Sequence number 005090361873  Posting date 13-Jul-15 Amount 15305.46**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX. 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX  77002
32-61/1110

1466

7/13/2015

PAY TO THE
ORDER OF   Sherfield Medical Advisors

$   **15,305.46

Fifteen Thousand Three Hundred Five and 46/100*************************************************   DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO

AUTHORIZED SIGNATURE

⑈001466⑈ ⑆111000614⑆ ▮▮▮▮ 1228⑈

20150713007700861526  4105

20150713007700861526  4105

**15-Feb-17**                                                                                    **10Feb17-2376**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
## GROUP ID G10Feb17-2376
### Sequence number 002080193418  Posting date 19-Aug-15 Amount 9462.59

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1502

9/18/2015

PAY TO THE
ORDER OF    Sherfield Medical Advisors                                    $ **9,462.59

Nine Thousand Four Hundred Sixty-Two and 59/100************************************************ DOLLARS

Sherfield Medical Advisors
2201 Brun Street
Houston, TX 77019

MEMO                                                        AUTHORIZED SIGNATURE

⑈00150 2⑈ ⑆111000614⑆ ⑈1228⑈

20150819007700868419  4105

15-Feb-17                                                                                      10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date  Amount

 CHASE

August 01, 2015 through August 31, 2015
Account Number:          ██████1228

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | 08/17 Online ACH Payment 4982461468 To Charles Holman (_####1355) | 552.26 |
| 08/17 | 08/17 Online ACH Payment 4982461278 To Nola Surg (_######9574) | 532.43 |
| 08/19 | 08/19 Online ACH Payment 4982505826 To Brian Ski (_#####6280) | 72,650.00 |
| 08/19 | 08/19 Online ACH Payment 4982505825 To Breimeister (_#####0977) | 72,650.00 |
| 08/20 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 082108A01 CCD ID: 1223006057 | 101,877.69 |
| 08/20 | ADP TX/Fincl Svc ADP - Tax  2000412327776PR CCD ID: 9333006057 | 91,277.64 |
| 08/20 | ADP TX/Fincl Svc ADP - Tax  2000412327786PR CCD ID: 9333006057 | 2,642.42 |
| 08/21 | ADP Payroll Fees ADP - Fees 2R6PR  3971238 CCD ID: 9659605001 | 278.84 |
| 08/26 | Great-West Life  Payments  700005767164   CTX ID: 1000300000 | 2,954.94 |
| 08/27 | 08/27 Online Transfer To Chk ...9550 Transaction#: 4840948423 | 411,573.00 |
| 08/27 | ADP TX/Fincl Svc ADP - Tax  7020394284916PR CCD ID: 9333006057 | 18,162.50 |
| 08/27 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 082809A01 CCD ID: 1223006057 | 7,200.00 |
| 08/28 | 08/28 Online ACH Payment 4983014163 To Charles Holman (_####1355) | 421.14 |
| 08/28 | 08/28 Online ACH Payment 4983014162 To Angelina Hollins (_######9949) | 1,831.16 |
| 08/28 | ADP Payroll Fees ADP - Fees 2R6PR  4282197 CCD ID: 9659605001 | 195.56 |
| | **Total Electronic Withdrawals** | **$1,623,195.23** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | 08/07 Transfer To Chk Xxxxx6280 | $100,000.00 |
| 08/17 | Account Analysis Settlement Charge | 2.77 |
| 08/18 | 08/18 Transfer To Chk Xxxxx9708 | 282,237.30 |
| | **Total Fees & Other Withdrawals** | **$382,240.07** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/03 | S364,371.80 | 08/13 | 2,206,044.32 | 08/24 | 800,484.03 |
| 08/04 | 1,380,948.72 | 08/14 | 1,479,851.03 | 08/25 | 798,850.28 |
| 08/05 | 1,379,344.50 | 08/17 | 1,478,503.99 | 08/26 | 795,895.34 |
| 08/06 | 1,308,365.09 | 08/18 | 1,196,617.95 | 08/27 | 983,959.84 |
| 08/07 | 1,208,217.36 | 08/19 | 1,002,062.56 | 08/28 | 981,511.98 |
| 08/10 | 1,190,501.96 | 08/20 | 801,577.14 | 08/31 | 981,417.33 |
| 08/12 | 1,149,233.76 | 08/21 | 800,999.20 | | |

Page 4 of 6

15-Feb-17

10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 005480777441  Posting date 16-Sep-15 Amount 5694.85

A VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM A

Phems LLC
4918 MAIN STREET, ST 110
ATTN PAYROLL
HOUSTON, TX 770029255

Payroll Check Number: S0152
Pay Date: 09/15/2015

Pay to the
order of:
This amount:

Sherfield Medical Advisors LLC

FIVE THOUSAND SIX HUNDRED NINETY FOUR AND 85/100

$5,694.85

Chase
TX

Sherfield Medical Advisors
918 W 41st Street
Houston, TX 77018

*scott Bremuster*

⑈ 50 15 2⑈   ⑈ 1 1 10006 14⑈█   ⑈ 12 28⑈

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

20150916007700863604  4104

A86169389

.0150916007700863604  4104

15-Feb-17                                                                                                          10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date   Amount



September 01, 2015 through September 30, 2015
Account Number: ▓▓▓▓1228

## CHECKS PAID   *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 50148  ^ | | 09/23 | 265.65 |
| 50150  * ^ | | 09/22 | 2,419.78 |
| 50152  * ^ | | 09/16 | 5,694.85 |
| 50153  ^ | | 09/22 | 306.29 |
| 50154  ^ | | 09/17 | 16,285.54 |
| 50155  ^ | | 09/24 | 977.43 |
| 50156  ^ | | 09/25 | 32,535.09 |
| 50157  ^ | | 09/18 | 1,250.81 |
| **Total Checks Paid** | | | **$101,179.16** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | 09/01 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref./Time/15:22 Imad: 0901B1Qgc04C016083 Trn: 5290900244Es | $200,000.00 |
| 09/02 | 09/02 Online ACH Payment 4983262849 To Douglas Qualset (_######2136) | 220.84 |
| 09/03 | 09/03 Online ACH Payment 4983328380 To Charles Holman (_####1355) | 87.57 |
| 09/03 | 09/03 Online ACH Payment 4983293766 To Branko (_#####3570) | 8,000.00 |
| 09/03 | ADP TX/Fincl Svc ADP - Tax  6990624590286PR CCD ID: 9333006057 | 76,721.37 |
| 09/03 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 090409A01 CCD ID: 1223006057 | 33,692.04 |
| 09/03 | ADP TX/Fincl Svc ADP - Tax  6990624590296PR CCD ID: 9333006057 | 2,642.42 |
| 09/04 | ADP Payroll Fees ADP - Fees 2R6PR  5181954 CCD ID: 9659605001 | 147.73 |
| 09/08 | 09/08 Online ACH Payment 4983487032 To Peter Herbst (_#####5359) | 9,291.40 |
| 09/09 | 09/09 Online Transfer To Chk ...6259 Transaction#: 4868206316 | 2,682.24 |
| 09/09 | 09/09 Online Transfer To Chk ...9550 Transaction#: 4868208882 | 1,149.53 |
| 09/09 | 09/09 Online Transfer To Chk ...0165 Transaction#: 4868218365 | 2,682.24 |
| 09/09 | 09/09 Online Transfer To Chk ...5235 Transaction#: 4868224713 | 1,149.53 |
| 09/10 | Great-West Life  Payments  560009221342   CTX ID: 1000300000 | 3,230.29 |
| 09/11 | ADP Payroll Fees ADP - Fees 2R6PR  5882232 CCD ID: 9659605001 | 340.88 |
| 09/14 | 09/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 2800064235 6PR Trn: 1239200257Jo | 694,937.37 |
| 09/14 | 09/14 Online ACH Payment 4983713072 To V Redko (_######7388) | 7,000.00 |
| 09/14 | 09/14 Online ACH Payment 4983715635 To Angelina Hollins (_######9949) | 1,486.51 |
| 09/14 | 09/14 Online ACH Payment 4983781232 To Rwg3 Holdings (_#####9599) | 75.00 |
| 09/14 | 09/14 Online ACH Payment 4983791169 To Precisehealth (_#########0001) | 129.32 |
| 09/14 | 09/14 Online ACH Payment 4983789890 To Kristan Gonzalez (_#####5386) | 311.73 |
| 09/14 | 09/14 Online ACH Payment 4983789193 To Charles Holman (_####1355) | 137.30 |
| 09/14 | 09/14 Online ACH Payment 4983793693 To Charles Holman (_####1355) | 1,200.17 |
| 09/14 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 091509A01 CCD ID: 1223006057 | 2,503.74 |
| 09/16 | 09/16 Online ACH Payment 4983895923 To Integrimed Consulting (_######4998) | 4,363.17 |
| 09/16 | 09/16 Online ACH Payment 4983934102 To Douglas Qualset (_######2136) | 117.55 |
| 09/17 | ADP TX/Fincl Svc ADP - Tax  2400639597556PR CCD ID: 9333006057 | 93,199.39 |
| 09/17 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 091810A01 CCD ID: 1223006057 | 43,427.23 |
| 09/17 | ADP TX/Fincl Svc ADP - Tax  2400639597566PR CCD ID: 9333006057 | 2,642.42 |
| 09/22 | 09/22 Online ACH Payment 4984131693 To Brian Ski (_#####6280) | 36,325.00 |
| 09/22 | 09/22 Online ACH Payment 4984131692 To Breimeister (_#####0977) | 36,325.00 |



Page 3 of 4

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
**Sequence number 003580169617 Posting date 08-Oct-15 Amount 1675.80**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

2622

10/6/2015

PAY TO THE ORDER OF Scott Breimeister $ **1,675.80

One Thousand Six Hundred Seventy-Five and 80/100********** DOLLARS

Scott Breimeister
2201 Brun Street
Houston, TX 77019

MEMO

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈002622⑈ ⑆111000614⑆ [redacted]550⑈

ALLEGIANCE BANK TEXAS
10/8/2015
12:13:45
THAZEN
TMID 429228115440222



15-Feb-17                                                                                              10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
Sequence number   Posting date   Amount



October 01, 2015 through October 30, 2015
Account Number: ██████████5235

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9331  ^ | | 10/01 | $75.00 |
| 9333  * ^ | | 10/02 | 1,184.26 |
| 9334  ^ | | 10/05 | 154.00 |
| 9335  ^ | 10/12 | 10/13 | 2,800.00 |
| 9336  ^ | | 10/22 | 198.00 |
| 9337  ^ | | 10/13 | 178.61 |
| 9338  ^ | | 10/22 | 75.00 |
| **Total Checks Paid** | | | **$4,664.87** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/02 | 10/02 Online Transfer To Chk ...9550 Transaction#: 4915924075 | $699,393.87 |
| 10/02 | Paymentech      Fee      5587566      CCD ID: 1020401225 | 39.95 |
| 10/08 | 10/08 Online ACH Payment 4985025973 To V Redko (_######7388) | 40,648.98 |
| 10/08 | 10/08 Online ACH Payment 4985026812 To Carr (_######7354) | 17,099.51 |
| 10/08 | 10/08 Online ACH Payment 4985025972 To Brian Ski (_#####6280) | 12,633.98 |
| 10/08 | 10/08 Online ACH Payment 4985026811 To Brian Ski (_#####6280) | 128,124.10 |
| 10/08 | 10/08 Online ACH Payment 4985025971 To Breimeister-Frost (_#####0977) | 12,633.98 |
| 10/08 | 10/08 Online ACH Payment 4985026809 To Breimeister-Frost (_#####0977) | 180,965.21 |
| 10/13 | ADT Security Ser Adtpapach 401298487      PPD ID: 8881323080 | 62.77 |
| 10/22 | AXA Equitable   Ins.      047233623      PPD ID: 9413799001 | 505.83 |
| 10/22 | ADP TX/Fincl Svc ADP - Tax  Rnxai 5609572Vv CCD ID: 1223006057 | 476.78 |
| 10/22 | Retail Solutions 20 Oa      1316066731      CCD ID: 2017 | 324.04 |
| 10/23 | ADP Payroll Fees ADP - Fees 8Yrnxai 7749345 CCD ID: 9659605001 | 85.52 |
| 10/29 | AXA Equitable   Ins.      047233938      PPD ID: 9413799001 | 387.11 |
| **Total Electronic Withdrawals** | | **$1,093,381.63** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/06 | 10/06 Transfer To Chk Xxxxx6280 | $400,000.00 |
| 10/09 | 10/09 Transfer To Chk Xxxxxx7388 | 392,559.11 |
| **Total Fees & Other Withdrawals** | | **$792,559.11** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/01 | $2,028,100.61 |
| 10/02 | 1,327,482.53 |
| 10/05 | 1,327,328.53 |
| 10/06 | 927,328.53 |
| 10/08 | 535,222.77 |
| 10/09 | 142,663.66 |

Page 2 of 4

15-Feb-17                                                                                        10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number   Posting date   Amount**



