15-Feb-17                                                    10Feb17-2364

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
**Sequence number 008270285449  Posting date 09-Aug-13 Amount 200000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8329

8/8/2013

PAY TO THE
ORDER OF     Vladimir Redko, M.D.                              $ **200,000.00

Two Hundred Thousand and 00/100************************************************************************ DOLLARS

Vladimir Redko, M.D.

MEMO

Dividend Distribution                                    AUTHORIZED SIGNATURE

⑈008329⑈ ⑆111000614⑆          5235⑈

**GOVERNMENT EXHIBIT**
**938**
**4:18-CR-368**

DOJ_18CR368-0005982

GX938.001

15-Feb-17                                                                                    10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 009590423353  Posting date 19-Sep-13 Amount 350000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

**8405**

9/19/2013

PAY TO THE
ORDER OF      Vladimir Redko, M.D.                                              $  **350,000.00

Three Hundred Fifty Thousand and 00/100***********************************************************************DOLLARS

Vladimir Redko, M.D.

MEMO
      Dividend Distribution                                      AUTHORIZED SIGNATURE

⑈008405⑈ ⑆1110006 14⑆ ⑈          5 2 3 5⑈

For Deposit only
1388

DOJ_18CR368-0006142

GX938.002

15-Feb-17                                                                    10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
**Sequence number 009590423352  Posting date 19-Sep-13 Amount 50000.00**



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1027

9/19/2013

PAY TO THE
ORDER OF     Vladimir Redko, MD                                    $  **50,000.00

Fifty Thousand and 00/100*************************************************************************DOLLARS

Vladimir Redko, MD

MEMO

Dividend Distribution

AUTHORIZED SIGNATURE

⑇001027⑇ ⑇111000614⑇ ■■ 9550⑇

For Deposit Only
1388 #

GX938.003

15-Feb-17                                                          10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 001270767163  Posting date 21-Oct-13 Amount 200000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1066

10/21/2013

PAY TO THE
ORDER OF    Vladimir Redko, MD                           $  **200,000.00

Two Hundred Thousand and 00/100********************************************** DOLLARS

Vladimir Redko, MD

MEMO
Dividend Distribution                              AUTHORIZED SIGNATURE

⑈001066⑈ ⑆111000614⑆ ▮550⑈

For Deposit Only
Acct #
7388

GX938.004

15-Feb-17                                                                10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 001270767164  Posting date 21-Oct-13 Amount 300000.00**



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-115/1110

8480

10/21/2013

PAY TO THE ORDER OF    Vladimir Redko, M.D.                           $  **300,000.00

Three Hundred Thousand and 00/100*********************************************************************DOLLARS

Vladimir Redko, M.D

MEMO
Dividend Distribution                                  AUTHORIZED SIGNATURE

⑈008480⑈ ⑆111000614⑆ ▮▮▮▮▮ 5235⑈

For Deposit Only
Acct # ▮▮▮▮▮ 7388

DOJ_18CR368-0006273

15-Feb-17                                                                10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 009990879407  Posting date 26-Nov-13 Amount 500000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000814

1112

11/26/2013

PAY TO THE
ORDER OF     Vladimir Redko, MD                                    $ **500,000.00

Five Hundred Thousand and 00/100************************************************** **DOLLARS**

          Vladimir Redko, MD

MEMO

Dividend Distribution                                         AUTHORIZED SIGNATURE

⑈001112⑈ ⑆111000814⑆ ████9550⑈

For Deposit only
7388

GX938.006

15-Feb-17                                                                    10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 009990879408  Posting date 26-Nov-13 Amount 100000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-116/1110

8565

11/26/2013

PAY TO THE
ORDER OF    Vladimir Redko, M.D.                                        $ **100,000.00

One Hundred Thousand and 00/100*************************************************************  **DOLLARS**

Vladimir Redko, M.D.

MEMO
        Dividend Distribution                                        AUTHORIZED SIGNATURE

⑈008565⑈ ⑆111000614⑆ ⑈ ▮▮▮▮ 5235⑈

For Deposit Only
7388

DOJ_18CR368-0006426

GX938.007

15-Feb-17

10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 005180094682  Posting date 30-Dec-13 Amount 600000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 796-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77030
32-118/1110

8643

12/30/2013

PAY TO THE
ORDER OF    Vladimir Redko, M.D.                                    $ **600,000.00

Six Hundred Thousand and 00/100***************************************************************DOLLARS

Vladimir Redko, M.D.

MEMO
    Dividend Distribution                                AUTHORIZED SIGNATURE

⑈008643⑈ ⑆111000614⑆ ⑈█████ 5235⑈

JPMorganChaseBank  123885  000171  9218700246... 

For Deposit only
4388

15-Feb-17                                                          10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
Sequence number 008790008966  Posting date 27-Jan-14 Amount 100000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

| | |
|---|---|
| **OMNIPLUS HEALTHCARE, L.P.**<br>6560 FANNIN, SUITE 2020<br>HOUSTON, TX 77030<br>(713) 796-1010 | JPMORGAN CHASE BANK, N.A.<br>HOUSTON, TX 77030<br>32-115/1110     **8714** |

1/27/2014

PAY TO THE
ORDER OF   Vladimir Redko, M.D.                              $ **100,000.00

One Hundred Thousand and 00/100************************************************************ DOLLARS

Vladimir Redko, M.D.
41 Stillforest
Houston, TX 77024

MEMO
     Dividend Distribution                          AUTHORIZED SIGNATURE

⑈008714⑈ ⑆111000614⑆ ⬛⬛⬛ 5235⑈

For Deposit only
Vladimir Redko MD
1388

DOJ_18CR368-0006671

15-Feb-17

10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 008790008965  Posting date 27-Jan-14 Amount 500000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77050
111-000614

1191

1/27/2014

PAY TO THE
ORDER OF   Vladimir Redko, MD                                    $ **500,000.00

Five Hundred Thousand and 00/100************************************************************ DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO

Dividend Distribution                                            AUTHORIZED SIGNATURE

⑈001191⑈ ⑆111000614⑈             ⑈550⑈

For Deposit Only
7388
Vladimir Redko, MD

15-Feb-17                                                    10Feb17-2364

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 009590080647  Posting date 27-Feb-14 Amount 100000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL-REACTIVE

**OMNIPLUS HEALTHCARE, L.P.**
6560 FANNIN, SUITE 2020
HOUSTON, TX 77030
(713) 795-1010

JPMORGAN CHASE BANK, N.A.
HOUSTON, TX 77050
32-115/1110

8767

2/27/2014

PAY TO THE
ORDER OF    Vladimir Redko, M.D.                          $ **100,000.00

One Hundred Thousand and 00/100*************************************************************** DOLLARS

Vladimir Redko, M.D.
41 Stillforest
Houston, TX 77024

MEMO

Dividend Distribution                                    AUTHORIZED SIGNATURE

⑈008767⑈ ⑆111000614⑇ ⑈ 5235⑈

For Deposit Only
7388

DOJ_18CR368-0006768

GX938.011

15-Feb-17                                                    10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 009590080648  Posting date 27-Feb-14 Amount 500000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000814

1256

2/27/2014

PAY TO THE
ORDER OF      Vladimir Redko, MD                              $ **500,000.00

Five Hundred Thousand and 00/100***************************************************** DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO

Dividend Distribution                        AUTHORIZED SIGNATURE

⑈⑆001256⑈⑆  ⑆111000814⑆        550⑈

For Deposit only
7588

15-Feb-17                                                              10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
**Sequence number 004280661841  Posting date 31-Mar-14 Amount 100000.00**



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

OMNIPLUS HEALTHCARE, L.P.                          JPMORGAN CHASE BANK, N.A.          8798
6560 FANNIN, SUITE 2020                               HOUSTON, TX 77030
HOUSTON, TX 77030                                     32-115/1110
(713) 796-1010

                                                                      3/31/2014

PAY TO THE
ORDER OF    Vladimir Redko, M.D.                              $  **100,000.00

One Hundred Thousand and 00/100*************************************************************  DOLLARS

            Vladimir Redko, M.D.
            41 Stillforest
            Houston, TX 77024

MEMO
            Dividend Distribution                            AUTHORIZED SIGNATURE

⑈008798⑈ ⑆⑈⑈⑈0006⑈⑈⑆ ⑈ 5235⑈

for Deposit only 7358

DOJ_18CR368-0006854

GX938.013

15-Feb-17

10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
**Sequence number 004280661842  Posting date 31-Mar-14 Amount 500000.00**



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

1311

JPMORGAN CHASE BANK
HOUSTON, TX 77050
111-000614

3/31/2014

PAY TO THE
ORDER OF    Vladimir Redko, MD                                    $  ***500,000.00

Five Hundred Thousand and 00/100********************************************************** DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO

