| ☒ New | ☐ Replacement Card | ☐ Change Product Type | |
|---|---|---|---|
| | ☐ Add Owner | ☐ Change Certification | **TRPER** |

ACCOUNT NAME (ONLY) ("DEPOSITOR(S)")   **INDIVIDUAL/JOINT**

VLADIMIR REDKO            FEB 13 1997

| TYPE OF ACCOUNT ("the Account" or "this Account") | ACCOUNT NUMBER |
|---|---|
| CHECKING | 7388 |
| DATE OPENED   REPLACE. DATE | |
| 2/12/97 | |

"Bank" refers to: **TEXAS COMMERCE BANK NATIONAL ASSOCIATION**
Located at: **6560 FANNIN - MEDICAL**

If this account is a TUTMA account, by executing this signature card, the Depositor agrees to be bound by the provisions noted in the Disclosure Regarding TUTMA Accounts on the reverse of this card.

By signing below, each Depositor certifies under penalties of perjury that:
(1) The number shown in the blanks below is my correct identification number.
(2) I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends or the IRS has notified me that I am no longer subject to backup withholding or I am exempt from backup withholding.
CHECK THE BOX NEXT TO YOUR SOCIAL SECURITY NUMBER IF YOU ARE SUBJECT TO BACKUP WITHHOLDING.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

SIGNATURES - USE BLACK INK.                   NO. OF SIGS REQ'D: 1       NAMES - TYPED OR PRINTED

1. *Vladimir Redko* (signature)      1. **VLADIMIR REDKO**
2.                                                                  2.
3.                                                                  3.
4.                                                                  4.

EMPLOYMENT/YEARS/TITLE/POSITION: **PAIN & HEALTH/3 YRS/PHYSICIAN**
SECOND ID: **EXISTING**
BUSINESS PHONE: **713-790-1400**

(Depositor #2: per badge / Existing Cust)

MAILING ADDRESS: **6345 WESTCHESTER ST. HOUSTON, TX 770050000**
AMT: **$11,305.04**
SOURCE OF FUNDS: **DEMAND DEPOSIT**
RELATED ACCOUNT NUMBERS: 9272
BANK REFERENCE: **TCB#016030571**

GOVERNMENT
EXHIBIT
**940**
4:18-CR-368