| | |
|---|---|
| **From**: | Terry Brickman [terrybrickman@hotmail.com] |
| **Sent**: | 12/2/2013 11:03:31 PM |
| **To**: | Brian Ski [brianski9966@gmail.com] |
| **Subject**: | Scripts |
| **Attachments**: | Terry Script Info.pdf; Lisa Script Info.pdf |

make it work BIG!!!

GOVERNMENT
EXHIBIT
**1001**
4:18-CR-368

DOJ-SMUBSSB-0000102379

???idcardprint.title.print??? Page 1 of 1



PRINT TEMPORARY CARD

CATAMARAN
1-877-629-3119



https://ctr.rxportal.mycatamaranrx.com/rxclaim/portal/idCardPrint 12/2/2013

GX1001.002

???idcardprint.title.print???    Page 1 of 1



LISA BRICKMAN

PRINT TEMPORARY CARD

CATAMARAN
1-877-629-3119

— IF ID DOES NOT WORK FOR LISA LET ME KNOW THERE IS AN ALTERNATIVE I.D. #.



https://ctr.rxportal.mycatamaranrx.com/rxclaim/portal/idCardPrint    12/2/2013

GX1001.003