| | |
|---|---|
| **From**: | Brian Swiencinski [brianski9966@gmail.com] |
| **Sent**: | 1/14/2014 12:05:23 PM |
| **To**: | Terry Brickman [terrybrickman@hotmail.com] |
| **Subject**: | Fwd: scripts calculation |
| **Attachments**: | scripts_Redko.xlsx; Untitled attachment 00010.htm |

Brick

Take a look at the commission sheet for your scripts.  around 7k per month. Your new insurance will not have as many smaller shipments.

Begin forwarded message:

GX1004.001

**GOVERNMENT EXHIBIT**
**1004**
4:18-CR-368

DOJ-SMUBSSB-0000082496
DOJ-SMUBSSB-0000082496-1

### JACOBY, STACEY

| Date | Date | Name | Init | Type | # | Vendor | Amount | Date | Fee | Net | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2013 | 11/21/2013 | Jacoby, Olivia | OJ | scar | 11 | MEDCO | $ 6,937.19 | 12/11/2013 | $ 1,000.00 | $ 2,374.88 | 150M,L PB |
| 11/21/2013 | 11/21/2013 | Jacoby, Olivia | OJ | scar | 11 | MEDCO | $ 6,724.97 | 12/26/2013 | $ 1,000.00 | $ 2,289.99 | 150ML ID |
| 11/22/2013 | 11/21/2013 | Jacoby, Stacy | SJ | scar | 11 | MEDCO | $ 6,937.19 | 12/11/2013 | $ 1,000.00 | $ 2,374.88 | 150ML ID |
| 11/21/2013 | 11/21/2013 | Jacoby, Stacy | SJ | scar | 11 | MEDCO | $ 6,724.97 | 12/26/2013 | $ 1,000.00 | $ 2,289.99 | 150ML  ID |
| 11/21/2013 | 11/21/2013 | Jacoby, Stacy | SJ | NCP-7 | 11 | MEDCO | $ 3,273.24 | 12/24/2013 | $ 450.00 | $ 2,289.99 | AM |
|  |  |  |  |  |  |  |  |  |  | $ 11,619.72 |  |

### BRICKMAN, TERRY

| Date | Date | Name | Init | Type | # | Vendor | Amount | Date | Fee | Net | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/2013 | 12/4/2013 | Brickman, Terry | TB | scar | 11 | Catalyst | $ 2,219.00 | 12/11/2013 | $ 450.00 | $ 707.60 | 50ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Terry | TB | scar | 11 | Catalyst | $ 2,149.37 | 12/16/2013 | $ 450.00 | $ 679.75 | 50ML ID AMP |
| 12/4/2013 | 12/4/2013 | Brickman, Lisa | LB | scar | 11 | Catalyst | $ 2,219.00 | 12/11/2013 | $ 450.00 | $ 707.60 | 50ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Lisa | LB | scar | 11 | Catalyst | $ 2,149.37 | 12/16/2013 | $ 450.00 | $ 679.75 | 50ML ID AMP |
| 12/4/2013 | 12/4/2013 | Brickman, Terry | TB | NCP-7 | 11 | Catalyst | $ 1,549.73 | 12/19/2013 | $ 450.00 | $ 439.89 | 150ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Lisa | LB | NCP-7 | 11 | Catalyst | $ 1,549.73 | 12/19/2013 | $ 450.00 | $ 439.89 | 150ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Terry | TB | scar | 11 | Catalyst | $ 2,149.37 | 12/23/2013 | $ 450.00 | $ 679.75 | 50ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Lisa | LB | scar | 11 | Catalyst | $ 2,149.37 | 12/23/2013 | $ 450.00 | $ 679.75 | 50ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Terry | TB | scar | 11 | Catalyst | $ 2,219.00 | 12/27/2013 | $ 450.00 | $ 707.60 | 50ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Lisa | LB | scar | 11 | Catalyst | $ 2,219.00 | 12/27/2013 | $ 450.00 | $ 707.60 | 50ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Terry | TB | scar | 11 | Catalyst | $ 2,219.00 | 12/31/2013 | $ 450.00 | $ 707.60 | 50ML AM |
| 12/4/2013 | 12/4/2013 | Brickman, Lisa | LB | scar | 11 | Catalyst | $ 2,219.00 | 12/31/2013 | $ 450.00 | $ 707.60 | 50ML AM |
|  |  |  |  |  |  |  |  |  |  | $ 7,844.38 |  |

### PINAR, HASAN

| Date | Date | Name | Init | Type | # | Vendor | Amount | Date | Fee | Net | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2013 | 12/20/2013 | Pinar, Yardlie Adela | YAP | NCP-7 | 11 | ES | $ 3,333.98 | 12/31/2013 | $ 450.00 | $ 1,153.59 | PB |
| 12/19/2013 | 12/20/2013 | Pinar, Yardlie Adela | YAP | scar | 4 | ES | $ 6,768.41 | 12/31/2013 | $ 1,000.00 | $ 2,307.36 | 150ML PB |
| 12/19/2013 | 12/20/2013 | Pinar, Husnu Hasan | HHP | NCP-7 | 11 | ES | $ 3,333.98 | 12/31/2013 | $ 450.00 | $ 1,153.59 | PB |
| 12/19/2013 | 12/20/2013 | Pinar, Husnu Hasan | HHP | scar | 4 | ES | $ 6,768.41 | 12/31/2013 | $ 1,000.00 | $ 2,307.36 | 150ML PB |
|  |  |  |  |  |  |  |  |  |  | $ 6,921.91 |  |

| | TOTAL | $ 26,386.00 |
|---|---|---|