| | |
|---|---|
| **From**: | Buckingham, Jim [BWIUS] [JBucking@its.jnj.com] |
| **Sent**: | 1/21/2014 10:57:33 PM |
| **To**: | brianski9966@gmail.com |
| **Subject**: | Buckingham Info |

- James Buckingham ▮▮▮▮▮ / lower back pain
- Sheila R Buckingham ▮▮▮▮▮ abdominal scar
- Tristan J Buckingham ▮▮▮▮▮ / shoulder pain
- Geordon R Buckingham ▮▮▮▮▮ / leg pain
- Alexa R Buckingham ▮▮▮▮▮ / hand scar
- Evan J Buckingham ▮▮▮▮▮ / forehead scar

*Jim*

**Jim Buckingham**
**Territory Manager - Cleveland, Ohio**
**Biosense Webster,** a Johnson & Johnson Company
**440-823-3765 cell**
**jbucking@its.jnj.com**

GX1006.001

GOVERNMENT
EXHIBIT
**1006**
4:18-CR-368

DOJ-SMUBSSB-0000139100
DOJ-SMUBSSB-0000139100-1