| | |
|---|---|
| **From:** | Brian Ski <brianski9966@gmail.com> |
| **Sent:** | Thursday, January 30, 2014 12:01 PM |
| **To:** | dejanmi@gmail.com |
| **Subject:** | Fwd: Buckingham Info |

Sent from my iPad

Begin forwarded message:

> **From:** "Buckingham, Jim [BWIUS]" <JBucking@its.jnj.com>
> **Date:** January 21, 2014, 3:57:33 PM MST
> **To:** "brianski9966@gmail.com" <brianski9966@gmail.com>
> **Subject: Buckingham Info**
>
> - James Buckingham ███████ lower back pain
> - Sheila R Buckingham ███████ abdominal scar
> - Tristan J Buckingham ███████ shoulder pain
> - Geordon R Buckingham ███████ / leg pain
> - Alexa R Buckingham ███████ / hand scar
> - Evan J Buckingham ███████ / forehead scar

*Jim*

**Jim Buckingham**
**Territory Manager - Cleveland, Ohio**
**Biosense Webster, <span style="color:red">a Johnson & Johnson Company</span>**
**440-823-3765 cell**
**jbucking@its.jnj.com**



GOVERNMENT
EXHIBIT
**1008**
**4:18-CR-368**