On Feb 18, 2014, at 9:48 AM, Southard Consulting wrote:

>
> If asked why do we not accept Medicare?
> Chad R. Southard
>
>> On Feb 18, 2014, at 9:19 AM, Brian Swiencinski <brianski9966@gmail.com> wrote:
>>
>> Chad
>>
>> We are selling a generic product. We do believe that our cream is less sticky than other pain creams.
>> I have worked with two other pharmacies and have done the Pepsi Challenge myself.
>>
>> However, the key to this business is customer service. It's getting harder and harder to get these prescriptions
>> approved and fighting with the Insurance companies. We do an excellent job getting product out the door.
>>
>> We also have close to an 85% refill rate.  This is great considering we both get paid on this.
>>
>> We are very similar to the Insurance Business.  You can't tell the difference until you get into an accident.
>>
>> The other part is we will offer an investment opportunity to our physicians.
>>
>> Brian
>>> On Feb 18, 2014, at 8:30 AM, Chad Southard wrote:
>>>
>>> Scott, and Brian,
>>>
>>> we have begun to aggressively market the pain and scar creams.  We have been asked by providers the following question:
>>>

GX1010.001

GOVERNMENT
EXHIBIT
**1010**
4:18-CR-368

DOJ-SMUBSSB-0000097700

>>> What are the advantages of your pain cream or scar cream to other competitors in the market?
>>>
>>> Can you give us a couple of good points on this?  Thanks
>>

GX1010.002

DOJ-SMUBSSB-0000097701