Message

**From**: Brian Ski [brianski9966@gmail.com]
**Sent**: 3/25/2014 12:08:46 AM
**To**: dejanmi@gmail.com
**Subject**: IMG953116.jpeg
**Attachments**: IMG953116.jpg; Untitled attachment 00049.txt

Same insurance as Jim Buckingham
They want scripts

GOVERNMENT EXHIBIT
1013
4:18-CR-368

EXPRESS SCRIPTS®

www.express-scripts.com

Dominion®

RxBIN 003858
RxPCN A4
RxGrp D5MA

issuer

ID 9281898247
Name PAUL A VORISEK