| | |
|---|---|
| **From**: | Buckingham, Jim [BWIUS] [JBucking@its.jnj.com] |
| **Sent**: | 4/7/2014 9:36:53 PM |
| **To**: | brianski9966@gmail.com |
| **Subject**: | Info from Buck |
| **Attachments**: | Susan_Dunkle_9.docx |

Brian,

Attached is info we talked about earlier. Write it, and let me know if you need any other info.

Thanks,

*Jim*

**Jim Buckingham**
**Territory Manager - Cleveland, Ohio**
**Biosense Webster,** a Johnson & Johnson Company
**440-823-3765 cell**
**jbucking@its.jnj.com**

GX1014.001

**GOVERNMENT EXHIBIT**
**1014**
**4:18-CR-368**

DOJ-SMUBSSB-0000134235
DOJ-SMUBSSB-0000134235-1

Susan Dunkle - ███████ knee pain / stretch marks - legs cellulite

Jared Tackett - ███████ - back muscle pain

Austin Tackett - ███████ - neck / back / shoulder / knee – pain, shoulder scar

Ryan Dunkle - ███████ - back / knee - pain, knee surgery scar

Todd Dunkle - ███████ neck/ back/ knee/ foot - pain, knee scar





GX1014.002

DOJ-SMUBSSB-0000134236
DOJ-SMUBSSB-0000134236-1



GX1014.003

DOJ-SMUBSSB-0000134237
DOJ-SMUBSSB-0000134237-2