| | |
|---|---|
| **Message** | |
| From: | Buckingham, Jim [BWIUS] [JBucking@its.jnj.com] |
| Sent: | 4/17/2014 12:43:32 PM |
| To: | Dan Milosevic [dejanmi@gmail.com]; brianski9966@gmail.com |
| Subject: | Jim Buckingham |
| Attachments: | cot.PNG; cot2.PNG |

Dan and Brian,

Please find attached card and info below for Cotter family. If you have any questions, let me know.

Thanks,

*Jim*

*Jim Buckingham*
*Territory Manager - Cleveland, Ohio*
*Biosense Webster, a Johnson & Johnson Company*
*440-823-3765 cell*
*jbucking@its.jnj.com*


Patrick J. Cotter

[redacted]

Patrick J. Cotter          left rotator cuff surgery / scar same

Casey J. Cotter           scar on leg/ knee pain- baseball injury

Callie M. Cotter          scar on right forearm/elbow pain-bicycle accident

GOVERNMENT
EXHIBIT
**1016**
4:18-CR-368

DOJ-SMUBSSB-0000236328
DOJ-SMUBSSB-0000236328-1

GX1016.001



GX1016.002



GX1016.003