| | |
|---|---|
| **Message** | |
| **From**: | acecard123@aol.com [acecard123@aol.com] |
| **Sent**: | 5/13/2014 3:32:36 PM |
| **To**: | dejanmi@gmail.com |
| **CC**: | brianski9966@gmail.com |
| **Subject**: | Jim Buckingham |
| **Attachments**: | IMG_2639.jpg |

Dan,

Please start writing for Cotter. He should be set to go. Also, attached is a card for Hohmann. Below is her info. Please write as well. If you have any questions, let me know.

thanks,

Jim


- Kimberly Hohmann  (lower back pain / C section scar)

- Nickolaus Hohmann (lower back pain / abdominal scar)

- Catherine Hohmann (left knee pain / right thigh scar)

- Sofia Koszoru (right arm scar)

GOVERNMENT
EXHIBIT
**1017**
4:18-CR-368

DOJ-SMUBSSB-0000235204
DOJ-SMUBSSB-0000235204-1

GX1017.001

