| | |
|---|---|
| **From:** | terrybrickman@hotmail.com |
| **To:** | Brian Ski <brianski9966@gmail.com> |
| **Sent:** | 7/3/2014 8:43:39 AM |
| **Subject:** | Re: Emil & Whitney Brerkus |

Ok but maybe that was some type of mistake or perhaps a diff formula might still pay

Just trying to get some additional scripts/money

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Brian Ski <brianski9966@gmail.com>
Date: Thu, 3 Jul 2014 03:24:56
To: <terrybrickman@hotmail.com><terrybrickman@hotmail.com>
Subject: Re: Emil & Whitney Brerkus

Still in process. However, there is no way we can charge your friend a 10k Co-pay.

B

Sent from my iPad

On Jul 2, 2014, at 4:53 PM, <terrybrickman@hotmail.com> wrote:

> 
> B,
> 
> 
> Any additional/details/follow up on this?
> 
> Thx
> 
> 
> Sent from my Verizon Wireless BlackBerry
> 
> -----Original Message-----
> From: Brian Ski <brianski9966@gmail.com>
> Date: Mon, 30 Jun 2014 17:03:05
> To: <terrybrickman@hotmail.com>
> Subject: Fwd: Emil & Whitney Brerkus
> 
> 
> 
> Sent from my iPhone
> 
> Begin forwarded message:
> 
>> From: "Dan Milosevic" <dejanmi@gmail.com>
>> Date: June 30, 2014, 4:53:05 PM CDT
>> To: "'Brian Swiencinski'" <brianski9966@gmail.com>
>> Subject: FW: Emil & Whitney Brerkus
>> 
>> 
>> 
>> From: Pam Bailey [mailto:pamela.bailey@omniplushealthcare.com]
>> Sent: Monday, June 30, 2014 4:21 PM
>> To: Nick Milosevic; Dan Milosevic
>> Subject: Emil & Whitney Brerkus
>> 
>> I processed his insurance through Medco, the insurance is giving me a copay of over $10,000 for the scar gel and over $5,000 with no insurance payment for the MS-31. I have called the insurance company to find out what is causing that to happen. So far they said, it is a commercial plan, the patient is not limited in the amount of benefits they receive, their plan does cover multi-ingredient compounds. The insurance employee is sending it up to review to find out what is causing the issue, it will take 12-72 hours for them to get an answer. He also suggested that the patient call his customer service

```
to have them start a review as well.
>>
>>
>>
>>
>> Pamela J. Bailey CPhT | Claims Processing Supervisor |
pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy|
(713) 874-0314 fax
>> 4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com
>>
>>
>> CONFIDENTIALITY: This email and any files transmitted with it are confidential and
are intended solely for the use of the individual or entity to which they are addressed.
This communication may contain material such as identifiable patient health information
or business information which is privileged and legally protected from disclosure and
subject to protection under applicable state and federal law, including the Health
Insurance Portability and Accountability Act (HIPAA). If you are not the intended
recipient or the person responsible for delivering the email to the intended recipient,
be advised that you have received this email in error and that any use, dissemination,
forwarding, printing, or copying of this email, or any files transmitted with it, is
strictly prohibited. If you have received this email in error, please immediately notify
the sender at (832) 495-4566 and delete this message. Unauthorized interception of this
e-mail is a violation of federal criminal law.
>
```

GX1020.002

DOJ-SMUBSSB-0000171225
DOJ-SMUBSSB-0000171225-2