| | |
|---|---|
| **Message** | |
| **From**: | acecard123@aol.com [acecard123@aol.com] |
| **Sent**: | 7/14/2014 3:07:10 PM |
| **To**: | dejanmi@gmail.com |
| **CC**: | brianski9966@gmail.com |
| **Subject**: | Jim Buckingham (new RX) |

Dan,

Please write the below card . info below. Also, Brian mentioned that you now have a hair growth cream. can you write this for myself, Paul Vorisek and Robert Walton? Lastly, I understand that we now have Ohio license. can you send me some script pads?

thanks,

Jim


-Robert Walton (             -- left knee scar / wrist joint pain
- Andrea Walton              ) -- leg scar / ankle pain
- Nick Leonard (             -- finger scar / joint pain
- Jordan Walton              -- scar on chin / joint pain

**GOVERNMENT EXHIBIT**
**1021**
**4:18-CR-368**

DOJ-SMUBSSB-0000233787
DOJ-SMUBSSB-0000233787-1

GX1021.001



GX1021.002