| | |
|---|---|
| **From:** | Ronnie McAda <ronniemcada@gmail.com> |
| **To:** | Brian Swiencinski <brianski9966@gmail.com>;Scott Breimeister <sbreimeister@sbcglobal.net> |
| **Sent:** | 9/14/2014 5:46:57 AM |
| **Subject:** | Fwd: Agreement |

Here you go.

Ronnie McAda
Medallion Health Group, LLC
214-907-1283
Rmcada@medallionhg.com

Begin forwarded message:

**From:** Lesley Bond <lesleybondjewels@gmail.com>
**Date:** September 12, 2014 at 8:40:14 PM CDT
**To:** Ronnie McAda <ronniemcada@gmail.com>
**Subject: Agreement**

Here ya go!

GX1022.001

**GOVERNMENT EXHIBIT**
**1022**
**4:18-CR-368**

DOJ-SMUBSSB-0000187765
DOJ-SMUBSSB-0000187765-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALTERNATIVE MEDICINE AND PHARMACY, INC. d/b/a OMNIPLUS PHARMACY, <br><br> Plaintiff, <br><br> vs. <br><br> EXPRESS SCRIPTS, INC. and MEDCO HEALTH SERVICES INC., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:14-cv-01469-CDP<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF LESLEY BOND

I, Lesley Bond, declare under penalty of perjury, as follows:

1. I am a resident of Sunnyville, Texas.

2. I have obtained prescription medications from OmniPlus Pharmacy in Houston, Texas, and I have been pleased with the goods and services that I have obtained from OmniPlus.

3. I have Express Scripts as a pharmacy benefit manager.

4. I received the attached letter from Express Scripts. I received it in the mail on September 5, 2014.

5. The letter says that OmniPlus Pharmacy no longer participates in the network and refers me to other pharmacies. If OmniPlus can still participate in the network, I would want to know that.

I declare under penalty of perjury that the foregoing is true and correct.

DOJ-SMUBSSB-0000187768
DOJ-SMUBSSB-0000187768-4

Executed on September 11, 2014.

_____
Lesley Bond

GX1022.003

DOJ-SMUBSSB-0000187769
DOJ-SMUBSSB-0000187769-5