**From:**    Ronnie McAda <ronniemcada@gmail.com>
**To:**    Brian Ski <brianski9966@gmail.com>
**Sent:**    9/16/2014 7:10:14 PM
**Subject:**    Re: Agreement

Awesome!  Glad we could help.

Ronnie McAda
Medallion Health Group, LLC
214-907-1283
Rmcada@medallionhg.com

On Sep 16, 2014, at 10:45 AM, Brian Ski <brianski9966@gmail.com> wrote:

Ronnie

We met with the judge yesterday.  The letter was extremely helpful.

Express scripts looked foolish yesterday.

Thanks

Sent from my iPad

On Sep 14, 2014, at 12:46 AM, Ronnie McAda <ronniemcada@gmail.com> wrote:

Here you go.

Ronnie McAda
Medallion Health Group, LLC
214-907-1283
Rmcada@medallionhg.com

Begin forwarded message:

**From:** Lesley Bond <lesleybondjewels@gmail.com>
**Date:** September 12, 2014 at 8:40:14 PM CDT
**To:** Ronnie McAda <ronniemcada@gmail.com>
**Subject: Agreement**

Here ya go!

**GOVERNMENT
EXHIBIT
1023
4:18-CR-368**

GX1023.001

DOJ-SMUBSSB-0000180730
DOJ-SMUBSSB-0000180730-1