

From: Weston Black <westonjblack@gmail.com>
Date: December 3, 2014, 8:32:53 PM CST
To: Peter Herbst <peter.herbst@omnipluspharmacy.com>
Cc: Scott Breimeister <sbreimeister@sbcglobal.net>, Brad Madrid <brad@pharmsmgmt.com>, Chad Southard <southardconsulting@gmail.com>
**Subject: IHS Providers | Omni Plus Shares offered in December 2014**

Peter,

Thanks for your time today.  Per our conversation, we are starting to lose providers due to the pharmacy being backed up and patients not getting the prescribed solutions.  The providers below are the providers I would like to offer at least one share to in December.  Some of their revenues are lower than normal but they are writing a lot of RX's.  I feel at this point, getting them invested is the best way to keep them writing for Omni. I've already socialized the value of the investment to these providers and most are interested.  Please let me know which providers I can extend the offer to.  If they accept, I will get them on a quick call with you to briefly review the highlights of the PPM and discuss final steps to secure their share(s).  Also, please call me directly about Dr. Jeff Owen.  Thanks in advance.

November Reimbursement Amount:
Patel - $27k
Becker  $15k
Browning - $23K
Hermann -$16K
Keehan -$43K
Lawler - $10k
Merriman -$23K
Norton - $27K
York - $17K

Sincerely,

GOVERNMENT
EXHIBIT
**1034**
4:18-CR-368

GX1034.001

DOJ-SMUBSSB-0000062219
DOJ-SMUBSSB-0000062219-1

Weston J. Black
214.244.4279

GX1034.002

DOJ-SMUBSSB-0000062220

DOJ-SMUBSSB-0000062220-2