**From**: Brian Ski [brianski9966@gmail.com]
**Sent**: 12/30/2014 2:33:56 PM
**To**: Pam Bailey [pamela.bailey@omniplushealthcare.com]; Leonard Carr [leonard@pharmsmgmt.com]
**Subject**: VIP patients

Pam/Leo

Here is a group of patients that are great payers who's insurance may not pay
Next year. If there is anyway to double bill this month if possible?

Patients

Pinar
Vorisek
Dunk le
Cotter
Kumazec
Holman
Walton
McNelly


Thanks

Brian

Sent from my iPad

GX1036.001

**GOVERNMENT EXHIBIT**
**1036**
4:18-CR-368

DOJ-SMUBSSB-0000110735