| | |
|---|---|
| **From**: | Weston Black [westonjblack@gmail.com] |
| **Sent**: | 2/6/2015 7:49:10 PM |
| **To**: | Rawleigh Fisher [drfisher.lcofs@gmail.com] |
| **CC**: | Jesse Head [Jessethead@gmail.com]; Scott Breimeister [sbreimeister@sbcglobal.net]; Chad Southard [southardconsulting@gmail.com]; Brad Madrid [brad@pharmsmgmt.com] |
| **Subject**: | Approved for additional share of Omni Plus Pharmacy |

Dr. Fisher,

I hope all is well.  I would like to thank you for being a premier Intuitive and Omni provider.  Per Scott Breimeister (President of Omni) you are being offered an additional share.  In order to finalize the transaction we need you to:

complete another Subscription Agreement for 1unit (you do not need to complete the Investor Questionnaire as we already know your accredited).
make check ($5,000) payable to Omni-One-Med Pharmacy Services, LLC
make sure to have this information delivered to the address below for by 2/15 so you can get credit for February. Note: You will be paid for February in mid March.

attn: Michael Dieter
4916 Main St. #110
Houston, TX 77002


Please call me with questions and have a great weekend.

Sincerely,
Weston J. Black
214.244.4279

GOVERNMENT
EXHIBIT
1040
4:18-CR-368

GX1040.001

DOJ-SMUBSSB-0000023914
DOJ-SMUBSSB-0000023914-1