| | |
|---|---|
| From: | Brian <brianski9966@gmail.com> |
| To: | Dan Milosevic <dejanmi@gmail.com> |
| Sent: | 2/25/2015 8:46:13 PM |
| Subject: | Fwd: VIP list |

Can you get Redko to do this

Sent from my iPhone

Begin forwarded message:

**From:** Pam Bailey <pamela.bailey@omniplushealthcare.com>
**Date:** February 25, 2015 at 2:34:36 PM CST
**To:** Brian <brianski9966@gmail.com>
**Subject: RE: VIP list**

We just need to get a verbal from Dr. Redko to send the patches and I can write them up and process them.

If he would like to call or email Hamid, I will make sure they get done by Saturday to be included in the month of February.



Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager |
pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Brian [mailto:brianski9966@gmail.com]
**Sent:** Wednesday, February 25, 2015 2:10 PM
**To:** Pam Bailey
**Subject:** Re: VIP list

What do we need to do to get patches to adults not kids

Sent from my iPhone

On Feb 25, 2015, at 1:12 PM, Pam Bailey <pamela.bailey@omniplushealthcare.com> wrote:

Brain,

Here is a breakdown for your VIP list:

Buckingham Kit and Patch not covered
Dunkle need new insurance

GOVERNMENT
EXHIBIT
1042
4:18-CR-368

GX1042.001

DOJ-SMUBSSB-0000178652
DOJ-SMUBSSB-0000178652-1

McLaughlin need new insurance

Vorisek active kit not paid patches pay at $1500 each family member
Tackett
Cotter
Walton
Kumazec

Pinar patches paid at $2100 each family member

Depugh / Walle / Herbst bcbs patches paid at $2200 each family member

If Dr Redko prescribes, we can get processed ASAP

Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager |
pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.