**From:** terrybrickman@hotmail.com
**To:** Brian Ski <brianski9966@gmail.com>
**Sent:** 3/1/2015 4:26:32 PM
**Subject:** Re: Fwd: Call me to let me know what to tell my people

Fuck Exp Scripts

I will go to prison before I give them a penny or any info

After this week there isn't any money to give them so again they can go fly a fucking kite

I do think having your attorney investigate why those letters were sent and to who is a very important thing to do




Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Brian Swiencinski <brianski9966@gmail.com>
Date: Sun, 1 Mar 2015 08:35:12
To: Terry Brickman<terrybrickman@hotmail.com>
Subject: Fwd: Call me to let me know what to tell my people



Begin forwarded message:

> From: James Buckingham <jbuckingham@dfineinc.com>
> Subject: Fwd: Call me to let me know what to tell my people
> Date: February 27, 2015 4:22:15 PM CST
> To: "brianski9966@gmail.com" <brianski9966@gmail.com>
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: <jbuckingham@dfineinc.com>
>> Date: February 27, 2015 at 4:26:41 PM EST
>> To: "brianski@gmail.com" <brianski@gmail.com>
>> Subject: Call me to let me know what to tell my people
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> Sent from my iPhone

GX1043.001

GOVERNMENT
EXHIBIT
**1043**
4:18-CR-368

DOJ-SMUBSSB-0000180387
DOJ-SMUBSSB-0000180387-1