| | |
|---|---|
| **From:** | Stacey Mayeur <stacey.mayeur@omniplushealthcare.com> |
| **To:** | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| **CC:** | Brian Swiencinski <brianski9966@gmail.com>;Melissa Abraham <Melissa.Abraham@omnipluspharmacy.com> |
| **Sent:** | 3/2/2015 7:26:41 PM |
| **Subject:** | RE: Scrpts |

Scott,
The Buckingham, Vorisek, Dunkle, Walton and Cotter families were all delivered to Dallas. There are no fills for Kim Holman. Lastly, for the Kumazec family were all delivered in Cleveland, OH.

We have copies of the FedEx delivery sheets if you need it. Hope this helps!

Thanks,
Stacey Mayeur, CPhT



CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Scott Breimeister
**Sent:** Saturday, February 28, 2015 12:27 PM
**To:** Stacey Mayeur
**Cc:** Brian Swiencinski
**Subject:** FW: Scrpts

Stacey:

Can you look up all scripts to these folks as well?

Thanks
Scott

**From:** James Buckingham [mailto:jbuckingham@dfineinc.com]
**Sent:** Saturday, February 28, 2015 12:14 PM
**To:** Scott Breimeister
**Subject:** Scrpts

Scott,

Below is a list of names we spoke about. Look up all family members as well. Talk with you next week. All from Ohio,  Thx

- James Buckingham
- Paul Vorisek
- Todd Dunkle
- Rob Walton
- Kim Holman
- Pat Cotter
- Kevin Kumazec

Jim Buckingham

**GOVERNMENT EXHIBIT 1045**
**4:18-CR-368**

**Territory Sales Manager**
-------------------------------------------

**DFINE**

*Targeted Vertebral Solutions*

Email: jbuckingham@dfineinc.com
3047 Orchard Parkway | San Jose, CA 95134 | cell: 440-823-3765
Customer service: 866-963-3463
www.dfineinc.com | www.spine-tumors.com | www.dfine.eu

# List of Patients Requested

### Buckingham, Alexa

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/23/2014 & 10/29/2014 | Dr. Redko,Vladmir | Dallas |

### Buckingham, Evan

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/23/2014 & 10/29/2014 | Dr. Redko,Vladmir | Dallas |

### Buckingham, Geordon

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/23/2014 & 10/29/2014 | Dr. Redko,Vladmir | Dallas |

### Buckingham, James

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/23/2014 & 10/29/2014 | Dr. Redko,Vladmir | Dallas |

### Buckingham Sheila

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/23/2014 & 10/29/2014 | Dr. Redko,Vladmir | Dallas |

### Buckingham, Tristan

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/23/2014 & 10/29/2014 | Dr. Redko,Vladmir | Dallas |

### Vorisek, Amy

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Dallas |

### Vorisek, Matthew

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| | | |

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Dallas |

### Vorisek, Paul

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Dallas |

### Vorisek, Sharon

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Dallas |

### Dunkle, Ryan

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/31, 11/25 & 12/19 | Dr. Redko,Vladmir | Dallas |

### Dunkle, Susan

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/31, 11/25, & 12/19 | Dr. Redko,Vladmir | Dallas |

### Dunkle, Todd

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/31, 11/25, & 12/19 | Dr. Redko,Vladmir | Dallas |

### Walton, Andrea

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Dallas |

### Walton, Jordan

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Dallas |

### Walton, Robert

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Dallas |

**Cotter, Callie**

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10,30, 11/25, & 12/19 | Dr. Redko,Vladmir | Dallas |

**Cotter, Casey**

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10,30, 11/25, & 12/19 | Dr. Redko,Vladmir | Dallas |

**Cotter, Patrick**

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10,30, 11/25, & 12/19 | Dr. Redko,Vladmir | Dallas |

**Kumazec, Kevin**

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 7/25/, 8/22 & 9/20 | Dr. Redko,Vladmir | Cleveland, OH |

**Kumazec, Kiel**

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Cleveland, OH |

**Kumazec, Therese**

| D.O.S. | Dr. Name | Shipping Locatioon |
|---|---|---|
| 10/29, 11/21, & 12/18 | Dr. Redko,Vladmir | Cleveland, OH |