| | |
|---|---|
| From: | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| To: | Stacey Mayeur <stacey.mayeur@omniplushealthcare.com> |
| CC: | Brian Swiencinski <brianski9966@gmail.com>;Melissa Abraham <Melissa.Abraham@omnipluspharmacy.com>;Ted Blanchard <ted.blanchard@pharmsmgmt.com>;Branko Milosevic <branko.milosevic@omniplushealthcare.com> |
| Sent: | 3/2/2015 7:36:33 PM |
| Subject: | RE: Scrpts |

Thank you.

Not sure why Omni-One-Med delivered a script to a patient in Ohio since we don't have an Ohio pharmacy license.

Need to talk to the health care attorneys about how to handle this. We're attempting to get a license in Ohio as week speak. This isn't going to help our case.

How hard is it to find out if Omni-One has ever dispensed anything else in Ohio?

Scott


**From:** Stacey Mayeur
**Sent:** Monday, March 02, 2015 1:27 PM
**To:** Scott Breimeister
**Cc:** Brian Swiencinski; Melissa Abraham
**Subject:** RE: Scrpts

Scott,
The Buckingham, Vorisek, Dunkle, Walton and Cotter families were all delivered to Dallas. There are no fills for Kim Holman. Lastly, for the Kumazec family were all delivered in Cleveland, OH.

We have copies of the FedEx delivery sheets if you need it. Hope this helps!

Thanks,
Stacey Mayeur, CPhT



CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Scott Breimeister
**Sent:** Saturday, February 28, 2015 12:27 PM
**To:** Stacey Mayeur
**Cc:** Brian Swiencinski
**Subject:** FW: Scrpts

Stacey:

Can you look up all scripts to these folks as well?

Thanks

GOVERNMENT
EXHIBIT
**1046**
4:18-CR-368

DOJ-SMUBSSB-0000195509
DOJ-SMUBSSB-0000195509-1

**From:** James Buckingham [mailto:jbuckingham@dfineinc.com]
**Sent:** Saturday, February 28, 2015 12:14 PM
**To:** Scott Breimeister
**Subject:** Scrpts

Scott,

Below is a list of names we spoke about.  Look up all family members as well.  Talk with you next week.  All from Ohio,  Thx

- James Buckingham
- Paul Vorisek
- Todd Dunkle
- Rob Walton
- Kim Holman
- Pat Cotter
- Kevin Kumazec

Jim Buckingham
**Territory Sales Manager**
-------------------------------------------

DFINE

*Targeted Vertebral Solutions*

Email: jbuckingham@dfineinc.com
3047 Orchard Parkway | San Jose, CA  95134 | cell: 440-823-3765
Customer service: 866-963-3463
www.dfineinc.com | www.spine-tumors.com | www.dfine.eu