

**From:** James Buckingham <jbuckingham@dfineinc.com>
**Date:** February 27, 2015 at 4:22:15 PM CST
**To:** "brianski9966@gmail.com" <brianski9966@gmail.com>
**Subject: Fwd: Call me to let me know what to tell my people**


Sent from my iPhone

Begin forwarded message:

> **From:** <jbuckingham@dfineinc.com>
> **Date:** February 27, 2015 at 4:26:41 PM EST
> **To:** "brianski@gmail.com" <brianski@gmail.com>
> **Subject: Call me to let me know what to tell my people**

GOVERNMENT
EXHIBIT
**1047**
4:18-CR-368

DOJ-SMUBSSB-0000240924

GX1047.001



5. Did you ever talk to the pharmacy?

6. This(ese) claims were authorized by REDKO, VLADIMIR MD. Have you ever received treatment from this prescriber?

(Please use the below area to provide any additional information about OMNI ONE MED PHARMACY)
COMMENTS:

X _____   _____
    MEMBER SIGNATURE        DATE

Page 3 of 3

1. Have you ever had a prescription filled at OMNI ONE MED PHARMACY?

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 301436 | 10/23/2014 | COMPOUND | $ 16,620.87 | | | |
| 301436 | 10/29/2014 | COMPOUND | $ 16,833.87 | | | |
| 301435 | 10/23/2014 | COMPOUND | $ 16,620.87 | | | |
| 301435 | 10/29/2014 | COMPOUND | $ 16,833.87 | | | |
| 301432 | 10/23/2014 | COMPOUND | $ 16,620.87 | | | |
| 301432 | 10/29/2014 | COMPOUND | $ 16,833.87 | | | |

2. How did you obtain the prescription(s)?

Circle One:

Mail     Hand-delivered     Picked up

3. How did you find the pharmacy?
(For example: doctor's office, friend, co-worker, family member, advertisement, etc.)

4. Are you still receiving prescriptions/packages?

Page 2 of 3



February 25, 2015

Sheila Buckingham & C/O Alexa & Evan
5325 WATERBRIDGE DR.
NORTH ROYALTON, OH 44133

Dear Ms. Buckingham,

Express Scripts is your pharmacy benefit manager (PBM). We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on behalf of Alexa Buckingham, Evan Buckingham and yourself for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received. Please respond as accurately as you can, and it is alright to let us know if you do not remember.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345360 or e-mail at TJEich@express-scripts.com.

Your prompt response is greatly appreciated. On behalf of Express Scripts Inc., thank you for your assistance.

Sincerely,

Thomas Eich
Investigator
Express Scripts, Inc
Enclosure