| | |
|---|---|
| **From:** | Brian <brianski9966@gmail.com> |
| **To:** | terrybrickman@hotmail.com <terrybrickman@hotmail.com> |
| **Sent:** | 3/3/2015 11:04:50 PM |
| **Subject:** | Re: ESI - Proposed Responses to Patient Questionnaire |

Already done

Sent from my iPhone

> On Mar 3, 2015, at 5:00 PM, <terrybrickman@hotmail.com> wrote:
>
>
> Missed your call
>
> Maybe we should talk before I forward because I don't want to make any errors or mistakes
>
> I can forward to Buck or better yet have Scott and Buck discuss they already have spoken
>
> Call me
>
>
>
> Sent from my Verizon Wireless BlackBerry
>
> -----Original Message-----
> From: Brian Swiencinski <brianski9966@gmail.com>
> Date: Tue, 3 Mar 2015 16:35:11
> To: Terry Brickman<terrybrickman@hotmail.com>
> Subject: Fwd: ESI - Proposed Responses to Patient Questionnaire
>
> Send this to Buck make sure he answers questions as follows
>
>
> Begin forwarded message:
>
>> From: Scott Breimeister <Scott.Breimeister@pharmsmgmt.com>
>> Subject: FW: ESI - Proposed Responses to Patient Questionnaire
>> Date: March 3, 2015 4:30:38 PM CST
>> To: Brian Swiencinski <brianski9966@gmail.com>
>>
>> These are the answers.
>>
>> From: Scott Breimeister
>> Sent: Tuesday, March 03, 2015 4:01 PM
>> To: 'Gil Ganucheau'
>> Subject: ESI - Proposed Responses to Patient Questionnaire
>>
>> 1. Yes
>>
>> Received Script Yes
>> Co-Pay Paid Yes or Not Yet
>> Amount I think $ 75
>>
>> 2. Mailed to me in Dallas
>>
>> 3. Physician's Office
>>
>> 4. No
>>
>> 5. Several times regarding allergies, other medications and co-pay amount.
>>
>> 6. Yes
>>
>>
>>
>>
>> Scott Breimeister | President | scott.breimeister@omnipluspharmacy.com | (713)

**GOVERNMENT EXHIBIT 1049** 4:18-CR-368

GX1049.001
DOJ-SMUBSSB-0000216975_0001-1
DOJ-SMUBSSB-0000216975_0001

```
874-0300 pharmacy | (713) 874-0314 fax
>> 4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com
>> "Please consider the environment before printing this e-mail"
>>
>> CONFIDENTIALITY: This email and any files transmitted with it are confidential and
are intended solely for the use of the individual or entity to which they are addressed.
This communication may contain material such as identifiable patient health information
or business information which is privileged and legally protected from disclosure and
subject to protection under applicable state and federal law, including the Health
Insurance Portability and Accountability Act (HIPAA). If you are not the intended
recipient or the person responsible for delivering the email to the intended recipient,
be advised that you have received this email in error and that any use, dissemination,
forwarding, printing, or copying of this email, or any files transmitted with it, is
strictly prohibited. If you have received this email in error, please immediately notify
the sender at (713) 874-0300 and delete this message. Unauthorized interception of this
e-mail is a violation of federal criminal law.
>
>
```

GX1049.002

DOJ-SMUBSSB-0000216975_0002-2

DOJ-SMUBSSB-0000216975_0002