**From**:       Scott Breimeister [Scott.Breimeister@pharmsmgmt.com]
**Sent**:       3/17/2015 3:33:22 PM
**To**:         Brian [brianski9966@gmail.com]
**Subject**:    FW: OOM now licensed in Nevada
**Attachments**:  STATE LICENSES Work Plan.xlsx

---

**From:** Ted Blanchard
**Sent:** Tuesday, March 17, 2015 10:33 AM
**To:** Brad Madrid; Peter Herbst
**Cc:** Scott Breimeister; Leonard Carr; Pam Bailey; Hamid Mobli; Hemlata Kataria
**Subject:** OOM now licensed in Nevada

Omni-One-Med is now licensed in Nevada.

GOVERNMENT
EXHIBIT
**1050**
4:18-CR-368

GX1050.001

DOJ-SMUBSSB-0000130383
DOJ-SMUBSSB-0000130383-1

# State Licenses

3/17/2015

| NO LICENSE REQUIRED | PENDING | ACTIVE | Applied |
|---|---|---|---|

| States | OMNI PLUS HEALTHCARE | OMNI ONE MED | OmniPlus Pharmacy | Accu-Care | |
|---|---|---|---|---|---|
| Alabama | | | | | |
| Alaska | | | | | |
| Arizona | | 10/31/2015 | | 10/31/2015 | |
| Arkansas | | | | | |
| California | | | | | Application prepared not sent (old) |
| Colorado | 10/31/2106 | 10/31/2016 | 10/31/2016 | 10/31/2016 | |
| Connecticut | | | | | |
| Delaware | | | | | |
| Florida | | 2/28/2017 | 2/28/2017 | | Completing apps this week for other pharmacies |
| Georgia | | | | | We can ship without a license until April 1 |
| Hawaii | | | | | |
| Idaho | | | | | |
| Illinois | | | | | |
| Indiana | | | | | |
| Iowa | | | | | |
| Kansas | | 6/30/2015 | 6/30/2015 | 6/30/2015 | |
| Kentucky | | | | | |
| Louisiana | | 12/31/2015 | 12/31/2014 | | |
| Maine | | | | | |
| Maryland | | | | | |
| Massachusetts | | | | | None needed |
| Michigan | | | | | |
| Minnesota | | | 6/30/2015 | 6/30/2015 | |
| Mississippi | | | | | Pharmacist applied |
| Missouri | | | | | |
| Montana | | | | | |
| Nebraska | | | | | |
| Nevada | 10/31/2016 | 10/31/2016 | 10/31/2016 | 10/31/2016 | |
| New Hampshire | | | | | |
| New Jersey | | | | | |
| New Mexico | | 12/31/2016 | 12/31/2015 | | Called to check on status |
| New York | <600/year | 2/28/2018 | <600/year | <600/year | Filed with registered agent for all pharmacies to get app going |
| North Carolina | | | 12/31/2015 | | |
| North Dakota | | | | | |
| Ohio | | | 3/31/2015 | | Applying for other pharmacies/need compounds tested |
| Oklahoma | 5/31/2015 | 4/30/2015 | 4/30/2015 | 12/31/2015 | |
| Oregon | | | | | |
| Pennsylvania | | | | | No license required |
| Rhode Island | | | | | |
| South Carolina | | | | | Need Compounding requirements |
| South Dakota | | 6/30/2015 | | 6/30/2015 | |
| Tennessee | | | | | Need pharmacist |
| Texas | 1/31/2015 | 8/31/2016 | 7/31/2016 | 5/31/2015 | |
| Utah | | | | | |
| Vermont | | | | | |
| Virginia | | | 4/30/2015 | | Need a Virginia licensed pharmacist |
| Washington | | | | | |
| West Virginia | | | | | |
| Wisconsin | | | | | |
| Wyoming | | | | | |

# State Licer

| States |
| --- |
| Arizona |
| Colorado |
| Florida |
| Georgia |
| Kansas |
| Louisiana |
| Massachusetts |
| Minnesota |
| Nevada |
| New Mexico |
| New York |
| North Carolina |
| Ohio |
| Oklahoma |
| Texas |
| Virginia |

GX1050.003