| | |
|---|---|
| **From:** | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| **To:** | Peter Herbst <peter.herbst@omnipluspharmacy.com>;Brian <brianski9966@gmail.com> |
| **Sent:** | 4/1/2015 2:02:23 PM |
| **Subject:** | FW: OmniPlus Group Operating Metrics 120 Day Averages |

Interesting Report.

**From:** Michael Dieter
**Sent:** Tuesday, March 31, 2015 8:48 PM
**To:** Scott Breimeister; Leonard Carr
**Subject:** OmniPlus Group Operating Metrics 120 Day Averages


**Michael Dieter**
**Senior Analyst**
Office: 832-495-4008 |Ext: 6055
**Direct: 832-962-8204**
michael.dieter@pharmsmgmt.com
**Pharms LLC | 4916 Main Street | Suite 110 | Houston | TX 77002 USA**



**CONFIDENTIALITY:** This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at 832-962-8204 and delete this message.  Unauthorized interception of this e-mail is a violation of federal criminal law.

GOVERNMENT
EXHIBIT
**1051**
4:18-CR-368

GX1051.001

DOJ-SMUBSSB-0000184496
DOJ-SMUBSSB-0000184496-1


Case 4:18-cr-00368   Document 533-163   Filed on 07/22/23 in TXSD   Page 2 of 2

## OmniPlus Group December 2014 - March 2015 Operating Metrics Averages

| Date | Average | Date | Average | Date | Average | Date | Average |
|---|---|---|---|---|---|---|---|
| 12/1/2014 | $ 897.41 | 1/5/2015 | $ 772.46 | 2/2/2015 | $ 676.25 | 3/2/2015 | $ 801.92 |
| 12/2/2014 | $ 892.29 | 1/6/2015 | $ 745.51 | 2/3/2015 | $ 820.31 | 3/3/2015 | $ 414.56 |
| 12/3/2014 | $ 830.11 | 1/7/2015 | $ 698.10 | 2/4/2015 | $ 657.21 | 3/4/2015 | $ 511.69 |
| 12/4/2014 | $ 1,073.77 | 1/8/2015 | $ 700.28 | 2/5/2015 | $ 837.42 | 3/5/2015 | $ 432.68 |
| 12/5/2014 | $ 939.82 | 1/9/2015 | $ 599.58 | 2/6/2015 | $ 596.58 | 3/6/2015 | $ 322.32 |
| 12/6/2014 | $ 1,038.75 | 1/10/2015 | $ 1,250.47 | 2/7/2015 | $ 671.14 | 3/7/2015 | $ 1,182.05 |
| 12/7/2014 | $ 989.44 | 1/12/2015 | $ 658.77 | 2/9/2015 | $ 757.80 | 3/9/2015 | $ 705.41 |
| 12/8/2014 | $ 1,074.34 | 1/13/2015 | $ 1,003.22 | 2/10/2015 | $ 754.07 | 3/10/2015 | $ 801.11 |
| 12/9/2014 | $ 1,177.94 | 1/14/2015 | $ 690.21 | 2/11/2015 | $ 630.17 | 3/11/2015 | $ 596.50 |
| 12/10/2014 | $ 827.23 | 1/15/2015 | $ 663.86 | 2/12/2015 | $ 1,163.95 | 3/12/2015 | $ 958.37 |
| 12/11/2014 | $ 915.64 | 1/16/2015 | $ 674.63 | 2/13/2015 | $ 773.80 | 3/13/2015 | $ 630.00 |
| 12/12/2014 | $ 887.98 | 1/17/2015 | $ 674.75 | 2/14/2015 | $ 872.67 | 3/14/2015 | $ 718.98 |
| 12/13/2014 | $ 358.03 | 1/19/2015 | $ 935.99 | 2/16/2015 | $ 747.27 | 3/16/2015 | $ 671.81 |
| 12/14/2014 | $ 906.25 | 1/20/2015 | $ 802.00 | 2/17/2015 | $ 692.55 | 3/17/2015 | $ 669.16 |
| 12/15/2014 | $ 607.23 | 1/21/2015 | $ 760.39 | 2/18/2015 | $ 623.64 | 3/18/2015 | $ 610.02 |
| 12/16/2014 | $ 718.26 | 1/22/2015 | $ 573.10 | 2/19/2015 | $ 638.51 | 3/19/2015 | $ 745.36 |
| 12/17/2014 | $ 935.52 | 1/23/2015 | $ 713.98 | 2/20/2015 | $ 758.56 | 3/20/2015 | $ 818.90 |
| 12/18/2014 | $ 1,520.01 | 1/24/2015 | $ 676.85 | 2/21/2015 | $ 1,165.07 | 3/21/2015 | $ 1,349.16 |
| 12/19/2014 | $ 1,442.85 | 1/26/2015 | $ 542.07 | 2/23/2015 | $ 1,257.75 | 3/23/2015 | $ 1,376.75 |
| 12/20/2014 | $ 952.39 | 1/27/2015 | $ 695.23 | 2/24/2015 | $ 1,040.65 | 3/24/2015 | $ 572.14 |
| 12/21/2014 | $ 1,243.03 | 1/28/2015 | $ 593.88 | 2/25/2015 | $ 669.18 | 3/25/2015 | $ 943.54 |
| 12/22/2014 | $ 1,323.18 | 1/29/2015 | $ 1,079.74 | 2/26/2015 | $ 937.20 | 3/26/2015 | $ 818.13 |
| 12/23/2014 | $ 760.09 | 1/30/2015 | $ 544.27 | 2/27/2015 | $ 852.61 | 3/27/2015 | $ 1,051.70 |
| 12/24/2014 | $ 1,178.08 | 1/31/2015 | $ 1,113.69 | 2/28/2015 | $ 1,177.82 | 3/28/2015 | $ 1,544.83 |
| 12/26/2014 | $ 1,041.12 | **January Rx Avg** | **$ 742.32** | **February Rx Avg** | **$ 812.55** | 3/30/2015 | $ 616.55 |
| 12/28/2014 | $ 454.86 | | | | | 3/31/2015 | $ 847.26 |
| 12/29/2014 | $ 885.77 | | | | | **March Rx Avg** | **$ 755.58** |
| 12/30/2014 | $ 1,023.38 | | | | | | |
| 12/31/2014 | $ 932.60 | | | | | | |
| **December Avg Rx** | **$ 992.73** | | | | | | |


GX1051.002

DOJ-SMUBSSB-0000184497
DOJ-SMUBSSB-0000184497-2
