| | |
|---|---|
| **From:** | Pam Bailey <pamela.bailey@omniplushealthcare.com> |
| **Sent:** | Monday, April 20, 2015 5:33 PM |
| **To:** | Scott Breimeister; Leonard Carr; 'Brian' |
| **Cc:** | Brad Madrid |
| **Subject:** | Viesca SB scripts |
| **Attachments:** | Amburn.pdf; Bengco.pdf; Chanler.pdf; Choi.pdf; Coleman.pdf; Grochala.pdf; Hale.pdf; Kempinski.pdf; Kerwin.pdf; LOPEZ.pdf; McDermott.pdf; MCJIMPSON.pdf; Murillo.pdf; Pavia.pdf; Pritchard.pdf; Santiago.pdf |

Here are his scripts to be signed.



Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager | pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy | (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 | www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

GOVERNMENT EXHIBIT
1054
4:18-CR-368

## Patient

- **Patient:** Kenneth Amburn
- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Cell Phone:** [redacted]
- **Address:** [redacted]
- **City:** El Paso
- **State:** TX
- **Zip:** 79934
- **Allergies:** Cephalexin, Levetiracetam
- **Diag.:**

### Insurance info
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2%
- Diclofenac .............. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ..... 2%
- Baclofen ................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%

**☐ For painful scars, add:**
- Prilocaine ............... 3%
- Gabapentin ............ 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ...... 0.2%
- Vitamin D3 ............ 0.05%
- Vitamin C ................ 5%
- Estradiol ................ 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%
- Hyaluronidase ........ 0.2%
- Vitamin D3 ............. .05%
- Vitamin C ................ 5%
- Estradiol ................ 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............. 1%
- Fluconazole ............ 2%
- Pentoxifylline ......... 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............. 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ....... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin .......... 2%
- Niacinamide ........... 5%
- Clindamycin ........... 1%
- Urea ..................... 20%
- Benzoyl Peroxide ... 2.5%
- Fluticasone ............. 1%
- Silver Nitrate ........ 0.03%
- Tea Tree Oil ............ 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .............. 5%
- Baclofen ................. 2%
- Fluticasone ............. 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ..... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............. 5%
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Lidocaine ............... 2%
- Flurbiprofen .......... 10%
- Apomorphine ......... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............ 0.2%
- Finasteride ............ 0.2%
- Minoxidil ................ 5%
- Tretinoin ............... .01%

**☐ For women: (No Finasteride)**
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid .... 250 mcg
- Coenzyme Q10 ....... 100 mg
- Methylcobalamin ...... 20 mg
- EGCG ....................... 50 mg
- Vitamin E ............... 100 mg
- Glutathione ........... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder ...... 100 mg
- Pyridoxal-5-Phosphate .... 25 mg
- Beta Carotene ........ 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ................ 3 mg
- Methylcobalamin ..... 5 mg
- N-Acetylcysteine .. 125 mg
- Glutathione ........... 50 mg
- Diphenhydramine .. 20 mg
- 5-HTP .................. 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- Vitamin D3 ............. 20 mg
- Magnesium Oxide .. 400 mg
- Zinc Gluconate ..... 69.6 mg
- Boron ..................... 1 mg
- Copper Gluconate .. 7.14 mg
- Betaine ................. 25 mg
- Coenzyme Q10 ..... 100 mg
- 5-MTHF ................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ..... 20 mg
- Coenzyme Q10 ....... 75 mg
- 5-HTP ................... 100 mg
- Acidophilus .......... 100 mg
- Bupropion .............. 50 mg
- Psyllium Husk ....... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ **Other** _____

- **Prescriber Name:** Carlos Viesca
- **NPI #:** 1609856194
- **Lic. #:** _____
- **DEA#:** BV8086591
- **Phone #:** 915-533-7465
- **Fax #:** _____
- **Address:** 1755 Curie   El Paso, Texas 79902

GX1054.002

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

## Patient

**Name:** Harold Bengco
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:**
**Address:** [redacted]
**City:** El Paso   **State:** TX   **Zip:** 79934
**Allergies:** NKDA
**Diag.**

## Insurance info

oomps

- Carrier:
- Bin#
- PCN#
- Group #
- Member ID #
- Workers Comp: Yes / No
- DOI
- Claim #

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin .............. 6%
- Lidocaine ................ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin .............. 6%
- Lidocaine ................ 2%
- Diclofenac .............. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ...... 2%
- Baclofen ................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%

**☐ For painful scars, add:**
- Prilocaine ............... 3%
- Gabapentin ............. 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ...... 0.2%
- Vitamin D3 .............. 0.05%
- Vitamin C ................ 5%
- Estradiol ................. 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%
- Hyaluronidase ......... 0.2%
- Vitamin D3 .............. .05%
- Vitamin C ................ 5%
- Estradiol ................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............. 1%
- Fluconazole ............ 2%
- Pentoxifylline ......... 0.5%
- Lidocaine ................ 2%
- Hydroxyzine ............ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............. 1%
- Methylcobalamin ..... 0.07%
- Coenzyme Q10 ........ 4%
- ☐ Contact Dermatitis with pain, add:
- Lidocaine ................ 2%
- Hydroxyzine ............ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin .......... 2%
- Niacinamide ............ 5%
- Clindamycin ............ 1%
- Urea ........................ 20%
- Benzoyl Peroxide .... 2.5%
- Fluticasone ............. 1%
- Silver Nitrate ........... 0.03%
- Tea Tree Oil ............ 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .............. 5%
- Baclofen ................. 2%
- Fluticasone ............. 1%
- Lidocaine ................ 2%
- Verapamil Hydrochloride ....... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............. 5%
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Lidocaine ................ 2%
- Flurbiprofen ............ 10%
- Apomorphine .......... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............. 0.2%
- Finasteride ............. 0.2%
- Minoxidil ................ 5%
- Tretinoin ................. .01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................... 500 mcg
- Alpha Lipoic Acid ..... 250 mcg
- Coenzyme Q10 ........ 100 mg
- Methylcobalamin ..... 20 mg
- EGCG ...................... 50 mg
- Vitamin E ................ 100 mg
- Glutathione ............. 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules   Refills: PRN

**SB-2:**
- Resveratrol Powder ............. 100 mg
- Pyridoxal-5-Phosphate ........ 25 mg
- Beta Carotene ..................... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ............... 3 mg
- Methylcobalamin ..... 5 mg
- N-Acetylcysteine ..... 125 mg
- Glutathione ............. 50 mg
- Diphenhydramine .... 20 mg
- 5-HTP ...................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- Vitamin D3 .............. 20 mg
- Magnesium Oxide .... 400 mg
- Zinc Gluconate ........ 69.6 mg
- Boron ...................... 1 mg
- Copper Gluconate .... 7.14 mg
- Betaine .................... 25 mg
- Coenzyme Q10 ........ 100 mg
- 5-MTHF ................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules   Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ..... 20 mg
- Coenzyme Q10 ........ 75 mg
- 5-HTP ...................... 100 mg
- Acidophilus ............. 100 mg
- Bupropion ............... 50 mg
- Psyllium Husk .......... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ **Other** _____

**Prescriber Name:** Carlos Viesca   **NPI #:** 1609856194
**Lic. #:** _____   **DEA#:** BV8086591   **Phone #:** 915-533-7465   **Fax#:** _____
**Address:** 1755 Curie   El Paso, Texas 79902

GX1054.003

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

## Patient

- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Cell Phone:** [redacted]
- **Address:** [redacted]
- **City:** Cotton Valley
- **State:** LA
- **Zip:** 71018
- **Allergies:** NKDA
- **Diag.:**

