| | |
|---|---|
| **From:** | Pam Bailey <pamela.bailey@omniplushealthcare.com> |
| **Sent:** | Monday, April 20, 2015 1:51 PM |
| **To:** | Scott Breimeister; Leonard Carr |
| **Cc:** | 'Brian'; Brad Madrid |
| **Subject:** | Dr Ince Scripts |
| **Attachments:** | bEAUREGARD.pdf; Carter.pdf; Hardwick.pdf; Klein.pdf; Pace.pdf; Sneed.pdf |

Here are Dr Ince's scripts on a PDF form ready to be sent to his office.

Pam



Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager | pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy | (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 | www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

GX1055.001



GOVERNMENT
EXHIBIT
**1055**
4:18-CR-368

## Patient

- **Patient:** Brian Beauregard
- **DOB:** [redacted]
- **Home Phone:** [redacted]
- **Cell Phone:**
- **Address:** [redacted]
- **City:** Weatherford
- **State:** Tx
- **Zip:** 76087
- **Allergies:** Antihistamines, Aspartame
- **Diag.**

### Insurance info
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .......... 20%
- Baclofen ................. 2%
- Cyclobenzaprine ... 2%
- Gabapentin ............ 6%
- Lidocaine ............ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................. 2%
- Cyclobenzaprine ... 2%
- Gabapentin ............ 6%
- Lidocaine ............... 2%
- Diclofenac .............. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen .......... 20%
- Cyclobenzaprine ... 2%
- Baclofen ................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ...... 0.5%

**☐ For painful scars, add:**
- Prilocaine ............... 3%
- Gabapentin .......... 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ... 0.2%
- Vitamin D3 .......... 0.05%
- Vitamin C ............... 5%
- Estradiol ............... 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ...... 0.5%
- Hyaluronidase ..... 0.2%
- Vitamin D3 .......... .05%
- Vitamin C ............... 5%
- Estradiol ............... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............ 1%
- Fluconazole ........... 2%
- Pentoxifylline ...... 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............ 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ...... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ......... 2%
- Niacinamide ........... 5%
- Clindamycin ........... 1%
- Urea ...................... 20%
- Benzoyl Peroxide .. 2.5%
- Fluticasone ............ 1%
- Silver Nitrate ...... 0.03%
- Tea Tree Oil ........... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .............. 5%
- Baclofen ................. 2%
- Fluticasone ............ 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ..... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............ 5%
- Baclofen ................. 2%
- Cyclobenzaprine ... 2%
- Lidocaine ............... 5%
- Flurbiprofen .......... 10%
- Apomorphine ...... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone .......... 0.2%
- Finasteride .......... 0.2%
- Minoxidil ................ 5%
- Tretinoin .............. .01%

**☐ For women: (No Finasteride)**
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ ____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF .................. 500 mcg
- Alpha Lipoic Acid .. 250 mcg
- Coenzyme Q10 ...... 100 mg
- Methylcobalamin ... 20 mg
- EGCG ....................... 50 mg
- Vitamin E .............. 100 mg
- Glutathione .......... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder .. 100 mg
- Pyridoxal-5-Phosphate .. 25 mg
- Beta Carotene .......... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ............... 3 mg
- Methylcobalamin ... 5 mg
- N-Acetylcysteine .. 125 mg
- Glutathione ............ 50 mg
- Diphenhydramine .. 20 mg
- 5-HTP .................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- Vitamin D3 .............. 20 mg
- Magnesium Oxide .. 400 mg
- Zinc Gluconate ..... 69.6 mg
- Boron ......................... 1 mg
- Copper Gluconate .. 7.14 mg
- Betaine ..................... 25 mg
- Coenzyme Q10 ...... 100 mg
- 5-MTHF ...................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ... 20 mg
- Coenzyme Q10 ....... 75 mg
- 5-HTP ..................... 100 mg
- Acidophilus ........... 100 mg
- Bupropion ............... 50 mg
- Psyllium Husk ....... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ Other _____

- **Prescriber Name:** Christopher Ince
- **NPI #:** _____
- **Lic. #:** _____
- **DEA#:** _____
- **Phone #:** _____
- **Fax#:** _____
- **Address:** _____

