| | |
|---|---|
| **From**: | Chad Southard [southardconsulting@gmail.com] |
| **Sent**: | 4/22/2015 2:57:53 PM |
| **To**: | Scott Breimeister [sbreimeister@sbcglobal.net] |
| **CC**: | Leonard Carr [leonard.carr@omnipluspharmacy.com] |
| **Subject**: | Re: Aetna issues- my personal |

Sounds good brother.  You are hard to read sometimes via e-mail.   Thanks

On Wed, Apr 22, 2015 at 9:54 AM, Scott Breimeister <sbreimeister@sbcglobal.net> wrote:

> Chad:
>
> I recall the discussion and certainly never intended for my email to suggest that you're attempting to cheat anyone. I too want to be fair and minimize the pain all around.
>
> I'm just busting your stones on negotiating with Aetna. We try it all the time and have the same luck you've had.
>
> Will get back to you shortly. No worries.
>
> Scott
>
>
> **From:** Chad Southard [mailto:southardconsulting@gmail.com]
> **Sent:** Wednesday, April 22, 2015 9:39 AM
> **To:** Scott Breimeister
> **Cc:** Leonard Carr
> **Subject:** Re: Aetna issues- my personal
>
>
> Tatum Southard RX # 0109207 $7004.33, Alternative Medicine and Pharmacy, 7/15/14
>
> Addison Southard RX #0109208, $5731.57, Alternative Medicine and Pharmacy, 7/15/14
>
> Natasha Southard, RX #0111932, $7004.33, Alternative Medicine and Pharmacy 7/23/14
>
>
> Scott, you and I discussed this over 3 months ago.  I told you that we switched from Aetna to BCBS on 7/9 and the pharmacy needed to refund Aetna and take away my commission, and bill BCBS.  But we both know BCBS wont pay for this so you told me to see if I could get Aetna to reconcile.  That has not worked out.
>
> I am not trying to cheat anyone.  Happy to take my commission away on this etc or whatever is fair.

GOVERNMENT EXHIBIT
1056
4:18-CR-368

GX1056.001

DOJ-SMUBSSB-0000046473
DOJ-SMUBSSB-0000046473-1

On Wed, Apr 22, 2015 at 9:28 AM, Scott Breimeister <sbreimeister@sbcglobal.net> wrote:

Chad:

Sounds like you need to work on your negotiating skills.

Let me see what these scripts adjudicated for and what we paid you in commission. Do you have the rx number or something that will make it easy for me to track down the specific scripts.

Conceptually, I have no problem contributing whatever we made net of cost of drug/packaging/shipping which for purposes of this discussion, let's call it $ 100/script. Is that OK?

Scott

**From:** Chad Southard [mailto:southardconsulting@gmail.com]
**Sent:** Monday, April 20, 2015 4:25 PM
**To:** Scott Breimeister
**Subject:** Aetna issues- my personal

I think I am going to have to pay these assholes.

What was the deal you and I discussed. Was that we would share 50/50?  I sent it up to appeals etc and they denied it again for the third time.  Let me know.

as always, thanks

--
Chad R. Southard

FACHE, FHFMA, CALM, CASC, CMPE, LNFA

Manager

Southard Consulting, LLC

15807 CR 1870

Lubbock, TX 79424

(806) 789-7424

--
Chad R. Southard
FACHE, FHFMA, CALM, CASC, CMPE, LNFA
Manager
Southard Consulting, LLC
15807 CR 1870
Lubbock, TX 79424
(806) 789-7424

--
Chad R. Southard
FACHE, FHFMA, CALM, CASC, CMPE, LNFA
Manager
Southard Consulting, LLC
15807 CR 1870
Lubbock, TX 79424
(806) 789-7424