| | |
|---|---|
| **From**: | Brian Swiencinski [brianski9966@gmail.com] |
| **Sent**: | 4/22/2015 10:40:47 AM |
| **To**: | Terry B [terrybrickman@hotmail.com] |
| **Subject**: | Fwd: VIP PATIENTS |
| **Attachments**: | VIP.xlsx; Untitled attachment 00015.htm |

Terry

Not the news I was looking for..   See chart below.

Begin forwarded message:

GOVERNMENT
EXHIBIT
**1057**
4:18-CR-368

GX1057.001

DOJ-SMUBSSB-0000131484
DOJ-SMUBSSB-0000131484-1

| PATIENT | INSURANCE | ACTIVE KIT III | PATCH | LIDOCIN 240GM | REXAPHENAC KIT 120G | SB-1 | SB-2 | NOTES |
|---|---|---|---|---|---|---|---|---|
| VORISEK, MATTHEW | EXPRESS SCRIPTS | NOT COVERED | | $1,533.69 | NOT COVERED | NOT COVERED | INS CALLING BACK | INS CALLING BACK | DEDUCTIBLE $769.61 COPAY |
| VORISEK, PAUL | EXPRESS SCRIPTS | NOT COVERED | | $1,533.69 | NOT COVERED | NOT COVERED | INS CALLING BACK | INS CALLING BACK | |
| VORISEK, AMY | EXPRESS SCRIPTS | NOT COVERED | | $1,533.69 | NOT COVERED | NOT COVERED | INS CALLING BACK | INS CALLING BACK | |
| VORISEK, SHARON | EXPRESS SCRIPTS | NOT COVERED | | $1,533.69 | NOT COVERED | NOT COVERED | INS CALLING BACK | INS CALLING BACK | |
| DUNKLE, RYAN | NEED NEW INS | | | | | | | | |
| DUNKLE, SUSAN | NEED NEW INS | | | | | | | | |
| DUNKLE, TODD | NEED NEW INS | | | | | | | | |
| TACKETT, JARED | EXPRESS SCRIPTS | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | | |
| TACKET, AUSTIN | EXPRESS SCRIPTS | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | | |
| COTTER, CALLIE | EXPRESS SCRIPTS | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | | |
| COTTER, CASEY | EXPRESS SCRIPTS | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | | |
| COTTER, PATRICK | EXPRESS SCRIPTS | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | NOT COVERED | | |
| WALLE, BECKY | BCBS | NOT COVERED | | $2,203.60 | $1,963.20 | $1,359.79 | NOT COVERED | NOT COVERED | $100 COPAY |
| WALLE, SCOTT | BCBS | NOT COVERED | | $2,203.60 | $1,963.20 | $1,359.79 | NOT COVERED | NOT COVERED | |
| HERBST, ADAM | BCBS | | 2414.99 | $2,303.60 | $2,063.20 | $1,459.79 | | | |
| HERBST, DARCY | BCBS | | 2414.99 | $2,303.60 | $2,063.20 | $1,459.79 | | | |
| HERBST, DAVID | BCBS | | 2414.99 | $2,303.60 | $2,063.20 | $1,459.79 | | | |
| HERBST, PETER | BCBS | | 2414.99 | $2,303.60 | $2,063.20 | $1,459.79 | | | |
| HERBST, SCOTT | BCBS | | 2414.99 | $2,303.60 | $2,063.20 | $1,459.79 | | | |
| WALTON, ANDREA | MEDCO | NOT COVERED | | $1,545.79 | NOT COVERED | NOT COVERED | | | DEDUCTIBLE $757.71 COPAY |
| WALTON, JORDAN | MEDCO | NOT COVERED | | $1,545.79 | NOT COVERED | NOT COVERED | | | |
| WALTON, ROBERT | MEDCO | NOT COVERED | | $1,545.79 | NOT COVERED | NOT COVERED | | | |
| PINAR, HUSNU | EXPRESS SCRIPTS | NOT COVERED | | $2,303.30 | NOT COVERED | NOT COVERED | | | |
| PINAR, YARDLIE | EXPRESS SCRIPTS | NOT COVERED | | $2,303.30 | NOT COVERED | NOT COVERED | | | |
| MCLAUGHLIN, MICHAEL | ADVANCE/CRK | NOT COVERED | NOT COVERED | PLAN EXCEEDED | | $1,442.61 | NOT COVERED | NOT COVERED | $3.65 COPAY |
| KUMAZEC, KEVIN | MEDCO | NOT COVERED | NOT COVERED | | | | | | |