| | |
|---|---|
| **From:** | Pam Bailey |
| **To:** | Scott Breimeister; Leonard Carr; Brian |
| **Cc:** | Brad Madrid |
| **Subject:** | Mrs Swiencinski |
| **Date:** | Thursday, April 23, 2015 11:56:02 AM |
| **Attachments:** | image001.png |
| | image003.png |
| **Importance:** | High |



She has a $250 deductible so looking at her claim which is processed through Medco he profit is only $230 and change.
Dul 30mg
No gabapentin

GOVERNMENT
EXHIBIT
**1058**
4:18-CR-368



With gabapentin
Profit is $370.26

I will look at other things to add

Also I will process Mrs. Martin's to see what hers is.



Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager | pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy | (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 | www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.