| | |
|---|---|
| From: | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| To: | Brian <brianski9966@gmail.com>;Leonard Carr <leonard.carr@omnipluspharmacy.com>;Peter Herbst <peter.herbst@omnipluspharmacy.com>;Hamid Mobli <hamid.mobli@omnipluspharmacy.com>;Erik A. Underwood" <erik.underwood@pharmsmgmt.com> |
| CC: | Brad Madrid <brad.madrid@pharmsmgmt.com>;Michael Dieter <Michael.dieter@pharmsmgmt.com>;Pam Bailey <pamela.bailey@omniplushealthcare.com> |
| Sent: | 5/1/2015 8:06:30 PM |
| Subject: | 2015 YTD Revenue Metrics |

Ladies and Gentlemen:

Attached is a very basic analysis of our revenue/dispensing metrics for the first four months of 2015.

A couple of things pop out to me.

1. 22.92% decrease in scripts dispensed in April compared to March – This is a direct result of the steady decline in new script intake. To offset this trend, we began a patient re-harvesting program in late April for nutritional supplements and pain cream. Initial results have been positive.
2. Gross revenue and average adjudication rate fell 8.15% and 5.51% respectively in March compared with February. These decreases reflect continued drops in reimbursement by private payers. The decrease in average reimbursement was partially offset by moving to patches which have a higher average adjudication rate than creams but have much lower profit margins.
3. In April, scripts filled fell a whopping 22.92%. However, revenue only fell by .19% even though we had two fewer billing days in April. The decrease in scripts dispensed was offset by a huge 29.48% increase in the average adjudication rate per script. It appears this was caused by a further increase in the number of patches dispensed, change to Lidocin and Rexaphenac kits, implementation of the reharvesting program, and finally the introduction of the Adjudication Maximization Program.

I plan to ask Michael Dieter to investigate further and provide some trend analysis that we can share with the field reps next week.

We continue to make progress on our Reme-D pain cream formula and should have a final formulary nailed down along with reimbursement rates and gross margin on Monday or Tuesday at the latest. Then we're ready to go on a limited basis to a few select docs like Ince, Redko, Rendawah and Salvato. Simultaneous with the limited introduction, we'll create a new portal for W-2 reps and get everyone signed up. Then it should be game on.

Have a good weekend.
Scott




Scott Breimeister | President | <u>scott.breimeister@omnipluspharmacy.com</u> | (713) 874-0300 pharmacy | (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

*"Please consider the environment before printing this e-mail"*

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (713) 874-0300 and delete this message. Unauthorized interception of this e-mail is a violation of

GX1062.002

DOJ-SMUBSSB-0000192364
DOJ-SMUBSSB-0000192364-2

Pharms Group - Combined Revenue Metrics
January - April 2015

| | Scripts Filled | Mo/Mo % Change | Gross Revenue | Mo/Mo % Change | Ave. Adj. per Script | Mo/Mo % Change |
|---|---|---|---|---|---|---|
| January | 6241 | | $ 4,981,000 | | $ 798.11 | |
| February | 6805 | 9.04% | $ 5,594,000 | 12.31% | $ 822.04 | 3.00% |
| March | 6615 | -2.79% | $ 5,138,000 | -8.15% | $ 776.72 | -5.51% |
| April | 5099 | -22.92% | $ 5,128,000 | -0.19% | $ 1,005.69 | 29.48% |