**From**: terrybrickman@hotmail.com [terrybrickman@hotmail.com]
**Sent**: 5/22/2015 9:48:42 PM
**To**: Brian Ski [brianski9966@gmail.com]
**Subject**: Re: Reimbursement for Medicare

Talk live.

I hate Medicare

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Brian <brianski9966@gmail.com>
Date: Fri, 22 May 2015 16:21:04
To: <terrybrickman@hotmail.com><terrybrickman@hotmail.com>
Subject: Reimbursement for Medicare

Terry

Medicare is paying better than anything right now.  Will be a volume play

GX1065.001

GOVERNMENT
EXHIBIT
**1065**
4:18-CR-368

DOJ-SMUBSSB-0000062534
DOJ-SMUBSSB-0000062534-1