Message

| | |
|---|---|
| **From:** | Brian [brianski9966@gmail.com] |
| **Sent:** | 6/1/2015 10:56:44 PM |
| **To:** | <terrybrickman@hotmail.com> [terrybrickman@hotmail.com] |
| **Subject:** | 2 docs 10 days Medicare ... |
| **Attachments:** | IMG_0041.PNG; Untitled attachment 00021.txt |

GOVERNMENT
EXHIBIT
**1067**
**4:18-CR-368**

DOJ-SMUBSSB-0000247898
DOJ-SMUBSSB-0000247898-1




| Rx Date | Date Recieved | Initials | Transdermal | Refills | Insurance | Date Processed | Insurance Paid |
|---|---|---|---|---|---|---|---|
| 5/18/15 | 5/22/15 | CB | REME-D | 5 | 017010 CIGNA CHSCARE | 5/22/15 | 379.94 |
| 5/26/15 | 5/26/15 | DD | REME-D | 99 | 610014 MEDPRIME | 5/27/15 | 406.15 |
| 5/7/15 | 5/19/15 | BL | REME-D | 11 | 610502 AETNA MEDDAET | 5/19/15 | 540.22 |
| 5/20/15 | 5/27/15 | FS | REME-D | 5 | WELLCARE MD 603286 | 5/27/15 | 563.16 |
| 5/18/15 | 5/19/15 | MC | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/19/15 | 715.53 |
| 5/20/15 | 5/20/15 | AC | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/20/15 | 716.73 |
| 5/20/15 | 5/20/15 | JC | REME-D | 5 | 003858 EXPRESS MD | 5/21/15 | 787.83 |
| 5/18/15 | 5/18/15 | GT | REME-D | 99 | 400023 PCN 0020050403 | 5/20/15 | 866.51 |
| 4/22/15 | 5/27/15 | AMV | REME-D | 5 | 017010 CIGNA CHSCARE | 5/27/15 | 379.94 |
| 5/19/15 | 5/19/15 | JP | REME-D | 5 | MEDCO 610014 MEDPRIME | 5/27/15 | 389.06 |
| 5/20/15 | 5/20/15 | GS | REME-D | 5 | 004336 ADVANCE/CRK MEDPRIME | 5/21/15 | 429.96 |
| 5/19/15 | 4/28/15 | PL | REME-D | 11 | 610502 AETNA MEDDAET | 5/28/15 | 489.94 |
| 5/17/15 | 5/19/15 | EI | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/29/15 | 575.46 |
| 5/18/15 | 5/28/15 | TK | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/28/15 | 575.46 |
| 5/22/15 | 5/22/15 | CL | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/28/15 | 714.08 |
| 5/29/15 | 5/26/15 | FE | REME-D | 99 | 400023 PCN 0020050403 | 5/29/15 | 844.3 |
| 5/19/15 | 5/19/15 | HL | REME-D | 5 | 400023 PCN 0020050403 | 5/29/15 | 859.16 |
| 5/29/15 | 5/29/15 | MP | REME-D | 0 | 003858 EXPRESS MD | 5/30/15 | 876.12 |
| 5/19/15 | 5/19/15 | DG | REME-D | 11 | MEDCO 610014 MEDPRIME | 5/21/15 | 386.48 |
| 5/13/15 | 5/16/15 | KT | REME-D | 11 | 610502 AETNA MEDDAET | 5/18/15 | 478.06 |
| 5/13/15 | 5/16/15 | RC | REME-D | 11 | WELLCARE MD 603286 | 5/18/15 | 655.51 |
| 5/19/15 | 5/20/15 | MA | REME-D | 11 | WELLCARE MD 603286 | 5/21/15 | 655.51 |
| 5/20/15 | 5/20/15 | DH | REME-D | 11 | WELLCARE MD 603286 | 5/21/15 | 655.51 |
| 5/20/15 | 5/21/15 | MS | REME-D | 11 | WELLCARE MD 603286 | 5/22/15 | 656.96 |
| 5/26/15 | 5/26/15 | CR | REME-D | 11 | 610014 MEDCO COPAY | 5/29/15 | 684.86 |
| 5/26/15 | 6/27/46 | MS | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/27/15 | 695.73 |
| 5/13/15 | 5/16/15 | DM | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/18/15 | 714.08 |
| 5/19/15 | 5/20/15 | RE | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/20/15 | 714.08 |
