| | |
|---|---|
| **From**: | Scott Breimeister [Scott.Breimeister@pharmsmgmt.com] |
| **Sent**: | 6/26/2015 2:23:41 PM |
| **To**: | Brian [brianski9966@gmail.com] |
| **Subject**: | FW: Omni-One-Med Investor Revenue less Distributions |
| **Attachments**: | Omni-One-Med - Investor Revenue less Distributions.pdf |

Thought you might find this interesting.

This report lists the investors in Omni-One, how much they invested, how much they've received in distributions and how much gross revenue they've generated for the pharmacy in the past 12 months.

Hope you're having fun.
Scott

---

**From:** Michael Dieter
**Sent:** Friday, June 26, 2015 9:20 AM
**To:** Scott Breimeister
**Cc:** Leonard Carr
**Subject:** Omni-One-Med Investor Revenue less Distributions


Michael Dieter
**Senior Analyst**
Office: (713) 874-0300 |Ext: 2036
Direct: (832) 834-5052
michael.dieter@pharmsmgmt.com
Pharms LLC | 4916 Main Street | Suite 110 | Houston | TX 77002 USA



**CONFIDENTIALITY:** This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at 832-834-5052 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

GX1068.001

GOVERNMENT
EXHIBIT
**1068**
4:18-CR-368

DOJ-SMUBSSB-0000125835
DOJ-SMUBSSB-0000125835-1

**Omni-One-Med Pharmacy Services, LLC**

Case 4:18-cr-00368 Document 533-173 Filed on 07/22/23 in TXSD Page 2 of 2

| Investor Name | | Capital | 8/15/2014 | 9/15/2014 | 10/15/2014 | 11/15/2014 | 12/15/2014 | 1/15/2015 | 2/15/2015 | 3/15/2015 | 4/15/2015 | 5/15/2015 | 6/15/2015 | 7/15/2015 | Totals | Gross Revenue Past 12 Months | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manjit | Randhawa | $15,000.00 | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($90,000.00) | $375,483.12 | $285,483.12 |
| Matthew | Hammit | $15,000.00 | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($87,500.00) | $353,943.95 | $266,443.95 |
| Gen-Med | | $30,000.00 | ($5,000.00) | ($7,500.00) | ($10,000.00) | ($12,500.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($155,000.00) | $1,449,392.27 | $1,294,392.27 |
| Edward | Pina | $5,000.00 | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($72,500.00) | $205,252.66 | $132,752.66 |
| Carlos | Viesca | $30,000.00 | ($5,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($170,000.00) | $1,266,069.93 | $1,096,069.93 |
| Geo- | Environmental | $10,000.00 | ($25,000.00) | ($25,000.00) | ($25,000.00) | ($25,000.00) | ($25,000.00) | ($25,000.00) | ($25,000.00) | ($25,000.00) | ($25,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($240,000.00) | $335,189.10 | $95,189.10 |
| Anthony | Tran | $15,000.00 | $0.00 | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($15,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($142,500.00) | $801,898.91 | $659,398.91 |
| A. Jay | Staub | $5,000.00 | $0.00 | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($27,500.00) | $168,165.93 | $140,665.93 |
| Yarish | MSY LTD | $20,000.00 | | | ($5,000.00) | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($10,000.00) | ($10,000.00) | ($10,000.00) | ($10,000.00) | ($10,000.00) | ($10,000.00) | ($85,000.00) | $512,131.99 | $427,131.99 |
| Jerry | Silverman | $10,000.00 | | | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($50,000.00) | $508,350.69 | $458,350.69 |
| George R | Fisher | $15,000.00 | | | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($57,500.00) | $1,128,505.49 | $1,071,005.49 |
| Alan | Hurschman | $10,000.00 | | | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($45,000.00) | $152,838.45 | $107,838.45 |
| Michael | Kroese | $15,000.00 | | | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($57,500.00) | $0.00 | ($57,500.00) |
| Gregory | Duvall | $15,000.00 | | | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($57,500.00) | $0.00 | ($57,500.00) |
| Kelly | Lawler | $10,000.00 | | | | ($2,500.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | | ($32,500.00) | $133,427.55 | $100,927.55 |
| Parul | Patel | $15,000.00 | | | | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | | ($50,000.00) | $465,485.81 | $415,485.81 |
| Kevin | Lam | $10,000.00 | | | | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | | ($35,000.00) | $195,772.24 | $160,772.24 |
| Field | Scovell | $5,000.00 | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | | ($17,500.00) | $48,319.20 | $30,819.20 |
| Adolfo | Gonzalez | $5,000.00 | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | | ($15,000.00) | $96,493.42 | $81,493.42 |
| Bruce | Hermann | $15,000.00 | | | | | ($5,000.00) | ($5,000.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | ($7,500.00) | | ($40,000.00) | $237,856.05 | $197,856.05 |
| Jeffrey | Owen | $5,000.00 | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | | ($15,000.00) | $133,283.47 | $118,283.47 |
| David | Hensley | $5,000.00 | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | | ($15,000.00) | $146,899.19 | $131,899.19 |
| Nakul | Gupta | $10,000.00 | | | | | ($2,500.00) | ($2,500.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | | ($25,000.00) | $432,923.70 | $407,923.70 |
| Felicia | Tillman Toe | $5,000.00 | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | | ($15,000.00) | $138,739.06 | $123,739.06 |
| Patricia | Salvato | $10,000.00 | | | | | ($5,000.00) | ($5,000.00) | ($2,500.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | | ($30,000.00) | $1,306,547.76 | $1,276,547.76 |
| Jared | York | $5,000.00 | | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | | ($12,500.00) | $131,264.08 | $118,764.08 |
| Jane | Rowley | $5,000.00 | | | | | | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | ($2,500.00) | | ($12,500.00) | $42,398.61 | $29,898.61 |
| Jeremy | Sanderson | $10,000.00 | | | | | | | ($2,500.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | ($5,000.00) | | ($12,500.00) | $487,729.84 | $475,229.84 |
| Gerald | Burford | $5,000.00 | | | | | | | | | ($2,500.00) | ($2,500.00) | | | ($5,000.00) | $26,745.09 | $21,745.09 |
| Edward | Nash | $10,000.00 | | | | | | | | | $0.00 | ($5,000.00) | | | ($5,000.00) | $173,698.39 | $168,698.39 |
| | Total | $340,000.00 | ($62,500.00) | ($97,500.00) | ($110,000.00) | ($132,500.00) | ($140,000.00) | ($155,000.00) | ($185,000.00) | ($197,500.00) | ($202,500.00) | ($160,000.00) | ($165,000.00) | ($170,000.00) | ($1,777,500.00) | $11,454,805.95 | $9,677,305.95 |
| | | | 8/15/2014 | 9/15/2014 | 10/15/2014 | 11/15/2014 | 12/15/2014 | 1/15/2015 | 2/15/2015 | 3/15/2015 | 4/15/2015 | 5/15/2015 | 6/15/2015 | 7/15/2015 | Grand Total | | |

GX1068.002

DOJ-SMUBSSB-0000125836
DOJ-SMUBSSB-0000125836-1