May 27, 2015

Dr. Manjit Randhawa

RE: Omni-One-Med Pharmacy Services, LLC – Class B Units

Dear Dr. Randhawa:

Pursuant to my letter dated May 20, 2015, management is pleased to offer you the following options with respect to the repurchase of your Class B Units:

- Option 1 – In accordance with Section 11.4 of the Amended and Restated Operating Agreement of Omni-One-Med Pharmacy Services, LLC, (OOMPS) we are pleased to offer you a lump sum payment of $ 22,500 which equals the sum of distributions paid per unit for the prior three calendar months ($ 7500) multiplied by the number of units purchased (3), or
- Option 2 – A check for $ 15,000 which equals the amount of your initial investment, plus a $ 22,500 Promissory Note payable in twenty four (24) consecutive installments of $ 977.06 beginning July 1 2015 bearing interest at the rate of four (4) percent per annum.

Should you select Option 1, your annual rate of return will be 764% computed as follows:
($ 82,500 distributions + $ 22,500 lump sum buyout)/$ 15,000 initial investment x (12 months in a year/11 months that money was invested)

Should you select Option 2 your annual rate of return will be 880% computed as follows:
($ 82,500 distributions + $ 15,000 lump sum buyout + $ 23,449 principal plus interest)/$ 15,000 initial investment X (12 months in a year/11 months that money was invested)

Regardless of which option you select, we highly encourage you to keep your writing habits consistent at OOMPS. This will ensure that any accusations of impropriety by any regulatory agencies that may arise in the future can be addressed and supported with historical data.

GX1069.004

GOVERNMENT
EXHIBIT
1069A
4:18-CR-368

DOJ-SMUBSSB-0000191859
DOJ-SMUBSSB-0000191859-1