| | |
|---|---|
| **From:** | Chad Southard <southardconsulting@gmail.com> |
| **To:** | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com>;Weston Black <westonjblack@gmail.com>;Peter Herbst <peter.herbst@omnipluspharmacy.com>;Brian Swiencinski <brianski9966@gmail.com> |
| **CC:** | Michael Dieter <Michael.dieter@pharmsmgmt.com>;Leonard Carr <leonard.carr@omnipluspharmacy.com> |
| **Sent:** | 7/4/2015 5:54:56 PM |
| **Subject:** | Re: Physician Investment Analysis |

Scott, sorry I am just now getting to you regarding this.  Peter and I talked about this on Thursday.

Couple of questions

1.  What does the doc have to do for option B.  Can we better understand that?
2.  In your e-mail you mention Dr. Burford?  I am assuming you mean Sanderson?  Is there any way to do something there.  In good faith we got him involved.  He made almost his investment back.  Why not an option b for him?
3.  Is there no way that you guys can put these guys in another Omni invested pharmacy/model/management company etc.  My fear is that they will walk since so many of our competitors still have this option and are doing opposite from Omni on the Medicare side.  I know this has been a great deal for them as well.  We just don't want for you and us for them to quit writing
4.  Peter and I discussed you guys holding off on delivery to our provider until we have talked to them.  I appreciate that very much.  I would like to huddle with you on Monday to make sure I understand everything.

thanks

On Wed, Jul 1, 2015 at 12:38 PM, Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> wrote:

Chad:

Attached is a detailed spreadsheet of how your physicians investment in Omni-One-Med performed depending on which buyout option the doctor chooses. The only physician in your group that doesn't have an option is Dr. Burford because unfortunately he wasn't a shareholder long enough.

I feel like crap so I'm going home for the rest of the day. If you have any questions, feel free to call Michael Dieter at 713 874-0300 this afternoon. He's doing inventory but should be done around 3:00. Otherwise give me a shout tomorrow.

While everyone wishes the deal would have lasted forever, we all know that things change very quickly in health care. From an IRR perspective, I doubt anyone has been in a better deal in their life.

As always, we appreciate your business.

**GOVERNMENT EXHIBIT**
**1070**
4:18-CR-368

GX1070.001

Have a good afternoon.

Scott



Scott Breimeister | President | scott.breimeister@omnipluspharmacy.com | (713) 874-0300 pharmacy | (713) 874-0314 fax

4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

*"Please consider the environment before printing this e-mail"*

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (713) 874-0300 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

--
Chad R. Southard
FACHE, FHFMA, CALM, CASC, CMPE, LNFA
Manager
Southard Consulting, LLC
15807 CR 1870
Lubbock, TX 79424
(806) 789-7424

DOJ-SMUBSSB-0000161055

DOJ-SMUBSSB-0000161055-2