**From**: Brian [brianski9966@gmail.com]
**Sent**: 8/17/2015 1:47:24 PM
**To**: Brad Madrid [brad.madrid@pharmsmgmt.com]
**Subject**: Fwd: Insurance Info
**Attachments**: p2.pdf; Untitled attachment 00018.htm; Terry B Insurance p1.pdf; Untitled attachment 00021.htm

See if pays?

Sent from my iPad

Begin forwarded message:

**From:** Terry B <terrybrickman@hotmail.com>
**Date:** August 17, 2015 at 6:29:26 AM PDT
**To:** Brian Ski <brianski9966@gmail.com>
**Subject: Insurance Info**

B,

My insurance info and ID attached...please check ASAP if new items are covered (which would be great)

Thanks,

TB

GOVERNMENT
EXHIBIT
**1074**
4:18-CR-368

DOJ-SMUBSSB-0000094486
DOJ-SMUBSSB-0000094486-1

GX1074.001





