| | |
|---|---|
| **From**: | Scott Breimeister [Scott.Breimeister@pharmsmgmt.com] |
| **Sent**: | 8/27/2015 6:48:03 PM |
| **To**: | Pam Bailey [pamela.bailey@omniplushealthcare.com] |
| **CC**: | Leonard Carr [leonard.carr@omnipluspharmacy.com]; Hamid Mobli [hamid.mobli@omnipluspharmacy.com]; Marco Aguillon [marco.aguillon@omniplushealthcare.com]; Brian [brianski9966@gmail.com] |
| **Subject**: | FW: VIP list |

Pam:

Below is Brian's VIP list from Medtronic. As you know, these patients are currently covered by BCBS. Could you please check to see which, if any have a valid script that my qualify for the patches or other products at our disposal and let me know. Would like to get these patients something by month end.

For those that need a new script, I'll notify the patient accordingly.

Thanks
Scott

-----Original Message-----
From: Brian Swiencinski [mailto:brianski9966@gmail.com]
Sent: Thursday, August 27, 2015 9:57 AM
To: Scott Breimeister; Pam Bailey
Subject: VIP list


Medtronic

Alverson..

Sneed

Hewgley

Walle

Dougherty

Waton


Non Medtronic

Old list

Brickman

GOVERNMENT
EXHIBIT
**1075**
4:18-CR-368

GX1075.001

DOJ-SMUBSSB-0000092733
DOJ-SMUBSSB-0000092733-1