GOVERNMENT EXHIBIT 1076 4:18-CR-368

| | |
|---|---|
| **From:** | Pam Bailey <pamela.bailey@omniplushealthcare.com> |
| **To:** | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com>;Brian Swiencinski <brianski9966@gmail.com> |
| **Sent:** | 8/28/2015 2:55:26 PM |
| **Subject:** | RE: VIP list |

Yes sir, the "asking for Sila pak" means we have written a script for that formula and given it to the RPH to call or sign off on the script (if they have a standing order) so we can fill.
Everything that says gets pain patch they have already gotten filled this month.


Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager |
pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy|
(713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com


CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.


-----Original Message-----
From: Scott Breimeister
Sent: Friday, August 28, 2015 9:40 AM
To: Pam Bailey; Brian Swiencinski
Subject: RE: VIP list

Pam:

Thanks for the prompt follow-up. Few questions:

When you say "asking for SilaPak", does that mean they need a script for a scar product before we can fill?

For those patients where you indicates "gets pain patch...", have those scripts been dispensed already for August?

Thanks
Scott


-----Original Message-----
From: Pam Bailey
Sent: Friday, August 28, 2015 9:07 AM
To: Brian Swiencinski; Scott Breimeister
Subject: RE: VIP list

Please see attached:



Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager |
pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy|
(713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are

DOJ-SMUBSSB-0000160081
DOJ-SMUBSSB-0000160081-1

intended solely for the use of the individual or entity to which they are addressed.
This communication may contain material such as identifiable patient health information
or business information which is privileged and legally protected from disclosure and
subject to protection under applicable state and federal law, including the Health
Insurance Portability and Accountability Act (HIPAA). If you are not the intended
recipient or the person responsible for delivering the email to the intended recipient,
be advised that you have received this email in error and that any use, dissemination,
forwarding, printing, or copying of this email, or any files transmitted with it, is
strictly prohibited. If you have received this email in error, please immediately notify
the sender at (832) 495-4566 and delete this message. Unauthorized interception of this
e-mail is a violation of federal criminal law.

-----Original Message-----
From: Brian Swiencinski [mailto:brianski9966@gmail.com]
Sent: Thursday, August 27, 2015 9:57 AM
To: Scott Breimeister; Pam Bailey
Subject: VIP list


Medtronic

Alverson..

Sneed

Hewgley

Walle

Dougherty

Waton


Non Medtronic

Old list

Brickman