| | |
|---|---|
| **From:** | Pam Bailey <pamela.bailey@omniplushealthcare.com> |
| **To:** | Brian Swiencinski <brianski9966@gmail.com>;Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| **Sent:** | 8/28/2015 2:07:02 PM |
| **Subject:** | RE: VIP list |

Please see attached:


Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager | pamela.bailey@omniplushealthcare.com | (832) 742-8382 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com


CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

-----Original Message-----
From: Brian Swiencinski [mailto:brianski9966@gmail.com]
Sent: Thursday, August 27, 2015 9:57 AM
To: Scott Breimeister; Pam Bailey
Subject: VIP list


Medtronic

Alverson..

Sneed

Hewgley

Walle

Dougherty

Waton


Non Medtronic

Old list

Brickman

GX1077.001

**GOVERNMENT EXHIBIT**
**1077**
**4:18-CR-368**

DOJ-SMUBSSB-0000167079
DOJ-SMUBSSB-0000167079-1

**Alverson**
Colton: gets Pain patch, Lidocin. Asking for Sila Pak
Kelli: gets Pain patch , Lidocin. Asking for Sila Pak
Kevin (dad) gets pain patch, lidocin asking for Sila Pak
Kevin gets pain patch, lidocin asking for sila pak

**Sneed**
Maureen: is on Medicare co-pay $85 insurance pay $241.53 we left several messages and never got a call back.
Scott:  Getting script from MD for SilaPk copay $100 ins pay $4900
Also asking for Pain Patches and Lido Cream

**Hewgley:**
Only gets MS-21 & MS-22 from Dr. Chris Sparkman last filled 6/29/15

**Walle:**
Becky on other report getting Sila Pk and Pain Patches, Lidocin, Voltaren
Scott on other report, getting Sila Pk, Pain Patches, Lidocin, Voltaren

**Dougherty**
Neil: already on Pain patch, lidocin. Asking for Sila Pack
Mallory: already on pain patch , lidocin asking for Sila Pack

**Waton none of the new products are covered**

**Brickman none of the new products are covered**