| | |
|---|---|
| From: | Brad Madrid <brad.madrid@pharmsmgmt.com> |
| To: | Brian Swiencinski <brianski9966@gmail.com> |
| Sent: | 8/28/2015 1:48:02 PM |
| Subject: | FW: revised report |

Brian,

Please see the updated report from Pam. She mentioned below that she would be sending you an additional spreadsheet.

Thank you

**Brad Madrid**
**Marketing Associate**
o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



**From:** Pam Bailey
**Sent:** Thursday, August 27, 2015 5:24 PM
**To:** Brad Madrid; Leonard Carr
**Subject:** RE: revised report

Brad,
Here is the update on this report. I will give him a list of the other VIP's later tonight or in the morning.



Pamela J. Bailey CPhT | Claims Processing / Customer Service Manager | pamela.bailey@omniplushealthcare.com |
(832) 742-8382 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Brad Madrid
**Sent:** Thursday, August 27, 2015 11:19 AM
**To:** Pam Bailey; Leonard Carr
**Subject:** FW: revised report

Team,

Brian has asked that I see if we can run these patients for our new products. He has forwarded me the spreadsheet which I have included in this e-mail.

Please let me know if there is anything I can do to help.

Thank You

**Brad Madrid**
**Marketing Associate**
o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588

GOVERNMENT EXHIBIT 1078 4:18-CR-368

DOJ-SMUBSSB-0000175599
DOJ-SMUBSSB-0000175599-1

Pharms LLC | 4946 Main Street, Suite 110 | Houston, TX 77002



**From:** Brian Swiencinski [mailto:brianski9966@gmail.com]
**Sent:** Thursday, August 27, 2015 10:43 AM
**To:** Brad Madrid
**Subject:** Fwd: revised report


Begin forwarded message: