**From**:      Brad Madrid [brad.madrid@pharmsmgmt.com]
**Sent**:      8/31/2015 10:16:18 PM
**To**:        incechris@hotmail.com
**Subject**:   FW: Dr. Ince Scripts
**Attachments**: WALTON BRIAN LIDO.PDF; WALTON BRIAN SILA.PDF; WALTON EMILY LIDO.PDF; WALTON EMILY SILA.PDF; WALTON
                MICHELLE LIDO.PDF; WALTON MICHELLE SILA.PDF

Dr Ince,

Here is the second e-mail.

Thank You

**Brad Madrid**
**Marketing Associate**
**o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588**
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



**From:** Brad Madrid
**Sent:** Monday, August 31, 2015 3:25 PM
**To:** 'incechris@hotmail.com'
**Subject:** Dr. Ince Scripts

Dr. Ince,

My name is Brad Madrid and I work with Brian Swiencinski. We are now offering products that may be covered by your patient's insurance plan where in the past they may have been denied.

Attached you will find prescriptions for our alternative products that are now covered by these certain patient's insurance plan. If you would like these patients to receive their medication, please sign and date the scripts and fax back to 855-325-3500.

Please let me know if you have any questions.

Thank you,

**Brad Madrid**
**Marketing Associate**
**o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588**
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



**GOVERNMENT EXHIBIT**
**1080**
**4:18-CR-368**

**Lidocin / Rexaphenac / Voltaren**

| Patient | | DOB |
|---|---|---|
| BRIAN WALTON | | ████████ |

| Home Phone | Cell Phone |
|---|---|
| Address | |

| City | State | Zip |
|---|---|---|

Allergies

Diag.

**Insurance info**

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Member ID # | |

| Workers Comp | Yes | No |
|---|---|---|
| DOI | Claim # | |

## Lidocin

☒ **Lidocin**

**Strength:** Lidocaine ............. 3%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily.

**Qty.:** 240 gms

**Refills:** ___12___

## Rexaphenac Kit

☐ **Rexaphenac Kit**

**Strength:** Diclofenac............ 1%

**SIG:** Apply 1 pump to affected area up to 4 times daily.

**Qty.:** 120 gms

**Refills:** _____

## Voltaren

☐ **Voltaren Gel**

**Strength:** Voltaren Gel ........ 1%

**SIG:** Apply to affected area 3-4 times daily.

**Qty.:** 100 gms

**Refills:** _____

☐ **Other** _____

| Prescriber Name: | CHRISTOPHER INCE MD | NPI #: |
|---|---|---|

Lic. #: _____ DEA#: _____ Phone #: 817 328 1010 Fax#: _____

Address: _____

Signature (Note: Manual Signature Required for CS): _____ Date: 8/31/15

GX1080.002

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| **BRIAN WALTON** | | |

**Insurance info**

Carrier:

Bin# | PCN#

Group #

Member ID #

| Home Phone | Cell Phone |
|---|---|

Address

City | State | Zip

Allergies

| Workers Comp | | Yes | | No | |
|---|---|---|---|---|---|

Diag.

DOI | Claim #

---

## PAIN-TRANSDERMAL
**Any added controlled substances must be handwritten.**

### PAIN-TOPICAL

**☐ NCP-7B: Neuropathic & Chronic Pain**
Flurbiprofen .................20%
Baclofen ......................... 2%
Cyclobenzaprine ........ 2%
Gabapentin .................. 6%
Lidocaine ..................2.5%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ NCP-9: Neuropathic & Chronic Pain**
Baclofen ......................... 2%
Cyclobenzaprine ........ 2%
Gabapentin .................. 6%
Lidocaine ..................... 2%
Diclofenac .................... 3%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ GPI-2: General Pain / Inflammation**
Flurbiprofen .................20%
Cyclobenzaprine ........ 2%
Baclofen ......................... 2%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ Reme-D**
Topiramate ..............2.5%
Celecoxib ..................... 2%
Gabapentin ................. 5%
Lidocaine ..................... 2%
Diclofenac ................1.2%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ Renovo Pain Patch**
Menthol ........................ 5%
Capsaicin .............. 0.0375%
SIG: Apply 1 patch to affected area 1-2 times daily as needed.
Qty: ☐ 30 count
☐ 60 count
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ Camphomex Topical Spray**
Menthol ..................... 10%
Camphor ....................... 4%
Histamine ............... 0.025%
SIG: Apply 2 sprays, 3-4 times per day PRN pain
Qty: 240 gm
Refills: ☐ 3 ☐ 6 ☐ 12

