**From**:      brianski9966@gmail.com [brianski9966@gmail.com]
**Sent**:      8/31/2015 4:43:16 PM
**To**:        incechris@hotmail.com
**Subject**:   Fwd: Patients

Sent from my iPhone

Begin forwarded message:

**From:** Brad Madrid <brad.madrid@pharmsmgmt.com>
**Date:** August 31, 2015 at 11:23:11 AM CDT
**To:** Brian Swiencinski <brianski9966@gmail.com>
**Subject: Patients**

Brian,

We need the following:

**Robert Walton -** SilaPak, Pain Patch, Pain Spray, Lidocin ( Please have doc handwrite write in Lidocin),
**Andrea Walton -** SilaPak, Pain Patch, Pain Spray, Lidocin ( Please have doc handwrite write in Lidocin),
**Jordan Walton-** SilaPak, Pain Patch, Pain Spray, Lidocin ( Please have doc handwrite write in Lidocin),
**Nick Walton -** SilaPak, Pain Patch, Pain Spray, Lidocin ( Please have doc handwrite write in Lidocin),
**Nick Leonard -** SilaPak, Pain Patch, Pain Spray, Lidocin ( Please have doc handwrite write in Lidocin),

**Emil Brencus –** SilaPak, REME-D
**Whitney Brencus -** SilaPak, REME-D

**Colton Alverson -** SilaPak
**Kelly Alverson -** SilaPak
**Kevin Alverson -** SilaPak
**Kevin Alverson –** SilaPak

**Debra Bepugh –** Pain Patch, MS-1, SilaPak, Lidocin ( Please have doc handwrite write in Lidocin)

Please let me know if there is anything I can do to help.

Thank You

**Brad Madrid**
**Marketing Associate**
o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002


PHARMS

GOVERNMENT
EXHIBIT
**1081**
4:18-CR-368

DOJ-SMUBSSB-0000074946
DOJ-SMUBSSB-0000074946-1