| | |
|---|---|
| **From**: | Brad Madrid [brad.madrid@pharmsmgmt.com] |
| **Sent**: | 8/31/2015 8:24:48 PM |
| **To**: | incechris@hotmail.com |
| **Subject**: | Dr. Ince Scripts |
| **Attachments**: | ALVERSON COLTON SILA.pdf; ALVERSON KELLI SILA.pdf; ALVERSON KEVIN DAD SILA.pdf; ALVERSON KEVIN SON SILA.pdf; DEPUGH DEBRA LIDO.pdf; DEPUGH DEBRA SILA.pdf; LEONARD NICK LIDO.pdf; LEONARD NICK SILA.pdf; WALTON ANDREA LIDO.pdf; WALTON ANDREA SILA.pdf; WALTON JORDAN LIDO.pdf; WALTON JORDAN SILA.pdf; WALTON ROBERT LIDO.pdf; WALTON ROBERT SILA.pdf; Untitled.pdf |

Dr. Ince,

My name is Brad Madrid and I work with Brian Swiencinski. We are now offering products that may be covered by your patient's insurance plan where in the past they may have been denied.

Attached you will find prescriptions for our alternative products that are now covered by these certain patient's insurance plan. If you would like these patients to receive their medication, please sign and date the scripts and fax back to 855-325-3500.

Please let me know if you have any questions.

Thank you,

**Brad Madrid**
**Marketing Associate**
**o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588**
**Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002**



GOVERNMENT EXHIBIT
1082
4:18-CR-368

DOJ-SMUBSSB-0000094405
GX1082.001

| PATIENT | DOB | LAST 4 DIGITS OF SSN | Insurance info |
|---|---|---|---|
| COLTON ALVERSON | ██████ | | Carrier: |

| Home Phone | Cell Phone |
|---|---|

| Bin# | PCN# |
|---|---|

Address:

| City | State | Zip |
|---|---|---|

Group #

Member ID #

Allergies:

| Workers Comp | Yes ☐ | No ☐ |
|---|---|---|

Diag.

| DOI | Claim # |
|---|---|

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen ............... 20%
- Baclofen ..................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin .................. 6%
- Lidocaine .................... 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen ..................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin .................. 6%
- Lidocaine .................... 2%
- Diclofenac ................... 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen ............... 20%
- Cyclobenzaprine ........... 2%
- Baclofen ..................... 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

### ☐ Reme-D
- Topiramate ................. 2.5%
- Celecoxib ................... 2%
- Gabapentin ................. 5%
- Lidocaine ................... 2%
- Duloxetine .................. 1.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

## PAIN-TOPICAL

### ☐ Renovo Pain Patch
- Menthol ..................... 5%
- Capsaicin ................... 0.0375%
- **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
- **Qty:** ☐ 30 count
- ☐ 60 count
- ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

### ☑ Camphomex Topical Spray
- Menthol ..................... 10%
- Camphor .................... 4%
- Histamine .................. 0.025%
- **SIG:** Apply 1-2 sprays, 3-4 times per day PRN pain
- **Qty:** 240 gm
- **Refills:** ☐3 ☑6 ☐12 _____

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ................. 1%
- Fluconazole ................. 2%
- Pentoxifylline .............. 0.5%
- Lidocaine .................... 2%
- Hydroxyzine ................ 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm
- **Refills:** ☐3 ☐6 ☐12 _____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac ................... 5%
- Baclofen ..................... 2%
- Fluticasone ................. 1%
- Lidocaine .................... 2%
- Verapamil Hydrochloride ..... 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm
- **Refills:** ☐3 ☐6 ☐12 _____

## SCAR

### ☑ Dermacin Rx SilaPak (scar topical)
- Triamcinolone Acetonide Cream USP, 80 gm ........... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- **SIG:** Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- **Qty:** 1 pack
- **Refills:** ☐3 ☑6 ☐12 _____

### ☐ Scar (transdermal)
- Fluticasone ................. 1%
- Levocetirizine .............. 2%
- Pentoxifylline .............. 0.5%
- **For painful scars, add:**
  - Prilocaine .................. 3%
  - Gabapentin ................ 15%
- **For elasticity, add:**
  - Hyaluronic Acid .......... 0.2%
  - Vitamin D3 ................. 0.05%
  - Vitamin C .................... 5%
  - Estradiol ..................... 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate .................. 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ........... 2%
- Lidocaine .................... 5%
- Flurbiprofen ............... 10%
- Apomorphine ............... 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm
- ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone  0.2%
- Finasteride  0.2%
- Minoxidil  5%
- Tretinoin  0.01%
- ☐ For women: (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml
- ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

## GENERAL WELLNESS

### ☐ Super-SB: General Wellness
- **SB-1:**
  - 5-MTHF .................... 500 mcg
  - Alpha Lipoic Acid ........ 250 mg
  - Coenzyme Q10 ............ 100 mg
  - Methylcobalamin ......... 20 mg
  - EGCG ........................ 50 mg
  - Vitamin E ................... 100 mg
  - Glutathione ................ 100 mg
  - **SIG:** Take 1 capsule by mouth daily
  - **Qty:** 60 capsules  **Refills:** 3  6  12
- **SB-2:**
  - Resveratrol Powder ...... 100 mg
  - Pyridoxal-5-Phosphate ... 25 mg
  - Beta Carotene ............. 2,500 IU
  - **SIG:** Take 1 capsule by mouth twice daily
  - **Qty:** 60 capsules
  - **Refills:** ☐3 ☐6 ☐12 _____

## METABOLIC SUPPLEMENTS

### INSOMNIA

#### ☐ KP-1: Insomnia
- Melatonin ..................... 3 mg
- Methylcobalamin ........... 5 mg
- N-Acetylcysteine .......... 125 mg
- Glutathione ................. 50 mg
- Diphenydramine ........... 20 mg
- 5-HTP .......................... 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** 30 capsules
- **Refills:** ☐3 ☐6 ☐12 _____

### DIET SUPPLEMENT

#### ☐ ADP-6
- Methylcobalamin .......... 20 mg
- Coenzyme Q10 ............. 75 mg
- 5-HTP .......................... 100 mg
- Acidophilus ................. 100 mg
- Bupropion .................... 50 mg
- Psyllium Husk .............. 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** ☐3 ☐6 ☐12 _____

## BONE HEALTH

### ☐ BH: Bone Health
- **BH-1:**
  - Vitamin D3 .................... 5,000 IU
  - Magnesium Oxide ........... 200 mg
  - Zinc Gluconate ............... 69.6 mg
  - Copper Gluconate ........... 7.14 mg
  - Boron ........................... 1 mg
  - Betaine Anhydrous ......... 25 mg
  - Pyridoxal-5-Phosphate .... 70 mg
  - Boswella Serrata ............ 200 mg
  - **SIG:** Take 1 capsule by mouth once daily
  - **Qty:** 30 capsules  **Refills:** ☐3 ☐6 ☐12
- **BH-2:**
  - Resveratrol .................. 20 mg
  - Calcium Gluconate ........ 500 mg
  - Coenzyme Q10 ............. 100 mg
  - 5-Methyltetrahydrofolate .. 500 mcg
  - **SIG:** Take 1 capsule by mouth once daily
  - **Qty:** 30 capsules  **Refills:** ☐3 ☐6 ☐12 _____

