**From**: brianski9966@gmail.com [brianski9966@gmail.com]
**Sent**: 8/31/2015 7:32:22 PM
**To**: incechris@hotmail.com
**CC**: Brad Madrid [brad.madrid@pharmsmgmt.com]
**Subject**: Scripts. Send to Ince

Sent from my iPhone

GX1083.001



DOJ-SMUBSSB-0000117408