| | |
|---|---|
| **From**: | Brad Madrid [brad.madrid@pharmsmgmt.com] |
| **Sent**: | 11/12/2015 3:29:15 PM |
| **To**: | incechris@hotmail.com |
| **CC**: | Brian Swiensinski [brianski9966@gmail.com] |
| **Subject**: | New Products for your patients |
| **Attachments**: | 2789_001.pdf |

Dr. Ince,

I hope you're doing well.

Attached you will find a prescription with our alternative products that are now covered by these certain patient's insurance plan. If you would like this patient to receive their medication, please sign and send the script and fax back to 855-325-3500.

Thank You
Brad

**Brad Madrid**
Marketing Director
o: 713-325-2315| c: 925-285-0659 |f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



**From:** scanner@omniplushealthcare.com [mailto:scanner@omniplushealthcare.com]
**Sent:** Wednesday, November 11, 2015 6:00 PM
**To:** Brad Madrid
**Subject:** Attached Image

GX1090.001

GOVERNMENT
EXHIBIT
**1090**
4:18-CR-368

DOJ-SMUBSSB-0000064836

**Alternative**

**Insurance info**

Patient: Ashley Neal
DOB: [redacted]

Home Phone:
Cell Phone:
Address:
City:
State:
Zip:
Allergies:
Diag.: G89.4

Carrier:
Bin#:
PCN#:
Group #:
Member ID #:
Workers Comp:  Yes   No
DOI:
Claim #:

## General Wellness

☒ **Wellness Pack**

**Strength:** Omega-3 .................................. 1gm
Vitamin D3 ....................... 1,000 IU

**SIG:** Take 2 capsules of Omega-3 and
1 capsule Vitamin D3 twice daily

**Omega-3 Qty:** 120 capsules

**Vitamin D3 Qty:** 60 capsules

**Refills:** 5   11   (12)

☐ Other

Prescriber Name: CHRiSToPher INGE MD      NPI #: 1780709453
Lic. #:          DEA#:                    Phone #: 817 328 1010    Fax#: 817 472 2188
Address: 1001 12th Av Ste 170   Fort Worth, Tx 76104
Signature (Note: Manual Signature Required for CS):                    Date:

OP_General-Wellness_script_pad_v1

GX1090.002

DOJ-SMUBSSB-0000064837
DOJ-SMUBSSB-0000064837-1

**PATIENT:** Ashley Neal
**DOB:** [redacted]
**LAST 4 DIGITS OF SSN:** [redacted]
**Home Phone:**
**Cell Phone:**
**Address:**
**City:**  **State:**  **Zip:**
**Allergies:**
**Diag.** 689.4

**Insurance info**
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

**☐ NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ........ 20%
- Baclofen ........ 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ........ 6%
- Lidocaine ........ 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ___
- Refills: 3  6  12 ___

**☐ NCP-9: Neuropathic & Chronic Pain**
- Baclofen ........ 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ........ 6%
- Lidocaine ........ 2%
- Diclofenac ........ 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ___
- Refills: 3  6  12 ___

**☐ GPI-2B: General Pain / Inflammation**
- Flurbiprofen ........ 20%
- Cyclobenzaprine ........ 2%
- Baclofen ........ 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ___
- Refills: 3  6  12 ___

## COMBINATION-PAIN

**☒ FDA-1 (Combination Pain)**
- ☒ Lidocaine USP Ointment ........ 5%
- SIG: Apply to affected area 4 times daily as directed
- Qty: 250 gm
- Refills: 3  6  (12) ___
- ☒ Diclofenac Sodium ........ 1.5%
- SIG: Apply to affected area twice daily as directed
- Qty: 150 gm
- Refills: 3  6  (12) ___

**☒ Renovo Pain Patch & Cream**
- Menthol ........ 5%
- Capsaicin ........ 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed
- Qty: ☐ 30 count ☒ 60 count ☐ ___
- Refills: 3  6  (12) ___
- Lidocaine USP Ointment ........ 5%
- SIG: Apply to affected area 2-4 times daily as directed
- ~~Qty: 150 gm~~
- Refills: 3  6  12 ___

## PAIN-TRANSDERMAL

**☐ Reme-D**
- Topiramate ........ 2.5%
- Celecoxib ........ 2%
- Gabapentin ........ 5%
- Lidocaine ........ 2%
- Duloxetine ........ 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ___
- Refills: 3  6  12 ___

