| | |
|---|---|
| **From**: | Brian Swiencinski [brianski9966@gmail.com] |
| **Sent**: | 11/16/2015 11:46:03 PM |
| **To**: | Terry B [terrybrickman@hotmail.com] |
| **Subject**: | Fwd: New Prescription Pad with Latest Products |

Script pad attached… letter to the field.

Begin forwarded message:

**From:** OmniPlus Pharmacy <brad@pharmsmgmt.com>
**Subject: New Prescription Pad with Latest Products**
**Date:** November 16, 2015 at 3:22:34 PM CST
**To:** brianski9966@gmail.com
**Reply-To:** brad@pharmsmgmt.com

We're delighted to inform you that we have introduced several new **FDA approved** products and reformulated others to ensure more widespread adjudication from commercial payers. This was done after speaking to numerous physicians who are eager to gain access to a wider selection of medications. We realize that dispensing an effective product is critically important for both the patient and physician.

Attached is our **New Prescription Pad**, which has our latest products and has been reformatted to make it more user friendly. Several key features of our latest products are as follows:

GOVERNMENT
EXHIBIT
**1091**
4:18-CR-368

GX1091.001

DOJ-SMUBSSB-0000051837
DOJ-SMUBSSB-0000051837-1

## Topical Pain Combo

A combination of two **FDA approved** products, Lidocaine USP Ointment and Diclofenac Sodium Topical Solution (generic Voltaren). These products provide proven pain relief to patients and adjudicate with all commercial insurances as well as **Tricare.**

**Anticipated margins are between $500 and $1,200 per script depending on the payer.**

## Reme-D-HP

This is our reformulated **Medicare** pain cream. The product features a 50% increase in Lidocaine, and the elimination of Gabapentin. This results in a better product for the patient and higher margins. Don't forget that **Medicare** scripts adjudicate 100% of the time provided we collect the copay.

**Anticipated margins are between $500 - $2,000 per script depending on the payer.**

## SDS Pak / SilaPak

This is an effective therapy for scar patients that adjudicates well with select PBMs.

**Anticipated margin is approximately $2,800 per script.**

## DermacinRx Surgical Pharma Pak

This is a new wound care product that is both effective and provides exceptional margins.

**Anticipated margin is approximately $2,900 per script.**

---

## Metabolic Supplements are back!

We're now one of the few pharmacies with access to several new pharmaceutical grade supplements that provide outstanding results and strong margins.

**Anticipated margin is approximately $800 per script.**

---

**The key to taking advantage of these new products is to ensure that your physicians receive and begin using the attached script pad as soon as possible AND have a valid Therapeutic Interchange Agreement (TIA) on file with the pharmacy.**

### TIA Version A (Click to open TIA)

Version A of the TIA can be viewed by clicking the above link in the event your physicians have not yet executed one. The new TIA only needs to be executed one time by your physicians to cover all future product changes.

### Script Pad (Click to open Script Pad)

Hard copies of the pad will be ready for distribution by early next week. Until those pads are available, you can ask your physicians to print off as many copies of the included PDF by clicking the link above. Alternatively, you can deliver hard copies of the PDF, if they prefer. Let us know how many pads you will need and we'll get them out as soon as possible.

**We are extremely excited about all of the new products and look forward to a prosperous 2016.**

**Should you have any questions, please don't hesitate to contact me.**

**Brad Madrid | OmniPlus Pharmacy | 925-285-0659 | brad@pharmsmgmt.com | www.omnipluspharmacy.com**

**Forward this email**



This email was sent to brianski9966@gmail.com by brad@pharmsmgmt.com | Update Profile/Email Address | Rapid removal with SafeUnsubscribe™ | About our service provider.



Pharms LLC | 4916 Main Street | Suite 110 | Houston | TX | 77002