| | |
|---|---|
| **From**: | Brian Swiencinski [brianski9966@gmail.com] |
| **Sent**: | 11/18/2015 5:35:09 PM |
| **To**: | Jim Buckingham [jimbuck5656@gmail.com] |
| **Subject**: | Fwd: Script Pad |
| **Attachments**: | OmniPlus_Script_Pad_November_2015_v14.pdf; Untitled attachment 00004.htm |

Begin forwarded message:

GOVERNMENT
EXHIBIT
**1092**
4:18-CR-368

DOJ-SMUBSSB-0000075573
DOJ-SMUBSSB-0000075573-1

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

**Insurance info**

- Carrier:
- Bin# | PCN#
- Group #
- Member ID #
- Workers Comp | Yes | No

## PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

### ☐ Reme-D-HP
- Topiramate ............... 2.5%
- Celecoxib ................. 2%
- Lidocaine .................. 3%
- Duloxetine ............... 1.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** 3  6  12  _____

### ☐ Renovo Pain Patch
- Menthol ..................... 5%
- Capsaicin .............. 0.0375%
- **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
- **Qty:** ☐ 30 count ☐ 60 count ☐ _____
- **Refills:** 3  6  12  _____

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen ............... 20%
- Baclofen ..................... 2%
- Cyclobenzaprine .......... 2%
- Gabapentin .................. 6%
- Lidocaine ................. 2.5%
- ☐ Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** 3  6  12  _____

### ☐ GPI-2B: General Pain / Inflammation
- Flurbiprofen ............... 20%
- Cyclobenzaprine .......... 2%
- Baclofen ..................... 2%
- ☐ Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** 3  6  12  _____

## COMBINATION-PAIN

### ☐ Topical Pain Combo
- Lidocaine USP Ointment ............... 5%
- **SIG:** Apply to affected area 4 times daily as directed.
- **Qty:** 250 gm
- **Refills:** 3  6  12  _____
- Diclofenac Sodium Topical Solution ...... 1.5%
- **SIG:** Apply 2-3 ml to affected area 3-4 times daily.
- **Qty:** 150 ml
- **Refills:** 3  6  12  _____

### ☐ Patch and Ointment Pain Combo
- Renovo Pain Patch:
  - Menthol ................. 5%
  - Capsaicin .......... 0.0375%
- **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
- **Qty:** ☐ 30 count ☐ 60 count ☐ _____
- **Refills:** 3  6  11  _____
- Lidocaine USP Ointment ...... 5%
- **SIG:** Apply to affected area 2-4 times daily as directed.
- **Qty:** 150 gm
- **Refills:** 3  6  12  _____

## MIGRAINE

### ☐ Vanatol LQ (migraine syrup)
- Butalbital ................. 50 mg
- Acetaminophen ......... 325 mg
- Caffeine .................. 40 mg
- **Per 15 ml**
- **SIG:** 1-2 tablespoons (15 ml-30 ml) by mouth every 4 hours. Max 6 tablespoons per 24 hours. 1 tablespoon = 15 ml
- **Qty:** ☐ 32 oz ☐ 48 oz ☐ _____
- **Refills:** 3  6  12  _____

## WOUND CARE

### ☐ Dermacin Rx Surgical PharmaPak
- Chlorhexidine Gluconate Wash 4% .............. 237 ml
- Mupirocin 2% ............... 22 gm
- Skin Repair Complex (Dimethicone) 5% ...... 118 ml
- Silicone tape
- **FOLLOW PACKAGE INSTRUCTIONS**
- **SIG:** **Step 1:** Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.
- **Step 2:** Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.
- **Step 3:** Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in morning.
- **Qty:** 1 pack
- **Refills:** 3  6  12  _____

## METABOLIC SUPPLEMENTS

### ☐ Super-SB: General Wellness

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ....... 250 mg
- Coenzyme Q10 .......... 100 mg
- Methylcobalamin ........ 20 mg
- EGCG ...................... 50 mg
- Vitamin E ................ 100 mg
- Glutathione .............. 100 mg
- **SIG:** Take 1 capsule by mouth twice daily.
- **Qty:** 60 capsules
- **Refills:** 3  6  12  _____

**SB-2:**
- Resveratrol Powder ..... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene .......... 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily.
- **Qty:** 60 capsules
- **Refills:** 3  6  12  _____

### ☐ BH: Bone Health

**BH-1:**
- Vitamin D3 ............. 5,000 IU
- Magnesium Oxide ...... 200 mg
- Zinc Gluconate ........ 69.6 mg
- Copper Gluconate ..... 7.14 mg
- Boron ....................... 1 mg
- Betaine Anhydrous ...... 25 mg
- Pyridoxal-5-Phosphate ... 70 mg
- Boswella Serrata ....... 200 mg
- **SIG:** Take 1 capsule by mouth once daily.
- **Qty:** 30 capsules
- **Refills:** 3  6  12  _____

**BH-2:**
- Resveratrol ............... 20 mg
- Calcium Gluconate ..... 500 mg
- Coenzyme Q10 .......... 100 mg
- 5-Methyltetrahydrofolate ... 500 mcg
- **SIG:** Take 1 capsule by mouth once daily.
- **Qty:** 30 capsules
- **Refills:** 3  6  12  _____

## SCAR

### ☐ Scar
- Fluticasone ................ 1%
- Levocetirizine ............. 2%
- Pentoxifylline ............ 0.5%
- ☐ **For painful scars, add:**
  - Prilocaine ................. 3%
  - Gabapentin ............... 15%
- ☐ **For elasticity, add:**
  - Hyaluronic Acid ......... 0.2%
  - Vitamin D3 ............... 0.05%
  - Vitamin C .................. 5%
  - Estradiol .................. 0.1%
- **SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** 3  6  12  _____

### ☐ SDS Pak/SilaPak (scar topical)
- Triamcinolone Acetonide Cream USP, 80 gm ....... 0.1%
- Skin Repair Complex (Dimethicone) .......... 5%
- Silicone Tape
- **SIG:** Apply both creams up to 4 times daily. Apply silicone tape at bedtime and remove in the morning.
- **Qty:** 1 pack
- **Refills:** 3  6  12  _____
- ☐ **For painful scars, add:**
  - Lidocaine USP Ointment ....... 5%
- **SIG:** Appply to affected area 4 times daily as directed.
- **Qty:** 100 gm
- **Refills:** 3  6  12  _____

## OTHER

☐ _____

OP_Script_Pad_November_2015_v14

**Prescriber Name:** _____   **NPI #:** _____

**Lic. #:** _____  **DEA#:** _____  **Phone #:** _____  **Fax#:** _____

**Address:** _____

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

GX1092.002