| | |
|---|---|
| **From**: | Terry B [terrybrickman@hotmail.com] |
| **Sent**: | 11/18/2015 3:33:08 PM |
| **To**: | Brian Ski [brianski9966@gmail.com] |
| **Subject**: | Insurance Info |
| **Attachments**: | TB 1.pdf; TB 2.pdf; LB 1.pdf; LB 2.pdf |

**Importance**: High

Brian,

Attached is I.D. and Insurance/Rx for both Lisa and I.

both sides of everything have been attached so you have latest insurance, rx info, and new home address.

TB

GOVERNMENT
EXHIBIT
**1093**
4:18-CR-368

DOJ-SMUBSSB-0000078729
DOJ-SMUBSSB-0000078729-1

GX1093.001

















**Customer Service Helpline:** 888.389.6645

**Members:** For mental health and substance abuse benefits and assistance call 800.673.8043

**PRE-AUTHORIZATION REQUIRED:** All inpatient hospital services (except ER) and some outpatient services require pre-authorization. Please see your plan documents or call 800.828.8302

**Submit medical claims to:**
Priority Health
PO Box 232
Grand Rapids, MI 49501-0232
For electronic claim submission instructions visit
priorityhealth.com/claims

PHCS
MultiPlan

Prescription: Yes
Rx PCN: A4
Rx BIN: 003858    Rx Group #: PHCMRCL

www.multiplan.com
(888) 785-7427

FF  This plan is sponsored by Priority Health