

**From:** Jim Buckingham <jimbuck5656@gmail.com>
**Subject: Re: Delivery Status Notification (Failure)**
**Date:** November 18, 2015 at 10:27:05 AM CST
**To:** Brian Swiencinski <brianski9966@gmail.com>

Got it?

On Wed, Nov 18, 2015 at 11:25 AM, Brian Swiencinski <brianski9966@gmail.com> wrote:
> The prescription cards didn't come through
>
>> On Nov 18, 2015, at 10:24 AM, Jim Buckingham <jimbuck5656@gmail.com> wrote:
>>
>> ---------- Forwarded message ----------
>> From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
>> Date: Wed, Nov 18, 2015 at 11:18 AM
>> Subject: Delivery Status Notification (Failure)
>> To: jimbuck5656@gmail.com
>>
>> Delivery to the following recipient failed permanently:
>>
>>   bianski9966@gmail.com
>>
>> Technical details of permanent failure:
>> Google tried to deliver your message, but it was rejected by the server for the recipient domain gmail.com by gmail-smtp-in.l.google.com. [2607:f8b0:4001:c1f::1a].
>>
>> The error that the other server returned was:
>> 550-5.1.1 The email account that you tried to reach does not exist. Please try
>> 550-5.1.1 double-checking the recipient's email address for typos or
>> 550-5.1.1 unnecessary spaces. Learn more at
>> 550 5.1.1   https://support.google.com/mail/answer/6596
>> hh18si28630291igb.55 - gsmtp

GOVERNMENT EXHIBIT
1094A
4:18-CR-368

GX1094A.001

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:date:message-id:subject:from:to:content-type;
    bh=CYTDyia5oUrvH745UtIDe2AypfSs0VmG2vpji/Rk7ik=;

b=YQ9ZlT3ShqzwKaMh7OBVh9W8iwA0rxrhUxYC9TPiVvtMiZpwReRZ2uMG76csxT7GJI

uvc59ow2GjEd5wZmPpTVgH9QD4b+nWkNe/e4fYhvSVJ1tzNgK1vdDRLkEqWEBHEYqC4y

ddOhEPqCs6NjQjKH6Pe2VIImYaX0vIYF0bDVyV+7qJ7rq5E44fD1z9+z/Qv2vockk2xi

NgoF/E1Usy4Dd/mF54VUMw9BTv8tgSXtnnnC9ydoVprmMetwzoCC76RObRB0K7EXqmO7

HnTH7vAxOL8BB1vLJ/kvamjLa+gZAP1nYYW7zl5W5kliBkozJAxj0AR51ReP3ShvEQxR
    GmUw==
MIME-Version: 1.0
X-Received: by 10.50.98.105 with SMTP id eh9mr8896020igb.46.1447863519712;
 Wed, 18 Nov 2015 08:18:39 -0800 (PST)
Received: by 10.50.183.170 with HTTP; Wed, 18 Nov 2015 08:18:39 -0800 (PST)
Date: Wed, 18 Nov 2015 11:18:39 -0500
Message-ID: <CAC0PzaEVbNPJ+KdMUMBtOmEJTwS-ZNLZo3uDxOx2vuSeuJ4X3Q@mail.gmail.com>
Subject: Bucks' Rx info
From: Jim Buckingham <jimbuck5656@gmail.com>
To: bianski9966@gmail.com
Content-Type: multipart/mixed; boundary=047d7b2e0d7bc7687a0524d2fe4d

Brian,

Attached is my Rx info and drivers license.  Below is family info.  All
addresses are the same. When you run it, give me a call and let me know how
it pays.  I can get a few of the other people I had before if it makes $
sense.

Thanks,

Buck

James Buckingham
5325 Waterbridge Dr, North Royalton, OH 44133
SS #
DOB 08-13-1962


Sheila Ann Buckingham
SS #
DOB 07-05-1962


Tristan James Buckingham
SS #
DOB 04-16-1995


Alexa Ray Buckingham
SS #
DOB 02-23-1997


Geordon Ray Buckingham
SS #
DOB 02-23-1997


Evan James Buckingham
SS #
DOB 08-23-1998



GX1094A.004



