| From: | Brian Swiencinski [brianski9966@gmail.com] |
|---|---|
| Sent: | 11/19/2015 3:13:01 PM |
| To: | Terry B [terrybrickman@hotmail.com] |
| Subject: | Fwd: Insurance Info |

Begin forwarded message:

**From:** Brad Madrid <brad.madrid@pharmsmgmt.com>
**Subject: FW: Insurance Info**
**Date:** November 19, 2015 at 9:10:10 AM CST
**To:** Brian Swiensinski <brianski9966@gmail.com>

|  | Lidocaine(hitech) | PNA Diclofenac | OMEGA WELLNESS CAPS | DERMACINRX SURGICAL PHAR | DERMAWERX |
|---|---|---|---|---|---|
| TERRY BRICKMAN | $1,452.80 | $1,132.33 | ------- | ------ | ------ |
| LISA BRICKMAN | $1,447.80 | $1,123.54 | ------- | ----- | $4, 308.30 |
| JAMES BUCKINGHAM | | | | | |
| SHEILA ANN BUCKINGHAM | | PATIENT COVERAGE ENDED ON 07/31/15 | | | |
| TRISTAN BUCKINGHAM | | | | | |
| ALEXA BUCKINGHAM | | | | | |
| GEORDON BUCKINGHAM | | | | | |
| EVAN BUCKINGHAM | | | | | |
|  | | | | | |

Original compound formulas are not covered.



Thuy Nguyen, CPhT | Customer Service Specialist | thuy.nguyen@omniplushealthcare.com | (713) 874-0313 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the

GX1095.001

**GOVERNMENT EXHIBIT**
**1095**
**4:18-CR-368**

DOJ-SMUBSSB-0000102854
DOJ-SMUBSSB-0000102854-1

Case 4:18-cr-00368   Document 533-191   Filed on 07/22/23 in TXSD   Page 2 of 3

Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Thuy Nguyen
**Sent:** Wednesday, November 18, 2015 2:13 PM
**To:** Brad Madrid
**Subject:** RE: Insurance Info

Lisa Brickman---compounds not covered;   Dermawerx, Lidocaine (hitech) & PNA DICLO----COVERED ON PT'S PLAN

Terry Brickman- compounds not covered….only LIDOCAINE + PNA DICLO covered.



Thuy Nguyen, CPhT | Customer Service Specialist | thuy.nguyen@omniplushealthcare.com | (713) 874-0313 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com


CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Brad Madrid
**Sent:** Wednesday, November 18, 2015 1:32 PM
**To:** Thuy Nguyen
**Subject:** FW: Insurance Info
**Importance:** High



Brad Madrid
Marketing Director
o: 713-325-2315|c: 925-285-0659 |f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



---

**From:** Brian Swiencinski [mailto:brianski9966@gmail.com]
**Sent:** Wednesday, November 18, 2015 9:34 AM
**To:** Brad Madrid

**Subject:** Fwd: Insurance Info
**Importance:** High


Begin forwarded message:

**From:** Terry B <terrybrickman@hotmail.com>
**Subject: Insurance Info**
**Date:** November 18, 2015 at 9:33:08 AM CST
**To:** Brian Ski <brianski9966@gmail.com>


Brian,

Attached is I.D. and Insurance/Rx for both Lisa and I.

both sides of everything have been attached so you have latest insurance, rx info, and new home address.


TB