| From: | Brad Madrid <brad.madrid@pharmsmgmt.com> |
|---|---|
| To: | Brian Swiensinski <brianski9966@gmail.com> |
| Sent: | 11/23/2015 8:04:41 PM |
| Subject: | FW: New Rx from Buck |

**Compounds, patches, Dermawerx, Omega wellness caps NOT COVERED. Only product covered are Lidocaine(hitech) + PNA Diclofenac.**

|  | ORIGINAL FORMULA | PATCHES | DERMAWERX | OMEGA WELLNESS | LIDOCAINE | PNA DICLOFENAC |
|---|---|---|---|---|---|---|
| KIMBERLY HOHMANN | | | | | $1,1452.99 | $810.20 |
| SOFIA KOSZORU | | | NOT COVERED | | $992.26 | $687.47 |
| NICK HOHMANN | | | | | $1,142.99 | $810.20 |
| CATHERINE HOHMANN | | | | | $1,142.99 | $810.20 |



Thuy Nguyen, CPhT | Customer Service Specialist | thuy.nguyen@omniplushealthcare.com | (713) 874-0313 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Brad Madrid
**Sent:** Monday, November 23, 2015 11:38 AM
**To:** Thuy Nguyen
**Subject:** FW: New Rx from Buck

Thuy,

Per Brian, will you please see if this goes through.

Thank You

**Brad Madrid**
**Marketing Director**
**o: 713-325-2315|c: 925-285-0659 |f: 855-388-5588**
**Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002**



**From:** Brian [mailto:brianski9966@gmail.com]
**Sent:** Monday, November 23, 2015 11:34 AM
**To:** Brad Madrid

GOVERNMENT
EXHIBIT
1096
4:18-CR-368

DOJ-SMUBSSB-0000161451
DOJ-SMUBSSB-0000161451-1

GX1096.001

**Subject:** Fwd: New Rx from Buck

See if this pays

Sent from my iPad

Begin forwarded message:

**From:** Jim Buckingham <jimbuck5656@gmail.com>
**Date:** November 23, 2015 at 11:59:00 AM EST
**To:** Brian Swiencinski <brianski9966@gmail.com>
**Subject: New Rx from Buck**

Brian,

Below and attached is Rx info from one of my people . Please run and let me know how it goes. All addresses are the same. Will send others shortly.

Thanks,

Buck


KImberly Hohmann
DOB

Sofia Koszoru
DOB

Nick Hohmann
DOB

Catherine Hohmann
DOB

DOJ-SMUBSSB-0000161452
DOJ-SMUBSSB-0000161452-2
GX1096.002



GX1096.003



GX1096.004





GX1096.006



GX1096.007