| | |
|---|---|
| **Message** | |
| **From**: | Jim Buckingham [jimbuck5656@gmail.com] |
| **Sent**: | 11/24/2015 2:12:30 PM |
| **To**: | Brian Swiencinski [brianski9966@gmail.com] |
| **Subject**: | Rx info from Buck |
| **Attachments**: | todd 1.jpg; todd 2.jpg; todd 3.jpg; todd 4.jpg; todd 5.jpg |

Brian,

Below is Rx info for Todd Dunkle. Addresses are the same for all.

Thanks,

Buck


Todd Dunkle
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
DOB ▇▇▇▇▇▇▇

Susan Dunkle
DOB ▇▇▇▇▇▇▇

Jared Tackett
DOB ▇▇▇▇▇▇▇

Austin Tackett
DOB ▇▇▇▇▇▇▇

GOVERNMENT
EXHIBIT
**1098**
4:18-CR-368

DOJ-SMUBSSB-0000244942
DOJ-SMUBSSB-0000244942-1

GX1098.001









**TODD R DUNKLE**

Identification Number
**IDJAN3628877**

Group: 009230018
Option C
Plan Codes: 834/332

Issue Date: 12/14/2012



GX1098.004



EXPRESS SCRIPTS®

| | |
|---|---|
| RxBIN | 003858 |
| RxPCN | A4 |
| RxGroup | D5MA |
| Issuer | |
| ID | 044031102 |
| Name | 00 TODD R DUNKLE |
| | 01 RYAN |
| | 02 SUSAN |
| | 03 JARED |
| | 04 AUSTIN |

GX1098.005