| | |
|---|---|
| **Message** | |
| **From**: | terrybrickman@hotmail.com [terrybrickman@hotmail.com] |
| **Sent**: | 9/9/2014 6:15:58 PM |
| **To**: | Brian Ski [brianski9966@gmail.com] |
| **Subject**: | Fw: |
| **Attachments**: | IMG_1418.jpg; IMG_0032.jpg; IMG_5808.jpg; IMG_7429.jpg |

```
All of Andrew's info attached

I could text it to Babus


Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <terrybrickman@hotmail.com>
Date: Mon, 18 Aug 2014 13:18:16
To: <terrybrickman@hotmail.com>
Subject: Fw:

------ MMS ------
From: 9785493297/TYPE=PLMN
Received: Aug 18, 2014 9:14 AM


these should be better

looks like just Andrew for now
Sent from my Verizon Wireless BlackBerry
```

GOVERNMENT
EXHIBIT
**1099**
4:18-CR-368

DOJ-SMUBSSB-0000238582
DOJ-SMUBSSB-0000238582-1

GX1099.001







