| | |
|---|---|
| **Message** | |
| **From**: | Brian Swiencinski [brianski9966@gmail.com] |
| **Sent**: | 11/30/2015 2:07:31 PM |
| **To**: | Brad Madrid [brad.madrid@pharmsmgmt.com] |
| **Subject**: | Fwd: Rx from Buck |

Begin forwarded message:

**From:** Jim <jimb565656@gmail.com>
**Subject: Rx from Buck**
**Date:** November 24, 2015 at 8:26:19 AM CST
**To:** Brian Swiencinski <brianski9966@gmail.com>

Brian,

Here's another. Addresses are the same. Should have at least one more today. Let me know how they run. Also, call me today when you get info on Waltons' call from the pharmacy yesterday. They were asking about co pay from Sep 2014. I would have to think by September 2014, his max annual copay for his plan would have been met.

Thanks,

Buck


Patrick J Cotter
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
DOB ▓▓▓▓▓▓

Casey J Cotter
DOB ▓▓▓▓▓▓

Callie M Cotter
DOB ▓▓▓▓▓▓

GOVERNMENT
EXHIBIT
**1101**
4:18-CR-368

DOJ-SMUBSSB-0000237957
DOJ-SMUBSSB-0000237957-1

GX1101.001





GX1101.003



GX1101.004

**Members:**
- This card must be presented at a participating pharmacy when purchasing prescription drugs.
- To locate a participating pharmacy, or more information about your prescription benefit plan call Member Services at (866) 282-0547.

Pharmacists: Submit claims via the TelePAID™ System only for the person for whom the prescription was written. Dispense preferred cobranded and generic drug products where applicable in accordance with prevailing pharmacy laws and regulations. For more information, contact the Pharmacist Resource Center at www.express-scripts.com/rph.

GX1101.005