| | |
|---|---|
| **From**: | Terry B [terrybrickman@hotmail.com] |
| **Sent**: | 12/3/2015 2:39:59 PM |
| **To**: | Brian Ski [brianski9966@gmail.com] |
| **Subject**: | Re: Reimbursement with new products. |

```
It was Lidocaine 5 percent

Pls pls work on the "comm checks" I texted u about last night

Thx
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Brian <brianski9966@gmail.com>
Date: Thu, 3 Dec 2015 08:20:03
To: Terry B<terrybrickman@hotmail.com>
Subject: Re: Reimbursement with new products.

I think something paid.  Lidocaine.  Will have numbers next week.

Sent from my iPad

> On Dec 2, 2015, at 9:10 PM, Terry B <terrybrickman@hotmail.com> wrote:
>
>
>
> Jimmy just called...he got a box full of shit
>
> Mistake?
>
> Did it pay more than we thought?
>
> We can talk in the morning
>
>
>
> Sent from my Verizon Wireless BlackBerry
>
> -----Original Message-----
> From: Brian <brianski9966@gmail.com>
> Date: Wed, 25 Nov 2015 07:03:44
> To: Terry B<terrybrickman@hotmail.com>
> Subject: Re: Reimbursement with new products.
>
> Not worth writing the script and risking audit.  Should get chart on others
>
> Sent from my iPad
>
>> On Nov 25, 2015, at 7:00 AM, Terry B <terrybrickman@hotmail.com> wrote:
>>
>>
>> The others?
>>
>>
>> So what happens with Jimmy then.....just blow it off altogether?
>>
>>
>> Sent from my Verizon Wireless BlackBerry
>>
>> -----Original Message-----
>> From: Brian <brianski9966@gmail.com>
>> Date: Wed, 25 Nov 2015 06:51:15
>> To: Terry B<terrybrickman@hotmail.com>
>> Subject: Re: Reimbursement with new products.
>>
>> Jimmy's didn't pay shit only Lidocaine
>>
>> Sent from my iPad
>>
>>> On Nov 25, 2015, at 6:43 AM, Terry B <terrybrickman@hotmail.com> wrote:
```

GOVERNMENT EXHIBIT
**1102**
4:18-CR-368

```
>>>
>>>
>>> Any update on:
>>>
>>>
>>> Mike?
>>>
>>> His wife (ex)?
>>>
>>> Jimmy?
>>>
>>>
>>> Thanks
>>>
>>>
>>>
>>> ------Original Message------
>>> To: Brian Ski
>>> Subject: Re: Reimbursement with new products.
>>> Sent: Nov 23, 2015 12:24 PM
>>>
>>>
>>>
>>> Brian,
>>>
>>> I GET IT!!
>>>
>>>
>>> Now I just need to start making money on everything.
>>>
>>>
>>> Seriously.
>>>
>>>
>>>
>>>
>>> ------Original Message------
>>> From: Brian Ski
>>> To: <terrybrickman@hotmail.com>
>>> Subject: Reimbursement with new products.
>>> Sent: Nov 23, 2015 12:05 PM
>>>
>>> Terry
>>>
>>> You can see that our average rate per script is up dramatically due to new products.
>>> These numbers include Medicare.
>>>
>>>
>>>
>>>
>>> Sent from my Verizon Wireless BlackBerry
```

GX1102.002

DOJ-SMUBSSB-0000005293
DOJ-SMUBSSB-0000005293-2