|  | Paid 'REME' Rx | % of November Total |
|---|---|---|
| BR,House | 86 | 13.87% |
| SC,House | 28 | 4.52% |
| McDaniel,Chris | 28 | 4.52% |
| Sneed,Scott | 26 | 4.19% |
| Harness,Shawn | 22 | 3.55% |
| Gonzalez,Kristan | 22 | 3.55% |
| Meegan,Kimberley | 22 | 3.55% |
| Wood,Sonya | 19 | 3.06% |
| Robles,Anthony | 19 | 3.06% |
| Palmer,Thomas | 16 | 2.58% |
| Maloney,Mark | 16 | 2.58% |
| Burt,Chip | 15 | 2.42% |
| Beckett,Madelaine | 13 | 2.10% |
| IPS Group | 13 | 2.10% |
| Dobson,Kelly | 12 | 1.94% |
| White,Marty | 12 | 1.94% |
| Walter,Vince | 10 | 1.61% |
| Cochran,Carter | 10 | 1.61% |
| Hayes,Matt | 10 | 1.61% |
| Balick,Andrew | 9 | 1.45% |
| Woodson,Fred | 8 | 1.29% |
| User,Demo | 8 | 1.29% |
| Mimmo,Justin | 8 | 1.29% |
| Phillips,Allan | 7 | 1.13% |
| Turner,Rob | 7 | 1.13% |
| Bass,Brian | 7 | 1.13% |
| McCrary,Justin | 7 | 1.13% |
| Walle,Rebecca | 6 | 0.97% |
| Fanto,Frank | 6 | 0.97% |
| Notar,MIchael | 6 | 0.97% |
| Kholodovsky,Alla | 6 | 0.97% |
| Thomas,Amy | 6 | 0.97% |
| Miller,Erin | 6 | 0.97% |
| Mitchell,Matt | 6 | 0.97% |
| Back,Chip | 5 | 0.81% |
| Maruri,Jose | 5 | 0.81% |
| Verdone,Tina | 5 | 0.81% |
| Reed,Damon | 5 | 0.81% |
| Southard,Chad | 5 | 0.81% |
| Group,Marketing JD | 5 | 0.81% |
| Wallace,Kayle | 4 | 0.65% |
| Azua,Marco | 4 | 0.65% |
| Daugherty,Mark | 4 | 0.65% |
| Fox,Keith | 4 | 0.65% |
| Gordon,Romany | 4 | 0.65% |
| Chelsie B,Lindsey R | 4 | 0.65% |
| Euler,Blake | 4 | 0.65% |
| Ward,Craig | 4 | 0.65% |
| Barton,Kevin | 3 | 0.48% |
| Amoako,Daniel | 3 | 0.48% |
| Tribby,Daniel | 3 | 0.48% |
| Mixon,Mike | 3 | 0.48% |

GOVERNMENT
EXHIBIT
1103A
4:18-CR-368

GX1103.002
DOJ-SMUBSSB-0000161001
DOJ-SMUBSSB-0000161001-4

|  | Paid 'REME' Rx | % of November Total |
|---|---|---|
| Briseno,Israel | 2 | 0.32% |
| Astolfo,Sean | 2 | 0.32% |
| McKinney,Doug | 2 | 0.32% |
| Kent,Corey | 2 | 0.32% |
| McAda,Ronnie | 2 | 0.32% |
| Manning,Casey | 2 | 0.32% |
| Verrilli,Dominic | 2 | 0.32% |
| Richin,Dan | 2 | 0.32% |
| Hart,George | 2 | 0.32% |
| Beck,Sean | 2 | 0.32% |
| Green,Stacey | 2 | 0.32% |
| Bhatti,Hyder | 2 | 0.32% |
| Hill,Kristy | 2 | 0.32% |
| Williams,Victor | 1 | 0.16% |
| Gordon,Marc | 1 | 0.16% |
| Lenio,Rich | 1 | 0.16% |
| Madrid,Bradley | 1 | 0.16% |
| Jester,Joe | 1 | 0.16% |
| Miranda-Tpalmer,Ernesto-TPalmer | 1 | 0.16% |
| Salam,David | 1 | 0.16% |
| Hill,Justin | 1 | 0.16% |
| Hunt,Ryan | 1 | 0.16% |
| McCoy,Travis | 1 | 0.16% |
| O'Dell,Mike | 1 | 0.16% |
