| | |
|---|---|
| From: | Scott Breimeister [Scott.Breimeister@pharmsmgmt.com] |
| Sent: | 12/18/2015 3:15:37 PM |
| To: | Brian Swiensinski [brianski9966@gmail.com] |
| CC: | Hamid Mobli [hamid.mobli@onmipluspharmacy.com]; Pam Bailey [pam.bailey@onmipluspharmacy.com]; Marco Aguillon [marco.aguillon@onmipluspharmacy.com]; Leonard Carr [leonard.carr@onmipluspharmacy.com] |
| Subject: | FW: Prime audit info needed |
| Importance: | High |

Brian:

Can you call or email this to Kevin and Brian and get this info back to us. We need this or Prime is going to terminate.

This is extremely serious.

Thanks
Scott

---

**From:** Stacey Mayeur
**Sent:** Friday, December 18, 2015 9:12 AM
**To:** Scott Breimeister
**Subject:** Prime audit info needed
**Importance:** High

Scott,

Prime Therapeutics is auditing scripts for the patients below. We have no allergy information nor a phone number for these patients. Can you please reach out to Brian and get the necessary information for the scripts. We should not be filling and shipping without patient allergies.

**I need this info before 5pm on Monday, December 21st.**



**Stacey Mayeur, CPhT | Audit Coordinator |Stacey@omniplushealthcare.com**
**(713) 325-2314 Direct| (713) 874-0314 fax**
**4916 Main St, Suite 100 Houston, TX 77002**

GOVERNMENT
EXHIBIT
1106
4:18-CR-368

GX1106.001

DOJ-SMUBSSB-0000001165
DOJ-SMUBSSB-0000001165-1

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

GX1106.002

DOJ-SMUBSSB-0000001166
DOJ-SMUBSSB-0000001166-2