| | |
|---|---|
| **From:** | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| **To:** | Michael Dieter <Michael.dieter@pharmsmgmt.com>;Pam Bailey <pam.bailey@omnipluspharmacy.com>;Marco Aguillon <marco.aguillon@omnipluspharmacy.com> |
| **CC:** | Leonard Carr <leonard.carr@omnipluspharmacy.com>;Brian Swiensinski <brianski9966@gmail.com>;Hamid Mobli <hamid.mobli@omnipluspharmacy.com>;Kevin Alverson <kevinalverson@ymail.com> |
| **Sent:** | 1/4/2016 5:18:20 PM |
| **Subject:** | RE: 12/31/15 Tech Metrics & Final December 2015 Revenue Prior Month Comparison |

Ladies and Gentlemen:

Welcome to the 2016. Hope everyone is refreshed and ready for another challenging year of whack-a-mole.

For those that don't have the time, energy or interest to try to figure out the chart below, I'd like to share my interpretation of the data.

The most interesting metric is that Insurance dispensings increased from 2799 in November to 4180 in December. That's a 49% increase which is obviously a huge jump in just one month. Breaking this figure down a bit further, one can see that part of the increase is attributable to the fact that we had three (3) more billing days in December which represents a 13% increase. The other interesting statistic is that dispensing per day increased from 133 in November to 177 in December. This represents a 33% increase in volume per day and is a more accurate gauge for measuring the trend of the business. Even this number however, may be misleading because December is usually the busiest month of the year as physicians and patients are rushing to get procedures done by the end of the year. While we undoubtedly saw an increase in the number or reps and physicians using the pharmacy, the numbers may be somewhat inflated due to the seasonal nature of the business.

January has one less billing day than December, and we won't have the benefit of the December rush. In fact, we'll feel the impact of what is traditionally one of the slowest months of the year as physicians tend to take vacations and patients try to avoid going to the doctor and starting the process of paying copays and deductables until later in the year.

The other interesting metric is the average reimbursement per script fell from $ 1539 in November to $ 1412 in December (8.25%). On the surface, this is discouraging. But further analysis shows that it's really quite remarkable that the average only fell by $ 127 when you take into consideration that our largest margin and highest price product that generated over $ 800,000 or 20% of November revenue was completely eliminated in December. This was product was replaced by lower priced products with significantly lower margins. So it's somewhat surprising that average reimbursement only fell by 8.25%.

This analysis is further evidence of what we've been talking about for the past six months. It's becoming more and more of a volume business. Therefore, it's more important than ever that we strive to increase our monthly dispensings to 8000 – 10,000 per month.

Scott


**From:** Michael Dieter
**Sent:** Monday, January 04, 2016 8:32 AM
**To:** Pam Bailey; Marco Aguillon
**Cc:** Scott Breimeister; Leonard Carr
**Subject:** 12/31/15 Tech Metrics & Final December 2015 Revenue Prior Month Comparison

