**From:** Brad Madrid <brad.madrid@pharmsmgmt.com>
**To:** Terry B <terrybrickman@hotmail.com>;Brian Swiensinski <brianski9966@gmail.com>
**Sent:** 2/2/2016 7:20:23 PM
**Subject:** RE: Insurance Info IMPORTANT

Terry,

I completely understand. No problem. I will not make any changes.

Thank you,

**Brad Madrid**
**Marketing Director**
o: 713-325-2315|c: 925-285-0659 |f: 855-388-5588
Pharms LLC | 4916 Main Street, Suite 110 | Houston, TX 77002



**From:** Terry B [mailto:terrybrickman@hotmail.com]
**Sent:** Tuesday, February 02, 2016 10:28 AM
**To:** Brad Madrid; Brian Swiensinski
**Subject:** Insurance Info IMPORTANT
**Importance:** High

Brad,

Not sure what you are doing with my insurance but please see below.

1) Wellness Caps were not covered in 2015 but maybe they will be in 2016.

2) In January both Lisa and I received Lidocaine, Diclofenac, and Dermawerx.

3) I changed to Lisa's plan 1-1-2016 as her coverage for Cremes was better than mine

WHATEVER YOU DO PLEASE DO NOT change anything moving forward....all 3 of those need to fill monthly for BOTH of us. If you can add anything else great but do not alter what we are currently getting......ok?

Thanks,

TB

---

**From:** Brian Swiencinski <brianski9966@gmail.com>
**Sent:** Thursday, November 19, 2015 10:13 AM
**To:** Terry B
**Subject:** Fwd: Insurance Info

Begin forwarded message:

**From:** Brad Madrid <brad.madrid@pharmsmgmt.com>

GX1108.001

**GOVERNMENT EXHIBIT**
**1108**
4:18-CR-368

DOJ-SMUBSSB-0000179307
DOJ-SMUBSSB-0000179307-1

**Subject:** FW: Insurance Info
**Date:** November 19, 2015 at 9:10:10 AM CST
**To:** Brian Swiensinski <brianski9966@gmail.com>

|  | Lidocaine(hitech) | PNA Diclofenac | OMEGA WELLNESS CAPS | DERMACINRX SURGICAL PHAR | DERMAWERX |
|---|---|---|---|---|---|
| TERRY BRICKMAN | $1,452.80 | $1,132.33 | ------- | ------ | ------ |
| LISA BRICKMAN | $1,447.80 | $1,123.54 | ------- | ----- | $4,308.30 |
| JAMES BUCKINGHAM | PATIENT COVERAGE ENDED ON 07/31/15 | | | | |
| SHEILA ANN BUCKINGHAM | | | | | |
| TRISTAN BUCKINGHAM | | | | | |
| ALEXA BUCKINGHAM | | | | | |
| GEORDON BUCKINGHAM | | | | | |
| EVAN BUCKINGHAM | | | | | |

**Original compound formulas are not covered.**



Thuy Nguyen, CPhT | Customer Service Specialist | thuy.nguyen@omniplushealthcare.com | (713) 874-0313 direct | (713) 874-0300 pharmacy| (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.