| | |
|---|---|
| **From**: | Terry B [terrybrickman@hotmail.com] |
| **Sent**: | 2/14/2016 10:22:51 PM |
| **To**: | Brian Ski [brianski9966@gmail.com] |
| **Subject**: | Script Reimbursement |

Brian,

Here is the reimbursement breakdown for Lisa and I (January and February). It looks like the Dermasilk will be a monthly recurring script and the monthly total seems to be $12,162. I know there is cost of drug in that number...I totally get it. Hopefully if the end result can bump up to like 5K that would be great and truly needed/appreciated.

JANUARY:

Lisa:                                                              Terry:

1-11-2016   Dermasilk   4282            1-11-2016   Dermasilk   4282
1-11-2016   Diclofenac   1117            1-11-2016   Diclofenac   1117
1-11-2016   Lidocaine      682            1-11-2016   Lidocaine      682


January total for both of us:      $12,162


FEBRUARY:

Lisa:                                                              Terry:

2-3-2016   Dermasilk   4282              2-3-2016   Dermasilk      4282
2-3-2016   Diclofenac    1117              2-3-2016   Diclofenac      1117
2-3-2016   Lidocaine       682              2-3-2016   Lidocaine         682

February total for both of us     $12,162


Thanks!!

GOVERNMENT
EXHIBIT
**1109**
4:18-CR-368

DOJ-SMUBSSB-0000054909
DOJ-SMUBSSB-0000054909-1