| | |
|---|---|
| **From:** | Brian Swiencinski <brianski9966@gmail.com> |
| **To:** | Leonard Carr <leonard.carr@omnipluspharmacy.com> |
| **Sent:** | 2/15/2016 11:32:44 AM |
| **Subject:** | Fwd: OmniPlus Sales Rep Credentialing Questionnaire - Draft Questions |

Who do we think we are?  Fucking Gestapo.. If I was the rep filling this
Out I would tell you guys to go fuck yourselves.  We are a pharmacy,  we fill scripts,
If they are valid we fill them, if there are not valid or if we feel they are not valid then
We can terminate the rep.  Don't let a couple of bad apples piss off our entire sales
Force.  Remember these are my friends!!   Not yours and not Scotts.

B

Sent from my iPad

Begin forwarded message:

**From:** Scott Breimeister <Scott.Breimeister@pharmsmgmt.com>
**Date:** February 14, 2016 at 5:21:05 PM EST
**To:** Scott Breimeister <Scott.Breimeister@pharmsmgmt.com>, Brian Swiensinski <brianski9966@gmail.com>, Leonard Carr <leonard.carr@omnipluspharmacy.com>, Branko Milosevic <branko@bmcgroup.biz>, Hamid Mobli <hamid.mobli@omnipluspharmacy.com>, Brad Madrid <brad.madrid@pharmsmgmt.com>
**Cc:** Kathleen DeBruhl <kdebruhl@md-law.com>, David Haynes <dhaynes@md-law.com>
**Subject: OmniPlus Sales Rep Credentialing Questionnaire - Draft Questions**

Gentlemen:

Attached is a draft of the credentialing questionnaire. The reason I'm calling it a draft is because I'm sure there are some important things we should be asking that aren't on the questionnaire. So feel free to add additional questions.

I'm sure Kathy and Beau will have some suggestions when we speak tomorrow.

Enjoy your evening.
Scott

GOVERNMENT
EXHIBIT
1110
4:18-CR-368

DOJ-SMUBSSB-0000207394_0001