| | |
|---|---|
| **From**: | Brian Swiencinski [brianski9966@gmail.com] |
| **Sent**: | 4/6/2016 1:20:40 PM |
| **To**: | Stacey Mayeur [stacey.mayeur@omnipluspharmacy.com]; Scott Breimeister [scott.breimeister@pharmsmgmt.com]; Leonard Carr [leonard.carr@omnipluspharmacy.com] |
| **Subject**: | Payment Co-Pay |
| **Attachments**: | image2016-04-06-070639.pdf; Untitled attachment 00007.htm |

Sent from my iPad

Begin forwarded message:

**From:** <scanner@medallionmedical.com>
**Date:** April 6, 2016 at 8:06:44 AM CDT
**To:** <brianski9966@gmail.com>
**Subject: Medallion scan**

GX1113.001

**GOVERNMENT EXHIBIT**
**1113**
4:18-CR-368

DOJ-SMUBSSB-0000011367
DOJ-SMUBSSB-0000011367-1

**RONNIE E McADA JR**
**LAURA A McADA**
~~400 CHATHAM ST~~ 130 Overlook Dr.
SUNNYVALE, TX 75182-4002

5796
32-7930/3110

Date 3/22/16

Pay to the Order of Omni Plus PHARMACY $ 10,900.—

Ten thousand nine hundred & n/100 Dollars

CREDIT UNION OF TEXAS
P.O. BOX 617028
DALLAS, TEXAS 75251

For Compds

Harland Clarke

MP

⑆311079306⑆ [redacted] 6617⑈05796

GX1113.002