| | |
|---|---|
| **From**: | brianski9966@gmail.com [brianski9966@gmail.com] |
| **Sent**: | 4/6/2016 2:23:27 PM |
| **To**: | Scott Breimeister [Scott.Breimeister@pharmsmgmt.com]; Leonard Carr [leonard.carr@omnipluspharmacy.com] |
| **Subject**: | Fwd: Medallion scan |
| **Attachments**: | image2016-04-06-082154.pdf; Untitled attachment 00004.htm |

Sent from my iPhone

Begin forwarded message:

**From:** <scanner@medallionmedical.com>
**Date:** April 6, 2016 at 9:21:54 AM CDT
**To:** <brianski9966@gmail.com>
**Subject: Medallion scan**

GX1114.001

**GOVERNMENT EXHIBIT**
**1114**
4:18-CR-368

DOJ-SMUBSSB-0000119739
DOJ-SMUBSSB-0000119739-1

```
RONNIE E McADA JR                                              5797
LAURA A McADA                                               32-7930/3110
400 CHATHAM ST
SUNNYVALE, TX 75182-4002           3/22/16
                                         Date

Pay to the
Order of   Omni Plus Pharmacy         $ 6030.—
Six thousand thirty + no/—          Dollars

         P.O. BOX 517028
         DALLAS, TEXAS 75251
CREDIT UNION
   OF TEXAS
For  Copays                          [signature]

⑀311079306⑀  [REDACTED]  6617⑀05797
```

GX1114.002

DOJ-SMUBSSB-0000119740
DOJ-SMUBSSB-0000119740-1