| | |
|---|---|
| **From:** | Brian Swiencinski <brianski9966@gmail.com> |
| **To:** | Terry B <terrybrickman@hotmail.com> |
| **Sent:** | 4/26/2016 3:53:50 PM |
| **Subject:** | Re: Rx info |

Terry

The Department of Justice just showed up at two of my reps house last week over false scripts. The are questioning why entire families
got the same scripts on the same date from the same physician. Not joking.

B

On Apr 26, 2016, at 10:49 AM, Terry B <terrybrickman@hotmail.com> wrote:

Wow

Tell Scott I said thanks...and fuck you

Sent from my iPhone

On Apr 26, 2016, at 11:24 AM, Brian Swiencinski <brianski9966@gmail.com> wrote:

Scott doesn't want to fill it. No more families.

On Apr 25, 2016, at 2:32 PM, Terry B <terrybrickman@hotmail.com> wrote:

Can we please run these for EVERYTHING including Dermasilk (which pays great on my plan) and see what is covered.

New insurance plan for Mike and his ex.

Thanks

Sent from my iPhone

Begin forwarded message:

**From:** MICHAEL F MCLAUGHLIN <michaelfmclaughlin7@icloud.com>
**Date:** April 25, 2016 at 3:27:50 PM EDT
**To:** terrybrickman@hotmail.com
**Subject: Rx info**

Michael F. McLaughlin

DOB:

Harvard Pilgrim Healthcare
1-888-333-4742
ID# HP5415509-00
BIN: 003585

GX1116.001

**GOVERNMENT EXHIBIT**
**1116**
**4:18-CR-368**

DOJ-SMUBSSB-0000174467
DOJ-SMUBSSB-0000174467-1

GROUP ID/CCN: 35000

Leila H. Carter



ID# HP5415509-02
BIN: 003585
GROUP ID/CCN: 35000

Mike McLaughlin
Territory Manager - Northeast
Opsens Medical
mike.mclaughlin@opsens.com
978 504-0255

www.opsensmedical.com