| | |
|---|---|
| From: | Stacey Mayeur [stacey.mayeur@omnipluspharmacy.com] |
| Sent: | 7/12/2016 6:28:50 PM |
| To: | Brian Swiensinski [brianski9966@gmail.com] |
| CC: | Scott Breimeister [Scott.Breimeister@pharmsmgmt.com] |
| Subject: | RE: Check for the Buckingham family |

Ok great. Thanks Brian.

**Stacey Mayeur, CPhT | Audit Coordinator |Stacey@omniplushealthcare.com**
**(713) 325-2314 Direct| (713) 874-0314 fax**
**4916 Main St, Suite 100 Houston, TX 77002**

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Brian Swiencinski [mailto:brianski9966@gmail.com]
**Sent:** Tuesday, July 12, 2016 1:28 PM
**To:** Stacey Mayeur
**Subject:** Re: Check for the Buckingham family

He was out of town and just sent it fed ex

Sent from my iPhone

On Jul 12, 2016, at 11:18 AM, Stacey Mayeur <stacey.mayeur@omnipluspharmacy.com> wrote:

Hi Brian,
Can you give me status on collecting the check from the Buckingham family? Scott said you were working on this.

**Stacey Mayeur, CPhT | Audit Coordinator |Stacey@omniplushealthcare.com**
**(713) 325-2314 Direct| (713) 874-0314 fax**
**4916 Main St, Suite 100 Houston, TX 77002**

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**GOVERNMENT EXHIBIT 1117**
**4:18-CR-368**