**From**: Terry B [terrybrickman@hotmail.com]
**Sent**: 9/14/2016 6:07:39 PM
**To**: Brian Ski [brianski9966@gmail.com]
**Subject**: Co Pay Checks
**Attachments**: Co Pay Checks.pdf

Before I FedEx make sure these look ok!

1) Used diff sequence # checks

2) Used yest date for one and todays for the other

LET ME KNOW IF THESE LOOK GOOD

GX1118.001

GOVERNMENT
EXHIBIT
**1118**
4:18-CR-368

DOJ-SMUBSSB-0000057407
DOJ-SMUBSSB-0000057407-1

**Check 2633:**

TERRY A BRICKMAN
LISA HERSCH BRICKMAN
1659 STANLEY BLVD
BIRMINGHAM, MI 48009

Date: 9-14-16

Pay to the order of: OMNI ONE Pharmacy    $545.00

Five-Hundred; Forty Five xx/100 Dollars

Flagstar Bank

For: LISA'S Pharmacy CO-PAY

Signed: Lisa H. B———

⑆272471852⑈ ■■■■■■6540⑊ 02633

**Check 2613:**

TERRY A BRICKMAN
LISA HERSCH BRICKMAN
1659 STANLEY BLVD
BIRMINGHAM, MI 48009

Date: 9-13-16

Pay to the order of: OMNI ONE Pharmacy    $535.00

Five-Hundred; Thirty Five xx/100 Dollars

Flagstar Bank

For: TERRY'S CO-PAY

⑆272471852⑈ ■■■■■■6540⑊ 02613

GX1118.002