GOVERNMENT
EXHIBIT
**1125**
4:18-CR-368

**From:** Scott Breimeister <Scott.Breimeister@pharmsmgmt.com>
**To:** 'Brian' <brianski9966@gmail.com>
**CC:** Pam Bailey <pamela.bailey@omniplushealthcare.com>;Leonard Carr <leonard.carr@omnipluspharmacy.com>
**Sent:** 4/15/2015 9:22:07 PM
**Subject:** FW: SB

Slight glitch in the Super SB supplement. See below.

Once we have a formula that works, we'll get you the insurance matrix we discussed this morning showing reimbursement by all the major PBM's.

Nothing is easy.
Sorry.

**From:** Hamid Mobli
**Sent:** Wednesday, April 15, 2015 4:08 PM
**To:** Brad Madrid
**Cc:** Pam Bailey; Leonard Carr; Scott Breimeister
**Subject:** Re: SB

I have to modify the formulation.

Sent from my iPhone

On Apr 15, 2015, at 3:57 PM, Brad Madrid <brad.madrid@pharmsmgmt.com> wrote:

How about P-5-P in place of the Vit D3?

**Brad Madrid**
**Marketing Associate**
**o: 713-325-2315| c: 925-285-0659**
**|4916 Main Street, Suite 110 | Houston, TX 77002**

**From:** Pam Bailey
**Sent:** Wednesday, April 15, 2015 3:48 PM
**To:** Hamid Mobli
**Cc:** Leonard Carr; Scott Breimeister; Brad Madrid
**Subject:** SB

THE VIT D ISN'T BEING COVERED WITH THE RESV.
SO FAR IT HAS WORKED IF I PROCESS WITH 08 (BUT WE ARE TRYING TO GET AWAY FROM THAT)
IF WE CAN TRY SOMETHING ELSE



Pamela J. Bailey CPhT **|** Claims Processing / Customer Service Manager **|**
pamela.bailey@omniplushealthcare.com **|** (832) 742-8382 direct **|** (713) 874-0300 pharmacy**|** (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 **|**www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately

DOJ-SMUBSSB-0000173945