| | |
|---|---|
| **From**: | Pam Bailey [pamela.bailey@omniplushealthcare.com] |
| **Sent**: | 4/16/2015 10:33:48 PM |
| **To**: | Scott Breimeister [Scott.Breimeister@pharmsmgmt.com]; Leonard Carr [leonard.carr@omnipluspharmacy.com]; Hamid Mobli [hamid.mobli@omnipluspharmacy.com] |
| **CC**: | 'Brian' [brianski9966@gmail.com]; Peter Herbst [peter.herbst@omnipluspharmacy.com]; Brad Madrid [brad.madrid@pharmsmgmt.com] |
| **Subject**: | SUPER SB |
| **Attachments**: | SUPER SB INSURANCE COMPARRISONS.docx |



Pamela J. Bailey CPhT │ Claims Processing / Customer Service Manager │ pamela.bailey@omniplushealthcare.com │ (832) 742-8382 direct │ (713) 874-0300 pharmacy │ (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 │ www.omniplushealthcare.com

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (832) 495-4566 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

GX1126.001

GOVERNMENT
EXHIBIT
**1126**
4:18-CR-368

DOJ-SMUBSSB-0000140257

# SUPER SB INSURANCE COMPARRISONS

| INSURANCE | SB-1 | SB-1 | NOTES |
|---|---|---|---|
| ADVANCE | $2,323.81 | $4,188.96 | SB-1 EGCG ($64.08 NOT COVERED) SB-2 GLOTATHIONE ($165.59 NOT COVERED) |
| AETNA | - | - | NOT COVERED |
| BCBS | | | CAPS AT $300 |
| BCBS FEDERAL | | | CAPS AT $600  50/50 COPAY |
| CATAMARAN | $2,500.85 | $4,183.03 | |
| CIGNA | | | CAPST AT $210 |
| CAREMARK | $2,612.31 | $4,352.70 | |
| MEDCO | $2,657.45 | $4,394.74 | |