| | |
|---|---|
| **From:** | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| **To:** | royalnew@aol.com <royalnew@aol.com> |
| **CC:** | Brian Swiensinski <brianski9966@gmail.com>;Hamid Mobli <hamid.mobli@omnipluspharmacy.com>;Branko Milosevic <branko@bmcgroup.biz>;Leonard Carr <leonard.carr@omnipluspharmacy.com> |
| **Sent:** | 12/28/2015 2:29:27 PM |
| **Subject:** | Pharmacies for Sale in the Houston Area |

Elva's

Good morning.

I believe my partner Brian Swiencinski placed a call to you over the weekend. We'd like to acquire at least one pharmacy in the Houston area within the next sixty to ninety days. Our only criteria in addition to being in good standing with the state is that the pharmacy must have network agreements with all of the major PBM's as well as Medicare.

We've acquired several pharmacies in recent years and have a thorough though streamlined due diligence process. We're a cash buyer and can close within thirty days of contract provided everything is in order.

Should you know of any pharmacies that meet our criteria we'd be interesting in talking. My cell number is  .

I look forward to speaking with you in the near future.

Best Regards
Scott



**Scott Breimeister | President | scott.breimeister@omnipluspharmacy.com | (713) 874-0300 pharmacy | (713) 874-0314 fax
4916 Main Street, #100, Houston, TX 77002 |www.omniplushealthcare.com**

*"Please consider the environment before printing this e-mail"*

CONFIDENTIALITY: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material such as identifiable patient health information or business information which is privileged and legally protected from disclosure and subject to protection under applicable state and federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email, or any files transmitted with it, is strictly prohibited. If you have received this email in error, please immediately notify the sender at (713) 874-0300 and delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

GX1130.001

GOVERNMENT
EXHIBIT
**1130**
4:18-CR-368

DOJ-SMUBSSB-0000216001