| | |
|---|---|
| **From:** | Scott Breimeister <Scott.Breimeister@pharmsmgmt.com> |
| **To:** | Ronnie McAda <ronniemcada@gmail.com> |
| **CC:** | brianski9966@gmail.com <brianski9966@gmail.com>;Raghu Chintalapally <raghu.chintalapally@omniplushealthcare.com>;Leonard Carr <leonard.carr@omniplushealthcare.com>;Peter Herbst <peter.herbst@omnipluspharmacy.com>;Gil Ganucheau <gganucheau@md-law.com> |
| **Sent:** | 10/27/2014 9:04:10 PM |
| **Subject:** | CVS Audit |

Ronnie:

CVS was kind enough to release a schedule of the scripts they are most concerned about. It appears that there are about 100 scripts in question and all contain fluticasone. The total amount of reimbursement in question is approx. $ 935,000.

However, the scripts in dispute pertain only to the following 8 patients:



| Patient | Age |
|---|---|
| B████ B███ | 6 |
| S████ B███ | 14 |
| Z███ E███ | 11 |
| F███ H███ | 8 |
| H███ H███ | 10 |
| J███ S███ | 14 |
| E███ V███ | 4 |
| L███ V███ | 14 |

I think we need to find out what Dr. Kennedy told CVS/Caremark both verbally and in writing regarding these patients/scripts. We then need Dr. Kennedy to explain in writing why she wrote these scripts for these patients and explain the circumstances surrounding the confusion with the initial CVS/Caremark inquiry. A major question that must be addressed is why a bariatric surgeon is prescribing pain and scar creams to children, many of whom are in the same family.

I hope there is a very logical and persuasive explanation for all this.

Thanks for your help.
Scott

**GOVERNMENT EXHIBIT**

**1133**

**4:18-CR-368**

DOJ-SMUBSSB-0000211799