| Patient | | DOB | Insurance Info | |
|---|---|---|---|---|
| | | | Carrier: | |
| Home Phone | Cell Phone | | Bin# | PCN# |
| Address | | | Group # | |
| City | State | Zip | Workers Comp | Yes / No |
| Allergies | Diag. | | DOI | Claim # |

## General Pain / Inflammation

☐ **GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: _____)

## Back & Radicular Pain

☐ **BRP-3**
- Ketamine 10%
- Clonidine 0.2%
- Gabapentin 6%
- Flurbiprofen 10%
- Lidocaine 2%

☐ **BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: _____)

## Neuropathic & Chronic Pain

☐ **NCP-5**
- Ketamine 10%
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Lidocaine 2.5%

☐ **NCP-8**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 10%
- Gabapentin 6%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: _____)

☐ **NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

☐ **NCP-9**
- Ketamine 10%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2%
- Diclofenac 3%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  Refills: _____)

## Specialty

☐ **SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%

☐ **For painful scars add:**
- Prilocaine 3%
- Gabapentin 15%

☐ **DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

☐ **DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%

☐ **Contact Dermatitis with pain add:**
- Lidocaine 2%
- Hydroxyzine 2%

☐ **DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.042%
- Coenzyme Q10 2.4%
- Vitamin D3 0.03%
- Tretinoin 0.012%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 2 times daily; 1 pump = 1.5 mLs  Refills: _____)

## Metabolic Supplements

☐ **MS-1: GENERAL WELLNESS/ DERMATOLOGIC WELLNESS**
- Co-Q10 75mg
- Alpha Lipoic Acid 50mg
- N Acetyl Cystine 250mg
- Vit D3 1000 IU

☐ **MS-2: TOTAL WELLNESS METABOLIC SUPPLEMENT**
- Methylcobalamine 40mg
- Pyridoxal-5-Phosphate 100mg
- 5-MTHF 8mg

(SIG: Take 1 capsule by mouth twice daily; Dispense #: 60 OR Alternative SIG: _____
Refills: _____)

---

Alternative SIG: _____

Prescriber Name: _____ NPI # _____

Lic. #: _____ DEA:# _____

Address: _____

Phone #: _____ Fax #: _____

Signature (Note: Manual Signature Required for CS) _____ Date: _____

**Note: Ketamine is Schedule III controlled substance.**

GX1135.001

**GOVERNMENT EXHIBIT**
**1135**
4:18-CR-368

| Patient | | DOB | Insurance Info | | |
|---|---|---|---|---|---|
| | | | Carrier: | | |
| Home Phone | | Cell Phone | Bin# | | PCN# |
| Address | | | Group # | | |
| City | State | Zip | Workers Comp | Yes | No |
| Allergies | | Diag. | DOI | | Claim # |

## Back & Radicular Pain

**BRP-33**
- Clonidine 0.20%
- Gabapentin 6%
- Flurbiprofen 10%
- Bupivacaine HCL 5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

**BRP-4**
- Gabapentin 6%
- Clonidine 0.1%
- Diclofenac 2%
- Lidocaine 2%
- Pentoxifylline 2%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

## Neuropathic & Chronic Pain

**NCP-55**
- Baclofen 2%
- Gabapentin 6%
- Imipramine 3%
- Nifedipine 2%
- Bupivacaine HCL 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen 10%

**NCP-88**
- Baclofen 2%
- Cyclobenzaprine 2%
- Flurbiprofen 15%
- Gabapentin 6%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

**NCP-7**
- Flurbiprofen 20%
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Lidocaine 2.5%

**NCP-99**
- Baclofen 2%
- Cyclobenzaprine 2%
- Gabapentin 6%
- Bupivacaine HCL 5%
- Diclofenac 5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

## General Pain / Inflammation

**GPI-2**
- Tramadol 5%
- Flurbiprofen 20%
- Cyclobenzaprine 2%
- Baclofen 2%

**OTHER FORMULATION**

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

## Specialty

**SCAR**
- Fluticasone Propionate 1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline 0.5%

**For painful scars add:**
- Prilocaine 3%
- Gabapentin 15%

**DERM-2: TOPICAL ANTI FUNGAL CREAM**
- Fluticasone 1%
- Fluconazole 2%
- Pentoxifylline 0.5%
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-3: ANTI FUNGAL NAIL LOTION**
- Fluticasone 1%
- Fluconazole 2%
- Urea 15%

**DERM-5: CONTACT DERMATITIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%

**Contact Dermatitis with pain add:**
- Lidocaine 2%
- Hydroxyzine 2%

**DERM-6: PSORIASIS**
- Fluticasone 1%
- Methylcobalamin 0.07%
- Coenzyme Q10 4%
- Vitamin D3 0.05%
- Tretinoin 0.02%

**DERM-7: PLANTAR FASCIITIS**
- Diclofenac 5%
- Baclofen 2%
- Fluticasone 1%
- Lidocaine 2%
- Verapamil Hydrochloride 10%

(Dispensing Quantity: 300mLs OR Other Quantity:_____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____)

## Metabolic Supplements

**MS-2: GENERAL WELLNESS**
- MS-21: Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
  (SIG: Take 1 capsule by mouth twice daily; Dispense: 60 OR Alternative SIG:_____)
- MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcystine 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)

**MS-3: GENERAL WELLNESS**
- MS-31: Resveratrol Powder 100mg, Piperine 20mg
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)
- MS-32: Hydrocobalamine 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense: 60 OR Alternative SIG:_____)

Additional Comments: _____

Prescriber Name: _____   NPI # _____

Lic. #: _____   DEA:# _____

Address: _____

Phone #: _____   Fax #: _____

Signature (Note: Manual Signature Required for CS) _____   Date: _____

**Patient** _____  **DOB** _____

**Home Phone** _____  **Cell Phone** _____

**Address** _____

**City** _____  **State** _____  **Zip** _____

**Allergies** _____

**Diag.** _____

**Insurance info**

**Carrier:** _____

**Bin#** _____  **PCN#** _____

**Group #** _____

**Member ID #** _____

**Workers Comp**  **Yes**  **No**

**DOI** _____  **Claim #** _____

## Back & Radicular Pain

☐ **BRP-33**
- Clonidine         0.20%
- Gabapentin        6%
- Flurbiprofen      10%
- Bupivacaine HCL   5%
- Magnesium Chloride 10%
- Dextromethorphan HBr 10%

☐ **BRP-4**
- Gabapentin        6%
- Clonidine         0.1%
- Diclofenac        2%
- Lidocaine         2%
- Pentoxifylline    2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  **Refills:** _____ )

## Hair Restoration

☐ **Scalp Care - 4 hair solution**
- Fluticasone       1.0%
- Finasteride       .2%
- Minoxidil         10%
- Tretinoin         .01%

(Dispensing Quantity: 60ml OR 120ml OR Other Quantity: _____)
(SIG: Apply up to 2mls to scalp 2 times a day  **Refills:** _____ )

## Other Formulation

☐ _____

## Neuropathic & Chronic Pain

☐ **NCP-55**
- Baclofen          2%
- Gabapentin        6%
- Imipramine        3%
- Nifedipine        2%
- Bupivacaine HCL   5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 5%
- Flurbiprofen      10%

☐ **NCP-7**
- Flurbiprofen      20%
- Baclofen          2%
- Cyclobenzaprine   2%
- Gabapentin        6%
- Lidocaine         2.5%

☐ **NCP-99**
- Baclofen          2%
- Cyclobenzaprine   2%
- Gabapentin        6%
- Bupivacaine HCL   5%
- Diclofenac        5%
- Magnesium Chloride 15%
- Dextromethorphan HBr 10%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  **Refills:** _____ )

## General Pain/Inflammation

☐ **GPI-2**
- Tramadol          5%
- Flurbiprofen      20%
- Cyclobenzaprine   2%
- Baclofen          2%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  **Refills:** _____ )

## Specialty

☐ **SCAR**
- Fluticasone Propionate       1%
- Levocetirizine Dihydrochloride 2%
- Pentoxifylline               0.5%

☐ **For painful scars, add:**
- Prilocaine                   3%
- Gabapentin                   15%

☐ **DERM-2: TOPICAL ANTI-FUNGAL CREAM**
- Fluticasone                  1%
- Fluconazole                  2%
- Pentoxifylline               0.5%
- Lidocaine                    2%
- Hydroxyzine                  2%

☐ **DERM-3: ANTI-FUNGAL NAIL LOTION**
- Fluticasone                  1%
- Fluconazole                  2%
- Urea                         15%

☐ **DERM-5: CONTACT DERMATITIS**
- Fluticasone                  1%
- Methylcobalamin              0.07%
- Coenzyme Q10                 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine                    2%
- Hydroxyzine                  2%

☐ **DERM-6: PSORIASIS**
- Fluticasone                  1%
- Methylcobalamin              0.07%
- Coenzyme Q10                 4%
- Vitamin D3                   0.05%
- Tretinoin                    0.02%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac                   5%
- Baclofen                     2%
- Fluticasone                  1%
- Lidocaine                    2%
- Verapamil Hydrochloride      10%

(Dispensing Quantity: 300mLs OR Other Quantity: _____)
(SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  **Refills:** _____ )

## Metabolic Supplements

☐ **MS-2: GENERAL WELLNESS**
- MS-21: Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
  (SIG: Take 1 capsule by mouth twice daily; Dispense 60  **Refills:** _____ )
- MS-22: Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcystine 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense 60  **Refills:** _____ )

☐ **MS-3: GENERAL WELLNESS**
- MS-31: Resveratrol Powder 100mg, Piperine 20mg
  (SIG: Take 2 capsules by mouth once daily; Dispense 60  **Refills:** _____ )
- MS-32: Hydroxycobalamin 20mg, Coenzyme Q10 100mg, Alpha Lipoid Acid 250mg, Vit D3 1,000IU
  (SIG: Take 2 capsules by mouth once daily; Dispense 60  **Refills:** _____ )

**Prescriber Name:** _____  **NPI #** _____

**Lic. #:** _____  **DEA#** _____

**Address:** _____

**Phone #:** _____  **Fax#:** _____

**Signature** (Note: Manual Signature Required for CS) _____  **Date:** _____

## Patient Information

| Patient | | DOB |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

## Insurance Info

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Member ID # | |
| Workers Comp | Yes / No |
| DOI | Claim # |

## PAIN
☐ Cream AND Patch

- ☐ **NCP-5: Neuropathic & Chronic Pain**[P1]
  Baclofen 2%, Gabapentin 6%, Imipramine 3%, Nifedipine 2%, Lidocaine 2.5%
  Add: _____

- ☐ **NCP-7: Neuropathic & Chronic Pain**[P1]
  Flurbiprofen 20%, Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2.5%
  Add: _____

- ☐ **NCP-9: Neuropathic & Chronic Pain**[P1]
  Baclofen 2%, Cyclobenzaprine 2%, Gabapentin 6%, Lidocaine 2%, Diclofenac 3%
  Add: _____

