| | |
|---|---|
| **From**: | Vladimir Redko [vsredko@gmail.com] |
| **Sent**: | 12/28/2015 7:38:27 PM |
| **To**: | Scott Breimeister [sbreimeister@sbcglobal.net]; Scott.Breimeister@pharmsmgmt.com |
| **Subject**: | Invoice |
| **Attachments**: | INVOICE FARMS.PDF |

Hi Scott,

Attached is the invoice we talked about last week.
Have a great New Year.
Thank you.


Sent from Mail for Windows 10

GOVERNMENT
EXHIBIT
**1141**
4:18-CR-368

DOJ-SMUBSSB-0000037412

# INVOICE

**VLADIMIR REDKO, M.D., P.A.**

6560 FANNIN, SUITE 2020
HOUSTON, TEXAS 77024

| **BILL TO** | **INVOICE #** | 4 |
|---|---|---|
| FARMS | **INVOICE DATE** | 12/28/2015 |
| 4916 MAIN STREET | | |
| HOUSTON, TEXAS 77002 | | |

| DESCRIPTION | AMOUNT |
|---|---|
| Consulting | 10,000.00 |
| Subtotal | 10,000.00 |
| 0.0% | 0.00 |
| **TOTAL** | **$10,000.00** |



**TERMS & CONDITIONS**
Payment is due within 15 days

GX1141.002

DOJ-SMUBSSB-0000037413