CONSENT OF SOLE MEMBER
OF SAFETY & HEALTH TECHNOLOGY, LLC
IN LIEU OF SPECIAL MEETING

The undersigned, being the Sole Member of Safety & Health Technology, LLC, a Texas limited liability company (the "Company"), hereby consent to and adopt in all respects the following resolutions and such consent shall have the same force and effect as a vote by the undersigned at a regular meeting of the Members called by the undersigned.

RESOLVED, that Zhimin Zhao and Goujun Yu have sold all of the outstanding membership interests in the Company to S&HT Acquisitions, LLC, a Texas limited liability company (the "Transaction"); and further

RESOLVED, that the Company hereby names Dejan Milosevic and Scott A. Breimeister as agents of the Company for the purposes of opening, operating, and maintaining one or more bank accounts for the Company, including the execution of new signature cards for such accounts in the name of the Company; and further

RESOLVED, that said agents of the Company be, and are hereby authorized, empowered, and directed to certify and attest to any documents which they may deem necessary or appropriate to consummate the transactions contemplated hereby, provided that such attestation shall not be required for the validity of the particular documents; and further

RESOLVED, that the affixing of the corporate seal or the attestation of the Secretary of the Company shall not be required to make any instruments, documents or assurances utilized in consummating the transactions contemplated hereby valid, binding and enforceable upon the Company.

IN WITNESS WHEREOF, the undersigned sole Member hereby execute this Consent as of the 15th day of September, 2014.

SOLE MEMBER:

S&HT Acquisitions, LLC,
a Texas limited liability company

By: _____
Dejan Milosevic, Manager

GOVERNMENT EXHIBIT
1200
4:18-CR-368

GX1200.001

Defendant (2) Exhibit
67
No. 4:18-CR-368

DX BREIM 67-1