HOME | DEFINITIONS | CONTACT US | PRIVACY POLICY | LOGOUT

**EXPRESS SCRIPTS®**

**Provider Set-up**

Please do not press the BACK button in your browser toolbar.
Questions or fields denoted with ⬥ are Required.

[Save My Work]  [Return To Task List]  [Check For Errors]           [Submit]

**Express Scripts Provider Application**

General Information

Check one:
- ☐ New Pharmacy Application
  - Date Pharmacy opened: _____ (MM/DD/YYYY)
- ☐ Change of Ownership Application
  - Date ownership effective: _____ (MM/DD/YYYY)
- ☑ Existing Pharmacy Application

⬥ Are you affliated with a PSAO?  ● Yes   ○ No
⬥ If yes, select PSAO from list: LeaderNet
⬥ PSAO Chain Code: 603

⬥ Are you affliated with a GPO?  ○ Yes   ● No
If yes, select GPO from list: _____

⬥ NCPDP: 5906372 (National Council Prescription Drug Program number)
⬥ NPI: 1023363165 (National Provider Identifier)
Chain Code: 0 (Organization Supplier Code)
⬥ Federal Tax ID: 451551391 (no dashes)
⬥ Pharmacy Name: Accu-Care Pharmacy
⬥ Legal Name: Safety and Health Techn
⬥ Address: 4645 Hwy 6, Ste. J
⬥ City: Sugar Land
⬥ State/Province: TX
⬥ Zip/Postal Code: 77478
⬥ Country: United States
⬥ County: FORT BEND
⬥ How long has pharmacy been at this address? 2 (# of Years)
# of Months: 10

Defendant (2) Exhibit 64
No. 4:18-CR-368

GOVERNMENT EXHIBIT 1203
4:18-CR-368

https://www.esiprovider.com/index.jsp?CFID=2870736&CFTOKEN=44489717&action=D...   4/1/2015

DX BREIM 64-1

GX1203.001

| Field | Value |
|---|---|
| Phone Number: | 8329399052 |
| Fax Number: | 2813026317 |
| Contact Person: | Lynh Phan |
| Is mailing address different from physical address? | ○ Yes  ● No |
| Mailing Address | (if different than physical address) |
| City | |
| State/Province | |
| Zip/Postal Code | |
| Country | United States |
| Is remittance address different from physical and mailing address? | ○ Yes  ● No |
| Remittance Address | (if different than mailing and/or physical address) |
| City | |
| State/Province | |
| Zip/Postal Code | |
| Country | United States |
| Name to be printed on check: | Accu-Care Pharmacy |
| Pharmacy License Expiration Date: | 05/31/2016 |

**Ownership/Authorized Individuals**
*By default, only majority owners are authorized to sign these documents*

| Field | Value |
|---|---|
| Total # of owners: | 1 |
| Is your pharmacy owned by a corporation?' | ● Yes  ○ No |

If yes, please enter the owning corporation's name and address:

| Field | Value |
|---|---|
| Corporation Name: | S&HT Acquisitions, LLC |
| Address | 4645 Hwy 6, Ste. J |
| City | Sugar Land |
| State/Province | TX |
| Zip/Postal Code | 77478 |
| Country | United States |

**Current Owner(s)**
*List top 10. Please start with highest ownership percentage*

| Field | Value |
|---|---|
| First Name: | Petrus |
| Middle Initial: | |

| | |
|---:|:---|
| Last Name: | Herbst |
| Percent of Ownership: | 100.00 |
| Email Address: | licensing@accucarephar |
| Pharmacy Permit Number: | 28027 |
| If not a majority owner, is this individual authorized to sign documents? | ● Yes   ○ No |

[Add Owner]

**Individual authorized to sign on owner's behalf**

| | |
|---:|:---|
| First Name: | |
| Last Name: | |
| Email Address: | |

List names and license #s of all Pharmacists

**Pharmacist/Prescriber in Charge:**

| | |
|---:|:---|
| First: | Lynh |
| Middle: | |
| Last: | Phan |
| License #: | 33090 |
| License Expiration Date: | 12/31/2016 |

**Pharmacist**

| | |
|---:|:---|
| First Name: | Tharun |
| Middle Name: | |
| Last Name: | Philip |
| License #: | 53043 |

[Add Pharmacist]

