CONSENT OF THE MEMBERS OF
KREMCO ACQUISITIONS, LLC
IN LIEU OF SPECIAL MEETING

The undersigned, being the Members of Kremco Acquisitions, LLC, a Texas limited liability company (the "Company"), hereby, pursuant to the terms and provisions of the Company's Operating Agreement and the Texas Business Organizations Code, consent to and adopt in all respects the following resolutions and such consent shall have the same force and effect as a vote by the undersigned at a special meeting of the Members called by the undersigned.

NOW THEREFORE, BE IT RESOLVED, that the Members hereby consent to the sale of a ninety-nine percent (99.0%) Membership Interest in the Company by Millicent M. Martin to Adrianne Sadler; and further

RESOLVED, that Millicent M. Martin has resigned as Manager of the Company, and the Company accepts such resignation; and further

RESOLVED, that Adrianne Sadler is hereby elected as the Manager of the Company, to serve in such capacity until her successor(s) shall be elected; and further

RESOLVED, that following the sale of Membership Interests as described above, the total outstanding Membership Interests of the Company are owned as follows:

| Member | Total Membership Interest |
|---|---|
| Adrianne Sadler | 99.00% |
| Renee L Godeaux | 1.00% |

and further;

RESOLVED, that the Managers of the Company be, and are hereby authorized, empowered and directed to issue new and/or revised certificates evidencing the ownership of the Membership Interests as provided above; and further

RESOLVED, that the Managers of the Company are hereby authorized to (a) sign, execute, certify to, verify, acknowledge, deliver, accept, file and record any and all such instruments and documents, and (b) take, or cause to be taken, any and all such action in the name of and on behalf of the Company or otherwise (as in any such Manager's judgment shall be necessary, desirable or appropriate) in order to effect the purposes of the foregoing resolutions.

Dated October 6, 2016.

MEMBERS:

_Adrianne Sadler_ (signature)
Adrianne Sadler

_Renee L Godeaux_ (signature)
Renee L Godeaux

Consent of Members of Kremco Acquisitions LLC

1

GX1209.001

GOVERNMENT
EXHIBIT
**1209**
4:18-CR-368

Defendant (2)
Exhibit
**126**
No. 4:18-CR-368

DX BREIM 126-1