# FOURTH AMENDMENT
# TO OPERATING AGREEMENT OF
# PHARMS, LLC

This <u>Fourth Amendment to Operating Agreement of Pharms, LLC</u> is made effective August 31, 2015, and is as follows:

Whereas, Pharms, LLC, a Texas limited liability company (the "Company") is governed by that certain <u>Operating Agreement of Pharms, LLC</u> dated June 17, 2013, as amended by that certain <u>First Amendment to Operating Agreement of Pharms, LLC</u> dated September 30, 2014, and that certain <u>Second Amendment to Operating Agreement of Pharms, LLC</u> dated September 30, 2014, and that certain <u>Third Amendment to Operating Agreement of Pharms, LLC</u> dated January 1, 2015 (as amended, the "Operating Agreement"); and

Whereas, Brian Swiencinski, a Member of the Company, has exercised his option to repurchase and acquire from Peter Herbst all the Membership Interest in the Company owned by Peter Herbst; and

Whereas, the Members in the Company have approved the sale and assignment of the Membership Interests as described above, as required under the Operating Agreement.

Now, Therefore, the Members agree as follows:

1.  Section 4.1 of the Operating Agreement is amended to read as follows:

    4.1  <u>Members</u>.  The names and addresses of the Members and their Interests in the Company are as follows:

    | Member | Interest |
    |---|---|
    | Brian Swiencinski<br>2215 Cedar Springs Rd. #1217<br>Dallas, Texas 75201 | 48.75% |
    | Scott A. Breimeister<br>2201 Brun Street<br>Houston, TX 77019 | 46.25% |
    | Leonard Carr<br>4916 Main Street, Suite 100<br>Houston, TX 77002 | 5.00% |

2.  All conditions to the sale and purchase of the Membership Interest described above, as set forth in the Operating Agreement have been satisfied, and to the extent they have not been satisfied, are hereby waived by the undersigned.

Fourth Amendment to Operating Agreement of Pharms, LLC
P a g e | 1

GOVERNMENT EXHIBIT 1211 4:18-CR-368

Defendant (2) Exhibit 169 No. 4:18-CR-368

GX1211.001

DX BREIM 169-1

Executed as of the date set forth above.

Members:

_____
Brian Swiencinski

_____
Scott A. Breimeister

_____
Leonard Carr