From:         April Edwards
Sent:         Thu 1/15/2015 8:58 PM (GMT-00:00)
To:           Leonard Carr
Cc:
Bcc:
Subject:      Jan 15 Special Payroll and Pharms' Pay Frequency
Attachments:  Special Payroll_Jan 15.pdf

Leo,

The special payroll with check date of Jan 16 for Peter and Erik is now in Doug's hands for approval. I've attached the details if you want to review it.

Regarding Pharms' pay frequency, do you not want to keep this semi-monthly pay frequency for commissions?

April

**From:** Doug Qualset
**Sent:** Saturday, January 10, 2015 1:29 PM
**To:** Leonard Carr; April Edwards
**Cc:** Adrianne Sadler
**Subject:** RE: Your Semimonthly payroll is due

April: I went into Pharms, and in the company module, it looks like you can control your pay frequencies there. I tried deleting the semi-monthly calendar. It gave me a message that says the pay frequency is set at the Employee level. I went to our employee directory for Pharms. It won't let me change anything for an employee. I may not have the proper rights. Please check this out on Monday, I think an administrator could change the pay frequencies, thus eliminating the Semi-Monthly payroll in Pharms. Thanks.

**From:** Leonard Carr
**Sent:** Saturday, January 10, 2015 9:53 AM

GOVERNMENT EXHIBIT
1212
4:18-CR-368

Defendant (1) Exhibit
159
No. 4:18-CR-368

GX1212.001

Swiencinski-000640

DX SWIEN 159-1

**To:** April Edwards
**Cc:** Adrianne Sadler; Doug Qualset
**Subject:** Re: Your Semimonthly payroll is due

If you have not already, call ADP next week to change the frequency of Pharms pay in their system from semimonthly to biweekly.

Leo

*Sent from my Verizon Wireless 4G LTE DROID*

On Jan 10, 2015 5:48 AM, "RunDoNotReply@adp.com" <RunDoNotReply@adp.com> wrote:

Your Semimonthly payroll for check date 01/15/2015 is ready for processing. Your payroll should be processed at least 2 days prior to your check date to ensure timely tax deposits and payroll delivery. If you offer direct deposit to your employees, this will also guarantee deposit of their funds by the check date.

Company Name: Pharms LLC
Client ID: 21563289

Important: Please be advised that calls to and from your payroll service team may be monitored or recorded.

Please do not respond to this message. It comes from an unattended mailbox.

**Payroll Preview**

| Hours and Earnings ||||  Taxes || Deductions || | Employer ||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Employee: Herbst, Peter C** |||||||||||
| Supplemental bonus | 0.00 | | 166,667.00 | FED FIT | 41,666.75 | | | 109,156.07 | FED SOCSEC-ER | 5,062.54 |
| | | | | FED SOCSEC | 5,062.54 | | | | FED MEDCARE-ER | 2,416.67 |
| | 0.00 | | 166,667.00 | FED MEDCARE | 2,416.67 | | | | | 7,479.21 |
| | | | | FED MEDCARE-HI | 31.62 | | | | | |
| | | | | UT SIT | 8,333.35 | | | | | |
| | | | | | 57,510.93 | | | | | |
| **Employee: Underwood, Erik A** |||||||||||
| Supplemental bonus | 0.00 | | 150,000.00 | FED FIT | 35,625.00 | 401(k) plan % | 7,500.00 | 99,270.23 | FED SOCSEC-ER | 5,429.77 |
| | | | | FED SOCSEC | 5,429.77 | | 7,500.00 | | FED MEDCARE-ER | 2,175.00 |
| | 0.00 | | 150,000.00 | FED MEDCARE | 2,175.00 | | | | 401k % plan cmp mtch | 6,000.00 |
| | | | | | 43,229.77 | | | | | 13,604.77 |
| **Company Totals:** |||||||||||
| Supplemental bonus | 0.00 | | $316,667.00 | FED FIT | $77,291.75 | 401(k) plan % | $7,500.00 | $208,426.30 | FED SOCSEC-ER | $10,492.31 |
| | | | | FED SOCSEC | $10,492.31 | | $7,500.00 | | FED MEDCARE-ER | $4,591.67 |
| | 0.00 | | $316,667.00 | FED MEDCARE | $4,591.67 | | | | 401k % plan cmp mtch | $6,000.00 |
| | | | | FED MEDCARE-HI | $31.62 | | | | | $21,083.98 |
| | | | | UT SIT | $8,333.35 | | | | | |
| | | | | | $100,740.70 | | | | | |

**Total Net Pays for - Company: 2**

Company: Pharms LLC
Check date: 01/16/2015

1 of 1

Date Printed: 01/15/2015 15:51
21563289 - RN/6PR

Defendant (1) Exhibit
**160**
No. 4:18-CR-368

GX1212.003

Swiencinski-000642

DX SWIEN 160-1