
**EXPRESS SCRIPTS®**

February 26, 2015

Yardlie Pinar

Dear Ms. Pinar,

Express Scripts is your pharmacy benefit manager (PBM). We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on your behalf for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received. Please respond as accurately as you can, and it is alright to let us know if you do not remember.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345360 or e-mail at TJEich@express-scripts.com.

Your prompt response is greatly appreciated. On behalf of Express Scripts Inc., thank you for your assistance.

Sincerely,

Thomas Eich
Investigator
Express Scripts, Inc
Enclosure

GX250.001

GOVERNMENT
EXHIBIT
**250**
4:18-CR-368

| 1. Have you ever had a prescription filled at OMNIPLUS HEALTH CARE PHARMACY? | YES |
|---|---|

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 101688 | 09/03/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101592 | 09/03/2014 | COMPOUND | $ 4,462.15 | Y | | |
| 101406 | 09/03/2014 | COMPOUND | $ 3,756.80 | Y | | |
| 101593 | 09/03/2014 | COMPOUND | $ 1,740.51 | Y | | |
| 101688 | 09/15/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101688 | 09/30/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101592 | 09/30/2014 | COMPOUND | $ 4,475.28 | Y | | |
| 101406 | 09/30/2014 | COMPOUND | $ 3,452.32 | Y | | |
| 101593 | 09/30/2014 | COMPOUND | $ 1,740.51 | Y | | |
| 101688 | 10/11/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101688 | 10/24/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101592 | 10/24/2014 | COMPOUND | $ 4,462.15 | Y | | |
| 101406 | 10/24/2014 | COMPOUND | $ 3,291.45 | Y | | |
| 101593 | 10/24/2014 | COMPOUND | $ 1,740.51 | Y | | |

GX250.002

Page 2 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 101688 | 10/29/2014 | COMPOUND | $ 7,350.02 | Y | | | |
| 101592 | 10/29/2014 | COMPOUND | $ 4,292.06 | Y | | | |
| 101688 | 11/22/2014 | COMPOUND | $ 7,350.02 | Y | | | |
| 101592 | 11/27/2014 | COMPOUND | $ 4,290.30 | Y | | | |
| 101406 | 11/27/2014 | COMPOUND | $ 3,485.45 | Y | | | |
| 101593 | 11/27/2014 | COMPOUND | $ 1,740.51 | Y | | | |
| 101688 | 12/07/2014 | COMPOUND | $ 7,350.02 | Y | | | |
| 101688 | 12/20/2014 | COMPOUND | $ 7,350.02 | Y | | | |
| 101592 | 12/20/2014 | COMPOUND | $ 4,290.30 | Y | | | |
| 101593 | 12/20/2014 | COMPOUND | $ 1,740.51 | Y | | | |
| 101688 | 12/31/2014 | COMPOUND | $ 7,350.02 | Y | | | |
| 103900 | 02/09/2015 | COMPOUND | $ 281.24 | Y | | | |
| 103901 | 02/09/2015 | COMPOUND | $ 281.24 | Y | | | |
| 103899 | 02/09/2015 | COMPOUND | $ 112.47 | Y | | | |

2. How did you obtain the prescription(s)?

    Circle One:

    (Mail)    Hand-delivered    Picked up

3. How did you find the pharmacy?
   (For example: doctor's office, friend, co-worker, family member, advertisement, etc.)

    PHYSICIAN'S OFFICE

Page 3 of 4

GX250.003

| | |
|---|---|
| 4. Are you still receiving prescriptions/packages? | YES |
| 5. Did you ever talk to the pharmacy? | SEVERAL TIMES |
| 6. This(ese) claims were authorized by REDKO, VLADIMIR MD. Have you ever received treatment from this prescriber? | YES |

(Please use the below area to provide any additional information about OMNIPLUS HEALTH CAREPHARMACY)
COMMENTS:

CO-PAY AROUND $1686.00

_____  3/5/15
MEMBER SIGNATURE          DATE

 EXPRESS SCRIPTS®

February 26, 2015

Husnu Pinar
8425 GERING LN
LAS VEGAS, NV 89117
(702)378-0134

Dear Mr. Pinar,

Express Scripts is your pharmacy benefit manager (PBM). We work with your health plan to manage your prescription drug benefits. Attached is a list of prescriptions that were submitted on your behalf for payment. Please review the list of claims for accuracy, noting whether you did or did not receive each medication. If you received one of the medications but in a different quantity or dosage strength, you can add a note in the Comments section indicating the correction. Once you have completed the form, please return this letter and the attached form in the postage paid envelope within five business days.

