UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

IN RE: § § § § §

USA v. Swiencinski et al

CASE NO.  4:18CR368

Trial Exhibit(s) CD--Unable to Image forwarded to the Shelving Area.

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN ~~BROWN~~ GREEN EXPANDABLE FOLDER

INSTRUMENT # __542__