# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, ET AL.,

    *Defendants*.

No. 4:18-cr-00368

## MOTION TO WITHDRAW AS COUNSEL TO DEFENDANT BRIAN SWIENCINSKI

The undersigned Mary C. Fleming moves to withdraw as counsel to Defendant Brian Swiencinski and discontinue electronic notifications to her in this matter. Ms. Fleming is leaving her employment with Katten Muchin Rosenman LLP, one of the firms that represents Mr. Swiencinski. Mr. Swiencinski will continue to be represented in this matter by the other attorneys of record for Mr. Swiencinski.

Dated: August 9, 2023

Respectfully submitted,

*/s/ Mary C. Fleming*
Mary C. Fleming
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW, Ste. 800
Washington, DC 20006
(202) 625-3754
mary.fleming@katten.com
*Counsel for Defendant-Appellant*

## CERTIFICATE OF CONFERENCE

I certify that on August 8, 2023, I conferred by email with counsel for the Government regarding the contents of this Motion. The government has indicated it does not object to the relief requested herein.

*/s/ Mary C. Fleming*
Mary C. Fleming (admitted *pro hac vice*)

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to Brian Swiencinski to be filed with the Clerk on August 9, 2023, using the Court's CM/ECF System, which will cause a copy of this Motion to be served on all parties.

                                                            */s/ Mary C. Fleming*
                                                            Mary C. Fleming (admitted *pro hac vice*)

2