IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, ET AL.,<br><br>    *Defendants*. | No. 4:18-cr-00368 |

## ORDER

    Before this Court is the motion of Mary C. Fleming to withdraw as counsel to Defendant Brian Swiencinski. After reviewing the Motion, the Court finds good cause to GRANT the Motion.

    THEREFORE, IT IS ORDERED that the motion of Mary C. Fleming to withdraw as counsel to Defendant Brian Swiencinski is hereby GRANTED. The Clerk is ordered to terminate the appearance of Mary C. Fleming as counsel to Defendant Brian Swiencinski, and discontinue electronic notifications to Ms. Fleming in this case.

    IT IS SO ORDERED.

_____            _____

Date                                                              The Honorable Alfred H. Bennett
                                                                            United States District Judge