# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 14, 2023

United States Courts  
Southern District of Texas  
FILED  
*August 14, 2023*  
Nathan Ochsner, Clerk of Court

Mr. David Smith  
U.S. District Court  
Southern District of Texas  
515 Rusk Street  
Room 8016  
Houston, TX 77002

No. 23-20163    USA v. Swiencinski  
USDC No. 4:18-CR-368-1

Dear Mr. Smith,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you do not file the transcript within the 30 day period, we will invoke a 10% discount. **If you require additional time to file the transcript, you must file a motion setting out the reasons for the extension before the discount date expires. A request for extension to file the transcript does not waive the mandatory fee reduction. You must separately request and justify your need to obtain a fee reduction waiver.**

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____  
Christina C. Rachal, Deputy Clerk  
504-310-7651

Enclosure(s)

cc:  
    Mr. Brandon Nelson McCarthy  
    Ms. Carmen Castillo Mitchell  
    Mr. Nathan Ochsner  
    Mr. Jeremy Raymond Sanders  
    Mr. Robert Thomas Smith  
    Mr. Michael A. Villa Jr.

TRANSCRIPT ORDER FORM (DKT-13) READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Southern District of Texas (Houston Division) District Court Docket No. 4:18-cr-368-1

Short Case Title: USA v. Swiencinski

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: David Smith

Date Notice of Appeal Filed in the District Court: 7/7/23 (Amended Notice of Appeal) Court of Appeals No. 23-20163

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☒Opening Statement of Plaintiff USA - 11/10/22  ☒Opening Statement of Defendant All Defendants - 11/10/22
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 11/8/22 - 12/13/22 | Jury Trial, excluding Voir Dire (but including non-voir-dire discussions held intermittently during voir dire) | Hon. Alfred H. Bennett |
| 11/3/22 | Pretrial Conference | Hon. Alfred H. Bennett |
| | | . |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☒Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds
☐Other_____

Signature: /s/Mary C. Fleming    Date Transcript Ordered: 7/21/23
Print Name: Mary C. Fleming    Phone: (407) 267-3086
Counsel for: Defendant Brian Swiencinski
Address: 1919 Pennsylvania Ave NW – Suite 800, Washington, D.C. 20006
Email of Attorney: mary.fleming@katten.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
        ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____