United States Courts
Southern District of Texas
FILED

*October 25, 2023*

Nathan Ochsner, Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 24, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
     No. 23-20163    USA v. Swiencinski
consol w/23-20326    USDC No. 4:18-CR-368-1
                     USDC No. 4:18-CR-368-2
```

The court has granted appellee's motion to consolidate No. 23-20163 and 23-20326 for briefing and oral argument purposes. Brief of both Appellants is due November 24, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Samantha Bateman
Mr. Brandon Nelson McCarthy
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Mr. Jeremy Raymond Sanders
Mr. Josh Barrett Schaffer
Mr. Robert Thomas Smith
Mr. Michael A. Villa Jr.

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 23-20163

United States of America,

    Plaintiff - Appellee

v.

Brian Swiencinski,

    Defendant - Appellant

consolidated with

No. 23-20326

United States of America,

    Plaintiff - Appellee

v.

Scott Breimeister,

    Defendant - Appellant