United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States of America,

– v. –

Brian Swiencinski, *et al.*,

*Defendants.*

No. 4:18-cr-00368

### ORDER ON UNOPPOSED MOTION OF DEFENDANT BRIAN SWIENCINSKI TO RELEASE COPY OF PASSPORT

On this day came on to be considered, Defendant, Brian Swiencinski's, Unopposed Motion to Release Copy of Passport. After reviewing the motion, this Court finds there is good cause to grant Defendant's request.

THEREFORE, IT IS ORDERED, that the Probation Office shall release a copy of his passport so that he may pay taxes owed on his property located in Panama. The copy must be destroyed immediately after its intended use.

APR 29 2024

_____
HON. ALFRED H. BENNETT
U.S. District Judge