# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Southern
FIL

MAY 24 2024

Nathan Ochsner, Clerk of Court

20240429-141

Jorge A Solis
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3750
Dallas, TX 75201-7301

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, April 29, 2024
Case Number: 4:18-cr-00368
Document Number: 630 (1 page)
Notice Number: 20240429-141
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE PAID PITNEY BOWES
ZIP 77002
02 1W
0001374615 APR 30 2024
$000.64°

United States Courts
Southern District of Texas
FILED
MAY 24 2024
Nathan Ochsner, Clerk of Court

NIXIE        759  FE 1        0005/21/24
   RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
BC: 77208191010        *8233-01955-30-42