IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

    *Defendants*.

No. 4:18-cr-00368

### DEFENDANT BRIAN SWIENCINSKI'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Brian Swiencinski by and through the undersigned counsel, hereby files this Motion to Continue Sentencing Hearing, and states the following:

1. The Pre-Sentence Investigation Report (PSR) will be disclosed on September 6, 2024. Defendant Swiencinski has until September 20, 2024, to file objections or a statement of no objection. The final PSR will be submitted by October 4, 2024.

2. The current date for Defendant Swiencinski's Sentencing Hearing is October 18, 2024.

3. Due to changes in codefendant sentencing dates and counsel's other conflicts, Defendant Swiencinski's counsel requests a short amount of additional time to review the Pre-Sentence Investigation Report and brief any objections they may have. Counsel certifies that the purpose of this continuance is not sought solely to unnecessarily delay these proceedings.

4. Counsel for the Government has indicated that they do not oppose the relief requested from this motion.

5. Defendant Swiencinski respectfully requests that the hearing be continued to at least November 11, 2024, or later, with the exception of the week of November 25, 2024.

1

WHEREFORE, Mr. Swiencinski respectfully requests that this Court enter an order continuing the sentencing hearing to some date post November 11, 2024, with the exception of the week of November 25, 2024.

Dated: August 27, 2024

Respectfully submitted,

*/s/ Brandon McCarthy*

| | |
|---|---|
| Michael A. Villa, Jr. | Brandon McCarthy (admitted *pro hac vice*) |
| State Bar No. 24051475 | Attorney-in-Charge |
| S.D. Federal ID No. 3256126 | State Bar No. 24027486 |
| MEADOWS, COLLIER, REED, | Rachel M. Riley |
| COUSINS, CROUCH & UNGERMAN, LLP | State Bar No. 24093044 |
| 901 Main Street, Suite 370 | S.D. Bar No. 2810706 |
| Dallas, TX 75202 | KATTEN MUCHIN ROSENMAN LLP |
| (214) 744-2700 | 2121 N. Pearl Street, Suite 1100 |
| (214) 747-3732 (facsimile) | Dallas, TX 75201 |
| mvilla@meadowscollier.com | (214) 765-3600 |
| | (214) 765-3602 (facsimile) |
| | brandon.mccarthy@katten.com |
| | rachel.riley@katten.com |

*Counsel for Defendant Brian Swiencinski*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Motion to Continue Sentencing Hearing to be served on all counsel of record by filing it with the Clerk on August 27, 2024, using the Court's CM/ECF System.

*/s/ Brandon McCarthy*
Brandon McCarthy
(admitted *pro hac vice*)

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on August 20, 2024, counsel to Mr. Swiencinski has conferred with counsel for the United States, who represented that they have no objection to Mr. Swiencinski's relief requested herein.

*/s/ Brandon McCarthy*
Brandon McCarthy
(admitted *pro hac vice*)