IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

    *Defendants*.

No. 4:18-cr-00368

**JOINT MOTION TO FILE OBJECTIONS AND RESPONSES TO THE PRE-SENTENCE INVESTIGATION REPORT**

Defendant Brian Swiencinski and The United States of America by and through the undersigned counsel, hereby file this Joint Motion to File Objections and Responses to the Pre-Sentence Investigation Report, and states the following:

1. On September 5, 2024, the United States Probation Office filed its Pre-Sentence Investigation Report (PSR) Dkt. 669.

2. The current deadline for counsel to file objections or a statement of no objection is September 20, 2024. The final PSR is due to be submitted by October 4, 2024.

3. Counsel requests additional time to review the Pre-Sentence Investigation Report and brief any objections they may have. Counsel certifies that the purpose of this extension is not sought to unnecessarily delay these proceedings.

5. Counsel jointly requests that they are given until Friday, September 27, 2024, to file and serve their objections or statements of no objection to the Pre-Sentence Investigation Report.

1

| | |
|---|---|
| Dated: September 19, 2024 | Respectfully submitted, |
| | |
| | */s/ Brandon McCarthy* |
| Michael A. Villa, Jr. | Brandon McCarthy (admitted *pro hac vice*) |
| State Bar No. 24051475 | Attorney-in-Charge |
| S.D. Federal ID No. 3256126 | State Bar No. 24027486 |
| MEADOWS, COLLIER, REED, | Rachel M. Riley |
| COUSINS, CROUCH & UNGERMAN, LLP | State Bar No. 24093044 |
| 901 Main Street, Suite 370 | S.D. Bar No. 2810706 |
| Dallas, TX 75202 | KATTEN MUCHIN ROSENMAN LLP |
| (214) 744-2700 | 2121 N. Pearl Street, Suite 1100 |
| (214) 747-3732 (facsimile) | Dallas, TX 75201 |
| mvilla@meadowscollier.com | (214) 765-3600 |
| | (214) 765-3602 (facsimile) |
| | brandon.mccarthy@katten.com |
| | rachel.riley@katten.com |

*Counsel for Defendant Brian Swiencinski*

| | |
|---|---|
| Dated: September 19, 2024 | Respectfully submitted, |
| | |
| | */s/ Nicholas K. Peone* |
| | Nicholas K. Peone |
| | Kelly M. Warner |
| | Trial Attorneys |
| | Fraud Section, Criminal Division |
| | U.S. Department of Justice |
| | Telephone: (202)923-7818 |
| | Email: Nicholas.peone@usdoj.gov |

*Counsel for the United States of America*