United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

    *Defendants.*

No. 4:18-cr-00368

**ORDER ON JOINT MOTION TO FILE OBJECTIONS AND RESPONSES TO THE PRE-SENTENCE INVESTIGATION REPORT**

Pending before this Court is the parties Joint Motion to File Objections and Responses to the Pre-Sentence Investigation Report. The Court finds good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that the parties Joint Motion to File Objections and Responses to the Pre-Sentence Investigation Report is hereby GRANTED. The deadline to file objections or a statement of no objection is hereby extended to September 27, 2024.

IT IS SO ORDERED.

DATE   SEP 1 9 2024

_____
The Honorable Alfred H. Bennett
United States District Judge

solo