# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA,

– v. –

BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,

    *Defendants*.

No. 4:18-cr-00368

**ORDER ON DEFENDANT BRIAN SWIENCINSKI'S UNOPPOSED MOTION FOR EARLY PAYMENT OF RESTITUTION**

Pending before this Court is Defendant Brian Swiencinski's Unopposed Motion for Early Payment of Restitution. The Court finds good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that Defendant Brian Swiencinski's Unopposed Motion for Early Payment of Restitution is hereby GRANTED. Defendant may make a payment of restitution to the Clerk of the Court prior to the date of sentencing in this case. The Clerk is hereby directed to apply and credit this payment accordingly in the registry of the Court.

IT IS SO ORDERED.

DATE _____

                                                                     _____
                                                                      The Honorable Alfred H. Bennett
                                                                      United States District Judge