United States District Court
Southern District of Texas
**ENTERED**
October 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>BRIAN SWIENCINSKI, SCOTT BREIMEISTER, VLADIMIR REDKO, M.D., CHRISTOPHER INCE, M.D., and RONNIE MCADA, JR.,<br><br>*Defendants*. | No. 4:18-cr-00368 |

**ORDER ON DEFENDANT BRIAN SWIENCINSKI'S UNOPPOSED MOTION FOR EARLY PAYMENT OF RESTITUTION**

Pending before this Court is Defendant Brian Swiencinski's Unopposed Motion for Early Payment of Restitution. The Court finds good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that Defendant Brian Swiencinski's Unopposed Motion for Early Payment of Restitution is hereby GRANTED. Defendant may make a payment of restitution to the Clerk of the Court prior to the date of sentencing in this case. The Clerk is hereby directed to apply and credit this payment accordingly in the registry of the Court.

IT IS SO ORDERED.

DATE __OCT 0 9 2024__

_____
The Honorable Alfred H. Bennett
United States District Judge