# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:18−cr−00368

Brian Swiencinski

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Brian Swiencinski as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/15/2024

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Sentencing

Date: November 12, 2024                                          Nathan Ochsner, Clerk