United States Courts
Southern District of Texas
FILED
November 20, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 20, 2024
Lyle W. Cayce
Clerk

No. 23-20163

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

BRIAN SWIENCINSKI,

*Defendant—Appellant.*

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of November 20, 2024, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Christy Combel*
_____
Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 20, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 23-20163    USA v. Swiencinski
                        USDC No. 4:18-CR-368-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Christy M. Combel, Deputy Clerk
                        504-310-7651

cc:
      Ms. Samantha Bateman
      Mr. Brandon Nelson McCarthy
      Ms. Carmen Castillo Mitchell
      Ms. Rachel Malone Riley
      Mr. Jeremy Raymond Sanders
      Mr. Robert Thomas Smith
      Mr. Michael A. Villa Jr.