# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. 18-CR-368 |
| § | |
| SCOTT BREIMEISTER, § | |
| § | |
| Defendant. § | |

## UNITED STATES' UNOPPOSED MOTION TO UNSEAL CASE

The United States, by and through the undersigned counsel, respectfully submits this unopposed motion to unseal the docket (but leaving sealed all prior sealed filings, orders, transcripts, etc.). The docket in this case was sealed at some point without a request from the parties or an order from the Court. There is no need for the docket in this case to be sealed going forward or for all filings to be presumptively sealed. The parties can submit filings under seal as necessary in this case. For these reasons, the Government respectfully requests that the Court unseal the docket in this case without unsealing any prior filings, orders, or transcripts.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: */s/Kelly M. Warner*
Kelly M. Warner
U.S. Department of Justice
Fraud Section, Criminal Division
1000 Louisiana, Suite 2300
Houston, Texas 77002
(202) 603-3180
kelly.warner@usdoj.gov

Dated: September 4, 2025

1

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on September 3, 2025, counsel for the United States consulted with counsel for Scott Breimeister, who indicated he does not oppose this motion.

*/s/ Kelly M. Warner*
Kelly M. Warner
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1000 Louisiana, Suite 2300
Houston, Texas 77002
(202) 603-3180
kelly.warner@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v.  § | Criminal No. 18-CR-368 |
| § | |
| SCOTT BREIMEISTER, § § | |
| Defendant. § | |

## ORDER

The Court has considered the United States' unopposed motion to unseal the docket in the above-captioned case.

It is hereby ORDERED that this matter be unsealed going forward (but leaving sealed all prior sealed filings, orders, transcripts, etc.).

Date: _____

_____
The Hon. Alfred H. Bennett
United States District Judge