# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| United States of America,<br><br>– v. –<br><br>Brian Swiencinski, *et al.*,<br><br>                     *Defendants.* | No. 4:18-cr-00368 |

## UNOPPOSED MOTION FOR BRIAN SWIENCINSKI TO TRAVEL

Brian Swiencinski, respectfully requests that the Court grant him permission to travel outside the United States during the Christmas holiday season and in support, states as follows:

1. Per Mr. Swiencinski's conditions of release, he is allowed to travel throughout the United States but requires permission for international travel.

2. Mr. Swiencinski has been in compliance with conditions of release for over 7 years—without incident. He has been under probation's supervision since his arrest in July of 2018. Dkt 27. After a six-week trial in 2022, the Court declared a mistrial on December 13, 2022. Tr. Trans. 12/13/2022 12:12-13.

3. After accepting Mr. Swiencinski's guilty plea to the offense of conspiracy to defraud the United States under 18 U.S.C. §371, on November 15, 2024, this Court sentenced Mr. Swiencinski to a term of 24 months probation. Dkt 697.

4. Mr. Swiencinski has fully paid his monetary damages and remained in compliance and good standing with his probation office

5. Mr. Swiencinski respectfully requests permission to travel from his residence in California to Pardubice, Czechia from December 17, 2025, to January 5, 2026 to order to spend the holiday season with his wife and friends.

6. Mr. Swiencinski has provided his Probation Officer, (Officer Agustin Sanchez), with his full itinerary, including flight information, lodging, and contact details, and has agreed to comply with any additional reporting or supervision conditions during the travel period. The probation office has indicated no objection to this request.

7. Further, there is no incentive for Mr. Swiencinski to flee the jurisdiction of the Court or reason to believe that he would do so.

8. Finally, counsel to Mr. Swiencinski conferred with counsel for the government, who indicated the government does not object to this motion. Accordingly, Mr. Swiencinski respectfully requests that the Court grant him permission to travel internationally on the aforementioned dates.

Dated: November 14, 2025

Respectfully submitted,

*/s/ Rachel Riley*
Brandon McCarthy (admitted *pro hac vice*)
Texas Bar No. 24027486
Rachel M. Riley
Texas Bar No. 24093044
Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
(214) 765-3600
brandon.mccarthy@katten.com
rachel.riley@katten.com

**Attorneys for Brian Swiencinski**

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel conferred with the government regarding this Motion to Travel and the government is unopposed to Mr. Swiencinski's request.

                                                 */s/ Rachel Riley*
                                                 Rachel Riley

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Motion, and a true and correct copy of the foregoing was served on all parties and counsel of record via the court's ECF system on this 14th day of November 2025.

                                                 */s/ Rachel Riley*
                                                 Rachel Riley