United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | CRIMINAL ACTION NO. 4:18-CR-00368- |
| VS. §001 | |
| § | |
| BRIAN SWIENCINSKI, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Defendant Brian Swiencinski's Unopposed Motion to Travel (the "Motion"). Doc. #711. Defendant requests the Court allow him to travel internationally during the holiday season. The Motion is hereby GRANTED. Doc. #711. Defendant is permitted to travel from California to Pardubice, Czech Republic from December 17, 2025 to January 5, 2026. All other conditions of Defendant's release remain in full force and effect.

It is so ORDERED.

NOV 1 8 2025
Date

The Honorable Alfred H. Bennett
United States District Judge