# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas


20251120-24

Jorge A Solis
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3750
Dallas, TX 75201-7301

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Thursday, November 20, 2025
Case Number: 4:18-cr-00368-1
Document Number: 713 (1 page)
Notice Number: 20251120-24
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

