UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § Criminal No. 4:18-CR-368 <br> v. § <br> § <br> BRIAN SWIENCINSKI, § <br> SCOTT BREIMEISTER, § <br> VLADIMIR REDKO, M.D., § <br> CHRISTOPHER INCE, M.D., and § <br> RONNIE MCADA, JR., § <br> § <br> Defendants. § | |

## MOTION TO WITHDRAW

The United States respectfully requests that Aleza Remis and Monica Cooper removed as an attorneys of record on this case, as Ms. Remis and Ms. Cooper departed the U.S. Department of Justice on April 4, 2025 and August 1, 2025. Withdrawal will not prejudice any party nor delay the adjudication of this case.

                                                             Respectfully submitted,

                                                             NICHOLAS GANJEI
                                                             UNITED STATES ATTORNEY

By:    */s/ Kelly Warner*
           Kelly Warner
           Trial Attorney
           Fraud Section, Criminal Division
           U.S. Department of Justice
           1000 Louisiana, Suite 2300
           Houston, Texas 77002
           (202) 603-3180
           Kelly.Warner@usdoj.gov