UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | Criminal No. 4:18-CR-368 |
| v. § | |
| § | |
| **BRIAN SWIENCINSKI,** § | |
| **SCOTT BREIMEISTER,** § | |
| **VLADIMIR REDKO, M.D.,** § | |
| **CHRISTOPHER INCE, M.D., and** § | |
| **RONNIE MCADA, JR.,** § | |
| § | |
| **Defendants.** § | |

## ORDER TO WITHDRAW

The United States' Motion to Withdraw Aleza Remis and Monica Cooper as counsel for the United States in this matter is GRANTED.

Signed on February ___, 2026.

_____
The Honorable Alfred H Bennett
United States District Judge