United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § Criminal No. 4:18-CR-368 |
| v. | § |
| | § |
| **BRIAN SWIENCINSKI,** | § |
| **SCOTT BREIMEISTER,** | § |
| **VLADIMIR REDKO, M.D.,** | § |
| **CHRISTOPHER INCE, M.D., and** | § |
| **RONNIE MCADA, JR.,** | § |
| | § |
| **Defendants.** | § |

## ORDER TO WITHDRAW

The United States' Motion to Withdraw Aleza Remis and Monica Cooper as counsel for the United States in this matter is GRANTED.

Signed on February 26, 2026.

_____
The Honorable Alfred H. Bennett
United States District Judge