United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 18-CR-368** |
| | § | |
| **SCOTT BREIMEISTER,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

The Court considered the parties' joint oral motion on May 7, 2026 to continue the status conference scheduled for May 8, 2026. The Court hereby sets this matter for an in-person status conference on July 31, 2026, at 9:00 a.m.

Additionally, the Court holds that the time from May 8, 2026 through July 31, 2026, constitutes excludable delay under 18 U.S.C. § 3161(h)(7). The parties have represented that they are engaged in discussions and working towards a resolution of the case. The parties have further represented that, if the case cannot be resolved by July 31, 2026, they will request a trial date.

As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

It is ORDERED that a period of excusable delay shall consist of the period starting on May 8, 2026, through and including July 31, 2026.

It is so ORDERED.

Date: May 21, 2026_

The Hon. Alfred H. Bennett
United States District Judge

1