October 01, 2015 through October 30, 2015

Account Number:                 1228



## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | 10/06 Online ACH Payment 4984852507 To Bella Mill Medical (_###2776) | 828.99 |
| 10/07 | 10/07 Online ACH Payment 4984914418 To Michael Dieter- Boa (_########2946) | 10,000.00 |
| 10/07 | 10/07 Online ACH Payment 4984916169 To Marco Aguillon (_######6694) | 1,000.00 |
| 10/07 | Great-West Life  Payments   697906966758   CTX ID: 1000300000 | 2,802.63 |
| 10/09 | ADP Payroll Fees ADP - Fees 2R6PR   7248051 CCD ID: 9659605001 | 340.88 |
| 10/13 | 10/13 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5915400286Es | 268,187.28 |
| 10/14 | 10/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 0900076555 6PR Trn: 1423400287Jo | 780,317.88 |
| 10/14 | 10/14 Online ACH Payment 4985289536 To Worth Medical Company LLC (_#####9708) | 40,170.03 |
| 10/14 | 10/14 Online ACH Payment 4985289537 To Charles Holman (_####1355) | 2,602.81 |
| 10/14 | 10/14 Online ACH Payment 4985295471 To Charles Holman (_####1355) | 391.24 |
| 10/14 | 10/14 Online ACH Payment 4985295470 To Angelina Hollins (_#####9949) | 1,433.98 |
| 10/14 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 101511A01 CCD ID: 1223006057 | 2,699.17 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax 6920415186836PR CCD ID: 9333006057 | 91,575.67 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 101612A01 CCD ID: 1223006057 | 42,839.90 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 5575430Vv CCD ID: 1223006057 | 28,800.14 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax 6920415186846PR CCD ID: 9333006057 | 2,642.42 |
| 10/19 | 10/19 Online ACH Payment 4985472224 To Vladimir Redko MD, PA (_#######9108) | 8,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985581014 To Carr (_######7354) | 15,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985581013 To Brian Ski (_######6280) | 200,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985581012 To Breimeister-Frost (_#####0977) | 200,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985612639 To Kdc Marketing (_#####2605) | 2,742.15 |
| 10/21 | 10/21 Online ACH Payment 4985612638 To Avalon Medical (Koslosky) (_######3058) | 37,678.20 |
| 10/22 | Great-West Life  Payments  110012707825   CTX ID: 1000300000 | 2,643.31 |
| 10/23 | ADP Payroll Fees ADP - Fees 2R6PR   8155488 CCD ID: 9659605001 | 478.01 |
| 10/27 | 10/27 Online ACH Payment 4985849680 To Charles Holman (_####1355) | 355.84 |
| 10/27 | 10/27 Online ACH Payment 4985849679 To Angelina Hollins (_#####9949) | 1,383.53 |
| 10/27 | 10/27 Online ACH Payment 4985849677 To Akhila Katragadda (_####0051) | 34.87 |
| 10/29 | ADP TX/Fincl Svc ADP - Tax  5520368589546PR CCD ID: 9333006057 | 74,687.25 |
| 10/29 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 103013A01 CCD ID: 1223006057 | 31,374.71 |
| 10/29 | ADP TX/Fincl Svc ADP - Tax  5520368589556PR CCD ID: 9333006057 | 2,642.42 |
| 10/30 | ADP Payroll Fees ADP - Fees 2R6PR   8542713 CCD ID: 9659605001 | 18.12 |
| **Total Electronic Withdrawals** | | **$1,972,996.18** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | 10/06 Transfer To Chk Xxxxx6280 | $100,000.00 |
| 10/15 | Account Analysis Settlement Charge | 26.20 |
| **Total Fees & Other Withdrawals** | | **$100,026.20** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $172,536.15 | 10/07 | 1,605,312.59 | 10/14 | 1,330,898.38 |
| 10/02 | 167,521.75 | 10/08 | 1,604,456.64 | 10/15 | 1,165,014.05 |
| 10/05 | 151,714.50 | 10/09 | 1,604,045.85 | 10/16 | 1,152,544.81 |
| 10/06 | 50,031.75 | 10/13 | 2,149,549.03 | 10/19 | 1,127,782.06 |

Page 3 of 4

15-Feb-17                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 001470564758  Posting date 16-Oct-15 Amount 12199.16

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Pharms LLC
4010 MAIN STREET ST 110
ATTN PAYROLL
HOUSTON, TX 770929765

Payroll Check Number: 50165
Pay Date:                    10/15/2015

32-63A110

Pay to the
order of:       Sherfield Medical Advisors LLC
This amount:      TWELVE THOUSAND ONE HUNDRED NINETY NINE AND 16/100                    $12,199.16

Chase         Sherfield Medical Advisors
TX            918 W 41st Street
              Houston, TX 77018

*Scott Bruinsisters* (signature)

⑈50165⑈  ⑆110006141⑆       1228⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

B01555346    20151016008000203597  4107

20151016008000203597  4107

15-Feb-17                                                                                          10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date   Amount



October 31, 2015 through November 30, 2015
Account Number:                228

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/06 | ADP Eepay/Garnwc Eepay/Garn 6990637987496PR CCD ID: 9333006057 | 242.96 |
| 11/06 | ADP Tax/401K    Tax/401K   Rn6PR 110914A01 CCD ID: 1223006057 | 42.96 |
| 11/12 | ADP Eepay/Garnwc Eepay/Garn 4850370646726PR CCD ID: 9333006057 | 92,784.00 |
| 11/12 | ADP Tax/401K    Tax/401K   Rn6PR 111314A01 CCD ID: 1223006057 | 42,713.47 |
| 11/12 | ADP Eepay/Garnwc Eepay/Garn 4850370646736PR CCD ID: 9333006057 | 2,956.27 |
| 11/13 | 11/13 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 0300084344 6PR Trn: 1279300317Jo | 884,067.65 |
| 11/13 | 11/13 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5352800317Es | 326,829.96 |
| 11/13 | 11/13 Online ACH Payment 4986789753 To Fred Woodson (_##########2645) | 82.50 |
| 11/13 | 11/13 Online ACH Payment 4986809770 To Charles Holman (_####1355) | 324.98 |
| 11/13 | 11/13 Online ACH Payment 4986809769 To Angelina Hollins (_######9949) | 1,378.26 |
| 11/13 | ADP Tax/401K    Tax/401K   Rn6PR 111613A01 CCD ID: 1223006057 | 2,388.41 |
| 11/17 | 11/17 Online ACH Payment 4986919826 To Supreme Medical Solutions (_#####9643) | 11,015.97 |
| 11/17 | 11/17 Online ACH Payment 4986903845 To Avalon Medical (Koslosky) (_######3058) | 8,770.82 |
| 11/19 | 11/19 Online ACH Payment 4987026247 To Stoke Park Management (_########0690) | 958.95 |
| 11/19 | 11/19 Online ACH Payment 4987080598 To Breimeister-Frost (_#####0977) | 5,000.00 |
| 11/20 | ADP Payroll Fees ADP - Fees 2R6PR   9673811 CCD ID: 9659605001 | 508.63 |
| 11/23 | 11/23 Online ACH Payment 4987212785 To Angelina Hollins (_######9949) | 1,527.20 |
| 11/24 | 11/24 Online ACH Payment 4987306868 To Houston Technology Solutions (_######9635) | 9,501.47 |
| 11/24 | 11/24 Online ACH Payment 4987306867 To Douglas Qualset (_######2136) | 169.72 |
| 11/25 | 11/25 Online ACH Payment 4987385935 To Brian Ski (_#####6280) | 29,025.00 |
| 11/25 | 11/25 Online ACH Payment 4987385933 To Breimeister-Frost (_#####0977) | 29,025.00 |
| 11/25 | ADP Eepay/Garnwc Eepay/Garn 5670345660626PR CCD ID: 9333006057 | 69,055.37 |
| 11/25 | ADP Tax/401K    Tax/401K   Rn6PR 112715A01 CCD ID: 1223006057 | 29,632.80 |
| 11/25 | Great-West Life Payments  696741894581    CTX ID: 1000300000 | 2,376.73 |
| 11/25 | ADP Eepay/Garnwc Eepay/Garn 5670345660636PR CCD ID: 9333006057 | 461.54 |
| 11/30 | 11/30 Online ACH Payment 4987512373 To Carr (_######7354) | 1,091.60 |
| **Total Electronic Withdrawals** | | **$1,622,096.25** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 11/02 | $483,996.28 | 11/12 | 1,745,066.64 | 11/20 | 448,624.09 |
| 11/03 | 483,958.20 | 11/13 | 527,474.51 | 11/23 | 418,953.32 |
| 11/04 | 420,677.79 | 11/16 | 508,608.06 | 11/24 | 409,078.49 |
| 11/05 | 412,633.27 | 11/17 | 462,995.56 | 11/25 | 249,502.05 |
| 11/06 | 412,004.06 | 11/18 | 462,893.54 | 11/27 | 249,302.05 |
| 11/10 | 409,604.06 | 11/19 | 452,305.00 | 11/30 | 247,887.53 |

Page 3 of 4

15-Feb-17                                                                                      10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date  Amount



October 31, 2015 through November 30, 2015
Account Number: ████████228

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | ADP Eepay/Garnwc Eepay/Garn 6990637987496PR CCD ID: 9333006057 | 242.96 |
| 11/06 | ADP Tax/401K    Tax/401K  Rn6PR 110914A01 CCD ID: 1223006057 | 42.96 |
| 11/12 | ADP Eepay/Garnwc Eepay/Garn 4850370646726PR CCD ID: 9333006057 | 92,784.00 |
| 11/12 | ADP Tax/401K    Tax/401K  Rn6PR 111314A01 CCD ID: 1223006057 | 42,713.47 |
| 11/12 | ADP Eepay/Garnwc Eepay/Garn 4850370646736PR CCD ID: 9333006057 | 2,956.27 |
| 11/13 | 11/13 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ID# 0300084344 6PR Trn: 1279300317Jo | 884,067.65 |
| 11/13 | 11/13 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5352800317Es | 326,829.96 |
| 11/13 | 11/13 Online ACH Payment 4986789753 To Fred Woodson (_#########2645) | 82.50 |
| 11/13 | 11/13 Online ACH Payment 4986809770 To Charles Holman (_####1355) | 324.98 |
| 11/13 | 11/13 Online ACH Payment 4986809769 To Angelina Hollins (_######9949) | 1,378.26 |
| 11/13 | ADP Tax/401K    Tax/401K  Rn6PR 111613A01 CCD ID: 1223006057 | 2,388.41 |
| 11/17 | 11/17 Online ACH Payment 4986919826 To Supreme Medical Solutions (_#####9643) | 11,015.97 |
| 11/17 | 11/17 Online ACH Payment 4986903845 To Avalon Medical (Koslosky) (_######3058) | 8,770.82 |
| 11/19 | 11/19 Online ACH Payment 4987026247 To Stoke Park Management (_########0690) | 958.95 |
| 11/19 | 11/19 Online ACH Payment 4987080598 To Breimeister-Frost (_#####0977) | 5,000.00 |
| 11/20 | ADP Payroll Fees ADP - Fees 2R6PR  9673811 CCD ID: 9659605001 | 508.63 |
| 11/23 | 11/23 Online ACH Payment 4987212785 To Angelina Hollins (_######9949) | 1,527.20 |
| 11/24 | 11/24 Online ACH Payment 4987306868 To Houston Technology Solutions (_######9635) | 9,501.47 |
| 11/24 | 11/24 Online ACH Payment 4987306867 To Douglas Qualset (_######2136) | 169.72 |
| 11/25 | 11/25 Online ACH Payment 4987385935 To Brian Ski (_#####6280) | 29,025.00 |
| 11/25 | 11/25 Online ACH Payment 4987385933 To Breimeister-Frost (_#####0977) | 29,025.00 |
| 11/25 | ADP Eepay/Garnwc Eepay/Garn 5670345660626PR CCD ID: 9333006057 | 69,055.37 |
| 11/25 | ADP Tax/401K    Tax/401K  Rn6PR 112715A01 CCD ID: 1223006057 | 29,632.80 |
| 11/25 | Great-West Life Payments  696741894581    CTX ID: 1000300000 | 2,376.73 |
| 11/25 | ADP Eepay/Garnwc Eepay/Garn 5670345660636PR CCD ID: 9333006057 | 461.54 |
| 11/30 | 11/30 Online ACH Payment 4987512373 To Carr (_######7354) | 1,091.60 |
| **Total Electronic Withdrawals** | | **$1,622,096.25** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 11/02 | $483,996.28 | 11/12 | 1,745,066.64 | 11/20 | 448,624.09 |
| 11/03 | 483,958.20 | 11/13 | 527,474.51 | 11/23 | 418,953.32 |
| 11/04 | 420,677.79 | 11/16 | 508,608.06 | 11/24 | 409,078.49 |
| 11/05 | 412,633.27 | 11/17 | 462,995.56 | 11/25 | 249,502.05 |
| 11/06 | 412,004.06 | 11/18 | 462,893.54 | 11/27 | 249,302.05 |
| 11/10 | 409,604.06 | 11/19 | 452,305.00 | 11/30 | 247,887.53 |

Page 3 of 4

10Feb17-2376

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
### Sequence number 005690885017  Posting date 17-Nov-15 Amount 12688.91