Dividend Distribution                                              AUTHORIZED SIGNATURE

GX938.014

15-Feb-17                                                              10Feb17-2364

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2364
Sequence number 009870978472  Posting date 30-Apr-14 Amount 100000.00



15-Feb-17                                                          10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 009870978473  Posting date 30-Apr-14 Amount 500000.00



ALTERNATIVE MEDICINE AND PHARMACY, INC.
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1411

4/30/2014

PAY TO THE ORDER OF   Vladimir Redko, MD                            $ **500,000.00

Five Hundred Thousand and 00/100************************************************   DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO
Dividend Distribution                                    AUTHORIZED SIGNATURE

For Deposit Only
1388

15-Feb-17 10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
**Sequence number 003170944132 Posting date 30-May-14 Amount 600000.00**

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1509

5/30/2014

PAY TO THE ORDER OF Vladimir Redko, MD $ **600,000.00

Six Hundred Thousand and 00/100****************************************************** DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO Dividend Distribution

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈001509⑈ ⑆111000614⑆ [redacted]550⑈

# [redacted]7388
For Deposit Only



15-Feb-17                                                          10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 002180000907  Posting date 03-Jul-14 Amount 700000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

ALTERNATIVE MEDICINE AND PHARMACY, INC.                                    1617
4401 DOWLING ST.                          JPMORGAN CHASE BANK
HOUSTON, TX 77004                         HOUSTON, TX 77030
(713) 874-0300                            111-000614

                                                           7/2/2014

PAY TO THE
ORDER OF   Vladimir Redko, MD                              $ **700,000.00

Seven Hundred Thousand and 00/100********************************************************** DOLLARS

Vladimir Redko, MD
41 Stiliforest St.
Houston, TX 77024

MEMO
Dividend Distribution                                    AUTHORIZED SIGNATURE

⑈0⑈1617⑈ ⑇111000614⑇ ▉9550⑈

For D&P ONLY
7358

15-Feb-17

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number   Posting date   Amount

10Feb17-2379



July 01, 2014 through July 31, 2014
Primary Account: ███████9550

## CHECKS PAID  (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1656  ^ | | 07/28 | 1,200.00 |
| 1657  ^ | | 07/23 | 4,153.75 |
| 1658  ^ | | 07/30 | 200.37 |
| 1660  * ^ | | 07/30 | 16,916.32 |
| 1661  ^ | | 07/24 | 6,000.00 |
| 1662  ^ | | 07/29 | 684.21 |
| 1663  ^ | | 07/28 | 1,270.72 |
| 1664  ^ | | 07/28 | 973.69 |
| 1665  ^ | | 07/29 | 1,020.67 |
| 1667  * ^ | | 07/31 | 1,680.11 |
| 1669  * ^ | | 07/30 | 14,092.18 |
| 1670  ^ | | 07/31 | 298.72 |
| 1672  * ^ | | 07/30 | 1,212.42 |
| 10014  * ^ | | 07/29 | 741.66 |

**Total Checks Paid**                                                                                  **$2,849,540.09**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wlbehps001 | $401.36 |
| 07/01 | Fdgl       Lease Pymt          PPD ID: 1000010839 | 32.31 |
| 07/01 | Fdgl       Lease Pymt          PPD ID: 1000010839 | 32.31 |
| 07/07 | ADP Payroll Fees ADP - Fees 2Rxah  5632030 CCD ID: 9659605001 | 184.42 |
| 07/08 | 07/08 Payment To Chase Card Ending IN 0160 | 70,775.83 |
| 07/09 | 07/09 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Ref: Amp June'14 Bonus Trn: 4334800190Es | 300,000.00 |
| 07/09 | 07/09 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Imad: 0709B1Qgc02C007830 Trn: 4395300190Es | 50,000.00 |
| 07/09 | 07/09 Book Transfer Debit A/C: Vladimir Redko Houston, TX 770247518 Ref: Amp June'14 Bonus Trn: 4420600190Es | 52,000.00 |
| 07/09 | 07/09 Online Transfer To Chk ...1228 Transaction#: 4025106458 | 3,357,710.80 |
| 07/09 | Great-West Life  Payments  707471665214        ID: 1000300000 | 21,864.95 |
| 07/10 | 07/10 Book Transfer Debit A/C: Dejan Milosevic OR Jelena Lugopearland, TX 775847040 Ref: Amp June'14 Bonus Trn: 3147800191Es | 300,000.00 |
| 07/10 | ADP TX/Fincl Svc ADP - Tax 071114A01 CCD ID: 1223006057 | 29,656.52 |
| 07/11 | ADP TX/Fincl Svc ADP - Tax  000190056070Xah CCD ID: 9333006057 | 65,119.79 |
| 07/14 | 07/14 Online Wire Transfer A/C: Amerisource Receivables Orlando FL 32809 Ref: From Omniplus Pharmacy Trn: 4736100195Es | 200,000.00 |
| 07/14 | 07/14 Payment To Chase Card Ending IN 0160 | 67,789.71 |
| 07/14 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wlbehps001 | 585.56 |

GX938.019

15-Feb-17 10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number 003090006621 Posting date 01-Aug-14 Amount 700000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

ALTERNATIVE MEDICINE AND PHARMACY, INC.
4401 DOWLING ST.
HOUSTON, TX 77004
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1676

8/1/2014

PAY TO THE ORDER OF Vladimir Redko, MD $ **700,000.00

Seven Hundred Thousand and 00/100*********************************************************DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO Dividend Distribution

AUTHORIZED SIGNATURE

Security features included. Details on back.

⑈001676⑈ ⑆111000614⑆[redacted]9550⑈

For Deposit only
[redacted]7388

15-Feb-17                                                                    10Feb17-2379

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
#### GROUP ID G10Feb17-2379
Sequence number 009270294784  Posting date 21-Aug-14 Amount 52000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

ALTERNATIVE MEDICINE AND PHARMACY, INC.                  JPMORGAN CHASE BANK          1716
4401 DOWLING ST.                                         HOUSTON, TX 77030
HOUSTON, TX 77004                                        111-000814
(713) 874-0300
                                                                         8/21/2014

PAY TO THE
ORDER OF    Vladimir Redko, MD                                    $ **52,000.00

Fifty-Two Thousand and 00/100**********************************************    DOLLARS

           Vladimir Redko, MD
           41 Stillforest St.
           Houston, TX 77024

MEMO                                                        AUTHORIZED SIGNATURE
     July 2014 Bonus

⑈001716⑈ ⑆111000814⑆        9550⑈

For Deposit Only
Acct # 7388

15-Feb-17                                                                              10Feb17-2379

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2379**
Sequence number 005490353137  Posting date 02-Sep-14 Amount 700000.00