## Insurance info

- **Carrier:**
- **Bin#:**
- **PCN#:**
- **Group #:**
- **Member ID #:**
- **Workers Comp:** Yes / No
- **DOI:**
- **Claim #:**

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .............. 20%
- Baclofen .................... 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ................. 6%
- Lidocaine ................. 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen .................... 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ................. 6%
- Lidocaine ................... 2%
- Diclofenac .................. 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen .............. 20%
- Cyclobenzaprine ........ 2%
- Baclofen .................... 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### SCAR

**☐ Scar**
- Fluticasone .............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline .......... 0.5%

**☐ For painful scars, add:**
- Prilocaine ................. 3%
- Gabapentin .............. 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ..... 0.2%
- Vitamin D3 ........... 0.05%
- Vitamin C ................ 5%
- Estradiol ................ 0.1%

- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone .............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline .......... 0.5%
- Hyaluronidase ........ 0.2%
- Vitamin D3 ............. .05%
- Vitamin C ................ 5%
- Estradiol ................ 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone .............. 1%
- Fluconazole .............. 2%
- Pentoxifylline .......... 0.5%
- Lidocaine .................. 2%
- Hydroxyzine .............. 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone .............. 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ........ 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine .................. 2%
- Hydroxyzine .............. 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ............ 2%
- Niacinamide .............. 5%
- Clindamycin .............. 1%
- Urea ......................... 20%
- Benzoyl Peroxide ..... 2.5%
- Fluticasone .............. 1%
- Silver Nitrate ......... 0.03%
- Tea Tree Oil .............. 3%
- **SIG:** Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- **Qty:** 120 gm
- **Refills:** _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ................ 5%
- Baclofen .................... 2%
- Fluticasone .............. 1%
- Lidocaine .................. 2%
- Verapamil Hydrochloride ........ 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............... 5%
- Baclofen .................... 2%
- Cyclobenzaprine ........ 2%
- Lidocaine .................. 2%
- Flurbiprofen ............ 10%
- Apomorphine .......... 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............. 0.2%
- Finasteride ............. 0.2%
- Minoxidil .................. 5%
- Tretinoin ................ .01%

**☐ For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml ☐ _____
- **Refills:** _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ..... 250 mcg
- Coenzyme Q10 ........ 100 mg
- Methylcobalamin ...... 20 mg
- EGCG ........................ 50 mg
- Vitamin E ............... 100 mg
- Glutathione ............ 100 mg
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules  **Refills:** PRN

**SB-2:**
- Resveratrol Powder ........ 100 mg
- Pyridoxal-5-Phosphate ..... 25 mg
- Beta Carotene .............. 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .................. 3 mg
- Methylcobalamin ...... 5 mg
- N-Acetylcysteine ... 125 mg
- Glutathione ............. 50 mg
- Diphenhydramine .... 20 mg
- 5-HTP ..................... 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** ☐ 30 capsules
- **Refills:** _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- **KP-71:**
- Vitamin D3 ................ 20 mg
- Magnesium Oxide ..... 400 mg
- Zinc Gluconate ........ 69.6 mg
- Boron ......................... 1 mg
- Copper Gluconate ..... 7.14 mg
- Betaine ..................... 25 mg
- Coenzyme Q10 ........ 100 mg
- 5-MTHF ..................... 5 mg
- **SIG:** Take 1 capsule by mouth once daily or as directed
- **Qty:** 30 capsules  **Refills:** _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ........ 20 mg
- Coenzyme Q10 ........... 75 mg
- 5-HTP ..................... 100 mg
- Acidophilus ............. 100 mg
- Bupropion ................. 50 mg
- Psyllium Husk .......... 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** _____

---

☐ **Other**

- **Prescriber Name:** Carlos Viesca
- **NPI #:** 1609856194
- **Lic. #:** _____
- **DEA#:** BV8086591
- **Phone #:** 915-533-7465
- **Fax #:** _____
- **Address:** 1755 Curie  El Paso, Texas 79902

GX1054.004

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

# Patient Information

- **Patient:** Slgi Choi
- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Cell Phone:** [redacted]
- **Address:** [redacted]
- **City:** El Paso
- **State:** TX
- **Zip:** 79904
- **Allergies:** NKDA
- **Diag.:**

## Insurance Info (comps)

- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

---

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .......... 20%
- Baclofen .......... 2%
- Cyclobenzaprine .......... 2%
- Gabapentin .......... 6%
- Lidocaine .......... 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen .......... 2%
- Cyclobenzaprine .......... 2%
- Gabapentin .......... 6%
- Lidocaine .......... 2%
- Diclofenac .......... 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen .......... 20%
- Cyclobenzaprine .......... 2%
- Baclofen .......... 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## SCAR

**☐ Scar**
- Fluticasone .......... 1%
- Levocetirizine .......... 2%
- Pentoxifylline .......... 0.5%

**☐ For painful scars, add:**
- Prilocaine .......... 3%
- Gabapentin .......... 15%

**☐ For elasticity, add:**
- Hyaluronic Acid .......... 0.2%
- Vitamin D3 .......... 0.05%
- Vitamin C .......... 5%
- Estradiol .......... 0.1%

- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone .......... 1%
- Levocetirizine .......... 2%
- Pentoxifylline .......... 0.5%
- Hyaluronidase .......... 0.2%
- Vitamin D3 .......... .05%
- Vitamin C .......... 5%
- Estradiol .......... 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

---

## DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone .......... 1%
- Fluconazole .......... 2%
- Pentoxifylline .......... 0.5%
- Lidocaine .......... 2%
- Hydroxyzine .......... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone .......... 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 .......... 4%
- **☐ Contact Dermatitis with pain, add:**
- Lidocaine .......... 2%
- Hydroxyzine .......... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin .......... 2%
- Niacinamide .......... 5%
- Clindamycin .......... 1%
- Urea .......... 20%
- Benzoyl Peroxide .......... 2.5%
- Fluticasone .......... 1%
- Silver Nitrate .......... 0.03%
- Tea Tree Oil .......... 3%
- **SIG:** Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- **Qty:** 120 gm
- **Refills:** _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .......... 5%
- Baclofen .......... 2%
- Fluticasone .......... 1%
- Lidocaine .......... 2%
- Verapamil Hydrochloride .......... 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate .......... 5%
- Baclofen .......... 2%
- Cyclobenzaprine .......... 2%
- Lidocaine .......... 2%
- Flurbiprofen .......... 10%
- Apomorphine .......... 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone .......... 0.2%
- Finasteride .......... 0.2%
- Minoxidil .......... 5%
- Tretinoin .......... .01%
- **☐ For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml ☐ _____
- **Refills:** _____

---

## METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF .......... 500 mcg
- Alpha Lipoic Acid .......... 250 mcg
- Coenzyme Q10 .......... 100 mg
- Methylcobalamin .......... 20 mg
- EGCG .......... 50 mg
- Vitamin E .......... 100 mg
- Glutathione .......... 100 mg

**SB-2:**
- Resveratrol Powder .......... 100 mg
- Pyridoxal-5-Phosphate .......... 25 mg
- Beta Carotene .......... 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** PRN

- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules   **Refills:** PRN

## INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .......... 3 mg
- Methylcobalamin .......... 5 mg
- N-Acetylcysteine .......... 125 mg
- Glutathione .......... 50 mg
- Diphenydramine .......... 20 mg
- 5-HTP .......... 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** ☐ 30 capsules
- **Refills:** _____