GX1055.002

- **Signature** (Note: Manual Signature Required for CS): _____
- **Date:** _____

**Patient:** Chantelle Carter
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:**
**Address:** [redacted]
**City:** Arlington  **State:** TX  **Zip:** 76011
**Allergies:** NKDA

**Insurance info** oomps
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

**Diag.**

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .......... 20%
- Baclofen ................ 2%
- Cyclobenzaprine ... 2%
- Gabapentin ............ 6%
- Lidocaine ............... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................ 2%
- Cyclobenzaprine ... 2%
- Gabapentin ............ 6%
- Lidocaine ............... 2%
- Diclofenac ............. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen .......... 20%
- Cyclobenzaprine ... 2%
- Baclofen ................ 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

## SCAR

☐ **Scar**
- Fluticasone .......... 1%
- Levocetirizine ...... 2%
- Pentoxifylline ...... 0.5%

☐ **For painful scars, add:**
- Prilocaine ............ 3%
- Gabapentin .......... 15%

☐ **For elasticity, add:**
- Hyaluronic Acid .... 0.2%
- Vitamin D3 ........... 0.05%
- Vitamin C ............. 5%
- Estradiol .............. 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

## STRETCH MARK

☐ **Stretch Marks / Elasticity**
- Fluticasone .......... 1%
- Levocetirizine ...... 2%
- Pentoxifylline ...... 0.5%
- Hyaluronidase ..... 0.2%
- Vitamin D3 ........... .05%
- Vitamin C ............. 5%
- Estradiol .............. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

## DERMATOLOGICAL/ACNE

☐ **DERM-2: Topical Anti Fungal Cream**
- Fluticasone .......... 1%
- Fluconazole .......... 2%
- Pentoxifylline ...... 0.5%
- Lidocaine ............. 2%
- Hydroxyzine ........ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **DERM-5: Contact Dermatitis / Eczema**
- Fluticasone .......... 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 .... 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine ............. 2%
- Hydroxyzine ........ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **TX ACNE #3B (Topical)**
- Erythromycin ........ 2%
- Niacinamide ......... 5%
- Clindamycin ......... 1%
- Urea ..................... 20%
- Benzoyl Peroxide . 2.5%
- Fluticasone .......... 1%
- Silver Nitrate ........ 0.03%
- Tea Tree Oil ......... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

☐ **DERM-7: Plantar Fasciitis**
- Diclofenac ............ 5%
- Baclofen ............... 2%
- Fluticasone .......... 1%
- Lidocaine ............. 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

## SPECIALTY

☐ **MGL-1A: Migraine**
- Topiramate .......... 5%
- Baclofen ............... 2%
- Cyclobenzaprine ... 2%
- Lidocaine ............. 2%
- Flurbiprofen ......... 10%
- Apomorphine ....... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: _____

☐ **SCALP CARE - 3 Hair Solution**
- Fluticasone .......... 0.2%
- Finasteride .......... 0.2%
- Minoxidil .............. 5%
- Tretinoin .............. .01%

☐ **For women:** (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ _____
- Refills: _____

## METABOLIC SUPPLEMENTS

☒ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ............... 500 mcg
- Alpha Lipoic Acid . 250 mcg
- Coenzyme Q10 ... 100 mg
- Methylcobalamin . 20 mg
- EGCG ................. 50 mg
- Vitamin E ............ 100 mg
- Glutathione ......... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: **PRN**

**SB-2:**
- Resveratrol Powder ........ 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ................. 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: **PRN**

## INSOMNIA

☐ **KP-1: Insomnia**
- Melatonin ............. 3 mg
- Methylcobalamin .. 5 mg
- N-Acetylcysteine .. 125 mg
- Glutathione .......... 50 mg
- Diphenhydramine . 20 mg
- 5-HTP ................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

## BONE HEALTH

☐ **KP-71: Bone Health**
- Vitamin D3 ............ 20 mg
- Magnesium Oxide . 400 mg
- Zinc Gluconate ..... 69.6 mg
- Boron ................... 1 mg
- Copper Gluconate . 7.14 mg
- Betaine ................. 25 mg
- Coenzyme Q10 ..... 100 mg
- 5-MTHF ................. 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

## DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin . 20 mg
- Coenzyme Q10 ... 75 mg
- 5-HTP .................. 100 mg
- Acidophilus ......... 100 mg
- Bupropion ........... 50 mg
- Psyllium Husk ..... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

☐ **Other** _____

**Prescriber Name:** Christopher Ince  **NPI #:** _____
**Lic. #:** _____  **DEA#:** _____  **Phone #:** _____  **Fax#:** _____
**Address:** _____
GX1055.003
**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

## Patient Information

| Field | Value |
|---|---|
| Patient | Shannon Hardwick |
| DOB | [redacted] |
| Home | [redacted] |
| Cell Phone | |
| Address | [redacted] |
| City | Euless |
| State | TX |
| Zip | 76039 |
| Allergies | PCN |
| Diag. | |

## Insurance Info (oomps)

| Field | Value |
|---|---|
| Carrier | |
| Bin# | |
| PCN# | |
| Group # | |
| Member ID # | |
| Workers Comp | Yes / No |
| DOI | |
| Claim # | |

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2%
- Diclofenac ............... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ...... 2%
- Baclofen ................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............ 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%

**☐ For painful scars, add:**
- Prilocaine .............. 3%
- Gabapentin ............ 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ...... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ............... 5%
- Estradiol ................ 0.1%

- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............ 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%
- Hyaluronidase ........ 0.2%
- Vitamin D3 ............. .05%
- Vitamin C ............... 5%
- Estradiol ................ 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............ 1%
- Fluconazole ............ 2%
- Pentoxifylline ......... 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............ 1%
- Methylcobalamin .... 0.07%
- Coenzyme Q10 ....... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ......... 2%
- Niacinamide ........... 5%
- Clindamycin ........... 1%
- Urea ...................... 20%
- Benzoyl Peroxide .... 2.5%
- Fluticasone ............ 1%
- Silver Nitrate .......... 0.03%
- Tea Tree Oil ........... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ............. 5%
- Baclofen ................ 2%
- Fluticasone ............ 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............ 5%
- Baclofen ................ 2%
- Cyclobenzaprine ..... 2%
- Lidocaine ............... 2%
- Flurbiprofen ........... 10%
- Apomorphine .......... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............ 0.2%
- Finasteride ............. 0.2%
- Minoxidil ................ 5%
- Tretinoin ................ .01%

**☐ For women: (No Finasteride)**
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF .................... 500 mcg
- Alpha Lipoic Acid ....... 250 mcg
- Coenzyme Q10 .......... 100 mg
- Methylcobalamin ....... 20 mg
- EGCG ....................... 50 mg
- Vitamin E .................. 100 mg
- Glutathione ............... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: **PRN**

**SB-2:**
- Resveratrol Powder ..... 100 mg
- Pyridoxal-5-Phosphate .. 25 mg
- Beta Carotene ............ 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: **PRN**

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ................ 3 mg
- Methylcobalamin ...... 5 mg
- N-Acetylcysteine ...... 125 mg
- Glutathione .............. 50 mg
- Diphenhydramine ..... 20 mg
- 5-HTP ...................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- KP-71:
  - Vitamin D3 .............. 20 mg
  - Magnesium Oxide .... 400 mg
  - Zinc Gluconate ........ 69.6 mg
  - Boron ..................... 1 mg
  - Copper Gluconate .... 7.14 mg
  - Betaine ................... 25 mg
  - Coenzyme Q10 ........ 100 mg
  - 5-MTHF ................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ...... 20 mg
- Coenzyme Q10 ......... 75 mg
- 5-HTP ..................... 100 mg
- Acidophilus ............. 100 mg
- Bupropion ............... 50 mg
- Psyllium Husk .......... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ Other _____

**Prescriber Name:** _____  **NPI #:** _____

**Lic. #:** _____  **DEA#:** _____  **Phone #:** _____  **Fax#:** _____

**Address:** _____

GX1055.004

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

## Patient

**Patient:** Geoffrey Klein
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:** [redacted]
**Address:** [redacted]
**City:** Weatherford  **State:** TX  **Zip:** 76088
**Allergies:** Tetanus Antitoxin
**Diag.:**