| 5/19/15 | 5/20/15 | DV | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/20/15 | 714.08 |
| 5/13/15 | 5/16/15 | KH | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/18/15 | 715.53 |
| 5/19/15 | 5/19/15 | PH | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/21/15 | 715.53 |
| 5/13/15 | 5/15/14 | CM | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/18/15 | 716.73 |
| 5/26/15 | 5/26/15 | VP | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/27/15 | 716.73 |
| 5/13/15 | 5/14/15 | GF | REME-C | 11 | BCBS FDPTX | 5/18/15 | 1439.14 |
| 5/28/15 | 5/28/15 | MM | REME-D | 5 | 610097 OPTUM 9999 | 5/30/15 | 323.88 |
| 5/29/15 | 5/29/15 | SR | REME-D | 5 | 610097 OPTUM 9999 | 5/30/15 | 323.88 |
| 5/27/15 | 5/29/15 | RW | REME-D | 5 | 610097 OPTUM 9999 | 5/30/15 | 325.33 |
| 5/28/15 | 5/28/15 | BL | REME-D | 5 | 610097 OPTUM 9999 | 5/30/15 | 325.33 |
| 5/28/15 | 5/28/15 | JP | REME-D | 5 | 610097 OPTUM 9999 | 5/30/15 | 326.53 |
| 5/26/15 | 5/26/15 | JN | REME-D | 5 | 017010 CIGNA CHSCARE | 5/27/15 | 378.44 |
| 5/26/15 | 5/27/15 | KB | REME-D | 5 | 017010 CIGNA CHSCARE | 5/27/15 | 378.49 |
| 5/28/15 | 5/28/15 | LS | REME-D | 5 | 017010 CIGNA CHSCARE | 5/29/15 | 379.94 |
| 5/28/15 | 5/28/15 | EO | REME-D | 0 | 610494 OPTUM 9999 | 5/29/15 | 386.2 |
| 5/20/15 | 5/20/15 | BL | REME-D | 5 | WELLCARE MD 603286 | 5/27/15 | 451.59 |
| 5/26/15 | 5/26/15 | RT | REME-D | 5 | WELLCARE MD 603286 | 5/27/15 | 655.51 |
| 5/28/15 | 5/29/15 | EC | REME-D | 5 | WELLCARE MD 603286 | 5/29/15 | 656.96 |
| 5/26/15 | 5/16/15 | MC | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/27/15 | 735.33 |
| 5/28/15 | 5/29/15 | DJ | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/29/15 | 735.33 |
| 5/28/15 | 5/28/15 | CH | REME-D | 11 | 610097 OPTUM 9999 | 5/30/15 | 325.33 |
| 5/18/15 | 5/22/15 | AB | REME-D | 11 | 017010 CIGNA CHSCARE | 5/22/15 | 378.49 |
| 5/18/15 | 5/27/15 | TW | REME-D | 11 | 017010 CIGNA CHSCARE | 5/27/15 | 378.49 |
| 5/18/15 | 5/27/14 | LW | REME-D | 11 | 017010 CIGNA CHSCARE | 5/27/15 | 378.49 |
| 5/26/15 | 5/26/15 | GD | REME-D | 0 | 003858 EXPRESS MD | 5/27/15 | 474.61 |
| 5/26/15 | 5/27/15 | HG | REME-D | 5 | 610502 AETNA MEDDAET | 5/27/15 | 476.86 |
| 5/29/15 | 5/29/15 | CS | REME-D | 99 | 003858 EXPRESS MD | 5/30/15 | 477.26 |
| 5/18/15 | 5/18/15 | CB | REME-D | 11 | 610502 AETNA MEDDAET | 5/19/15 | 478.06 |
| 5/28/15 | 5/29/15 | JL | REME-D | 11 | 610502 AETNA MEDDAET | 5/19/15 | 478.06 |
| 5/21/15 | 5/21/15 | AL | REME-D | 11 | WELLCARE MD 603286 | 5/21/15 | 559.44 |
| 5/19/15 | 5/19/15 | CR | REME-D | 11 | 603286 WELLCARE MEDD | 5/22/15 | 652.46 |
| 5/28/15 | 5/29/15 | TRS | REME-D | 0 | 004336 ADVANCE/CRK MEDDADV | 5/28/15 | 673.78 |
| 5/28/15 | 5/29/15 | CC | REME-D | 11 | 004336 ADVANCE/CRK MEDDADV | 5/29/15 | 735.33 |
| 5/18/15 | 5/18/15 | RR | REME-C | 11 | BCBS FDPTX | 5/19/15 | 1439.14 |
| 5/19/15 | 5/19/15 | BD | REME-D | 5 | 610097 OPTUM 9999 | 5/27/15 | 323.88 |