---

### DERMATOLOGICAL

**☐ DERM-2: Topical Anti Fungal Cream**
Fluticasone .................. 1%
Fluconazole ................. 2%
Pentoxifylline .......... 0.5%
Lidocaine ..................... 2%
Hydroxyzine ................ 2%
SIG: Apply to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ DERM-7: Plantar Fasciitis**
Diclofenac .................... 5%
Baclofen ......................... 2%
Fluticasone ................. 1%
Lidocaine ..................... 2%
Verapamil
  Hydrochloride ........10%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### SCAR

**☐ Dermacin Rx SilaPak (scar topical)**
Triamcinolone Acetonide Cream USP, 80 gm ......... 0.1%
Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
Silicone Tape
SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
Qty: ☐ 1 pack
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ Scar (transdermal)**
Fluticasone ..................... 1%
Levocetirizine ............... 2%
Pentoxifylline ............. 0.5%
**For painful scars, add:**
Prilocaine ........................ 3%
Gabapentin ................ 15%
**For elasticity, add:**
Hyaluronic Acid ......... 0.2%
Vitamin D3 ............... 0.05%
Vitamin C ..................... 5%
Estradiol ...................... 0.1%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### SPECIALTY

**☐ MGL-1A: Migraine**
Topiramate .................. 5%
Baclofen ......................... 2%
Cyclobenzaprine ........ 2%
Lidocaine ..................... 2%
Flurbiprofen .............10%
Apomorphine ........... 0.2%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

**☐ SCALP CARE - 3 Hair Solution**
Fluticasone  0.2%
Finasteride  0.2%
Minoxidil  5%
Tretinoin  0.01%
**For women:** (No Finasteride)
SIG: Apply up to 2 mls to scalp 2 times a day
Qty: ☐ 120 ml
Refills: ☐ 3 ☐ 6 ☐ 12

---

### GENERAL   WELLNESS

**☐ Super-SB: General Wellness**
SB-1: 5-MTHF.......................... 500 mcg
  Alpha Lipoic Acid ........250 mg
  Coenzyme Q10 ...........100 mg
  Methylcobalamin ........ 20 mg
  EGCG.............................. 50 mg
  Vitamin E .....................100 mg
  Glutathione................100 mg
SIG: Take 1 capsule by mouth twice daily
Qty: 60 capsules   Refills: ☐ 3 ☐ 6 ☐ 12

SB-2: Resveratrol Powder........100 mg
  Pyridoxal-5-Phosphate ... 25 mg
  Beta Carotene ............... 2,500 IU
SIG: Take 1 capsule by mouth twice daily
Qty: 60 capsules
Refills: ☐ 3 ☐ 6 ☐ 12

### METABOLIC SUPPLEMENTS

#### INSOMNIA

**☐ KP-1: Insomnia**
Melatonin ...................... 3 mg
Methylcobalamin ....... 5 mg
N-Acetylcysteine ..... 125 mg
Glutathione ............... 50 mg
Diphenydramine ...... 20 mg
5-HTP ........................ 150 mg
SIG: Take 1 capsule by mouth once daily at bedtime
Qty: **30 capsules**
Refills: ☐ 3 ☐ 6 ☐ 12

#### DIET SUPPLEMENT

**☐ ADP-6**
Methylcobalamin ........ 20 mg
Coenzyme Q10 .......... 75 mg
5-HTP.........................100 mg
Acidophilus ............... 100 mg
Bupropion.................. 50 mg
Psyllium Husk .......... 100 mg
SIG: Take 1 capsule in the morning as directed
Qty: 30 capsules
Refills: ☐ 3 ☐ 6 ☐ 12