☐ Other _____

**Prescriber Name:** CHRISTOPHER INCE MD

**NPI #:** _____

**Lic. #:** _____ **DEA#:** _____ **Phone #:** 817 328 1010 **Fax#:** _____

**Address:** _____

**Signature** (Note: Manual Signature Required for CS): _____ **Date:** 8/31/15

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| KELLI ALVERSON | [redacted] | |

Home Phone: 
Cell Phone: 
Address: 
City: 
State: 
Zip: 
Allergies: 
Diag.: 

**Insurance info**
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes ☐ No ☐
- DOI:
- Claim #:

## PAIN-TRANSDERMAL

**Any added controlled substances must be handwritten.**

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen ............... 20%
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Gabapentin ................. 6%
- Lidocaine ................. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Gabapentin ................. 6%
- Lidocaine ................... 2%
- Diclofenac ................... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen ............... 20%
- Cyclobenzaprine ......... 2%
- Baclofen ..................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

### ☐ Reme-D
- Topiramate ............... 2.5%
- Celecoxib ................... 2%
- Gabapentin ................. 5%
- Lidocaine ................... 2%
- Duloxetine ................ 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

## PAIN-TOPICAL

### ☐ Renovo Pain Patch
- Menthol ..................... 5%
- Capsaicin ............... 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed.
- Qty: ☐ 30 count ☐ 60 count ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

### ☑ Camphomex Topical Spray
- Menthol ................... 10%
- Camphor ................... 4%
- Histamine ............... 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: ☐ 3 ☑ 6 ☐ 12 _____

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ................. 1%
- Fluconazole ................. 2%
- Pentoxifylline ............ 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ................ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac .................. 5%
- Baclofen ..................... 2%
- Fluticasone ................. 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride .......10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

## SCAR

### ☑ Dermacin Rx SilaPak (scar topical)
- Triamcinolone Acetonide Cream USP, 80 gm ......... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack
- Refills: ☐ 3 ☑ 6 ☐ 12 _____

### ☐ Scar (transdermal)
- Fluticasone ................. 1%
- Levocetirizine ............. 2%
- Pentoxifylline ........... 0.5%
- **For painful scars, add:**
  - Prilocaine ................. 3%
  - Gabapentin ............... 15%
- **For elasticity, add:**
  - Hyaluronic Acid ....... 0.2%
  - Vitamin D3 .............. 0.05%
  - Vitamin C .................. 5%
  - Estradiol .................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate ................. 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Lidocaine ................... 2%
- Flurbiprofen .............. 10%
- Apomorphine ........... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone   0.2%
- Finasteride   0.2%
- Minoxidil   5%
- Tretinoin   0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ _____
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

## GENERAL WELLNESS

### ☐ Super-SB: General Wellness
**SB-1:**
- 5-MTHF ...................... 500 mcg
- Alpha Lipoic Acid ......... 250 mg
- Coenzyme Q10 ............. 100 mg
- Methylcobalamin .......... 20 mg
- EGCG .......................... 50 mg
- Vitamin E .................. 100 mg
- Glutathione ............... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules   Refills: 3  6  12

**SB-2:**
- Resveratrol Powder ...... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ............ 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

## METABOLIC SUPPLEMENTS

### INSOMNIA

### ☐ KP-1: Insomnia
- Melatonin ..................... 3 mg
- Methylcobalamin ........... 5 mg
- N-Acetylcysteine ........ 125 mg
- Glutathione ................. 50 mg
- Diphenydramine .......... 20 mg
- 5-HTP ........................ 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: 30 capsules
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

### DIET SUPPLEMENT

### ☐ ADP-6
- Methylcobalamin ......... 20 mg
- Coenzyme Q10 ............. 75 mg
- 5-HTP ........................ 100 mg
- Acidophilus ............... 100 mg
- Bupropion .................... 50 mg
- Psyllium Husk ............ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ☐ 3 ☐ 6 ☐ 12 _____

## BONE HEALTH

### ☐ BH: Bone Health
**BH-1:**
- Vitamin D3 ................. 5,000 IU
- Magnesium Oxide ......... 200 mg
- Zinc Gluconate .......... 69.6 mg
- Copper Gluconate ....... 7.14 mg
- Boron ............................. 1 mg
- Betaine Anhydrous ........ 25 mg
- Pyridoxal-5-Phosphate ... 70 mg
- Boswella Serrata ........ 200 mg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules   Refills: ☐ 3 ☐ 6 ☐ 12 _____

**BH-2:**
- Resveratrol .................. 20 mg
- Calcium Gluconate ....... 500 mg
- Coenzyme Q10 ............. 100 mg
- 5-Methyltetrahydrofolate ... 500 mcg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules   Refills: ☐ 3 ☐ 6 ☐ 12 _____

☐ Other _____

Prescriber Name: CHRISTOPHER INCE MD
NPI #: _____
Lic. #: _____  DEA#: _____  Phone #: 817 328 1010  Fax#: _____
Address: _____
Signature (Note: Manual Signature Required for CS): _____   Date: 8/31/15

## Patient Information

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| KEVIN ALVERSON | [redacted] | |
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

### Insurance info
- Carrier:
- Bin#
- PCN#
- Group #
- Member ID #
- Workers Comp: Yes ☐ No ☐
- DOI
- Claim #

---

**Any added controlled substances must be handwritten.**

## PAIN-TRANSDERMAL

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen ............... 20%
- Baclofen ...................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................... 6%
- Lidocaine .................... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen ...................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................... 6%
- Lidocaine ..................... 2%
- Diclofenac .................... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen ............... 20%
- Cyclobenzaprine ........... 2%
- Baclofen ...................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ Reme-D
- Topiramate ............... 2.5%
- Celecoxib .................. 2%
- Gabapentin ............... 5%
- Lidocaine .................. 2%
- Duloxetine ................ 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## PAIN-TOPICAL

### ☐ Renovo Pain Patch
- Menthol ..................... 5%
- Capsaicin .................. 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed.
- Qty: ☐ 30 count ☐ 60 count ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☑ Camphomex Topical Spray
- Menthol ..................... 10%
- Camphor .................... 4%
- Histamine ................. 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: ☐3 ☑6 ☐12 _____

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ................ 1%
- Fluconazole ................ 2%
- Pentoxifylline ............. 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ................ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac .................. 5%
- Baclofen ..................... 2%
- Fluticasone ................ 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ..... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## SCAR

### ☑ Dermacin Rx SilaPak (scar topical)
- Triamcinolone Acetonide Cream USP, 80 gm ......... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack
- Refills: ☐3 ☑6 ☐12 _____

### ☐ Scar (transdermal)
- Fluticasone ................ 1%
- Levocetirizine ............. 2%
- Pentoxifylline ............. 0.5%
- **For painful scars, add:**
  - Prilocaine ................ 3%
  - Gabapentin ............... 15%
- **For elasticity, add:**
  - Hyaluronic Acid ......... 0.2%
  - Vitamin D3 .............. 0.05%
  - Vitamin C ................ 5%
  - Estradiol ................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate ................. 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ........... 2%
- Lidocaine .................... 2%
- Flurbiprofen ............... 10%
- Apomorphine ............. 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone  0.2%
- Finasteride  0.2%
- Minoxidil  5%
- Tretinoin  0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## GENERAL WELLNESS