**☒ Camphomex Topical Spray**
- Menthol ........ 10%
- Camphor ........ 4%
- Histamine ........ 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: 3  6  (12) ___

## SCAR

**☐ Scar**
- Fluticasone ........ 1%
- Levocetirizine ........ 2%
- Pentoxifylline ........ 0.5%
- ☐ For painful scars, add:
  - Prilocaine ........ 3%
  - Gabapentin ........ 15%
- ☐ For elasticity, add:
  - Hyaluronic Acid ........ 0.2%
  - Vitamin D3 ........ 0.05%
  - Vitamin C ........ 5%
  - Estradiol ........ 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ___
- Refills: 3  6  12 ___

**☒ SDS Pak/ SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm ........ 0.1%
- Skin Repair Complex (Dimethicone) ........ 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack  Refills: 3  6  12 ___
- ☐ For painful scars, add:
  - FDA-L: Lidocaine ........ 5%
- SIG: Apply to affected area 4 times daily as directed
- Qty: 250 gm  Refills: 3  6  (12) ___

## WOUND CARE

**☒ Dermacin Rx Surgical PharmaPak**
- Chlorhexidine Gluconate Wash 4% ........ 237 ml
- Mupirocin 2% ........ 22 ml
- Skin Repair Complex (Dimethicone) 5% ........ 118 ml
- Silicone tape
- SIG: Step 1: Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.
  Step 2: Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.
  Step 3: Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in morning. Follow package direction.
- Qty: 1 pack  Refills: 3  6  (12)
- Description: Dermacin Rx Surgical PharmaPak is a pre-operative wash and is clinically proven to reduce the incidence of acquired infection due to Methycillin – Resistant-Staphylococcus - Aureus (MRSA) and Vancomycin – Resistant

## GENERAL WELLNESS

**☐ Super-SB: General Wellness**
- **SB-1:** 5-MTHF ........ 500 mcg
  Alpha Lipoic Acid ........ 250 mg
  Coenzyme Q10 ........ 100 mg
  Methylcobalamin ........ 20 mg
  EGCG ........ 50 mg
  Vitamin E ........ 100 mg
  Glutathione ........ 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: 3  6  12 ___
- **SB-2:** Resveratrol Powder ........ 100 mg
  Pyridoxal-5-Phosphate ........ 25 mg
  Beta Carotene ........ 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: 3  6  12 ___

## METABOLIC SUPPLEMENTS

## DIET SUPPLEMENT

**☐ ADP-6**
- Methylcobalamin ........ 20 mg
- Coenzyme Q10 ........ 75 mg
- 5-HTP ........ 100 mg
- Acidophilus ........ 100 mg
- Bupropion ........ 50 mg
- Psyllium Husk ........ 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: 3  6  12 ___

## BONE HEALTH

**☐ BH: Bone Health**
- **BH-1:** Vitamin D3 ........ 5,000 IU
  Magnesium Oxide ........ 200 mg
  Zinc Gluconate ........ 69.6 mg
  Copper Gluconate ........ 7.14 mg
  Boron ........ 1 mg
  Betaine Anhydrous ........ 25 mg
  Pyridoxal-5-Phosphate ........ 70 mg
  Boswella Serrata ........ 200 mg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules  Refills: 3  6  12 ___
- **BH-2:** Resveratrol ........ 20 mg
  Calcium Gluconate ........ 500 mg
  Coenzyme Q10 ........ 100 mg
  5-Methyltetrahydrofolate ........ 500 mcg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules  Refills: 3  6  12 ___

## MIGRAINE

**☒ Vanatol LQ (migraine syrup)**
- Butalbital ........ 50 mg
- Acetaminophen ........ 325 mg
- Caffeine ........ 40 mg
- Per 15 ml
- SIG: 1-2 tablespoons every four hours; Max 6 tablespoons per 24 hours
- 1 tablespoon = 15 ml
- Qty: ☐ 32 fl oz ☒ 48 fl oz
  ☐ ___
- Refills: 3  6  (12) ___

☐ **Other**

**Prescriber Name:** CHRISTOPHER INCE MD  **NPI #:** 1780709493
**Lic. #:** _____  **DEA #:** _____  **Phone #:** 817 328 1010  **Fax #:** 817 472-2188
**Address:** 1001 12th Ave Ste 170 Fort Worth, TX 76104
**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