| Goetz 1,Natalie | 1 | 0.16% |
| Williams,Sherri | 1 | 0.16% |
| Phillips,Miguel | 1 | 0.16% |
| Russo-Alesi,Chris | 1 | 0.16% |
| Childs,Sebrena | 1 | 0.16% |
| Garner,Barry | 1 | 0.16% |
| Hailey,LaWana | 1 | 0.16% |
| Grand Total | 620 | 100.00% |

|  | Paid 'REME' Rx | % of November Total |
|---|---|---|
| **BR,House** | **86** | **13.87%** |
| BABUS,GLENN | 9 | 1.45% |
| FENOY, M.D.,ALBERT | 12 | 1.94% |
| GIRALDO,KENNETH | 1 | 0.16% |
| GUPTA, MD,AMOL | 2 | 0.32% |
| GUPTA,NAKUL | 24 | 3.87% |
| INCE,CHRISTOPHER | 16 | 2.58% |
| NIEKAMP,DAVID | 2 | 0.32% |
| RANDHAWA,MANJIT | 9 | 1.45% |
| ROWE,GERMAINE | 1 | 0.16% |
| SIRIANNI,PETER | 5 | 0.81% |
| STAUSS, MD,THOMAS | 2 | 0.32% |
| THORSON,MATTHEW | 3 | 0.48% |
| **SC,House** | **28** | **4.52%** |
| SALVATO,PATRICIA | 9 | 1.45% |
| SILVERMAN,JERRY | 19 | 3.06% |
| **McDaniel,Chris** | **28** | **4.52%** |
| ALDERMAN, NP-C,TROY | 6 | 0.97% |
| MCALPIN, MD,B. WAYNE | 2 | 0.32% |
| REAVES, FNP,MELANIE | 20 | 3.23% |
| **Sneed,Scott** | **26** | **4.19%** |
| DEL POZO,ERICK | 2 | 0.32% |
| FLANAGAN, MD,BRIAN | 21 | 3.39% |
| TOYE, MD,AMANDA | 2 | 0.32% |
| VIESCA,CARLOS | 1 | 0.16% |
| **Harness,Shawn** | **22** | **3.55%** |
| CHEHARDY, DO,SONYA | 1 | 0.16% |
| COLLINS, MD,SHARON | 1 | 0.16% |
| SCOTT, MD,COLETTE | 1 | 0.16% |
| SHAW, NP,SHAQUITA | 12 | 1.94% |
| TATUM SR, MD,ROBERT | 2 | 0.32% |
| WALKER, NP,SARAH | 1 | 0.16% |
| WEBSTER, MD,ELLA | 2 | 0.32% |
| WOODRUFF, DPM,ROBERT | 2 | 0.32% |
| **Gonzalez,Kristan** | **22** | **3.55%** |
| ATALLAH, MD,GEORGE | 4 | 0.65% |
| KIM, MD,CHEOR | 18 | 2.90% |
| **Meegan,Kimberley** | **22** | **3.55%** |
| KERNER, MD,TODD | 3 | 0.48% |
| KIBBEY, PA,JENNIFER | 2 | 0.32% |
| MCKINLEY, MD,BONNIE | 14 | 2.26% |
| NGUYEN, DO,KENNETH | 3 | 0.48% |
| **Wood,Sonya** | **19** | **3.06%** |
| HALSELL,JEFFREY | 1 | 0.16% |
| PACHECO SERRANT,HELSON | 18 | 2.90% |
| **Robles,Anthony** | **19** | **3.06%** |
| BARINQUE, DPM,MARK | 2 | 0.32% |
| COLVIN, MD,JEFFREY | 3 | 0.48% |
| FRANCISCO, MD,ANNA | 2 | 0.32% |
| HARRISON, APRN,BRENDA | 5 | 0.81% |
| OTHEE, MD,MANDEEP | 3 | 0.48% |
| YAZDANI,SHIRAZ | 2 | 0.32% |

| | Paid 'REME' Rx | % of November Total |
|---|---|---|
| ZINN,MARTHA | 2 | 0.32% |
| **Palmer,Thomas** | **16** | **2.58%** |
| AHN,RICHARD | 1 | 0.16% |
| BARTIS,CHRISTINA | 1 | 0.16% |
| DAY, MD,GUSTAVO | 5 | 0.81% |
| GULATI,PETER | 3 | 0.48% |
| HANDIE, DPM,ANDRONICA | 5 | 0.81% |
| HWANG, MD,WILLIAM | 1 | 0.16% |