GX1107.001

GOVERNMENT
EXHIBIT
**1107**
4:18-CR-368

DOJ-SMUBSSB-0000176159
DOJ-SMUBSSB-0000176159-1

December 2015 - Prior Month Rx Sales Comparison

| | Insurance Dispensings | Total Insurance Pay | Total Avg per Rx | | Insurance Dispensings | Total Insurance Pay | Total Avg per Rx | Difference From Prior Month |
|---|---|---|---|---|---|---|---|---|
| 11/2/2015 | 93 | 72,523.19 | 779.82 | 12/1/2015 | 126 | 144,071.97 | 1,143.43 | 71,548.78 |
| 11/3/2015 | 81 | 101,270.40 | 1,250.25 | 12/2/2015 | 157 | 271,751.66 | 1,730.90 | 242,030.04 |
| 11/4/2015 | 77 | 100,584.17 | 1,306.29 | 12/3/2015 | 136 | 159,188.88 | 1,170.51 | 300,634.75 |
| 11/5/2015 | 72 | 102,931.10 | 1,429.60 | 12/4/2015 | 156 | 215,463.23 | 1,381.17 | 413,166.88 |
| 11/6/2015 | 94 | 149,525.96 | 1,590.70 | 12/5/2015 | 33 | 32,899.82 | 996.96 | 296,540.74 |
| 11/7/2015 | 70 | 87,222.83 | 1,246.04 | 12/7/2015 | 120 | 184,458.14 | 1,537.15 | 393,776.05 |
| 11/9/2015 | 131 | 185,890.13 | 1,419.01 | 12/8/2015 | 109 | 164,763.62 | 1,511.59 | 372,649.54 |
| 11/10/2015 | 101 | 150,680.92 | 1,491.89 | 12/9/2015 | 180 | 243,263.50 | 1,351.46 | 465,232.12 |
| 11/11/2015 | 105 | 144,106.47 | 1,372.44 | 12/10/2015 | 172 | 253,108.86 | 1,471.56 | 574,234.51 |
| 11/12/2015 | 78 | 112,288.33 | 1,439.59 | 12/11/2015 | 154 | 184,573.12 | 1,198.53 | 646,519.30 |
| 11/13/2015 | 92 | 156,311.62 | 1,699.04 | 12/12/2015 | 102 | 191,027.18 | 1,872.82 | 681,234.86 |
| 11/14/2015 | 60 | 92,172.69 | 1,536.21 | 12/14/2015 | 159 | 228,060.30 | 1,434.34 | 817,122.47 |
| 11/16/2015 | 178 | 308,948.38 | 1,735.67 | 12/15/2015 | 181 | 308,916.71 | 1,706.72 | 817,090.80 |
| 11/17/2015 | 113 | 182,901.62 | 1,618.60 | 12/16/2015 | 186 | 278,087.98 | 1,495.10 | 912,277.16 |
| 11/18/2015 | 215 | 286,868.92 | 1,334.27 | 12/17/2015 | 199 | 264,368.76 | 1,328.49 | 889,777.00 |
| 11/19/2015 | 114 | 218,096.16 | 1,913.12 | 12/18/2015 | 226 | 264,477.66 | 1,170.26 | 936,158.50 |
| 11/20/2015 | 166 | 309,385.64 | 1,863.77 | 12/19/2015 | 175 | 248,233.19 | 1,418.48 | 875,006.05 |
| 11/21/2015 | 58 | 132,665.22 | 2,287.33 | 12/21/2015 | 181 | 251,431.20 | 1,389.12 | 993,772.03 |
| 11/23/2015 | 187 | 344,808.52 | 1,843.90 | 12/22/2015 | 214 | 293,818.28 | 1,372.98 | 942,781.79 |
| 11/24/2015 | 182 | 276,457.42 | 1,519.00 | 12/23/2015 | 177 | 234,618.57 | 1,325.53 | 900,942.94 |
| 11/25/2015 | 178 | 253,488.77 | 1,424.09 | 12/24/2015 | 108 | 128,864.76 | 1,193.19 | 776,318.93 |
| 11/28/2015 | 102 | 176,795.03 | 1,733.28 | 12/26/2015 | 168 | 220,961.17 | 1,315.25 | 820,485.07 |
| 11/30/2015 | 252 | 362,942.81 | 1,440.25 | 12/28/2015 | 187 | 248,854.39 | 1,330.77 | 706,396.65 |
| Grand Totals | 2799 | 4,308,866.30 | $ 1,539.43 | 12/29/2015 | 231 | 290,963.71 | 1,259.58 | 997,360.36 |
| | | | | 12/30/2015 | 178 | 282,898.77 | 1,589.32 | 1,280,259.13 |
| | | | | 12/31/2015 | 165 | 314,723.60 | 1,907.42 | 1,594,982.73 |
| | | | | Grand Totals | 4180 | 5,903,849.03 | $ 1,412.40 | |
| | 133.6 | Dispensings per Day | | | 177.2 | Dispensings per Day | | |

**Michael Dieter**
**Senior Analyst**
Office: (713) 874-0300 |Ext: 2036
Direct: (832) 834-5052
michael.dieter@pharmsmgmt.com
**Pharms LLC | 4916 Main Street | Suite 110 | Houston | TX 77002 USA**



**CONFIDENTIALITY:** This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at 832-834-5052 and delete this message.  Unauthorized interception of this e-mail is a violation of federal criminal law.