- ☐ **ALEVEER PAIN PATCH**[P2]
  Menthol 5%, Capsaicin 0.0375%
  Dispensing Quantity: ☐ 30 count OR ☐ 60 count OR ☐ _____
  SIG: Apply 1 patch to affected area 1-2 times daily as needed. If applicable, alternate cream with patch as directed by your physician.
  Refills: _____

- ☐ **BRP-3: Back & Radicular Pain**[P1]
  Clonidine 0.2%, Gabapentin 6%, Flurbiprofen 10%, Lidocaine 2%
  Add: _____

- ☐ **GPI-2: General Pain / Inflammation**[P1]
  Flurbiprofen 20%, Cyclobenzaprine 2%, Baclofen 2%
  Add: _____

Dispensing Quantity: 300mLs OR Other Quantity: _____
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____

Dispensing Quantity: 300mLs OR Other Quantity: _____
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____

## SCAR / DERMATOLOGICAL

- ☐ **SCAR**[S1]
  Fluticasone Propionate 1%, Levocetirizine Dihydrochloride 2%, Pentoxifylline 0.5%
  ☐ For painful scars, add:
  Prilocaine 3%, Gabapentin 15%

- ☐ **DERM-5: CONTACT DERMATITIS / ECZEMA**
  Fluticasone 1%, Methylcobalamin 0.07%, Coenzyme Q10 4%
  ☐ Contact Dermatitis with pain, add:
  Lidocaine 2%, Hydroxyzine 2%

- ☐ **DERM-7: PLANTAR FASCIITIS**[PF1]
  Diclofenac 5%, Baclofen 2%, Fluticasone 1%, Lidocaine 2%, Verapamil Hydrochloride 10%

- ☐ **STRETCH MARKS / ELASTICITY**
  Fluticasone 1%, Levocetirizine 2%, Pentoxifylline 0.5%, Hyaluronidase 0.2%, Vitamin D3 .05%, Vitamin C 5%, Estradiol 0.1%

- ☐ **TX ACNE #3B (Topical)**
  Erythromycin 2%, Niacinamide 5%, Clindamycin 1%, Urea 20%, Benzoyl Peroxide 2.5%, Fluticasone 1%, Argentum 300ppm, Melaleuca Alternifolia 3%
  Dispensing Quantity: 180gms
  SIG: Apply 1-2 pumps (1 Pump - 1.5 Grams) 3-4 times a day as instructed.
  Refills: _____

Dispensing Quantity: 300mLs OR Other Quantity: _____
SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs   Refills: _____

## SPECIALTY

- ☐ **MGL-1B: MIGRAINE**[M1]
  Topiramate 5%, Baclofen 2%, Cyclobenzaprine 2%, Lidocaine 5%, Flurbiprofen 10%, Apomorphine 0.2%
  Dispensing Quantity: 300mLs OR Other Quantity: _____
  SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs
  Refills: _____

- ☐ **SCALP CARE - 4 HAIR SOLUTION**
  Fluticasone 1.0%, Finasteride .2%, Minoxidil 10%, Tretinoin .01%
  Dispensing Quantity: 120ml OR Other Quantity: _____
  SIG: Apply up to 2mls to scalp 2 times a day
  Refills: _____

## METABOLIC SUPPLEMENTS / GENERAL WELLNESS

☐ **MS-2**
- **MS-21:** Methylcobalamin 20mg, Pyridoxial-5-Phosphate 70mg, 5-MTHF 10mg
  Dispensing quantity: 60
  SIG: Take 1 capsule by mouth twice daily
  Refills: _____
- **MS-22:** Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, N-Acetylcystine 250mg, Vit D3 1,000IU
  Dispensing quantity: 60
  SIG: Take 2 capsules by mouth once daily
  Refills: _____

☐ **MS-3**
- **MS-31:** Resveratrol Powder 100mg, Piperine 20mg
- **MS-32:** Hydroxycobalamin 20mg, Coenzyme Q10 100mg, Alpha Lipoic Acid 250mg, Vit D3 1,000IU
  Dispensing quantity: 60
  SIG: Take 2 capsules by mouth once daily   Refills: _____

## ALTERNATE FORMULATION LEGEND:

**P1 First Substitute:** Active Ketoprofen 5% KIT, Active Cyclobenzaprine 5% KIT, Active Gabapentin 4% KIT & Active Tramadol 8% KIT (Pharmacy is authorized to admix all the prescribed kits together before dispensing to the patient).
**P1 Second Substitute:** ALT-1B (Gabapentin 8%, Meloxicam 0.375%, Lidocaine 1.5%, Prilocaine 1.5%, Topiramate 2%, Amantadine 4%) or ALT-1B (EMLA) Gabapentin 8%, Meloxicam 0.375%, Lidocaine/Prilocaine 2.5% Cream, Topiramate 2%, Amantadine 4% or Voltaren Gel (whichever is covered by the patient insurance)
**P1 Third Substitute:** GPI-1SPEC (Acetaminophen 10%, Cyclobenzaprine 2%, Baclofen 2%, Lidocaine 2%)
**P1 Fourth Substitute:** Aleveer Pain Patch: Menthol 5%, Capsaicin 0.0375%
**P2 First Substitute:** MT Cream: Meloxicam 0.3%, Tizanidine 0.2%
**P2 Second Substitute:** TL Cream: Methyl Salicylate 20%, Capsaicin 0.02%, Menthol 8%, Lidocaine 5%
**P2 Third Substitute:** ILCM Cream: Ibuprofen 10%, Lidocaine 5%, Carbamazepine 2%, Methocarbamol 2%
**S1 With Pain Substitute:** Betamethasone Acetate 0.05%, Levocetirizine 1%, Pentoxifylline 1%
**S1 Without Pain Substitute:** Triamcinolone 0.01%, Levocetirizine 1%, Pentoxifylline 1%, Lidocaine 5%
**M1 Substitute:** ALT MGL-1B: Baclofen 2%, Cyclobenzaprine 2%, Lidocaine 5%, Apomorphine 0.1%, Indomethacin 5%, Amitriptyline 2%
**PF1 Substitute:** ALT DERM-7: Ibuprofen 5%, Triamcinolone 0.1%, Verapamil 5%, Lidocaine 2%, Baclofen 2%
**MS-21/MS-22/MS-31/MS-32 Substitution:** MS-1: Coenzyme Q10 75mg, Alpha Lipoic Acid 50mg, N-Acetylcystine 250mg, Vitamin D3 1,000IU

☐ Other _____

Prescriber Name: _____   NPI #: _____
Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____
Address: _____

I authorize the pharmacy to dispense the first preference formulation indicated above unless the first preference formulation is not covered by the patient's insurance or the cost of the prescription is beyond what the patient can afford. In either of those instances, substitute with the formulations listed in the Alternate Formulation Legend in this order. By my signature below I authorize the pharmacy to substitute formulations according to this Alternate Formulation Legend. In addition, in the event the originally-ordered quantity of the prescribed medication is not covered by the patient's insurance due to such quantity exceeding patient's insurance plan limitations, Pharmacist may change such originally-prescribed quantity to an adequate lesser quantity as approved by the patient's insurance.

Signature (Note: Manual Signature Required for CS): _____   Date: _____

GX1135.004

## Patient Information

| Patient | | DOB |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

Diag.

## Insurance Info

| Carrier: | |
|---|---|
| Bin# | PCN# |
| Group # | |
| Member ID # | |
| Workers Comp | Yes / No |
| DOI | Claim # |

## PAIN-TRANSDERMAL
*Any added controlled substances must be hand-written.*

☐ **NCP-5: Neuropathic & Chronic Pain**
- Baclofen .................. 2%
- Gabapentin ............... 6%
- Imipramine ............... 3%
- Nifedipine ................ 2%
- Lidocaine ................. 2.5%
- Add: _____

☐ **NCP-7: Neuropathic & Chronic Pain**
- Flurbiprofen ............. 20%
- Baclofen .................. 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ............... 6%
- Lidocaine ................. 2.5%
- Add: _____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen .................. 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ............... 6%
- Lidocaine ................. 2%
- Diclofenac ................ 3%
- Add: _____

☐ **BRP-3: Back & Radicular Pain**
- Clonidine ................. 0.2%
- Gabapentin ............... 6%
- Flurbiprofen ............. 10%
- Lidocaine ................. 2%
- Add: _____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen ............. 20%
- Cyclobenzaprine ........ 2%
- Baclofen .................. 2%
- Add: _____

**Dispensing Quantity:** 300mLs OR Other Quantity: _____  **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  **Refills:** _____

## PAIN-PATCH

☐ **RENOVO PAIN PATCH**
- Menthol ................... 5%
- Capsaicin ................. 0.0375%

**Dispensing Quantity:** ☐ 30 count OR ☐ 60 count OR ☐ _____
**SIG:** Apply 1 patch to affected area 1-2 times daily as needed. If applicable, alternate cream with patch as directed by your physician.
**Refills:** _____

## SCAR

☐ **SCAR**
- Fluticasone .............. 1%
- Levocetirizine ........... 2%
- Pentoxifylline ........... 0.5%

☐ **For painful scars, add:**
- Prilocaine ................ 3%
- Gabapentin ............... 15%

☐ **For elasticity, add:**
- Hyaluronidase ........... 0.2%
- Vitamin D3 ............... 05%
- Vitamin C ................. 5%
- Estradiol .................. 0.1%

**Dispensing Quantity:** 300mLs OR Other Quantity: _____
**SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  **Refills:** _____

## DERMATOLOGICAL

☐ **DERM-5: CONTACT DERMATITIS / ECZEMA**
- Fluticasone .............. 1%
- Methylcobalamin ...... 0.07%
- Coenzyme Q10 .......... 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine ................. 2%
- Hydroxyzine ............. 2%

☐ **DERM-7: PLANTAR FASCIITIS**
- Diclofenac ................ 5%
- Baclofen .................. 2%
- Fluticasone .............. 1%
- Lidocaine ................. 2%
- Verapamil Hydrochloride ...... 10%
- Add: _____

**Dispensing Quantity:** 300mLs OR Other Quantity: _____
**SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs  **Refills:** _____

## ACNE

☐ **TX ACNE #3B (Topical)**
- Erythromycin ............ 2%
- Niacinamide ............. 5%
- Clindamycin ............. 1%
- Urea ........................ 20%
- Benzoyl Peroxide ...... 2.5%
- Fluticasone .............. 1%
- Argentum ................. 300ppm
- Melaleuca Alternifolia ...... 3%

**Dispensing Quantity:** 180gms
**SIG:** Apply 1-2 pumps (1 Pump = 1.5 Grams) 3-4 times a day as instructed.
**Refills:** _____

## SPECIALTY

☐ **MGL-1B: MIGRAINE**
- Topiramate ............... 5%
- Baclofen .................. 2%
- Cyclobenzaprine ....... 2%
- Lidocaine ................. 5%
- Flurbiprofen ............. 10%
- Apomorphine ........... 0.2%

**Dispensing Quantity:** 300mLs OR Other Quantity: _____
**SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 mLs
**Refills:** _____

☐ **SCALP CARE - 4 HAIR SOLUTION**
- Fluticasone .............. 1.0%
- Finasteride ............... .2%
- Minoxidil ................. 10%
- Tretinoin .................. .01%

**Dispensing Quantity:** 120ml OR Other Quantity: _____
**SIG:** Apply up to 2mls to scalp 2 times a day
**Refills:** _____

## METABOLIC SUPPLEMENTS / GENERAL WELLNESS

☐ **MS-2**

**MS-21:**
- Methylcobalamin .. 20mg
- Pyridoxial-5-Phosphate ............... 70mg
- 5-MTHF .................... 10mg

**Dispensing quantity:** 60
**SIG:** Take 1 capsule by mouth twice daily
**Refills:** _____

**MS-22:**
- Coenzyme Q10 ........ 100mg
- Alpha Lipoic Acid ... 250mg
- N-Acetylcystine ...... 250mg
- Vit D3 ..................... 1,000IU

**Dispensing quantity:** 60
**SIG:** Take 2 capsules by mouth once daily
**Refills:** _____

☐ **MS-3**

**MS-31:**
- Resveratrol Powder ................. 100mg
- Piperine .................. 20mg

**Dispensing quantity:** 60
**SIG:** Take 2 capsules by mouth once daily

**MS-32:**
- Hydroxycobalamin ..... 20mg
- Coenzyme Q10 ........ 100mg
- Alpha Lipoic Acid ... 250mg
- Vit D3 ..................... 1,000IU

**Refills:** _____

## ALTERNATE FORMULATION LEGEND:

**Pain-Transdermal First Substitute:** Active Ketoprofen 5% KIT, Active Cyclobenzaprine 5% KIT, Active Gabapentin 4% KIT (Pharmacy is authorized to admix all the prescribed kits together before dispensing to the patient.)