**Type of Practice:**
Indicate the anticipated percentage of Rx volume in each setting

**Practice Types**
*Total of below categories MUST equal 100%*

☑ Open Door Retail/Community
Percentage: 65.00

☐ Closed Door/ Clinic Facility
Percentage: 0.00

☑ Mail Order
Percentage: 10.00

☐ Nursing Home/LTC
Percentage: 0.00

☐ Internet Pharmacy
Percentage: 0.00

☐ Home Infusion
Percentage: 0.00

☑ Self Administered Injectable/Specialty

| | | |
|---|---|---|
| | Percentage: | 22.00 |
| ☑ Other | | |
| | Percentage: | 3.00 |
| | List other: | Compounding |

**If Mail Order, does the Pharmacy conduct mail order locally, out of state, or both?**

☑ Local
    Local % 97.00

☑ Out of State
    Out of State % 3.00

**If Internet Pharmacy, does the Pharmacy fill new prescriptions; refill prescriptions or both?**

☐ New
☐ Refills
    Refill % 0.00

**Dispensing Percentages**
*Total of the below categories does NOT have to equal 100%*

☐ Medicaid
    Percentage: 0.00

☐ Medicare
    Percentage: 0.00

☐ Workers Comp
    Percentage: 0.00

☐ 340B
    Percentage: 0.00

☑ Compounds
    Percentage: 3.00

If the Compounding Percentage >= 5%, does Pharmacy ship to other states?   ○ Yes   ○ No   ● N/A

If Yes, list states [          ]

☐ Dispensing Physician
    Percentage: 0.00

**Business Information**

Do you dispense controlled substances?   ● Yes   ○ No

| Field | Value |
|---|---|
| Federal DEA #: | FA3312585 |
| DEA License Expiration Date: | 06/30/2015 |
| State Tax ID: | 32043959124 |
| State of Incorporation: | TX |
| Is this pharmacy a Medicaid provider? | ◯ Yes  ⦿ No |

**Medicaid Licenses**

| Field | Value |
|---|---|
| Medicaid #: | |
| State where Medicaid Number was issued | |

[Add Medicaid Number]

| Field | Value |
|---|---|
| Insurance Carrier: | Pharmacists Mutual Insu |
| Liability Insurance Expiration Date: | 02/18/2016 |
| Software Vendor: | PK |
| Switch Company: | RSI |
| Pharmacy Website URL: | N/A |

**Hours of Operation (hh:mm or h:mm)**

☐ Open 24 Hours

| Field | Value |
|---|---|
| Monday - Friday From: | 9:00 (AM) |
| To: | 5:30 (PM) |

☑ Closed Saturday

| Field | Value |
|---|---|
| Saturday From: | (AM) |
| To: | (PM) |

☑ Closed Sunday

| Field | Value |
|---|---|
| Sunday From:: | (AM) |
| To: | (PM) |

**Services Offered**

☐ E-Prescribing
  Vendor: 
☐ Braille Labeling
☐ Emergency Services
☑ Handicap Access
☐ Drive-Through
☐ TTY (Hearing Impaired)
☑ Delivery Service
  Mileage: 25
☑ Out of State

**Questionnaire Section**

1. Are three (3) or more pharmacies covered by this  ◯ Yes  ⦿ No

application assigned the same NCPDP chain code?

*If yes, please list the NCPDP numbers and the applicable chain code:*

NCPDP #: [ ]
Chain Code: [ ]

[ Add NCPDP and Chain Code ]

2. ◉ Is this pharmacy an open-door pharmacy that fills prescriptions for all walk-in customers without restrictions?  ● Yes  ○ No

*If no, please provide detailed explanation of pharmacy restrictions:*

[ ]

3. ◉ Do you maintain electronic patient profiles?  ● Yes  ○ No

4. ◉ Do you review prescriptions dispensed for drug interactions?  ● Yes  ○ No

5. ◉ Is the pharmacy equipped to submit claims electronically in the most current NCPDP format?  ● Yes  ○ No

6. ◉ Are you currently affiliated with a buying group or co-op other than a PSAO (e.g., GPO)?  ○ Yes  ● No

*If yes, please list the name of affiliated buying group:* [ ]

7. ◉ Has the pharmacy previously participated in an Express Scripts or Medco pharmacy network?  ○ Yes  ● No

*If yes, when and under what name(s) and NCPDP number(s)?*

Date: [ ] (MM/DD/YYYY)
Name: [ ]
NCPDP #: [ ]

[ Add Name and NCPDP ]

8. ◉ Do you provide any special services or have distribution rights to any specialty medications?  ○ Yes  ● No

*If yes, please provide a detailed description of services or specialty medications supplied:*

[ ]