In reviewing this list of prescription claims, we realize that it may be difficult to recall which prescriptions and quantities you received. Please respond as accurately as you can, and it is alright to let us know if you do not remember.

If you have any questions, please contact me via toll-free phone at 1-800-332-5455 ext. 345360 or e-mail at TJEich@express-scripts.com.

Your prompt response is greatly appreciated. On behalf of Express Scripts Inc., thank you for your assistance.

Sincerely,

Thomas Eich
Investigator
Express Scripts, Inc
Enclosure

| 1. Have you ever had a prescription filled at OMNIPLUS HEALTH CARE PHARMACY? | YES |
|---|---|

| PRESCRIPTION NUMBER | DATE OF FILL | DRUG NAME/ACTIVE INGREDIENT | AMOUNT COVERED BY INSURANCE | RECEIVED? YES or NO | CO-PAY PAID? YES or NO | CO-PAY AMOUNT, IF YES |
|---|---|---|---|---|---|---|
| 101689 | 09/03/2014 | COMPOUND | $ 7,350.02 | YES | | |
| 101594 | 09/03/2014 | COMPOUND | $ 4,462.15 | YES | | |
| 101404 | 09/03/2014 | COMPOUND | $ 3,756.80 | YES | | |
| 101595 | 09/03/2014 | COMPOUND | $ 1,740.51 | YES | | |
| 101689 | 09/15/2014 | COMPOUND | $ 7,350.02 | YES | | |
| 101689 | 09/30/2014 | COMPOUND | $ 7,350.02 | YES | | |
| 101594 | 09/30/2014 | COMPOUND | $ 4,475.28 | YES | | |
| 101404 | 09/30/2014 | COMPOUND | $ 3,452.32 | YES | | |
| 101595 | 09/30/2014 | COMPOUND | $ 1,740.51 | Y | | |
| 101689 | 10/11/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101689 | 10/24/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101594 | 10/24/2014 | COMPOUND | $ 4,462.15 | Y | | |
| 101404 | 10/24/2014 | COMPOUND | $ 3,291.45 | Y | | |
| 101595 | 10/24/2014 | COMPOUND | $ 1,740.51 | Y | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 101689 | 10/29/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101594 | 10/29/2014 | COMPOUND | $ 4,292.06 | Y | | |
| 101689 | 11/22/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101594 | 11/27/2014 | COMPOUND | $ 4,290.30 | Y | | |
| 101404 | 11/27/2014 | COMPOUND | $ 3,485.45 | Y | | |
| 101595 | 11/27/2014 | COMPOUND | $ 1,740.51 | Y | | |
| 101689 | 12/07/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101689 | 12/20/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 101594 | 12/20/2014 | COMPOUND | $ 4,290.30 | Y | | |
| 101595 | 12/20/2014 | COMPOUND | $ 1,740.51 | Y | | |
| 101689 | 12/31/2014 | COMPOUND | $ 7,350.02 | Y | | |
| 103896 | 01/23/2015 | COMPOUND | $ 374.99 | Y | | |
| 103897 | 01/23/2015 | COMPOUND | $ 282.69 | Y | | |
| 103897 | 02/06/2015 | COMPOUND | $ 374.99 | Y | | |
| 103896 | 02/06/2015 | COMPOUND | $ 330.29 | Y | | |

2. How did you obtain the prescription(s)?

Circle One:

(Mail)     Hand-delivered     Picked up

Page 3 of 4

GX250.007

| | |
|---|---|
| 3. How did you find the pharmacy?<br>(For example: doctor's office, friend, co-worker, family member, advertisement, etc.) | DOCTOR'S OFFICE |
| 4. Are you still receiving prescriptions/packages? | YES |
| 5. Did you ever talk to the pharmacy? | YES, ABOUT MEDS, COPAY |
| 6. This(ese) claims were authorized by REDKO, VLADIMIR MD. Have you ever received treatment from this prescriber? | YES |

(Please use the below area to provide any additional information about OMNIPLUS HEALTH CARE PHARMACY)
COMMENTS:

COPAY APPROXIMATELY 1686.00 $

MEMBER SIGNATURE       DATE 3/5/15

Page 4 of 4

GX250.008