Pharms LLC
4916 MAIN STREET ST 110
ATTN PAYROLL
HOUSTON, TX 770029788

Payroll Check Number: 50178
Pay Date:              11/16/2015

32-61/1110

Pay to the order of:
This amount:    Sherfield Medical Advisors LLC

TWELVE THOUSAND SIX HUNDRED EIGHTY EIGHT AND 91/100

**$12,688.91**

Chase
TX

Sherfield Medical Advisors
918 W 41st Street
Houston, TX 77018

*Scott Brumister*

⑈ 50178⑈  ⑈ 111000614⑈  ⑈ 1228⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

A94111005    20151117008000207775   4108

20151117008000207775   4108

15-Feb-17                                                                                    10Feb17-2376

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
## GROUP ID G10Feb17-2376
### Sequence number 008470340441  Posting date 16-Dec-15 Amount 12341.17



A 8 7 3 2 1 1 2 7  20151216008000202435   4108

15-Feb-17                                                                              10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount



January 01, 2016 through January 29, 2016
Account Number:  ▮▮▮▮▮▮▮1228



## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1637 ^ | | 01/25 | 203.62 |
| 1638 ^ | | 01/26 | 293.90 |
| 1640 * ^ | | 01/26 | 129.86 |
| 1641 ^ | | 01/22 | 821.44 |
| 1642 ^ | | 01/29 | 4,012.68 |
| 1643 ^ | | 01/26 | 250.13 |
| 1645 * ^ | 01/23 | 01/25 | 200.00 |
| 1648 * ^ | | 01/25 | 300.00 |
| 1651 * ^ | | 01/29 | 3,600.00 |
| 50185 * ^ | | 01/06 | 1,333.41 |
| 50190 * ^ | | 01/25 | 175.46 |
| 50191 ^ | | 01/20 | 2,367.42 |
| 50192 ^ | | 01/19 | 330.89 |
| 50193 ^ | | 01/21 | 713.81 |
| 50194 ^ | | 01/20 | 383.33 |
| 50195 ^ | | 01/29 | 39.92 |
| 50197 * ^ | | 01/25 | 264.41 |
| 50198 ^ | | 01/20 | 8,779.58 |
| **Total Checks Paid** | | | **$118,544.54** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | 01/04 Online ACH Payment 4989219721 To Charles Holman (_####1355) | $3,079.51 |
| 01/04 | 01/04 Online ACH Payment 4989219720 To Angelina Hollins (_#######9949) | 3,356.81 |
| 01/04 | 01/04 Online ACH Payment 4989252411 To Branko (_#####3570) | 8,000.00 |
| 01/04 | ADP Payroll Fees ADP - Fees 2R6PR   1646953 CCD ID: 9659605001 | 211.27 |
| 01/06 | 01/06 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/08:01 Imad: 0106B1Qgc05C000863 Trn: 5045300005Es | 132,253.00 |
| 01/06 | 01/06 Online ACH Payment 4989403605 To Houston Technology Solutions (_#######9635) | 20,650.00 |
| 01/07 | 01/07 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 0700080807 6PR Trn: 1373100007Jo | 173,074.75 |
| 01/07 | ADP Tax/401K    Tax/401K  Rn6PR 010801A01 CCD ID: 1223006057 | 258,034.01 |
| 01/07 | ADP Eepay/Gamwc Eepay/Gam 5030388278606PR CCD ID: 9333006057 | 461.54 |
| 01/08 | 01/08 Online Wire Transfer Via: Bank of America N A/0959 A/C: Bank of America, N.A. Dallas TX Ben: Stacey Verdun-Mayeur Webster TX 77598 US Ssn: 0352471 Trn: 4080200008Es | 1,105.23 |
| 01/13 | 01/13 Online ACH Payment 4989744088 To Angelina Hollins (_#######9949) | 808.83 |
| 01/13 | Great-West Life Payments   690008361466     CTX ID: 1000300000 | 41,958.02 |
| 01/14 | 01/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 6450046730 6PR Trn: 1739200014Jo | 1,256,695.66 |
| 01/14 | ADP Tax/401K    Tax/401K  Rn6PR 011502A01 CCD ID: 1223006057 | 764.08 |
| 01/15 | 01/15 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 4207400015Es | 255,328.82 |
| 01/15 | 01/15 Online ACH Payment 4989860678 To Madrid Exp Report (_#####1317) | 942.05 |
| 01/15 | ADP Payroll Fees ADP - Fees 2R6PR   2207588 CCD ID: 9659605001 | 335.54 |
| 01/19 | ADP Payroll Fees ADP - Fees 2R6PR   2884421 CCD ID: 9659605001 | 716.00 |



Page 3 of 6

15-Feb-17                                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount



January 30, 2016 through February 29, 2016

Account Number: ████████1228

## ELECTRONIC WITHDRAWALS



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/01 | 02/01 Online Transfer To Chk ...9550 Transaction#: 5166931577 | $225,000.00 |
| 02/01 | 02/01 Online ACH Payment 4990611393 To Angelina Hollins (_######9949) | 1,596.39 |
| 02/01 | 02/01 Online ACH Payment 4990613319 To Breimeister- Allegiance (_######9761) | 3,970.95 |
| 02/04 | 02/04 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 0300086315 6PR Trn: 1608200035Jo | 180,857.06 |
| 02/04 | 02/04 Online ACH Payment 4990812529 To Miki Eror (_#####7270) | 87.27 |
| 02/04 | 02/04 Online ACH Payment 4990849996 To Branko (_#####3570) | 8,002.06 |
| 02/04 | ADP Tax/401K    Tax/401K  Rn6PR 020503A01 CCD ID: 1223006057 | 73,184.53 |
| 02/04 | ADP Eepay/Garnwc Eepay/Garn 6380597139246PR CCD ID: 9333006057 | 461.54 |
| 02/05 | ADP Payroll Fees ADP - Fees 2R6PR  4464675 CCD ID: 9659605001 | 144.54 |
| 02/10 | 02/10 Online ACH Payment 4991139019 To Marco Aguillon (_######6694) | 739.88 |
| 02/10 | Great-West Life  Payments  696974552134    CTX ID: 1000300000 | 14,934.45 |
| 02/11 | 02/11 Online ACH Payment 4991165052 To LA'Stesha Smith (_##########3958) | 75.00 |
| 02/12 | 02/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 5600052193 6PR Trn: 1242400043Jo | 1,033,631.17 |
| 02/12 | 02/12 Online ACH Payment 4991282109 To Angelina Hollins (_######9949) | 970.59 |
| 02/12 | 02/12 Online Transfer To Chk ...9550 Transaction#: 5190559222 | 11,486.38 |
| 02/12 | 02/12 Online Transfer To Chk ...5235 Transaction#: 5190557273 | 3,441.00 |
| 02/12 | ADP Payroll Fees ADP - Fees 2R6PR  4749141 CCD ID: 9659605001 | 560.79 |
| 02/12 | ADP Payroll Fees ADP - Fees 2R6PR  4749142 CCD ID: 9659605001 | 328.84 |
| 02/16 | 02/15 Online ACH Payment 4991330091 To Marco Aguillon (_######6694) | 1,497.64 |
| 02/16 | 02/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5371100047Es | 203,717.29 |
| 02/18 | 02/18 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 2800068502 6PR Trn: 1461300049Jo | 186,972.63 |
| 02/18 | 02/18 Online Transfer To Chk ...0512 Transaction#: 5204759305 | 10,287.61 |
| 02/18 | 02/18 Online Transfer To Chk ...9550 Transaction#: 5204816177 | 9,712.39 |
| 02/18 | ADP Tax/401K    Tax/401K  Rn6PR 021904A01 CCD ID: 1223006057 | 77,374.10 |
| 02/18 | ADP Eepay/Garnwc Eepay/Garn 6190383899126PR CCD ID: 9333006057 | 461.54 |
| 02/18 | ADP Eepay/Garnwc Eepay/Garn 6190383899116PR CCD ID: 9333006057 | 75.00 |
| 02/19 | 02/19 Online ACH Payment 4991555548 To Angelina Hollins (_######9949) | 2,007.12 |
| 02/19 | 02/19 Online Wiro Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Houston TX 77018 US Ref:/Time/16:38 Imad: 0219B1Gqco06C011705 Trn: 4907200050Es | 100,000.00 |
| 02/19 | ADP Payroll Fees ADP - Fees 2R6PR  5414296 CCD ID: 9659605001 | 278.27 |
| 02/23 | 02/23 Online ACH Payment 4991707990 To Carr (_######7354) | 50,000.00 |
| 02/23 | 02/23 Online ACH Payment 4991707989 To Brian Ski (_#####6280) | 100,000.00 |
| 02/23 | 02/23 Online ACH Payment 4991707988 To Breimeister-Frost (_#####0977) | 100,000.00 |
| 02/24 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 44,052.34 |
| 02/24 | Great-West Life  Payments  460009792957    CTX ID: 1000300000 | 15,930.43 |
| 02/26 | ADP Eepay/Garnwc Eepay/Garn 4175370934316PR CCD ID: 9333006057 | 520.33 |
| 02/26 | ADP Payroll Fees ADP - Fees 2R6PR  6349131 CCD ID: 9659605001 | 261.00 |
| 02/26 | ADP Tax/401K    Tax/401K  Rn6PR 022905A01 CCD ID: 1223006057 | 113.96 |
| 02/29 | 02/29 Online Transfer To Chk ...9550 Transaction#: 5227552002 | 200,000.00 |
| | **Total Electronic Withdrawals** | **$2,662,734.09** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/16 | Account Analysis Settlement Charge | $16.59 |
| | **Total Fees & Other Withdrawals** | **$16.59** |

Your service charges, fees and earnings credit have been calculated through account analysis.

Page 3 of 4

15-Feb-17                                                                                          10Feb17-2436

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2436
Sequence number   Posting date   Amount



January 30, 2016 through February 29, 2016
Account Number:                    9708

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2154  ^ | | 02/10 | $400,000.00 |
| 2155  ^ | | 02/22 | 18,500.00 |
| 2156  ^ | | 02/26 | 2,615.00 |
| **Total Checks Paid** | | | **$421,115.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | ATM Withdrawal        02/04 3200 E Airfield DR Dallas TX Card 1962 | $500.00 |
| 02/08 | Non-Chase ATM Withdraw 02/08 *Crescent Court Dallas TX Card 1962 | 103.00 |
| 02/16 | Card Purchase        02/12 Sunglass Hut 3476 Aventura FL Card 1962 | 224.70 |
| **Total ATM & Debit Card Withdrawals** | | **$827.70** |

## ATM & DEBIT CARD SUMMARY

Nidia Martinez  Card 1962

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $603.00 |
| | Total Card Purchases | $224.70 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $603.00 |
| | Total Card Purchases | $224.70 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | American Express ACH Pmt   W9272       Web ID: 2005032111 | $3,531.15 |
| 02/02 | 62069 The Ashton Rent       47214233     Web ID: 1861072180 | 4,906.68 |
| 02/03 | American Express ACH Pmt   M1664       Web ID: 2005032111 | 4,220.31 |
| 02/04 | 02/04 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Don Aquino North Hills CA 91343 US Ref: Payment/Acc/Org CR Pty Aba/121042882 Wellsfargo Bank, National Associa T 770 1 Soquel DR Imad: 0204B1Qgc03C000554 Trn: 3502600035Es | 10,000.00 |
| 02/08 | 02/08 Online Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Houston TX 77002 US Ref:/Bnf/Loan Repayment/Time/10:37 Imad: 0208B1Qgc06C003862 Trn: 3945700039Es | 10,500.00 |
| 02/08 | American Express ACH Pmt   W2570       Web ID: 2005032111 | 487.37 |
| 02/08 | Ambit          Ambit          PPD ID: 203544597 | 201.00 |
| 02/09 | American Express ACH Pmt   W7406       Web ID: 2005032111 | 3,000.00 |
| 02/16 | 02/16 Online Wire Transfer Via: TD Bank, NA/036001808 A/C: Avalon Medical LLC Newtown Square PA 19073 US Ref: Jan Imad: 0216B1Qgc02C003464 Trn: 4475700047Es | 7,400.00 |
| 02/16 | American Express ACH Pmt   M6430       Web ID: 2005032111 | 5,000.00 |
| 02/16 | Entergy New Orle Bank Draft       PPD ID: 1720273040 | 64.36 |
| 02/16 | Paypal          Inst Xfer  Moneyreport     Web ID: Paypalsi77 | 38.20 |
| 02/17 | American Express ACH Pmt   W3810       Web ID: 2005032111 | 3,700.00 |
| 02/18 | 02/18 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Don Aquino North Hills CA 91343 US Ref: Final Payment/Acc/Org CR Pty Aba/121042882 Wellsfargo Bank, National A Ssociat 770 1 Soquel DR Imad: 0218B1Qgc06C000698 Trn: 3376700049Es | 4,500.00 |

Page 2 of 4

15-Feb-17                                                                                          10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date  Amount