15-Feb-17

10Feb17-2379

CHASE ○

August 30, 2014 through September 30, 2014
Primary Account: ██████9550

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/02 | American Heritag Benman ACH 20776        CCD ID: 1590781901 | $971.83 |
| 09/02 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wtbehps001 | 458.03 |
| 09/02 | Fdgl        Lease Pymt        PPD ID: 1000010839 | 32.31 |
| 09/02 | Fdgl        Lease Pymt        PPD ID: 1000010839 | 32.31 |
| 09/04 | ADP TX/Fincl Svc ADP - Tax  510032733807Xah CCD ID: 9333006057 | 68,038.25 |
| 09/04 | ADP TX/Fincl Svc ADP - Tax  Rnxah 090518A01 CCD ID: 1223006057 | 30,248.30 |
| 09/08 | 09/08 Book Transfer Debit A/C: Brian Swiencinski Nidia Martindallas, TX 752011860 Trn: 5116200251Es | 500,000.00 |
| 09/08 | The Hartford   Ntclbivrc 14217806        CCD ID: 9942902727 | 15,484.00 |
| 09/09 | 09/09 Online Wire Transfer Via: Allegiance Bank TX/113025723 A/C: Scott Breimeister Houston TX 77018 US Ref: August Bonus Imad: 0909B1Qgc08C015621 Trn: 4611000252Es | 150,000.00 |
| 09/09 | 09/09 Book Transfer Debit A/C: Vladimir Redko Houston, TX 770247518 Ref: August Bonus Trn: 4621500252Es | 75,000.00 |
| 09/10 | 09/10 Payment To Chase Card Ending IN 0160 | 9,515.58 |
| 09/10 | 09/10 Online Transfer To Chk ...1228 Transaction#: 4144897561 | 3,229,264.19 |
| 09/11 | ADP TX/Fincl Svc ADP - Tax  Rnxah 091219A01 CCD ID: 1223006057 | 202,963.68 |
| 09/12 | 09/12 Payment To Chase Card Ending IN 0160 | 71,388.35 |
| 09/12 | 09/12 Online Transfer To Chk ...1758 Transaction#: 4149255992 | 120,000.00 |
| 09/12 | Office Depot     Online Pmt 561483929071974 Web ID: Citiccsweb | 6,588.30 |
| 09/12 | ADP Payroll Fees ADP - Fees 2Rixah  8641587 CCD ID: 9659605001 | 263.49 |
| 09/16 | 09/16 Payment To Chase Card Ending IN 0160 | 3,673.09 |
| 09/16 | Certegy Ck Srvs  Invoice   1107290000004  CCD ID: 1210002033 | 31.00 |
| 09/17 | Comcast Business Web Pay   904879745        CCD ID: 1510372554 | 1,065.79 |
| 09/17 | Pbp Acct        Pbp Acct  =9559630      CCD ID: 4060946476 | 375.35 |
| 09/17 | Comcast        Comcast   3185087650  Spa Web ID: C877770000 | 250.64 |
| 09/18 | ADP TX/Fincl Svc ADP - Tax  692036918526Xah CCD ID: 9333006057 | 79,656.61 |
| 09/18 | ADP TX/Fincl Svc ADP - Tax  Rnxah 091919A01 CCD ID: 1223006057 | 58,350.53 |
| 09/18 | Great-West Life  Payments  670007147836     ID: 1000300000 | 6,187.37 |
| 09/22 | 09/22 Online Wire Transfer A/C: Amerisource Receivables Orlando FL 32809 Ref: Prepayment On Act 100109124 037135178 Trn: 4512700265Es | 150,000.00 |
| 09/23 | New Tech     AR-MD     N155-003     CCD ID: 9000807930 | 559.13 |
| 09/25 | Green Mountain E 0270D     000009881226   Tel ID: 8030360441 | 2,074.45 |
| 09/25 | American Heritag Benman ACH 20776        CCD ID: 1590781901 | 935.39 |
| 09/26 | ADP Payroll Fees ADP - Fees 2Rxah  9474423 CCD ID: 9659605001 | 518.98 |
| 09/26 | ADP Payroll Fees ADP - Fees 8Yrnxah 9418700 CCD ID: 9659605001 | 220.52 |
| 09/29 | 09/29 Payment To Chase Card Ending IN 0160 | 61,379.38 |
| 09/29 | Great-West Life  Payments  260011398952     ID: 1000300000 | 8,257.26 |
| 09/30 | 09/30 Online Transfer To Chk ...5235 Transaction#: 4180801413 | 79,088.22 |
| 09/30 | 09/30 Online Transfer To Mma ...7201 Transaction#: 4181806137 | 2,449,600.00 |
| 09/30 | Pharm Buy Assoc  Cash C&D  15900031        CCD ID: 9431482785 | 100.00 |
| **Total Electronic Withdrawals** | | **$7,382,572.33** |

Page 6 of 10

15-Feb-17                                                        10Feb17-2379

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2379
Sequence number 008290977557  Posting date 06-Oct-14 Amount 400000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000614

1799

10/6/2014

PAY TO THE
ORDER OF   Vladimir Redko, MD                              $ **400,000.00

Four Hundred Thousand and 00/100**********************************************  DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO

Dividend Distributions                                    AUTHORIZED SIGNATURE

⑈00⑈799⑈ ⑈⑈⑈⑈0006⑈4⑈ 9550⑈

For Deposit only
#388

GX938.024

15-Feb-17                                                      10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 004270495132  Posting date 16-Oct-14 Amount 48000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

PHARMS, LLC                          JPMORGAN CHASE BANK, NA.                  1266
4916 MAIN ST., STE. 100              HOUSTON, TX 77002
HOUSTON, TX 77002                    32-61/1110

                                                           10/16/2014

PAY TO THE
ORDER OF   Vladimir Redko, MD                                   $ **48,000.00

Forty-Eight Thousand and 00/100************************************ DOLLARS

           Vladimir Redko, MD
           41 Stillforest
           Houston, TX 77024

MEMO
           Consulting Fees                                AUTHORIZED SIGNATURE

⑈004266⑈ ⑆111000614⑆        ⑈228⑈

For Deposit only

DOJ_18CR368-0008559

15-Feb-17                                                              10Feb17-2376

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 005670832051  Posting date 03-Dec-14 Amount 24000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4918 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

**1300**

12/2/2014

PAY TO THE
ORDER OF     Vladimir Redko, MD                                    $ **24,000.00**

Twenty-Four Thousand and 00/100 ************************************************ DOLLARS

Vladimir Redko, MD
6560 Fannin, Suite 2020
Houston, TX 77030

MEMO                                                    AUTHORIZED SIGNATURE

⑈001300⑈ ⑆111000614⑆ [REDACTED]  4228⑈

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

15-Feb-17                                                                          10Feb17-2379

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2379
Sequence number 002290758688  Posting date 05-Dec-14 Amount 200000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**ALTERNATIVE MEDICINE AND PHARMACY, INC.**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002
(713) 874-0300

JPMORGAN CHASE BANK
HOUSTON, TX 77030
111-000814

1934

12/4/2014

PAY TO THE
ORDER OF    Vladimir Redko, MD                                    $ **200,000.00

Two Hundred Thousand and 00/100************************************************** DOLLARS

Vladimir Redko, MD
41 Stillforest St.
Houston, TX 77024

MEMO                                                           AUTHORIZED SIGNATURE

⑆001934⑆ ⑆111000814⑆         7550⑈

For Deposit only
7368

GX938.027

15-Feb-17                                                                                     10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
Sequence number   Posting date   Amount



January 01, 2015 through January 30, 2015
Account Number: ▉▉▉▉▉5235

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 9068 ^ | | 01/30 | 2,439.00 |
| 9069 ^ | | 01/30 | 3,842.50 |
| 9070 ^ | | 01/28 | 30.99 |
| 9073 * ^ | | 01/29 | 91.75 |
| 9080 * ^ | | 01/28 | 25,000.00 |
| 9082 * ^ | | 01/28 | 118,750.00 |
| **Total Checks Paid** | | | **$325,740.89** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Great-West Life  Payments  630006356972   CTX ID: 1000300000 | $1,671.89 |
| 01/02 | Paymentech      Fee      5587566      CCD ID: 1020401225 | 114.73 |
| 01/05 | American Express Collection 1420430365      CCD ID: 1134992250 | 7.95 |
| 01/06 | Anda, Inc.      ACH-Debits      CCD ID: 1650366288 | 24,016.66 |
| 01/06 | ADP Payroll Fees ADP - Fees 2Rxai  4327303 CCD ID: 9659605001 | 153.22 |
| 01/07 | Mckesson Drug   Auto ACH  1407201853      CCD ID: 9991000900 | 3,896.00 |
| 01/08 | ADP TX/Fincl Svc ADP - Tax  53805346538Xai CCD ID: 9333006057 | 18,396.45 |
| 01/08 | Mckesson Drug   Auto ACH  1407300744      CCD ID: 9991000900 | 8,160.00 |
| 01/08 | ADP TX/Fincl Svc ADP - Tax  Rnxai 010901A01 CCD ID: 1223006057 | 8,078.66 |
| 01/08 | American Express Axp Discnt 1420430365      CCD ID: 1134992250 | 11.28 |
| 01/12 | Mckesson Drug   Auto ACH  1407246049      CCD ID: 9991000900 | 8,004.16 |
| 01/12 | ADT Security Ser Adtpapach 401298487      PPD ID: 8881323080 | 348.42 |
| 01/12 | ADT Security Ser Adtpapach 401298529      PPD ID: 8881323080 | 348.42 |
| 01/13 | 01/13 Online Transfer To Chk …1228 Transaction#: 4384676021 | 727,960.18 |
| 01/14 | Mckesson Drug   Auto ACH  1407295043      CCD ID: 9991000900 | 4,264.00 |
| 01/14 | ADT Security Ser Adtpapach 401298487      Tel ID: 8881323080 | 145.19 |
| 01/15 | ADT Security Ser Adtpapach 401298529      PPD ID: 8881323080 | 145.19 |
| 01/15 | Pitney Bowes   Pitney2   102706440001    CCD ID: 3201344287 | 98.51 |
| 01/16 | Mckesson Drug   Auto ACH  1407052762      CCD ID: 9991000900 | 4,534.00 |
| 01/16 | ADP Payroll Fees ADP - Fees 2Rxai  4888068 CCD ID: 9659605001 | 233.17 |
| 01/22 | ADP TX/Fincl Svc ADP - Tax  627052770921Xai CCD ID: 9333006057 | 16,335.83 |
| 01/22 | ADP TX/Fincl Svc ADP - Tax  Rnxai 012302A01 CCD ID: 1223006057 | 6,619.01 |
| 01/23 | 01/23 Online Transfer To Chk …1228 Transaction#: 4404357422 | 412,677.22 |
| 01/23 | AXA Equitable   Ins.      047233623      PPD ID: 9413799001 | 505.83 |
| 01/23 | ADP Payroll Fees ADP - Fees 8Ymxai 5157286 CCD ID: 9659605001 | 153.75 |
| 01/23 | ADP Payroll Fees ADP - Fees 2Rxai  5229678 CCD ID: 9659605001 | 10.66 |
| 01/26 | Mckesson Drug   Auto ACH  1407273292      CCD ID: 9991000900 | 8,271.60 |
| 01/26 | Great-West Life  Payments  705372237266   CTX ID: 1000300000 | 2,052.09 |
| 01/27 | ADP Payroll Fees ADP - Fees 2Rxai  5638657 CCD ID: 9659605001 | 184.70 |
| 01/28 | 01/28 Online ACH Payment 4973092663 To Brain Ski (_#####6280) | 237,500.00 |
| 01/28 | 01/28 Online ACH Payment 4973092664 To V Redko (_#####7388) | 118,750.00 |