## BONE HEALTH

**☐ KP-71: Bone Health**
- **KP-71:**
- Vitamin D3 .......... 20 mg
- Magnesium Oxide .......... 400 mg
- Zinc Gluconate .......... 69.6 mg
- Boron .......... 1 mg
- Copper Gluconate .......... 7.14 mg
- Betaine .......... 25 mg
- Coenzyme Q10 .......... 100 mg
- 5-MTHF .......... 5 mg
- **SIG:** Take 1 capsule by mouth once daily or as directed
- **Qty:** 30 capsules   **Refills:** _____

## DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin .......... 20 mg
- Coenzyme Q10 .......... 75 mg
- 5-HTP .......... 100 mg
- Acidophilus .......... 100 mg
- Bupropion .......... 50 mg
- Psyllium Husk .......... 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** _____

---

☐ Other _____

- **Prescriber Name:** Carlos Viesca
- **NPI #:** 1609856194
- **Lic. #:** _____
- **DEA#:** BV8086591
- **Phone #:** 915-533-7465
- **Fax#:** _____
- **Address:** 1755 Curie  El Paso, Texas 79902

GX1054.005

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

## Patient

**Patient:** Patricia Coleman
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:** [redacted]
**Address:** [redacted]
**City:** El Paso  **State:** TX  **Zip:** 79934
**Allergies:** NKDA
**Diag.:**

## Insurance info

oomps

- Carrier:
- Bin#
- PCN#
- Group #
- Member ID #
- Workers Comp: Yes / No
- DOI
- Claim #

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .......... 20%
- Baclofen .............. 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ............ 6%
- Lidocaine ............. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: ____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen .............. 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ............ 6%
- Lidocaine ............. 2%
- Diclofenac ............ 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: ____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen .......... 20%
- Cyclobenzaprine ....... 2%
- Baclofen .............. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: ____

### SCAR

**☐ Scar**
- Fluticasone ........... 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%

**☐ For painful scars, add:**
- Prilocaine ............ 3%
- Gabapentin ............ 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ....... 0.2%
- Vitamin D3 ............ 0.05%
- Vitamin C ............. 5%
- Estradiol ............. 0.1%

SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm ☐ ____
Refills: ____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ........... 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%
- Hyaluronidase ......... 0.2%
- Vitamin D3 ............ .05%
- Vitamin C ............. 5%
- Estradiol ............. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: ____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ........... 1%
- Fluconazole ........... 2%
- Pentoxifylline ........ 0.5%
- Lidocaine ............. 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: ____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ........... 1%
- Methylcobalamin ....... 0.07%
- Coenzyme Q10 .......... 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine ............. 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: ____

**☐ TX ACNE #3B (Topical)**
- Erythromycin .......... 2%
- Niacinamide ........... 5%
- Clindamycin ........... 1%
- Urea .................. 20%
- Benzoyl Peroxide ...... 2.5%
- Fluticasone ........... 1%
- Silver Nitrate ........ 0.03%
- Tea Tree Oil ......... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: ____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ............ 5%
- Baclofen .............. 2%
- Fluticasone ........... 1%
- Lidocaine ............. 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: ____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............ 5%
- Baclofen .............. 2%
- Cyclobenzaprine ....... 2%
- Lidocaine ............. 2%
- Flurbiprofen .......... 10%
- Apomorphine .......... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
  ☐ _____
- Refills: ____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ........... 0.2%
- Finasteride ........... 0.2%
- Minoxidil ............. 5%
- Tretinoin ............. .01%

☐ **For women:** (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml
  ☐ _____
- Refills: ____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................ 500 mcg
- Alpha Lipoic Acid ..... 250 mcg
- Coenzyme Q10 .......... 100 mg
- Methylcobalamin ....... 20 mg
- EGCG .................. 50 mg
- Vitamin E ............. 100 mg
- Glutathione ........... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder .... 100 mg
- Pyridoxal-5-Phosphate . 25 mg
- Beta Carotene ......... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ............. 3 mg
- Methylcobalamin ....... 5 mg
- N-Acetylcysteine ..... 125 mg
- Glutathione ........... 50 mg
- Diphenydramine ....... 20 mg
- 5-HTP ................. 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: ____

### BONE HEALTH

**☐ KP-71: Bone Health**
- KP-71: Vitamin D3 ..... 20 mg
- Magnesium Oxide ....... 400 mg
- Zinc Gluconate ........ 69.6 mg
- Boron ................. 1 mg
- Copper Gluconate ...... 7.14 mg
- Betaine ............... 25 mg
- Coenzyme Q10 .......... 100 mg
- 5-MTHF ................ 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: ____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ....... 20 mg
- Coenzyme Q10 .......... 75 mg
- 5-HTP ................. 100 mg
- Acidophilus .......... 100 mg
- Bupropion ............. 50 mg
- Psyllium Husk ........ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ____

---

☐ **Other** _____

**Prescriber Name:** Carlos Viesca   **NPI #:** 1609856194
**Lic. #:** _____   **DEA#:** BV8086591   **Phone #:** 915-533-7465   **Fax#:** _____
**Address:** 1755 Curie  El Paso, Texas 79902

GX1054.006

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

# Prescription Form

**Patient Information**
- DOB: [redacted]
- Home Phone: [redacted]
- Cell Phone:
- Address: [redacted]
- City: El Paso
- State: Tx
- Zip: 79938
- Allergies: NKDA
- Diag.:

**Insurance info** — oomps
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen .................. 20%
- Baclofen ........................ 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................... 6%
- Lidocaine ..................... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen ........................ 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................... 6%
- Lidocaine ..................... 2%
- Diclofenac .................... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen .................. 20%
- Cyclobenzaprine ........... 2%
- Baclofen ........................ 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

## SCAR

### ☐ Scar
- Fluticasone ................... 1%
- Levocetirizine ............... 2%
- Pentoxifylline ................ 0.5%
- ☐ **For painful scars, add:**
  - Prilocaine .................... 3%
  - Gabapentin ................ 15%
- ☐ **For elasticity, add:**
  - Hyaluronic Acid ......... 0.2%
  - Vitamin D3 ................. 0.05%
  - Vitamin C .................... 5%
  - Estradiol ...................... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

## STRETCH MARK

### ☐ Stretch Marks / Elasticity
- Fluticasone ................... 1%
- Levocetirizine ............... 2%
- Pentoxifylline ................ 0.5%
- Hyaluronidase .............. 0.2%
- Vitamin D3 ................... .05%
- Vitamin C ...................... 5%
- Estradiol ...................... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

## DERMATOLOGICAL/ACNE

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ................... 1%
- Fluconazole .................. 2%
- Pentoxifylline ................ 0.5%
- Lidocaine ..................... 2%
- Hydroxyzine .................. 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### ☐ DERM-5: Contact Dermatitis / Eczema
- Fluticasone ................... 1%
- Methylcobalamin .......... 0.07%
- Coenzyme Q10 ............ 4%
- ☐ **Contact Dermatitis with pain, add:**
  - Lidocaine .................... 2%
  - Hydroxyzine ................ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### ☐ TX ACNE #3B (Topical)
- Erythromycin ................ 2%
- Niacinamide ................. 5%
- Clindamycin ................. 1%
- Urea ............................ 20%
- Benzoyl Peroxide ......... 2.5%
- Fluticasone ................... 1%
- Silver Nitrate ................ 0.03%
- Tea Tree Oil ................. 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac ..................... 5%
- Baclofen ........................ 2%
- Fluticasone ................... 1%
- Lidocaine ..................... 2%
- Verapamil Hydrochloride ........ 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate ................... 5%
- Baclofen ........................ 2%
- Cyclobenzaprine ........... 2%
- Lidocaine ..................... 5%
- Flurbiprofen .................. 10%
- Apomorphine ................ 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone ................... 0.2%
- Finasteride ................... 0.2%
- Minoxidil ....................... 5%
- Tretinoin ...................... .01%
- ☐ **For women:** (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