## Insurance info

oomps

**Carrier:**
**Bin#:**  **PCN#:**
**Group #:**
**Member ID #:**
**Workers Comp:** Yes / No
**DOI:**  **Claim #:**

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............. 20%
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ................ 6%
- Lidocaine ................ 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ................ 6%
- Lidocaine ................... 2%
- Diclofenac ................. 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............. 20%
- Cyclobenzaprine ....... 2%
- Baclofen ................... 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

### SCAR

**☐ Scar**
- Fluticasone ................ 1%
- Levocetirizine ............ 2%
- Pentoxifylline ........... 0.5%

**☐ For painful scars, add:**
- Prilocaine ................... 3%
- Gabapentin ............... 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ....... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C .................... 5%
- Estradiol .................. 0.1%

- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ................ 1%
- Levocetirizine ............ 2%
- Pentoxifylline ........... 0.5%
- Hyaluronidase .......... 0.2%
- Vitamin D3 .............. .05%
- Vitamin C .................... 5%
- Estradiol .................. 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ................ 1%
- Fluconazole ................ 2%
- Pentoxifylline ........... 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ............... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ................ 1%
- Methylcobalamin ... 0.07%
- Coenzyme Q10 .......... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine ................... 2%
- Hydroxyzine ............... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ............. 2%
- Niacinamide ............... 5%
- Clindamycin ............... 1%
- Urea ......................... 20%
- Benzoyl Peroxide .... 2.5%
- Fluticasone ................ 1%
- Silver Nitrate .......... 0.03%
- Tea Tree Oil ............... 3%
- **SIG:** Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- **Qty:** 120 gm
- **Refills:** ____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .................. 5%
- Baclofen ................... 2%
- Fluticasone ................ 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ......... 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ................ 5%
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Lidocaine ................... 2%
- Flurbiprofen ............. 10%
- Apomorphine ........... 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ ____
- **Refills:** ____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone .............. 0.2%
- Finasteride .............. 0.2%
- Minoxidil .................... 5%
- Tretinoin .................. .01%

**☐ For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml  ☐ ____
- **Refills:** ____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ..... 250 mcg
- Coenzyme Q10 ........ 100 mg
- Methylcobalamin ...... 20 mg
- EGCG ......................... 50 mg
- Vitamin E ................ 100 mg
- Glutathione .............. 100 mg
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules  **Refills:** PRN

**SB-2:**
- Resveratrol Powder ....... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ............. 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .................... 3 mg
- Methylcobalamin .......... 5 mg
- N-Acetylcysteine ...... 125 mg
- Glutathione ................ 50 mg
- Diphenhydramine ...... 20 mg
- 5-HTP ....................... 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** ☐ 30 capsules
- **Refills:** ____

### BONE HEALTH

**☐ KP-71: Bone Health**
- **KP-71:**
- Vitamin D3 ................ 20 mg
- Magnesium Oxide ..... 400 mg
- Zinc Gluconate ........ 69.6 mg
- Boron ........................... 1 mg
- Copper Gluconate .... 7.14 mg
- Betaine ...................... 25 mg
- Coenzyme Q10 ......... 100 mg
- 5-MTHF ......................... 5 mg
- **SIG:** Take 1 capsule by mouth once daily or as directed
- **Qty:** 30 capsules  **Refills:** ____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ........ 20 mg
- Coenzyme Q10 ........... 75 mg
- 5-HTP ....................... 100 mg
- Acidophilus ............... 100 mg
- Bupropion ................. 50 mg
- Psyllium Husk ........... 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** ____

---

☐ **Other** _____

**Prescriber Name:** Christopher Ince
**NPI #:** 1780709493
**Lic. #:** ____  **DEA#:** BI9805372  **Phone #:** 817-328-1010  **Fax#:** ____
**Address:** 1001 12TH AVE STE 170 FORT WORTH, TEXAS 76104

GX1055.005

**Signature** (Note: Manual Signature Required for CS): ____  **Date:** ____

**Patient:** Lauren Pace
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:** [redacted]
**Address:** [redacted]
**City:** Burleson  **State:** TX  **Zip:** 76028
**Allergies:** PCN, Erythromycins
**Diag.**