| 5/18/15 | 5/18/15 | AL | REME-D | 5 | 610097 OPTUM 9999 | 5/21/15 | 324.15 |
| 5/28/15 | 5/28/15 | SM | REME-D | 5 | 610097 OPTUM 9999 | 5/30/15 | 325.19 |
| 5/18/15 | 5/19/15 | PS | REME-D | 5 | 610097 OPTUM 9999 | 5/21/15 | 326.7 |
| 5/19/15 | 5/27/15 | LD | REME-D | 5 | 017010 CIGNA CHSCARE | 5/27/15 | 379.94 |
| 5/27/15 | 5/28/15 | RM | REME-D | 5 | 017010 CIGNA CHSCARE | 5/28/15 | 381.14 |
| 5/18/15 | 5/18/15 | RJ | REME-D | 5 | 003858 EXPRESS MD | 5/20/15 | 389.13 |
| 5/19/15 | 5/19/15 | MM | REME-D | 5 | MEDCO 610014 MEDPRIME | 5/27/15 | 406.15 |
| 5/14/15 | 5/14/15 | CS | REME-D | 5 | 610097 OPTUM 9999 | 5/21/15 | 424.68 |
| 5/19/15 | 5/20/15 | VC | REME-D | 5 | 610502 AETNA MEDDAET | 5/21/15 | 433.06 |
| 5/14/15 | 5/14/15 | BB | REME-D | 5 | 003858 EXPRESS MD | 5/21/15 | 474.78 |
| 5/18/15 | 5/18/15 | ES | REME-D | 5 | 003858 EXPRESS MD | 5/21/15 | 474.78 |
| 5/19/15 | 5/19/15 | CR | REME-D | 5 | WELLCARE MD 603286 | 5/19/15 | 563.16 |
| 5/19/15 | 5/22/15 | LR | REME-D | 5 | WELLCARE MD 603286 | 5/22/15 | 655.51 |
| 5/14/15 | 5/20/15 | LC | REME-D | 5 | WELLCARE MD 603286 | 5/20/15 | 656.96 |
| 5/19/15 | 5/21/15 | MO | REME-D | 5 | WELLCARE MD 603286 | 5/21/15 | 656.96 |
| 5/19/15 | 5/20/15 | TT | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/20/15 | 715.53 |
| 5/19/15 | 5/20/15 | JB | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/21/15 | 715.53 |
| 5/27/15 | 5/28/15 | SC | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/28/15 | 715.53 |
| 5/28/15 | 5/29/15 | MT | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/29/15 | 715.53 |
| 5/14/15 | 5/20/15 | LR | REME-D | 5 | 004336 ADVANCE/CRK MEDDADV | 5/22/15 | 720.73 |
| 5/22/15 | 5/22/15 | GW | REME-D | 5 | 610502 AETNA MEDDAET | 5/22/15 | 820.95 |
| 5/19/15 | 5/19/15 | DS | REME-D | 5 | 003858 EXPRESS MD | 5/27/15 | 835.81 |
| 5/28/15 | 5/19/15 | BS | REME-C | 5 | BCBS FDPTX | 5/27/15 | 1434.2 |
| 5/19/15 | 5/20/15 | KC | REME-C | 5 | BCBS FDPTX | 5/21/15 | 1440 |
| 5/26/15 | 5/26/15 | BS | REME-D | 5 | 610097 OPTUM 9999 | 5/27/15 | 326.53 |
| 5/26/15 | 5/26/15 | MH | REME-D | 0 | MEDCO 610014 MEDPRIME | 5/28/15 | 369.61 |
| 5/28/15 | 5/28/15 | JF | REME-D | 99 | 017010 CIGNA CHSCARE | 5/28/15 | 379.94 |
| 5/28/15 | 4/21/15 | PA | REME-D | 3 | 610502 AETNA MEDDAET | 5/28/15 | 540.22 |
| 5/19/15 | 5/20/15 | RH | REME-D | 0 | WELLCARE MD 603286 | 5/22/15 | 655.34 |
| 5/22/15 | 5/22/15 | EE | REME-D | 11 | WELLCARE MD 603286 | 5/22/15 | 655.51 |
| 5/28/15 | 5/29/15 | LU | REME-D | 99 | 004336 ADVANCE/CRK MEDDADV | 5/29/15 | 681.09 |
| 5/27/15 | 5/27/15 | BM | REME-D | 99 | 610502 AETNA MEDDAET | 5/28/15 | 775.95 |
| 5/18/15 | 5/18/15 | AJ | REME-D | 12 | MEDCO 610014 MEDPRIME | 5/30/15 | 795.16 |
| 5/28/15 | 5/28/15 | RC | REME-D | 99 | 012833 BCBS FL MEDPRIME | 5/30/15 | 1408.01 |
| 5/22/15 | 5/22/15 | DN | REME-C | 99 | 011552 BCBS MAPDTX | 5/22/15 | 1441.2 |

| TOTAL | | | | | | | 560,051 |
| AVERAGE REVENUE PER RX | | | | | | 98 Rx | 5613 |