### BONE HEALTH

**☐ BH: Bone Health**
BH-1: Vitamin D3........................ 5,000 IU
  Magnesium Oxide.............. 200 mg
  Zinc Gluconate.................. 69.6 mg
  Copper Gluconate............ 7.14 mg
  Boron .................................... 1 mg
  Betaine Anhydrous............ 25 mg
  Pyridoxal-5-Phosphate....... 70 mg
  Boswellia Serrata .............. 200 mg
SIG: Take 1 capsule by mouth once daily
Qty: 30 capsules   Refills: ☐ 3 ☐ 6 ☐ 12

BH-2: Resveratrol ...................... 20 mg
  Calcium Gluconate............ 500 mg
  Coenzyme Q10 .................. 100 mg
  5-Methyltetrahydrofolate ... 500 mcg
SIG: Take 1 capsule by mouth once daily
Qty: 30 capsules   Refills: ☐ 3 ☐ 6 ☐ 12

---

**☐ Other** _____

| **Prescriber Name:** CHRISTOPHER INCE | NPI #: |
|---|---|

Lic. #: _____   DEA#: _____   Phone #: 817 328 1010   Fax#: _____

Address: _____

**Signature (Note: Manual Signature Required for CS):** _____   **Date:** 8/31/15

GX1080.003

OP_Script_Pad_August_2015_v5_unbranded

**Lidocin / Rexaphenac / Voltaren**

| Patient | | DOB |
|---|---|---|
| EMILY WALTON | | |
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

**Insurance info**

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Member ID # | |
| Workers Comp | Yes | No |
| DOI | Claim # |

## Lidocin

**☒ Lidocin**

**Strength:** Lidocaine ............. 3%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily.

**Qty.:** 240 gms

**Refills:** 12

## Rexaphenac Kit

**☐ Rexaphenac Kit**

**Strength:** Diclofenac............ 1%

**SIG:** Apply 1 pump to affected area up to 4 times daily.

**Qty.:** 120 gms

**Refills:** _____

## Voltaren

**☐ Voltaren Gel**

**Strength:** Voltaren Gel ........ 1%

**SIG:** Apply to affected area 3-4 times daily.

**Qty.:** 100 gms

**Refills:** _____

☐ **Other** _____

Prescriber Name: CHRISTOPHER INCE MD        NPI #: _____

Lic. #: _____ DEA#: _____   Phone #: 817 328 1010   Fax#: _____

Address: _____

Signature (Note: Manual Signature Required for CS): _____ Date: _____

GX1080.004

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| **EMILY WALTON** | | |

| Home Phone | Cell Phone |
|---|---|
| **Address** | |

| City | | State | Zip |
|---|---|---|---|
| **Allergies** | | | |

**Diag.**

**Insurance info**

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Member ID # | |
| Workers Comp | Yes [ ]  No [ ] |
| DOI | Claim # |

---

## PAIN-TRANSDERMAL — Any added controlled substances must be handwritten.

### ☐ NCP-7B: Neuropathic & Chronic Pain
Flurbiprofen .................20%
Baclofen ........................ 2%
Cyclobenzaprine ........ 2%
Gabapentin ................. 6%
Lidocaine ..................2.5%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ NCP-9: Neuropathic & Chronic Pain
Baclofen ........................ 2%
Cyclobenzaprine ........ 2%
Gabapentin ................. 6%
Lidocaine ..................... 2%
Diclofenac .................... 3%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ GPI-2: General Pain / Inflammation
Flurbiprofen .................20%
Cyclobenzaprine ........ 2%
Baclofen ........................ 2%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ Reme-D
Topiramate ..............2.5%
Celecoxib ................... 2%
Gabapentin ............... 5%
Lidocaine ................... 2%
Diclofenac ..............1.2%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

## PAIN-TOPICAL

### ☐ Renovo Pain Patch
Menthol ...................... 5%
Capsaicin ............. 0.0375%
SIG: Apply 1 patch to affected area 1-2 times daily as needed.
Qty: ☐ 30 count
☐ 60 count
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ Camphomex Topical Spray
Menthol ...................... 10%
Camphor .......................... 4%
Histamine ............... 0.025%
SIG: Apply 2 sprays, 3-4 times per day PRN pain
Qty: 240 gm
Refills: ☐ 3 ☐ 6 ☐ 12