### ☐ Super-SB: General Wellness
**SB-1:**
- 5-MTHF ..................... 500 mcg
- Alpha Lipoic Acid ........ 250 mg
- Coenzyme Q10 ............. 100 mg
- Methylcobalamin .......... 20 mg
- EGCG .......................... 50 mg
- Vitamin E .................... 100 mg
- Glutathione ................. 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules   Refills: 3  6  12

**SB-2:**
- Resveratrol Powder ...... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ............. 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: ☐3 ☐6 ☐12 _____

## METABOLIC SUPPLEMENTS

### INSOMNIA

#### ☐ KP-1: Insomnia
- Melatonin ................... 3 mg
- Methylcobalamin ......... 5 mg
- N-Acetylcysteine ......... 125 mg
- Glutathione ................ 50 mg
- Diphenydramine .......... 20 mg
- 5-HTP ....................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

### DIET SUPPLEMENT

#### ☐ ADP-6
- Methylcobalamin ......... 20 mg
- Coenzyme Q10 ............ 75 mg
- 5-HTP ...................... 100 mg
- Acidophilus ................ 100 mg
- Bupropion .................. 50 mg
- Psyllium Husk ............ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

## BONE HEALTH

### ☐ BH: Bone Health
**BH-1:**
- Vitamin D3 ................ 5,000 IU
- Magnesium Oxide ........ 200 mg
- Zinc Gluconate ............ 69.6 mg
- Copper Gluconate ........ 7.14 mg
- Boron ....................... 1 mg
- Betaine Anhydrous ...... 25 mg
- Pyridoxal-5-Phosphate ... 70 mg
- Boswella Serrata ......... 200 mg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules   Refills: ☐3 ☐6 ☐12 _____

**BH-2:**
- Resveratrol ............... 20 mg
- Calcium Gluconate ...... 500 mg
- Coenzyme Q10 ........... 100 mg
- 5-Methyltetrahydrofolate ... 500 mcg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules   Refills: ☐3 ☐6 ☐12 _____

☐ Other _____

---

- Prescriber Name: CHRISTOPHER INCE MD
- NPI #: _____
- Lic. #: _____
- DEA#: _____
- Phone #: 817 328 1010
- Fax#: _____
- Address: _____
- Signature (Note: Manual Signature Required for CS): _____
- Date: 8/31/15

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| KEVIN ALVERSON | [redacted] | |

| Home Phone | Cell Phone |
|---|---|
| Address | |
| City | State | Zip |
| Allergies | |
| Diag. | |

**Insurance info**

- Carrier:
- Bin#
- PCN#
- Group #
- Member ID #
- Workers Comp    Yes ☐    No ☐
- DOI
- Claim #

---

## PAIN-TRANSDERMAL

*Any added controlled substances must be handwritten.*

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen ............... 20%
- Baclofen ...................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................... 6%
- Lidocaine .................. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen ...................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................... 6%
- Lidocaine .................... 2%
- Diclofenac ................... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen ............... 20%
- Cyclobenzaprine ........... 2%
- Baclofen ...................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

### ☐ Reme-D
- Topiramate ............... 2.5%
- Celecoxib ..................... 2%
- Gabapentin ................... 5%
- Lidocaine ..................... 2%
- Duloxetine ................. 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

## PAIN-TOPICAL

### ☐ Renovo Pain Patch
- Menthol ........................ 5%
- Capsaicin ................ 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed.
- Qty: ☐ 30 count   ☐ 60 count   ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

### ☒ Camphomex Topical Spray
- Menthol ...................... 10%
- Camphor ....................... 4%
- Histamine ................ 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: ☐3  ☒6  ☐12  ____

---

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ................... 1%
- Fluconazole ................... 2%
- Pentoxifylline ............. 0.5%
- Lidocaine ..................... 2%
- Hydroxyzine .................. 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac .................... 5%
- Baclofen ...................... 2%
- Fluticasone ................... 1%
- Lidocaine ..................... 2%
- Verapamil Hydrochloride ....... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

## SCAR

### ☒ Dermacin Rx SilaPak (scar topical)
- Triamcinolone Acetonide Cream USP, 80 gm ........ 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack
- Refills: ☐3  ☒6  ☐12  ____

### ☐ Scar (transdermal)
- Fluticasone ................... 1%
- Levocetirizine .............. 2%
- Pentoxifylline ............. 0.5%
- For painful scars, add:
  - Prilocaine .................... 3%
  - Gabapentin ................. 15%
- For elasticity, add:
  - Hyaluronic Acid ......... 0.2%
  - Vitamin D3 ................. 0.05%
  - Vitamin C ...................... 5%
  - Estradiol ...................... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate .................... 5%
- Baclofen ...................... 2%
- Cyclobenzaprine ........... 2%
- Lidocaine ..................... 2%
- Flurbiprofen ............... 10%
- Apomorphine ............. 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone   0.2%
- Finasteride   0.2%
- Minoxidil     5%
- Tretinoin     0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml   ☐ ____
- Refills: ☐3  ☐6  ☐12  ____

---

## GENERAL WELLNESS

### ☐ Super-SB: General Wellness
- **SB-1:**
  - 5-MTHF ......................... 500 mcg
  - Alpha Lipoic Acid ........... 250 mg
  - Coenzyme Q10 ............. 100 mg
  - Methylcobalamin ............. 20 mg
  - EGCG ............................ 50 mg
  - Vitamin E ..................... 100 mg
  - Glutathione ................. 100 mg
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules  Refills: 3  6  12
- **SB-2:**
  - Resveratrol Powder ....... 100 mg
  - Pyridoxal-5-Phosphate ... 25 mg
  - Beta Carotene .............. 2,500 IU
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules
  - Refills: ☐3  ☐6  ☐12  ____

## METABOLIC SUPPLEMENTS

### INSOMNIA

#### ☐ KP-1: Insomnia
- Melatonin ........................ 3 mg
- Methylcobalamin ............... 5 mg
- N-Acetylcysteine ........... 125 mg
- Glutathione ..................... 50 mg
- Diphenhydramine ........... 20 mg
- 5-HTP ........................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: 30 capsules
- Refills: ☐3  ☐6  ☐12  ____

### DIET SUPPLEMENT

#### ☐ ADP-6
- Methylcobalamin ............. 20 mg
- Coenzyme Q10 ............... 75 mg
- 5-HTP ........................... 100 mg
- Acidophilus .................. 100 mg
- Bupropion ...................... 50 mg
- Psyllium Husk .............. 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ☐3  ☐6  ☐12  ____

## BONE HEALTH

### ☐ BH: Bone Health
- **BH-1:**
  - Vitamin D3 ................... 5,000 IU
  - Magnesium Oxide ............ 200 mg
  - Zinc Gluconate ............... 69.6 mg
  - Copper Gluconate ........... 7.14 mg
  - Boron ............................ 1 mg
  - Betaine Anhydrous ........... 25 mg
  - Pyridoxal-5-Phosphate ..... 70 mg
  - Boswella Serrata ............ 200 mg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules   Refills: ☐3  ☐6  ☐12  ____
- **BH-2:**
  - Resveratrol ................... 20 mg
  - Calcium Gluconate ......... 500 mg
  - Coenzyme Q10 ............. 100 mg
  - 5-Methyltetrahydrofolate ... 500 mcg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules   Refills: ☐3  ☐6  ☐12  ____