OP_Script_Pad_November_2015_v13

GX1090.003

DOJ-SMUBSSB-0000064838
DOJ-SMUBSSB-0000064838-2

**PATIENT**: Alexis MADRID
**Home Phone**: 713-371-8122
**Address**: 4509 Emerson Ave
**City**: Dallas
**State**: TX
**Zip**: 75205
**Allergies**: NKDA
**Diag.**: NKHC

**DOB**: [redacted]
**Cell Phone**: [redacted]
**LAST 4 DIGITS OF SSN**:

**Insurance info**
Carrier:
Bin#:
PCN#:
Group #:
Member ID #:
Workers Comp: Yes / No

---

### PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ... 20%
- Baclofen ... 2%
- Cyclobenzaprine ... 2%
- Gabapentin ... 6%
- Lidocaine ... 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: 3  6  12  ___

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen ... 2%
- Cyclobenzaprine ... 2%
- Gabapentin ... 6%
- Lidocaine ... 2%
- Diclofenac ... 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: 3  6  12  ___

☐ **GPI-2B: General Pain / Inflammation**
- Flurbiprofen ... 20%
- Cyclobenzaprine ... 2%
- Baclofen ... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: 3  6  12  ___

### COMBINATION - PAIN

☒ **FDA-1 (Combination Pain)**
- ☒ Lidocaine USP Ointment ... 5%
- SIG: Apply to affected area 4 times daily as directed
- Qty: 250 gm
- Refills: 3  6  **(12)**  ___
- ☒ Diclofenac Sodium ... 1.5%
- SIG: Apply to affected area twice daily as directed
- Qty: 150 gm
- Refills: 3  6  **(12)**  ___

☒ **Renovo Pain Patch & Cream**
- Menthol ... 5%
- Capsaicin ... 0.0375%
- SIG: Apply 1 patch to affected area 1-2 times daily as needed
- Qty: ☐ 30 count ☒ 60 count ☐
- Refills: 3  6  **(12)**  ___
- ~~Lidocaine USP Ointment ... 5%~~
- ~~SIG: Apply to affected area 2-4 times daily as directed~~
- ~~Qty: 150 gm~~
- ~~Refills: 3  6  12~~

---

### PAIN-TRANSDERMAL

☐ **Reme-D**
- Topiramate ... 2.5%
- Celecoxib ... 2%
- Gabapentin ... 5%
- Lidocaine ... 2%
- Duloxetine ... 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: 3  6  12  ___

☒ **Camphomex Topical Spray**
- Menthol ... 10%
- Camphor ... 4%
- Histamine ... 0.025%
- SIG: Apply 1-2 sprays, 3-4 times per day PRN pain
- Qty: 240 gm
- Refills: 3  6  **(12)**  ___

### SCAR

☐ **Scar**
- Fluticasone ... 1%
- Levocetirizine ... 2%
- Pentoxifylline ... 0.5%
- ☐ For painful scars, add:
  - Prilocaine ... 3%
  - Gabapentin ... 15%
- ☐ For elasticity, add:
  - Hyaluronic Acid ... 0.2%
  - Vitamin D3 ... 0.05%
  - Vitamin C ... 5%
  - Estradiol ... 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ _____
- Refills: 3  6  12  ___

☒ **SDS Pak/ SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm ... 0.1%
- Skin Repair Complex (Dimethicone) ... 5%
- Silicone Tape
- SIG: Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- Qty: 1 pack Refills: 3  6  **(12)**  ___
- ☐ For painful scars, add:
  - ~~FDA-L: Lidocaine ... 5%~~
  - SIG: Apply to affected area 4 times daily as directed
- Qty: 250 gm Refills: 3  6  12  ___

☒ **WOUND CARE — Dermacin Rx Surgical PharmaPak**
- Chlorhexidine Gluconate Wash 4% ... 237 ml
- Mupirocin 2% ... 22 ml
- Skin Repair Complex (Dimethicone) 5% ... 118 ml
- Silicone tape
- SIG: Step 1: Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.
- Step 2: Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.
- Step 3: Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in morning. Follow package direction.
- Qty: 1 pack Refills: 3  6  **(12)**  ___
- Description: Dermacin Rx Surgical PharmaPak is a pre-operative wash and is clinically proven to reduce the incidence of acquired infection due to Methycillin – Resistant-Staphylococcus – Aureus (MRSA) and Vancomycin – Resistant