| **Maloney,Mark** | **16** | **2.58%** |
| DEAN, PAC,DIANA | 4 | 0.65% |
| LEVENGOOD, MD,GARY | 1 | 0.16% |
| PATEL, PA-C,HARRIS | 11 | 1.77% |
| **Burt,Chip** | **15** | **2.42%** |
| FAHIM, DPM,RAMY | 1 | 0.16% |
| GOLDBERG, MD,STEVEN | 1 | 0.16% |
| LAM, DPM,KEVIN | 8 | 1.29% |
| PATEL,CHIRAG | 5 | 0.81% |
| **Beckett,Madelaine** | **13** | **2.10%** |
| ASSENMACHER, MD,CRAIG | 10 | 1.61% |
| BAILEY, APRN,JENNIFER | 1 | 0.16% |
| JOHNSON,ELIJAH | 2 | 0.32% |
| **IPS Group** | **13** | **2.10%** |
| FUKE,CHRIS | 3 | 0.48% |
| FUKE,CHRIS -- B | 1 | 0.16% |
| LIN,TED | 1 | 0.16% |
| REYES,JOSE | 5 | 0.81% |
| REYES,JOSE -- B | 3 | 0.48% |
| **Dobson,Kelly** | **12** | **1.94%** |
| BEDNARZ, DPM,MICHAEL | 2 | 0.32% |
| BRUNI, MD,SALVATORE | 2 | 0.32% |
| LOBEL, MD,STEVEN | 8 | 1.29% |
| **White,Marty** | **12** | **1.94%** |
| CASSIDY, NP,BEAU | 5 | 0.81% |
| CHAPPELEAR, DO,ALEX | 1 | 0.16% |
| DUNCAN, NP,TERRI | 4 | 0.65% |
| MCCORMICK, MD,W. ANDREW | 1 | 0.16% |
| WILLIAMS, MD,MARK | 1 | 0.16% |
| **Walter,Vince** | **10** | **1.61%** |
| GOENTZEL,BRIAN | 3 | 0.48% |
| IRVINE, DO,SCOTT | 1 | 0.16% |
| ISLAM, MD,JANINE | 1 | 0.16% |
| SUTHERLAND, MD,ROBERT | 3 | 0.48% |
| TRAN, MD,HIEP | 2 | 0.32% |
| **Cochran,Carter** | **10** | **1.61%** |
| MEDLOCK,VIRGIL | 10 | 1.61% |
| **Hayes,Matt** | **10** | **1.61%** |
| HONDROS, MD,DIMITRIOS | 2 | 0.32% |
| JACOBS, PA,DANIEL | 1 | 0.16% |
| LIND, DPM,RICHARD | 1 | 0.16% |
| PARIKH, MD,TEJAS | 6 | 0.97% |
| **Balick,Andrew** | **9** | **1.45%** |
| TRAUB, MD,JEFF | 9 | 1.45% |
| **Woodson,Fred** | **8** | **1.29%** |
| BRALY, MD,WALTER | 1 | 0.16% |

| | Paid 'REME' Rx | % of November Total |
|---|---|---|
| KEEPERS,JERRY | 7 | 1.13% |
| **User,Demo** | **8** | **1.29%** |
| REDKO,VLADIMIR | 8 | 1.29% |
| **Mimmo,Justin** | **8** | **1.29%** |
| NASH,EDWARD | 8 | 1.29% |
| **Phillips,Allan** | **7** | **1.13%** |
| FOSTER, CFNP,DONNA | 7 | 1.13% |
| **Turner,Rob** | **7** | **1.13%** |
| LEE, MD,YONG | 1 | 0.16% |
| MYERSON, MD,GARY | 3 | 0.48% |
| SUTEJ, MD,PAUL | 2 | 0.32% |
| SUTLIVE III, MD,WILLIAM | 1 | 0.16% |
| **Bass,Brian** | **7** | **1.13%** |
| GIRI,BALA | 5 | 0.81% |
| MOON-CLARKE FNPC,NATALIE | 2 | 0.32% |
| **McCrary,Justin** | **7** | **1.13%** |
| BAILEY, DO,JAROD | 7 | 1.13% |
| **Walle,Rebecca** | **6** | **0.97%** |
| PARRIS,RONALD | 2 | 0.32% |
| PARRIS,RONALD -- B | 4 | 0.65% |
| **Fanto,Frank** | **6** | **0.97%** |
| PIZA, MD,PEDRO | 1 | 0.16% |