**Pain-Transdermal Second Substitute:** ALT-1B (Gabapentin 8%, Meloxicam 0.375%, Lidocaine 1.5%, Prilocaine 1.5%, Topiramate 2%, Amantadine 4%) or ALT-1B (EMLA) Gabapentin 8%, Meloxicam 0.375%, Lidocaine/Prilocaine 2.5% Cream, Topiramate 2%, Amantadine 4% or Voltaren Gel (whichever is covered by the patient insurance)

**Pain-Transdermal Third Substitute:** GPI-1SPEC: Acetaminophen 10%, Cyclobenzaprine 2%, Baclofen 2%, Lidocaine 2%

**Pain-Transdermal Fourth Substitute:** Renovo Pain Patch: Menthol 5%, Capsaicin 0.0375%

**Renovo Patch First Substitute:** Active Ketoprofen 5% KIT, Active Cyclobenzaprine 5% KIT, Active Gabapentin 4% KIT (Pharmacy is authorized to admix all the prescribed kits together before dispensing to the patient.)

**Renovo Patch Second Substitute:** ALT-1B (Gabapentin 8%, Meloxicam 0.375%, Lidocaine 1.5%, Prilocaine 1.5%, Topiramate 2%, Amantadine 4%) or ALT-1B (EMLA) Gabapentin 8%, Meloxicam 0.375%, Lidocaine/Prilocaine 2.5% Cream, Topiramate 2%, Amantadine 4% or Voltaren Gel (whichever is covered by the patient insurance)

**Renovo Patch Third Substitute:** GPI-1SPEC: Acetaminophen 10%, Cyclobenzaprine 2%, Baclofen 2%, Lidocaine 2%

**Scar Substitute:** Scar-Spec: Betamethazone Acetate 0.05%, Levocetirizine 1%, Pentoxifylline 1%

**Migraine Substitute:** ALT MGL-1B: Baclofen 2%, Cyclobenzaprine 2%, Lidocaine 5%, Apomorphine 0.1%, Indomethacin 5%, Amitriptyline 2%

**Plantar Fasciitis Substitute:** ALT DERM-7: Ibuprofen 5%, Triamcinolone 0.1%, Verapamil 5%, Lidocaine 2%, Baclofen 2%

**MS-21/MS-22/MS-31/MS-32 Substitution:** MS-1: Coenzyme Q10 75mg, Alpha Lipoic Acid 50mg, N-Acetylcystine 250mg, Vitamin D3 1,000IU

☐ **Other** _____

---

**Prescriber Name:** _____  **NPI #:** _____

**Lic. #:** _____  **DEA#:** _____  **Phone #:** _____  **Fax#:** _____

**Address:** _____

I authorize the pharmacy to dispense the first preference formulation indocated above unless the first preference formulation is not covered by the patient's insurance or the cost of the prescription is beyond what the patient can afford. In either of those instances, substitute with the formulations listed in the Alternate Formulation Legend in this order. By my signature below I authorize the pharmacy to substitute formulations according to this Alternate Formulation Legend. In addition, in the event the originally-ordered quantity of the prescribed medication is not covered by the patient's insurance due to such quantity exceeding patient's insurance plan limitations, Pharmacist may change such originally-prescribed quantity to an adequate lesser quantity as approved by the patient's insurance.

**Signature** (Note: Manual Signature Required for CS): _____  **Date:** _____

GX1135.005

| Patient | | DOB | Insurance info | |
|---|---|---|---|---|
| Home Phone | Cell Phone | | Carrier: | |
| Address | | | Bin# | PCN# |
| City | State | Zip | Group # | |
| Allergies | | | Member ID # | |
| Diag. | | | Workers Comp | Yes / No |
| | | | DOI | Claim # |

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............... 20%
- Baclofen ...................... 2%
- Cyclobenzaprine .......... 2%
- Gabapentin .................. 6%
- Lidocaine .................. 2.5%
- **Add:** _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen ...................... 2%
- Cyclobenzaprine .......... 2%
- Gabapentin .................. 6%
- Lidocaine ..................... 2%
- Diclofenac ................... 3%
- **Add:** _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen ............... 20%
- Cyclobenzaprine .......... 2%
- Baclofen ...................... 2%
- **Add:** _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## SCAR

☐ **Scar**
- Fluticasone ................. 1%
- Levocetirizine ............. 2%
- Pentoxifylline ........... 0.5%

☐ **For painful scars, add:**
- Prilocaine .................... 3%
- Gabapentin ................ 15%

☐ **For elasticity, add:**
- Hyaluronic Acid ......... 0.2%
- Vitamin D3 .............. 0.05%
- Vitamin C .................... 5%
- Estradiol ................... 0.1%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
**Qty:** ☐ 300 gm ☐ _____

## STRETCH MARK

☐ **Stretch Marks / Elasticity**
- Fluticasone ................. 1%
- Levocetirizine ............. 2%
- Pentoxifylline ........... 0.5%
- Hyaluronidase ........... 0.2%
- Vitamin D3 ................ .05%
- Vitamin C .................... 5%
- Estradiol ................... 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## DERMATOLOGICAL/ACNE

☐ **DERM-2: Topical Anti Fungal Cream**
- Fluticasone ................. 1%
- Fluconazole ................. 2%
- Pentoxifylline ........... 0.5%
- Lidocaine ..................... 2%
- Hydroxyzine ................ 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

☐ **DERM-5: Contact Dermatitis / Eczema**
- Fluticasone ................. 1%
- Methylcobalamin ..... 0.07%
- Coenzyme Q10 ............ 4%

☐ **Contact Dermatitis with pain, add:**
- Lidocaine ..................... 2%
- Hydroxyzine ................ 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

☐ **TX ACNE #3B (Topical)**
- Erythromycin ............... 2%
- Niacinamide ................. 5%
- Clindamycin ................. 1%
- Urea ........................... 20%
- Benzoyl Peroxide ...... 2.5%
- Fluticasone .................. 1%
- Silver Nitrate ........... 0.03%
- Tea Tree Oil ................ 3%
- **SIG:** Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- **Qty:** 120 gm
- **Refills:** _____

☐ **DERM-7: Plantar Fasciitis**
- Diclofenac ................... 5%
- Baclofen ...................... 2%
- Fluticasone .................. 1%
- Lidocaine ..................... 2%
- Verapamil Hydrochloride ........ 10%
- **Add:** _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

## SPECIALTY

☐ **MGL-1A: Migraine**
- Topiramate .................. 5%
- Baclofen ...................... 2%
- Cyclobenzaprine .......... 2%
- Lidocaine ..................... 5%
- Flurbiprofen ............... 10%
- Apomorphine ............ 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ _____
- **Refills:** _____

☐ **SCALP CARE - 3 Hair Solution**
- Fluticasone ............... 0.2%
- Finasteride ............... 0.2%
- Minoxidil ..................... 5%
- Tretinoin .................. .01%

☐ **For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml ☐ _____
- **Refills:** _____

## METABOLIC SUPPLEMENTS

☐ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................. 500 mcg
- Alpha Lipoic Acid ... 250 mcg
- Coenzyme Q10 ....... 100 mg
- Methylcobalamin ...... 20 mg
- EGCG ......................... 50 mg
- Vitamin E ................. 100 mg
- Glutathione ............. 100 mg

**SB-2:**
- Resveratrol Powder .... 100 mg
- Pyridoxal-5-Phosphate .. 25 mg
- Beta Carotene ......... 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** _____

**SIG:** Take 1 capsule by mouth twice daily
**Qty:** 60 capsules  **Refills:** _____

## INSOMNIA

☐ **KP-1: Insomnia**
- Melatonin ..................... 3 mg
- Methylcobalamin .......... 5 mg
- N-Acetylcysteine ...... 125 mg
- Glutathione ................. 50 mg
- Diphenhydramine ....... 20 mg
- 5-HTP ........................ 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** ☐ 30 capsules
- **Refills:** _____

## BONE HEALTH

☐ **KP-71: Bone Health**

**KP-71:**
- Vitamin D3 .................. 20 mg
- Magnesium Oxide ..... 400 mg
- Zinc Gluconate ........ 69.6 mg
- Boron ............................ 1 mg
- Copper Gluconate .... 7.14 mg
- Betaine ........................ 25 mg
- Coenzyme Q10 ......... 100 mg
- 5-MTHF ......................... 5 mg
- **SIG:** Take 1 capsule by mouth once daily or as directed
- **Qty:** 30 capsules  **Refills:** _____

## DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin ........ 20 mg
- Coenzyme Q10 ........... 75 mg
- 5-HTP ......................... 100 mg
- Acidophilus ............... 100 mg
- Bupropion ................... 50 mg
- Psyllium Husk ........... 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** _____

☐ **Other** _____

Prescriber Name: _____  NPI #: _____

Lic. #: _____  DEA#: _____  Phone #: _____  Fax#: _____

Address: _____

Signature (Note: Manual Signature Required for CS): _____  Date: _____

## Patient Information

| Patient | | DOB |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

### Insurance info
- Carrier:
- Bin# / PCN#
- Group #
- Member ID #
- Workers Comp: Yes / No
- DOI / Claim #

---

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

### ☐ NCP-7B: Neuropathic & Chronic Pain
- Flurbiprofen .................. 20%
- Baclofen ......................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ..................... 6%
- Lidocaine ..................... 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

### ☐ NCP-9: Neuropathic & Chronic Pain
- Baclofen ......................... 2%
- Cyclobenzaprine ........... 2%
- Gabapentin ..................... 6%
- Lidocaine ........................ 2%
- Diclofenac ...................... 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