9. ◉ Has the pharmacy (or another pharmacy you have owned) been disciplined by a State Board of Pharmacy, government entity or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department)?  ○ Yes  ● No

https://www.esiprovider.com/index.jsp?CFID=2870736&CFTOKEN=44489717&action=D...    4/1/2015

*If yes, please provide explanation of action taken, and attach board order letter, and any other supporting documents from the State Board of Pharmacy, government entity, or other regulatory authority.*

[ ]

10. ○ Have any of the pharmacists, pharmacy technicians, owner or employee(s) of the pharmacy been disciplined by the State Board of Pharmacy, a government entity, or any other regulatory authority (i.e. State or Federal DEA or State Medicaid Department) in the last 10 years?  ○ Yes  ● No

*If yes, please provide details and attach letter(s) of disciplinary action.*

[ ]

11. ○ Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s) or any of its pharmacists been the subject of a civil lawsuit or criminal prosecution involving fraud, deceit, deception or a similar offense involving moral turpitude?  ○ Yes  ● No

*If yes, please provide a detailed explanation:*

[ ]

12. ○ In the last 10 years, has the pharmacy or any of its owners/principals filed for bankruptcy, reorganization, or made a general assignment in favor of creditors?  ○ Yes  ● No

*If yes, please provide a detailed explanation:*

[ ]

13. ○ Presently, or at any time in the last 10 years, has the pharmacy, its owner(s)/principal(s), its pharmacists, or any of its employees been suspended or excluded by the Office of Inspector General (OIG) from participating in any federal or state health care program (e.g., Medicare, Medicaid, TRICARE) or by the General Services Administration (GSA) from  ○ Yes  ● No

participating in any government contract/services?

*If yes, please provide detailed explanation including applicable dates:*

[text box]

**14** ● Have any of the owner(s), member(s)/principals(s), officers, or directors of the Pharmacy owned any other Pharmacy(ies)?  ○ Yes  ◉ No

*If yes, please provide a list of the pharmacies, their NCPDP number(s), and the names of the owners, entity member(s)/principal(s), officers and directors:*

Pharmacy Name: [ ]
NCPDP: [ ]
Owners, entity member(s)/principal(s), officers and directors: [text box]

[Add Pharmacy]

**15** ● Has the pharmacy ever changed names?  ○ Yes  ◉ No

*If yes, please provide a list of the previous name(s), NCPDP number(s) if different, and the date(s) the name changed:*

Previous Name: [ ]
NCPDP: [ ]
Date: [ ] (MM/DD/YYYY)

[Add Previous Name]

**16** ● Has the pharmacy ever undergone a change in ownership?  ○ Yes  ◉ No

*If yes, please provide a list of the previous owner's name(s), ownership dates, and NCPDP number(s) if different:*

Previous Owner Name: [ ]
NCPDP: [ ]
Date: [ ] (MM/DD/YYYY)

[Add Previous Owner]

**17** ● Is the pharmacy a Medicare Part B Provider?  ○ Yes  ◉ No

*If yes, please provide the Pharmacy's Part B Provider Number:* [ ]

**18** ● In the past three (3) years, has any vendor providing services, supplies or medications to this Pharmacy, been excluded from participation in Federal or state health care program or government contract, or been otherwise subject to any restriction by the OIG or other state or government agency?  ○ Yes  ◉ No

| | | | |
|---|---|---|---|
| | *If yes, please provide detailed explanation including applicable dates.* | | |
| 19 | Does the pharmacy have a separate designated area for patient consultation? | ● Yes | ○ No |
| 20 | Has the pharmacy obtained any accreditations/certifications (e.g., PCAB, ACHC, The Joint Commission, URAC, VIPPS, etc.)? | ○ Yes | ● No |
| | *If so, please submit a copy of certification(s).* | | |
| 21 | Does the owner/pharmacist-in-charge currently hold any non-resident state licensure(s)? | ○ Yes | ● No |
| | *If yes, please submit a copy of license(s).* | | |
| 22 | Does the pharmacy provide sterile compounding medications? | ○ Yes | ● No |
| | *If yes please provide most current certification document (e.g., PCAB, air flow hood/HEPA filtration, etc.).* | | |
| 23 | Are you HIPAA or Hi-Tech Compliant? | ● Yes | ○ No |
| 24 | Do you or your pharmacy(ies) deliver prescriptions to out-of-state customers? | ● Yes | ○ No |

*If Yes, identify states where you plan to service customers and provide corresponding out-of-state pharmacy licenses:*

State: AZ
Corresponding License: Y006235
[Delete this item.]