January 30, 2016 through February 29, 2016

Account Number: ▆▆▆▆▆▆1228



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 02/01 | 02/01 Online Transfer To Chk ...9550 Transaction#: 5166931577 | $225,000.00 |
| 02/01 | 02/01 Online ACH Payment 4990611393 To Angelina Hollins (_######9949) | 1,596.39 |
| 02/01 | 02/01 Online ACH Payment 4990613319 To Breimeister- Allegiance (_######9761) | 3,970.95 |
| 02/04 | 02/04 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 0300086315 6PR Trn: 1608200035Jo | 180,857.06 |
| 02/04 | 02/04 Online ACH Payment 4990812529 To Miki Eror (_#####7270) | 87.27 |
| 02/04 | 02/04 Online ACH Payment 4990849996 To Branko (_#####3570) | 8,002.06 |
| 02/04 | ADP Tax/401K     Tax/401K  Rn6PR 020503A01 CCD ID: 1223006057 | 73,184.53 |
| 02/04 | ADP Eepay/Garnwc Eepay/Garn 6380597139246PR CCD ID: 9333006057 | 461.54 |
| 02/05 | ADP Payroll Fees ADP - Fees 2R6PR  4464675 CCD ID: 9659605001 | 144.54 |
| 02/10 | 02/10 Online ACH Payment 4991139019 To Marco Aguilon (_######6694) | 739.88 |
| 02/10 | Great-West Life  Payments  696974552134    CTX ID: 1000300000 | 14,934.45 |
| 02/11 | 02/11 Online ACH Payment 4991165052 To LA'Stesha Smith (_##########3958) | 75.00 |
| 02/12 | 02/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 5600052193 6PR Trn: 1242400043Jo | 1,033,631.17 |
| 02/12 | 02/12 Online ACH Payment 4991282109 To Angelina Hollins (_######9949) | 970.59 |
| 02/12 | 02/12 Online Transfer To Chk ...9550 Transaction#: 5190559222 | 11,486.38 |
| 02/12 | 02/12 Online Transfer To Chk ...5235 Transaction#: 5190557273 | 3,441.00 |
| 02/12 | ADP Payroll Fees ADP - Fees 2R6PR   4749141 CCD ID: 9659605001 | 560.79 |
| 02/12 | ADP Payroll Fees ADP - Fees 2R6PR   4749142 CCD ID: 9659605001 | 328.84 |
| 02/16 | 02/15 Online ACH Payment 4991330091 To Marco Aguillon (_######6694) | 1,497.64 |
| 02/16 | 02/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5371100047Es | 203,717.29 |
| 02/18 | 02/18 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 2800068502 6PR Trn: 1461300049Jo | 186,972.63 |
| 02/18 | 02/18 Online Transfer To Chk ...0512 Transaction#: 5204759305 | 10,287.61 |
| 02/18 | 02/18 Online Transfer To Chk ...9550 Transaction#: 5204816177 | 9,712.39 |
| 02/18 | ADP Tax/401K     Tax/401K  Rn6PR 021904A01 CCD ID: 1223006057 | 77,374.10 |
| 02/18 | ADP Eepay/Garnwc Eepay/Garn 6190383899126PR CCD ID: 9333006057 | 461.54 |
| 02/18 | ADP Eepay/Garnwc Eepay/Garn 6190383899116PR CCD ID: 9333006057 | 75.00 |
| 02/19 | 02/19 Online ACH Payment 4991555548 To Angelina Hollins (_######9949) | 2,007.12 |
| 02/19 | 02/19 Online Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Houston TX 77018 US Ref:/Time/16:38 Imad: 0219B1Gqc06C011705 Trn: 4907200050Es | 100,000.00 |
| 02/19 | ADP Payroll Fees ADP - Fees 2R6PR  5414296 CCD ID: 9659605001 | 278.27 |
| 02/23 | 02/23 Online ACH Payment 4991707990 To Carr (_######7354) | 50,000.00 |
| 02/23 | 02/23 Online ACH Payment 4991707989 To Brian Ski (_#####6280) | 100,000.00 |
| 02/23 | 02/23 Online ACH Payment 4991707988 To Breimeister-Frost (_#####0977) | 100,000.00 |
| 02/24 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 44,052.34 |
| 02/24 | Great-West Life  Payments   460009792957    CTX ID: 1000300000 | 15,930.43 |
| 02/26 | ADP Eepay/Garnwc Eepay/Garn 4175370934316PR CCD ID: 9333006057 | 520.33 |
| 02/26 | ADP Payroll Fees ADP - Fees 2R6PR  6349131 CCD ID: 9659605001 | 261.00 |
| 02/26 | ADP Tax/401K     Tax/401K  Rn6PR 022905A01 CCD ID: 1223006057 | 113.96 |
| 02/29 | 02/29 Online Transfer To Chk ...9550 Transaction#: 5227552002 | 200,000.00 |
| | **Total Electronic Withdrawals** | **$2,662,734.09** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 02/16 | Account Analysis Settlement Charge | $16.59 |
| | **Total Fees & Other Withdrawals** | **$16.59** |

Your service charges, fees and earnings credit have been calculated through account analysis.

Page 3 of 4

GX935.075                                                          DOJ_18CR368-0009205

15-Feb-17                                                                                          10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount



January 30, 2016 through February 29, 2016

Account Number: ██████1228



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | 02/01 Online Transfer To Chk ...9550 Transaction#: 5166931577 | $225,000.00 |
| 02/01 | 02/01 Online ACH Payment 4990611393 To Angelina Hollins (_######9949) | 1,596.39 |
| 02/01 | 02/01 Online ACH Payment 4990613319 To Breimeister- Allegiance (_######9761) | 3,970.95 |
| 02/04 | 02/04 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 0300086315 6PR Trn: 1608200035Jo | 180,857.06 |
| 02/04 | 02/04 Online ACH Payment 4990812529 To Miki Eror (_#####7270) | 87.27 |
| 02/04 | 02/04 Online ACH Payment 4990849996 To Branko (_#####3570) | 8,002.06 |
| 02/04 | ADP Tax/401K    Tax/401K  Rn6PR 020503A01 CCD ID: 1223006057 | 73,184.53 |
| 02/04 | ADP Eepay/Garnwc Eepay/Garn 6380597139246PR CCD ID: 9333006057 | 461.54 |
| 02/05 | ADP Payroll Fees ADP - Fees 2R6PR  4464675 CCD ID: 9659605001 | 144.54 |
| 02/10 | 02/10 Online ACH Payment 4991139019 To Marco Aguillon (_######6694) | 739.88 |
| 02/10 | Great-West Life  Payments  696974552134   CTX ID: 1000300000 | 14,934.45 |
| 02/11 | 02/11 Online ACH Payment 4991165052 To LA'Stesha Smith (_##########3958) | 75.00 |
| 02/12 | 02/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 5600052193 6PR Trn: 1242400043Jo | 1,033,631.17 |
| 02/12 | 02/12 Online ACH Payment 4991282109 To Angelina Hollins (_######9949) | 970.59 |
| 02/12 | 02/12 Online Transfer To Chk ...9550 Transaction#: 5190559222 | 11,486.38 |
| 02/12 | 02/12 Online Transfer To Chk ...5235 Transaction#: 5190557273 | 3,441.00 |
| 02/12 | ADP Payroll Fees ADP - Fees 2R6PR  4749141 CCD ID: 9659605001 | 560.79 |
| 02/12 | ADP Payroll Fees ADP - Fees 2R6PR  4749142 CCD ID: 9659605001 | 328.84 |
| 02/16 | 02/15 Online ACH Payment 4991330091 To Marco Aguillon (_######6694) | 1,497.64 |
| 02/16 | 02/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5371100047Es | 203,717.29 |
| 02/18 | 02/18 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 2800068502 6PR Trn: 1461300049Jo | 186,972.63 |
| 02/18 | 02/18 Online Transfer To Chk ...0512 Transaction#: 5204759305 | 10,287.61 |
| 02/18 | 02/18 Online Transfer To Chk ...9550 Transaction#: 5204816177 | 9,712.39 |
| 02/18 | ADP Tax/401K    Tax/401K  Rn6PR 021904A01 CCD ID: 1223006057 | 77,374.10 |
| 02/18 | ADP Eepay/Garnwc Eepay/Garn 6190383899126PR CCD ID: 9333006057 | 461.54 |
| 02/18 | ADP Eepay/Garnwc Eepay/Garn 6190383899116PR CCD ID: 9333006057 | 75.00 |
| 02/19 | 02/19 Online ACH Payment 4991555548 To Angelina Hollins (_######9949) | 2,007.12 |
| 02/19 | 02/19 Online Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Houston TX 77018 US Ref:/Time/16:38 Imad: 0219B1Gqc06C011705 Trn: 4907200050Es | 100,000.00 |
| 02/19 | ADP Payroll Fees ADP - Fees 2R6PR  5414296 CCD ID: 9659605001 | 278.27 |
| 02/23 | 02/23 Online ACH Payment 4991707990 To Carr (_######7354) | 50,000.00 |
| 02/23 | 02/23 Online ACH Payment 4991707989 To Brian Ski (_#####6280) | 100,000.00 |
| 02/23 | 02/23 Online ACH Payment 4991707988 To Breimeister-Frost (_#####0977) | 100,000.00 |
| 02/24 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 44,052.34 |
| 02/24 | Great-West Life  Payments  460009792957   CTX ID: 1000300000 | 15,930.43 |
| 02/26 | ADP Eepay/Garnwc Eepay/Garn 4175370934316PR CCD ID: 9333006057 | 520.33 |
| 02/26 | ADP Payroll Fees ADP - Fees 2R6PR  6349131 CCD ID: 9659605001 | 261.00 |
| 02/26 | ADP Tax/401K    Tax/401K  Rn6PR 022905A01 CCD ID: 1223006057 | 113.96 |
| 02/29 | 02/29 Online Transfer To Chk ...9550 Transaction#: 5227552002 | 200,000.00 |
| | **Total Electronic Withdrawals** | **$2,662,734.09** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16 | Account Analysis Settlement Charge | $16.59 |
| | **Total Fees & Other Withdrawals** | **$16.59** |

Your service charges, fees and earnings credit have been calculated through account analysis.

Page 3 of 4

15-Feb-17                                                                                                10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number   Posting date   Amount

 **CHASE**

March 01, 2016 through March 31, 2016
Account Number: ████████9550

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | Tmesys LLC      Claim Pmt  5900952        CCD ID: 9886367001 | 5,804.43 |
| 03/08 | Tmesys LLC      Claim Pmt  5900952        CCD ID: 9886367001 | 4,964.41 |
| 03/09 | Remote Online Deposit          1 | 56,301.59 |
| 03/09 | The Hartford      627Cipropr          PPD ID: 9632559761 | 59,384.73 |
| 03/09 | Argus Health Sys Hcclaimpmt 900563357        CCD ID: 2363569642 | 2,168.52 |
| 03/09 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 344.75 |
| 03/10 | Fedwire Credit Via: The Bank of New York Mellon/021000018 B/O: Worth Insurance CO, A PC of Cig Insallas TX 75201-1860 Ref: Chase Nyc/Ctr/Bnf=Alternative Medicine And Pharmacy Houston, TX 770029 765/Ac-00000002328 Rfb=O/B Bk of N Yc Bbi=/Bnf/5Xj028616 Imad: 0310B1Q8153C004901 Trn: 4242609070Ff | 2,000,000.00 |
| 03/10 | Remote Online Deposit          1 | 1,143.95 |
| 03/10 | Remote Online Deposit          1 | 10.00 |
| 03/10 | Argus Health Sys Hcclaimpmt 901177334        CCD ID: 0363569642 | 12,361.28 |
| 03/10 | Argus Health Sys Hcclaimpmt 901172419        CCD ID: 0363569642 | 6,285.16 |
| 03/10 | Natl Pharmaceuti Hcclaimpmt 5900952          CCD ID: 9470764793 | 5,299.98 |
| 03/10 | Argus Health Sys Hcclaimpmt 901170749        CCD ID: 0363569642 | 4,172.23 |
| 03/10 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 991.09 |
| 03/11 | Fedwire Credit Via: Frost Bank/114000093 B/O: Scott Alan Breimeister Houston TX 77018 Ref: Chase Nyc/Ctr/Bnf=Alternative Medicine And Pharmacy Houston, TX 770029 765/Ac-00000002328 Rfb=O/B Frost B Ank Obi=Loan Repayment To Brian Imad: 0311K4Qia01C001851 Trn: 5851509071Ff | 1,200,000.00 |
| 03/11 | Argus Health Sys Hcclaimpmt 901120774        CCD ID: 9363569642 | 11,618.28 |
| 03/11 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 580.75 |
| 03/14 | Rx Options LLC  Paymentjnl Fachc161333        CCD ID: 2260676699 | 2,794.62 |
| 03/14 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 656.32 |
| 03/14 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 515.10 |
| 03/15 | Remote Online Deposit          1 | 213,604.39 |
| 03/16 | Argus Health Sys Hcclaimpmt 901133766        CCD ID: 9363569642 | 43,683.25 |
| 03/16 | Argus Health Sys Hcclaimpmt 901186163        CCD ID: 0363569642 | 8,182.47 |
| 03/16 | Argus Health Sys Hcclaimpmt 901180846        CCD ID: 0363569642 | 1,003.90 |
| 03/16 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 176.49 |
| 03/17 | Remote Online Deposit          1 | 78,714.96 |
| 03/17 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 215.95 |
| 03/18 | Remote Online Deposit          1 | 904.31 |
| 03/18 | Deposit      798868332 | 83.60 |
| 03/18 | Remote Online Deposit          1 | 30.00 |
| 03/18 | Deposit      798868331 | 1.20 |
| 03/18 | Rx Options LLC  Paymentjnl Fachc164279        CCD ID: 2260676699 | 7,147.50 |
| 03/18 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 544.35 |
| 03/21 | Remote Online Deposit          1 | 5,621.65 |
| 03/21 | Tmesys LLC      Claim Pmt  5900952        CCD ID: 9886367001 | 29,321.08 |
| 03/21 | Rx Options LLC  Paymentjnl Fachc163322        CCD ID: 2260676699 | 1,203.04 |
| 03/21 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 731.85 |
| 03/21 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 306.39 |
| 03/22 | Remote Online Deposit          1 | 123,010.48 |
| 03/22 | Tmesys LLC      Claim Pmt  5900952        CCD ID: 9886367001 | 41,412.16 |
| 03/22 | Argus Health Sys Hcclaimpmt 901195944        CCD ID: 0363569642 | 12,604.27 |
| 03/22 | Argus Health Sys Hcclaimpmt 901190086        CCD ID: 0363569642 | 4,162.13 |
| 03/22 | Argus Health Sys Hcclaimpmt 900578019        CCD ID: 2363569642 | 390.97 |
| 03/23 | Deposit      809398353 | 158.00 |
| 03/23 | Hrtland Pmt Sys  Txns/Fees 650000007656302 CCD ID: Wfbehps001 | 1,064.25 |
| 03/23 | Check Center  Ccc Merchs Xmt000013614753 CCD ID: 6680002483 | 50.00 |