Page 4 of 6

GX938.028

15-Feb-17                       10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date  Amount



January 31, 2015 through February 27, 2015
Account Number: ████████ 1228



## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 50087  ^ | | 02/23 | 646.85 |
| 50088  ^ | | 02/19 | 12,500.00 |
| 50089  ^ | | 02/18 | 28,935.57 |
| 50090  ^ | | 02/18 | 7,906.10 |
| 50091  ^ | | 02/24 | 2,494.73 |
| 50092  ^ | | 02/23 | 147.69 |
| **Total Checks Paid** | | | **$190,900.30** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | 02/05 Online Transfer To Chk ...9550 Transaction#: 4427997963 | $4,361.44 |
| 02/05 | ADP TX/Fincl Svc ADP - Tax 2300598995676PR CCD ID: 9333006057 | 51,855.29 |
| 02/05 | ADP TX/Fincl Svc ADP - Tax Rn6PR 020603A01 CCD ID: 1223006057 | 20,109.47 |
| 02/05 | Webfile Tax Pymt Dd     902/19998164   CCD ID: 2146000311 | 50.00 |
| 02/12 | 02/12 Online ACH Payment 4973818059 To Peter Herbst (_#####5359) | 5,431.92 |
| 02/12 | 02/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 1200065812 6PR Tm: 4802100043Jo | 1,477,243.86 |
| 02/12 | Great-West Life  Payments   250011170599   CTX ID: 1000300000 | 3,505.24 |
| 02/13 | 02/12 Online ACH Payment 4973834249 To V Redko (_######7388) | 250,000.00 |
| 02/13 | 02/13 Online ACH Payment 4973877747 To Charles Holman (_####1355) | 433.30 |
| 02/13 | ADP Payroll Fees ADP - Fees 2R6PR  6580008 CCD ID: 9659605001 | 180.51 |
| 02/17 | 02/16 Online ACH Payment 4973936675 To Powers Court LLC (_########0315) | 1,413.00 |
| 02/18 | 02/18 Online ACH Payment 4973990520 To Worth Medical Company LLC (_#####9708) | 280,698.77 |
| 02/18 | 02/18 Online ACH Payment 4973990546 To Worth Medical Company LLC (_#####9708) | 131,410.08 |
| 02/19 | ADP TX/Fincl Svc ADP - Tax  4100325670076PR CCD ID: 9333006057 | 78,732.98 |
| 02/19 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 022004A01 CCD ID: 1223006057 | 39,163.90 |
| 02/20 | 02/20 Online ACH Payment 4974160082 To Robert Perry II (_######8598) | 5,718.90 |
| 02/20 | ADP Payroll Fees ADP - Fees 2R6PR  6900343 CCD ID: 9659605001 | 215.69 |
| 02/24 | 02/24 Online ACH Payment 4974233270 To Charles Holman (_####1355) | 388.90 |
| 02/24 | Great-West Life  Payments  160010165665   CTX ID: 1000300000 | 5,745.81 |
| 02/25 | 02/25 Wire Transfer Via: Wells Fargo NA/121000248 A/C: Bradley Lawrence Madrid Imad: 0225B1Qgc04C004903 Tm: 3950000056Es | 150,000.00 |
| 02/25 | 02/25 Online ACH Payment 4974354993 To Robert Perry II (_######8598) | 5,376.53 |
| 02/27 | ADP Payroll Fees ADP - Fees 2R6PR  7309530 CCD ID: 9659605001 | 216.33 |
| **Total Electronic Withdrawals** | | **$2,512,251.92** |

Your service charges, fees and earnings credit have been calculated through account analysis.

DOJ_18CR368-0008695

GX938.029

15-Feb-17

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2364
Sequence number   Posting date  Amount

10Feb17-2364

**CHASE ◯**

January 31, 2015 through February 27, 2015
Account Number:                    5235

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 9110 ^ | | 02/17 | 73.00 |
| 9111 ^ | | 02/12 | 22,133.12 |
| 9112 ^ | | 02/19 | 1,805.30 |
| 9113 ^ | | 02/24 | 282.78 |
| 9114 ^ | | 02/20 | 594.26 |
| 9115 ^ | | 02/20 | 111.28 |
| 9116 ^ | | 02/24 | 60.01 |
| 9117 ^ | | 02/25 | 4,202.48 |
| 9118 ^ | | 02/23 | 319.98 |
| 9119 ^ | | 02/26 | 221.57 |
| 9120 ^ | | 02/26 | 412.50 |
| 9126 * ^ | | 02/27 | 1,124.08 |
| 9127 ^ | | 02/27 | 185.32 |

**Total Checks Paid** $222,936.38

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | 02/02 Online ACH Payment 4973222997 To Nucare Pharma (_######4646) | $32,694.04 |
| 02/02 | Mckesson Drug  Auto ACH  1407314384    CCD ID: 9991000900 | 16,373.76 |
| 02/02 | Paymentech    Fee   5587566    CCD ID: 1020401225 | 102.61 |
| 02/04 | American Express Collection 1420430365    CCD ID: 1134992250 | 7.95 |
| 02/05 | ADP TX/Fincl Svc ADP - Tax  250036321840Xai CCD ID: 9333006057 | 17,402.13 |
| 02/05 | ADP TX/Fincl Svc ADP - Tax  Rnxai 020603A01 CCD ID: 1223006057 | 7,348.59 |
| 02/09 | American Express Axp Discnt 1420430365    CCD ID: 1134992250 | 0.64 |
| 02/11 | 02/11 Online Transfer To Chk ...1228 Transaction# 4441054271 | 306,911.47 |
| 02/11 | 02/11 Online ACH Payment 4973755370 To V Redko (_######7388) | 118,750.00 |
| 02/11 | 02/11 Online ACH Payment 4973755369 To Brian Ski (_######6280) | 237,500.00 |
| 02/11 | Mckesson Drug  Auto ACH  1407163357    CCD ID: 9991000900 | 98.28 |
| 02/12 | Great-West Life  Payments  250011170597    CTX ID: 1000300000 | 2,324.96 |
| 02/13 | ADP Payroll Fees ADP - Fees 2Rxai  6528051 CCD ID: 9659605001 | 153.22 |
| 02/13 | ADT Security Ser Adtpapach  401298487    PPD ID: 8881323080 | 62.77 |
| 02/17 | 02/17 Online Transfer To Chk ...1228 Transaction#: 4453238051 | 225,000.00 |
| 02/17 | ADT Security Ser Adtpapach  401298529    PPD ID: 8881323080 | 62.77 |
| 02/19 | ADP TX/Fincl Svc ADP - Tax  504052826336Xai CCD ID: 9333006057 | 15,481.59 |
| 02/19 | ADP TX/Fincl Svc ADP - Tax  Rnxai 022004A01 CCD ID: 1223006057 | 5,898.26 |
| 02/19 | Mckesson Drug  Auto ACH  1407211952    CCD ID: 9991000900 | 470.27 |
| 02/23 | AXA Equitable   Ins.   047233623    PPD ID: 9413799901 | 505.83 |
| 02/24 | Great-West Life  Payments  160010165663    CTX ID: 1000300000 | 2,150.21 |
| 02/24 | Webfile Tax Pymt Dd    902/20199001    CCD ID: 2146000311 | 52.00 |
| 02/25 | 02/25 Online Wire Transfer Via: Keybank Albany/021300077 A/C: Medisca Plattsburgh NY 12901 US Imad: 0225B1Qgc04C004013 Trn: 3815400056Es | 24,477.93 |

Page 4 of 10

GX938.030

15-Feb-17                                                                    10Feb17-2526

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2526**
Sequence number 002290072663  Posting date 20-May-15 Amount 12736.83

**BRIAN SWIENCINSKI**
2215 CEDAR SPRINGS RD., APT. 1217
DALLAS, TX 75201-1860

1438

32-81
1110  164

CHASE
PRIVATE
CLIENT

DATE April 30 2015

PAY TO THE
ORDER OF DR Vladamir Rosko                          $ 12,736.93

Twelve Thousand Seven hundred thirty Six and 93/100          DOLLARS

JPMorgan Chase Bank, N.A.