## METABOLIC SUPPLEMENTS

### ☒ Super-SB: General Wellness
**SB-1:**
- 5-MTHF ....................... 500 mcg
- Alpha Lipoic Acid ......... 250 mcg
- Coenzyme Q10 ........... 100 mg
- Methylcobalamin .......... 20 mg
- EGCG ........................... 50 mg
- Vitamin E .................... 100 mg
- Glutathione ................. 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder ...... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ............. 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

## INSOMNIA

### ☐ KP-1: Insomnia
- Melatonin ..................... 3 mg
- Methylcobalamin .......... 5 mg
- N-Acetylcysteine .......... 125 mg
- Glutathione ................. 50 mg
- Diphenydramine .......... 20 mg
- 5-HTP .......................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

## BONE HEALTH

### ☐ KP-71: Bone Health
- Vitamin D3 ................... 20 mg
- Magnesium Oxide ....... 400 mg
- Zinc Gluconate ........... 69.6 mg
- Boron ........................... 1 mg
- Copper Gluconate ...... 7.14 mg
- Betaine ....................... 25 mg
- Coenzyme Q10 ........... 100 mg
- 5-MTHF ....................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

## DIET SUPPLEMENT

### ☐ ADP-6
- Methylcobalamin .......... 20 mg
- Coenzyme Q10 ........... 75 mg
- 5-HTP .......................... 100 mg
- Acidophilus ................. 100 mg
- Bupropion .................... 50 mg
- Psyllium Husk .............. 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

☐ Other _____

---

**Prescriber Name:** Carlos Viesca
**NPI #:** 1609856194
**Lic. #:** _____
**DEA#:** BV8086591
**Phone #:** 915-533-7465
**Fax#:** _____
**Address:** 1755 Curie  El Paso, Texas 79902

GX1054.007

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

**Patient**

| | |
|---|---|
| DOB: | |
| Home Phone: | Cell Phone: |
| Address: | |
| City: El Paso | State: TX   Zip: 79924 |
| Allergies: NKDA | |

**Insurance info** — oomps

- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

**Diag.**

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............... 20%
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Gabapentin ................. 6%
- Lidocaine ................. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Gabapentin ................. 6%
- Lidocaine ................... 2%
- Diclofenac .................. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............... 20%
- Cyclobenzaprine ......... 2%
- Baclofen ..................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............... 1%
- Levocetirizine ........... 2%
- Pentoxifylline .......... 0.5%

**☐ For painful scars, add:**
- Prilocaine ................. 3%
- Gabapentin .............. 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ....... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ................. 5%
- Estradiol ................. 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............... 1%
- Levocetirizine ........... 2%
- Pentoxifylline .......... 0.5%
- Hyaluronidase .......... 0.2%
- Vitamin D3 .............. .05%
- Vitamin C ................. 5%
- Estradiol ................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............... 1%
- Fluconazole ............... 2%
- Pentoxifylline .......... 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ............... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............... 1%
- Methylcobalamin .... 0.07%
- Coenzyme Q10 ........... 4%
- ☐ Contact Dermatitis with pain, add:
  - Lidocaine ................... 2%
  - Hydroxyzine ............... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ............. 2%
- Niacinamide ............... 5%
- Clindamycin ............... 1%
- Urea ......................... 20%
- Benzoyl Peroxide ..... 2.5%
- Fluticasone ............... 1%
- Silver Nitrate ......... 0.03%
- Tea Tree Oil .............. 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ................. 5%
- Baclofen ..................... 2%
- Fluticasone ............... 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ................ 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Lidocaine ................... 2%
- Flurbiprofen ............. 10%
- Apomorphine ........... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............. 0.2%
- Finasteride ............. 0.2%
- Minoxidil .................. 5%
- Tretinoin ................ .01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid .... 250 mcg
- Coenzyme Q10 .......... 100 mg
- Methylcobalamin ........ 20 mg
- EGCG ......................... 50 mg
- Vitamin E ................. 100 mg
- Glutathione ............. 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder ....... 100 mg
- Pyridoxal-5-Phosphate .... 25 mg
- Beta Carotene ........... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ..................... 3 mg
- Methylcobalamin ............ 5 mg
- N-Acetylcysteine ........ 125 mg
- Glutathione ................. 50 mg
- Diphenhydramine ......... 20 mg
- 5-HTP ....................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- KP-71:
- Vitamin D3 .................. 20 mg
- Magnesium Oxide ....... 400 mg
- Zinc Gluconate .......... 69.6 mg
- Boron ............................ 1 mg
- Copper Gluconate ...... 7.14 mg
- Betaine ......................... 25 mg
- Coenzyme Q10 ............ 100 mg
- 5-MTHF ......................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ........ 20 mg
- Coenzyme Q10 ............ 75 mg
- 5-HTP ........................ 100 mg
- Acidophilus ............... 100 mg
- Bupropion .................... 50 mg
- Psyllium Husk ............ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ Other _____

| | |
|---|---|
| Prescriber Name: Carlos Viesca | NPI #: 1609856194 |
| Lic. #: _____  DEA#: BV8086591 | Phone #: 915-533-7465   Fax#: _____ |
| Address: 1755 Curie  El Paso, Texas 79902 | |

GX1054.008

Signature (Note: Manual Signature Required for CS): _____   Date: _____

## Patient

**Patient:** ▮   **DOB:** ▮

**Home Phone:** ▮   **Cell Phone:**

**Address:** ▮

**City:** El Paso   **State:** Tx   **Zip:** 79912

**Allergies:** NKDA

**Diag.:**

## Insurance info  oomps

- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ........ 20%
- Baclofen ............... 2%
- Cyclobenzaprine .... 2%
- Gabapentin ........... 6%
- Lidocaine ............ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ............... 2%
- Cyclobenzaprine .... 2%
- Gabapentin ........... 6%
- Lidocaine ............ 2%
- Diclofenac ........... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ........ 20%
- Cyclobenzaprine .... 2%
- Baclofen ............... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ......... 1%
- Levocetirizine ...... 2%
- Pentoxifylline ..... 0.5%

**☐ For painful scars, add:**
- Prilocaine .......... 3%
- Gabapentin ......... 15%

**☐ For elasticity, add:**
- Hyaluronic Acid .... 0.2%
- Vitamin D3 ........ 0.05%
- Vitamin C ............ 5%
- Estradiol ........... 0.1%

SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm  ☐ _____
Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ......... 1%
- Levocetirizine ...... 2%
- Pentoxifylline ..... 0.5%
- Hyaluronidase ...... 0.2%
- Vitamin D3 ......... .05%
- Vitamin C ............ 5%
- Estradiol ........... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ......... 1%
- Fluconazole ......... 2%
- Pentoxifylline ..... 0.5%
- Lidocaine ............ 2%
- Hydroxyzine ......... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ......... 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ..... 4%
- ☐ Contact Dermatitis with pain, add:
- Lidocaine ............ 2%
- Hydroxyzine ......... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ....... 2%
- Niacinamide ......... 5%
- Clindamycin ......... 1%
- Urea ................... 20%
- Benzoyl Peroxide .. 2.5%
- Fluticasone ......... 1%
- Silver Nitrate ..... 0.03%
- Tea Tree Oil ........ 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ........... 5%
- Baclofen ............... 2%
- Fluticasone ......... 1%
- Lidocaine ............ 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate .......... 5%
- Baclofen ............... 2%
- Cyclobenzaprine .... 2%
- Lidocaine ............ 2%
- Flurbiprofen ....... 10%
- Apomorphine ...... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ....... 0.2%
- Finasteride ....... 0.2%
- Minoxidil ............. 5%
- Tretinoin ........... .01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF .............. 500 mcg
- Alpha Lipoic Acid .. 250 mcg
- Coenzyme Q10 .... 100 mg
- Methylcobalamin .. 20 mg
- EGCG ................ 50 mg
- Vitamin E ......... 100 mg
- Glutathione ...... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules   Refills: PRN