**Insurance info**
Carrier:
Bin#:    PCN#:
Group #:
Member ID #:
Workers Comp   Yes   No
DOI    Claim #

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen .................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ................ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen .................. 2%
- Cyclobenzaprine ..... 2%
- Gabapentin ............. 6%
- Lidocaine ................ 2%
- Diclofenac ............... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ..... 2%
- Baclofen .................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

## SCAR

☐ **Scar**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%

☐ **For painful scars, add:**
- Prilocaine ............... 3%
- Gabapentin ............ 15%

☐ **For elasticity, add:**
- Hyaluronic Acid ..... 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C ............... 5%
- Estradiol ................. 0.1%

SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm ☐ ____
Refills: _____

## STRETCH MARK

☐ **Stretch Marks / Elasticity**
- Fluticasone ............ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%
- Hyaluronidase ....... 0.2%
- Vitamin D3 ............. .05%
- Vitamin C ............... 5%
- Estradiol ................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

## DERMATOLOGICAL/ACNE

☐ **DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............ 1%
- Fluconazole ........... 2%
- Pentoxifylline ........ 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

☐ **DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............ 1%
- Methylcobalamin ... 0.07%
- Coenzyme Q10 ...... 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

☐ **TX ACNE #3B (Topical)**
- Erythromycin ......... 2%
- Niacinamide ........... 5%
- Clindamycin ........... 1%
- Urea ........................ 20%
- Benzoyl Peroxide ... 2.5%
- Fluticasone ............ 1%
- Silver Nitrate ......... 0.03%
- Tea Tree Oil ........... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

☐ **DERM-7: Plantar Fasciitis**
- Diclofenac ............... 5%
- Baclofen .................. 2%
- Fluticasone ............ 1%
- Lidocaine ................ 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

## SPECIALTY

☐ **MGL-1A: Migraine**
- Topiramate ............. 5%
- Baclofen .................. 2%
- Cyclobenzaprine ..... 2%
- Lidocaine ................ 2%
- Flurbiprofen ............ 10%
- Apomorphine .......... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: _____

☐ **SCALP CARE - 3 Hair Solution**
- Fluticasone ............ 0.2%
- Finasteride ............. 0.2%
- Minoxidil ................ 5%
- Tretinoin ................. .01%

☐ **For women:** (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ ____
- Refills: _____

## METABOLIC SUPPLEMENTS

☒ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF .................. 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ....... 100 mg
- Methylcobalamin ... 20 mg
- EGCG ...................... 50 mg
- Vitamin E ............... 100 mg
- Glutathione ............ 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: __PRN__

**SB-2:**
- Resveratrol Powder ........ 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene .................. 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: __PRN__

## INSOMNIA

☐ **KP-1: Insomnia**
- Melatonin ............... 3 mg
- Methylcobalamin ... 5 mg
- N-Acetylcysteine ... 125 mg
- Glutathione ............ 50 mg
- Diphenydramine .... 20 mg
- 5-HTP ...................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

## BONE HEALTH

☐ **KP-71: Bone Health**
- KP-71:
- Vitamin D3 ............. 20 mg
- Magnesium Oxide .. 400 mg
- Zinc Gluconate ....... 69.6 mg
- Boron ...................... 1 mg
- Copper Gluconate .. 7.14 mg
- Betaine ................... 25 mg
- Coenzyme Q10 ....... 100 mg
- 5-MTHF ................... 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

## DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin ... 20 mg
- Coenzyme Q10 ....... 75 mg
- 5-HTP ...................... 100 mg
- Acidophilus ............ 100 mg
- Bupropion ............... 50 mg
- Psyllium Husk ........ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

☐ Other _____

**Prescriber Name:** Christopher Ince   **NPI #:** _____
Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____
Address: _____
GX1055.006
Signature (Note: Manual Signature Required for CS): _____   Date: _____

## Patient

**Patient:** Scott Sneed
**DOB:** [redacted]
**Home Phone:** [redacted]
**Cell Phone:** [redacted]
**Address:** [redacted]
**City:** Dallas   **State:** TX   **Zip:** 75209
**Allergies:** NKDA
**Diag.:**

## Insurance info   oomps

Carrier:
Bin#:         PCN#:
Group #:
Member ID #:
Workers Comp:   Yes   No
DOI:         Claim #:

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen ................ 2%
- Cyclobenzaprine ......... 2%
- Gabapentin .............. 6%
- Lidocaine ............... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................ 2%
- Cyclobenzaprine ......... 2%
- Gabapentin .............. 6%
- Lidocaine ............... 2%
- Diclofenac .............. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ......... 2%
- Baclofen ................ 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SCAR

**☐ Scar**
- Fluticasone ............ 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%

**☐ For painful scars, add:**
- Prilocaine ............. 3%
- Gabapentin ............. 15%

**☐ For elasticity, add:**
- Hyaluronic Acid ........ 0.2%
- Vitamin D3 ............. 0.05%
- Vitamin C .............. 5%
- Estradiol .............. 0.1%

SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm  ☐ _____
Refills: _____

### STRETCH MARK

**☐ Stretch Marks / Elasticity**
- Fluticasone ............ 1%
- Levocetirizine ......... 2%
- Pentoxifylline ......... 0.5%
- Hyaluronidase .......... 0.2%
- Vitamin D3 ............. .05%
- Vitamin C .............. 5%
- Estradiol .............. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

---

### DERMATOLOGICAL/ACNE

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............ 1%
- Fluconazole ............ 2%
- Pentoxifylline ......... 0.5%
- Lidocaine .............. 2%
- Hydroxyzine ............ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ............ 1%
- Methylcobalamin ........ 0.07%
- Coenzyme Q10 ........... 4%

**☐ Contact Dermatitis with pain, add:**
- Lidocaine .............. 2%
- Hydroxyzine ............ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ TX ACNE #3B (Topical)**
- Erythromycin ........... 2%
- Niacinamide ............ 5%
- Clindamycin ............ 1%
- Urea ................... 20%
- Benzoyl Peroxide ....... 2.5%
- Fluticasone ............ 1%
- Silver Nitrate ......... 0.03%
- Tea Tree Oil ........... 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac ............. 5%
- Baclofen ............... 2%
- Fluticasone ............ 1%
- Lidocaine .............. 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............. 5%
- Baclofen ............... 2%
- Cyclobenzaprine ........ 2%
- Lidocaine .............. 2%
- Flurbiprofen ........... 10%
- Apomorphine ............ 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone ............ 0.2%
- Finasteride ............ 0.2%
- Minoxidil .............. 5%
- Tretinoin .............. .01%

**☐ For women: (No Finasteride)**
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: _____

---

### METABOLIC SUPPLEMENTS

**☒ Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ...... 250 mcg
- Coenzyme Q10 ........... 100 mg
- Methylcobalamin ........ 20 mg
- EGCG ................... 50 mg
- Vitamin E .............. 100 mg
- Glutathione ............ 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: PRN

**SB-2:**
- Resveratrol Powder ..... 100 mg
- Pyridoxal-5-Phosphate .. 25 mg
- Beta Carotene .......... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: PRN

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .............. 3 mg
- Methylcobalamin ........ 5 mg
- N-Acetylcysteine ....... 125 mg
- Glutathione ............ 50 mg
- Diphenhydramine ........ 20 mg
- 5-HTP .................. 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: _____

### BONE HEALTH

**☐ KP-71: Bone Health**
- KP-71: Vitamin D3 ...... 20 mg
- Magnesium Oxide ........ 400 mg
- Zinc Gluconate ......... 69.6 mg
- Boron .................. 1 mg
- Copper Gluconate ....... 7.14 mg
- Betaine ................ 25 mg
- Coenzyme Q10 ........... 100 mg
- 5-MTHF ................. 5 mg
- SIG: Take 1 capsule by mouth once daily or as directed
- Qty: 30 capsules  Refills: _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ........ 20 mg
- Coenzyme Q10 ........... 75 mg
- 5-HTP .................. 100 mg
- Acidophilus ............ 100 mg
- Bupropion .............. 50 mg
- Psyllium Husk .......... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: _____

---

☐ Other _____

**Prescriber Name:** Christopher Ince
**NPI #:** 1780709493
**Lic. #:** _____   **DEA#:** BI9805372   **Phone #:** 817-328-1010   **Fax#:** _____
**Address:** 1001 12th Ave Ste 170  Fort Worth, Texas 76104

GX1055.007

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____