---

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
Fluticasone .................. 1%
Fluconazole ................. 2%
Pentoxifylline ........... 0.5%
Lidocaine .................... 2%
Hydroxyzine ................ 2%
SIG: Apply to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ DERM-7: Plantar Fasciitis
Diclofenac .................... 5%
Baclofen ....................... 2%
Fluticasone .................. 1%
Lidocaine ..................... 2%
Verapamil
 Hydrochloride ........10%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

## SCAR

### ☐ Dermacin Rx SilaPak (scar topical)
Triamcinolone Acetonide Cream USP, 80 gm ......... 0.1%
Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
Silicone Tape
SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
Qty: ☐ 1 pack
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ Scar (transdermal)
Fluticasone ................... 1%
Levocetirizine ............... 2%
Pentoxifylline ......... 0.5%
**For painful scars, add:**
Prilocaine ...................... 3%
Gabapentin ................. 15%
**For elasticity, add:**
Hyaluronic Acid ....... 0.2%
Vitamin D3 ............. 0.05%
Vitamin C .................... 5%
Estradiol ................... 0.1%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

## SPECIALTY

### ☐ MGL-1A: Migraine
Topiramate ................... 5%
Baclofen ....................... 2%
Cyclobenzaprine ........ 2%
Lidocaine ..................... 2%
Flurbiprofen ...............10%
Apomorphine ........... 0.2%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ SCALP CARE - 3 Hair Solution
Fluticasone ............... 0.2%
Finasteride ............... 0.2%
Minoxidil ...................... 5%
Tretinoin ................ 0.01%
**For women:** (No Finasteride)
SIG: Apply up to 2 mls to scalp 2 times a day
Qty: ☐ 120 ml
Refills: ☐ 3 ☐ 6 ☐ 12

---

## GENERAL    WELLNESS

### ☐ Super-SB: General Wellness
SB-1: 5-MTHF........................... 500 mcg
Alpha Lipoic Acid ........250 mg
Coenzyme Q10 ............100 mg
Methylcobalamin .......... 20 mg
EGCG............................... 50 mg
Vitamin E ....................100 mg
Glutathione ................100 mg
SIG: Take 1 capsule by mouth twice daily
Qty: 60 capsules   Refills: ☐ 3 ☐ 6 ☐ 12

SB-2: Resveratrol Powder........100 mg
Pyridoxal-5-Phosphate ... 25 mg
Beta Carotene .............. 2,500 IU
SIG: Take 1 capsule by mouth twice daily
Qty: 60 capsules
Refills: ☐ 3 ☐ 6 ☐ 12

## METABOLIC SUPPLEMENTS

### INSOMNIA

#### ☐ KP-1: Insomnia
Melatonin ..................... 3 mg
Methylcobalamin ....... 5 mg
N-Acetylcysteine .... 125 mg
Glutathione ............... 50 mg
Diphenydramine ...... 20 mg
5-HTP ......................... 150 mg
SIG: Take 1 capsule by mouth once daily at bedtime
Qty: 30 capsules
Refills: ☐ 3 ☐ 6 ☐ 12

### DIET SUPPLEMENT

#### ☐ ADP-6
Methylcobalamin........ 20 mg
Coenzyme Q10 .......... 75 mg
5-HTP........................100 mg
Acidophilus ............. 100 mg
Bupropion.................. 50 mg
Psyllium Husk .......... 100 mg
SIG: Take 1 capsule in the morning as directed
Qty: 30 capsules
Refills: ☐ 3 ☐ 6 ☐ 12

## BONE HEALTH

### ☐ BH: Bone Health
BH-1: Vitamin D3......................... 5,000 IU
Magnesium Oxide.................. 200 mg
Zinc Gluconate................... 69.6 mg
Copper Gluconate........... 7.14 mg
Boron .................................. 1 mg
Betaine Anhydrous................. 25 mg
Pyridoxal-5-Phosphate........ 70 mg
Boswellia Serrata .............. 200 mg
SIG: Take 1 capsule by mouth once daily
Qty: 30 capsules    Refills: ☐ 3 ☐ 6 ☐ 12

BH-2: Resveratrol .......................... 20 mg
Calcium Gluconate............. 500 mg
Coenzyme Q10 ..................100 mg
5-Methyltetrahydrofolate ..... 500 mcg
SIG: Take 1 capsule by mouth once daily
Qty: 30 capsules    Refills: ☐ 3 ☐ 6 ☐ 12