---

☐ Other _____

- Prescriber Name: CHRISTOPHER INCE MD
- NPI #: _____
- Lic. #: _____   DEA#: _____   Phone #: 817 328 1010   Fax#: _____
- Address: _____
- Signature (Note: Manual Signature Required for CS): _____   Date: 8/31/15

# Lidocin / Rexaphenac / Voltaren

**Patient:** DEBRA DEPUGH
**DOB:**
**Home Phone:**
**Cell Phone:**
**Address:**
**City:**
**State:**
**Zip:**
**Allergies:**
**Diag.:**

**Insurance info**
**Carrier:**
**Bin#:**
**PCN#:**
**Group #:**
**Member ID #:**
**Workers Comp:** Yes  No
**DOI:**
**Claim #:**

## Lidocin

☑ **Lidocin**
**Strength:** Lidocaine ............. 3%
**SIG:** Apply 1-2 pumps to affected area 3-4 times daily.
**Qty.:** 240 gms
**Refills:** 12

## Rexaphenac Kit

☐ **Rexaphenac Kit**
**Strength:** Diclofenac............ 1%
**SIG:** Apply 1 pump to affected area up to 4 times daily.
**Qty.:** 120 gms
**Refills:** _____

## Voltaren

☐ **Voltaren Gel**
**Strength:** Voltaren Gel ........ 1%
**SIG:** Apply to affected area 3-4 times daily.
**Qty.:** 100 gms
**Refills:** _____

☐ Other _____

**Prescriber Name:** CHRISTOPHER INCE MD   **NPI #:** _____
**Lic. #:** _____   **DEA#:** _____   **Phone #:** 817 328 1010   **Fax#:** _____
**Address:** _____
**Signature** (Note: Manual Signature Required for CS): _____   **Date:** 8/31/15

GX1082.006

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| DEBRA DePUGH | [redacted] | |
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

**Diag.**

### Insurance info
- Carrier:
- Bin#         PCN#
- Group #
- Member ID #
- Workers Comp    Yes [ ]    No [ ]
- DOI          Claim #

---

## PAIN-TRANSDERMAL
Any added controlled substances must be handwritten.

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............. 20%
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ................ 6%
- Lidocaine ................ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☒6 ☐12 _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................... 2%
- Cyclobenzaprine ....... 2%
- Gabapentin ................ 6%
- Lidocaine ................. 2%
- Diclofenac ................ 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☒6 ☐12 _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............. 20%
- Cyclobenzaprine ....... 2%
- Baclofen ................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☒3 ☐6 ☐12 _____

**☐ Reme-D**
- Topiramate .............. 2.5%
- Celecoxib .................. 2%
- Gabapentin ................ 5%
- Lidocaine ................. 2%
- Duloxetine ............... 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## PAIN-TOPICAL

**☑ Renovo Pain Patch**
- Menthol .................... 5%
- Capsaicin ............ 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed.
- Qty: ☐ 30 count
       ☐ 60 count
       ☐ _____
- Refills: ☐3 ☐6 ☒12 _____

**☑ Camphomex Topical Spray**
- Menthol ................... 10%
- Camphor .................... 4%
- Histamine ............ 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: ☐3 ☐6 ☒12 _____

---

## DERMATOLOGICAL

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ................. 1%
- Fluconazole ................. 2%
- Pentoxifylline ............ 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ................ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .................. 5%
- Baclofen .................... 2%
- Fluticasone ................. 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ......... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## SCAR

**☑ Dermacin Rx SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm .......... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack
- Refills: ☐3 ☒6 ☐12 _____

**☐ Scar (transdermal)**
- Fluticasone ................. 1%
- Levocetirizine ............. 2%
- Pentoxifylline ............ 0.5%
- **For painful scars, add:**
  - Prilocaine .................. 3%
  - Gabapentin ................ 15%
- **For elasticity, add:**
  - Hyaluronic Acid ........ 0.2%
  - Vitamin D3 ............... 0.05%
  - Vitamin C .................... 5%
  - Estradiol .................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate .................. 5%
- Baclofen .................... 2%
- Cyclobenzaprine .......... 2%
- Lidocaine ................... 2%
- Flurbiprofen ............... 10%
- Apomorphine ............. 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
       ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone  0.2%
- Finasteride  0.2%
- Minoxidil    5%
- Tretinoin    0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml
       ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

---

## GENERAL WELLNESS

**☐ Super-SB: General Wellness**
- **SB-1:**
  - 5-MTHF ...................... 500 mcg
  - Alpha Lipoic Acid .......... 250 mg
  - Coenzyme Q10 ............... 100 mg
  - Methylcobalamin ............. 20 mg
  - EGCG ......................... 50 mg
  - Vitamin E .................. 100 mg
  - Glutathione ................ 100 mg
  - SIG: Take 1 capsule by mouth daily
  - Qty: 60 capsules   Refills: 3 6 12
- **SB-2:**
  - Resveratrol Powder ........ 100 mg
  - Pyridoxal-5-Phosphate ..... 25 mg
  - Beta Carotene ............ 2,500 IU
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules
  - Refills: ☐3 ☐6 ☐12 _____

## METABOLIC SUPPLEMENTS

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ................... 3 mg
- Methylcobalamin .......... 5 mg
- N-Acetylcysteine ...... 125 mg
- Glutathione ............... 50 mg
- Diphenhydramine ........ 20 mg
- 5-HTP ..................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin .......... 20 mg
- Coenzyme Q10 ............. 75 mg
- 5-HTP ..................... 100 mg
- Acidophilus .............. 100 mg
- Bupropion .................. 50 mg
- Psyllium Husk ............ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

## BONE HEALTH

**☐ BH: Bone Health**
- **BH-1:**
  - Vitamin D3 ................... 5,000 IU
  - Magnesium Oxide ............... 200 mg
  - Zinc Gluconate ............... 69.6 mg
  - Copper Gluconate ............. 7.14 mg
  - Boron ........................... 1 mg
  - Betaine Anhydrous ............. 25 mg
  - Pyridoxal-5-Phosphate ......... 70 mg
  - Boswella Serrata ............. 200 mg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules   Refills: ☐3 ☐6 ☐12 _____
- **BH-2:**
  - Resveratrol ................... 20 mg
  - Calcium Gluconate ............ 500 mg
  - Coenzyme Q10 ................. 100 mg
  - 5-Methyltetrahydrofolate ..... 500 mcg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules   Refills: ☐3 ☐6 ☐12 _____

---

☐ Other _____

Prescriber Name: CHRISTOPHER INCE MD             NPI #: 1780709493
Lic. #: _____    DEA#: _____    Phone #: 817 328 1010    Fax#: _____
Address: 1001 12TH AVE SUITE 170  FORT WORTH, TEXAS 76104