---

### GENERAL WELLNESS

☐ **Super-SB: General Wellness**
- SB-1:
  - 5-MTHF ... 500 mcg
  - Alpha Lipoic Acid ... 250 mg
  - Coenzyme Q10 ... 100 mg
  - Methylcobalamin ... 20 mg
  - EGCG ... 50 mg
  - Vitamin E ... 100 mg
  - Glutathione ... 100 mg
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules  Refills: 3  6  12  ___
- SB-2:
  - Resveratrol Powder ... 100 mg
  - Pyridoxal-5-Phosphate ... 25 mg
  - Beta Carotene ... 2,500 IU
- SIG: Take 1 capsule by mouth twice daily
- Qty: 60 capsules
- Refills: 3  6  12  ___

### METABOLIC SUPPLEMENTS / DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin ... 20 mg
- Coenzyme Q10 ... 75 mg
- 5-HTP ... 100 mg
- Acidophilus ... 100 mg
- Bupropion ... 50 mg
- Psyllium Husk ... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: 3  6  12  ___

### BONE HEALTH

☐ **BH: Bone Health**
- BH-1:
  - Vitamin D3 ... 5,000 IU
  - Magnesium Oxide ... 200 mg
  - Zinc Gluconate ... 69.6 mg
  - Copper Gluconate ... 7.14 mg
  - Boron ... 1 mg
  - Betaine Anhydrous ... 25 mg
  - Pyridoxal-5-Phosphate ... 70 mg
  - Boswella Serrata ... 200 mg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules  Refills: 3  6  12  ___
- BH-2:
  - Resveratrol ... 20 mg
  - Calcium Gluconate ... 500 mg
  - Coenzyme Q10 ... 100 mg
  - 5-Methyltetrahydrofolate ... 500 mcg
- SIG: Take 1 capsule by mouth once daily
- Qty: 30 capsules  Refills: 3  6  12  ___

### MIGRAINE

☒ **Vanatol LQ (migraine syrup)**
- Butalbital ... 50 mg
- Acetaminophen ... 325 mg
- Caffeine ... 40 mg
- Per 15 ml
- SIG: 1-2 tablespoons every four hours; Max 6 tablespoons per 24 hours
- 1 tablespoon = 15 ml
- Qty: ☐ 32 fl oz ☒ 18 fl oz
- ☐
- Refills: 3  6  **(12)**  ___

---

☐ **Other** _____

**Prescriber Name**: CHRISTOPHER INCE MD
**NPI #**: 1780709493
**Lic. #**: _____  **DEA#**: _____
**Phone #**: 817 328 1010   **Fax#**: 817 472 2188
**Address**: 1001 12th Ave STE 170 Fort Worth, TX 76104

**Signature** (Note: Manual Signature Required for CS): _____   **Date**: _____

GP_Script_Pad_November_2015_v13

**Patient:** Alexis MADRID
**Home Phone:** 713-371-8122
**Cell Phone:**
**DOB:** [redacted]
**Address:** 4509 EMERSON Ave
**City:** Dallas
**State:** TX
**Zip:** 75205
**Allergies:** NKDA
**Diag.:** NKHC

## Alternative

### Insurance info
- Carrier:
- Bin#:
- PCN#:
- Group #:
- Member ID #:
- Workers Comp: Yes / No
- DOI:
- Claim #:

## General Wellness

**☒ Wellness Pack**

**Strength:** Omega-3 .................. 1gm
Vitamin D3 .................. 1,000 IU

**SIG:** Take 2 capsules of Omega-3 and 1 capsule Vitamin D3 twice daily

**Omega-3 Qty:** 120 capsules

**Vitamin D3 Qty:** 60 capsules

**Refills:** 5   11   (12)

☐ Other

**Prescriber Name:** CHRISTopher Ince MD
**NPI #:** 1780709493
**Lic. #:**
**DEA #:**
**Phone #:** 8173281010
**Fax #:** 817 472 2108
**Address:** 1001 12th Ave STE 170 Fort Worth, TX 76104

**Signature** (Note: Manual Signature Required for CS): _____
**Date:** _____

OP_General-Wellness_script_pad_v1

GX1090.005

DOJ-SMUBSSB-0000064840
DOJ-SMUBSSB-0000064840-4