| YEE, MD,GARVIN | 5 | 0.81% |
| **Notar,MIchael** | **6** | **0.97%** |
| BOYKIN, PA,GLENDA | 2 | 0.32% |
| BOYKIN, PA,GLENDA -- B | 1 | 0.16% |
| HUNE, DPM,ANDREW | 1 | 0.16% |
| PICCHIONE,DAVID | 1 | 0.16% |
| QUIMBY, DPM,NANCYANN | 1 | 0.16% |
| **Kholodovsky,Alla** | **6** | **0.97%** |
| NEYSTAT,MARINA | 6 | 0.97% |
| **Thomas,Amy** | **6** | **0.97%** |
| KARUPARTHY, MD,VENKATESWARA | 6 | 0.97% |
| **Miller,Erin** | **6** | **0.97%** |
| JONES, NP,LAURIE | 2 | 0.32% |
| MAGILL, MD,THOMAS | 4 | 0.65% |
| **Mitchell,Matt** | **6** | **0.97%** |
| KEMPF,MELISSA | 2 | 0.32% |
| KISER, FNP-C,CONNIE | 3 | 0.48% |
| KUJAWA, MD,PLES | 1 | 0.16% |
| **Back,Chip** | **5** | **0.81%** |
| HUFFMAN, MD,WILLIAM | 5 | 0.81% |
| **Maruri,Jose** | **5** | **0.81%** |
| CASEY,BRETT | 5 | 0.81% |
| **Verdone,Tina** | **5** | **0.81%** |
| SUGGS, MD,CASSANDRA | 5 | 0.81% |
| **Reed,Damon** | **5** | **0.81%** |
| BEACH, DPM,TREVOR | 2 | 0.32% |
| DOLD, DO,SYLVIA | 1 | 0.16% |
| MANN, DPM,JOSHUA | 1 | 0.16% |
| MUNN, MD,BARRY | 1 | 0.16% |
| **Southard,Chad** | **5** | **0.81%** |
| BONIN, MD,REAGAN | 1 | 0.16% |
| CASCIO,BRETT | 2 | 0.32% |

| | Paid 'REME' Rx | % of November Total |
|---|---|---|
| RASNAKE, PA,HEATHER | 1 | 0.16% |
| VAUGHAN NP,CHRIS | 1 | 0.16% |
| **Group,Marketing JD** | **5** | **0.81%** |
| KHOSLA, MD,ANKUR | 4 | 0.65% |
| YANCEY, MD,WILLIAM | 1 | 0.16% |
| **Wallace,Kayle** | **4** | **0.65%** |
| KIMES, MD,DAMON | 4 | 0.65% |
| **Azua,Marco** | **4** | **0.65%** |
| VALDEZ,CRISTINA | 4 | 0.65% |
| **Daugherty,Mark** | **4** | **0.65%** |
| DANKO, M.D.,MICHAEL | 1 | 0.16% |
| GWAN, NP,AKHERENWEI | 3 | 0.48% |
| **Fox,Keith** | **4** | **0.65%** |
| HARMAN, DO,TIMOTHY | 1 | 0.16% |
| VITOLS, DO,AIVARS | 2 | 0.32% |
| WEBER, DO,CHAD | 1 | 0.16% |
| **Gordon,Romany** | **4** | **0.65%** |
| HENKE,JEFFREY | 4 | 0.65% |
| **Chelsie B,Lindsey R** | **4** | **0.65%** |
| FISHER, MD,DEBORAH | 1 | 0.16% |
| RIBALD, DPM,MAX | 3 | 0.48% |
| **Euler,Blake** | **4** | **0.65%** |
| RAINES JR, MD,ARTHUR | 4 | 0.65% |
| **Ward,Craig** | **4** | **0.65%** |
| PRASAD, MD,BABU | 4 | 0.65% |
| **Barton,Kevin** | **3** | **0.48%** |
| PERSYN,LISA | 1 | 0.16% |
| RAO,SEKHAR | 2 | 0.32% |
| **Amoako,Daniel** | **3** | **0.48%** |
| BRITT DPM,MATTHEW | 3 | 0.48% |
| **Tribby,Daniel** | **3** | **0.48%** |
| CHERUKUPALLY, MD,PALLAVI | 3 | 0.48% |
| **Mixon,Mike** | **3** | **0.48%** |
| LETARD JR, MD,FRANCIS | 1 | 0.16% |
| MAGUN, PAC,DIANA | 1 | 0.16% |