### ☐ GPI-2: General Pain / Inflammation
- Flurbiprofen .................. 20%
- Cyclobenzaprine ........... 2%
- Baclofen ......................... 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

### ☐ Reme-D
- Topiramate ................ 2.5%
- Celcoxib ........................ 2%
- Gabapentin ..................... 5%
- Lidocaine ........................ 2%
- Dulexetine ................... 1.2%
- **SIG:** Apply 1-2 pumps to affected area 2-3 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

---

## SCAR/STRETCH MARKS

### ☐ Scar
- Fluticasone ..................... 1%
- Levocetirizine ................ 2%
- Pentoxifylline ............. 0.5%
- ☐ For painful scars, add:
  - Prilocaine ..................... 3%
  - Gabapentin ................. 15%
- ☐ For elasticity, add:
  - Hyaluronic Acid ......... 0.2%
  - Vitamin D3.............. 0.05%
  - Vitamin C ..................... 5%
  - Estradiol....................... 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

### ☐ Stretch Marks / Elasticity
- Fluticasone ..................... 1%
- Levocetirizine ................ 2%
- Pentoxifylline .............. 0.5%
- Hyaluronidase ............. 0.2%
- Vitamin D3 ................... .05%
- Vitamin C ....................... 2%
- Estradiol ........................ 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

---

## DERMATOLOGICAL

### ☐ DERM-2: Topical Anti Fungal Cream
- Fluticasone ..................... 1%
- Fluconazole..................... 2%
- Pentoxifylline .............. 0.5%
- Lidocaine ........................ 2%
- Hydroxyzine ................... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

### ☐ DERM-5: Contact Dermatitis / Eczema
- Fluticasone ..................... 1%
- Methylcobalamin .. 0.07%
- Coenzyme Q10 ............. 4%
- ☐ Contact Dermatitis with pain, add:
  - Lidocaine ...................... 2%
  - Hydroxyzine ................. 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

### ☐ TX ACNE #3B (Topical)
- Erythromycin ................. 2%
- Niacinamide ................... 5%
- Clindamycin ................... 1%
- Urea .............................. 20%
- Benzoyl Peroxide ....... 2.5%
- Fluticasone ..................... 1%
- Silver Nitrate .............. 0.03%
- Tea Tree Oil .................... 3%
- **SIG:** Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- **Qty:** 120 gm
- **Refills:** _____

### ☐ DERM-7: Plantar Fasciitis
- Diclofenac ....................... 5%
- Baclofen ......................... 2%
- Fluticasone ..................... 1%
- Lidocaine ........................ 2%
- Verapamil Hydrochloride ........... 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

---

## SPECIALTY

### ☐ MGL-1A: Migraine
- Topiramate ...................... 5%
- Baclofen ......................... 2%
- Cyclobenzaprine ........... 2%
- Lidocaine ........................ 5%
- Flurbiprofen ................. 10%
- Apomorphine .............. 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm ☐ ____
- **Refills:** _____

### ☐ SCALP CARE - 3 Hair Solution
- Fluticasone ................. 0.2%
- Finasteride ................. 0.2%
- Minoxidil ........................ 5%
- Tretinoin ...................... .01%
- ☐ For women: (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml ☐ ____
- **Refills:** _____

---

## GENERAL WELLNESS

### ☐ Super-SB: General Wellness
**SB-1:**
- 5-MTHF .................. 500 mcg
- Alpha Lipoic Acid ......... 250 mg
- Coenzyme Q10 ............ 100 mg
- Methylcobalamin .......... 20 mg
- EGCG ............................ 50 mg
- Vitamin E .................... 100 mg
- Glutathione ................ 100 mg
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules  **Refills:** ____

**SB-2:**
- Resveratrol Powder ....... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ............ 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** _____

---

## METABOLIC SUPPLEMENTS

### INSOMNIA

#### ☐ KP-1: Insomnia
- Melatonin ...................... 3 mg
- Methylcobalamin ....... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ............... 50 mg
- Diphenhydramine ..... 20 mg
- 5-HTP ........................ 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** ☐ 30 capsules
- **Refills:** _____

### DIET SUPPLEMENT

#### ☐ ADP-6
- Methylcobalamin ......... 20 mg
- Coenzyme Q10 ............. 75 mg
- 5-HTP ........................... 100 mg
- Acidophilus ................. 100 mg
- Bupropion...................... 50 mg
- Psyllium Husk ............. 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** _____

---

## BONE HEALTH

### ☐ BH: Bone Health
**BH-1:**
- Vitamin D3....................... 5,000 IU
- Magnesium Oxide.............. 200 mg
- Zinc Gluconate................. 6.96 mg
- Copper Gluconate............ 0.714 mg
- Boron ................................. 1 mg
- Betaine Anhydrous............ 25 mg
- Pyridoxal-5-Phosphate....... 70 mg
- Boswella Serrata ............. 200 mg
- **SIG:** Take 1 capsule by mouth once daily
- **Qty:** 30 capsules  **Refills:** ____

**BH-2:**
- Resveratrol ........................ 20 mg
- Calcium Gluconate........... 500 mg
- Coenzyme Q10 ................. 100 mg
- 5-Methyltetrahydrofolate ....... 500 mcg
- **SIG:** Take 1 capsule by mouth once daily
- **Qty:** 30 capsules  **Refills:** ____

---

☐ Other _____

**Prescriber Name:** _____    **NPI #:** _____

**Lic. #:** _____ **DEA#:** _____ **Phone #:** _____ **Fax#:** _____

**Address:** _____

**Signature** (Note: Manual Signature Required for CS): _____    **Date:** _____

| Patient | | DOB | Last 4 digits of SSN | Insurance info | |
|---|---|---|---|---|---|
| Home Phone | | Cell Phone | | Carrier: | |
| Address | | | | Bin# | PCN# |
| City | | State | Zip | Group # | |
| Allergies | | | | Member ID # | |
| Diag. | | | | Workers Comp | Yes / No |
| | | | | DOI | Claim # |

## PAIN-TRANSDERMAL
*Any added controlled substances must be handwritten.*

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............... 20%
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Gabapentin ................. 6%
- Lidocaine ................. 2.5%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Gabapentin ................. 6%
- Lidocaine ................... 2%
- Diclofenac .................. 3%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen ............... 20%
- Cyclobenzaprine ......... 2%
- Baclofen ..................... 2%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

☐ **Reme-D:**
- Topiramate ............... 2.5%
- Celecoxib ..................... 2%
- Gabapentin ................. 5%
- Lidocaine ................... 2%
- Duloxetine ............... 1.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

## SCAR/STRETCH MARKS

☐ **Scar**
- Fluticasone .................. 1%
- Levocetirizine .............. 2%
- Pentoxifylline ............ 0.5%
- ☐ For painful scars, add:
  - Prilocaine ................. 3%
  - Gabapentin ................ 5%
- ☐ For elasticity, add:
  - Hyaluronic Acid ........ 0.2%
  - Vitamin D3 .............. 0.05%
  - Vitamin C ................... 5%
  - Estradiol .................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

☐ **Stretch Marks / Elasticity**
- Fluticasone .................. 1%
- Levocetirizine .............. 2%
- Pentoxifylline ............ 0.5%
- Hyaluronidase ........... 0.2%
- Vitamin D3 .............. 0.05%
- Vitamin C ................... 5%
- Estradiol .................. 0.1%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

## DERMATOLOGICAL

☐ **DERM-2: Topical Anti Fungal Cream**
- Fluticasone .................. 1%
- Fluconazole ................. 2%
- Pentoxifylline ............ 0.5%
- Lidocaine ................... 2%
- Hydroxyzine ................ 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

☐ **DERM-5: Contact Dermatitis / Eczema**
- Fluticasone .................. 1%
- Methylcobalamin ..... 0.07%
- Coenzyme Q10 ............ 4%
- ☐ Contact Dermatitis with pain, add:
  - Lidocaine ................... 2%
  - Hydroxyzine ............... 2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

☐ **TX ACNE #3B (Topical)**
- Erythromycin ............... 2%
- Niacinamide ................. 5%
- Clindamycin ................. 1%
- Urea .......................... 20%
- Benzoyl Peroxide ..... 2.5%
- Fluticasone .................. 1%
- Silver Nitrate .......... 0.03%
- Tea Tree Oil ................. 3%
- SIG: Apply 1-2 pumps 3-4 times a day as instructed; 1 pump = 1.5 gm
- Qty: 120 gm
- Refills: 3  6  12  ____

☐ **DERM-7: Plantar Fasciitis**
- Diclofenac ................... 5%
- Baclofen ..................... 2%
- Fluticasone .................. 1%
- Lidocaine ................... 2%
- Verapamil Hydrochloride ........ 10%
- Add: _____
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

## SPECIALTY

☐ **MGL-1A: Migraine**
- Topiramate .................. 5%
- Baclofen ..................... 2%
- Cyclobenzaprine ......... 2%
- Lidocaine ................... 5%
- Flurbiprofen ............... 10%
- Apomorphine ........... 0.2%
- SIG: Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- Qty: ☐ 300 gm ☐ ____
- Refills: 3  6  12  ____

☐ **SCALP CARE - 3 Hair Solution**
- Fluticasone ............... 0.2%
- Finasteride .............. 0.2%
- Minoxidil .................... 5%
- Tretinoin ................ 0.01%
- ☐ For women: (No Finasteride)
- SIG: Apply up to 2 mls to scalp 2 times a day
- Qty: ☐ 120 ml ☐ ____
- Refills: 3  6  12  ____

## GENERAL WELLNESS

☐ **Super-SB: General Wellness**
- **SB-1:**
  - 5-MTHF ................. 500 mcg
  - Alpha Lipoic Acid .... 250 mg
  - Coenzyme Q10 ........ 100 mg
  - Methylcobalamin ...... 20 mg
  - EGCG ......................... 50 mg
  - Vitamin E ................. 100 mg
  - Glutathione ............. 100 mg
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules  Refills: 3  6  12  ____
- **SB-2:**
  - Resveratrol Powder .... 100 mg
  - Pyridoxal-5-Phosphate ... 25 mg
  - Beta Carotene ........ 2,500 IU
  - SIG: Take 1 capsule by mouth twice daily
  - Qty: 60 capsules
  - Refills: 3  6  12  ____

## METABOLIC SUPPLEMENTS

### INSOMNIA

☐ **KP-1: Insomnia**
- Melatonin ..................... 3 mg
- Methylcobalamin ........ 5 mg
- N-Acetylcysteine ..... 125 mg
- Glutathione ............... 50 mg
- Diphenhydramine ..... 20 mg
- 5-HTP ....................... 150 mg
- SIG: Take 1 capsule by mouth once daily at bedtime
- Qty: ☐ 30 capsules
- Refills: 3  6  12  ____

### DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin ........ 20 mg
- Coenzyme Q10 ........... 75 mg
- 5-HTP ....................... 100 mg
- Acidophilus .............. 100 mg
- Bupropion .................. 50 mg
- Psyllium Husk .......... 100 mg
- SIG: Take 1 capsule in the morning as directed
- Qty: 30 capsules
- Refills: 3  6  12  ____

## BONE HEALTH

☐ **BH: Bone Health**
- **BH-1:**
  - Vitamin D3 ............. 5,000 IU
  - Magnesium Oxide ..... 200 mg
  - Zinc Gluconate ........ 69.6 mg
  - Copper Gluconate .... 7.14 mg
  - Boron ........................... 1 mg
  - Betaine Anhydrous ..... 25 mg
  - Pyridoxal-5-Phosphate ... 70 mg
  - Boswella Serrata ..... 200 mg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules  Refills: 3  6  12  ____
- **BH-2:**
  - Resveratrol ................ 20 mg
  - Calcium Gluconate .... 500 mg
  - Coenzyme Q10 ........ 100 mg
  - 5-Methyltetrahydrofolate ...... 500 mcg
  - SIG: Take 1 capsule by mouth once daily
  - Qty: 30 capsules  Refills: 3  6  12  ____

☐ **Other** _____

Prescriber Name: _____  NPI #: _____

Lic. #: _____  DEA#: _____  Phone #: _____  Fax#: _____

Address: _____

Signature (Note: Manual Signature Required for CS): _____  Date: _____

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

Diag.