State: CO
Corresponding License: OSP.0006539
[Delete this item.]

State: KS
Corresponding License: 22-44767
[Delete this item.]

State: MN
Corresponding License: 264633
[Delete this item.]

State: NV
Corresponding License: PH03301
[Delete this item.]

State: OK

| | | |
|---|---|---|
| | Corresponding License: | 99-7011 |
| | | Delete this item. |
| | State: | SD |
| | Corresponding License: | 400-1401 |
| | | Delete this item. |
| | State: | GA |
| | Corresponding License: | PHNR000359 |

25. Do you or your pharmacy(ies) contract with or employ a sales force? ● Yes ○ No

If Yes, please describe the activities of the sales force: Sales Reps meet with Prescribers

26. Do you or your pharmacy(ies) provide compound product samples to prescribers or members? ○ Yes ● No

If Yes, please describe when/how samples are provided:

27. Do you or your pharmacy(ies) provide compounding services for or through any other entities (i.e. providing compounds services through other pharmacies or directly to prescribers for dispensing)? ○ Yes ● No

28. Do you or your pharmacy(ies) compound investigational/Non-FDA approved compounds (i.e. Domperidone, Estriol, and Cetyl Mesyrlioate Oil)? ○ Yes ● No

If Yes, please provide all Investigational New Drug Applications (INDs)

29. Do you or your pharmacy(ies) ever waive or offer a reduction of member copayments? ● Yes ○ No

If Yes, please provide a copy of your written policy relating to the waiver/reduction of copayments.

30. Do you or your pharmacy(ies) use or provide pre-printed prescription forms for any of your compound preparations? ● Yes ○ No

If Yes, please provide examples of any prescription forms

31. Does any person with prescriptive authority have a direct or indirect financial interest in the pharmacy(ies)? ○ Yes ● No

For the purposes of this question, a "financial interest" includes, but is not limited to, any direct ownership, ownership by an immediate family member (spouse, child, etc.), paid consulting relationship, waged or salaried employment relationship?

If Yes, identify the individual and describe his or her financial interest:

| | | | |
|---|---|---|---|
| 32 | Identify the names of all primary and secondary wholesalers/suppliers that service your pharmacy(ies). Provide a copy of the most recent invoices from each wholesaler/supplier | | |
| | Wholesaler/Supplier Name: | PCCA | |
| | | | Delete this item. |
| | Wholesaler/Supplier Name: | MEDISCA | |
| | | | Delete this item. |
| | Wholesaler/Supplier Name: | ANDA | |
| | | | Delete this item. |
| | Wholesaler/Supplier Name: | NUCARE PHARMACEU | |
| | | | Add Wholesaler/Supplier |
| 33 | Do you have a policy in place for setting your usual and customary price? | ◉ Yes | ○ No |
| | If Yes, please provide a copy. | | |
| 34 | Do you have a central fill or shared services arrangement with any other pharmacy or facility? | ○ Yes | ◉ No |
| | If Yes, please provide the corresponding licenses and identify all pharmacies/facilities with which you have such a relationship: | | |
| | License | | |
| | Pharmacy/Facility | | |
| | | | Add Pharmacy/Facility |

Indicate all languages other than English spoken by staff within this pharmacy and languages in which prescription drug labels can be provided

☐ All Languages listed below

| | | |
|---|---|---|
| Arabic | ☐ Language | |
| | ☐ Label | |
| Armenian | ☐ Language | |
| | ☐ Label | |
| Cambodian | ☐ Language | |
| | ☐ Label | |
| Chinese | ☐ Language | |
| | ☐ Label | |
| Farsi | ☐ Language | |
| | ☐ Label | |
| French | ☐ Language | |
| | ☐ Label | |

| | | |
|---|---|---|
| Hindi | ☑ | Language |
| | ☐ | Label |
| Indian | ☐ | Language |
| | ☐ | Label |
| Japanese | ☐ | Language |
| | ☐ | Label |
| Korean | ☐ | Language |
| | ☐ | Label |
| Mandarin Chinese | ☐ | Language |
| | ☐ | Label |
| Russian | ☐ | Language |
| | ☐ | Label |
| Spanish | ☑ | Language |
| | ☐ | Label |
| Tagalog | ☐ | Language |
| | ☐ | Label |
| Vietnamese | ☐ | Language |
| | ☐ | Label |
| Other | ☑ | Language |
| | ☐ | Label |
| | Other Languages | Serbian |

[ Save My Work ] [ Return To Task List ] [ Check For Errors ]   [ Submit ]