Page 3 of 10

15-Feb-17                                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount

**CHASE** ⬠

March 01, 2016 through March 31, 2016
Account Number: ███████1228

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/07 | 03/07 Online Transfer To Chk ...3825 Transaction#: 5244881453 | 25,000.00 |
| 03/09 | 03/09 Online ACH Payment 4992498938 To Branko (_#####3570) | 8,000.00 |
| 03/09 | Great-West Life  Payments  706774291070   CTX ID: 1000300000 | 14,165.49 |
| 03/10 | 03/10 Online ACH Payment 4992637052 To Accttwo (_#####2372) | 11,528.63 |
| 03/11 | ADP Eepay/Garnwc Eepay/Garn 6010378846606PR CCD ID: 9333006057 | 633.62 |
| 03/11 | ADP Payroll Fees ADP - Fees 2R6PR   9337436 CCD ID: 9659605001 | 409.98 |
| 03/11 | ADP Tax/401K    Tax/401K  Rn6PR 031406A01 CCD ID: 1223006057 | 150.21 |
| 03/14 | 03/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 1100077380 6PR Trn: 0979600074Jo | 1,163,963.86 |
| 03/15 | 03/15 Online ACH Payment 4992829613 To Dilley Project (_#####3366) | 18,417.12 |
| 03/15 | 03/15 Online ACH Payment 4992832924 To Angelina Hollins (_######9949) | 1,623.82 |
| 03/15 | 03/15 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/16:05 Imad: 0315B1Qgc07C004469 Trn: 4489200075Es | 1,200,000.00 |
| 03/15 | 03/15 Online Wire Transfer Via: Bk of Nyc/021000018 A/C: Pershing LLC Ref: Ffc: Worth Insurance CO, A PC of Cig Ins CO/Ffc Acct#: 5Xj028616 Imad: 0315B1Qgc06C009183 Trn: 4489800075Es | 2,000,000.00 |
| 03/15 | 03/15 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5203500075Es | 171,015.65 |
| 03/16 | 03/16 Online ACH Payment 4992892207 To Kyle Wolfe Marketing (_####3144) | 12,500.00 |
| 03/17 | 03/17 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 7150039682 6PR Trn: 1341300077Jo | 199,362.99 |
| 03/17 | ADP Tax/401K    Tax/401K  Rn6PR 031806A02 CCD ID: 1223006057 | 82,801.62 |
| 03/17 | ADP Eepay/Garnwc Eepay/Garn 7720386884346PR CCD ID: 9333006057 | 79,275.81 |
| 03/17 | ADP Tax/401K    Tax/401K  Rn6PR 031806A01 CCD ID: 1223006057 | 25,691.91 |
| 03/17 | ADP Eepay/Garnwc Eepay/Garn 7720386884356PR CCD ID: 9333006057 | 616.16 |
| 03/21 | 03/21 Online ACH Payment 4993110779 To Angelina Hollins (_######9949) | 480.70 |
| 03/23 | 03/23 Online ACH Payment 4993240150 To Mac Brown Partners (_######6925) | 221.56 |
| 03/24 | 03/24 Online ACH Payment 4993270540 To Brian Ski (_#####6280) | 200,000.00 |
| 03/24 | 03/24 Online ACH Payment 4993270538 To Breimeister-Frost (_#####0977) | 200,000.00 |
| 03/24 | Great-West Life  Payments  697208978849   CTX ID: 1000300000 | 23,532.16 |
| 03/25 | ADP Payroll Fees ADP - Fees 2R6PR   4365722 CCD ID: 9659605001 | 833.54 |
| 03/28 | 03/28 Online Transfer To Chk ...0165 Transaction#: 5288294326 | 150,000.00 |
| 03/28 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 113,833.45 |
| 03/29 | 03/29 Online ACH Payment 4993484556 To Angelina Hollins (_######9949) | 1,043.93 |
| 03/29 | ADP Tax/401K    Tax/401K  Rn6PR 033007A01 CCD ID: 1223006057 | 493.97 |
| 03/31 | 03/31 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 3600066196 6PR Trn: 1449200091Jo | 193,077.87 |
| 03/31 | 03/31 Online ACH Payment 4993628523 To Medcillary Med Group (_#####7122) | 683.85 |
| 03/31 | ADP Tax/401K    Tax/401K  Rn6PR 040107A01 CCD ID: 1223006057 | 75,601.62 |
| 03/31 | ADP Eepay/Garnwc Eepay/Garn 5640365682076PR CCD ID: 9333006057 | 616.16 |
| **Total Electronic Withdrawals** | | **$6,272,642.01** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/24 | 03/24 Transfer To Chk Xxxxxx7354 | $100,000.00 |
| **Total Other Withdrawals** | | **$100,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/15 | Account Analysis Settlement Charge | $1.00 |
| **Total Fees** | | **$1.00** |

Page 4 of 8

15-Feb-17

10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount

## CHASE ○

March 01, 2016 through March 31, 2016
Account Number: ███████1228

### ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | 03/07 Online Transfer To Chk ...3825 Transaction#: 5244881453 | 25,000.00 |
| 03/09 | 03/09 Online ACH Payment 4992498938 To Branko (_#####3570) | 8,000.00 |
| 03/09 | Great-West Life  Payments  706774291070   CTX ID: 1000300000 | 14,165.49 |
| 03/10 | 03/10 Online ACH Payment 4992637052 To Accttwo (_#####2372) | 11,528.63 |
| 03/11 | ADP Eepay/Garnwc Eepay/Garn 6010378846606PR CCD ID: 9333006057 | 633.62 |
| 03/11 | ADP Payroll Fees ADP - Fees 2R6PR  9337436 CCD ID: 9659605001 | 409.98 |
| 03/11 | ADP Tax/401K     Tax/401K  Rn6PR 031406A01 CCD ID: 1223006057 | 150.21 |
| 03/14 | 03/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 1100077380 6PR Trn: 0979600074Jo | 1,163,963.86 |
| 03/15 | 03/15 Online ACH Payment 4992829613 To Dilley Project (_#####3366) | 18,417.12 |
| 03/15 | 03/15 Online ACH Payment 4992832924 To Angelina Hollins (_######9949) | 1,623.82 |
| 03/15 | 03/15 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/16:05 Imad: 0315B1Qgc07C004469 Trn: 4489200075Es | 1,200,000.00 |
| 03/15 | 03/15 Wire Transfer Via: Bk of Nyc/021000018 A/C: Pershing LLC Ref: Ffc: Worth Insurance CO, A PC of Cig Ins CO/Ffc Acct#: 5Xj028616 Imad: 0315B1Qgc06C009183 Trn: 4489800075Es | 2,000,000.00 |
| 03/15 | 03/15 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5203500075Es | 171,015.65 |
| 03/16 | 03/16 Online ACH Payment 4992892207 To Kyle Wolfe Marketing (_####3144) | 12,500.00 |
| 03/17 | 03/17 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 7150039682 6PR Trn: 1341300077Jo | 199,362.99 |
| 03/17 | ADP Tax/401K     Tax/401K  Rn6PR 031806A02 CCD ID: 1223006057 | 82,801.62 |
| 03/17 | ADP Eepay/Garnwc Eepay/Garn 7720386884346PR CCD ID: 9333006057 | 79,275.81 |
| 03/17 | ADP Tax/401K     Tax/401K  Rn6PR 031806A01 CCD ID: 1223006057 | 25,691.91 |
| 03/17 | ADP Eepay/Garnwc Eepay/Garn 7720386884356PR CCD ID: 9333006057 | 616.16 |
| 03/21 | 03/21 Online ACH Payment 4993110779 To Angelina Hollins (_######9949) | 480.70 |
| 03/23 | 03/23 Online ACH Payment 4993240150 To Mac Brown Partners (_######6925) | 221.56 |
| 03/24 | 03/24 Online ACH Payment 4993270540 To Brian Ski (_#####6280) | 200,000.00 |
| 03/24 | 03/24 Online ACH Payment 4993270538 To Breimeister-Frost (_#####0977) | 200,000.00 |
| 03/24 | Great-West Life  Payments  697208978849   CTX ID: 1000300000 | 23,532.16 |
| 03/25 | ADP Payroll Fees ADP - Fees 2R6PR  4365722 CCD ID: 9659605001 | 833.54 |
| 03/28 | 03/28 Online Transfer To Chk ...0165 Transaction#: 5288294326 | 150,000.00 |
| 03/28 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 113,833.45 |
| 03/29 | 03/29 Online ACH Payment 4993484556 To Angelina Hollins (_######9949) | 1,043.93 |
| 03/29 | ADP Tax/401K     Tax/401K  Rn6PR 033007A01 CCD ID: 1223006057 | 493.97 |
| 03/31 | 03/31 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 3600066196 6PR Trn: 1449200091Jo | 193,077.87 |
| 03/31 | 03/31 Online ACH Payment 4993628523 To Medcillary Med Group (_#####7122) | 683.85 |
| 03/31 | ADP Tax/401K     Tax/401K  Rn6PR 040107A01 CCD ID: 1223006057 | 75,601.62 |
| 03/31 | ADP Eepay/Garnwc Eepay/Garn 5640365682076PR CCD ID: 9333006057 | 616.16 |
| | **Total Electronic Withdrawals** | **$6,272,642.01** |

### OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24 | 03/24 Transfer To Chk Xxxxxx7354 | $100,000.00 |
| | **Total Other Withdrawals** | **$100,000.00** |

### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | Account Analysis Settlement Charge | $1.00 |
| | **Total Fees** | **$1.00** |

Page 4 of 8

**15-Feb-17**                                                           **10Feb17-2376**

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 003090237941  Posting date 08-Mar-16 Amount 25000.00



2016030800810064784  4108

15-Feb-17                                                                                                  10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number  Posting date  Amount