MEMO Pharmacy

Brian Swiencinski

⑈111000614⑈           6 280⑈ 1438

GX938.031

**SCOTT ALAN BREIMEISTER**
2201 BRUN ST,
HOUSTON, TX 77019

1056

30-9/1140
424

Date: 4/30/15

Pay To The Order Of ~Vlademir Redko~          $ 82,789 62

~Eighty Two Thousand Seven Hundred Eighty Nine~ 62 Dollars

**Frost**
www.frostbank.com

For _____

⑈114000093⑈ 1056⬛          0977⬛

AccountNum: ⬛0977
SerialNum: 1056
CheckAmt: 8278967
CapturDate: 20150520
ItemSeqNum: 91764996

AccountNum: ⬛0977
SerialNum: 1056
CheckAmt: 8278967
CapturDate: 20150520
ItemSeqNum: 91764996

GX938.032

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number   Posting date   Amount**

## CHASE

April 01, 2015 through April 30, 2015
Account Number: ██████ 1228



### ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | | AMOUNT |
|---|---|---|
| 04/20 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 042109A01 CCD ID: 1223006057 | 1,935.82 |
| 04/21 | Great-West Life  Payments  697672598282    CTX ID: 1000300000 | 6,120.82 |
| 04/22 | 04/22 Online ACH Payment 4976930674 To Peter Herbst (_#####5359) | 6,084.87 |
| 04/22 | 04/22 Online ACH Payment 4976955841 To Charles Holman (_####1355) | 133.29 |
| 04/22 | ADP TX/Fincl Svc ADP - Tax 6130536909186PR CCD ID: 9333006057 | 34,137.50 |
| 04/22 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 042309A01 CCD ID: 1223006057 | 15,337.50 |
| 04/24 | ADP Payroll Fees ADP - Fees 2R6PR   0374154 CCD ID: 9659605001 | 573.73 |
| 04/27 | 04/27 Online ACH Payment 4977111747 To Vladimir Redko MD, PA (_#######9108) | 125,000.00 |
| 04/28 | 04/28 Online ACH Payment 4977171130 To Charles Holman (_####1355) | 208.54 |
| 04/29 | 04/29 Online ACH Payment 4977223551 To Charles Holman (_####1355) | 1,020.17 |
| 04/30 | ADP TX/Fincl Svc ADP - Tax 2800572858266PR CCD ID: 9333006057 | 80,065.44 |
| 04/30 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 050109A01 CCD ID: 1223006057 | 40,322.21 |
| 04/30 | ADP TX/Fincl Svc ADP - Tax  2800572858276PR CCD ID: 9333006057 | 2,642.42 |
| **Total Electronic Withdrawals** | | **$3,174,465.04** |

Your service charges, fees and earnings credit have been calculated through account analysis.

### DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 04/01 | $658,102.15 | 04/16 | 989,561.58 |
| 04/02 | 554,534.59 | 04/17 | 982,957.30 |
| 04/03 | 530,874.91 | 04/20 | 1,041,418.60 |
| 04/06 | 523,349.41 | 04/21 | 1,015,140.79 |
| 04/08 | 514,283.25 | 04/22 | 959,306.06 |
| 04/09 | 514,135.56 | 04/24 | 958,732.33 |
| 04/10 | 3,787,893.10 | 04/27 | 833,732.33 |
| 04/13 | 3,774,584.38 | 04/28 | 833,523.79 |
| 04/14 | 1,567,971.07 | 04/29 | 832,237.98 |
| 04/15 | 1,084,801.87 | 04/30 | 709,095.73 |



DOJ_18CR368-0008777

15-Feb-17                                                                                       10Feb17-2379

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2379
Sequence number   Posting date   Amount

**CHASE** ◯

April 01, 2015 through April 30, 2015
Account Number:          9550

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01 | Mckesson Drug   Auto ACH   1407420806        CCD ID: 9991000900 | $2,797.09 |
| 04/01 | Hrtland Pmt Sys  Txns/Fees  650000007656302 CCD ID: Wlbehps001 | 301.12 |
| 04/01 | Fdgl        Lease Pymt           PPD ID: 1000010839 | 32.31 |
| 04/01 | Fdgl        Lease Pymt           PPD ID: 1000010839 | 32.31 |
| 04/02 | ADP TX/Fincl Svc ADP - Tax  694061604448Xah CCD ID: 9333006057 | 63,671.81 |
| 04/02 | ADP TX/Fincl Svc ADP - Tax  Rnxah 040307A01 CCD ID: 1223006057 | 25,865.32 |
| 04/02 | Mckesson Drug   Auto ACH   1407225957        CCD ID: 9991000900 | 4.02 |
| 04/08 | Mckesson Drug   Auto ACH   1407429344        CCD ID: 9991000900 | 497.02 |
| 04/09 | Bellco Drug 484  Cash Con   1224006          CCD ID: 9008484001 | 6,520.65 |
| 04/09 | Mckesson Drug   Auto ACH   1407430711        CCD ID: 9991000900 | 271.96 |
| 04/10 | 04/10 Online Transfer To Chk ...1228 Transaction#: 4558605589 | 855,892.78 |
| 04/10 | 04/10 Wire Transfer A/C: Brian Swiencinski Nidia Martinez Dallas, TX 752011860 Trn: 4899300100Es | 1,000,000.00 |
| 04/10 | Mckesson Drug   Auto ACH   1407260797        CCD ID: 9991000900 | 1,418.84 |
| 04/10 | ADP Payroll Fees ADP - Fees 2Rxah   9689259 CCD ID: 9659605001 | 260.82 |
| 04/13 | 04/13 Wire Transfer A/C: Vladimir Redko Houston, TX 770247518 Trn: 4900400100Es | 1,000,000.00 |
| 04/13 | Great-West Life  Payments   707705564572       ID: 1000300000 | 6,290.16 |
| 04/14 | 04/14 Payment To Chase Card Ending IN 0160 | 13,089.02 |
| 04/16 | ADP TX/Fincl Svc ADP - Tax  642033294294Xah CCD ID: 9333006057 | 68,897.19 |
| 04/16 | ADP TX/Fincl Svc ADP - Tax  Rnxah 041708A01 CCD ID: 1223006057 | 29,497.24 |
| 04/20 | 04/20 Online ACH Payment 4976821492 To Galor Law Firm (_#####3828) | 4,455.00 |
| 04/20 | Mckesson Drug   Auto ACH   1407446315        CCD ID: 9991000900 | 29.11 |
| 04/21 | Great-West Life  Payments   697672598281       ID: 1000300000 | 6,759.98 |
| 04/21 | Retail Solutions Cmb1     1518274281     CCD ID: 2017 | 218.17 |
| 04/21 | Cortegy Ck Srvs  Invoice    1107290000004    CCD ID: 1210002033 | 31.00 |
| 04/21 | Mckesson Drug   Auto ACH   1407447535        CCD ID: 9991000900 | 7.72 |
| 04/22 | Mckesson Drug   Auto ACH   1407449642        CCD ID: 9991000900 | 305.96 |
| 04/23 | New Tech       AR-MD      N155-003       CCD ID: 9000807930 | 484.28 |
| 04/23 | Mckesson Drug   Auto ACH   1407232792        CCD ID: 9991000900 | 455.71 |
| 04/24 | ADP Payroll Fees ADP - Fees 8Ymxah 0217603 CCD ID: 9659605001 | 302.99 |
| 04/24 | ADP Payroll Fees ADP - Fees 2Rxah   0290045 CCD ID: 9659605001 | 255.49 |
| 04/27 | Bellco Drug      Accts Recv 1224006          CCD ID: 9220162002 | 9,708.83 |
| 04/27 | Mckesson Drug   Auto ACH   1407186482        CCD ID: 9991000900 | 3.41 |
| 04/28 | 04/28 Payment To Chase Card Ending IN 0160 | 52,904.70 |
| 04/28 | Mckesson Drug   Auto ACH   1407406268        CCD ID: 9991000900 | 3,107.33 |
| 04/29 | Mckesson Drug   Auto ACH   1407462641        CCD ID: 9991000900 | 789.80 |
| 04/30 | ADP TX/Fincl Svc ADP - Tax  280057285830Xah CCD ID: 9333006057 | 59,020.26 |
| 04/30 | ADP TX/Fincl Svc ADP - Tax  Rnxah 050109A01 CCD ID: 1223006057 | 23,899.63 |
| 04/30 | Mckesson Drug   Auto ACH   1407452253        CCD ID: 9991000900 | 353.96 |
| 04/30 | Pharm Buy Assoc  Cash C&D   15900031         CCD ID: 9431482785 | 100.00 |
| **Total Electronic Withdrawals** | | **$3,238,532.99** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/03 | Service Charges For The Month of March | $78.00 |
| **Total Fees & Other Withdrawals** | | **$78.00** |