**SB-2:**
- Resveratrol Powder ... 100 mg
- Pyridoxal-5-Phosphate .. 25 mg
- Beta Carotene ...... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ............ 3 mg
- Methylcobalamin .. 5 mg
- N-Acetylcysteine .. 125 mg
- Glutathione ....... 50 mg
- Diphenhydramine .. 20 mg
- 5-HTP ............... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- Vitamin D3 ......... 20 mg
- Magnesium Oxide .. 400 mg
- Zinc Gluconate ..... 69.6 mg
- Boron ................ 1 mg
- Copper Gluconate .. 7.14 mg
- Betaine ............... 25 mg
- Coenzyme Q10 .... 100 mg
- 5-MTHF .............. 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules   Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin .. 20 mg
- Coenzyme Q10 ..... 75 mg
- 5-HTP ............... 100 mg
- Acidophilus ....... 100 mg
- Bupropion .......... 50 mg
- Psyllium Husk ..... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ Other: _____

**Prescriber Name:** Carlos Viesca   **NPI #:** 1609856194

**Lic. #:** _____   **DEA#:** BV8086591   **Phone #:** 915-533-7465   **Fax#:** _____

**Address:** 1755 Curie  El Paso, Texas 79902

GX1054.009

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

## Patient

**Patient:** Robert Kerwin
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:**
**Address:** [redacted]
**City:** **State:** TX **Zip:** 79936
**Allergies:** NKDA

**Diag.**

### Insurance info    oomps

- Carrier:
- Bin#
- PCN#
- Group #
- Member ID #
- Workers Comp    Yes    No
- DOI    Claim #

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .............. 20%
- Baclofen .................... 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ................ 6%
- Lidocaine ................ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ..................... 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ................ 6%
- Lidocaine ................... 2%
- Diclofenac .................. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen .............. 20%
- Cyclobenzaprine ........ 2%
- Baclofen ..................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone .............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ........ 0.5%

**☐ For painful scars, add:**
- Prilocaine ................. 3%
- Gabapentin .............. 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ...... 0.2%
- Vitamin D3............. 0.05%
- Vitamin C ................. 5%
- Estradiol................. 0.1%

SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm  ☐ _____
Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone .............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ........ 0.5%
- Hyaluronidase ........ 0.2%
- Vitamin D3 ............ .05%
- Vitamin C ................. 5%
- Estradiol ................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............... 1%
- Fluconazole............... 2%
- Pentoxifylline .......... 0.5%
- Lidocaine ................... 2%
- Hydroxyzine............... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............... 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ......... 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine ................... 2%
- Hydroxyzine ............... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ............ 2%
- Niacinamide .............. 5%
- Clindamycin .............. 1%
- Urea .......................... 20%
- Benzoyl Peroxide ... 2.5%
- Fluticasone ................ 1%
- Silver Nitrate ......... 0.03%
- Tea Tree Oil .............. 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ................. 5%
- Baclofen ..................... 2%
- Fluticasone ................ 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ......... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ................ 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ........ 2%
- Lidocaine ................... 2%
- Flurbiprofen ............. 10%
- Apomorphine ........... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............. 0.2%
- Finasteride ............. 0.2%
- Minoxidil ................... 5%
- Tretinoin .................. .01%

☐ **For women:** (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ....... 100 mg
- Methylcobalamin .... 20 mg
- EGCG ........................ 50 mg
- Vitamin E ............... 100 mg
- Glutathione ........... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder ........... 100 mg
- Pyridoxal-5-Phosphate ....... 25 mg
- Beta Carotene................. 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .................... 3 mg
- Methylcobalamin ........ 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione .............. 50 mg
- Diphenhydramine ..... 20 mg
- 5-HTP ....................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
KP-71:
- Vitamin D3 ............... 20 mg
- Magnesium Oxide ..... 400 mg
- Zinc Gluconate ........ 69.6 mg
- Boron ............................. 1 mg
- Copper Gluconate ..... 7.14 mg
- Betaine ....................... 25 mg
- Coenzyme Q10 .......... 100 mg
- 5-MTHF .......................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin......... 20 mg
- Coenzyme Q10 ............. 75 mg
- 5-HTP............................ 100 mg
- Acidophilus ................ 100 mg
- Bupropion ..................... 50 mg
- Psyllium Husk ............. 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ Other _____

**Prescriber Name:** Carlos Viesca    **NPI #:** 1609856194
**Lic. #:** _____   **DEA#:** BV8086591   **Phone #:** 915-533-7465   **Fax#:** _____
**Address:** 1755 Curie   El Paso, Texas 79902

GX1054.010

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

## Patient

**Name:** DOLORES LOPEZ
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:**
**Address:** [redacted]
**City:** LAS CRUCES   **State:** NM   **Zip:** 88011
**Allergies:** NKDA
**Diag.:**

## Insurance info — OOMPS

- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin .............. 6%
- Lidocaine ............... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin .............. 6%
- Lidocaine ................ 2%
- Diclofenac ............... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ...... 2%
- Baclofen ................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%

**☐ For painful scars, add:**
- Prilocaine .............. 3%
- Gabapentin ............. 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ...... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ................ 5%
- Estradiol ................ 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%
- Hyaluronidase ........ 0.2%
- Vitamin D3 ............. .05%
- Vitamin C ................ 5%
- Estradiol ................ 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............ 1%
- Fluconazole ........... 2%
- Pentoxifylline ........ 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............ 1%
- Methylcobalamin .... 0.07%
- Coenzyme Q10 ....... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ......... 2%
- Niacinamide ........... 5%
- Clindamycin ........... 1%
- Urea ...................... 20%
- Benzoyl Peroxide .... 2.5%
- Fluticasone ............ 1%
- Silver Nitrate ......... 0.03%
- Tea Tree Oil ........... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ............. 5%
- Baclofen ................. 2%
- Fluticasone ............ 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ..... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............ 5%
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Lidocaine ............... 2%
- Flurbiprofen ........... 10%
- Apomorphine .......... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............ 0.2%
- Finasteride ............ 0.2%
- Minoxidil ............... 5%
- Tretinoin ................ .01%

**☐ For women: (No Finasteride)**
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF .................. 500 mcg
- Alpha Lipoic Acid .... 250 mcg
- Coenzyme Q10 ....... 100 mg
- Methylcobalamin .... 20 mg
- EGCG .................... 50 mg
- Vitamin E .............. 100 mg
- Glutathione ........... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules   Refills: PRN

**SB-2:**
- Resveratrol Powder ...... 100 mg
- Pyridoxal-5-Phosphate .. 25 mg
- Beta Carotene ............. 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .............. 3 mg
- Methylcobalamin .... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ........... 50 mg
- Diphenhydramine ... 20 mg
- 5-HTP .................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- Vitamin D3 ............. 20 mg
- Magnesium Oxide ... 400 mg
- Zinc Gluconate ....... 69.6 mg
- Boron .................... 1 mg
- Copper Gluconate ... 7.14 mg
- Betaine .................. 25 mg
- Coenzyme Q10 ....... 100 mg
- 5-MTHF .................. 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules   Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin .... 20 mg
- Coenzyme Q10 ....... 75 mg
- 5-HTP .................... 100 mg
- Acidophilus ............ 100 mg
- Bupropion .............. 50 mg
- Psyllium Husk ........ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ **Other** _____