---

## ☐ Other

---

Prescriber Name: CHRISTOPHER INCE MD          NPI #:

Lic. #:          DEA#:          Phone #: 817 328 1010          Fax#:

Address:

Signature (Note: Manual Signature Required for CS):          Date:

GX1080.005

OP_Script_Pad_August_2015_v5_unbranded

## Lidocin / Rexaphenac / Voltaren

| Patient | MICHELLE WALTON | | DOB | |
|---|---|---|---|---|
| Home Phone | | Cell Phone | | |
| Address | | | | |
| City | | State | Zip | |
| Allergies | | | | |

| Diag. |
|---|
| |

**Insurance info**

| Carrier: | | |
|---|---|---|
| Bin# | | PCN# |
| Group # | | |
| Member ID # | | |
| Workers Comp | Yes | No |
| DOI | | Claim # |

### Lidocin

☒ **Lidocin**

- **Strength:** Lidocaine ............. 3%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily.
- **Qty.:** 240 gms
- **Refills:** ___12___

### Rexaphenac Kit

☐ **Rexaphenac Kit**

- **Strength:** Diclofenac............. 1%
- **SIG:** Apply 1 pump to affected area up to 4 times daily.
- **Qty.:** 120 gms
- **Refills:** _____

### Voltaren

☐ **Voltaren Gel**

- **Strength:** Voltaren Gel ........ 1%
- **SIG:** Apply to affected area 3-4 times daily.
- **Qty.:** 100 gms
- **Refills:** _____

☐ **Other** _____

| | |
|---|---|
| **Prescriber Name:** CHRISTOPHER INCE MD | **NPI #:** _____ |
| **Lic. #:** _____ **DEA#:** _____ | **Phone #:** 817 328 1010  **Fax#:** _____ |
| **Address:** _____ | |
| **Signature** (Note: Manual Signature Required for CS): _____ | **Date:** _____ |

GX1080.006

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| **MICHELLE WALTON** | | |

| Home Phone | Cell Phone |
|---|---|
| Address | |
| City | State | Zip |
| Allergies | |

Diag.

**Insurance info**

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Member ID # | |
| Workers Comp | Yes ☐  No ☐ |
| DOI | Claim # |

## PAIN-TRANSDERMAL
**Any added controlled substances must be handwritten.**

### ☐ NCP-7B: Neuropathic & Chronic Pain
Flurbiprofen ...............20%
Baclofen ....................... 2%
Cyclobenzaprine ......... 2%
Gabapentin .................. 6%
Lidocaine ..................2.5%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ NCP-9: Neuropathic & Chronic Pain
Baclofen ....................... 2%
Cyclobenzaprine ......... 2%
Gabapentin .................. 6%
Lidocaine ..................... 2%
Diclofenac .................... 3%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ GPI-2: General Pain / Inflammation
Flurbiprofen ...............20%
Cyclobenzaprine ......... 2%
Baclofen ....................... 2%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ Reme-D
Topiramate ...............2.5%
Celecoxib ..................... 2%
Gabapentin .................. 5%
Lidocaine ..................... 2%
Diclofenac ................1.2%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

## PAIN-TOPICAL

### ☐ Renovo Pain Patch
Menthol ....................... 5%
Capsaicin ........... 0.0375%
SIG: Apply 1 patch to affected area 1-2 times daily as needed.
Qty: ☐ 30 count
☐ 60 count
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ Camphomex Topical Spray
Menthol ..................... 10%
Camphor ....................... 4%
Histamine ............. 0.025%
SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
Qty: 240 gm
Refills: ☐ 3 ☐ 6 ☐ 12

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
Fluticasone .................. 1%
Fluconazole .................. 2%
Pentoxifylline ........... 0.5%
Lidocaine ..................... 2%
Hydroxyzine .................. 2%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ DERM-7: Plantar Fasciitis
Diclofenac ................... 5%
Baclofen ....................... 2%
Fluticasone .................. 1%
Lidocaine ..................... 2%
Verapamil Hydrochloride ...........10%
Add:
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