Signature (Note: Manual Signature Required for CS): _____    Date: 8/31/15

# Lidocin / Rexaphenac / Voltaren

**Patient:** NICK LEONARD
**DOB:**
**Home Phone**
**Cell Phone**
**Address**
**City** **State** **Zip**
**Allergies**
**Diag.**

**Insurance info**
**Carrier:**
**Bin#** **PCN#**
**Group #**
**Member ID #**
**Workers Comp** **Yes** **No**
**DOI** **Claim #**

## Lidocin

☒ **Lidocin**
**Strength:** Lidocaine ............ 3%
**SIG:** Apply 1-2 pumps to affected area 3-4 times daily.
**Qty.:** 240 gms
**Refills:** 12

## Rexaphenac Kit

☐ **Rexaphenac Kit**
**Strength:** Diclofenac............ 1%
**SIG:** Apply 1 pump to affected area up to 4 times daily.
**Qty.:** 120 gms
**Refills:** _____

## Voltaren

☐ **Voltaren Gel**
**Strength:** Voltaren Gel ........ 1%
**SIG:** Apply to affected area 3-4 times daily.
**Qty.:** 100 gms
**Refills:** _____

☐ **Other** _____

**Prescriber Name:** CHRISTOPHER INCE    **NPI #:**
**Lic. #:** _____ **DEA#:** _____ **Phone #:** 817 328 1010 **Fax#:** _____
**Address:** _____
**Signature** (Note: Manual Signature Required for CS): _____ **Date:** 8/31/15

GX1082.008

| PATIENT | DOB | LAST 4 DIGITS OF SSN | Insurance info |
|---|---|---|---|
| NICK LEONARD | ███ | | Carrier: |

| Home Phone | Cell Phone | | Bin# | PCN# |
|---|---|---|---|---|

Address

| City | State | Zip | Group # |
|---|---|---|---|

Allergies

Member ID #

| | | | Workers Comp | Yes ☐ | No ☐ |
|---|---|---|---|---|---|

Diag.

| DOI | Claim # |
|---|---|

---

### PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

### PAIN-TOPICAL

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............... 20%
- Baclofen ..................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................. 6%
- Lidocaine ................... 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☒3 ☐6 ☐12 _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ..................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................. 6%
- Lidocaine ................... 2%
- Diclofenac .................. 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☒3 ☐6 ☐12 _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............... 20%
- Cyclobenzaprine ........... 2%
- Baclofen ..................... 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☒3 ☐6 ☐12 _____

**☐ Reme-D**
- Topiramate ................ 2.5%
- Celecoxib ................... 2%
- Gabapentin ................. 5%
- Lidocaine ................... 2%
- Duloxetine ................. 1.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

**☑ Renovo Pain Patch**
- Menthol ...................... 5%
- Capsaicin .................. 0.0375%
- **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
- **Qty:** ☐ 30 count
- ☐ 60 count
- ☐ _____
- **Refills:** ☐3 ☐6 ☒12 _____

**☑ Camphomex Topical Spray**
- Menthol .................... 10%
- Camphor .................... 4%
- Histamine ............... 0.025%
- **SIG:** Apply 1-2 sprays, 3-4 times per day PRN pain
- **Qty:** 240 gm
- **Refills:** ☐3 ☐6 ☒12 _____

---

### DERMATOLOGICAL

### SCAR

### SPECIALTY

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ................. 1%
- Fluconazole ................. 2%
- Pentoxifylline ............ 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ................ 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .................. 5%
- Baclofen ..................... 2%
- Fluticasone ................. 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

**☑ Dermacin Rx SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm .......... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- **SIG:** Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- **Qty:** 1 pack
- **Refills:** ☐3 ☒6 ☐12 _____

**☐ Scar (transdermal)**
- Fluticasone ................. 1%
- Levocetirizine ............. 2%
- Pentoxifylline ........... 0.5%
- **For painful scars, add:**
- Prilocaine .................. 3%
- Gabapentin ................ 15%
- **For elasticity, add:**
- Hyaluronic Acid ......... 0.2%
- Vitamin D3 ................ 0.05%
- Vitamin C ................... 5%
- Estradiol .................. 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

**☐ MGL-1A: Migraine**
- Topiramate .................. 5%
- Baclofen ..................... 2%
- Cyclobenzaprine .......... 2%
- Lidocaine ................... 5%
- Flurbiprofen .............. 10%
- Apomorphine ............. 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm
- ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone  0.2%
- Finasteride  0.2%
- Minoxidil  5%
- Tretinoin  0.01%
- ☐ **For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml
- ☐ _____
- **Refills:** ☐3 ☐6 ☐12 _____

---

### GENERAL WELLNESS

### METABOLIC SUPPLEMENTS

### BONE HEALTH

**☐ Super-SB: General Wellness**
- **SB-1:**
  - 5-MTHF ..................... 500 mcg
  - Alpha Lipoic Acid ........ 250 mg
  - Coenzyme Q10 .............. 100 mg
  - Methylcobalamin ........... 20 mg
  - EGCG ........................ 50 mg
  - Vitamin E ................. 100 mg
  - Glutathione .............. 100 mg
  - **SIG:** Take 1 capsule by mouth twice daily
  - **Qty:** 60 capsules   **Refills:** 3  6  12
- **SB-2:**
  - Resveratrol Powder ...... 100 mg
  - Pyridoxal-5-Phosphate ... 25 mg
  - Beta Carotene ........... 2,500 IU
  - **SIG:** Take 1 capsule by mouth twice daily
  - **Qty:** 60 capsules
  - **Refills:** ☐3 ☐6 ☐12 _____

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin ..................... 3 mg
- Methylcobalamin ............. 5 mg
- N-Acetylcysteine ........... 125 mg
- Glutathione ................. 50 mg
- Diphenhydramine ............. 20 mg
- 5-HTP ...................... 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** 30 capsules
- **Refills:** ☐3 ☐6 ☐12 _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ............ 20 mg
- Coenzyme Q10 ............... 75 mg
- 5-HTP ...................... 100 mg
- Acidophilus ................ 100 mg
- Bupropion ................... 50 mg
- Psyllium Husk .............. 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** ☐3 ☐6 ☐12 _____

**☐ BH: Bone Health**
- **BH-1:**
  - Vitamin D3 ................ 5,000 IU
  - Magnesium Oxide ............ 200 mg
  - Zinc Gluconate ............ 69.6 mg
  - Copper Gluconate .......... 7.14 mg
  - Boron ....................... 1 mg
  - Betaine Anhydrous .......... 25 mg
  - Pyridoxal-5-Phosphate ...... 70 mg
  - Boswella Serrata .......... 200 mg
  - **SIG:** Take 1 capsule by mouth once daily
  - **Qty:** 30 capsules   **Refills:** ☐3 ☐6 ☐12 _____
- **BH-2:**
  - Resveratrol ................ 20 mg
  - Calcium Gluconate ......... 500 mg
  - Coenzyme Q10 .............. 100 mg
  - 5-Methyltetrahydrofolate ... 500 mcg
  - **SIG:** Take 1 capsule by mouth once daily
  - **Qty:** 30 capsules   **Refills:** ☐3 ☐6 ☐12 _____

---

☐ Other _____

**Prescriber Name:** CHRISTOPHER INCE MD        **NPI #:** _____

**Lic. #:** _____  **DEA#:** _____  **Phone #:** 817 328 1010  **Fax#:** _____

**Address:** _____

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** 8/31/15

# Lidocin / Rexaphenac / Voltaren

**Patient:** ANDREA WALTON

| Home Phone | Cell Phone |
|---|---|
| Address | |
| City | State | Zip |
| Allergies | |

Diag.