| NEWMAN, APN,COURNEY | 1 | 0.16% |
| **Briseno,Israel** | **2** | **0.32%** |
| SALINAS,PAUL | 2 | 0.32% |
| **Astolfo,Sean** | **2** | **0.32%** |
| MOBARAK,REZA | 1 | 0.16% |
| SLABISAK, MD,VUDHI | 1 | 0.16% |
| **McKinney,Doug** | **2** | **0.32%** |
| BAKER, PA,ANDREW | 2 | 0.32% |
| **Kent,Corey** | **2** | **0.32%** |
| LYON, DPM,WESLEY | 2 | 0.32% |
| **McAda,Ronnie** | **2** | **0.32%** |
| BURROWS, DO,WILLIAMS | 1 | 0.16% |
| PROCTOR, MD,GWENDOLYN | 1 | 0.16% |
| **Manning,Casey** | **2** | **0.32%** |
| BRUMMEL, DO,JARED | 2 | 0.32% |
| **Verrilli,Dominic** | **2** | **0.32%** |
| MALINOWSKI, DO,MARK | 2 | 0.32% |
| **Richin,Dan** | **2** | **0.32%** |
| RICHIN, MD,PAUL | 2 | 0.32% |

| | Paid 'REME' Rx | % of November Total |
|---|---|---|
| Hart,George | 2 | 0.32% |
|     AUZENNE,GREGORY -- B | 2 | 0.32% |
| Beck,Sean | 2 | 0.32% |
|     CHEEMA, MD,ADIL | 1 | 0.16% |
|     TILLMAN, FNP,MARY BETH | 1 | 0.16% |
| Green,Stacey | 2 | 0.32% |
|     WASSERMAN, MD,MATTHEW | 2 | 0.32% |
| Bhatti,Hyder | 2 | 0.32% |
|     PASHA,AZHAR | 2 | 0.32% |
| Hill,Kristy | 2 | 0.32% |
|     ALI, MD,RAO -- B | 1 | 0.16% |
|     MCLOUGHLIN, MD,JAMES | 1 | 0.16% |
| Williams,Victor | 1 | 0.16% |
|     BROWN IV, MD,COLUMBUS | 1 | 0.16% |
| Gordon,Marc | 1 | 0.16% |
|     COHEN, DPM,JEFFREY -- B | 1 | 0.16% |
| Lenio,Rich | 1 | 0.16% |
|     ZAPPASODI, DPM,FRANCESCA | 1 | 0.16% |
| Madrid,Bradley | 1 | 0.16% |
|     DIAZ,JOSE | 1 | 0.16% |
| Jester,Joe | 1 | 0.16% |
|     BRUCE, FNP,TARA | 1 | 0.16% |
| Miranda-Tpalmer,Ernesto-TPalmer | 1 | 0.16% |
|     KLEIN, MD,TERREN | 1 | 0.16% |
| Salam,David | 1 | 0.16% |
|     COOK, MD,CHRISTOPHER | 1 | 0.16% |
| Hill,Justin | 1 | 0.16% |
|     BRUCK, MD,WILLIAM | 1 | 0.16% |
| Hunt,Ryan | 1 | 0.16% |
|     HUSSAIN, DPM,KAMRAN | 1 | 0.16% |
| McCoy,Travis | 1 | 0.16% |
|     SEGURA,RONALD | 1 | 0.16% |
| O'Dell,Mike | 1 | 0.16% |
|     KENNEDY,COLLEEN | 1 | 0.16% |
| Goetz 1,Natalie | 1 | 0.16% |
|     JAMES,JOSHUA | 1 | 0.16% |
| Williams,Sherri | 1 | 0.16% |
|     SAMANO, DO,GREGORY | 1 | 0.16% |
| Phillips,Miguel | 1 | 0.16% |
|     BHARARA, MD,AASHISH | 1 | 0.16% |
| Russo-Alesi,Chris | 1 | 0.16% |
|     NEWMAN, DPM,GERALD | 1 | 0.16% |
| Childs,Sebrena | 1 | 0.16% |
|     TATUM, MD,VAUGHN -- A | 1 | 0.16% |
| Garner,Barry | 1 | 0.16% |
|     SHOEMAKER, APN,ALISHA | 1 | 0.16% |
| Hailey,LaWana | 1 | 0.16% |
|     HENSON, FNP,WANDA | 1 | 0.16% |
| Grand Total | 620 | 100.00% |