**Insurance info**

Carrier:

Bin#         PCN#

Group #

Member ID #

Workers Comp       Yes       No

DOI          Claim #

## PAIN-TRANSDERMAL
Any added controlled substances must be handwritten.

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .................. 20%
- Baclofen .......................... 2%
- Cyclobenzaprine ............ 2%
- Gabapentin ..................... 6%
- Lidocaine ..................... 2.5%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3  6  12  _____

☐ **NCP-9: Neuropathic & Chronic Pain**
- Baclofen .......................... 2%
- Cyclobenzaprine ............ 2%
- Gabapentin ..................... 6%
- Lidocaine ........................ 2%
- Diclofenac ....................... 3%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3  6  12  _____

☐ **GPI-2: General Pain / Inflammation**
- Flurbiprofen .................. 20%
- Cyclobenzaprine ............ 2%
- Baclofen .......................... 2%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3  6  12  _____

☐ **Reme-D**
- Topiramate ................... 2.5%
- Celecoxib ........................ 2%
- Gabapentin ..................... 5%
- Lidocaine ........................ 2%
- Duloxetine .................... 1.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3  6  12  _____

## PAIN-TOPICAL

☐ **Renovo Pain Patch**
- Menthol ........................... 5%
- Capsaicin ................. 0.0375%
- **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
- **Qty:** ☐ 30 count
- ☐ 60 count
- ☐ _____
- **Refills:** 3  6  12  _____

☐ **Camphomex Topical Spray**
- Menthol ......................... 10%
- Camphor .......................... 4%
- Histamine ................. 0.025%
- **SIG:** Apply 1-2 sprays, 3-4 times per day PRN pain
- **Qty:** 240 gm
- **Refills:** 3  6  12  _____

## DERMATOLOGICAL

☐ **DERM-2: Topical Anti Fungal Cream**
- Fluticasone ..................... 1%
- Fluconazole..................... 2%
- Pentoxifylline ............... 0.5%
- Lidocaine ........................ 2%
- Hydroxyzine.................... 2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm
- ☐ _____
- **Refills:** 3  6  12  _____

☐ **DERM-7: Plantar Fasciitis**
- Diclofenac ....................... 5%
- Baclofen .......................... 2%
- Fluticasone ..................... 1%
- Lidocaine ........................ 2%
- Verapamil Hydrochloride ........... 10%
- Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3  6  12  _____

## SCAR

☐ **Dermacin Rx SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm ........... 0.1%
- Dermacin Rx Skin Repair Complex (Dimethicone) .. 5%
- Silicone Tape
- **SIG:** Apply to the affected area as a thin film 2-3 times daily. May use silicone tape on the cream in absence of broken skin. Clean and apply new tape every 24 hours.
- **Qty:** 1 pack
- **Refills:** 3  6  12  _____

☐ **Scar (transdermal)**
- Fluticasone ..................... 1%
- Levocetirizine ................. 2%
- Pentoxifylline ............... 0.5%
- ☐ **For painful scars, add:**
- Prilocaine ........................ 3%
- Gabapentin ................... 15%
- ☐ **For elasticity, add:**
- Hyaluronic Acid ........... 0.2%
- Vitamin D3................. 0.05%
- Vitamin C ........................ 5%
- Estradiol...................... 0.1%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3  6  12  _____

## SPECIALTY

☐ **MGL-1A: Migraine**
- Topiramate ..................... 5%
- Baclofen .......................... 2%
- Cyclobenzaprine ............ 2%
- Lidocaine ........................ 5%
- Flurbiprofen .................. 10%
- Apomorphine ............... 0.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily; 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm
- ☐ _____
- **Refills:** 3  6  12  _____

☐ **SCALP CARE - 3 Hair Solution**
- Fluticasone  0.2%
- Finasteride   0.2%
- Minoxidil     5%
- Tretinoin    0.01%
- ☐ **For women:** (No Finasteride)
- **SIG:** Apply up to 2 mls to scalp 2 times a day
- **Qty:** ☐ 120 ml
- ☐ _____
- **Refills:** 3  6  12  _____

## GENERAL WELLNESS

☐ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ........................... 500 mcg
- Alpha Lipoic Acid ......... 250 mg
- Coenzyme Q10 .............. 100 mg
- Methylcobalamin ........... 20 mg
- EGCG ................................ 50 mg
- Vitamin E ....................... 100 mg
- Glutathione .................... 100 mg
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules  **Refills:** 3  6  12  _____

**SB-2:**
- Resveratrol Powder....... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ................ 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily
- **Qty:** 60 capsules
- **Refills:** 3  6  12  _____

## METABOLIC SUPPLEMENTS

### INSOMNIA

☐ **KP-1: Insomnia**
- Melatonin ...................... 3 mg
- Methylcobalamin ......... 5 mg
- N-Acetylcysteine .... 125 mg
- Glutathione ................ 50 mg
- Diphenydramine ...... 20 mg
- 5-HTP .......................... 150 mg
- **SIG:** Take 1 capsule by mouth once daily at bedtime
- **Qty:** 30 capsules
- **Refills:** 3  6  12  _____

### DIET SUPPLEMENT

☐ **ADP-6**
- Methylcobalamin.......... 20 mg
- Coenzyme Q10 .............. 75 mg
- 5-HTP .............................. 100 mg
- Acidophilus ................... 100 mg
- Bupropion....................... 50 mg
- Psyllium Husk ................ 100 mg
- **SIG:** Take 1 capsule in the morning as directed
- **Qty:** 30 capsules
- **Refills:** 3  6  12  _____

## BONE HEALTH

☐ **BH: Bone Health**

**BH-1:**
- Vitamin D3...................... 5,000 IU
- Magnesium Oxide................ 200 mg
- Zinc Gluconate.................... 69.6 mg
- Copper Gluconate................ 7.14 mg
- Boron .................................. 1 mg
- Betaine Anhydrous............. 25 mg
- Pyridoxal-5-Phosphate....... 70 mg
- Boswella Serrata ................ 200 mg
- **SIG:** Take 1 capsule by mouth once daily
- **Qty:** 30 capsules  **Refills:** 3  6  12  _____

**BH-2:**
- Resveratrol ....................... 20 mg
- Calcium Gluconate............. 500 mg
- Coenzyme Q10 ................... 100 mg
- 5-Methyltetrahydrofolate ....... 500 mcg
- **SIG:** Take 1 capsule by mouth once daily
- **Qty:** 30 capsules  **Refills:** 3  6  12  _____

☐ **Other** _____

Prescriber Name: _____   NPI #: _____

Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____   Date: _____

GX1135.009

Script_Pad_August_2015_v7_Digital

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

**Insurance info**

Carrier:

Bin#             PCN#

Group #

Member ID #

Workers Comp    Yes    No

## PAIN-TRANSDERMAL
Any added controlled substances must be handwritten.

☐ **Reme-D-HP**
- Topiramate ................ 2.5%
- Celecoxib .................... 2%
- Lidocaine .................... 3%
- Duloxetine ................ 1.2%
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3   6   12   ____

☐ **Renovo Pain Patch**
- Menthol ...................... 5%
- Capsaicin ............... 0.0375%
- **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
- **Qty:** ☐ 30 count  ☐ 60 count  ☐ _____
- **Refills:** 3   6   12   ____

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .............. 20%
- Baclofen ...................... 2%
- Cyclobenzaprine ........ 2%
- Gabapentin ................. 6%
- Lidocaine ................ 2.5%
- ☐ Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3   6   12   ____

☐ **GPI-2B: General Pain / Inflammation**
- Flurbiprofen .............. 20%
- Cyclobenzaprine ........ 2%
- Baclofen ...................... 2%
- ☐ Add: _____
- **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3   6   12   ____

## COMBINATION-PAIN

☐ **Topical Pain Combo**
- Lidocaine USP Ointment .......... 5%
- **SIG:** Apply to affected area 4 times daily as directed.
- **Qty:** 250 gm
- **Refills:** 3   6   12   ____
- Diclofenac Sodium Topical Solution ..... 1.5%
- **SIG:** Apply 2-3 ml to affected area 3-4 times daily.
- **Qty:** 150 ml
- **Refills:** 3   6   12   ____

☐ **Patch and Ointment Pain Combo**
- Renovo Pain Patch:
- Menthol ...................... 5%
- Capsaicin ............... 0.0375%
- **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
- **Qty:** ☐ 30 count  ☐ 60 count  ☐ _____
- **Refills:** 3   6   11   ____
- Lidocaine USP Ointment ..... 5%
- **SIG:** Apply to affected area 2-4 times daily as directed.
- **Qty:** 150 gm
- **Refills:** 3   6   12   ____

## MIGRAINE

☐ **Vanatol LQ (migraine syrup)**
- Butalbital ................. 50 mg
- Acetaminophen ...... 325 mg
- Caffeine ................... 40 mg
- **Per 15 ml**
- **SIG:** 1-2 tablespoons (15 ml-30 ml) by mouth every 4 hours. Max 6 tablespoons per 24 hours. 1 tablespoon = 15 ml
- **Qty:** ☐ 32 oz  ☐ 48 oz  ☐ _____
- **Refills:** 3   6   12   ____

## OTHER
☐

## WOUND CARE

☐ **Dermacin Rx Surgical PharmaPak**
- Chlorhexidine Gluconate Wash 4% ............ 237 ml
- Mupirocin 2% .............. 22 gm
- Skin Repair Complex (Dimethicone) 5% ........ 118 ml
- Silicone tape
- **FOLLOW PACKAGE INSTRUCTIONS**
- **SIG: Step 1:** Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.
- **Step 2:** Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.
- **Step 3:** Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in morning.
- **Qty:** 1 pack
- **Refills:** 3   6   12   ____