April 01, 2016 through April 29, 2016

Account Number: ████████ 61228

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01 | 04/01 Online ACH Payment 4993744475 To Pedro Baquiax (_#####8679) | $200.00 |
| 04/04 | 04/04 Online ACH Payment 4993835488 To Angelina Hollins (_######9949) | 1,528.06 |
| 04/05 | 04/05 Online ACH Payment 4993908171 To Adam Nadeem (_######0767) | 69.66 |
| 04/05 | ADP Tax/401K    Tax/401K  Rn6PR 033108A02 CCD ID: 1223006057 | 158.88 |
| 04/06 | 04/06 Online ACH Payment 4993993222 To Houston Technology Solutions (_######9635) | 20,605.00 |
| 04/06 | 04/06 Online ACH Payment 4993993221 To Angelina Hollins (_######9949) | 1,111.88 |
| 04/06 | Great-West Life  Payments  693942445550  CTX ID: 1000300000 | 14,946.14 |
| 04/07 | 04/07 Online Transfer To Chk ...3825 Transaction#: 5313419600 | 20,000.00 |
| 04/08 | ADP Payroll Fees ADP - Fees 2R6PR  5928573 CCD ID: 9659605001 | 283.18 |
| 04/11 | 04/11 Online ACH Payment 4994161995 To Branko (_#####3570) | 21,500.00 |
| 04/11 | 04/11 Online Transfer To Chk ...3825 Transaction#: 5320629746 | 75,000.00 |
| 04/14 | 04/14 Book Transfer A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ID# 6600046590 6PR Trn: 1395000105Jo | 1,274,387.60 |
| 04/14 | 04/14 Online ACH Payment 4994435149 To Taylor Health (_#####7993) | 507.65 |
| 04/14 | ADP Tax/401K    Tax/401K  Rn6PR 041508A01 CCD ID: 1223006057 | 86,401.54 |
| 04/14 | ADP Eepay/Garnwc Eepay/Garn 4900392665136PR CCD ID: 9333006057 | 616.16 |
| 04/15 | 04/15 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Jb & Rb Interests, LLC League City TX 77573 US Imad: 0415B1Qgc04C004750 Trn: 4778700106Es | 1,913.85 |
| 04/15 | ADP Payroll Fees ADP - Fees 2R6PR  6511666 CCD ID: 9659605001 | 72.27 |
| 04/20 | 04/20 Online ACH Payment 4994716928 To Worth Medical Company LLC (_######9708) | 107,080.15 |
| 04/21 | 04/21 Online ACH Payment 4994780406 To Breimeister-Frost (_######0977) | 100,000.00 |
| 04/21 | 04/21 Online ACH Payment 4994780407 To Brian Ski (_#####6280) | 100,000.00 |
| 04/21 | 04/21 Online ACH Payment 4994780408 To Carr (_######7354) | 50,000.00 |
| 04/21 | Great-West Life  Payments  380011327513  CTX ID: 1000300000 | 23,027.02 |
| 04/22 | ADP Payroll Fees ADP - Fees 2R6PR  7045453 CCD ID: 9659605001 | 535.05 |
| 04/25 | 04/25 Online Wire Transfer Via: Fifth Third Cinci/042000314 A/C: Taylor Health LLC Cleveland OH 44114 US Ref./Time/16:23 Imad: 0425B1Qgc07C004002 Trn: 5113000116Es | 3,166.78 |
| 04/26 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 37,875.96 |
| 04/27 | 04/27 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 4950700118Es | 41,577.00 |
| 04/28 | 04/28 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ID# 7000042392 6PR Trn: 1655600119Jo | 199,989.98 |
| 04/28 | 04/28 Online ACH Payment 4995132440 To Madrid Exp Report (_######1317) | 290.52 |
| 04/28 | 04/28 Online ACH Payment 4995132439 To Angelina Hollins (_######9949) | 1,260.53 |
| 04/28 | 04/28 Online ACH Payment 4995132438 To Akhila Katragadda (_####0051) | 32.07 |
| 04/28 | ADP Tax/401K    Tax/401K  Rn6PR 042909A01 CCD ID: 1223006057 | 82,991.25 |
| 04/28 | ADP Eepay/Garnwc Eepay/Garn 0300528199686PR CCD ID: 9333006057 | 616.16 |
| | **Total Electronic Withdrawals** | **$2,267,744.34** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/15 | Account Analysis Settlement Charge | $6.13 |
| | **Total Fees** | **$6.13** |

Your service charges, fees and earnings credit have been calculated through account analysis.



Page 3 of 4

15-Feb-17                                                                          10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount



April 30, 2016 through May 31, 2016
Account Number:         ████1228

## ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/10 | 05/10 Online ACH Payment 4995611266 To Myofficeproducts (_#####4881) | 63.34 |
| 05/12 | 05/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 1337900133Jo | 211,808.42 |
| 05/12 | ADP Tax/401K    Tax/401K  Rn6PR 051310A01 CCD ID: 1223006057 | 88,272.64 |
| 05/12 | ADP Eepay/Garnwc Eepay/Gam 3350395130196PR CCD ID: 9333006057 | 616.16 |
| 05/13 | 05/13 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 0813500134Jo | 819,937.94 |
| 05/16 | 05/16 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5362600137Es | 68,170.38 |
| 05/16 | 05/16 Online ACH Payment 4996043704 To Sparkletts (_#####5061) | 159.44 |
| 05/16 | 05/16 Online ACH Payment 4996043703 To Ring Central, Inc (_#####4715) | 7,749.58 |
| 05/16 | 05/16 Online ACH Payment 4996067532 To Nrg Medical Advantage (_#####3693) | 2,829.83 |
| 05/16 | 05/16 Online ACH Payment 4996043692 To Jeb Brown (_#####8932) | 1,610.00 |
| 05/16 | 05/16 Online ACH Payment 4996043701 To Dolphin Graphics (_#####9259) | 7,137.59 |
| 05/16 | 05/16 Online ACH Payment 4996043699 To Colonial Life (_#########9082) | 2,482.80 |
| 05/16 | 05/16 Online ACH Payment 4996044241 To Angelina Hollins (_#####9949) | 1,104.52 |
| 05/16 | 05/16 Online ACH Payment 4996043698 To Canon (_#####0927) | 37.58 |
| 05/16 | 05/16 Online ACH Payment 4996043696 To ADP Screening & Selection Svcs (_#######2845) | 718.50 |
| 05/16 | State Comptrlr  Texnet    23997528/60513  CCD ID: 1846000199 | 105,000.00 |
| 05/16 | ADP Eepay/Garnwc Eepay/Garn 7050648734196PR CCD ID: 9333006057 | 28,371.18 |
| 05/17 | 05/17 Online ACH Payment 4996129622 To The Sabaugh Group (_#########4502) | 5,502.63 |
| 05/17 | 05/17 Online ACH Payment 4996126014 To Nrg Medical Advantage (_#####3693) | 246.71 |
| 05/19 | Great-West Life Payments  693008388506   CTX ID: 1000300000 | 14,100.38 |
| 05/20 | ADP Payroll Fees ADP - Fees 2R6PR  9268275 CCD ID: 9659605001 | 649.67 |
| 05/23 | 05/23 Online ACH Payment 4996310645 To Canon Financial Services (_#####0941) | 942.88 |
| 05/23 | 05/23 Online ACH Payment 4996397772 To Worth Medical Company LLC (_#####9708) | 27,044.19 |
| 05/23 | 05/23 Online ACH Payment 4996402030 To Valley Medical (Duke) (_#########0373) | 1,874.36 |
| 05/23 | 05/23 Online ACH Payment 4996322125 To Houston Technology Solutions (_#####9635) | 26,551.10 |
| 05/23 | 05/23 Online ACH Payment 4996308931 To Angelina Hollins (_#####9949) | 930.96 |
| 05/25 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 65,818.39 |
| 05/25 | Green Mountain E 0121D    000010713347    PPD ID: 8030360441 | 212.94 |
| 05/26 | 05/26 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 1143600147Jo | 214,724.01 |
| 05/26 | 05/26 Online ACH Payment 4996621654 To Nasir Siddiqui (_#####0810) | 2,800.00 |
| 05/26 | ADP Tax/401K    Tax/401K  Rn6PR 052711A01 CCD ID: 1223006057 | 89,160.01 |
| 05/26 | ADP Eepay/Garnwc Eepay/Gam 5830256524646PR CCD ID: 9333006057 | 616.16 |
| 05/27 | ADP Payroll Fees ADP - Fees 2R6PR  9620388 CCD ID: 9659605001 | 132.40 |
| 05/31 | 05/31 Online ACH Payment 4996770166 To Breimeister-Frost (_#####0977) | 200,000.00 |
| 05/31 | 05/31 Online ACH Payment 4996770426 To Breimeister-Frost (_#####0977) | 100,000.00 |
| 05/31 | 05/31 Online ACH Payment 4996760987 To United Healthcare (_###1378) | 39,215.97 |
| 05/31 | 05/31 Online ACH Payment 4996761906 To Plic Group EFT (_######4935) | 6,709.71 |
| 05/31 | 05/31 Online ACH Payment 4996762570 To Kozadinos (_######0599) | 4,650.00 |
| 05/31 | 05/31 Online ACH Payment 4996763005 To Fast Signs (_#####7633) | 84.74 |
| 05/31 | 05/31 Online ACH Payment 4996763075 To Eagle Analytical Services (_####1614) | 1,200.00 |
| 05/31 | 05/31 Online ACH Payment 4996763554 To Canon Financial Services (_#####0941) | 942.88 |
| 05/31 | 05/31 Online ACH Payment 4996763872 To Branko (_#####3570) | 8,000.00 |
| 05/31 | 05/31 Online ACH Payment 4996763985 To Angelina Hollins (_#####9949) | 943.13 |
| 05/31 | ADP Eepay/Garnwc Eepay/Garn 0600563275536PR CCD ID: 9333006057 | 9,973.48 |
| 05/31 | ADT Security Ser Adtpapach  401183802      Tel ID: 8881323080 | 113.12 |
| **Total Electronic Withdrawals** | | **$2,404,632.11** |

Page 3 of 6

15-Feb-17

10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number  Posting date  Amount

**CHASE** ⬡

June 01, 2016 through June 30, 2016

Account Number: ██████1228



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/14 | 06/14 Online ACH Payment 4997550150 To Integrity Rx (_#####1751) | 352.06 |
| 06/14 | 06/14 Online ACH Payment 4997596521 To Tenco Ventures (_#####9643) | 3,427.54 |
| 06/14 | 06/14 Online ACH Payment 4997596519 To Medallion Health Group (_########9972) | 681.37 |
| 06/14 | 06/14 Online ACH Payment 4997596520 To Stoke Park Management (_########0690) | 80.69 |
| 06/15 | 06/15 Online Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Jsw Prosperity, LLC Stafford TX 77477 US Imad: 0615B1Qgc08C023063 Trn: 4535100167Es | 25,000.00 |
| 06/15 | 06/15 Online Wire Transfer Via: Suncoast FL/263182817 A/C: Bruce Mathewson Arcadia FL 34269 US Imad: 0615B1Qgc05C004772 Trn: 3188600167Es | 7,810.73 |
| 06/15 | 06/15 Online ACH Payment 4997653177 To Stacey Verdun-Mayeur (_########4116) | 200.00 |
| 06/15 | Great-West Life Payments  696041844399      CTX ID: 1000300000 | 13,149.41 |
| 06/16 | 06/16 Online ACH Payment 4997723446 To Vladimir Redko MD, PA (_#######9108) | 7,500.00 |
| 06/16 | 06/16 Online ACH Payment 4997724215 To Sparkletts (_######5061) | 115.59 |
| 06/16 | 06/16 Online ACH Payment 4997725315 To Dolphin Graphics (_######9259) | 96.81 |
| 06/16 | 06/16 Online ACH Payment 4997725649 To Capital Office Products (_#########6967) | 497.56 |
| 06/16 | 06/16 Online ACH Payment 4997726285 To Bracewell Llp (_#########4197) | 2,731.50 |
| 06/16 | 06/16 Online ACH Payment 4997726367 To Angelina Hollins (_######9949) | 703.05 |
| 06/16 | 06/16 Online ACH Payment 4997726440 To ADP Screening & Selection Svcs (_#########2845) | 1,973.64 |
| 06/17 | 06/17 Online ACH Payment 4997797874 To Comcast Business (_#########2632) | 408.59 |
| 06/17 | ADP Payroll Fees ADP - Fees 2R6PR  0839824 CCD ID: 9659605001 | 305.35 |
| 06/20 | 06/20 Online ACH Payment 4997880210 To Trimedical (_########8263) | 772.91 |
| 06/20 | 06/20 Online ACH Payment 4997882776 To Medkinectrx (_#####7061) | 11,175.52 |
| 06/23 | 06/23 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 1428800175Jo | 221,335.96 |
| 06/23 | ADP Tax/401K     Tax/401K  Rn6PR 062413A01 CCD ID: 1223006057 | 92,820.52 |
| 06/23 | ADP Tax/401K     Tax/401K  Rn6PR 062413A02 CCD ID: 1223006057 | 47,191.42 |
| 06/23 | ADP Eepay/Garnwc Eepay/Garn 1200510605646PR CCD ID: 9333006057 | 800.78 |
| 06/24 | 06/24 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 0863000176Jo | 129,680.26 |
| 06/24 | 06/24 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 4949800176Es | 32,428.00 |
| 06/24 | ADP Payroll Fees ADP - Fees 2R6PR  2462764 CCD ID: 9659605001 | 309.31 |
| 06/24 | Green Mountain E 0121D    000010713347    PPD ID: 8030360441 | 221.32 |
| 06/24 | Green Mountain E 0121D    000012206835    PPD ID: 8030360441 | 17.33 |
| 06/27 | 06/27 Online ACH Payment 4998135072 To United Healthcare (_##1378) | 41,579.34 |
| 06/27 | 06/27 Online ACH Payment 4998144778 To Kozadinos (_######0599) | 4,650.00 |
| 06/27 | 06/27 Online ACH Payment 4998144970 To Houston Technology Solutions (_######9635) | 47,907.14 |
| 06/27 | 06/27 Online ACH Payment 4998145942 To Eagle Analytical Services (_#####1614) | 880.00 |
| 06/27 | 06/27 Online ACH Payment 4998146161 To Charles Holman (_####1355) | 226.44 |
| 06/27 | 06/27 Online ACH Payment 4998146269 To Angelina Hollins (_######9949) | 909.77 |
| 06/27 | 06/27 Online ACH Payment 4998146331 To Adam Nadeem (_######0767) | 60.48 |
| 06/28 | 06/28 Online ACH Payment 4998297683 To Rachel House (_####5301) | 591.00 |
| 06/28 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 60,863.30 |
| 06/29 | 06/29 Online ACH Payment 4998348931 To Carr (_######7354) | 50,000.00 |
| 06/29 | 06/29 Online ACH Payment 4998348929 To Brian Ski (_#####6280) | 100,000.00 |
| 06/29 | 06/29 Online ACH Payment 4998348927 To Breimeister-Frost (_#####0977) | 100,000.00 |
| 06/30 | Great-West Life  Payments  703740957738    CTX ID: 1000300000 | 26,508.73 |
| | **Total Electronic Withdrawals** | **$2,233,599.44** |