Page 5 of 8

15-Feb-17

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G10Feb17-2399
Sequence number   Posting date   Amount

10Feb17-2399

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 01, 2015 through May 29, 2015
Account Number:            758



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00016004 DRE 201 142 15415 NNNNNNNNNNY T  1 000000000 D4 0000
S&HT ACQUISITIONS, LLC
4916 MAIN ST STE 100
HOUSTON TX 77002-9765

## CHECKING SUMMARY     Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$169,615.00** |
| Deposits and Additions | 1 | 372,500.00 |
| Electronic Withdrawals | 4 | - 388,500.00 |
| **Ending Balance** | 5 | **$153,615.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | Online Transfer From Chk ...6259 Transaction#: 4618283149 | $372,500.00 |
| **Total Deposits and Additions** | | **$372,500.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/11 | 05/11 Online ACH Payment 4977739731 To Breimeister (_#####0977) | $37,500.00 |
| 05/11 | 05/11 Online ACH Payment 4977739733 To Brian Ski (_#####6280) | 185,000.00 |
| 05/11 | 05/11 Online ACH Payment 4977739734 To V Redko (_#####7388) | 150,000.00 |
| 05/15 | Webfile Tax Pymt Dd      902/20834522    CCD ID: 2146000311 | 16,000.00 |
| **Total Electronic Withdrawals** | | **$388,500.00** |

Page 1 of 4

15-Feb-17                                                                      10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 005570452109  Posting date 20-Jul-15  Amount 125000.00



15-Feb-17                                                                                                    10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount

 **CHASE**

September 01, 2015 through September 30, 2015
Account Number: ███████1228

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 50148  ^ | | 09/23 | 265.65 |
| 50150  * ^ | | 09/22 | 2,419.78 |
| 50152  * ^ | | 09/16 | 5,694.85 |
| 50153  ^ | | 09/22 | 306.29 |
| 50154  ^ | | 09/17 | 16,285.54 |
| 50155  ^ | | 09/24 | 977.43 |
| 50156  ^ | | 09/25 | 32,535.09 |
| 50157  ^ | | 09/18 | 1,250.81 |
| **Total Checks Paid** | | | **$101,179.16** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | 09/01 Wire Transfer Via: Frost Bank/114000093 A/C: Scott Breimeister Ref:/Time/15:22 Imad: 0901B1Qgc04C016083 Trn: 5290900244Es | $200,000.00 |
| 09/02 | 09/02 Online ACH Payment 4983262849 To Douglas Qualset (_######2136) | 220.84 |
| 09/03 | 09/03 Online ACH Payment 4983328380 To Charles Holman (_####1355) | 87.57 |
| 09/03 | 09/03 Online ACH Payment 4983293766 To Branko (_#####3570) | 8,000.00 |
| 09/03 | ADP TX/Fincl Svc ADP - Tax  6990624590286PR CCD ID: 9333006057 | 76,721.37 |
| 09/03 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 090409A01 CCD ID: 1223006057 | 33,692.04 |
| 09/03 | ADP TX/Fincl Svc ADP - Tax  6990624590296PR CCD ID: 9333006057 | 2,642.42 |
| 09/04 | ADP Payroll Fees ADP - Fees 2R6PR  5181954 CCD ID: 9659605001 | 147.73 |
| 09/08 | 09/08 Online ACH Payment 4983487032 To Peter Herbst (_#####5359) | 9,291.40 |
| 09/09 | 09/09 Online Transfer To Chk ...6259 Transaction#: 4868206316 | 2,682.24 |
| 09/09 | 09/09 Online Transfer To Chk ...9550 Transaction#: 4868208882 | 1,149.53 |
| 09/09 | 09/09 Online Transfer To Chk ...0165 Transaction#: 4868218365 | 2,682.24 |
| 09/09 | 09/09 Online Transfer To Chk ...5235 Transaction#: 4868224713 | 1,149.53 |
| 09/10 | Great-West Life Payments  560009221342   CTX ID: 1000300000 | 3,230.29 |
| 09/11 | ADP Payroll Fees ADP - Fees 2R6PR  5882232 CCD ID: 9659605001 | 340.88 |
| 09/14 | 09/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 2800064235 6PR Trn: 1239200257Jo | 694,937.37 |
| 09/14 | 09/14 Online ACH Payment 4983713072 To V Redko (_######7388) | 7,000.00 |
| 09/14 | 09/14 Online ACH Payment 4983715635 To Angelina Hollins (_######9949) | 1,486.51 |
| 09/14 | 09/14 Online ACH Payment 4983781232 To Rwg3 Holdings (_#####9599) | 75.00 |
| 09/14 | 09/14 Online ACH Payment 4983791169 To Precisehealth (_#######0001) | 129.32 |
| 09/14 | 09/14 Online ACH Payment 4983789890 To Kristan Gonzalez (_#####5386) | 311.73 |
| 09/14 | 09/14 Online ACH Payment 4983789193 To Charles Holman (_####1355) | 137.30 |
| 09/14 | 09/14 Online ACH Payment 4983793693 To Charles Holman (_####1355) | 1,200.17 |
| 09/14 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 091509A01 CCD ID: 1223006057 | 2,503.74 |
| 09/16 | 09/16 Online ACH Payment 4983895923 To Integrimed Consulting (_######4998) | 4,363.17 |
| 09/16 | 09/16 Online ACH Payment 4983934102 To Douglas Qualset (_#####2136) | 117.55 |
| 09/17 | ADP TX/Fincl Svc ADP - Tax  2400639597556PR CCD ID: 9333006057 | 93,199.39 |
| 09/17 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 091810A01 CCD ID: 1223006057 | 43,427.23 |
| 09/17 | ADP TX/Fincl Svc ADP - Tax  2400639597566PR CCD ID: 9333006057 | 2,642.42 |
| 09/22 | 09/22 Online ACH Payment 4984131693 To Brian Ski (_#####6280) | 36,325.00 |
| 09/22 | 09/22 Online ACH Payment 4984131692 To Breimeister (_#####0977) | 36,325.00 |

Page 3 of 4

DOJ_18CR368-0008969

GX938.037

15-Feb-17                                                                                    10Feb17-2364

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2364**
Sequence number   Posting date  Amount

 CHASE

October 01, 2015 through October 30, 2015
Account Number:  ████████5235

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 9331  ^ | | 10/01 | $75.00 |
| 9333  * ^ | | 10/02 | 1,184.26 |
| 9334  ^ | | 10/05 | 154.00 |
| 9335  ^ | 10/12 | 10/13 | 2,800.00 |
| 9336  ^ | | 10/22 | 198.00 |
| 9337  ^ | | 10/13 | 178.61 |
| 9338  ^ | | 10/22 | 75.00 |
| **Total Checks Paid** | | | **$4,664.87** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | 10/02 Online Transfer To Chk ...9550 Transaction#: 4915924075 | $699,393.87 |
| 10/02 | Paymentech    Fee    5587566      CCD ID: 1020401225 | 39.95 |
| 10/08 | 10/08 Online ACH Payment 4985025973 To V Redko (_######7388) | 40,648.98 |
| 10/08 | 10/08 Online ACH Payment 4985026812 To Carr (_######7354) | 17,099.51 |
| 10/08 | 10/08 Online ACH Payment 4985025972 To Brian Ski (_#####6280) | 12,633.98 |
| 10/08 | 10/08 Online ACH Payment 4985026811 To Brian Ski (_#####6280) | 128,124.10 |
| 10/08 | 10/08 Online ACH Payment 4985025971 To Breimeister-Frost (_#####0977) | 12,633.98 |
| 10/08 | 10/08 Online ACH Payment 4985026809 To Breimeister-Frost (_#####0977) | 180,965.21 |
| 10/13 | ADT Security Ser Adtpapach 401298487      PPD ID: 8881323080 | 62.77 |
| 10/22 | AXA Equitable   Ins.      047233623       PPD ID: 9413799001 | 505.83 |
| 10/22 | ADP TX/Fincl Svc ADP - Tax  Rnxai 5609572Vv CCD ID: 1223006057 | 476.78 |
| 10/22 | Retail Solutions 20 Oa    1316066731       CCD ID: 2017 | 324.04 |
| 10/23 | ADP Payroll Fees ADP - Fees 8Yrnxai 7749345 CCD ID: 9659605001 | 85.52 |
| 10/29 | AXA Equitable   Ins.      047233938       PPD ID: 9413799001 | 387.11 |
| **Total Electronic Withdrawals** | | **$1,093,381.63** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | 10/06 Transfer To Chk Xxxxx6280 | $400,000.00 |
| 10/09 | 10/09 Transfer To Chk Xxxxxx7388 | 392,559.11 |
| **Total Fees & Other Withdrawals** | | **$792,559.11** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $2,028,100.61 |
| 10/02 | 1,327,482.53 |
| 10/05 | 1,327,328.53 |
| 10/06 | 927,328.53 |
| 10/08 | 535,222.77 |
| 10/09 | 142,663.66 |