**Prescriber Name:** Carlos Viesca   **NPI #:** 1609856194
**Lic. #:** _____   **DEA#:** BV8086591   **Phone #:** 915-533-7465   **Fax#:** _____
**Address:** 1755 Curie  El Paso, Texas 79902

GX1054.011

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

## Patient
**Patient:** Billy McDermott
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:**
**Address:** [redacted]
**City:**  **State:** TX  **Zip:** 79934
**Allergies:** NKDA
**Diag.**

## Insurance info   oomps
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen ............ 20%
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2%
- Diclofenac .............. 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen ........... 20%
- Cyclobenzaprine ..... 2%
- Baclofen ................. 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## SCAR

### ☐ Scar
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ......... 0.5%

**☐ For painful scars, add:**
- Prilocaine ............... 3%
- Gabapentin ............ 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ...... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ............... 5%
- Estradiol ................. 0.1%

- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## STRETCH MARK

### ☐ Stretch Marks / Elasticity
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ......... 0.5%
- Hyaluronidase ........ 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ............... 5%
- Estradiol ................. 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## DERMATOLOGICAL/ACNE

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ............ 1%
- Fluconazole ........... 2%
- Pentoxifylline ......... 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### ☐ DERM-5: Contact Dermatitis / Eczema
- Fluticasone ............ 1%
- Methylcobalamin .... 0.07%
- Coenzyme Q10 ...... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### ☐ TX ACNE #3B (Topical)
- Erythromycin ......... 2%
- Niacinamide .......... 5%
- Clindamycin .......... 1%
- Urea ...................... 20%
- Benzoyl Peroxide ... 2.5%
- Fluticasone ............ 1%
- Silver Nitrate .......... 0.03%
- Tea Tree Oil ........... 3%
- **SIG:** Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- **Qty:** 120 gm
- **Refills:** _____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac ............. 5%
- Baclofen ................. 2%
- Fluticasone ............ 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ........ 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate ............ 5%
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Lidocaine ............... 2%
- Flurbiprofen ........... 10%
- Apomorphine ......... 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone ............ 0.2%
- Finasteride ............. 0.2%
- Minoxidil ................ 5%
- Tretinoin ................ .01%

**☐ For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml ☐ _____
- **Refills:** _____

## METABOLIC SUPPLEMENTS

### ☒ Super-SB: General Wellness
**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ...... 100 mg
- Methylcobalamin .... 20 mg
- EGCG .................... 50 mg
- Vitamin E ............... 100 mg
- Glutathione ............ 100 mg
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules  **Refills:** PRN

**SB-2:**
- Resveratrol Powder ......... 100 mg
- Pyridoxal-5-Phosphate .... 25 mg
- Beta Carotene .................. 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** PRN

## INSOMNIA

### ☐ KP-1: Insomnia
- Melatonin ............... 3 mg
- Methylcobalamin .... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ............ 50 mg
- Diphenhydramine ... 20 mg
- 5-HTP .................... 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** ☐ 30 capsules
- **Refills:** _____

## BONE HEALTH

### ☐ KP-71: Bone Health
**KP-71:**
- Vitamin D3 ............. 20 mg
- Magnesium Oxide .. 400 mg
- Zinc Gluconate ...... 69.6 mg
- Boron .................... 1 mg
- Copper Gluconate . 7.14 mg
- Betaine .................. 25 mg
- Coenzyme Q10 ...... 100 mg
- 5-MTHF ................. 5 mg
- **SIG:** Take 1 capsule by mouth once daily or as directed
- **Qty:** 30 capsules  **Refills:** _____

## DIET SUPPLEMENT

### ☐ ADP-6
- Methylcobalamin .... 20 mg
- Coenzyme Q10 ...... 75 mg
- 5-HTP .................... 100 mg
- Acidophilus ............ 100 mg
- Bupropion .............. 50 mg
- Psyllium Husk ........ 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** _____

☐ Other _____

**Prescriber Name:** Carlos Viesca  **NPI #:** 1609856194
**Lic. #:** _____  **DEA#:** BV8086591  **Phone #:** 915-533-7465  **Fax#:** _____
**Address:** 1755 Curie   El Paso, Texas 79902

GX1054.012

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

# Patient

**Name:** LUKEK MC JIMPSON
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:** [redacted]
**Address:** [redacted]
**City:** LOS ANGELES  **State:** CA  **Zip:** 90065
**Allergies:** SULFONAMIDES
**Diag.:**

# Insurance info  OOMPS

- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ........ 20%
- Baclofen ............. 2%
- Cyclobenzaprine ... 2%
- Gabapentin .......... 6%
- Lidocaine ............ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ............. 2%
- Cyclobenzaprine ... 2%
- Gabapentin .......... 6%
- Lidocaine ............ 2%
- Diclofenac .......... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ........ 20%
- Cyclobenzaprine ... 2%
- Baclofen ............. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

## SCAR

**☐ Scar**
- Fluticasone ........ 1%
- Levocetirizine ..... 2%
- Pentoxifylline ..... 0.5%

**☐ For painful scars, add:**
- Prilocaine ......... 3%
- Gabapentin ....... 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ... 0.2%
- Vitamin D3 ......... 0.05%
- Vitamin C .......... 5%
- Estradiol ........... 0.1%

SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm ☐ ____
Refills: _____

## STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ........ 1%
- Levocetirizine ..... 2%
- Pentoxifylline ..... 0.5%
- Hyaluronidase ..... 0.2%
- Vitamin D3 ......... .05%
- Vitamin C .......... 5%
- Estradiol ........... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

## DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ........ 1%
- Fluconazole ....... 2%
- Pentoxifylline ..... 0.5%
- Lidocaine .......... 2%
- Hydroxyzine ....... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ........ 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 .... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine .......... 2%
- Hydroxyzine ....... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ...... 2%
- Niacinamide ....... 5%
- Clindamycin ....... 1%
- Urea ............... 20%
- Benzoyl Peroxide .. 2.5%
- Fluticasone ........ 1%
- Silver Nitrate ..... 0.03%
- Tea Tree Oil ...... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ......... 5%
- Baclofen ........... 2%
- Fluticasone ........ 1%
- Lidocaine .......... 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

## SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ........ 5%
- Baclofen ........... 2%
- Cyclobenzaprine ... 2%
- Lidocaine .......... 5%
- Flurbiprofen ....... 10%
- Apomorphine ...... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ........ 0.2%
- Finasteride ........ 0.2%
- Minoxidil .......... 5%
- Tretinoin .......... .01%

**☐ For women: (No Finasteride)**
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ ____
- Refills: _____

## METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ............. 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ..... 100 mg
- Methylcobalamin ... 20 mg
- EGCG .............. 50 mg
- Vitamin E .......... 100 mg
- Glutathione ....... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder ... 100 mg
- Pyridoxal-5-Phosphate .. 25 mg
- Beta Carotene ....... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

## INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .......... 3 mg
- Methylcobalamin ... 5 mg
- N-Acetylcysteine ... 125 mg
- Glutathione ....... 50 mg
- Diphenhydramine .. 20 mg
- 5-HTP ............. 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

## BONE HEALTH

**☐ KP-71: Bone Health**
- KP-71: Vitamin D3 ........ 20 mg
- Magnesium Oxide ....... 400 mg
- Zinc Gluconate ......... 69.6 mg
- Boron ................... 1 mg
- Copper Gluconate ...... 7.14 mg
- Betaine ................ 25 mg
- Coenzyme Q10 ......... 100 mg
- 5-MTHF ................ 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

## DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ... 20 mg
- Coenzyme Q10 ..... 75 mg
- 5-HTP ............. 100 mg
- Acidophilus ....... 100 mg
- Bupropion ......... 50 mg
- Psyllium Husk ..... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