## SCAR

### ☐ Dermacin Rx SilaPak (scar topical)
Triamcinolone Acetonide Cream USP, 80 gm ......... 0.1%
Dermacin Rx Skin Repair Complex (Dimethicone) ... 5%
Silicone Tape
SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
Qty: 1 pack
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ Scar (transdermal)
Fluticasone ................... 1%
Levocetirizine ............... 2%
Pentoxifylline .......... 0.5%
**For painful scars, add:**
Prilocaine ..................... 3%
Gabapentin ................. 15%
**For elasticity, add:**
Hyaluronic Acid .......... 0.2%
Vitamin D3................. 0.05%
Vitamin C ..................... 5%
Estradiol................... 0.1%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

## SPECIALTY

### ☐ MGL-1A: Migraine
Topiramate .................. 5%
Baclofen ....................... 2%
Cyclobenzaprine ......... 2%
Lidocaine ..................... 2%
Flurbiprofen ...............10%
Apomorphine .......... 0.2%
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
Qty: ☐ 300 gm
Refills: ☐ 3 ☐ 6 ☐ 12

### ☐ SCALP CARE - 3 Hair Solution
Fluticasone  0.2%
Finasteride  0.2%
Minoxidil  5%
Tretinoin  0.01%
**(For women:**
**No Finasteride)**
SIG: Apply up to 2 mls to scalp 2 times a day
Qty: 120 ml
Refills: ☐ 3 ☐ 6 ☐ 12

## GENERAL    WELLNESS

### ☐ Super-SB: General Wellness
SB-1: 5-MTHF ........................... 500 mcg
Alpha Lipoic Acid ............250 mg
Coenzyme Q10 .............100 mg
Methylcobalamin ......... 20 mg
EGCG.............................. 50 mg
Vitamin E .....................100 mg
Glutathione .................100 mg
SIG: Take 1 capsule by mouth twice daily
Qty: 60 capsules   Refills: ☐ 3 ☐ 6 ☐ 12
SB-2: Resveratrol Powder..........100 mg
Pyridoxal-5-Phosphate ... 25 mg
Beta Carotene ............... 2,500 IU
SIG: Take 1 capsule by mouth twice daily
Qty: 60 capsules
Refills: ☐ 3 ☐ 6 ☐ 12

## METABOLIC SUPPLEMENTS

### INSOMNIA

#### ☐ KP-1: Insomnia
Melatonin ..................... 3 mg
Methylcobalamin ....... 5 mg
N-Acetylcysteine ..... 125 mg
Glutathione ............... 50 mg
Diphenhydramine ...... 20 mg
5-HTP ......................... 150 mg
SIG: Take 1 capsule by mouth once daily at bedtime
Qty: **30 capsules**
Refills: ☐ 3 ☐ 6 ☐ 12

### DIET SUPPLEMENT

#### ☐ ADP-6
Methylcobalamin ........ 20 mg
Coenzyme Q10 ........... 75 mg
5-HTP..........................100 mg
Acidophilus ............... 100 mg
Bupropion.................... 50 mg
Psyllium Husk ........... 100 mg
SIG: Take 1 capsule in the morning as directed
Qty: 30 capsules
Refills: ☐ 3 ☐ 6 ☐ 12

## BONE HEALTH

### ☐ BH: Bone Health
BH-1: Vitamin D3........................ 5,000 IU
Magnesium Oxide.............. 200 mg
Zinc Gluconate................. 69.6 mg
Copper Gluconate ......... 7.14 mg
Boron ................................... 1 mg
Betaine Anhydrous.............. 25 mg
Pyridoxal-5-Phosphate........ 70 mg
Boswella Serrata ............... 200 mg
SIG: Take 1 capsule by mouth once daily
Qty: 30 capsules   Refills: ☐ 3 ☐ 6 ☐ 12
BH-2: Resveratrol ........................... 20 mg
Calcium Gluconate ........... 500 mg
Coenzyme Q10 ................. 100 mg
5-Methyltetrahydrofolate ... 500 mcg
SIG: Take 1 capsule by mouth once daily
Qty: 30 capsules   Refills: ☐ 3 ☐ 6 ☐ 12

## ☐ Other _____

**Prescriber Name:**  CHRISTOPHER INCE MD          NPI #:

Lic. #:          DEA#:          Phone #: 817 328 1010          Fax#:

Address:

Signature (Note: Manual Signature Required for CS):          Date:

GX1080.007

OP_Script_Pad_August_2015_v5_unbranded