**Insurance info**

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Member ID # | |
| Workers Comp | Yes | No |
| DOI | Claim # |

## Lidocin

☒ **Lidocin**
- **Strength:** Lidocaine ............ 3%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily.
- **Qty.:** 240 gms
- **Refills:** 12

## Rexaphenac Kit

☐ **Rexaphenac Kit**
- **Strength:** Diclofenac............ 1%
- **SIG:** Apply 1 pump to affected area up to 4 times daily.
- **Qty.:** 120 gms
- **Refills:** _____

## Voltaren

☐ **Voltaren Gel**
- **Strength:** Voltaren Gel ........ 1%
- **SIG:** Apply to affected area 3-4 times daily.
- **Qty.:** 100 gms
- **Refills:** _____

☐ Other _____

**Prescriber Name:** CHRISTOPHER INCE   **NPI #:** _____
**Lic. #:** _____   **DEA#:** _____   **Phone #:** 817 328 1010   **Fax#:** _____
**Address:** _____
**Signature** (Note: Manual Signature Required for CS): _____   **Date:** 8/31/15

GX1082.010

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| ANDREA WALTON | | |

Home Phone | Cell Phone
Address
City | State | Zip
Allergies
Diag.

**Insurance info**

Carrier:
Bin# | PCN#
Group #
Member ID #
Workers Comp | Yes ☐ | No ☐
DOI | Claim #

---

### PAIN-TRANSDERMAL
**Any added controlled substances must be handwritten.**
### PAIN-TOPICAL

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .............. 20%
- Baclofen ..................... 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ................ 6%
- Lidocaine .................. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ..................... 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ................ 6%
- Lidocaine .................. 2%
- Diclofenac .................. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen .............. 20%
- Cyclobenzaprine ........ 2%
- Baclofen ..................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐8 ☐6 ☐12 _____

**☐ Reme-D**
- Topiramate ............... 2.5%
- Celecoxib .................... 2%
- Gabapentin ................. 5%
- Lidocaine .................... 2%
- Duloxetine ................. 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

**☑ Renovo Pain Patch**
- Menthol ...................... 5%
- Capsaicin ............... 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed.
- Qty: ☐ 30 count
-      ☑ 60 count
-      ☐ _____
- Refills: ☐3 ☐6 ☑12 _____

**☑ Camphomex Topical Spray**
- Menthol ................... 10%
- Camphor ................... 4%
- Histamine .............. 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: ☐3 ☐6 ☑12 _____

---

### DERMATOLOGICAL

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ................ 1%
- Fluconazole ................ 2%
- Pentoxifylline ........... 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ............... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
- Refills: ☐3 ☐6 ☐12 _____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .................. 5%
- Baclofen ..................... 2%
- Fluticasone ................ 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
- Refills: ☐3 ☐6 ☐12 _____

### SCAR

**☑ Dermacin Rx SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm ........ 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack
- Refills: ☐3 ☑6 ☐12 _____

**☐ Scar (transdermal)**
- Fluticasone ................ 1%
- Levocetirizine ............ 2%
- Pentoxifylline ........... 0.5%
- **For painful scars, add:**
- Prilocaine ................... 3%
- Gabapentin ............... 15%
- **For elasticity, add:**
- Hyaluronic Acid ........ 0.2%
- Vitamin D3 ............... 0.05%
- Vitamin C .................... 5%
- Estradiol ................... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate .................. 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ........ 2%
- Lidocaine .................... 2%
- Flurbiprofen .............. 10%
- Apomorphine ........... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
-      ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone   0.2%
- Finasteride   0.2%
- Minoxidil    5%
- Tretinoin   0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml
-      ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

---

### GENERAL WELLNESS

**☐ Super-SB: General Wellness**
- **SB-1:** 5-MTHF .................... 500 mcg
-           Alpha Lipoic Acid ........ 250 mg
-           Coenzyme Q10 .......... 100 mg
-           Methylcobalamin ....... 20 mg
-           EGCG .......................... 50 mg
-           Vitamin E ................. 100 mg
-           Glutathione .............. 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: 3  6  12
- **SB-2:** Resveratrol Powder ...... 100 mg
-           Pyridoxal-5-Phosphate ... 25 mg
-           Beta Carotene ........... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: ☐3 ☐6 ☐12 _____

### METABOLIC SUPPLEMENTS

### INSOMNIA

**☐ KP-1: Insomnia**
- Melatonin .................. 3 mg
- Methylcobalamin ....... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ............. 50 mg
- Diphenydramine ...... 20 mg
- 5-HTP ...................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

### DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ...... 20 mg
- Coenzyme Q10 .......... 75 mg
- 5-HTP ........................ 100 mg
- Acidophilus .............. 100 mg
- Bupropion ................. 50 mg
- Psyllium Husk .......... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

### BONE HEALTH

**☐ BH: Bone Health**
- **BH-1:** Vitamin D3 ................ 5,000 IU
-           Magnesium Oxide ..... 200 mg
-           Zinc Gluconate ........ 69.6 mg
-           Copper Gluconate ... 7.14 mg
-           Boron ........................... 1 mg
-           Betaine Anhydrous ..... 25 mg
-           Pyridoxal-5-Phosphate ... 70 mg
-           Boswella Serrata ..... 200 mg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules  Refills: ☐3 ☐6 ☐12
- **BH-2:** Resveratrol ................. 20 mg
-           Calcium Gluconate ... 500 mg
-           Coenzyme Q10 ......... 100 mg
-           5-Methyltetrahydrofolate ... 500 mcg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules  Refills: ☐3 ☐6 ☐12

---

☐ Other _____

Prescriber Name: CHRISTOPHER INCE MD    NPI #: _____

Lic. #: _____    DEA#: _____    Phone #: 817 328 1010    Fax#: _____

Address: _____

Signature (Note: Manual Signature Required for CS): _____    Date: 8/31/15

GX1082.011

OP_Script_Pad_August_2015_v5_unbranded

# Lidocin / Rexaphenac / Voltaren

**Patient:** JORDAN WALTON
**DOB:** [redacted]
**Home Phone:**
**Cell Phone:**
**Address:**
**City:** **State:** **Zip:**
**Allergies:**
**Diag.:**

**Insurance info**
**Carrier:**
**Bin#:** **PCN#:**
**Group #:**
**Member ID #:**
**Workers Comp:** **Yes** **No**
**DOI:** **Claim #:**

## Lidocin

☒ **Lidocin**
**Strength:** Lidocaine ............. 3%
**SIG:** Apply 1-2 pumps to affected area 3-4 times daily.
**Qty.:** 240 gms
**Refills:** 12

## Rexaphenac Kit

☐ **Rexaphenac Kit**
**Strength:** Diclofenac............ 1%
**SIG:** Apply 1 pump to affected area up to 4 times daily.
**Qty.:** 120 gms
**Refills:** _____

## Voltaren

☐ **Voltaren Gel**
**Strength:** Voltaren Gel ........ 1%
**SIG:** Apply to affected area 3-4 times daily.
**Qty.:** 100 gms
**Refills:** _____

☐ Other _____

**Prescriber Name:** CHRISTOPHER INCE   **NPI #:**
**Lic. #:**   **DEA#:**   **Phone #:** 817 328 1010   **Fax#:**
**Address:**
**Signature** (Note: Manual Signature Required for CS):   **Date:** 8/31/15

GX1082.012

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| JORDAN WALTON | | |
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

Diag.