## SCAR

☐ **Scar**
- Fluticasone ................ 1%
- Levocetirizine ............ 2%
- Pentoxifylline ........ 0.5%
- ☐ For painful scars, add:
- Prilocaine ................... 3%
- Gabapentin .............. 15%
- ☐ For elasticity, add:
- Hyaluronic Acid ..... 0.2%
- Vitamin D3 ............ 0.05%
- Vitamin C .................... 5%
- Estradiol ................... 0.1%
- **SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm
- **Qty:** ☐ 300 gm  ☐ _____
- **Refills:** 3   6   12   ____

☐ **SDS Pak/SilaPak (scar topical)**
- Triamcinolone Acetonide Cream USP, 80 gm ..... 0.1%
- Skin Repair Complex (Dimethicone) .......... 5%
- Silicone Tape
- **SIG:** Apply both creams up to 4 times daily. Apply silicone tape at bedtime and remove in the morning.
- **Qty:** 1 pack
- **Refills:** 3   6   12   ____
- ☐ For painful scars, add:
- Lidocaine USP Ointment ..... 5%
- **SIG:** Appply to affected area 4 times daily as directed.
- **Qty:** 100 gm
- **Refills:** 3   6   12   ____

## METABOLIC SUPPLEMENTS

☐ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ................... 500 mcg
- Alpha Lipoic Acid ..... 250 mg
- Coenzyme Q10 ........ 100 mg
- Methylcobalamin ...... 20 mg
- EGCG ......................... 50 mg
- Vitamin E ................ 100 mg
- Glutathione ............ 100 mg
- **SIG:** Take 1 capsule by mouth twice daily.
- **Qty:** 60 capsules
- **Refills:** 3   6   12   ____

**SB-2:**
- Resveratrol Powder ...... 100 mg
- Pyridoxal-5-Phosphate ... 25 mg
- Beta Carotene ........ 2,500 IU
- **SIG:** Take 1 capsule by mouth twice daily.
- **Qty:** 60 capsules
- **Refills:** 3   6   12   ____

☐ **BH: Bone Health**

**BH-1:**
- Vitamin D3 ........... 5,000 IU
- Magnesium Oxide .... 200 mg
- Zinc Gluconate ...... 69.6 mg
- Copper Gluconate ... 7.14 mg
- Boron ............................ 1 mg
- Betaine Anhydrous ..... 25 mg
- Pyridoxal-5-Phosphate ... 70 mg
- Boswella Serrata ..... 200 mg
- **SIG:** Take 1 capsule by mouth once daily.
- **Qty:** 30 capsules
- **Refills:** 3   6   12   ____

**BH-2:**
- Resveratrol ................ 20 mg
- Calcium Gluconate ..... 500 mg
- Coenzyme Q10 ........ 100 mg
- 5-Methyltetrahydrofolate ... 500 mcg
- **SIG:** Take 1 capsule by mouth once daily.
- **Qty:** 30 capsules
- **Refills:** 3   6   12   ____

OP_Script_Pad_November_2015_v14

**Prescriber Name:** _____   **NPI #:** _____

Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

GX1135.010

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

**Insurance info**
- Carrier:
- Bin#
- PCN#
- Group #
- Member ID #
- Workers Comp    Yes    No

## PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen ............................. 20%
- Baclofen .................................... 2%
- Cyclobenzaprine ....................... 2%
- Gabapentin ................................ 6%
- Lidocaine ................................ 2.5%
- ☐ Add: _____

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
**Qty:** ☐ 300 gm   ☐ _____
**Refills:** 3   6   12   _____

☐ **Reme-D-HP (MEDICARE)**
- Topiramate ............................. 2.5%
- Celecoxib ................................... 2%
- Lidocaine ................................... 3%
- Duloxetine .............................. 1.2%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
**Qty:** ☐ 300 gm   ☐ _____
**Refills:** 3   6   12   _____

☐ **Pain Patch**
- Menthol ...................................... 5%
- Capsaicin ............................. 0.0375%

**SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
**Qty:** ☐ 30 count   ☐ 60 count   ☐ _____
**Refills:** 3   6   12   _____

☐ **Lidocaine USP Ointment:** .............. 5%
**SIG:** Apply to affected area 2-4 times daily as directed.
**Qty:** 150 gm
**Refills:** 3   6   12   _____

☐ **Pain Patch and Lidocaine Ointment Combo**
**SIG:** Apply 1 patch to affected area 1-2 times daily as needed. Apply ointment to affected area 2-4 times daily as directed.
**Qty:** 150 gm Lidocaine USP Ointment *and*
☐ 30   ☐ 60   ☐ _____ count patches
**Refills:** 3   6   12   _____

## WOUND CARE

☐ **Dermacin Rx Surgical PharmaPak**
- Chlorhexidine Gluconate Wash 4% ........................ 237 ml
- Mupirocin 2% ............................ 22 gm
- Skin Repair Complex (Dimethicone) 5% .. 118 ml
- Silicone tape

**FOLLOW PACKAGE INSTRUCTIONS**
**SIG:** **Step 1:** Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.
**Step 2:** Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.
**Step 3:** Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in morning.
**Qty:** 1 pack
**Refills:** 3   6   12   _____

## MIGRAINE

☐ **Vanatol LQ (migraine Syrup)**
- Butalbital ................................ 50 mg
- Acetaminophen ..................... 325 mg
- Caffeine .................................. 40 mg

**Per 15 ml**
**SIG:** 1-2 tablespoons (15 ml-30 ml) by mouth every 4 hours.
Max 6 tablespoons per 24 hours.
1 tablespoon = 15 ml
**Qty:** ☐ 32 oz   ☐ 48 oz   ☐ _____
**Refills:** 3   6   12   _____

## SCAR

☐ **Scar**
- Fluticasone ................................ 1%
- Levocetirizine ............................ 2%
- Pentoxifylline .......................... 0.5%

☐ **For painful scars, add:**
- Prilocaine .................................. 3%
- Gabapentin .............................. 15%

☐ **For elasticity, add:**
- Hyaluronic Acid ...................... 0.2%
- Vitamin D3 ............................. 0.05%
- Vitamin C .................................. 5%
- Estradiol ................................. 0.1%

**SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm
**Qty:** ☐ 300 gm   ☐ _____
**Refills:** 3   6   12   _____

## METABOLIC SUPPLEMENTS

☐ **MS-3: General Wellness Metabolic Supplements**

**MS-31:**
- Resveratrol Powder ................ 100 mg
- Piperine ................................... 20 mg

**SIG:** Take 2 capsules by mouth once daily.
**Qty:** 60 capsules
**Refills:** 3   6   12   _____

**MS-32:**
- Hydroxycobalamin .................. 20 mg
- Coenzyme Q10 ...................... 100 mg
- Alpha Lipoic Acid ................... 250 mg
- Vitamin D3 .......................... 1,000 IU

**SIG:** Take 2 capsules by mouth once daily.
**Qty:** 60 capsules
**Refills:** 3   6   12   _____

## OTHER

☐

OP_Script_Pad_November_2015_v14.2

**Prescriber Name:** _____   **NPI #:** _____
Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____
Address: _____
**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

GX1135.011

| PATIENT | | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|---|
| Home Phone | | Cell Phone | |
| Address | | | |
| City | | State | Zip |
| Allergies | | | |

Diag.

**Insurance info**

Carrier:

Bin#                              PCN#

Group #

Member ID #

Workers Comp            Yes            No

---

## PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

☐ **NCP-7B: Neuropathic & Chronic Pain**
  Flurbiprofen .................................................. 20%
  Baclofen ......................................................... 2%
  Cyclobenzaprine ............................................ 2%
  Gabapentin .................................................... 6%
  Lidocaine .................................................... 2.5%
  ☐ Add: _____
  **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
  **Qty:** ☐ 300 gm  ☐ _____
  **Refills:** 3   6   12   _____

☐ **Reme-D-HP (MEDICARE)**
  Topiramate ................................................. 2.5%
  Celecoxib ....................................................... 2%
  Lidocaine ....................................................... 3%
  Duloxetine .................................................. 1.2%
  **SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm
  **Qty:** ☐ 300 gm  ☐ _____
  **Refills:** 3   6   12   _____

☐ **Pain Patch**
  Menthol ........................................................... 5%
  Capsaicin ................................................ 0.0375%
  **SIG:** Apply 1 patch to affected area 1-2 times daily as needed.
  **Qty:** ☐ 30 count  ☐ 60 count  ☐ _____
  **Refills:** 3   6   12   _____

☐ **Lidocaine USP Ointment:** ............... 5%
  **SIG:** Apply to affected area 2-4 times daily as directed.
  **Qty:** 150 gm
  **Refills:** 3   6   12   _____

☐ **Diclofenac Sodium Topical Solution** .................................. 1.5%
  **SIG:** Apply 2-3 ml to affected area 3-4 times daily.
  **Qty:** 150 ml
  **Refills:** 3   6   12   _____

---

## WOUND CARE

☐ **Dermacin Rx Surgical PharmaPak**
  Chlorhexidine Gluconate Wash 4% ........................................ 237 ml
  Mupirocin 2% ................................... 22 gm
  Skin Repair Complex (Dimethicone) 5% .. 118 ml
  Silicone tape
  **FOLLOW PACKAGE INSTRUCTIONS**
  **SIG:**  **Step 1:** Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.
  **Step 2:** Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.
  **Step 3:** Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in the morning.
  **Qty:** 1 pack
  **Refills:** 3   6   12   _____

## MIGRAINE

☐ **Vanatol LQ (migraine Syrup)**
  Butalbital .................................................... 50 mg
  Acetaminophen ........................................ 325 mg
  Caffeine ....................................................... 40 mg
  **Per 15 m**l
  **SIG:** 1-2 tablespoons (15 ml-30 ml) by mouth every 4 hours.
  Max 6 tablespoons per 24 hours.
  1 tablespoon = 15 ml
  **Qty:** ☐ 32 oz  ☐ 48 oz  ☐ _____
  **Refills:** 3   6   12   _____

## OTHER

☐

---

## SCAR

☐ **Scar**
  Fluticasone ..................................................... 1%
  Levocetirizine ................................................. 2%
  Pentoxifylline .............................................. 0.5%
  ☐ **For painful scars, add:**
  Prilocaine ....................................................... 3%
  Gabapentin ................................................... 15%
  ☐ **For elasticity, add:**
  Hyaluronic Acid ......................................... 0.2%
  Vitamin D3 ............................................... 0.05%
  Vitamin C ........................................................ 5%
  Estradiol ..................................................... 0.1%
  **SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm
  **Qty:** ☐ 300 gm  ☐ _____
  **Refills:** 3   6   12   _____

## METABOLIC SUPPLEMENTS

☐ **MS-3: General Wellness Metabolic Supplements**
  **MS-31:**
  Resveratrol Powder ................................ 100 mg
  Piperine ....................................................... 20 mg
  **SIG:** Take 2 capsules by mouth once daily.
  **Qty:** 60 capsules
  **Refills:** 3   6   12   _____
  **MS-32:**
  Hydroxycobalamin .................................... 20 mg
  Coenzyme Q10 ........................................ 100 mg
  Alpha Lipoic Acid .................................... 250 mg
  Vitamin D3 ............................................. 1,000 IU
  **SIG:** Take 2 capsules by mouth once daily.
  **Qty:** 60 capsules
  **Refills:** 3   6   12   _____

---

OP_Script_Pad_November_2015_v14.2

**Prescriber Name:** _____          NPI #: _____

Lic. #: _____   DEA#: _____          Phone #: _____          Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____          Date: _____

GX1135.012

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

Diag.