Page 3 of 6

DOJ_18CR368-0009420

15-Feb-17                                                                                                10Feb17-2376

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number  Posting date  Amount



July 01, 2016 through July 29, 2016
Account Number:  ████1228

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | 07/15 Online ACH Payment 4999153545 To Angelina Hollins (_######9949) | 840.54 |
| 07/15 | 07/15 Online ACH Payment 4999159898 To ADP Screening & Selection Svcs (_########2845) | 91.58 |
| 07/15 | 07/15 Online ACH Payment 4999159972 To Accttwo (_#####2372) | 365.34 |
| 07/15 | 07/15 Online ACH Payment 4999312774 To Worth Medical Company LLC (_#####9708) | 189,276.70 |
| 07/15 | 07/15 Online ACH Payment 4999313511 To Zerna Distribution Inc (_######4422) | 667.74 |
| 07/15 | Great-West Life Payments  490010202291   CTX ID: 1000300000 | 15,077.49 |
| 07/15 | Comcast Business Web Pay   904879745        CCD ID: 1510372554 | 3,746.15 |
| 07/15 | ADP Payroll Fees ADP - Fees 2R6PR  6548755 CCD ID: 9659605001 | 309.78 |
| 07/19 | 07/19 Online ACH Payment 4999441094 To James Fricke (_#####7788) | 529.49 |
| 07/19 | 07/19 Online ACH Payment 4999447242 To Trimedical (_######8263) | 917.88 |
| 07/20 | 07/20 Online Wire Transfer Via: Southside Bk Tyler/111923607 A/C: Kyle Tapley Flower Mound TX 75028 US Imad: 0720B1Qgc03C002597 Trn: 3814300202Es | 10,729.04 |
| 07/21 | 07/21 Online Transfer To Chk ...1779 Transaction#: 5539644801 | 25,000.00 |
| 07/21 | 07/21 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ADP Eepay/Garnwc Trn: 1455100203Jo | 219,354.23 |
| 07/21 | ADP Tax/401K    Tax/401K  Rn6PR 072215A01 CCD ID: 1223006057 | 90,562.45 |
| 07/21 | ADP Eepay/Garnwc Eepay/Garn 9258002001746PR CCD ID: 9333006057 | 800.78 |
| 07/22 | 07/22 Online ACH Payment 4999624883 To Angelina Hollins (_######9949) | 661.84 |
| 07/22 | ADP Payroll Fees ADP - Fees 2R6PR  8179380 CCD ID: 9659605001 | 326.63 |
| 07/25 | Green Mountain E 0121D    000010713347    PPD ID: 8030360441 | 226.09 |
| 07/26 | 07/26 Online Transfer To Chk ...0165 Transaction#: 5551207419 | 50,000.00 |
| 07/26 | JP Morgan Chase  Comm Card  556708790010402 CCD ID: 36-0899825 | 59,470.29 |
| 07/27 | Great-West Life Payments  100029580149    CTX ID: 1000300000 | 14,809.76 |
| 07/27 | Green Mountain E 0121D    000012206835    PPD ID: 8030360441 | 234.47 |
| 07/28 | 07/28 Online ACH Payment 4999905746 To Underwood (_######4446) | 15,000.00 |
| 07/28 | 07/28 Online ACH Payment 4999905742 To Breimeister-Frost (_######0977) | 112,500.00 |
| 07/28 | Canon        Copiers   8204986     Tel ID: 0000081657 | 639.41 |
| 07/29 | 07/29 Online ACH Payment 4999784592 To United Healthcare (_###1378) | 46,556.16 |
| 07/29 | 07/29 Online ACH Payment 4999785520 To Ted Blanchard (_########6277) | 391.71 |
| 07/29 | 07/29 Online ACH Payment 4999786002 To Staples (_######0003) | 113.16 |
| 07/29 | 07/29 Online ACH Payment 4999786600 To Ring Central, Inc (_######4715) | 3,276.69 |
| 07/29 | 07/29 Online ACH Payment 4999786879 To Plic Group EFT (_######4935) | 7,633.93 |
| 07/29 | 07/29 Online ACH Payment 4999817212 To Office Depot (_####8474) | 257.79 |
| 07/29 | 07/29 Online ACH Payment 4999819488 To Kozadinos (_######0599) | 4,650.00 |
| 07/29 | 07/29 Online ACH Payment 4999820712 To Houston Technology Solutions (_######9635) | 35,364.11 |
| 07/29 | 07/29 Online ACH Payment 4999827163 To Colonial Life (_##########9082) | 1,945.34 |
| 07/29 | 07/29 Online ACH Payment 4999827970 To Charles Holman (_####1355) | 358.28 |
| 07/29 | 07/29 Online ACH Payment 4999828428 To Casianna Dominguez (_#########7987) | 255.00 |
| 07/29 | 07/29 Online ACH Payment 4999830949 To Angelina Hollins (_######9949) | 1,070.52 |
| 07/29 | ADP Payroll Fees ADP - Fees 2R6PR  9985596 CCD ID: 9659605001 | 323.09 |
| **Total Electronic Withdrawals** | | **$2,178,845.37** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/28 | 07/28 Transfer To Chk Xxxxxx7354 | $55,500.00 |
| 07/28 | 07/28 Transfer To Chk Xxxxx6280 | 117,000.00 |
| **Total Other Withdrawals** | | **$172,500.00** |

Page 4 of 6

15-Feb-17

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2376
Sequence number   Posting date   Amount

10Feb17-2376



July 30, 2016 through August 31, 2016

Account Number:            1228

### ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | 08/05 Online ACH Payment 5000281057 To Debruhl & Associates LLC (_######3906) | 7,145.28 |
| 08/05 | 08/05 Online ACH Payment 5000287326 To Angelina Hollins (_######9949) | 545.66 |
| 08/10 | Great-West Life  Payments   694175959655    CTX ID: 1000300000 | 14,554.74 |
| 08/12 | 08/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ADP Eepay/Garnwc Trn: 1292100225Jo | 981,026.42 |
| 08/12 | 08/12 Online ACH Payment 5000662086 To Simo Mitrovic (_#####7326) | 30.24 |
| 08/12 | 08/12 Online ACH Payment 5000666869 To Eagle Analytical Services (_#####1614) | 330.00 |
| 08/12 | 08/12 Online ACH Payment 5000667818 To Charles Holman (_####1355) | 307.55 |
| 08/12 | 08/12 Online ACH Payment 5000668453 To April Edwards (_#####0136) | 21.63 |
| 08/12 | 08/12 Online ACH Payment 5000289139 To ADP Screening & Selection Svcs (_########2845) | 666.20 |
| 08/12 | ADP Payroll Fees ADP - Fees 2R6PR   1605568 CCD ID: 9659605001 | 325.31 |
| 08/15 | ADP Eepay/Garnwc Eepay/Garn 5060617063006PR CCD ID: 9333006057 | 1,704.31 |
| 08/16 | Comcast Business Web Pay   904879745       CCD ID: 1510372554 | 4,201.10 |
| 08/17 | 08/17 Online Transfer To Chk ...1779 Transaction#: 5601549555 | 25,000.00 |
| 08/18 | 08/18 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ADP Eepay/Garnwc Trn: 1286300231Jo | 232,085.86 |
| 08/18 | ADP Tax/401K    Tax/401K  Rn6PR 081917A01 CCD ID: 1223006057 | 96,631.16 |
| 08/18 | ADP Eepay/Garnwc Eepay/Garn 7960604132916PR CCD ID: 9333006057 | 800.78 |
| 08/19 | 08/19 Online ACH Payment 5001068765 To Vladimir Redko MD, PA (_#######9108) | 7,000.00 |
| 08/19 | 08/19 Online ACH Payment 5001093796 To Houston Technology Solutions (_#######9635) | 55,244.32 |
| 08/19 | 08/19 Online ACH Payment 5001070412 To Emily Brady (_#########1068) | 1,400.00 |
| 08/19 | 08/19 Online ACH Payment 5001071638 To Charles Holman (_####1355) | 261.79 |
| 08/19 | 08/19 Online ACH Payment 5001071789 To April Edwards (_#####0136) | 300.00 |
| 08/19 | 08/19 Online ACH Payment 5001071833 To Angelina Hollins (_######9949) | 896.89 |
| 08/19 | ADP Payroll Fees ADP - Fees 2R6PR   1969720 CCD ID: 9659605001 | 322.62 |
| 08/24 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 52,960.04 |
| 08/24 | Green Mountain E 0121D    000010713347    PPD ID: 8030360441 | 241.57 |
| 08/25 | Great-West Life  Payments   695109740499    CTX ID: 1000300000 | 16,806.02 |
| 08/25 | Green Mountain E 0121D    000012206835    PPD ID: 8030360441 | 367.95 |
| 08/26 | 08/26 Online ACH Payment 5001320028 To United Healthcare (_###1378) | 47,071.70 |
| 08/26 | 08/26 Online ACH Payment 5001321107 To Sparkletts (_######5061) | 77.05 |
| 08/26 | 08/26 Online ACH Payment 5001321646 To Simo Mitrovic (_#####7326) | 64.80 |
| 08/26 | 08/26 Online ACH Payment 5001321917 To Ring Central, Inc (_#######4715) | 7,399.87 |
| 08/26 | 08/26 Online ACH Payment 5001323054 To Plic Group EFT (_#######4935) | 7,948.94 |
| 08/26 | 08/26 Online ACH Payment 5001324737 To Kozadinos (_######0599) | 4,650.00 |
| 08/26 | 08/26 Online ACH Payment 5001325101 To Houston Technology Solutions (_#######9635) | 20,000.00 |
| 08/26 | 08/26 Online ACH Payment 5001327230 To Eagle Analytical Services (_######1614) | 2,600.00 |
| 08/26 | 08/26 Online ACH Payment 5001327458 To Dolphin Graphics (_######9259) | 6,545.34 |
| 08/26 | 08/26 Online ACH Payment 5001329358 To Angelina Hollins (_######9949) | 1,026.26 |
| 08/26 | 08/26 Online ACH Payment 5001455544 To Carr (_#######7354) | 55,500.00 |
| 08/26 | 08/26 Online ACH Payment 5001455546 To Underwood (_#######4446) | 15,000.00 |
| 08/26 | 08/26 Online ACH Payment 5001455542 To Breimeister-Frost (_#####0977) | 112,500.00 |
| 08/26 | ADP Payroll Fees ADP - Fees 2R6PR   3357723 CCD ID: 9659605001 | 411.14 |
| 08/30 | 08/30 Online Transfer To Chk ...3825 Transaction#: 5628018280 | 50,000.00 |
| 08/31 | ADT Security Ser Adtpapach  401183802       PPD ID: 8881323080 | 113.12 |
| **Total Electronic Withdrawals** | | **$2,192,460.38** |

Page 3 of 4

DOJ_18CR368-0009491

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number   Posting date   Amount**