Page 2 of 4

15-Feb-17

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount

10Feb17-2376

## CHASE ⬡

October 01, 2015 through October 30, 2015
Account Number: ████1228

### ELECTRONIC WITHDRAWALS _(continued)_

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | 10/06 Online ACH Payment 4984852507 To Bella Mill Medical (_###2776) | 828.99 |
| 10/07 | 10/07 Online ACH Payment 4984914418 To Michael Dieter- Boa (_########2946) | 10,000.00 |
| 10/07 | 10/07 Online ACH Payment 4984916169 To Marco Aguillon (_#######6694) | 1,000.00 |
| 10/07 | Great-West Life Payments 697906966758   CTX ID: 1000300000 | 2,802.63 |
| 10/09 | ADP Payroll Fees ADP - Fees 2R6PR  7248051 CCD ID: 9659605001 | 340.88 |
| 10/13 | 10/13 Online Wire Transfer A/C: Worth Medical Company LLC Dallas, TX 752011860 Trn: 5915400286Es | 268,187.28 |
| 10/14 | 10/14 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ID# 0900076555 6PR Trn: 1423400287Jo | 780,317.88 |
| 10/14 | 10/14 Online ACH Payment 4985289536 To Worth Medical Company LLC (_#####9708) | 40,170.03 |
| 10/14 | 10/14 Online ACH Payment 4985289537 To Charles Holman (_###1355) | 2,602.81 |
| 10/14 | 10/14 Online ACH Payment 4985295471 To Charles Holman (_###1355) | 391.24 |
| 10/14 | 10/14 Online ACH Payment 4985295470 To Angelina Hollins (_######9949) | 1,433.98 |
| 10/14 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 101511A01 CCD ID: 1223006057 | 2,699.17 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax 6920415186836PR CCD ID: 9333006057 | 91,575.67 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 101612A01 CCD ID: 1223006057 | 42,839.90 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 5575430Vv CCD ID: 1223006057 | 28,800.14 |
| 10/15 | ADP TX/Fincl Svc ADP - Tax 6920415186846PR CCD ID: 9333006057 | 2,642.42 |
| 10/19 | 10/19 Online ACH Payment 4985472224 To Vladimir Redko MD, PA (_#######9108) | 8,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985581014 To Carr (_#####7354) | 15,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985581013 To Brian Ski (_#####6280) | 200,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985581012 To Breimeister-Frost (_#####0977) | 200,000.00 |
| 10/21 | 10/21 Online ACH Payment 4985612639 To Kdc Marketing (_#####2605) | 2,742.15 |
| 10/21 | 10/21 Online ACH Payment 4985612638 To Avalon Medical (Koslosky) (_#####3058) | 37,678.20 |
| 10/22 | Great-West Life Payments  110012707825   CTX ID: 1000300000 | 2,643.31 |
| 10/23 | ADP Payroll Fees ADP - Fees 2R6PR  8155488 CCD ID: 9659605001 | 478.01 |
| 10/27 | 10/27 Online ACH Payment 4985849680 To Charles Holman (_###1355) | 355.84 |
| 10/27 | 10/27 Online ACH Payment 4985849679 To Angelina Hollins (_######9949) | 1,383.53 |
| 10/27 | 10/27 Online ACH Payment 4985849677 To Akhila Katragadda (_####0051) | 34.87 |
| 10/29 | ADP TX/Fincl Svc ADP - Tax  5520368589546PR CCD ID: 9333006057 | 74,687.25 |
| 10/29 | ADP TX/Fincl Svc ADP - Tax  Rn6PR 103013A01 CCD ID: 1223006057 | 31,374.71 |
| 10/29 | ADP TX/Fincl Svc ADP - Tax  5520368589556PR CCD ID: 9333006057 | 2,642.42 |
| 10/30 | ADP Payroll Fees ADP - Fees 2R6PR  8542713 CCD ID: 9659605001 | 18.12 |
| **Total Electronic Withdrawals** | | **$1,972,996.18** |

### FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | 10/06 Transfer To Chk Xxxxx6280 | $100,000.00 |
| 10/15 | Account Analysis Settlement Charge | 26.20 |
| **Total Fees & Other Withdrawals** | | **$100,026.20** |

Your service charges, fees and earnings credit have been calculated through account analysis.

### DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $172,536.15 | 10/07 | 1,605,312.59 | 10/14 | 1,330,898.38 |
| 10/02 | 167,521.75 | 10/08 | 1,604,456.64 | 10/15 | 1,165,014.05 |
| 10/05 | 151,714.50 | 10/09 | 1,604,045.85 | 10/16 | 1,152,544.81 |
| 10/06 | 50,031.75 | 10/13 | 2,149,549.03 | 10/19 | 1,127,782.06 |

Page 3 of 4

DOJ_18CR368-0009006

15-Feb-17                                                                          10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number 003580067382  Posting date 31-Dec-15  Amount 10000.00

ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

**PHARMS, LLC**
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
HOUSTON, TX 77002
32-61/1110

1618

12/28/2015

PAY TO THE
ORDER OF    Vladimir Redko, M.D.,P.A.                                    $ **10,000.00**

Ten Thousand and 00/100**************************************************    DOLLARS

Vladimir Redko, M.D.,P.A.
6560 Fannin, Suite 2020
Houston, TX 77024

MEMO                                            AUTHORIZED SIGNATURE

⑈001618⑈ ⑆111000061⑆          1228⑈

For deposit only
Vladimir Redko MD PA

DOJ_18CR368-0009142

15-Feb-17                                                                10Feb17-2376

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G10Feb17-2376
Sequence number 008870287701  Posting date 19-Feb-16 Amount 20000.00



ORIGINAL CHECK PRINTED ON PAPER THAT HAS TRUE WATERMARK, GREEN AND RED VISIBLE FIBERS, AND IS CHEMICAL REACTIVE

PHARMS, LLC
4916 MAIN ST., STE. 100
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA.
HOUSTON, TX 77002
32-61/1110

1668

2/10/2016

PAY TO THE
ORDER OF    Vladimir Redko, M.D., P.A.                                **20,000.00

Twenty Thousand and 00/100************************************************    DOLLARS

Vladimir Redko, M.D., P.A.
6560 Fannin, Suite  2020
Houston, TX 77024

MEMO                                                AUTHORIZED SIGNATURE

"001668" :111000614: 1228"

DOJ_18CR368-0009235

15-Feb-17                                                              10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number 001790162554  Posting date 01-Apr-16 Amount 11300.00**



15-Feb-17 10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
**Sequence number  Posting date  Amount**