☐ **Other** _____

**Prescriber Name:** Carlos Viesca
**NPI #:** 1609856194
**Lic. #:** _____  **DEA#:** BV8086591  **Phone #:** 915-533-7465  **Fax #:** _____
**Address:** 1755 Curie  El Paso, Texas 79902

GX1054.013

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

## Patient

DOB: [redacted]
Home Phone: [redacted]   Cell Phone:
Address: [redacted]
City: El Paso   State: TX   Zip: 79934
Allergies:
Diag.:

## Insurance info — oomps

Carrier:
Bin#:   PCN#:
Group #:
Member ID #:
Workers Comp: Yes / No
DOI:   Claim #:

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............. 20%
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ............... 6%
- Lidocaine ............... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ............... 6%
- Lidocaine ................. 2%
- Diclofenac ................ 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............. 20%
- Cyclobenzaprine ....... 2%
- Baclofen ................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ........ 0.5%

**☐ For painful scars, add:**
- Prilocaine ................ 3%
- Gabapentin .............. 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ....... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ................ 5%
- Estradiol ................. 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ........ 0.5%
- Hyaluronidase ........ 0.2%
- Vitamin D3 ............. .05%
- Vitamin C ................ 5%
- Estradiol ................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............. 1%
- Fluconazole ............. 2%
- Pentoxifylline ........ 0.5%
- Lidocaine ................. 2%
- Hydroxyzine ............. 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............. 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ......... 4%

☐ Contact Dermatitis with pain, add:
- Lidocaine ................. 2%
- Hydroxyzine ............. 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ............ 2%
- Niacinamide ............. 5%
- Clindamycin ............. 1%
- Urea ......................... 20%
- Benzoyl Peroxide ..... 2.5%
- Fluticasone ............. 1%
- Silver Nitrate ........ 0.03%
- Tea Tree Oil ............. 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ............... 5%
- Baclofen ................... 2%
- Fluticasone ............. 1%
- Lidocaine ................. 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............... 5%
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Lidocaine ................. 5%
- Flurbiprofen ............ 10%
- Apomorphine ........... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm   ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............. 0.2%
- Finasteride ............. 0.2%
- Minoxidil ................. 5%
- Tretinoin ................. .01%

☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml   ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ......... 100 mg
- Methylcobalamin ...... 20 mg
- EGCG ....................... 50 mg
- Vitamin E ................ 100 mg
- Glutathione ............ 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules   Refills: PRN

**SB-2:**
- Resveratrol Powder ... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ......... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ................ 3 mg
- Methylcobalamin ....... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ............. 50 mg
- Diphenhydramine ..... 20 mg
- 5-HTP ..................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
KP-71:
- Vitamin D3 ............... 20 mg
- Magnesium Oxide ..... 400 mg
- Zinc Gluconate ....... 69.6 mg
- Boron ........................ 1 mg
- Copper Gluconate .... 7.14 mg
- Betaine ................... 25 mg
- Coenzyme Q10 ......... 100 mg
- 5-MTHF .................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules   Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ...... 20 mg
- Coenzyme Q10 ........ 75 mg
- 5-HTP ..................... 100 mg
- Acidophilus ........... 100 mg
- Bupropion ................ 50 mg
- Psyllium Husk ........ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ Other: _____

Prescriber Name: Carlos Viesca   NPI #: 1609856194
Lic. #: _____   DEA#: BV8086591   Phone #: 915-533-7465   Fax#: _____
Address: 1755 Curie  El Paso, Texas 79902

GX1054.014

Signature (Note: Manual Signature Required for CS): _____   Date: _____

## Patient

- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Cell Phone:**
- **Address:** [redacted]
- **City:** El Paso
- **State:** TX
- **Zip:** 79907
- **Allergies:**
- **Diag.:**

## Insurance info

oomps

- **Carrier:**
- **Bin#:**
- **PCN#:**
- **Group #:**
- **Member ID #:**
- **Workers Comp:** Yes / No
- **DOI:**
- **Claim #:**

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ............. 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2%
- Diclofenac .............. 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ..... 2%
- Baclofen ................. 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### SCAR

**☐ Scar**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ....... 0.5%

**☐ For painful scars, add:**
- Prilocaine ............... 3%
- Gabapentin ........... 15%

**☐ For elasticity, add:**
- Hyaluronic Acid .... 0.2%
- Vitamin D3 .......... 0.05%
- Vitamin C ............... 5%
- Estradiol .............. 0.1%

- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ....... 0.5%
- Hyaluronidase ...... 0.2%
- Vitamin D3 ........... .05%
- Vitamin C ............... 5%
- Estradiol .............. 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............ 1%
- Fluconazole ............ 2%
- Pentoxifylline ....... 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............ 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ........ 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ........... 2%
- Niacinamide ............ 5%
- Clindamycin ............ 1%
- Urea ..................... 20%
- Benzoyl Peroxide ... 2.5%
- Fluticasone ............ 1%
- Silver Nitrate ........ 0.03%
- Tea Tree Oil ............ 3%
- **SIG:** Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- **Qty:** 120 gm
- **Refills:** _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .............. 5%
- Baclofen ................. 2%
- Fluticasone ............ 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............. 5%
- Baclofen ................. 2%
- Cyclobenzaprine ..... 2%
- Lidocaine ............... 5%
- Flurbiprofen .......... 10%
- Apomorphine ........ 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone .......... 0.2%
- Finasteride .......... 0.2%
- Minoxidil ................ 5%
- Tretinoin ............... .01%

**☐ For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml ☐ _____
- **Refills:** _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................ 500 mcg
- Alpha Lipoic Acid ...... 250 mcg
- Coenzyme Q10 ........ 100 mg
- Methylcobalamin ...... 20 mg
- EGCG ....................... 50 mg
- Vitamin E ............... 100 mg
- Glutathione ........... 100 mg
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules  **Refills:** PRN

**SB-2:**
- Resveratrol Powder ..... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene .......... 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ................ 3 mg
- Methylcobalamin ...... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ............ 50 mg
- Diphenydramine ..... 20 mg
- 5-HTP .................. 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** ☐ 30 capsules
- **Refills:** _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- **KP-71:**
- Vitamin D3 ............ 20 mg
- Magnesium Oxide .... 400 mg
- Zinc Gluconate ...... 69.6 mg
- Boron ..................... 1 mg
- Copper Gluconate ... 7.14 mg
- Betaine .................. 25 mg
- Coenzyme Q10 ...... 100 mg
- 5-MTHF ................... 5 mg
- **SIG:** Take 1 capsule by mouth once daily or as directed
- **Qty:** 30 capsules  **Refills:** _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ...... 20 mg
- Coenzyme Q10 ........ 75 mg
- 5-HTP ................... 100 mg
- Acidophilus ........... 100 mg
- Bupropion ............... 50 mg
- Psyllium Husk ........ 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** _____

---

☐ **Other** _____

---

- **Prescriber Name:** Carlos Viesca
- **NPI #:** 1609856194
- **Lic. #:** _____
- **DEA#:** BV8086591
- **Phone #:** 915-533-7465
- **Fax#:** _____
- **Address:** 1755 Curie El Paso, Texas 79902

GX1054.015

- **Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

**Patient:** Thomas Pritchard
**DOB:** [redacted]
**Insurance info:** oomps

**Home Phone:** [redacted]
**Cell Phone:**
**Address:** [redacted]
**City:** El Paso  **State:** Tx  **Zip:** 79906
**Allergies:**
**Diag.**