**Insurance info**

Carrier:
Bin#            PCN#
Group #
Member ID #
Workers Comp    Yes ☐   No ☐
DOI             Claim #

---

**Any added controlled substances must be handwritten.**

### PAIN-TRANSDERMAL

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............ 20%
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin ............. 6%
- Lidocaine ............. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3 ☐6 ☐12 ____

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Gabapentin ............. 6%
- Lidocaine ............... 2%
- Diclofenac .............. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3 ☐6 ☐12 ____

**☐ GPI-2: General Pain / Inflammation**
- Flurbiprofen ............ 20%
- Cyclobenzaprine ...... 2%
- Baclofen ................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐8 ☐6 ☐12 ____

**☐ Reme-D**
- Topiramate ........... 2.5%
- Celecoxib .............. 2%
- Gabapentin ............ 5%
- Lidocaine ............... 2%
- Duloxetine ............ 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3 ☐6 ☐12 ____

### PAIN-TOPICAL

**☑ Renovo Pain Patch**
- Menthol ................. 5%
- Capsaicin ........... 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed.
- Qty: ☐ 30 count
  ☐ 60 count
  ☐ ____
- Refills: ☐3 ☐6 ☑12 ____

**☑ Camphomex Topical Spray**
- Menthol ............... 10%
- Camphor .............. 4%
- Histamine .......... 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: ☐3 ☐6 ☑12 ____

---

### DERMATOLOGICAL

**☐ DERM-2: Topical Anti Fungal Cream**
- Fluticasone ............. 1%
- Fluconazole ............ 2%
- Pentoxifylline ....... 0.5%
- Lidocaine ............... 2%
- Hydroxyzine ........... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
- Refills: ☐3 ☐6 ☐12 ____

**☐ DERM-7: Plantar Fasciitis**
- Diclofenac .............. 5%
- Baclofen ................. 2%
- Fluticasone ............. 1%
- Lidocaine ............... 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
- Refills: ☐3 ☐6 ☐12 ____

### SCAR

**☑ Dermacin Rx SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm ....... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack
- Refills: ☐3 ☑6 ☐12 ____

**☐ Scar (transdermal)**
- Fluticasone ............. 1%
- Levocetirizine ......... 2%
- Pentoxifylline ....... 0.5%
- **For painful scars, add:**
  - Prilocaine .............. 3%
  - Gabapentin ........... 15%
- **For elasticity, add:**
  - Hyaluronic Acid ... 0.2%
  - Vitamin D3 .......... 0.05%
  - Vitamin C ............. 5%
  - Estradiol ............ 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ ____
- Refills: ☐3 ☐6 ☐12 ____

### SPECIALTY

**☐ MGL-1A: Migraine**
- Topiramate ............. 5%
- Baclofen ................. 2%
- Cyclobenzaprine ...... 2%
- Lidocaine ............... 2%
- Flurbiprofen .......... 10%
- Apomorphine ....... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
  ☐ ____
- Refills: ☐3 ☐6 ☐12 ____

**☐ SCALP CARE - 3 Hair Solution**
- Fluticasone   0.2%
- Finasteride   0.2%
- Minoxidil   5%
- Tretinoin   0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml
  ☐ ____
- Refills: ☐3 ☐6 ☐12 ____

---

### GENERAL WELLNESS

**☐ Super-SB: General Wellness**
- **SB-1:**
  - 5-MTHF ................ 500 mcg
  - Alpha Lipoic Acid ...... 250 mg
  - Coenzyme Q10 ......... 100 mg
  - Methylcobalamin ...... 20 mg
  - EGCG ..................... 50 mg
  - Vitamin E ............... 100 mg
  - Glutathione ............ 100 mg
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules   Refills: 3  6  12
- **SB-2:**
  - Resveratrol Powder ...... 100 mg
  - Pyridoxal-5-Phosphate ... 25 mg
  - Beta Carotene ............. 2,500 IU
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules
  - Refills: ☐3 ☐6 ☐12 ____

### METABOLIC SUPPLEMENTS

**INSOMNIA**

**☐ KP-1: Insomnia**
- Melatonin ................ 3 mg
- Methylcobalamin ..... 5 mg
- N-Acetylcysteine ... 125 mg
- Glutathione ........... 50 mg
- Diphenydramine ..... 20 mg
- 5-HTP ................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 ____

**DIET SUPPLEMENT**

**☐ ADP-6**
- Methylcobalamin ....... 20 mg
- Coenzyme Q10 ......... 75 mg
- 5-HTP .................... 100 mg
- Acidophilus ............ 100 mg
- Bupropion ............... 50 mg
- Psyllium Husk ......... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 ____

### BONE HEALTH

**☐ BH: Bone Health**
- **BH-1:**
  - Vitamin D3 .................... 5,000 IU
  - Magnesium Oxide ........... 200 mg
  - Zinc Gluconate ............... 69.6 mg
  - Copper Gluconate ........... 7.14 mg
  - Boron ............................ 1 mg
  - Betaine Anhydrous ......... 25 mg
  - Pyridoxal-5-Phosphate .... 70 mg
  - Boswella Serrata ............ 200 mg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules   Refills: ☐3 ☐6 ☐12 ____
- **BH-2:**
  - Resveratrol ................... 20 mg
  - Calcium Gluconate .......... 500 mg
  - Coenzyme Q10 .............. 100 mg
  - 5-Methyltetrahydrofolate ... 500 mcg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules   Refills: ☐3 ☐6 ☐12 ____

---

☐ Other _____

Prescriber Name: CHRISTOPHER INCE MD           NPI #: _____

Lic. #: _____   DEA#: _____   Phone #: 817 328 1010   Fax#: _____

Address: _____

Signature (Note: Manual Signature Required for CS): _____   Date: 8/31/15

# Lidocin / Rexaphenac / Voltaren

**Patient:** ROBERT WALTON  
**DOB:**  
**Home Phone:**  
**Cell Phone:**  
**Address:**  
**City:**   **State:**   **Zip:**  
**Allergies:**  
**Diag.:**  

**Insurance info**  
**Carrier:**  
**Bin#:**   **PCN#:**  
**Group #:**  
**Member ID #:**  
**Workers Comp:**   **Yes**   **No**  
**DOI:**   **Claim #:**  

## Lidocin

☒ **Lidocin**  
**Strength:** Lidocaine ............. 3%  
**SIG:** Apply 1-2 pumps to affected area 3-4 times daily.  
**Qty.:** 240 gms  
**Refills:** 12

## Rexaphenac Kit

☐ **Rexaphenac Kit**  
**Strength:** Diclofenac............ 1%  
**SIG:** Apply 1 pump to affected area up to 4 times daily.  
**Qty.:** 120 gms  
**Refills:** _____

## Voltaren

☐ **Voltaren Gel**  
**Strength:** Voltaren Gel ........ 1%  
**SIG:** Apply to affected area 3-4 times daily.  
**Qty.:** 100 gms  
**Refills:** _____

☐ **Other** _____

**Prescriber Name:** CHRISTOPHER INCE   **NPI #:**  
**Lic. #:**   **DEA#:**   **Phone #:** 817 328 1010   **Fax#:**  
**Address:**  
**Signature** (Note: Manual Signature Required for CS): _____   **Date:** 8/31/15

GX1082.014

## Patient Information

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| ROBERT WALTON | ▮▮▮▮ | |
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

Diag.