**Insurance info**

Carrier:

Bin#              PCN#

Group #

Member ID #

Workers Comp      Yes      No

## PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

☐ **NCP-7B: Neuropathic & Chronic Pain**
- Flurbiprofen .................... 20%
- Baclofen .......................... 2%
- Cyclobenzaprine ............... 2%
- Gabapentin ...................... 6%
- Lidocaine ...................... 2.5%

☐ Add: _____

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

**Qty:** ☐ 300 gm   ☐ _____

**Refills:** 3   6   12   _____

☐ **Reme-D-HP (MEDICARE)**
- Topiramate ..................... 2.5%
- Celecoxib ......................... 2%
- Lidocaine ......................... 3%
- Duloxetine ..................... 1.2%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

**Qty:** ☐ 300 gm   ☐ _____

**Refills:** 3   6   12   _____

☐ **Pain Patch**
- Menthol .......................... 5%
- Capsaicin .................. 0.0375%

**SIG:** Apply 1 patch to affected area 1-2 times daily as needed.

**Qty:** ☐ 30 count   ☐ 60 count   ☐ _____

**Refills:** 3   6   12   _____

☐ **Lidocaine USP Ointment:** ........ 5%

**SIG:** Apply to affected area 2-4 times daily as directed.

**Qty:** 250 gm

**Refills:** 3   6   12   _____

☐ **Diclofenac Sodium Topical Solution** ............. 1.5%

**SIG:** Apply 2-3 ml to affected area 3-4 times daily.

**Qty:** 150 ml

**Refills:** 3   6   12   _____

## WOUND CARE

☐ **Dermacin Rx Surgical PharmaPak**
- Chlorhexidine Gluconate Wash 4% ........................ 237 ml
- Mupirocin 2% .................. 22 gm
- Skin Repair Complex (Dimethicone) 5% .. 118 ml
- Silicone tape

**FOLLOW PACKAGE INSTRUCTIONS**

**SIG:**
- **Step 1:** Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.
- **Step 2:** Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.
- **Step 3:** Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in the morning.

**Qty:** 1 pack

**Refills:** 3   6   12   _____

## MIGRAINE

☐ **Vanatol LQ (migraine Syrup)**
- Butalbital ........................ 50 mg
- Acetaminophen ............. 325 mg
- Caffeine .......................... 40 mg

**Per 15 m**l

**SIG:** 1-2 tablespoons (15 ml-30 ml) by mouth every 4 hours. Max 6 tablespoons per 24 hours. 1 tablespoon = 15 ml

**Qty:** ☐ 32 oz   ☐ 48 oz   ☐ _____

**Refills:** 3   6   12   _____

## OTHER

☐

## SCAR

☐ **Scar**
- Fluticasone ...................... 1%
- Levocetirizine ................... 2%
- Pentoxifylline ................. 0.5%

☐ **For painful scars, add:**
- Prilocaine ........................ 3%
- Gabapentin ..................... 15%

☐ **For elasticity, add:**
- Hyaluronic Acid .............. 0.2%
- Vitamin D3 ................... 0.05%
- Vitamin C ......................... 5%
- Estradiol ........................ 0.1%

**SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm

**Qty:** ☐ 300 gm   ☐ _____

**Refills:** 3   6   12   _____

## METABOLIC SUPPLEMENTS

☐ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ....................... 500 mcg
- Alpha Lipoic Acid .......... 250 mg
- Coenzyme Q10 .............. 100 mg
- Methylcobalamin ............ 20 mg
- EGCG .............................. 50 mg
- Vitamin E ...................... 100 mg
- Glutathione ................... 100 mg

**SIG:** Take 1 capsule by mouth twice daily.

**Qty:** 60 capsules

**Refills:** 3   6   12   _____

**SB-2:**
- Resveratrol Powder ....... 100 mg
- Pyridoxal-5-Phosphate .... 25 mg
- Beta Carotene ............ 2,500 IU

**SIG:** Take 1 capsule by mouth twice daily.

**Qty:** 60 capsules

**Refills:** 3   6   12   _____

OP_Script_Pad_November_2015_v14.3

**Prescriber Name:** _____   **NPI #:** _____

Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

GX1135.013

**Insurance Info**

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

- Patient's Current Pharmacy
- Pharmacy Phone Number
- Carrier:            PCN#
- Bin#
- Group#
- Member ID#

## PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

☐ **Neuropathic & Chronic Pain**

**NCP-3B:**
- Baclofen .................................................... 2%
- Cyclobenzaprine ....................................... 2%
- Gabapentin ............................................... 6%

☐ **Add:** _____

**SIG:** Apply 1-2 pumps to affected area 2 times daily. 1 pump = 1.5 gm

**Area of Application** _____

**Qty:** ☐ 100 gm

**Lidocaine USP Ointment** ....................... 5%

**SIG:** Apply 2-4 FTU to affected area 4 times daily. **1 Finger Tip Unit (FTU) = 0.5gm**

**Area of Application** _____

**Qty:** ☐ 250 gm

**Diclofenac Sodium Topical Gel** ............ 3%

**SIG:** Apply 2-4 FTU to affected area 2 times daily. **1 Finger Tip Unit (FTU) = 0.5gm**

**Area of Application** _____

**Qty:** ☐ 100 gm   **Refills:** 3   6   11   ___

☐ **Reme-D-HP (MEDICARE)**
- Topiramate ............................................. 2.5%
- Celecoxib ................................................. 2%
- Lidocaine ................................................. 3%
- Duloxetine ............................................. 1.2%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

**Area of Application** _____

**Qty:** ☐ 300 gm   ☐ ___

**Refills:** 3   6   11   ___

## PAIN ORAL

☐ **Metaxalone**
Metaxalone ......................................... 800 mg

**SIG:** Take 1 tablet by mouth 3-4 times daily. Take with food.

**Qty:** ☐ 120   ☐ _____

**Refills:** 1   3   6   11   _____

## WOUND CARE

☐ **Dermacin Rx Surgical PharmaPak**

Chlorhexidine Gluconate Wash 4% ............................................. 237 ml
Mupirocin 2% ......................................... 22 gm
Skin Repair Complex (Dimethicone) 5% .. 118 ml
Silicone tape

**FOLLOW PACKAGE INSTRUCTIONS**

**Area of Application** _____

**SIG:**
**Step 1:** Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.

**Step 2:** Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.

**Step 3:** Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in morning.

**Qty:** 1 pack   **Refills:** 3   6   11   _____

## SCAR

☐ **Scar**
- Fluticasone ............................................... 1%
- Levocetirizine .......................................... 2%
- Pentoxifylline ........................................ 0.5%

☐ **For painful scars, add:**
- Prilocaine ................................................. 3%
- Gabapentin ............................................. 15%

☐ **For elasticity, add:**
- Hyaluronic Acid .................................... 0.2%
- Vitamin D3 .......................................... 0.05%
- Vitamin C ................................................. 5%
- Estradiol ................................................ 0.1%

**SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm

**Area of Application** _____

**Qty:** ☐ 300 gm   ☐ ___   **Refills:** 3   6   11   ___

## METABOLIC SUPPLEMENTS

☐ **Super-SB: General Wellness**

**SB-1:**
- 5-MTHF ............................................. 500 mcg
- Alpha Lipoic Acid ............................... 250 mg
- Coenzyme Q10 .................................. 100 mg
- Methylcobalamin ................................ 20 mg
- EGCG ................................................... 50 mg
- Vitamin E .......................................... 100 mg
- Glutathione ....................................... 100 mg

**SIG:** Take 2 capsules by mouth once daily.

**Qty:** 60 capsules

**Refills:** 3   6   11   _____

**SB-2:**
- Resveratrol Powder ........................... 100 mg
- Pyridoxal-5-Phosphate ........................ 25 mg
- Beta Carotene ................................. 2,500 IU

**SIG:** Take 2 capsules by mouth once daily.

**Qty:** 60 capsules

**Refills:** 3   6   11   _____

## OTHER

☐

OP_Script_Pad_May_2016_v_14.6

**Prescriber Name:** _____   **Prescriber NPI #:** _____

Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

GX1135.014

**Insurance Info**

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |
| Diag. | | |

Patient's Current Pharmacy

Pharmacy Phone Number

Carrier: _____   PCN# _____

Bin#

Group#

Member ID#

## PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

☐ **Neuropathic & Chronic Pain**

**NCP-3B:**
- Baclofen ............................................. 2%
- Cyclobenzaprine ................................. 2%
- Gabapentin ........................................ 6%

☐ Add: _____

**SIG:** Apply 1-2 pumps to affected area 2 times daily. 1 pump = 1.5 gm

Area of Application _____

**Qty:** ☐ 100 gm

**Lidocaine USP Ointment** ............... 5%

**SIG:** Apply 2-4 FTU to affected area 4 times daily. **1 Finger Tip Unit (FTU) = 0.5gm**

Area of Application _____

**Qty:** ☐ 250 gm

**Diclofenac Sodium Topical Gel** ...... 3%

**SIG:** Apply 2-4 FTU to affected area 2 times daily. **1 Finger Tip Unit (FTU) = 0.5gm**

Area of Application _____

**Qty:** ☐ 100 gm   **Refills:** 3  6  11  ____

☐ **Reme-D-HP (MEDICARE)**
- Topiramate ......................................... 2.5%
- Celecoxib ........................................... 2%
- Lidocaine ........................................... 3%
- Duloxetine ......................................... 1.2%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

Area of Application _____

**Qty:** ☐ 300 gm  ☐ ____

**Refills:** 3  6  11  ____

## PAIN ORAL

☐ **Metaxalone**

Metaxalone ........................................ 800 mg

**SIG:** Take 1 tablet by mouth 3-4 times daily. Take with food.

**Qty:** ☐ 120  ☐ _____

**Refills:** 1  3  6  11  ____

## SCAR

☐ **Scar**
- Fluticasone ......................................... 1%
- Levocetirizine .................................... 2%
- Pentoxifylline .................................... 0.5%

☐ **For painful scars, add:**
- Prilocaine .......................................... 3%
- Gabapentin ........................................ 15%

☐ **For elasticity, add:**
- Hyaluronic Acid ................................. 0.2%
- Vitamin D3 ........................................ 0.05%
- Vitamin C .......................................... 5%
- Estradiol ............................................ 0.1%

**SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm

Area of Application _____

**Qty:** ☐ 300 gm  ☐ ____   **Refills:** 3  6  11  ____

## EMERGENCY OPIOID ANTAGONIST

☐ **Evzio Auto Injector**

Naloxone HCl Injection ..................... 0.4 mg

**SIG:** Inject one injection to the outside of the thigh (through clothing if necessary). May use the second injection in 2-3 minutes if desired response is not achieved.