**CHASE** 

October 01, 2016 through October 31, 2016

Account Number: ▉▉▉▉1228

### ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/13 | 10/13 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ADP Eepay/Garnwc Trn: 1627800287Jo | 209,982.53 |
| 10/13 | ADP Tax/401K   Tax/401K  Rn6PR 101421A01 CCD ID: 1223006057 | 80,947.98 |
| 10/13 | ADP Eepay/Garnwc Eepay/Garn 2800655578426PR CCD ID: 9333006057 | 1,116.79 |
| 10/13 | ADP Eepay/Garnwc Eepay/Garn 5910263875476PR CCD ID: 9333006057 | 158.64 |
| 10/13 | ADP Tax/401K   Tax/401K  Rn6PR 101421A02 CCD ID: 1223006057 | 62.16 |
| 10/14 | 10/14 Online ACH Payment 5004112378 To Sparkletts (_######5061) | 113.67 |
| 10/14 | 10/14 Online ACH Payment 5004113855 To Myofficeproducts (_#####4881) | 61.90 |
| 10/14 | 10/14 Online ACH Payment 5004113949 To Michael Dieter- Chase (_#####5372) | 101.14 |
| 10/14 | 10/14 Online ACH Payment 5004121055 To Jeb Brown (_#####8932) | 9,686.46 |
| 10/14 | 10/14 Online ACH Payment 5004121484 To Houston Technology Solutions (_######9635) | 20,000.00 |
| 10/14 | 10/14 Online ACH Payment 5004123207 To Eagle Analytical Services (_#####1614) | 800.00 |
| 10/14 | 10/14 Online ACH Payment 5004123413 To Dolphin Graphics (_######9259) | 1,364.49 |
| 10/14 | 10/14 Online ACH Payment 5004125615 To Casianna Dominguez (_########7987) | 24.08 |
| 10/14 | 10/14 Online ACH Payment 5004125786 To Capital Office Products (_#########6967) | 22.75 |
| 10/14 | 10/14 Online ACH Payment 5004125990 To Bracewell Llp (_########4197) | 1,220.00 |
| 10/14 | 10/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ADP Eepay/Garnwc Trn: 1165200288Jo | 760,151.97 |
| 10/17 | 10/17 Online ACH Payment 5004276363 To Tenco Ventures (_######9643) | 1,267.34 |
| 10/17 | 10/17 Online ACH Payment 5004277833 To Tamara Brock (_#########0166) | 662.36 |
| 10/17 | 10/17 Online ACH Payment 5004276362 To Rwg3 Holdings (_######9599) | 126.63 |
| 10/17 | 10/17 Online ACH Payment 5004276361 To Precisehealth (_########0001) | 1,184.99 |
| 10/17 | 10/17 Online ACH Payment 5004277832 To Rose Medical Solutions (_#######0518) | 990.07 |
| 10/17 | 10/17 Online ACH Payment 5004276360 To Nrg Medical Advantage (_######3693) | 184.81 |
| 10/17 | 10/17 Online ACH Payment 5004281509 To Marco Aguillon (_######6694) | 4,000.00 |
| 10/17 | 10/17 Online ACH Payment 5004277831 To Jl Whalen (_#####5017) | 117.82 |
| 10/17 | 10/17 Online ACH Payment 5004276357 To Integrity Rx (_#####1751) | 85.00 |
| 10/17 | 10/17 Online ACH Payment 5004276356 To Fortis Specialty Pharmacy (_#####2690) | 213.55 |
| 10/17 | 10/17 Online ACH Payment 5004277829 To Bi-State Medical Solutions (_########9390) | 7,378.55 |
| 10/17 | 10/17 Online ACH Payment 5004277830 To Blb Premiere Management (_####4413) | 3,502.64 |
| 10/17 | 10/17 Online ACH Payment 5004277828 To Advanced Life Sciences (_########0079) | 2,545.22 |
| 10/17 | 10/17 Online Wire Transfer A/C: Medkinect Rx LLC Royal Oak, MI 480672700 Trn: 5405600291Es | 3,642.55 |
| 10/17 | ADT Security Ser Adtpapach  402000216     PPD ID: 8881323080 | 34.17 |
| 10/18 | 10/18 Online ACH Payment 5004343728 To Universal Triumph (_#####2384) | 743.67 |
| 10/18 | 10/18 Online ACH Payment 5004343727 To Specialized Medical Testing (_#######7132) | 201.06 |
| 10/18 | 10/18 Online ACH Payment 5004352516 To Stacey Verdun-Mayeur (_#######4116) | 1,000.00 |
| 10/20 | 10/20 Online ACH Payment 5004463061 To Bi-State Medical Solutions (_########9194) | 7,369.48 |
| 10/20 | Great-West Life  Payments  450010928255   CTX ID: 1000300000 | 15,676.95 |
| 10/21 | 10/21 Online ACH Payment 5004384341 To Sparkletts (_######5061) | 105.18 |
| 10/21 | 10/21 Online ACH Payment 5004390768 To Angelina Hollins (_######9949) | 305.42 |
| 10/21 | ADP Payroll Fees ADP - Fees 2R6PR  3101169 CCD ID: 9659605001 | 590.75 |
| 10/24 | ADP Eepay/Garnwc Eepay/Garn 5190632277466PR CCD ID: 9333006057 | 55,987.96 |
| 10/24 | ADP Tax/401K   Tax/401K  Rn6PR 102522A01 CCD ID: 1223006057 | 14,627.95 |
| 10/24 | Green Mountain E 0121D   000012206835   PPD ID: 8030360441 | 422.90 |
| 10/24 | Green Mountain E 0121D   000010713347   PPD ID: 8030360441 | 226.24 |
| 10/26 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 44,882.19 |
| 10/27 | 10/27 Online Transfer To Chk ...3825 Transaction#: 5756040217 | 25,000.00 |
| 10/27 | 10/27 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ADP Eepay/Garnwc Trn: 1592200301Jo | 226,444.34 |
| 10/27 | 10/27 Wire Transfer A/C: Leonard L Carr OR Kimberly R Carr Houston, TX 770828310 Trn: 4094500301Es | 400,000.00 |

Page 3 of 6

15-Feb-17

10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount

## CHASE ◻

October 01, 2016 through October 31, 2016

Account Number:            1228

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/27 | 10/27 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/13:02 Imad: 1027B1Qgc01C015338 Tm: 4085000301Es | 800,000.00 |
| 10/27 | 10/27 Wire Transfer A/C: Brian Swiencinski Nidia Swiencinskidallas, TX 752011860 Trn: 4093400301Es | 800,000.00 |
| 10/27 | 10/27 Online Transfer To Chk ...3825 Transaction#: 5757259856 | 25,000.00 |
| 10/27 | ADP Tax/401K    Tax/401K  Rn6PR 102822A01 CCD ID: 1223006057 | 93,647.68 |
| 10/27 | ADP Eepay/Garnwc Eepay/Garn 9292009818006PR CCD ID: 9333006057 | 4,773.62 |
| 10/27 | ADP Eepay/Garnwc Eepay/Garn 6320412475536PR CCD ID: 9333006057 | 1,039.26 |
| 10/27 | ADP Tax/401K    Tax/401K  Rn6PR 102823A02 CCD ID: 1223006057 | 141.69 |
| 10/28 | 10/28 Online ACH Payment 5004736387 To Iron Mountain (_#####5139) | 124.44 |
| 10/28 | 10/28 Online ACH Payment 5004735953 To Kozadinos (_######0599) | 4,850.00 |
| 10/28 | 10/28 Online ACH Payment 5004733844 To Office Depot (_####8474) | 63.63 |
| 10/28 | 10/28 Online ACH Payment 5004734745 To Milly Martin (_#####1891) | 165.24 |
| 10/28 | 10/28 Online ACH Payment 5004739860 To Dolphin Graphics (_######9259) | 4,160.59 |
| 10/28 | 10/28 Online ACH Payment 5004727429 To United Healthcare (_###1378) | 47,388.95 |
| 10/28 | 10/28 Online ACH Payment 5004733277 To Plic Group EFT (_######4935) | 7,875.71 |
| 10/28 | 10/28 Online ACH Payment 5004728781 To Simo Mitrovic (_#####7326) | 157.68 |
| 10/28 | 10/28 Online ACH Payment 5004730529 To Quill (_##7986) | 60.28 |
| 10/28 | ADP Payroll Fees ADP - Fees 2R6PR  3988783 CCD ID: 9659605001 | 39.44 |
| 10/31 | ADT Security Ser Adtpapach 401183802      PPD ID: 8881323080 | 116.48 |
| | **Total Electronic Withdrawals** | **$3,765,748.96** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/03 | $2,160,957.04 | 10/14 | 4,203,154.66 | 10/24 | 5,035,453.93 |
| 10/04 | 2,160,410.49 | 10/17 | 4,422,899.31 | 10/25 | 5,033,478.66 |
| 10/05 | 2,160,003.84 | 10/18 | 4,414,881.15 | 10/26 | 5,189,450.72 |
| 10/06 | 2,124,175.96 | 10/19 | 4,374,920.70 | 10/27 | 2,817,894.78 |
| 10/07 | 2,106,629.04 | 10/20 | 4,358,120.33 | 10/28 | 2,953,140.74 |
| 10/11 | 4,104,915.85 | 10/21 | 5,107,118.98 | 10/31 | 2,952,778.84 |
| 10/13 | 3,812,647.75 | | | | |

Page 4 of 6

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount

## CHASE ⬡



December 01, 2016 through December 30, 2016

Account Number: ⬛⬛⬛⬛1228

| **ELECTRONIC WITHDRAWALS** *(continued)* | |
|---|---|

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | 12/09 Online ACH Payment 5007106737 To Colonial Life (_#########9082) | 2,238.72 |
| 12/09 | 12/09 Online ACH Payment 5007107393 To Capital Office Products (_#########6967) | 9.42 |
| 12/09 | 12/09 Online ACH Payment 5007107738 To Bruce Mathewson (_#########6942) | 2,046.68 |
| 12/09 | 12/09 Online ACH Payment 5007260136 To Breimeister-Frost (_#######0977) | 9,223.59 |
| 12/14 | 12/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 1157200349Jo | 594,792.56 |
| 12/14 | Great-West Life Payments  450011119336   CTX ID: 1000300000 | 16,905.73 |
| 12/15 | 12/15 Online ACH Payment 5007593543 To Universal Triumph (_#####2384) | 458.48 |
| 12/15 | 12/15 Online ACH Payment 5007593546 To William J Robinson (_#####1289) | 157.52 |
| 12/15 | 12/15 Online ACH Payment 5007593540 To Tenco Ventures (_#####9643) | 50.23 |
| 12/15 | 12/15 Online ACH Payment 5007593536 To Nrg Medical Advantage (_######3693) | 140.36 |
| 12/15 | 12/15 Online ACH Payment 5007593533 To Midlevel Medical Management (_########7300) | 366.78 |
| 12/15 | 12/15 Online ACH Payment 5007593530 To Medkinectrx (_#####7061) | 285.71 |
| 12/15 | 12/15 Online ACH Payment 5007593528 To Leverage Medical (_######3037) | 58.23 |
| 12/15 | 12/15 Online ACH Payment 5007593525 To Jl Whalen (_#####5017) | 550.16 |
| 12/15 | 12/15 Online ACH Payment 5007593523 To Integrity Rx (_#####1751) | 366.78 |
| 12/15 | 12/15 Online ACH Payment 5007593518 To Erilee Enterprises (_######6119) | 458.48 |
| 12/15 | 12/15 Online ACH Payment 5007593520 To Genomatrix (_#####1928) | 412.63 |
| 12/15 | ADT Security Ser Adtpapach  402000216      PPD ID: 8881323080 | 34.17 |
| 12/16 | 12/16 Online ACH Payment 5007544017 To Staples (_######0003) | 372.77 |
| 12/16 | 12/16 Online ACH Payment 5007526902 To Sparkletts (_######5061) | 191.59 |
| 12/16 | 12/16 Online ACH Payment 5007538722 To Eagle Analytical Services (_#####1614) | 600.00 |
| 12/16 | 12/16 Online Wire Transfer A/C: Worth Medical Company, LLC Dallas, TX 752011860 Trn: 4230700351Es | 11,885.11 |
| 12/16 | 12/16 Wire Transfer A/C: Leonard L Carr OR Kimberly R Carr Houston, TX 770828310 Trn: 4721300351Es | 200,000.00 |
| 12/16 | 12/16 Wire Transfer A/C: Brian Swiencinski Nidia Swiencinskidallas, TX 752011860 Trn: 4723100351Es | 400,000.00 |
| 12/16 | 12/16 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/13:38 Imad: 1216B1Qgc06C013422 Trn: 4733300351Es | 400,000.00 |
| 12/16 | ADP Payroll Fees ADP - Fees 2R6PR  8445159 CCD ID: 9659605001 | 280.96 |
| 12/20 | ADP Payroll Fees ADP - Fees 8Ymxai 3826854 CCD ID: 9659605001 | 85.52 |
| 12/20 | ADP Payroll Fees ADP - Fees 8Ymxai 6349225 CCD ID: 9659605001 | 85.52 |
| 12/22 | 12/22 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 140230357Jo | 189,294.05 |
| 12/22 | ADP Tax/401K    Tax/401K  Rn6PR 122326A01 CCD ID: 1223006057 | 76,694.85 |
| 12/22 | ADP Eepay/Garnwc Eepay/Garn 2300707107486PR CCD ID: 9333006057 | 616.16 |
| 12/23 | 12/23 Online ACH Payment 5007819139 To Iron Mountain (_#####5139) | 130.13 |
| 12/23 | 12/23 Online ACH Payment 5007814497 To Office Depot (_#####8474) | 184.37 |
| 12/23 | 12/23 Online ACH Payment 5007815171 To Myofficeproducts (_######4881) | 17.59 |
| 12/23 | ADP Payroll Fees ADP - Fees 2R6PR  8922264 CCD ID: 9659605001 | 354.98 |
| 12/27 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 42,800.41 |
| 12/27 | Green Mountain E 0121D    000012206835    PPD ID: 8030360441 | 245.82 |
| 12/27 | Green Mountain E 0121D    000010713347    PPD ID: 8030360441 | 174.73 |
| 12/28 | 12/28 Online ACH Payment 5007818134 To Kozadinos (_######0599) | 4,850.00 |
| 12/28 | 12/28 Online ACH Payment 5007813560 To Ring Central, Inc (_######4715) | 17,488.52 |
| 12/28 | 12/28 Online Wire Transfer A/C: Amber Klawinsky Willis, TX 773186157 Trn: 3928100363Es | 1,000.00 |
| 12/29 | 12/29 Online ACH Payment 5008352375 To United Healthcare (_##1378) | 37,653.39 |
| 12/29 | 12/29 Online ACH Payment 5008371694 To Stacey Verdun-Mayeur (_########4116) | 200.00 |

Page 3 of 4

GX935.088

DOJ_18CR368-0009606