 CHASE

July 30, 2016 through August 31, 2016
Account Number: ███████1228

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/05 | 08/05 Online ACH Payment 5000281057 To Debruhl & Associates LLC (_######3906) | 7,145.28 |
| 08/05 | 08/05 Online ACH Payment 5000287326 To Angelina Hollins (_######9949) | 545.66 |
| 08/10 | Great-West Life  Payments  694175959655    CTX ID: 1000300000 | 14,554.74 |
| 08/12 | 08/12 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 1292100225Jo | 981,026.42 |
| 08/12 | 08/12 Online ACH Payment 5000662086 To Simo Mitrovic (_######7326) | 30.24 |
| 08/12 | 08/12 Online ACH Payment 5000666869 To Eagle Analytical Services (_#####1614) | 330.00 |
| 08/12 | 08/12 Online ACH Payment 5000667818 To Charles Holman (_####1355) | 307.55 |
| 08/12 | 08/12 Online ACH Payment 5000668453 To April Edwards (_#####0136) | 21.63 |
| 08/12 | 08/12 Online ACH Payment 5000289139 To ADP Screening & Selection Svcs (_########2845) | 666.20 |
| 08/12 | ADP Payroll Fees ADP - Fees 2R6PR  1605568 CCD ID: 9659605001 | 325.31 |
| 08/15 | ADP Eepay/Garnwc Eepay/Garn 5060617063006PR CCD ID: 9333006057 | 1,704.31 |
| 08/16 | Comcast Business Web Pay  904879745    CCD ID: 1510372554 | 4,201.10 |
| 08/17 | 08/17 Online Transfer To Chk ...1779 Transaction#: 5601549555 | 25,000.00 |
| 08/18 | 08/18 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773-Ref: ADP Eepay/Garnwc Trn: 1286300231Jo | 232,085.86 |
| 08/18 | ADP Tax/401K      Tax/401K  Rn6PR 081917A01 CCD ID: 1223006057 | 96,631.16 |
| 08/18 | ADP Eepay/Garnwc Eepay/Garn 7960604132916PR CCD ID: 9333006057 | 800.78 |
| 08/19 | 08/19 Online ACH Payment 5001068765 To Vladimir Redko MD, PA (_#######9108) | 7,000.00 |
| 08/19 | 08/19 Online ACH Payment 5001093796 To Houston Technology Solutions (_######9635) | 55,244.32 |
| 08/19 | 08/19 Online ACH Payment 5001070412 To Emily Brady (_########1068) | 1,400.00 |
| 08/19 | 08/19 Online ACH Payment 5001071638 To Charles Holman (_####1355) | 261.79 |
| 08/19 | 08/19 Online ACH Payment 5001071789 To April Edwards (_#####0136) | 300.00 |
| 08/19 | 08/19 Online ACH Payment 5001071833 To Angelina Hollins (_######9949) | 896.89 |
| 08/19 | ADP Payroll Fees ADP - Fees 2R6PR  1969720 CCD ID: 9659605001 | 322.62 |
| 08/24 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 52,960.04 |
| 08/24 | Green Mountain E 0121D    000010713347    PPD ID: 8030360441 | 241.57 |
| 08/25 | Great-West Life  Payments  695109740499    CTX ID: 1000300000 | 16,806.02 |
| 08/25 | Green Mountain E 0121D    000012206835    PPD ID: 8030360441 | 367.95 |
| 08/26 | 08/26 Online ACH Payment 5001320028 To United Healthcare (_###1378) | 47,071.70 |
| 08/26 | 08/26 Online ACH Payment 5001321107 To Sparkletts (_######5061) | 77.05 |
| 08/26 | 08/26 Online ACH Payment 5001321646 To Simo Mitrovic (_#####7326) | 64.80 |
| 08/26 | 08/26 Online ACH Payment 5001321917 To Ring Central, Inc (_######4715) | 7,399.87 |
| 08/26 | 08/26 Online ACH Payment 5001323054 To Plic Group EFT (_######4935) | 7,948.94 |
| 08/26 | 08/26 Online ACH Payment 5001324737 To Kozadinos (_######0599) | 4,650.00 |
| 08/26 | 08/26 Online ACH Payment 5001325101 To Houston Technology Solutions (_######9635) | 20,000.00 |
| 08/26 | 08/26 Online ACH Payment 5001327230 To Eagle Analytical Services (_#####1614) | 2,600.00 |
| 08/26 | 08/26 Online ACH Payment 5001327458 To Dolphin Graphics (_######9259) | 6,545.34 |
| 08/26 | 08/26 Online ACH Payment 5001329358 To Angelina Hollins (_######9949) | 1,026.26 |
| 08/26 | 08/26 Online ACH Payment 5001455544 To Carr (_######7354) | 55,500.00 |
| 08/26 | 08/26 Online ACH Payment 5001455546 To Underwood (_#####4448) | 15,000.00 |
| 08/26 | 08/26 Online ACH Payment 5001455542 To Broimeister-Frost (_#####0977) | 112,500.00 |
| 08/26 | ADP Payroll Fees ADP - Fees 2R6PR  3357723 CCD ID: 9659605001 | 411.14 |
| 08/30 | 08/30 Online Transfer To Chk ...3825 Transaction#: 5628018280 | 50,000.00 |
| 08/31 | ADT Security Ser Adtpapach 401183802      PPD ID: 8881323080 | 113.12 |
| **Total Electronic Withdrawals** | | **$2,192,460.38** |



Page 3 of 4

DOJ_18CR368-0009491

GX938.043

15-Feb-17                                                                                                                                                10Feb17-2376

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G10Feb17-2376**
Sequence number   Posting date   Amount

**CHASE ◉**

September 01, 2016 through September 30, 2016
Account Number:               1228

## ELECTRONIC WITHDRAWALS   *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/23 | 09/23 Online ACH Payment 5002740306 To Bruce Mathewson (_##########6942) | 1,016.52 |
| 09/23 | 09/23 Online ACH Payment 5002739392 To Bruce Mathewson (_##########6942) | 7,437.20 |
| 09/23 | 09/23 Online ACH Payment 5002912831 To Sparkletts (_#####5061) | 114.17 |
| 09/23 | 09/23 Online ACH Payment 5002913017 To Simo Mitrovic (_####7326) | 133.92 |
| 09/23 | 09/23 Online ACH Payment 5002913751 To Myofficeproducts (_#####4881) | 44.27 |
| 09/23 | 09/23 Online ACH Payment 5002914770 To Iron Mountain (_####5139) | 62.46 |
| 09/23 | 09/23 Online ACH Payment 5002918108 To Dolphin Graphics (_######9259) | 5,932.00 |
| 09/23 | ADP Tax/401K    Tax/401K  Rn6PR 092320A01 CCD ID: 1223006057 | 2,082.02 |
| 09/23 | ADP Eepay/Garwc Eepay/Garn 6440606119016PR CCD ID: 9333006057 | 733.41 |
| 09/23 | ADP Payroll Fees ADP - Fees 2R6PR  6960674 CCD ID: 9659605001 | 619.57 |
| 09/23 | Green Mountain E 0121D    000012206835    PPD ID: 8030360441 | 402.37 |
| 09/23 | Green Mountain E 0121D    000010713347    PPD ID: 8030360441 | 224.79 |
| 09/26 | 09/26 Online ACH Payment 5002919635 To ADP Screening & Selection Svcs (_########2845) | 821.77 |
| 09/26 | 09/26 Online ACH Payment 5002919771 To Accttwo (_#####2372) | 3,455.34 |
| 09/26 | 09/26 Online ACH Payment 5002918942 To Capital Office Products (_#########6967) | 101.74 |
| 09/26 | 09/26 Online ACH Payment 5002919436 To Angelina Hollins (_######9949) | 376.91 |
| 09/27 | JP Morgan Chase  Comm Card  556708790010442 CCD ID: 36-0899825 | 42,359.52 |
| 09/29 | 09/29 Book Transfer Debit A/C: ADP Tax Services Inc Wire Impound San Dimas CA 91773- Ref: ADP Eepay/Garnwc Trn: 1721000273Jo | 218,238.79 |
| 09/29 | ADP Tax/401K    Tax/401K  Rn6PR 093020A01 CCD ID: 1223006057 | 84,469.17 |
| 09/29 | ADP Eepay/Garwc Eepay/Garn 6260618578636PR CCD ID: 9333006057 | 1,236.53 |
| 09/30 | 09/30 Online ACH Payment 5003191815 To Vladimir Redko MD, PA (_#######9108) | 4,000.00 |
| 09/30 | 09/30 Online ACH Payment 5003192927 To United Healthcare (_###1378) | 48,995.02 |
| 09/30 | 09/30 Online ACH Payment 5003194376 To Staples (_######0003) | 94.45 |
| 09/30 | 09/30 Online ACH Payment 5003196106 To Plic Group EFT (_######4935) | 7,986.62 |
| 09/30 | 09/30 Online ACH Payment 5003196349 To Office Depot (_#####8474) | 109.30 |
| 09/30 | 09/30 Online ACH Payment 5003196849 To Nikki Buzzetta (_#######8975) | 252.72 |
| 09/30 | 09/30 Online ACH Payment 5003197087 To Myofficeproducts (_#####4881) | 22.79 |
| 09/30 | 09/30 Online ACH Payment 5003198318 To Kozadinos (_#######0599) | 4,850.00 |
| 09/30 | 09/30 Online ACH Payment 5003198757 To Houston Technology Solutions (_######9635) | 15,547.45 |
| 09/30 | 09/30 Online ACH Payment 5003210749 To Eagle Analytical Services (_#####1614) | 1,800.00 |
| 09/30 | 09/30 Online ACH Payment 5003217355 To Angelina Hollins (_######9949) | 918.04 |
| 09/30 | 09/30 Online Transfer To Chk ...1779 Transaction#: 5697682471 | 25,000.00 |
| 09/30 | ADT Security Ser Adtpapach  402000211    Tel ID: 8881323080 | 112.56 |
| 09/30 | ADP Payroll Fees ADP - Fees 2R6PR  8069718 CCD ID: 9659605001 | 50.10 |
| **Total Electronic Withdrawals** | | **$2,283,682.55** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/21 | 09/21 Transfer To Chk Xxxxx1891 | $3,000.00 |
| **Total Other Withdrawals** | | **$3,000.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

Page 4 of 6

DOJ_18CR368-0009526