**Carrier:**
**Bin#:**  **PCN#:**
**Group #:**
**Member ID #:**
**Workers Comp:** Yes / No
**DOI:**  **Claim #:**

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ........ 20%
- Baclofen ............. 2%
- Cyclobenzaprine ... 2%
- Gabapentin ......... 6%
- Lidocaine ........... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen ............. 2%
- Cyclobenzaprine ... 2%
- Gabapentin ......... 6%
- Lidocaine ........... 2%
- Diclofenac .......... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen ........ 20%
- Cyclobenzaprine ... 2%
- Baclofen ............. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

## SCAR
☐ **Scar**
- Fluticasone ......... 1%
- Levocetirizine ...... 2%
- Pentoxifylline ...... 0.5%

☐ **For painful scars, add:**
- Prilocaine .......... 3%
- Gabapentin ........ 15%

☐ **For elasticity, add:**
- Hyaluronic Acid ... 0.2%
- Vitamin D3 ......... 0.05%
- Vitamin C .......... 5%
- Estradiol .......... 0.1%

SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm ☐ _____
Refills: _____

## STRETCH MARK
☐ **Stretch Marks / Elasticity**
- Fluticasone ......... 1%
- Levocetirizine ...... 2%
- Pentoxifylline ...... 0.5%
- Hyaluronidase ..... 0.2%
- Vitamin D3 ......... .05%
- Vitamin C .......... 5%
- Estradiol .......... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

## DERMATOLOGICAL/ACNE

☐ **DERM-2: Topical Anti Fungal Cream**
- Fluticasone ......... 1%
- Fluconazole ........ 2%
- Pentoxifylline ...... 0.5%
- Lidocaine ........... 2%
- Hydroxyzine ....... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ......... 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ..... 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine ........... 2%
- Hydroxyzine ....... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **TX ACNE #3B (Topical)**
- Erythromycin ...... 2%
- Niacinamide ....... 5%
- Clindamycin ....... 1%
- Urea ................. 20%
- Benzoyl Peroxide . 2.5%
- Fluticasone ......... 1%
- Silver Nitrate ..... 0.03%
- Tea Tree Oil ....... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

☐ **DERM-7: Plantar Fasciitis**
- Diclofenac .......... 5%
- Baclofen ............. 2%
- Fluticasone ......... 1%
- Lidocaine ........... 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

## SPECIALTY

☐ **MGL-1A: Migraine**
- Topiramate ......... 5%
- Baclofen ............. 2%
- Cyclobenzaprine ... 2%
- Lidocaine ........... 5%
- Flurbiprofen ....... 10%
- Apomorphine ...... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **SCALP CARE - 3 Hair Solution**
- Fluticasone ......... 0.2%
- Finasteride ......... 0.2%
- Minoxidil ........... 5%
- Tretinoin ........... .01%

☐ **For women: (No Finasteride)**
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ _____
- Refills: _____

## METABOLIC SUPPLEMENTS

☒ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................ 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ...... 100 mg
- Methylcobalamin .... 20 mg
- EGCG .................. 50 mg
- Vitamin E ............. 100 mg
- Glutathione .......... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder ....... 100 mg
- Pyridoxal-5-Phosphate .... 25 mg
- Beta Carotene ............. 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

## INSOMNIA

☐ **KP-1: Insomnia**
- Melatonin ............. 3 mg
- Methylcobalamin .... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ......... 50 mg
- Diphenydramine .... 20 mg
- 5-HTP ................ 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

## BONE HEALTH

☐ **KP-71: Bone Health**
KP-71:
- Vitamin D3 .......... 20 mg
- Magnesium Oxide .. 400 mg
- Zinc Gluconate ..... 69.6 mg
- Boron ............... 1 mg
- Copper Gluconate . 7.14 mg
- Betaine ............. 25 mg
- Coenzyme Q10 ..... 100 mg
- 5-MTHF ............. 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

## DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin ... 20 mg
- Coenzyme Q10 ..... 75 mg
- 5-HTP ............... 100 mg
- Acidophilus ........ 100 mg
- Bupropion ......... 50 mg
- Psyllium Husk ..... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

☐ **Other** _____

**Prescriber Name:** Carlos Viesca  **NPI #:** 1609856194
**Lic. #:** _____  **DEA#:** BV8086591  **Phone #:** 915-533-7465  **Fax#:** _____
**Address:** 1755 Curie El Paso, Texas 79902

GX1054.016

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

## Patient

- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Cell Phone:**
- **Address:** [redacted]
- **City:** El Paso   **State:** TX   **Zip:** 79925
- **Allergies:** Aspirin
- **Diag.**

## Insurance info   oomps

- **Carrier:**
- **Bin#**   **PCN#**
- **Group #**
- **Member ID #**
- **Workers Comp**   Yes   No
- **DOI**   **Claim #**

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ......... 20%
- Baclofen ............... 2%
- Cyclobenzaprine ... 2%
- Gabapentin ........... 6%
- Lidocaine ............. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ............... 2%
- Cyclobenzaprine ... 2%
- Gabapentin ........... 6%
- Lidocaine ............. 2%
- Diclofenac ............ 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ......... 20%
- Cyclobenzaprine ... 2%
- Baclofen ............... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%

**☐ For painful scars, add:**
- Prilocaine .............. 3%
- Gabapentin ............ 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ..... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ............... 5%
- Estradiol ................ 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%
- Hyaluronidase ....... 0.2%
- Vitamin D3 ............. .05%
- Vitamin C ............... 5%
- Estradiol ................ 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............ 1%
- Fluconazole ........... 2%
- Pentoxifylline ........ 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............ 1%
- Methylcobalamin ... 0.07%
- Coenzyme Q10 ....... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ........ 2%
- Niacinamide .......... 5%
- Clindamycin .......... 1%
- Urea ....................... 20%
- Benzoyl Peroxide ... 2.5%
- Fluticasone ............ 1%
- Silver Nitrate ......... 0.03%
- Tea Tree Oil ........... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ............. 5%
- Baclofen ................ 2%
- Fluticasone ............ 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ....... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............ 5%
- Baclofen ................ 2%
- Cyclobenzaprine ... 2%
- Lidocaine ............... 2%
- Flurbiprofen .......... 10%
- Apomorphine ........ 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............ 0.2%
- Finasteride ............ 0.2%
- Minoxidil ............... 5%
- Tretinoin ................ .01%

**☐ For women:** (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................... 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ....... 100 mg
- Methylcobalamin ... 20 mg
- EGCG ..................... 50 mg
- Vitamin E .............. 100 mg
- Glutathione .......... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules   Refills: PRN

**SB-2:**
- Resveratrol Powder ....... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ................ 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ............. 3 mg
- Methylcobalamin ... 5 mg
- N-Acetylcysteine ... 125 mg
- Glutathione ........... 50 mg
- Diphenhydramine .. 20 mg
- 5-HTP ..................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**

KP-71:
- Vitamin D3 ............. 20 mg
- Magnesium Oxide ... 400 mg
- Zinc Gluconate ....... 69.6 mg
- Boron ..................... 1 mg
- Copper Gluconate .. 7.14 mg
- Betaine .................. 25 mg
- Coenzyme Q10 ....... 100 mg
- 5-MTHF ................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules   Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ... 20 mg
- Coenzyme Q10 ....... 75 mg
- 5-HTP ..................... 100 mg
- Acidophilus ........... 100 mg
- Bupropion ............. 50 mg
- Psyllium Husk ....... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ **Other** _____

- **Prescriber Name:** Carlos Viesca
- **NPI #:** 1609856194
- **Lic. #:** _____   **DEA#:** BV8086591   **Phone #:** 915-533-7465   **Fax#:** _____
- **Address:** 1755 Curie  El Paso, Texas 79902

GX1054.017

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____