### Insurance info
- Carrier:
- Bin#
- PCN#
- Group #
- Member ID #
- Workers Comp: Yes ☐  No ☐
- DOI
- Claim #

---

**Any added controlled substances must be handwritten.**

## PAIN-TRANSDERMAL

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen .............. 20%
- Baclofen .................. 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................ 6%
- Lidocaine ................. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen .................. 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ................ 6%
- Lidocaine ................. 2%
- Diclofenac ................ 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen .............. 20%
- Cyclobenzaprine ........... 2%
- Baclofen .................. 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐8 ☐6 ☐12 _____

### ☐ Reme-D
- Topiramate ................ 2.5%
- Celecoxib ................. 2%
- Gabapentin ................ 5%
- Lidocaine ................. 2%
- Duloxetine ................ 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## PAIN-TOPICAL

### ☑ Renovo Pain Patch
- Menthol ................... 5%
- Capsaicin ................. 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed.
- Qty: ☐ 30 count  ☑ 60 count  ☐ _____
- Refills: ☐3 ☐6 ☑12 _____

### ☑ Camphomex Topical Spray
- Menthol ................... 10%
- Camphor .................. 4%
- Histamine ................ 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: ☐3 ☐6 ☑12 _____

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ............... 1%
- Fluconazole ............... 2%
- Pentoxifylline ............ 0.5%
- Lidocaine ................. 2%
- Hydroxyzine ............... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
- Refills: ☐3 ☐6 ☐12 _____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac ................ 5%
- Baclofen .................. 2%
- Fluticasone ............... 1%
- Lidocaine ................. 2%
- Verapamil Hydrochloride ... 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm
- Refills: ☐3 ☐6 ☐12 _____

## SCAR

### ☑ Dermacin Rx SilaPak (scar topical)
- Triamcinolone Acetonide Cream USP, 80 gm .......... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .... 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack
- Refills: ☐3 ☑6 ☐12 _____

### ☐ Scar (transdermal)
- Fluticasone ............... 1%
- Levocetirizine ............ 2%
- Pentoxifylline ............ 0.5%
- **For painful scars, add:**
  - Prilocaine ................ 3%
  - Gabapentin ............... 15%
- **For elasticity, add:**
  - Hyaluronic Acid .......... 0.2%
  - Vitamin D3 ............... 0.05%
  - Vitamin C ................. 5%
  - Estradiol ................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate ................ 5%
- Baclofen .................. 2%
- Cyclobenzaprine ........... 2%
- Lidocaine ................. 2%
- Flurbiprofen .............. 10%
- Apomorphine .............. 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone  0.2%
- Finasteride  0.2%
- Minoxidil  5%
- Tretinoin  0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml  ☐ _____
- Refills: ☐3 ☐6 ☐12 _____

## GENERAL WELLNESS

### ☐ Super-SB: General Wellness
- **SB-1:**
  - 5-MTHF .................. 500 mcg
  - Alpha Lipoic Acid ........ 250 mg
  - Coenzyme Q10 ............ 100 mg
  - Methylcobalamin .......... 20 mg
  - EGCG .................... 50 mg
  - Vitamin E ............... 100 mg
  - Glutathione ............. 100 mg
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules  Refills: 3  6  12
- **SB-2:**
  - Resveratrol Powder ....... 100 mg
  - Pyridoxal-5-Phosphate ... 25 mg
  - Beta Carotene ........... 2,500 IU
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules
  - Refills: ☐3 ☐6 ☐12 _____

## METABOLIC SUPPLEMENTS

### INSOMNIA

### ☐ KP-1: Insomnia
- Melatonin ................ 3 mg
- Methylcobalamin .......... 5 mg
- N-Acetylcysteine ......... 125 mg
- Glutathione .............. 50 mg
- Diphenhydramine .......... 20 mg
- 5-HTP .................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

### DIET SUPPLEMENT

### ☐ ADP-6
- Methylcobalamin .......... 20 mg
- Coenzyme Q10 ............ 75 mg
- 5-HTP .................... 100 mg
- Acidophilus .............. 100 mg
- Bupropion ................ 50 mg
- Psyllium Husk ............ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: ☐3 ☐6 ☐12 _____

## BONE HEALTH

### ☐ BH: Bone Health
- **BH-1:**
  - Vitamin D3 .............. 5,000 IU
  - Magnesium Oxide ......... 200 mg
  - Zinc Gluconate .......... 69.6 mg
  - Copper Gluconate ........ 7.14 mg
  - Boron ................... 1 mg
  - Betaine Anhydrous ....... 25 mg
  - Pyridoxal-5-Phosphate ... 70 mg
  - Boswella Serrata ........ 200 mg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules  Refills: ☐3 ☐6 ☐12
- **BH-2:**
  - Resveratrol ............. 20 mg
  - Calcium Gluconate ....... 500 mg
  - Coenzyme Q10 ............ 100 mg
  - 5-Methyltetrahydrofolate . 500 mcg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules  Refills: ☐3 ☐6 ☐12

---

☐ Other _____

**Prescriber Name:** CHRISTOPHER INCE MD     **NPI #:** _____

Lic. #: _____  DEA#: _____  Phone #: 817 328 1010  Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

| Omni-One-Med Pharmacy Services, LLC | Pharmacy Fax: (832) 554-5009 |
|---|---|

## Prescription Refill Request

(This fax contains sensitive patient information. If you are not the intended party, please destroy this fax)

**Date printed / faxed  8/28/2015**

**TO:** CHRISTOPHER INCE
1001 12TH AVE #170 FORT WORTH, TX 76104
Phone (817)328-1010    (000)000-0000
Fax (817)472-2188

**FROM:** Omni-One-Med Pharmacy Services, LLC
17310 W Grand Pkway S, Ste E Sugar Land, TX 7:
Phone (888) 350-4393
Fax (832) 554-5009

**Patient:** NEIL DOUGHERTY

Phone
Birthdate                              Age 30
Rx #   303907
Quantity 300
Drug SCAR GEL NON-PAIN  GEL

Date written 2/17/2015
Last refill 2/23/2015        Prescription expiration date 2/17/2016
Directions  Apply 1 - 2 pumps to affected area 3 - 4 times daily.  *** 1 pump = 1.5ml's ***

**Additional note:**

**Refill Response:** Fax back to the pharmacy at  (832) 554-5009
May Refill:
____ PRN, or ____ Time(s) as Consistent with State Law or Until __/__/____.
Authorized by _____  Date __/__/____
Comments or Questions:

GX1082.016