**Qty:** 1pack   **Refills:** ____

## WOUND CARE

☐ **Dermacin Rx Surgical PharmaPak**

- Chlorhexidine Gluconate Wash 4% ............... 237 ml
- Mupirocin 2% ..................................... 22 gm
- Skin Repair Complex (Dimethicone) 5% .. 118 ml
- Silicone tape

**FOLLOW PACKAGE INSTRUCTIONS**

Area of Application _____

**SIG:**
**Step 1:** Wash with Chlorhexidine liquid the night prior to, and the morning of the procedure as directed.

**Step 2:** Apply Mupirocin ointment to the wound site post-op three times daily for 3-5 days or as directed.

**Step 3:** Once wound has healed, apply Skin Repair Complex up to 4 times daily or as directed. Apply Silicone tape at night before bed and remove in morning.

**Qty:** 1 pack   **Refills:** 3  6  11  ____

## OTHER

☐

OP_Script_Pad_May_2016_v_14.7

**Prescriber Name:** _____   **Prescriber NPI #:** _____

Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

GX1135.015

**Insurance Info**

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

**Patient's Current Pharmacy**

**Pharmacy Phone Number**

| Carrier: | PCN# |
|---|---|
| Bin# | |
| Group# | |
| Member ID# | |

## PAIN-TRANSDERMAL

Any added controlled substances must be handwritten.

☐ **Neuropathic & Chronic Pain**
**NCP-3B:**
- Baclofen ............................................................ 2%
- Cyclobenzaprine ............................................. 2%
- Gabapentin ...................................................... 6%

☐ **Add:** _____

**SIG:** Apply 1-2 pumps to affected area 2 times daily. 1 pump = 1.5 gm

**Area of Application** _____

**Qty:** ☐ 100 gm

**Lidocaine USP Ointment** .................... 5%

**SIG:** Apply 2-4 FTU to affected area 4 times daily. **1 Finger Tip Unit (FTU) = 0.5gm**

**Area of Application** _____

**Qty:** ☐ 250 gm   ☐ 200 gm   ☐ 150 gm

**Diclofenac Sodium Topical Gel** .......... 3%

**SIG:** Apply 2-4 FTU to affected area 2 times daily. **1 Finger Tip Unit (FTU) = 0.5gm**

**Area of Application** _____

**Qty:** ☐ 100 gm

**Refills:** 3   6   11   ___

☐ **Reme-D-HP (MEDICARE)**
- Topiramate ...................................................... 2.5%
- Celecoxib ......................................................... 2%
- Lidocaine .......................................................... 3%
- Duloxetine ....................................................... 1.2%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

**Area of Application** _____

**Qty:** ☐ 300 gm   ☐ 150 gm

**Refills:** 3   6   11   ___

☐ **Reme-D-MR (MEDICARE)**
- Baclofen ........................................................... 2%
- Lidocaine .......................................................... 3.5%
- Piroxicam ......................................................... 0.6%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

**Area of Application** _____

**Qty:** ☐ 300 gm   ☐ 150 gm

**Refills:** 3   6   11   ___

## TENSION HEADACHE

☐ **Vanatol LQ (migraine syrup)**
- Butalbital ......................................................... 50mg
- Acetaminophen ............................................. 325mg
- Caffeine ........................................................... 40mg

**Per 15mL**

**SIG:** Take 1-2 tablespoons (15mL-30mL) by mouth every four hours. Max 6 tablespoons per 24 hours.
1 tablespoon = 15mL

**Qty:** ☐ 32 fl oz   ☐ 48 fl oz   ☐ _____

**Refills:** 3   6   11   ___

## XEROSTOMIA/MUCOSITIS/HYPOSALIVATION

☐ **SalivaMax**
Super Saturated Calcium Phosphate Rinse

**SIG:** Mix 1 packet with 1oz water. Swish half of solution in mouth for 1 minute and spit out. Swish remaining half and spit out. Use 3-4 times daily.

**Qty:** ☐ 120   ☐ _____

**Refills:** 3   6   11   _____

## EMERGENCY OPIOID ANTAGONIST

☐ **Evzio Auto Injector**
Naloxone HCl Injection ............................... 0.4 mg

**SIG:** Inject one injection to the outside of the thigh (through clothing if necessary). May use the second injection in 2-3 minutes if desired response is not achieved.

**Qty:** 1 pack

**Refills:** 1

## SCAR

☐ **Scar**
- Fluticasone ...................................................... 1%
- Levocetirizine .................................................. 2%
- Pentoxifylline .................................................. 0.5%

☐ **For painful scars, add:**
- Prilocaine ......................................................... 3%
- Gabapentin ...................................................... 15%

☐ **For elasticity, add:**
- Hyaluronic Acid ............................................. 0.2%
- Vitamin D3 ...................................................... 0.05%
- Vitamin C ......................................................... 5%
- Estradiol ........................................................... 0.1%

**SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm

**Area of Application** _____

**Qty:** ☐ 300 gm   ☐ ___   **Refills:** 3   6   11   ___

## PAIN ORAL

☐ **Metaxalone**
Metaxalone ...................................................... 800 mg

**SIG:** Take 1 tablet by mouth 3-4 times daily. Take with food.

**Qty:** ☐ 60   ☐ 90   ☐ 120

**Refills:** 1   3   6   11   _____

## OTHER

☐

Script_Pad_August_2016_v_14.9

---

**Prescriber Name:** _____   Prescriber NPI #: _____

**Supervising Physician Name:** _____   Supervising Physician NPI#: _____

Lic. #: _____   DEA#: _____   Phone #: _____   Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____   **Date:** _____

GX1135.016

## Patient Info

| PATIENT | DOB | LAST 4 DIGITS OF SSN |
|---|---|---|
| Home Phone | Cell Phone | |
| Address | | |
| City | State | Zip |
| Allergies | | |

### Insurance Info
- Patient's Current Pharmacy
- Pharmacy Phone Number
- Carrier: _____  PCN# _____
- Bin# _____
- Group# _____
- Member ID# _____

## PAIN-TRANSDERMAL
Any added controlled substances must be handwritten.

☐ **Neuropathic & Chronic Pain**
(By checking the above box, the patient will receive all three medications listed below)

**NCP-3B:**
- Baclofen .................................... 2%
- Cyclobenzaprine ...................... 2%
- Gabapentin ............................... 6%

☐ **Add:** _____

**SIG:** Apply 1-2 pumps to affected area 2 times daily. 1 pump = 1.5 gm

Area of Application _____

**Qty:** ☐ 100 gm

**Lidocaine USP Ointment** ............ 5%
**SIG:** Apply 2-4 FTU to affected area 4 times daily. 1 Finger Tip Unit (FTU) = 0.5 gm

Area of Application _____

**Qty:** ☐ 250 gm  ☐ 200 gm  ☐ 150 gm

**Diclofenac Sodium Topical Gel** ... 3%
**SIG:** Apply 2-4 FTU to affected area 2 times daily. 1 Finger Tip Unit (FTU) = 0.5 gm

Area of Application _____

**Qty:** ☐ 100 gm

**Refills:** 3  6  11  ___

☐ **Reme-D-MR (MEDICARE)**
- Baclofen .................................... 2%
- Lidocaine ................................ 3.5%
- Piroxicam ............................... 0.6%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

Area of Application _____

**Qty:** ☐ 300 gm  ☐ 150 gm
**Refills:** 3  6  11  ___

☐ **Reme-D-HP (MEDICARE)**
- Topiramate ............................ 2.5%
- Celecoxib .................................. 2%
- Lidocaine ................................... 3%
- Duloxetine ............................. 1.2%

**SIG:** Apply 1-2 pumps to affected area 3-4 times daily. 1 pump = 1.5 gm

Area of Application _____

**Qty:** ☐ 300 gm  ☐ 150 gm
**Refills:** 3  6  11  ___

## NEUROPATHIC PAIN

☐ **Doxepin Cream**
Doxepin HCL Cream .................... 5%

**SIG:** Apply 2-3 FTU to affected area 4 times daily. 1 Finger Tip Unit (FTU) = 0.5 gm

Area of Application _____

**Qty:** ☐ 90 gm  ☐ 135 gm  ☐ 180 gm
**Refills:** 2  5  11  ___

## PAIN ORAL

☐ **Metaxalone**
Metaxalone ............................ 800 mg

**SIG:** Take 1 tablet by mouth 3-4 times daily. Take with food.

**Qty:** ☐ 60  ☐ 90  ☐ 120
**Refills:** 1  3  6  11  ___

## GERD/GASTRIC ULCERS

☐ **Zegerid**
Omeprazole .............................. 40 mg
Sodium Bicarbonate .............. 1100 mg

**SIG:** Take 1 capsule by mouth every morning without food

**Qty:** 30
**Refills:** 1  2  5  11  ___

## XEROSTOMIA/MUCOSITIS/HYPOSALIVATION

☐ **SalivaMax**
Super Saturated Calcium Phosphate Rinse

**SIG:** Mix 1 packet with 1oz water. Swish half of solution in mouth for 1 minute and spit out. Swish remaining half and spit out. Use 3-4 times daily.

**Qty:** ☐ 120  ☐ _____
**Refills:** 3  6  11  ___

## TENSION HEADACHE

☐ **Vanatol LQ (migraine syrup)**
- Butalbital ............................... 50 mg
- Acetaminophen .................. 325 mg
- Caffeine ................................. 40 mg

**Per 15mL**
**SIG:** Take 1-2 tablespoons (15 mL-30 mL) by mouth every four hours. Max 6 tablespoons per 24 hours. 1 tablespoon = 15 mL

**Qty:** ☐ 32 fl oz  ☐ 48 fl oz  ☐ _____
**Refills:** 3  6  11  ___

## MIGRAINE

☐ **Nasal Spray**
Dihydroergotamine Mesylate ....... 4 mg/ml

**SIG:** 1 spray in each nostril at onset of migraine. Wait 15 minutes and repeat. Do not exceed 2 sprays per nostril in 24 hours.

**Qty:** Package 8 x1 ml
**Refills:** 2  5  11  ___

## SCAR

☐ **Scar**
- Fluticasone ................................ 1%
- Levocetirizine ........................... 2%
- Pentoxifylline ......................... 0.5%

☐ **For painful scars, add:**
- Prilocaine .................................. 3%
- Gabapentin .............................. 15%

☐ **For elasticity, add:**
- Hyaluronic Acid ..................... 0.2%
- Vitamin D3 ........................... 0.05%
- Vitamin C ................................... 5%
- Estradiol ................................. 0.1%

**SIG:** Apply 2-3 pumps to affected area 3-4 times daily. 1 pump = 1 gm

Area of Application _____

**Qty:** ☐ 300 gm  ☐ 150 gm  ☐ ___
**Refills:** 1  3  6  11  ___

## OTHER ☐
_____

---

**Prescriber Name:** _____  Prescriber NPI #: _____

**Supervising Physician Name:** _____  Supervising Physician NPI#: _____

Lic. #: _____  DEA#: _____  Phone #: _____  Fax#: _____

Address: _____

**Signature** (Note: Manual Signature Required for CS): _____  Date: _____